**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Central</u> District of <u>California</u>
(State)

Case number (*if known*): _____ Chapter <u>11</u>

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Verity Health System of California, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9 1 – 2 1 4 5 4 8 4

4. **Debtor's address**

   **Principal place of business**

   2040 E. Mariposa Avenue
   Number      Street

   El Segundo      CA   90245
   City          State   ZIP Code

   Los Angeles County
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City          State   ZIP Code

5. **Debtor's website (URL)**

   https://verity.org

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    Verity Health System of California, Inc.                          Case number (if known)_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

    6  2  2  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See attached list.                          Relationship _____

        District _____                          When _____
                                                                MM / DD / YYYY

        Case number, if known _____

Debtor   <u>Verity Health System of California, Inc.</u>                    Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number         Street

_____

_____

City                                    State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
☑ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☑ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

Debtor    Verity Health Systems of California, Inc.    Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☑ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/31/2018
        MM / DD / YYYY

**✗** _____    Richard Adcock
Signature of authorized representative of debtor    Printed name

Title   Chief Executive Officer_____

**18. Signature of attorney**    **✗** _____    Date    08/31/2018
      Signature of attorney for debtor         MM / DD / YYYY

Samuel R. Maizel (Bar No. 189301)
Printed name

Dentons US LLP
Firm name

601 South Figueroa Street, Suite 2500
Number     Street

Los Angeles    CA    90017-5704
City    State    ZIP Code

(213) 623-9300    samuel.maizel@dentons.com
Contact phone    Email address

189301    CA
Bar number    State

Debtor    Verity Health System of California, Inc.                                      Case number (if known) _____
          Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

Central District of California

Case number (if known) _____    Chapter    11

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | O'Connor Hospital | | Relationship to you | Affiliate |
| --- | --- | --- | --- | --- |
| District | | When | Case number, if known | |
| Debtor | O'Connor Hospital Foundation | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | Saint Louise Regional Hospital | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | Saint Louise Regional Hospital Foundation | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | St. Francis Medical Center | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | St. Francis Medical Center of Lynwood Foundation | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | St. Vincent Medical Center | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | St. Vincent Foundation | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | St. Vincent Dialysis Center, Inc. | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | Seton Medical Center | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | Seton Medical Center Foundation | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | Verity Business Services | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | Verity Medical Foundation | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | DePaul Ventures, LLC | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |
| Debtor | DePaul Ventures - San Jose, ASC, LLC | | Relationship to you | Affiliate |
| District | | When | Case number, if known | |

| Debtor | Verity Health System of California, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

Central District of California

Case number (if known) _____    Chapter  11

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment - Continued

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Verity Holdings, LLC | | Relationship to you | Affiliate | |
| District | | When | Case number, if known | | |
| Debtor | VHoldings Mob, LLC | | Relationship to you | Affiliate | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |
| Debtor | | | Relationship to you | | |
| District | | When | Case number, if known | | |

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Verity Health Systems of California, Inc.

United States Bankruptcy Court for the: Central _____    District of California
                                                                                                 (State)

Case number (*If known*):  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/31/2018                    ✗ _____
                   MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                                                        Richard Adcock
                                                                        Printed name

                                                                        Chief Executive Officer
                                                                        Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name  Verity Health System of California, Inc.

United States Bankruptcy Court for the:  Central _____ District of  California _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Consolidated Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. Waheed Wahidi, et al | Law office of Kevin T Barnes 1635 Pontius Avenue 2nd Floor Los Angeles, CA 90025 Attn: Kevin T Barnes Tel: (323) 549-9100 Email: barnes@kbarnes.com | Litigation | Contingent & Disputed | | | $150,000,000 |
| 2. Verity Health System Retirement Plan A | John Hancock Retirement Plan Services 690 Canton Street Westwood, MA 02090 Attn: Dawn Florio Tel: (781) 619-2249 Email: dflorio@jhancock.com | Pension | Contingent & Disputed | | | $102,100,000 |
| 3. Retirement Plan For Hospital Employees | Board of Trustees Retirement Plan For Hospital Employees Retirement Plan Office P.O. Box 2949 San Francisco, CA 94126-2949 Attn: Larry Reid Tel: (415) 352-1080 Email: larry@rpo-sf.com | Pension | Contingent & Disputed | | | $43,300,000 |
| 4. Department of Health Care Services (DHCS) | Department of Health Care Services Mail Stop 1101 1501 Capital Avenue Suite 71.2048 Sacramento, CA 95814-5005 Attn: Brian Clausse Tel: (916) 323-0039 Email: Brian.Clausse@dhcs.ca.gov | Due to Government | | | | $30,066,431 |

108647127\V-14

Debtor: <u>Verity Health System of California, Inc.</u>        Case number (if known) _____
       Name

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5. | Aetna Life Insurance Company | Aetna Legal Department<br>1425 Union Meeting Rd.<br>Blue Bell, PA 19422<br>Attn: Paul Weller<br>Tel: (215) 775-0788<br>Email:  PDWELLER@AETNA.COM | Guarantee | Contingent & Unliquidated | | | $14,533,333 |
| 6. | Ivonne Engelman | One Wilshire Blvd<br>Suite 2200<br>Los Angeles, CA 90017<br>Attn: Renee L. Campbell<br>Tel: (310) 732-0658<br>Email: reneecampbell.law@gmail.com | Litigation | Contingent & Disputed | | | $12,000,000 |
| 7. | Iris Lara, Tanya Lara, Jarmaine Jonhs | Capstone Law APC<br>1875 Century Park East<br>Suite 1000<br>Los Angeles, CA 90067<br>Attn: Jordan Lurie<br>     Tarek Zohdy<br>Tel: (310) 556-4811<br>Email: Jordan.Lurie@capstonelawyers.com<br><br>and<br><br>Mahoney Law Group<br>249 E. Ocean Blvd<br>Suite 814<br>Long Beach, CA 90802<br>Attn: Kevin Mahoney<br>    Treana Allen - Mahoney<br>Tel: (562) 590-8400<br>Email: kmahoney@mahoney-law.net | Litigation | Contingent & Disputed | | | $5,000,00 |
| 8. | Josefina Robles | 2600 Michelson Drive<br>Suite 1700<br>Irvine, CA 92612<br>Attn: Yolanda M. Medina<br>Tel: (949) 852-3750<br>Email: ymedina@actslaw.com | Litigation | Contingent & Disputed | | | $4,000,000 |
| 9. | Diane Nguyen | Otkupman Law Firm<br>28632 Roadside Dr.<br>Suite 203<br>Agoura Hills, CA 91301<br>Attn:  Roman Otkupman<br>Tel: (818) 293-5623<br>Email: roman@OLFLA.com | Litigation | Contingent & Disputed | | | $3,500,000 |
| 10. | Allscripts Healthcare LLC | 305 Church at North Hill St.<br>Raleigh, NC 27609<br>Attn: John Sage<br>Tel: (919) 800-5692<br>Emal: John.Sage@allscripts.com | Trade Claim | | | | $3,372,586 |
| 11. | Medline Industries, Inc. | Three Lakes Drive<br>Northfield, IL 60093<br>Attn: Mike Ogden<br>Tel: (760) 815-7052<br>Email: mogden@medline.com | Trade Claim | | | | $3,124,756 |
| 12. | Sodexo<br>(Biomed Services) | C/O Hunton Andrews Kurth<br>50 California Street<br>STE 1700 San Francisco, CA 94111<br>Attn: Susan Joo<br>Tel: (415) 975-3700<br>Email: sjoo@huntonak.com | Trade Claim | Contingent & Unliquidated & Disputed | | | $3,081,902 |

Debtor: <u>Verity Health System of California, Inc.</u>
Name

Case number (*if known*) _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. | Heritage Provider Network (Regal Medical Group) | 8510 Balboa Blvd<br>Suite 150<br>Northridge, CA 91325<br>Attn: Lloyd Wilensky<br>Tel: (818) 654-3405<br>Email: lwilensky@heritagemed.com | Risk Sharing Liability | Contingent Unliquidated and Disputed | | | $2,600,000 |
| 14. | Premier Healthcare Solutions, Inc. | 5882 Collections Center Drive<br>Chicago, IL 60693<br>Attn: Mike Morrelli<br>Tel: (503) 314-0203<br>Email: mike_morrelli@premierinc.com | Trade Claim | Disputed | | | $2,475,726 |
| 15. | Mckesson Corporation | PO Box 98347<br>Chicago, IL 60693-8347<br>Attn: Tonoa Jordan<br>Tel: (404) 338-2654<br>Email: tonoa.jordan@mckesson.com | Trade Claim | | | | $2,094,790 |
| 16. | Centers for Medicare & Medicaid Services | U.S. Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244<br>Attn: CMS Baltimore Headquarters<br>Tel: (877) 267-2323<br>Email: ROSFOMCD@cms.hhs.gov | Due to the Government | Contingent Unliquidated and Disputed | | | $1,933,113 |
| 17. | Zimmer USA | 310 Interlocken Parkway<br>Suite 120<br>Broomfield, CO 80021<br>Attn: Bart Hess<br>Tel: (303) 443-7500<br>Email: bart.hess@zimmerbiomet.com | Trade Claim | | | | $1,698,993 |
| 18. | Microsoft Licensing Gp | C/O BofA<br>1950 N Stemmons Fwy<br>#5010 LB #842467<br>Dallas, TX 75207<br>Attn: Jason Baxley<br>Tel: (469) 775-3359<br>Email: jason.baxley@microsoft.com | Trade Claim | | | | $1,682,110 |
| 19. | Medtronic USA Inc | 710 Medtronic Pkwy NE<br>Minneapolis, MN 55432-5604<br>Attn: Samir Choksi<br>Tel: (801) 209-2733<br>Email: samir.choksi@medtronic.com | Trade Claim | | | | $1,624,438 |
| 20. | Anthem Blue Cross | 21555 Oxnard Street<br>8th Floor<br>Woodland Hills, CA 91367/<br>Atth: Nicole Brown<br>Tel: (818) 234-8088<br>Email: nicole.brown@anthem.com<br><br>and<br><br>2121 North California Blvd.<br>7th Floor<br>Los Angeles, CA 94596<br>Attn: Frank Bird, VP<br>Tel: (714) 713-2740<br>Email: frank.bird@anthem.com | Trade Claim | Contingent Unliquidated and disputed | | | $1,467,808 |

Debtor: Verity Health System of California, Inc.                  Case number (*if known*) _____
          Name

| 21. | Workday, Inc. | 6230 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>Attn: Mark Overfelt<br>Tel: (385) 258-2479<br>Email: mark.overfelt@workday.com | Trade Claim | | | | $1,436,199 |
|---|---|---|---|---|---|---|---|
| 22. | Boston Scientific | 47201 Lakeview Blvd<br>Fremont, CA 94537-5120<br>Attn: Mykkia Cameron<br>Tel: (614) 327-9656<br>Email: mykkia.cameron@bsci.com | Trade Claim | | | | $1,354,802 |
| 23. | Stryker Corporation | Stryker Global Headquarters<br>2825 Airview Boulevard<br>Kalamazoo, MI 49002<br>Attn: Rick Kalinowski<br>Tel: (602) 284-5832<br>Email: richard.kalinowski@stryker.com | Trade Claim | | | | $1,325,684 |
| 24. | Stationary Engineers Local 39 Trust - Defined Benefit Plan | PO Box 1737<br>San Ramon, CA 94583<br><br>and<br><br>7180 Koll Center Parkway<br>Suite 200<br>Pleasanton, CA 94566<br>Attn: Mark Gong<br>Tel: (916) 928-0399 | Pension | Contingent & Unliquidated | | | $1,297,966 |
| 25. | Cardinal Health | 7000 Cardinal Place<br>Dublin, OH 43017<br>Attn: Jeff Reid<br>Tel: (940) 222-1424<br>Email: jeff.reid@cardinalhealth.com | Trade Claim | | | | $1,234,898 |
| 26. | St. Vincent Independent Physicians Association | C/O Carlton Fields Jordan Burt, LLP<br>2000 Avenue of the Stars<br>Suite 530 North Tower<br>Los Angeles, CA 90067<br>Attn: Makr Neubauer<br>Tel: (310) 843-6300<br>Email: mneubauer@carltonfields.com<br>ljohnson@stvincentipa.com | Litigation | Contingent & Unliquidated & Disputed | | | $1,228,516 |
| 27. | Swinerton Builders | 2880 Lakeside Drive<br>Suite 300<br>Santa Clara, CA 95054<br>Attn: Chris Morris<br>Tel: (408) 567-9755<br>Email: cmorris@swinerton.com | Trade Claim | | | | $978,269 |
| 28. | United Healthcare | UnitedHealthcare Customer Service<br>PO Box 29675<br>Hot Springs, AR 71903-9802<br><br>Attn: Luz Cabral<br>Tel: (714) 226-6620<br>Email: LUZ.CABRAL@UHC.COM | Trade Claim | Contingent & Unliquidated & Disputed | | | $952,289 |
| 29. | Depuy Synthes | 4500 Riverside Drive<br>Palm Beach Gardens, FL 33410<br>Attn: Patty Pagett<br>      Nathan Turk<br>      Brendon Smith<br>Tel:  (800) 551-0235<br>      (323) 578-1629<br>Email: bsmith55@its.jnj.com | Trade Claim | | | | $939,137 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims          Page 4

108647127\V-14

Debtor: Verity Health System of California, Inc.
Name

Case number (if known) _____

| | | | | | | |
|---|---|---|---|---|---|---|
| 30. | Applecare Medical Management, LLC | 18 Centerpointe Drive<br>La Palma, CA 90623<br>Attn: Richard Greene CFO<br>Tel: (714) 452-5047<br>Email: richard.greene@applecaremedical.com | Risk Sharing Liability | Contingent & Unliquidated & Disputed | | $893,000 |
| 31. | Los Angeles County Tax Collector | 500 W Temple Street<br>Los Angeles, CA 90012<br>Email: info@ttc.lacounty.gov | Property Taxes | | | $866,853 |
| 32. | Blue Shield | 3300 Zinfandel Drive<br>Rancho Cordova, CA 95670<br>Attn: Tracy Barnes<br>Tel: (916) 841-0540<br>Email: tracy.barnes@blueshieldca.com | Trade Claim | Contingent & Unliquidated & Disputed | | $807,013 |
| 33. | CDW Government Inc. | 75 Remittance Dr<br>Suite1515<br>Chicago, IL 60675<br>Attn: Matt Digate<br>Tel: (877) 837-6681<br>Email: mattdig@cdw.com | Trade Claim | | | $742,871 |
| 34. | Stanford Hospital and Clinics | 300 Pasteur Drive<br>MC 5540<br>Stanford, CA 94305<br>Attn: Hoi Yeung<br>Tel: (650) 723-8502<br>Email: hyeung@stanfordhealthcare.org | Trade Claim | | | $666,677 |
| 35. | Care 1st Health Plan | 601 Potero Grande Dr.<br>Monterey Park, CA 91755<br>Attn: Delores Olague<br>Tel: (323) 889-6638<br>Email: dolague@care1st.com | Trade Claim | Contingent, Unliquidated and Disputed | | $663,085 |
| 36. | Rightsourcing Inc. | RightSourcing Headquarters<br>9 Executive Circle<br>Ste 290 Irvine, CA 92614<br>Attn: Christie Hayes - On Site Program Manager<br>Tel: (310) 900-8822<br>Email: christiehayes@veriy.org | Trade Claim | | | $644,582 |
| 37. | Eos Healthcare | 700 Longwater Drive<br>Norwell, MA 2061<br>Attn: Tod Dillon<br>Tel: (781) 753-4342<br>Email: Tod.Dillon@eos-usa.com | Trade Claim | | | $621,575 |
| 38. | Smith Nephew Inc. | P.O. Box 933782<br>Atlanta, GA 31193-3782<br>Attn" Keith Salaya<br>Tel: (949) 636-5428<br>Email: keith.salaya@smith-nephew.com | Trade Claim | | | $580,003 |
| 39. | American Red Cross | P.O. Box 73563<br>Chicago, IL 60673-7563<br>Attn: Michael Gregory<br>Tel: 510-594-5123<br>Email: michael.gregory@redcross.org | Trade Claim | | | $579,473 |
| 40. | Compspec | 425 E Colorado<br>Blve #410<br>Glendale, CA 91205<br>Attn: Shellie Murph-Miller<br>Tel: (818) 530-8533<br>Email: SMurph@compspec.com<br>Bhdadd@compspec.com | Trade Claim | | | $554,534 |

Debtor:  Verity Health System of California, Inc.
_____    Case number (*if known*) _____
Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 41. | Sports, Orthopedic & Rehabilitation Associates | 500 Arguello St Suite 100 Redwood City, CA 94068 Attn: Customer support Tel: (650) 851-4900 Email: rchandra@soarspine.com | Trade Claim | | | $506,000 |
| 42. | Ftg Builders Inc | 2975 Scott Blvd. Suite 100 Santa Clara, CA 95054 Attn: Rodney Terra, Jr. Tel: (669) 231-0023 Email: rodney@ftgbuilders.com | Trade Claim | | | $458,634 |
| 43. | Johnson & Johnson Health Care Systems, Inc. | 425 Hoes Lane Piscataway, NJ 08854 Attn: Vickey Corbett Tel: (732) 699-5728     (800) 554-7899 Email: Vcorbett@its.jnj.com | Trade Claim | | | $419,294 |
| 44. | Cochlear Americas | Cochlear Corporation 400 Inverness Dr. South Suite 400 Englewood, CO 80112 Attn: Brooke Phillips Tel: (303) 790-9010 Email: bphillips@cochlear.com | Trade Claim | | | $407,351 |
| 45. | Mike Fayfel | 1180 South Beverly Drive Suite 610 Los Angeles, CA 90035 Attn: Craig Ackerman     Tilajef Ackerman Tel: (310) 277-0635 Email: sv@ackermantilajef.com | Litigation | Contingent & Disputed | | $390,000 |
| 46. | Touchpoint Support Services | 400 Northridge Road Sandy Springs, GA 30350 Attn: Todd Head Tel: (972) 333-1449 Email: THead@iamtouchpoint.com | Litigation | | | $376,508 |
| 47. | Abbott Laboratories Formerly St Jude | 3200 Lakeside Drive Santa Clara, CA 95054 Attn: Karen Davidson Tel: (415) 652-1374 Email: karen.davidson@av.abbott.com | Trade Claim | | | $363,584 |
| 48. | Baxter Healthcare | 1 Baxter Parkwa Deerfield, Il 60015 Attn: Paige Stube Tel: (503) 267-8317 Email: paige_lio@baxter.com | Trade Claim | | | $346,834 |
| 49. | Uhs Universal Hospital Services Inc | 6625 West 78th Street Suite 300 Minneapolis, MN 55439 Tel: (952) 893-3200     (510) 785-3604     (818) 847-9180 | Trade Claim | | | $310,308 |
| 50. | Pension Benefit Guaranty Corporation | Office of the General Counsel 1200 K Street, NW Washington, DC 20005 Attn: Judith Starr Tel: (202) 326-4000 Email: starr.judith@pbgc.gov | Pension | Contingent, unliquidated and disputed. | | Unknown |

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
OF
VERITY HEALTH SYSTEM OF CALIFORNIA, INC.**

The board of directors (the "Board") of Verity Health System of California, Inc. (the "Company"), hereby adopt the following unanimous written consent:

**A.    <u>Chapter 11 Case</u>:**

WHEREAS, the Board has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company; and

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company, including the recommendation of the Chief Executive Officer and the Chief Operating Officer to file the chapter 11 case of the Company, and the Company's professionals and advisors as to the terms of the proposed restructuring to be implemented during the course of a chapter 11 case of the Company.

NOW, THEREFORE, BE IT RESOLVED:  That in the judgment of the Board, it is necessary, advisable and in the best interests of this Company, having considered the interests of creditors and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT FURTHER RESOLVED, that as the Sole Member of O'Connor Hospital, Saint Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, Verity Business Services, Verity Medical Foundation, Verity Holdings, LLC, and De Paul Ventures, LLC, it is the judgment of the Board that it is necessary, advisable and in the best interest of this Company and its direct and indirect Affiliates listed hereinbelow, having considered the interests of creditors and other interested parties, that voluntary petitions be filed by Affiliates O'Connor Hospital, O'Connor Hospital Foundation, Saint Louise Regional Hospital, Saint Louise Regional Hospital Foundation, St. Francis Medical Center, St. Francis Medical Center of Lynwood Foundation, St. Vincent Medical Center, St. Vincent Foundation, St. Vincent Dialysis Center, Inc., Seton Medical Center, Seton Medical Center Foundation, Verity Business Services, Verity Medical Foundation, Verity Holdings, LLC, De Paul Ventures, LLC, and De Paul Ventures-San Jose Dialysis, LLC, under the provisions of the Bankruptcy Code;

BE IT FURTHER RESOLVED, that Chief Executive Officer Richard Adcock and/or Chief Financial Officer Anita Chou and/or the Chairman of the Board Jack Krouskup, in their discretion, and each hereby is authorized and directed on behalf of and

1

in the name of the Company to execute and file and to cause counsel for the Company to prepare with assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case;

BE IT FURTHER RESOLVED, that the Company be, and it hereby is, authorized and empowered to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as it, in its discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**B.    <u>Retention of Advisors</u>:**

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, to employ the law firm of Dentons US, LLP as general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Dentons US, LLP;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that it is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, to engage Cain Brothers, as investment bankers for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, to engage Kurztman Carson Consultants as Claims Agent for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval; and

WHEREAS, the Board has determined, in the good-faith exercise of its reasonable business judgment, that is necessary, advisable and in the best interests of the Company, having considered the interests of creditors and other interested parties, to

engage Berkeley Research Group, LLC, as Financial Advisor for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval.

NOW, THEREFORE,

BE IT RESOLVED, that the Company is authorized to engage Dentons US LLP as general bankruptcy counsel for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

BE IT RESOLVED, that the Company is authorized to engage Cain Brothers as investment bankers for the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval;

BE IT RESOLVED, that the Company is authorized to engage Kurtzman Carson Consultants as Claims Agent for the Company in connection with the chapter 11 case, subject to bankruptcy court approval;

BE IT RESOLVED, that the Company is authorized to engage Berkeley Research Group, LLC, as Financial Advisor for the Company in connection with the chapter 11 case, subject to bankruptcy court approval;

BE IT RESOLVED, the Company be, and it hereby is, authorized and directed to employ additional professionals as the Company, in its reasonable discretion deems necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code or to carry out the purpose and intent of the foregoing resolutions; the Company is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of any additional professional; and

BE IT RESOLVED, that Company is authorized and empowered to engage and retain all assistance by legal counsel, accountants, investment banking advisors, financial advisors, restructuring advisors, and other professionals, subject to Bankruptcy Court approval, and to perform any and all further acts and deeds that the Company deems necessary, proper and/or advisable, in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case.

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

_____
JACK KROUSKUP, CHAIR

_____
ANDREW PINES

_____
CHARLES PATTON

_____
CRISTOBEL SELECKY

_____
ERNEST AGATSTEIN, M. D.

_____
JAMES BARBER

_____
TERRY BELMONT, SECRETARY

4

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

JACK KROUSKUP, CHAIR

ANDREW PINES

CHARLES PATTON

CRISTOBEL SELECKY

ERNEST AGATSTEIN, M.D.

JAMES HARBER

TERRY BELMONT, SECRETARY

4

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

JACK KROUSKUP, CHAIR

ANDREW PINES

CHARLES PATTON

CRISTOBEL SELECKY

ERNEST AGATSTEIN, M. D.

JAMES BARBER

TERRY BELMONT, SECRETARY

4

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

JACK KROUSKUP, CHAIR

ANDREW PINES

CHARLES PATTON

CRISTOBEL SELECKY

ERNEST AGATSTEIN, M. D.

JAMES BARBER

TERRY BELMONT, SECRETARY

4

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

_____
JACK KROUSKUP, CHAIR

_____
ANDREW PINES

_____
CHARLES PATTON

_____
CRISTOBEL SELECKY

_____
ERNEST AGATSTEIN, M. D.

_____
JAMES BARBER

_____
TERRY BELMONT, SECRETARY

4

108493361\V-3

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

JACK KROUSKUP, CHAIR

ANDREW PINES

CHARLES PATTON

CRISTOBEL SELECKY

ERNEST AGATSTEIN, M.D.

JAMES BARBER

TERRY BELMONT, SECRETARY

108493361\V-3

This action by written consent made as of August 30, 2018, shall be filed with the minutes of the proceedings of the Board of Directors of the Company and shall have the same force and effect as a unanimous vote of the Directors.

This unanimous written consent may be executed in counterparts, which shall constitute one and the same instrument.

JACK KROUSKUP, CHAIR

ANDREW PINES

CHARLES PATTON

CRISTOBEL SELECKY

ERNEST AGATSTEIN, M. D.

JAMES BARBER

TERRY BELMONT, SECRETARY

4

108493361\V-3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Samuel R. Maizel (Bar No. 189301)<br>samuel.maizel@dentons.com<br>John A. Moe, II (Bar No. 066893)<br>john.moe@dentons.com<br>Tania M. Moyron (Bar No. 235736)<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel.: (213) 623-9300 / (213) 623-9924<br>Proposed Attorneys for the Chapter 11 Debtors and<br>Debtors in Possession | |
| ☐ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Verity Health System of California Inc.<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* ___Richard Adcock_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

        ☒ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  08/31/2018              By: _____
                                    Signature of Debtor, or attorney for Debtor

                              Name:  Richard Adcock _____
                                      Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                           Page 2                 **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_____, California

_____
Signature of Debtor

Date:  _08/31/2018_____

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Samuel R. Maizel (Bar No. 189301)<br>samuel.maizel@dentons.com<br>John A. Moe, II (Bar No. 066893)<br>john.moe@dentons.com<br>Tania M. Moyron (Bar No. 235736)<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Tel.: (213) 623-9300 / Fax: (213) 623-9924<br><br>Proposed Attorneys for the Chapter 11 Debtors and Debtors in Possession<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for Debtor* | FOR COURT USE ONLY |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Verity Health Systems of California Inc.<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| --- | --- |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of *2781* sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    08/31/2018

_____
Signature of Debtor 1

Date:    _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:    08/31/2018

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*    F 1007-1.MAILING.LIST.VERIFICATION