# EXHIBIT A



# OLD REPUBLIC INSURANCE COMPANY

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

Policyholder Issuing and Servicing Office:

Old Republic Risk Management, Inc.
445 South Moorland Road, Suite 300
Brookfield, WI 53005
Tel: (877) 797-3400
Fax: (262) 797-0486


OLD REPUBLIC INSURANCE GROUP

WC 99 06 42 (01/16)                                           Page 1 of 2

INSURED COPY

INSURANCE IS PROVIDED BY
THE COMPANY DESIGNATED ON THE INFORMATION PAGE

**IN WITNESS WHEREOF,** we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

**OLD REPUBLIC INSURANCE COMPANY**
133 Oakland Avenue
Greensburg, Pennsylvania 15601
A Stock Company

*Secretary*

*President*

WC 99 06 42 (01/16)                                                    Page 2 of 2

# ☆ OLD REPUBLIC INSURANCE COMPANY

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### INFORMATION PAGE
### OLD REPUBLIC INSURANCE COMPANY
(A Stock Company)

NAIC # 24147          NCCI # 11509

Producer Name and Address:
LOCKTON COMPANIES
5500 WAYZATA BLVD.
SUITE 510
MINNEAPOLIS MN 55416-1241
#0540

**1. INSURED**

The Insured and Mailing Address:
VERITY HEALTH SYSTEM OF CALIFORNIA,
(SEE NAMED INSURED ENDORSEMENT)
2040 E. MARIPOSA AVE.
EL SEGUNDO CA 90245

| | |
|---|---|
| Policy No. | MWC 313800 00 |
| Renewal of No. | MWC 310639 00 |
| FEIN No. | 912145484 |
| MNUI No. | |
| | NJTIN |
| Interstate/Intrastate Risk I.D. No. | 364626 |

Email:

Other Workplaces not shown above:   **On File With Company**

Insured is:   **CORPORATION**

**2. POLICY PERIOD**

The Policy Period is from   **07-01-2018**   to   **07-01-2019**   12:01 AM at the insured's mailing address.

**3. COVERAGE**

A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:
   **CA**

B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in item 3.A.
   The limits of our liability under Part Two are:

   | | | | |
   |---|---|---|---|
   | Bodily Injury by Accident | $ | 1,000,000 | each accident |
   | Bodily Injury by Disease | $ | 1,000,000 | policy limit |
   | Bodily Injury by Disease | $ | 1,000,000 | each employee |

C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here:   All states Except those listed in 3A and
   **ND OH PR VI WA WY**

D. This policy includes these endorsements and schedules: **See Forms Index**

**4. PREMIUM**

The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.
All information required below is subject to verification and change by audit.

| CLASSIFICATIONS | CODE NO. | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| | | SEE THE EXTENSION OF INFORMATION PAGE | | |
| | | Special Assessments, Surcharges And Policy Fees $ | | 261,210 |
| | | Total Estimated Annual Premium $ | | 1,801,036 |

Premium adjustments will be made as indicated:   **ANNUAL**

Issued At:   Old Republic Risk Management, Inc.
445 South Moorland Rd., Suite 300
Brookfield, WI 53005
(877) 797-3400

| | |
|---|---|
| Total Payable $ | 2,062,246 |
| Deposit Premium $ | |
| Minimum Premium $ | 825 |

Issued On:   **07-24-18**          Countersigned: _Gary Neo_

Authorized Representative          Date

WC 00 00 01 C (01/16)                                              (WI) WC 00 00 01 A
Includes copyrighted material from National Council on Compensation Insurance Inc., with its permission.

INSURED COPY

Policy Number

**MWC 313800 00**

SCHEDULE OF NAMED INSURED(S)

OLD REPUBLIC INSURANCE COMPANY

Named Insured **VERITY HEALTH SYSTEM OF**

Effective Date: **07-01-2018**
12:01 A.M., Standard Time

Agent Name **LOCKTON COMPANIES**

Agent No. **540**

---

WC 00 00 01 C  (cont.)

THE NAMED INSURED ON FORM WC 00 00 01 C IS AMENDED TO READ:

> VERITY HEALTH SYSTEM OF
> CALIFORNIA, INC.
> VERITY BUSINESS SERVICES
> O'CONNOR HOSPITAL
> SAINT LOUISE REGIONAL HOSPITAL
> ST. VINCENT MEDICAL CENTER
> ST. FRANCIS MEDICAL CENTER
> SETON MEDICAL CENTER
> SETON MEDICAL CENTER COASTSIDE
> VERITY MEDICAL FOUNDATION

WC 89 06 01

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

### FORMS INDEX

Insured: **VERITY HEALTH SYSTEM OF**
Policy Number: **MWC 313800 00**
Producer: **LOCKTON COMPANIES**

Effective Date: **07-01-2018**
Expiration Date: **07-01-2019**

| | | |
|---|---|---|
| FORMS MADE A PART OF THIS POLICY AT ISSUANCE: | | |
| Form Number | Edition | Description |
| WC 99 06 42 | 01-16 | WC AND EMPLOYERS LIABILITY JACKET |
| WC 00 00 01 C | 01-16 | WC INFORMATION PAGE |
| WC 99 06 00 | 06-04 | SCHEDULE OF FORMS AND ENDTS |
| WC 99 06 06 | 06-04 | SCHEDULE OF LOCATIONS |
| WC 00 00 00 C | 01-15 | INSURANCE POLICY |
| WC 99 06 05 | 06-04 | EXTENSION OF INFORMATION PAGE(S) |
| A | | UNINTENTIONAL ERRORS AND OMISSIONS |
| B | | NOTICE OF OCCURRENCE |
| C | | KNOWLEDGE OF OCCURRENCE |
| WC 99 03 00 | 06-04 | EARLIER NOTICE OF CANCELATION |
| WC 99 03 04 A | 04-15 | FOREIGN VOLUNTARY AND EL COVERAGE |
| PC 009 | 05-10 | DESIGNATED ENTITY-NOTICE OF CANCELATION |
| WC 00 01 01 A | 04-92 | DEFENSE BASE ACT COVERAGE ENDT |
| WC 00 01 09 C | 01-15 | OUTER CONTINENTAL SHELF LANDS ACT COV |
| WC 00 02 01 B | 01-15 | MARITIME COVERAGE ENDT |
| WC 00 02 03 | 04-84 | VOLUNTARY COMP MARITIME COVERAGE ENDT |
| WC 00 03 01 A | 02-89 | ALTERNATE EMPLOYER ENDT |
| WC 00 03 03 C | 10-04 | EMPLOYERS LIABILITY COVERAGE ENDT |
| WC 00 03 19 | 04-91 | EMPLOYEE LEASING CLIENT ENDT |
| WC 00 04 06 | 07-84 | PREMIUM DISCOUNT ENDT |
| WC 00 04 19 | 01-01 | PREMIUM DUE DATE ENDORSEMENT |
| WC 00 04 21 D | 01-15 | CATASTROPHE (OTHER THAN CERT ACTS) ENDT |
| WC 00 04 22 B | 01-15 | TERRORISM RISK PGM REAUTH ACT DISCL ENDT |
| WC 99 06 04 | 06-04 | LARGE DEDUCTIBLE /LOSS REIM SCHEDULE |
| WC 99 06 10 | 09-04 | CA WC & EL DED PLAN W/OPT AGG INCL ALAE |
| WC 04 01 01 A | 04-92 | CA LONGSHORE & HARBOR WC ACT COVG ENDT |
| WC 04 03 01 D | 02-18 | CA POLICY AMENDATORY ENDORSEMENT |
| WC 04 03 05 | 01-85 | CA VOL COMP & EMPLOYERS LIAB COVG ENDT |
| WC 04 03 06 | 04-84 | CA WAIVER OF OUR RIGHT TO RECOVER |
| WC 04 03 10 | 01-95 | CA DUTY TO DEFEND |
| WC 04 03 60 B | 01-15 | CA EMPLOYERS' LIAB COV AMENDATORY ENDT |
| WC 04 04 21 | 01-08 | CA OPTIONAL PREMIUM INCREASE ENDORSEMENT |
| WC 04 06 01 A | 12-93 | CA CANCELATION ENDT |
| WC 95 06 00 A | 05-14 | PROGRAM AGREEMENT ENDORSEMENT |

WC 99 06 00

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

### FORMS INDEX

Insured: **VERITY HEALTH SYSTEM OF**
Policy Number: **MWC 313800 00**
Producer: **LOCKTON COMPANIES**

Effective Date: **07-01-2018**
Expiration Date: **07-01-2019**

**FORMS MADE A PART OF THIS POLICY AT ISSUANCE:**

| Form Number | Edition | Description |
|---|---|---|
| WC 95 06 01 | 05-14 | APPENDIX  A - LETTER OF  CREDIT |
| WC 95 06 02 | 05-14 | PROGRAM AGREEMENT  SCHEDULE A |
| WC 95 06 03 | 05-14 | PROGRAM AGREEMENT  SCHEDULE B CO DED PREM |
| WC 95 06 04 | 05-14 | PROGRAM AGREEMENT  SCHEDULE C PREM PYMT |
| WC 34 03 01 C | 03-10 | OH EMPLOYERS LIABILITY COVERAGE ENDT |

WC 99 06 00

# OLD REPUBLIC INSURANCE COMPANY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE

Insured: **VERITY HEALTH SYSTEM OF**

Policy Number: **MWC 313800 00**

Producer: **LOCKTON COMPANIES**

State: **CALIFORNIA**

Effective Date: **07-01-2018**

Expiration Date: **07-01-2019**

Bureau ID: **364626**

---

Location(s)

---

VERITY HEALTH SYSTEM OF CALIFORNIA, INC.
NO FIXED ADDRESS
CA
Legal Entity: Corporation
FEIN: 91-2145484
NAIC Code: 622110

VERITY BUSINESS SERVICES
NO FIXED ADDRESS
CA
Legal Entity: Corporation
FEIN: 51-0650139
NAIC Code: 622110

O'CONNOR HOSPITAL
NO FIXED ADDRESS
CA
Legal Entity: Corporation
FEIN: 91-2154436
NAIC Code: 622110

SAINT LOUISE REGIONAL HOSPITAL
NO FIXED ADDRESS
CA
Legal Entity: Corporation
FEIN: 91-2154437
NAIC Code: 622110

WC 99 06 06

# OLD REPUBLIC INSURANCE COMPANY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE

Insured: **VERITY HEALTH SYSTEM OF**
Policy Number: **MWC 313800 00**
Producer: **LOCKTON COMPANIES**
State: **CALIFORNIA**

Effective Date: **07-01-2018**
Expiration Date: **07-01-2019**
Bureau ID: **364626**

| Location(s) |
| --- |

**ST. VINCENT MEDICAL CENTER**
**NO FIXED ADDRESS**
**CA**
**Legal Entity:  Corporation**
**FEIN:  91-2154438**
**NAIC Code:  622110**

**ST. FRANCIS MEDICAL CENTER**
**NO FIXED ADDRESS**
**CA**
**Legal Entity:  Corporation**
**FEIN:  91-2154439**
**NAIC Code:  622110**

**SETON MEDICAL CENTER**
**NO FIXED ADDRESS**
**CA**
**Legal Entity:  Corporation**
**FEIN:  91-2154441**
**NAIC Code:  622110**

**SETON MEDICAL CENTER COASTSIDE**
**NO FIXED ADDRESS**
**CA**
**Legal Entity:  Corporation**
**FEIN:  91-2154441**
**NAIC Code:  622110**

WC 99 06 06

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
EXTENSION OF INFORMATION PAGE

Insured: **VERITY HEALTH SYSTEM OF**

Policy Number: **MWC 313800 00**

Producer: **LOCKTON COMPANIES**

State: **CALIFORNIA**

Effective Date: **07-01-2018**

Expiration Date: **07-01-2019**

Bureau ID:    **364626**

---

### Location(s)

**VERITY MEDICAL FOUNDATION
NO FIXED ADDRESS
CA
Legal Entity:  Corporation
FEIN:  45-3691852
NAIC Code:  622110**

WC 99 06 06

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　WC 00 00 00 C
(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**E. Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 C**
(Ed. 1-15)　　　　　　　　**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.  Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;
2. you knowingly employ an employee in violation of law;
3. you fail to comply with a health or safety law or regulation; or
4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G.  Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H.  Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.
2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5. This insurance conforms to the parts of the

workers compensation law that apply to:

a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO**
**EMPLOYERS LIABILITY INSURANCE**

**A.  How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**B.  We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 00 00 00 C
(Ed. 1-15)

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**C. Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and

901–944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D. We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

**E. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WC 00 00 00 C**　　　　　　WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
(Ed. 1-15)

**F. Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G. Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H. Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I. Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE**
**OTHER STATES INSURANCE**

**A. How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B. Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR**
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

4 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　WC 00 00 00 C
(Ed. 1-15)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE
## PREMIUM

### A.  Our Manuals

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

### B.  Classifications

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

### C.  Remuneration

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

### D.  Premium Payments

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

### E.  Final Premium

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

### F.  Records

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

### G.  Audit

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WC 00 00 00 C**
(Ed. 1-15)

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

## PART SIX
## CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancelation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancelation notice.

4. Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

6 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

### WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### EXTENSION OF INFORMATION PAGE

Insured: **VERITY HEALTH SYSTEM OF**

Policy Number: **MWC 313800 00**

Producer: **LOCKTON COMPANIES**

State: **CALIFORNIA**

Effective Date: **07-01-2018**

Expiration Date: **07-01-2019**

Bureau ID: **364626**

| Classification | Code No. | Premium Basis Total Estimated Annual Remuneration | | Rate Per $100 of Remuneration | Estimated Annual Premium | |
|---|---|---|---|---|---|---|
| **0001-01** | | | | | | |
| PHYSICIANS' PRACTICES AND OUTPATIENT CLINICS – ALL EMPLOYEES – INCLUDING CLERICAL OFFICE EMPLOYEES | 8834 | $ | 35,981,475 | 1.40 | $ | 503,741.00 |
| HOSPITALS – ALL EMPLOYEES – INCLUDING CLERICAL OFFICE EMPLOYEES AND OUTSIDE SALESPERSONS | 9043 | $ | 538,046,254 | 2.41 | $ 12,966,915.00 | |

WC 99 06 05

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

### WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
### EXTENSION OF INFORMATION PAGE

Insured: **VERITY HEALTH SYSTEM OF**  
Policy Number: **MWC 313800 00**  
Producer: **LOCKTON COMPANIES**  
State: **CALIFORNIA**

Effective Date: **07-01-2018**  
Expiration Date: **07-01-2019**  
Bureau ID: **364626**

| Classification | | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|---|
| TOTAL CLASS PREMIUM | | | | | $ 13,470,656.00 |
| INCREASE LIMITS | 1.028 | 9812 | | | $ 377,178.00 |
| EXPERIENCE PREMIUM | .95 | 9897 | | | $ -692,392.00 |
| TOTAL MODIFIED PREMIUM | | | | | $ 13,155,442.00 |
| STANDARD TOTAL | | | | | $ 13,155,442.00 |
| PREMIUM DISCOUNT | .857 | 0063 | | | $ -1,881,228.00 |
| LARGE DEDUCTIBLE | .144456 | 9964 | | | $ -9,645,586.00 |
| EXPENSE CONSTANT | | 0900 | | | $ 200.00 |
| TERRORISM | .03 | 9740 | | | $ 172,208.00 |
| CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) | .00 | 9741 | | | $ 0.00 |
| TOTAL ESTIMATED PREMIUM | | | | | $ 1,801,036.00 |
| CIGA SURCHARGE | 1.02 | 0175 | | | $ 36,021.00 |
| CA ADMIN REVOLVING FUND ASSESS | 1.008146 | 0987 | | | $ 93,244.00 |
| CA OCC SAFETY & HEALTH FUND | 1.002655 | 0992 | | | $ 30,391.00 |
| CA FRAUD ASSESSMENT | 1.00255 | 0988 | | | $ 29,189.00 |
| CA UNINS EMPL BENEFITS ASSESS | 1.000573 | 0986 | | | $ 6,559.00 |
| CA SUBS INJ BENEFITS ASSESS | 1.003599 | 0991 | | | $ 41,196.00 |
| CA LECF ASSESSMENT | 1.00215 | 9681 | | | $ 24,610.00 |
| FINAL TOTAL | | | | | $ 2,062,246.00 |
| POLICY TOTAL ESTIMATED COST | | | | | $ 2,062,246.00 |

WC 99 06 05

INSURED COPY

## U-917 (8-89) OLD REPUBLIC INSURANCE COMPANY

UNINTENTIONAL ERRORS AND OMISSIONS

UNINTENTIONAL ERRORS OR OMISSIONS BY THE INSURED SHALL NOT CONSTITUTE
GROUNDS FOR A DECLINATION OF COVERAGE BY US.

FORM A

**Page 1**

INSURED COPY

**U-917 (8-89) OLD REPUBLIC INSURANCE COMPANY**

NOTICE OF OCCURRENCE

IT IS AGREED THAT FAILURE OF ANY AGENT, SERVANT OR EMPLOYEE OF THE
INSURED, OTHER THAN THE OWNER, A PARTNER OF ANY PARTNERSHIP, OR AN
OFFICER OF THE INSURED, TO NOTIFY THE COMPANY OF ANY OCCURRENCE OF
WHICH HE HAS KNOWLEDGE SHALL NOT INVALIDATE THE INSURANCE AFFORDED BY
THIS POLICY AS RESPECTS TO THE NAMED INSURED.

FORM  B

**Page 1**

INSURED COPY

## U-917 (8-89) OLD REPUBLIC INSURANCE COMPANY

### KNOWLEDGE OF OCCURRENCE

IT IS UNDERSTOOD AND AGREED THAT THE KNOWLEDGE OF OCCURRENCE BY AN
AGENT, SERVANT OR EMPLOYEE OF THE INSURED SHALL NOT IN ITSELF
CONSTITUTE KNOWLEDGE BY THE INSURED UNLESS AN EXECUTIVE OFFICER OF THE
INSURED'S CORPORATION OR THE OWNER OR A PARTNER OF ANY PARTNERSHIP HAS
RECEIVED SUCH NOTICE FROM ITS OR THEIR AGENT, SERVANT OR EMPLOYEE.

FORM  C

**Page 1**

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

### WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY

## EARLIER NOTICE OF CANCELATION OR NONRENEWAL PROVIDED BY US

### SCHEDULE

| Number of Days' Notice of Cancellation Non-payment of Premium | Number of Days' Notice of Cancellation Reasons Other Than Non-payment of Premium or Nonrenewal | State(s) Applicable |
|---|---|---|
| 10 | 90 | SEE ITEM 3.A. |

| Number of Days' Notice of Nonrenewal | State(s) Applicable |
|---|---|
| 90 | SEE ITEM 3.A. |

A.    For any statutorily permitted reason for cancellation, the number of days required for notice of cancellation, as provided in the Cancellation Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule.

B.    For any statutorily permitted nonrenewal, the number of days required for notice of nonrenewal as amended by an applicable state endorsement is increased to the number of days shown in the Schedule.

WC 99 03 00

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY

### FOREIGN VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

Please read carefully.   This endorsement modifies insurance provided under the following:

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

This endorsement adds Foreign Voluntary Compensation Insurance to the policy to which it is attached, effective on the inception date of the policy unless a different date is indicated. State law may already provide benefits to employees working outside of the United States of America and this endorsement does not limit or reduce any benefits required by state workers compensation law.

## Section 1. Employees Covered

A. The additional coverage provided by this endorsement applies only to employees listed in Item 1. of the Schedule    of this endorsement provided they are hired within the limits of the United States of America. It provides additional coverage for the listed employees while they are traveling or temporarily residing in the country(ies) named in Item 1. of the Schedule of this endorsement. Each period of travel or temporary residence for each listed employee may be no longer than the maximum number of consecutive days shown in Item 1. of the Schedule of this endorsement.
B. This insurance does not apply to any employees you hire outside the limits of the United States of America.

## Section 2. How This Insurance Applies

This additional coverage applies only to bodily injury by accident or to bodily injury by disease. Bodily injury includes resulting death.
A. An employee listed in Item 1. of the Schedule of this endorsement must sustain the bodily injury.
B. The bodily injury must arise out of and occur in the course of your employment in the country(ies) listed in Item 1. of the Schedule of this endorsement.
C. Bodily injury by accident must occur during the policy period.
D. The conditions of your workplace must cause or aggravate the bodily injury by disease. The employee's last day of last exposure to those conditions causing or aggravating such bodily injury must occur during the policy period.

## Section 3. Exclusions

This endorsement amends Section C. of Part Two of the Policy by adding the following exclusions for coverage under this endorsement:
A. Bodily injury arising from any direct or indirect consequence of war, invasion, act of foreign enemy, hostilities (whether war is declared or not), civil war, rebellion, revolution, insurrection, or military or usurped power. No current or subsequent endorsement to this policy will override or waive this limitation;
B. Compensation or benefits imposed by any occupational disease, disability benefits law, plan or any similar law or plan; and
C. Bodily injury you intentionally cause or aggravate.

WC 99 03 04 A (04/15)                                                    Page 1 of 4
Includes copyright material from National Council on Compensation Insurance, Inc. with their permission

**Section 4. Voluntary Workers Compensation**

This endorsement amends Section A. of Part One of the policy by adding the following coverage:
On your behalf, we will voluntarily pay an amount equal to the benefits you would be required to pay if you and the employees described in Item 1. of the Schedule were subject to the workers compensation law of the state designated in Item 1. of the Schedule of this endorsement.
We will pay those amounts to the persons who would be entitled to them under such law. If this is not possible, we will reimburse you for amounts you are required to pay under the law.

The following provisions apply to this insurance:
   A.  In no event will our liability under this section exceed the amount we or you would have been obligated to pay if the employment and injury had been subject to the state workers compensation law designated in Item 1. of the Schedule of this endorsement. The only exception to this is as provided for in Section 6—Repatriation Expense.
   B.  We have the option of requesting you to pay sums due directly to persons entitled to them on our behalf. We will reimburse you for these payments when you provide us with satisfactory proof of payment.
   C.  Before we are required to make any payment or reimburse you, the persons entitled or paid must:
      (1)  Release you and us in writing from all responsibility for the bodily injury or death;
      (2)  Transfer to us their right to recover from others who may be responsible for the injury or death to the extent of our payment or reimbursement; and
      (3)  Cooperate with us and do everything necessary to enable us to perform the right to recover from others.
      If a person entitled to payment under this section refuses to accept voluntary payments offered, we may, at our discretion, withdraw the offer to pay compensation benefits. If this happens, we will notify you and the employee that we will no longer be bound by the provisions of this section.
   D.  Under this or any other policy we have issued to you, it is possible that the provisions for a workers compensation law, plan, or any similar law or plan may hold you or us legally liable for any injury where payments have been made or would otherwise be made under Section 4. of this endorsement. If this happens, we agree that we will make no further payments under Section 4. if Section 5. of this endorsement applies.

**Section 5. Legal Liability Under Workers Compensation Law**

   A.  If you are required to pay any benefits to an employee listed in Item 1. of the Schedule of this endorsement under a workers compensation or occupational disease law of the country(ies) listed in Item 1. of the Schedule of this endorsement, we will reimburse you up to, but not in excess of, the cost of benefits that would be payable under the applicable workers compensation law of the state designated in the same Schedule.
   B.  We will not be liable for any loss for which you had other valid and collectible insurance.
   C.  We assume no obligation to defend or reimburse you for any suit or proceeding against you outside of the United States of America.
   D.  The coverage that Section 5. affords does not cover fines or penalties imposed on you for failure to comply with the requirements of any workers compensation or occupational disease law of any country(ies) named in Item 1. of the Schedule of this endorsement.

**Section 6. Repatriation Expense**

This section only applies to coverage provided under Sections 4. and 5. of this endorsement.
Medical expenses include additional expenses of repatriation to the United States of America incurred as a result of bodily injury to the employees listed in Item 1. of the Schedule of this endorsement. In the event that an employee is injured, our liability is limited to the amount by which these expenses exceed the normal cost of returning the employee. In the event of an employee's death, our liability is limited to the amount by which the expenses of returning the body exceed the normal cost of returning an employee who is alive and in good health.
Our liability will never exceed the amount indicated in Item 2. of the Schedule of this endorsement for one covered employee or accident.

WC 99 03 04 A (04/15)                                            Page **2** of 4
Includes copyright material from National Council on Compensation Insurance, Inc. with their permission

INSURED COPY

The policy does not afford coverage for repatriation expenses unless a specific limit of liability for each covered employee and accident appears in Item 2. of the Schedule of this endorsement.

**Section 7. Employers Liability**

The following agreement replaces Section B. of Part Two—Employers Liability of the policy with respect to the coverage this endorsement provides:

B. **We Will Pay**

We will pay, on your behalf, all sums that you become legally obligated to pay as damages because of bodily injury by accident or disease, including resulting death, sustained in any country(ies) designated in Item 1. of the Schedule of this endorsement other than the United States of America by any of your employees listed in Item 1. of the Schedule of this endorsement arising out of and in the course of employment by you.

The following provisions apply to Section 7. of this endorsement:

A. We will reimburse you for all reasonable expenses you incur, including attorney fees in defending any suit against you alleging injury and seeking damages on account of any insurance this section of this endorsement affords. We assume no obligation to defend or reimburse you for any suit or any proceeding brought against you outside the United States of America.

B. The limit of our liability under Part Two will be in accordance with the following provisions:

The words "damages because of bodily injury by accident or disease, including resulting in death" in Section 7-B above include damages for care and loss of services. These words also include damages for which you are liable because of suits or claims others bring against you to recover the damages obtained from such others because of bodily injury your employees listed in Item 1. of the Schedule of this endorsement sustain arising out of and in the course of their employment.

The limit of liability in Item 3. of the Schedule of this endorsement that applies to "bodily injury by accident" is the most we will pay for all damages, including damages for care and loss of services, to one or more employees listed in item 1. of the Schedule of this endorsement in any one accident.

The limit of liability in Item 3. of the Schedule of this endorsement that applies to "bodily injury by disease—policy limit" is the most we will pay for all damages because of bodily injury by disease, including resulting death, regardless of the number of employees listed in Item 1. of the Schedule of this endorsement who sustain bodily injury by disease outside the United States of America.

The limit shown in Item 3. of the Schedule of this endorsement for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee listed in Item 1. of the Schedule of this endorsement.

The limits of liability designated in this endorsement supersede and are not cumulative with any limit(s) of liability elsewhere in the policy. The inclusion of more than one insured does not increase the limits of our liability.

We will not make any additional payments for any claims for damages after we have paid the applicable limit of liability as shown in Items 2. and 3. of the Schedule of this endorsement.

**Section 8. Premium**

In addition to the provisions of Part Five—Premium of the policy, the following provisions will apply to this endorsement:

A. We will compute the premium for this coverage in accordance with Part Five of the policy, upon all remuneration paid to employees shown in Item 1. of the Schedule of this endorsement while traveling or residing in the country(ies) listed in the same Schedule for a period of no longer than the maximum number of consecutive days per policy period indicated in Item 1. of the Schedule of this endorsement.

Each period of travel or temporary residence for each listed employee may be no longer than the maximum number of consecutive days shown in Item 1. of the Schedule of this endorsement.

B. We will determine the premium for this coverage on the basis of the workers compensation rules, classifications, and rates approved by the appropriate regulatory authority for the state workers compensation law designated in Item 1. of the Schedule of this endorsement.

C. You must maintain payroll records for any employee covered by the provisions of this endorsement.

WC 99 03 04 A (04/15)                                                      **Page 3 of 4**
Includes copyright material from National Council on Compensation Insurance, Inc. with their permission

**Section 9. Other Insurance**

The following provision replaces Section E of Part One and Section F of Part Two of the policy with respect to the coverage this endorsement provides:

The insurance for a loss covered by this endorsement will be excess insurance over and above any other insurance, except with respect to insurance provided under Section 5. The limits of liability for this insurance will be reduced by an amount equal to the limits of liability other insurance affords.

Schedule

| | Name(s) of Employees | Country(ies) of Operations | Maximum Number of Consecutive Days | Designated Workers Compensation Law |
|---|---|---|---|---|
| 1. | ALL DESIGNATED EMPLOYEES OF THE INSURED | OTHER THAN THE UNITED STATES, ITS TERRITORIES OR POSSESSIONS OR CANADA | PER STATE WORK COMP LAW | STATE OF CURRENT EMPLOYMENT |

2. **Limits of Liability for Repatriation Expense**

   $ 1,000,000    Each employee
   $ 1,000,000    Each accident

3. **Limits of Liability for Part Two—Employers Liability**

   $ 1,000,000    Bodily injury by accident—each accident
   $ 1,000,000    Bodily injury by disease—each employee
   $ 1,000,000    Bodily injury by disease—policy limit

All other terms, conditions, and exclusions apply.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07-01-18**     Policy No. **MWC 313800 00**     Endorsement No.

Insured **VERITY HEALTH SYSTEM OF CALIFORNIA, INC.**     Premium $ **INCL.**

Insurance Company **OLD REPUBLIC INSURANCE COMPANY**

Countersigned By *Gary Nico*

INSURED COPY

## IL 10 (12/06)    OLD REPUBLIC INSURANCE COMPANY

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

**DESIGNATED ENTITY - NOTICE OF CANCELATION PROVIDED BY US**

**SCHEDULE**

**Number of Days Notice of Cancelation:**    30

**Person or Organization:**

SAN MATEO COUNTY TRANSIT DISTRICT

**Address:**

C/O INSURANCE TRACKING SERVICES, INC. (ITS)
P.O. BOX 198
LONG BEACH, CA 90801

**Provisions**

If we cancel this policy for any statutorily permitted reason other than nonpayment of premium, and a number of days is shown for cancelation in the schedule above, we will mail notice of cancelation to the person or organization shown in the schedule above. We will mail such notice to the address shown in the schedule above at least the number of days shown for cancelation in the schedule above before the effective date of cancelation.

PC 009 05 10

INSURED COPY

## IL 10 (12/06)   OLD REPUBLIC INSURANCE COMPANY

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

**DESIGNATED ENTITY - NOTICE OF CANCELATION PROVIDED BY US**

**SCHEDULE**

**Number of Days Notice of Cancelation:**    30

**Person or Organization:**
COUNTY OF LOS ANGELES EMS AGENCY
ADMINISTRATION

**Address:**
10100 PIONEER BLVD.
SANTA FE SPRINGS, CA 90670

**Provisions**

If we cancel this policy for any statutorily permitted reason other than nonpayment of premium, and a number of days is shown for cancelation in the schedule above, we will mail notice of cancelation to the person or organization shown in the schedule above. We will mail such notice to the address shown in the schedule above at least the number of days shown for cancelation in the schedule above before the effective date of cancelation.

PC 009 05 10

# IL 10 (12/06)   OLD REPUBLIC INSURANCE COMPANY

### WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY

### DESIGNATED ENTITY - NOTICE OF CANCELATION PROVIDED BY US

#### SCHEDULE

**Number of Days Notice of Cancelation:**      30

**Person or Organization:**

COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH
CONTRACTS MONITORING UNIT

**Address:**

555 FERGUSON DRIVE, SUITE 210
LOS ANGELES, CA 90022

**Provisions**

If we cancel this policy for any statutorily permitted reason other than nonpayment of premium, and a number of days is shown for cancelation in the schedule above, we will mail notice of cancelation to the person or organization shown in the schedule above. We will mail such notice to the address shown in the schedule above at least the number of days shown for cancelation in the schedule above before the effective date of cancelation.

PC 009 05 10

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 00 01 01 A

(Ed. 4-92)

POLICY NUMBER: MWC 313800 00

### DEFENSE BASE ACT COVERAGE ENDORSEMENT

This endorsement applies only to the work described in the Schedule or described on the Information Page as subject to the Defense Base Act. The policy applies to that work as though the location included in the description of the work were a state named in Item 3.A. of the Information Page.

General Section C. **Workers' Compensation Law** is replaced by the following:

C.  **Workers' Compensation Law**

Workers' Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page and the Defense Base Act (42 USC Sections 1651–1654). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), C. Exclusions., exclusion 8, does not apply to work subject to the Defense Base Act.

Schedule

**Description of Work**
**ON FILE WITH COMPANY**

DATE OF ISSUE: 07-24-18
WC 00 01 01 A
(Ed. 4-92)
© 1991 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 01 09 C**

(Ed. 1-15)

POLICY NUMBER: MWC 313800 00

### OUTER CONTINENTAL SHELF LANDS ACT COVERAGE ENDORSEMENT

This endorsement applies only to the work described in Item 4 of the Information Page or in the Schedule as subject to the Outer Continental Shelf Lands Act. The policy will apply to that work as though the location shown in the Schedule were a state named in Item 3.A. of the Information Page.

General Section C. **Workers Compensation Law** is replaced by the following:

**C.   Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page and the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), C. Exclusions., exclusion 8, does not apply to work subject to the Outer Continental Shelf Lands Act.

Schedule

**Description and Location of Work**
ON FILE WITH COMPANY

DATE OF ISSUE: 07/24/2018

**WC 00 01 09 C**
(Ed. 1-15)

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 00 02 01 B

(Ed. 1–15)

## MARITIME COVERAGE ENDORSEMENT

This endorsement changes how insurance provided by Part Two (Employers Liability Insurance) applies to bodily injury to a master or member of the crew of any vessel.

A.  **How This Insurance Applies** is replaced by the following:

A. **How This Insurance Applies**

This insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to work described in Item 1 of the Schedule of the Maritime Coverage Endorsement.

3. The bodily injury must occur in the territorial limits of, or in the operation of a vessel sailing directly between the ports of, the continental United States of America, Alaska, Hawaii or Canada.

4. Bodily injury by accident must occur during the policy period.

5. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

6. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

C.  **Exclusions** is changed by removing exclusion 10 and by adding exclusions 13 and 14.

This insurance does not cover:

13. Bodily injury covered by a Protection and Indemnity Policy or similar policy issued to you or for your benefit. This exclusion applies even if the other policy does not apply because of another insurance clause, deductible or limitation of liability clause, or any similar clause.

14. Your duty or obligation to provide transportation, wages, maintenance, and cure. This exclusion does not apply if a premium entry is shown in Item 2 of the Schedule, except that punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law are excluded even if a premium is paid for transportation, wages, maintenance, and cure coverage.

D.  **We Will Defend** is changed by adding the following statement:

We will treat a suit or other action in rem against a vessel owned or chartered by you as a suit against you.

G.  **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in the Schedule. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—aggregate" is the most we will pay for all damages covered by this insurance because of bodily injury by disease to one or more employees. The limit applies separately to bodily injury by disease arising out of work in each state shown in Item 3.A. of the Information Page. Bodily injury by disease will be deemed to occur in the state of the vessel's home port.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

1 of 2

© 1983–2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WC 00 02 01 B**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

POLICY NUMBER: MWC 313800 00

Schedule

1.  Description of work:
    **ON FILE WITH COMPANY**

2.  Transportation, Wages, Maintenance, and Cure Premium   **INCLUDED**
    **Exclusion:** This insurance does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law even if a premium is paid for transportation, wages, maintenance, and cure coverage.

3.  Limits of Liability

    Bodily Injury by Accident          **$1,000,000**        each accident

    Bodily Injury by Disease           **$1,000,000**        aggregate

DATE OF ISSUE: 07/24/2018

2 of 2

**WC 00 02 01 B**
(Ed. 1-15)
© 1983–2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                    WC 00 02 03

# VOLUNTARY COMPENSATION MARITIME
# COVERAGE ENDORSEMENT

This endorsement adds Voluntary Compensation Maritime Insurance to the policy.

### A. How This Insurance Applies

This insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must be sustained by an employee who is a master or member of the crew of a vessel described in the Schedule.

2. The bodily injury must occur in employment that is necessary or incidental to work described in Item 2 of the Schedule.

3. The bodily injury must occur in the territorial limits of, or in the operation of a vessel sailing directly between the ports of, the continental United States of America, Alaska, Hawaii or Canada.

4. Bodily injury by accident must occur during the policy period.

5. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

### B. We Will Pay

We will pay an amount equal to the benefits that would be required of you if you and your employees described in Item 1 of the Schedule were subject to the workers compensation law shown in Item 1 of the Schedule. We will pay those amounts to the persons who would be entitled to them under that law.

### C. Exclusions

This insurance does not cover:

1. any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2. bodily injury intentionally caused or aggravated by you.

### D. Before We Pay

Before we pay benefits to the persons entitled to them, they must:

1. release you and us, in writing, of all responsibility for the injury or death.

2. transfer to us their right to recover from others who may be responsible for the injury or death.

3. cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

If the persons entitled to the benefits of this insurance fail to do those things, our duty to pay ends at once. If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

### E. Recovery From Others

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid. We will pay the balance to the persons entitled to it. If the persons entitled to the benefits of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

Copyright 1983 National Council on Compensation Insurance.

INSURED COPY

WC 00 02 03                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

POLICY NUMBER: **MWC 313800 00**

**SCHEDULE**

**1. EMPLOYEES**

**Master and members of the crews of these vessels**

**ON FILE WITH COMPANY**

Workers Compensation Law

**STATE OF HIRE**

**2. DESCRIPTION OF WORK**

**ON FILE WITH COMPANY**

DATE OF ISSUE: **07-24-18**

Copyright 1983 National Council on Compensation Insurance.                    Page 2 of 2

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 00 03 01 A**

POLICY NUMBER: MWC 313800 00

# ALTERNATE EMPLOYER ENDORSEMENT

This endorsement applies only with respect to bodily injury to your employees while in the course of special or temporary employment by the alternate employer in the state named in Item 2 of the Schedule.  Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) will apply as though the alternate employer is insured.  If an entry is shown in Item 3 of the Schedule the insurance afforded by this endorsement applies only to work you perform under the contract or at the project named in the Schedule.

Under Part One (Workers Compensation Insurance) we will reimburse the alternate employer for the benefits required by the workers compensation law if we are not permitted to pay the benefits directly to the persons entitled to them.

The insurance afforded by this endorsement is not intended to satisfy the alternate employer's duty to secure its obligations under the workers compensation law.  We will not file evidence of this insurance on behalf of the alternate employer with any government agency.

We will not ask any other insurer of the alternate employer to share with us a loss covered by this endorsement.

Premium will be charged for your employees while in the course of special or temporary employment by the alternate employer.

The policy may be canceled according to its terms without sending notice to the alternate employer.

Part Four (Your Duties If Injury Occurs) applies to you and the alternate employer.  The alternate employer will recognize our right to defend under Parts One and Two and our right to inspect under Part Six.

### SCHEDULE

1.  **ALTERNATE EMPLOYER**                                    **ADDRESS**
    ON FILE WITH COMPANY

2.  **STATE OF SPECIAL OR TEMPORARY EMPLOYMENT**
    ON FILE WITH COMPANY

3.  **CONTRACT OR PROJECT**

DATE OF ISSUE: 07/24/2018

Copyright 1984, 1988 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 00 03 03 C

POLICY NUMBER: MWC 313800 00

**EMPLOYERS LIABILITY COVERAGE ENDORSEMENT**

This endorsement applies only to work in the states shown in the Schedule.

A.  Part One (Workers Compensation Insurance) does not apply to work in a state shown in the Schedule.

B.  Part Two (Employers Liability Insurance) applies to work in states shown in the Schedule as though they were shown in Item 3.A. of the Information Page.

C.  Part Two (Employers Liability Insurance), C. Exclusions is changed by adding these exclusions.

This insurance does not cover

13. bodily injury to an employee when you are deprived of common law defenses or are subject to penalty because of your failure to secure your obligations under the workers compensation law of any state shown in the Schedule or otherwise fail to comply with that law.

Schedule

**States**

**ND**
**WA**
**WY**

DATE OF ISSUE: 07-24-18

© 2004 National Council on Compensation Insurance, Inc.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      WC 00 03 19

POLICY NUMBER: MWC 313800 00

## EMPLOYEE LEASING CLIENT ENDORSEMENT

This endorsement applies only to the insurance provided by the policy when you enter into a contract or have an existing contract or contracts to lease workers to others. Part Six (Conditions) is changed by adding these conditions. Each entity to which you lease workers is called the Client. You must provide us the following information in writing for each Client within 30 days of the effective date of the leasing contract:

1.  Contract effective date and term.

2.  Client's name.

3.  Client's Federal Employer Identification Number.

4.  Client's mailing address.

5.  Number of workers you leased to your Client, description of duties of each, and work location of each.

Your Clients are obligated to maintain workers compensation coverage for their direct and leased employees.  You must submit to us a certificate of insurance from your Client's insurer or other proof that the Client has lawfully secured its workers compensation obligations for the leased workers.  If you do not submit the certificate of insurance or other proof, you must pay premium for the leased employees.  If your Client has not obtained the lawful coverage, we may cancel the policy as provided in Part Six (Conditions), Section D. Cancelation, of the policy.

DATE OF ISSUE: 07-24-18

Copyright 1991 National Council on Compensation Insurance.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 06

POLICY NUMBER: MWC 313800 00

# PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

### SCHEDULE

| | | ESTIMATED ELIGIBLE PREMIUM | | |
|---|---|---|---|---|
| 1. STATE | FIRST $5,000 | NEXT $95,000 | NEXT $400,000 | BALANCE |
| CA | 0 | .109 | .126 | .144 |

2. AVERAGE PERCENTAGE DISCOUNT:          %

3. OTHER POLICIES:

4. If there are no entries in Items 1, 2 and 3, of the Schedule see the Premium Discount Endorsement attached to your policy number:

DATE OF ISSUE: 07-24-18

Copyright 1983 National Council on Compensation Insurance.

Page 1

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 00 04 19

POLICY NUMBER: MWC 313800 00

# PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE
PREMIUM**

D.  **Premium** is amended to read:

You will pay all premium when due.  You will pay the premium even if part or all of a workers compensation law is not valid.  The due date for audit and retrospective premiums is the date of the billing.

DATE OF ISSUE: 07-24-18

© 2000 National Council on Compensation Insurance, Inc.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 00 04 21 D

(Ed. 1-15)

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a.  It is an act that is violent or dangerous to human life, property, or infrastructure;

  b.  The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c.  It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

| State | Schedule Rate | | Premium |
|---|---|---|---|
| CA | .00 | $ | 0 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/01/2018**  Policy No. **MWC 313800 00**      Endorsement No.

Insured **VERITY HEALTH SYSTEM OF**                     Premium $ **INCL.**

Insurance Company **OLD REPUBLIC INSURANCE COMPANY**

Countersigned By   *Gary Hie*

WC 00 04 21 D
(Ed. 1-15)

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 00 04 22 B

(Ed. 1-15)

### TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act . If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a.  The act is an act of terrorism.

b.  The act is violent or dangerous to human life, property or infrastructure.

c.  The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.  The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

    a.  $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

    b.  $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

    c.  $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

    d.  $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 04 22 B**                    **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 1-15)

    e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

    f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

| State | Schedule Rate | Premium |
|-------|---------------|---------|
| CA | .03 | $ 172,208 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/01/2018**  Policy No. **MWC 313800 00**         Endorsement No.

Insured **VERITY HEALTH SYSTEM OF**                     Premium $ **INCL.**

Insurance Company **OLD REPUBLIC INSURANCE COMPANY**

                                            Countersigned By

**WC 00 04 22 B**
**(Ed. 1-15)**
© Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

LARGE DEDUCTIBLE/LOSS REIMBURSEMENT SCHEDULE

| STATE | DEDUCTIBLE/LOSS REIMBURSEMENT AMOUNT | CREDIT |
|-------|--------------------------------------|--------|
| CA    | $500,000  PER CLAIM/OCCURRENCE       | .855544 |

Note: Refer to applicable deductible or loss reimbursement endorsements for more specific coverage information.

WC 99 06 04

INSURED COPY

# CALIFORNIA
# WORKERS COMPENSATION AND EMPLOYERS LIABILITY
# DEDUCTIBLE PLAN ENDORSEMENT WITH OPTIONAL AGGREGATE
# (DEDUCTIBLE INCLUDES ALAE)

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A of the Information Page.

1.    Except as stated in paragraph 6. below, this endorsement applies to the insurance provided by Part One (Workers Compensation Insurance) and Part Two (Employers Liability Insurance) in the states shown in the Schedule.

2.    This endorsement applies between you and us. It does not affect rights of others under the policy. Nor does it change our obligations under the policy, except as otherwise stated in this endorsement.

3.    In consideration for the Deductible Credit shown in the Schedule, you will reimburse us up to the Deductible Amount(s) stated in the Schedule for all payments we may make on your behalf because of bodily injury to one or more persons as a result of any one accident, or because of bodily injury to one or more persons due to bodily injury by disease.

**You must:**

A.    Pay all premiums for which you are responsible under this policy, and

B.    Reimburse us for any such amounts that we pay or advance upon receipt of a billing from us.

If you fail to do so, we may, at our option, cancel this policy for nonpayment of premium in accordance with the Cancelation Condition.

If you fail to reimburse us for any amounts as required by this endorsement and we cancel this policy for non-payment of premium in accordance with provisions of statute, we will remain fully responsible for the full amount of all claims incurred prior to the effective date of cancelation.

In the event of cancelation, collected and unearned premium will be returned in conjunction with our manual rules, less any uncollected advances paid for losses within the deductible including allocated loss adjustment expenses.

We will remain responsible for the full payment of all claims under this policy without regard to your ability or intention to reimburse us for the deductible amounts. The contract of insurance shall be fully enforceable by your employees or their dependents against us.

Allocated loss adjustment expense(s) will be treated as advancements within the Deductible Amount(s) and are to be reimbursed by you, based on your election to include such expense(s).

4.    A.    The Bodily Injury By Accident Each Occurrence Deductible Amount shown in the Schedule applies separately to the insurance provided by:

        (1)    Part One (Workers Compensation Insurance);

        (2)    Part Two (Employers Liability Insurance).

**Page 1 of 3**

WC 99 06 10 (09 04)

INSURED COPY

B.   The Bodily Injury By Disease Each Claim Deductible Amount shown in the Schedule applies separately to each employee for all damages arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease.

C.   It is further agreed such Deductible Amount(s) include any allocated loss adjustment expense incurred by us.

5.   **Policy Period Aggregate**

A.   The amount shown in the Schedule as All Covered Bodily Injury Aggregate, is the most you must reimburse us for the sum of all indemnity and medical benefits and damages per accident or per disease as appropriate, including any allocated loss adjustment expense incurred by us.

B.   If we cancel the policy or this endorsement, the aggregate will be reduced by the pro-rate portion of the amount equal to the time remaining in the policy period.

C.   The aggregate will not be reduced if:

(1)   this endorsement is issued for a term of less than (1) year; or

(2)   the policy or this endorsement is canceled for any reason by you before the end of the policy period including your:

i.   failure to pay the premium; or

ii.   failure to reimburse us for our payment of a claim or occurrence within the deductible limit of this policy.

D.   At our option, we will change the amount of the aggregate at the time of final audit, when there is a variance of your actual payroll to the amount reported to us at the outset of this policy. The amount of change to the aggregate will be proportionate to the change in payroll but will never be less than that shown on the Schedule.

6.   As respects to Part Two (Employers Liability Insurance), the following apply:

A.   The terms of the policy, including those with respect to (a) our right and duty with respect to the defense of suits and (b) your duties in the event of an injury apply irrespective of the application of the Deductible Amount(s);

B.   The applicable limits of liability shall be inclusive of and not in addition to the Deductible Amount(s).

7.   "Allocated Loss Adjustment Expense" shall mean such claim adjustment expenses directly allocated by us to a particular claim. Such expense shall include, but not be limited to, attorney's fees for claims in suit, court and other specific items of expense, such as medical examination, expert medical or other testimony, laboratory and x-ray, autopsy, stenographic, witnesses and summonses, and copies of documents. But it shall not include the salaries and traveling expenses of our employees other than those salaried employees who perform services which directly relate to and can be directly allocated to the handling of a particular claim.

8.   The following provisions apply to the policy and supercede any provisions to the contrary.

1.   Recovery From Others

**Page 2 of 3**

WC 99 06 10 (09 04)

We have your rights and the rights of persons entitled to the benefits of this insurance to recover all advances and payments, including those within the Deductible Amount(s) from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them. If we recover any advance or payment made under this policy from anyone liable for the injury, the amount we recover will first be applied to any payments made by us on this injury in excess of the Deductible Amount(s); only then will the remainder of the recovery, if any, be applied to reduce the Deductible Amount(s) paid or reimbursed or reimbursable by you on this injury.

2.    Security

We require security or collateral from you in such amounts as negotiated by us and you. Failure to provide or maintain any such security shall be treated as failure to pay premium when due.

## SCHEDULE

**See Large Deductible/Loss Reimbursement Schedule**

| DEDUCTIBLE AMOUNT | STATE(S) APPLICABLE | DEDUCTIBLE CREDIT |
|---|---|---|
| | California | |

| COVERAGE | | DEDUCTIBLE AMOUNT | |
|---|---|---|---|
| Bodily Injury By Accident | $ | | Each "Occurrence" |
| Bodily Injury By Disease | $ | | Each "Claim" |
| All Covered Bodily Injury | $ | | Aggregate |

This endorsement will not vary, alter or extend any agreement, provision, condition or declaration of the policy other than as stated above.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/01/2018**   Policy No. **MWC  313800  00**          Endorsement No.

Insured **VERITY HEALTH SYSTEM OF**                                    Premium $  **INCL.**

Insurance Company **OLD  REPUBLIC  INSURANCE  COMPANY**

Countersigned By   *Gary Hiss*

**Page 3 of 3**

WC 99 06 10 (09 04)

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

WC 04 01 01 A

POLICY NUMBER: MWC 313800 00

# LONGSHORE AND HARBOR WORKERS' COMPENSATION ACT
## COVERAGE ENDORSEMENT - CALIFORNIA

This endorsement applies only to work subject to the Longshore and Harbor Workers' Compensation Act in California. The policy applies to that work as though California were listed in item 3.A. of the Information Page.

General Section **C. Workers' Compensation Law** is replaced by the following:

**C. Workers' Compensation Law**

Workers' Compensation Law means the workers' or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page and the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950). It includes any amendments to those laws that are in effect during the policy period. It does not include any other federal workers' or workmen's compensation law, other federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

Part Two (Employers Liability Insurance), **C. Exclusions.**, exclusion **8.** does not apply to work subject to the Longshore and Harbor Workers' Compensation Act.

This endorsement does not apply to work subject to the Defense Base Act, the Outer Continental Shelf Lands Act, or the Nonappropriated Fund Instrumentalities Act.

The estimated premium for the Longshore and Harbor Workers' Compensation Act coverage provided by this endorsement is as shown in the Schedule below or item 4 of the Information Page.

SCHEDULE

| CODE NO. | CLASSIFICATION | ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| | | | | |

**TOTAL ESTIMATED ANNUAL PREMIUM $**

DATE OF ISSUE: 07-24-18

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 04 03 01 D**

(Ed. 2-18)

### POLICY AMENDATORY ENDORSEMENT—CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part Five, "Premium", E, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

© Copyright 2018 by the Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved.

INSURED COPY

**WC 04 03 01 D**          **WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

(Ed. 2-18)

**POLICY NUMBER:** MWC 313800 00

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

a.   If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be
     less than the pro rata share of the minimum premium.
b.   If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be
     increased by our short-rate cancelation table and procedure. Final premium will not be less than the pro rata share of the
     minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No
condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any
rights, duties, or privileges arising therefrom.

**DATE OF ISSUE:** 07/24/2018

**WC 04 03 01 D**
(Ed. 2-18)
© Copyright 2018 by the Workers' Compensation Insurance Rating Bureau of California. All Rights Reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 04 03 05

POLICY NUMBER: MWC 313800 00

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY
# COVERAGE ENDORSEMENT - CALIFORNIA

If the employer named in ITEM 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

## SCHEDULE

ALL EMPLOYEES NOT SUBJECT TO ANY WORKERS' COMPENSATION LAW

DATE OF ISSUE: 07-24-18

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 03 06
(Ed. 04-84)

POLICY NUMBER: MWC 313800 00

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT - CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule. (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be     % of the California workers' compensation premium otherwise due on such remuneration.

## SCHEDULE

**PERSON OR ORGANIZATION**                     **JOB DESCRIPTION**

ON FILE WITH COMPANY                     ON FILE WITH COMPANY

DATE OF ISSUE: 07-24-18

© 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual © 1999.

INSURED COPY

WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY          WC 04 03 10

POLICY NUMBER: MWC 313800 00

# DUTY TO DEFEND-CALIFORNIA

The insurance afforded by Part One, Section **C**, "We Will Defend", is hereby deleted and replaced with the following:

**WE WILL DEFEND**

We have the right and duty to defend at our expense any claim or proceeding against you before the California Workers' Compensation Appeals Board or its equivalent in any other state (and any appeal of a decision therefrom) for the benefits payable by this workers' compensation insurance. We have the right to investigate and settle these claims or proceedings.

We have no duty to defend a claim, proceeding, or suit that is not covered by this insurance.

Nothing contained in this Section shall amend, modify, restrict or otherwise alter any obligations or conditions under Part Two-Employer's Liability Insurance of the policy.

DATE OF ISSUE: 07-24-18

Copyright 1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
**From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.**

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 04 03 60 B**
**(Ed. 01-15)**

## EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT—CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information page is subject to the following provisions:

**A.** **"How This Insurance Applies,"** is amended to read as follows:

A. How This Insurance Applies

This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in California.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**C.** The **"Exclusions"** section is modified as follows (all other exclusions in the **"Exclusions"** section remain as is):

1. Exclusion 1 is amended to read as follows:
    1. liability assumed under a contract.

2. Exclusion 2 is deleted.

3. Exclusion 7 is amended to read as follows:
    7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.

4. The following exclusions are added:
    1. bodily injury to any member of the flying crew of any aircraft.
    2. bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.
    3. liability arising from California Labor Code Section 2810.3 which relates to labor contracting.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**
Endorsement Effective **07-01-18**    Policy No. **MWC 313800 00**    Endorsement No.
Insured **VERITY HEALTH SYSTEM OF CALIFORNIA, INC.**    Premium $ **INCL.**

Insurance Company **OLD REPUBLIC INSURANCE COMPANY**

Countersigned By _Gary Hico_

© 2015 by the Workers' Compensation Insurance Bureau of California. All Rights Reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          WC 04 04 21

(Ed. 1-08)

## OPTIONAL PREMIUM INCREASE ENDORSEMENT – CALIFORNIA

You must provide us, or our authorized representative, access to records necessary to perform a payroll verification audit. If you fail to provide access within 90 days after expiration of the policy, you are liable to pay a total premium equal to 3 times our current estimate of the annual premium for your policy. In addition, if you fail to provide access after our third request within a 90 day or longer period, you are also liable for our costs in attempting to perform the audit unless you provide a compelling business reason for your failure.

We will contact you to schedule appointments during normal business hours.

We will notify you of your failure to provide access by mailing a certified, return-receipt document stating the increased premium and the total amount of our costs incurred in our attempt(s) to perform an audit. In addition to any other obligations under this contract, 30 days after your receive the notification, you will be obligated to pay the total premium and costs referenced above. If, thereafter, you provide access to your records within three years after the policy expires, or within another mutually agreed upon time, and we succeed in performing the audit to our satisfaction, we will revise your total premium and the costs due to reflect the results of the audit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/01/2018**  Policy No. **MWC  313800  00**          Endorsement No.

Insured **VERITY HEALTH SYSTEM OF**          Premium $ **INCL.**

Insurance Company **OLD  REPUBLIC  INSURANCE  COMPANY**

Countersigned By _____

© 2007 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 04 06 01 A**

# CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the INFORMATION PAGE.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

CANCELATION

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Failure to comply with Federal or State safety orders;

   h. Failure to comply with written recommendations of our designated loss control representatives;

   i. The occurrence of a material change in the ownership of your business;

   j. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   k. The occurrence of any change in your business or operation that requires additional or different classification for premium calculation;

Copyright 1998 by The Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.                    Page 1 of 2

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 04 06 01 A

POLICY NUMBER: MWC 313800 00

    l.    The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3    If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancelation is to take effect.  Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.  If we cancel your policy for any of the reasons listed in Items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4.    The policy period will end on the day and hour stated in the cancelation notice.

DATE OF ISSUE: 07-24-18

Copyright 1998by The Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 1999.

INSURED COPY

## PROGRAM AGREEMENT ENDORSEMENT

THIS AGREEMENT (the "Agreement") entered into by and between **OLD REPUBLIC INSURANCE COMPANY**, Greensburg, Pennsylvania (herein, the "Company"), and **DAUGHTERS OF CHARITY HEALTH SYSTEM**, Los Altos Hills, California (herein, the "Insured") on July 1, 2015 (the "Effective Date").

### WITNESSETH:

**WHEREAS**, the Insured has requested the Company to issue to it for its benefit and for the benefit of its subsidiaries or affiliates and others as reflected in the Named Insured endorsement, effective July 1, 2015, certain insurance Policies covering the Insured's operations and those of its subsidiaries or affiliates under which the Insured will retain all or a certain portion of the Losses and Allocated Loss Adjustment Expenses;

**WHEREAS**, the Company has agreed to do so on the terms and conditions set forth below, as well as those in the insurance Policies it issues to the Insured.

**NOW THEREFORE**, in consideration of the premises and the mutual promises herein set forth, and intending legally to be bound, the parties agree as follows:

1. **Insured and its Subsidiaries**

   This Agreement is entered into by the Insured for its own benefit and, subject to Section 3 below, the benefit of the Insured's subsidiaries or affiliates, and is a binding obligation of the Insured and its subsidiaries and affiliates.

2. **Application and Effective Date**

   This Agreement and Schedules A, B and C attached hereto, which are a part of this Agreement, apply to each of the insurance coverages described in Section 3 below as of the effective date(s) of such insurance coverages as shown on Schedule A and will continue in full force and effect until terminated in accordance with the provisions of Section 15 hereof, and the applicable insurance laws governing such insurance coverage.

3. **The Insurance Coverages**

   The Company will issue to the Insured, for the Insured's own benefit and for the benefit of such of the Insured's subsidiaries or affiliates as the Insured designates from time to time, the Company's Policies as shown on Schedule A. Coverage will be provided under each Policy with the retentions and/or deductibles that are set forth in Schedule A attached hereto. Any renewals shall be set forth on an Addendum to Schedules A, B and C.

4. **Definitions**

   As used in this Agreement:

   (a) "Allocated Loss Adjustment Expenses" are as defined in the applicable endorsement and/or Policy.

   (b) "Claim Service Company" means the Claims Administrator designated or approved by the Company.

WC 95 06 00 A (05/14)

(c)   "Insured's Retention" means the amounts of Loss and Allocated Loss Adjustment Expense which are retained by the Insured or its Insured subsidiaries or affiliates per Occurrence, as indicated on Schedule A for each Policy, respectively.

(d)   "Loss" or "Losses" means any claim or claims to the extent covered by any one of the Policies. "Loss" or "Losses", for purposes of any other type of claim covered under this Agreement besides workers' compensation, shall also include any extra-contractual, punitive or exemplary damages liability which may be imposed with respect to each Policy.

(e)   "Obligation" or "Obligations" means any and all amounts the Insured is or will be required to pay under the terms and conditions of each Policy and this Agreement. The Insured's Obligations include, but are not limited to, Losses, Allocated Loss Adjustment Expenses, Unallocated Loss Adjustment Expenses, premiums, surcharges and assessments under each Policy and any and all indemnification, defense, or hold harmless expenses due or becoming due to the Company under this Agreement.

(f)   "Occurrence" means the event or events for which there is insurance coverage under the terms and conditions of one or more of each Policy.

(g)   "Unallocated Loss Adjustment Expenses" means salaries, overhead and other costs related to the claim adjustment process that are not specifically allocated to the expense incurred for a particular claim, including but not limited to any claims administration fees paid or payable in accordance with Section 11 below.

**5.    Payments by the Insured**

5.1.   The premium for each Policy is payable to the Company in accordance with the provisions of Schedule C.

5.2.   The premium for each Policy will be subject to adjustment based upon the Company's rights of audit under the terms of each respective Policy, and will also be subject to adjustment to reflect the inclusion or exclusion of any subsidiaries as Named Insureds under each Policy during the term of coverage. The Insured's inability or failure to provide audited exposure data to the Company within ninety (90) days of a Policy's expiration date shall be considered a forfeiture of the Insured's rights under the audit provisions of this Agreement and the Policy. The Company shall use the best information available to it to produce audit adjustments which shall become due under the terms of each respective Policy.

5.3.   The Policy premium includes the external costs shown on Schedule B of this Agreement. In the event of any change in the basis for the calculation of any of the external costs, as required by any tax or regulatory authority having jurisdiction over the matter, any resulting difference in the indicated external costs shall be treated as a surcharge in accordance with Schedule C and the Policy.

5.4.   Any Workers' Compensation Policy may provide that dividends may be granted by the Board of Directors of the Company. If declared by the Board, any such dividends will be limited to the amount by which the audit adjusted written premium exceeds the amount of the Company's retained premium for each Workers' Compensation Policy as set forth in Schedule B. In the event that the written premium, following an audit adjustment, is less than the corresponding Company retained premium shown in Schedule B, the difference shall be due and payable by the Insured upon receipt of written notice from the Company pursuant to the Policy. Under California law, it is unlawful for the Company to promise the future payment of dividends under an unexpired workers' compensation policy or to

Page - 2 - of 9

WC 95 06 00 A (05/14)

misrepresent the conditions for dividend payment. Dividends are payable only pursuant to conditions determined by the Company's Board of Directors or other governing board following policy expiration.

6.   **Allocated Loss Adjustment Expenses**

As specified in Schedule A and the Policy, in addition to the payment of its share of each Loss, the Insured will be liable for a proportionate share of Allocated Loss Adjustment Expenses in the same ratio as the Insured's Retention bears to the total claim settlement or judgment under any one of the Policies. For purposes of such proration, any extra-contractual, punitive or exemplary damages will be excluded from the amount of the Loss. Allocated Loss Adjustment Expenses with respect to Losses which are entirely within Insured's Retention, as well as claims which are successfully defended and result in no Loss payments, will not be prorated but will be fully the responsibility of the Insured.

Each Policy for which Schedule A specifies that the Insured's Retention includes both Loss and Allocated Loss Adjustment Expenses, the Insured shall be responsible for all Allocated Loss Adjustment Expenses incurred with respect to each Loss, up to but not exceeding the amount of the Insured's Retention.

7.   **Hold Harmless – Not Applicable to California Worker's Compensation Coverage**

In consideration of the Company's agreement to enter into this Agreement and to issue each Policy on the terms and conditions set forth in this Agreement, and to enter into an agreement with the Insured or a third party for the administration of claims in accordance with Section 11 below, the Insured hereby unconditionally agrees to indemnify, defend and hold the Company harmless from and against all claims, Losses, costs and expenses which the Company may suffer or incur under each Policy, this Agreement, any agreement for claims administration by the Insured or a third party or any other contracts(s) entered into or certificates or other evidence of insurance issued by the Company or an agent or broker at the request of the Insured or for which the Company may be held liable by a final order of a court or regulatory authority as a result of issuing such Policies or entering into this Agreement or any other agreement or issuing any certificates or evidence of insurance at the request of the Insured. Such indemnification obligations do not extend, however, to Insured claims, Losses, costs and expenses that the Company has agreed to assume for its own account, or for which the Company seeks or has received a recovery from a third party other than a subsidiary or affiliate of the Insured, or to any liability suffered or incurred by the Company as a direct result of its sole negligence, willful misconduct, or failure to perform its obligations under this Agreement and each Policy. The indemnification Obligations of the Insured hereunder are not limited by, but are in addition to the Insured's Retention, and will remain in full force and effect, notwithstanding any change in the ownership or control of the Insured or its subsidiaries or affiliates insured under each Policy, and will survive any termination of this Agreement.

8.   **No Aggregate or Stop Loss Coverage**

Notwithstanding the limits of the Insured's Retention as to any one Occurrence, there is no limitation of the Insured's liability on a cumulative or aggregate basis under the terms and conditions of this Agreement, and it is understood that the Company does not undertake to limit the Insured's cumulative or aggregate liability through any aggregate, stop loss or similar protection.

WC 05 06 00 A (05/14)

9. **Security**

9.1.    As security for all of the Insured's Obligations, the Insured must provide to the Company one or more clean, unconditional, irrevocable Letter(s) of Credit establishing credit in favor of the Company, or other security acceptable to the Company.  Such Letter(s) of Credit must be issued by a bank(s) which is a member of the Federal Reserve system and is acceptable to the Company.  The form of the Letter(s) of Credit must be as shown in Appendix A.

If posting a Letter of Credit, each such Letter of Credit must be issued for a term of at least twelve (12) months and shall be, by its terms, subject to an unlimited number of automatic renewals thereafter for additional terms of at least twelve (12) months, unless the issuer bank advises the Company in writing, at least thirty (30) days prior to the next expiration date, of its intention not to have the Letter(s) of Credit renewed.  In that case, the Insured must furnish the Company with a replacement Letter(s) of Credit issued to the Company by an acceptable bank(s), or other security as may be acceptable to the Company, establishing credit or security in an amount equal to the credit under the Letter(s) of Credit being replaced, within not less than ten (10) business days before the expiry date.  The requirement for such security will remain in place until all of the Insured's current and future Obligations have been indefeasibly paid or otherwise concluded in a manner satisfactory to the Company.

9.2.    The amount of the initial required security is $32,121,000.  At such times as the Company deems it appropriate or necessary, but at least annually, and until all liability with respect to the Insured's Obligations has been paid or otherwise concluded, the Company shall, applying generally accepted actuarial and credit review principles, review the security requirement.  The Company shall have the sole right to determine the adequacy of the amount of security to be held.  The sum of all of the Insured's Obligations which have been paid by the Insured or satisfied by sums drawn by the Company under the Letter(s) of Credit or other acceptable security held by the Company shall be subtracted to arrive at the required security.  If the resulting security requirements exceed the amount of remaining credit available to the Company under the Letter(s) of Credit or other acceptable security as of the calculation date, then the Insured must provide the Company with additional acceptable security equal to such excess within fifteen (15) days of the Insured's receipt of notice of the increased security requirement.  If the required security is less than the remaining credit available to the Company under the Letter(s) of Credit or other acceptable security, then the amount of such remaining credit will be reduced by the amount of such difference, and the Company will execute any document necessary in order to reduce the amount of such credits in accordance with this Section 9.

9.3     The Company or its successors in interest may draw upon any Letter of Credit, trust or other security at any time and from time to time, and such funds shall be applied without diminution because of the insolvency of the Insured or the Company for one or more of the following purposes only:

(a)    to reimburse the Company for the Insured's share of Losses, Allocated Loss Adjustment Expenses and Unallocated Loss Adjustment Expenses paid by the Company;

(b)    to fund an account with the Company for the full amount secured under this Agreement in the event the Insured has failed to replace timely any expiring Letter of Credit as required by Section 9.1 hereof or to adjust timely the amount secured hereunder as required by Section 9.2 hereof, and such failure would result in a deficiency in the total security provided by the Insured;

WC 95 06 00 A (05/14)

(c)    to fund an account with the Company for the full amount secured in the event of the filing of a voluntary or involuntary petition in bankruptcy by the Insured, the insolvency of the Insured, the admission in writing by the Insured of its inability to pay its debts as they become due, or a general assignment by the Insured of its assets for the benefit of creditors;

(d)    to pay any other amounts the Company claims are due to it under each Policy or this Agreement.

In the event the Company draws upon a Letter of Credit or other security pursuant to items (b), (c) or (d) above, the Company will be free to hold the proceeds thereof, without liability for interest thereon, until the Insured has fully remedied the circumstances for which the draw was made, whereupon the Company shall promptly return the proceeds held by it, less portions allocable to amounts due it under item (a) above, upon receipt of written instructions from the Insured, signed by a duly authorized officer of the Insured, indicating to whom such return is to be made. The Company shall have no obligation or liability to remit to the Insured any investment income thereupon.

## 10.    Claims Administration

10.1    Claims arising under Policies issued by the Company shall be administered by a third party claims administrator approved by, and under a contract acceptable to Company or, when approved by Company, self administered by the Insured under an acceptable separate written contract. Whether a third party claims administrator or the Insured itself, the party administering claims must: (i) provide a monthly report to Company showing the status of all claims, including details of payments and outstanding reserves in a format acceptable to Company; (ii) comply with all adjuster licensing laws; (iii) abide by the applicable state insurance claims settlement practices laws and regulations; (iv) screen all claimants' names under the Specially Designated Nationals and Blocked Persons list published by the Office of Foreign Asset Control and follow applicable reporting requirements; (v) prepare Form 1099 Miscellaneous Income reports on their behalf for filing with the Internal Revenue Service as to all Losses paid under each Policy; (vi) comply with such other reporting or screening requirements as provided under applicable laws or regulations; and (vii) in the case of the Insured, provide the funding for the payment of all Losses and Allocated Loss Adjustment Expenses under each Policy.

10.2    If the Insured wishes to change the administrator of the claims arising under Policies, whether the administrator be the Insured or a third party claims administrator, the Insured must provide the Company with a written request with the identity of the replacement administrator not less than sixty (60) days in advance of the requested change date. If the Insured requests the transfer of open claim files to the replacement administrator, it must provide the Company with the written request not less than ninety (90) days in advance of the requested change date. Any such replacement or transfer is subject to the Company's approval and the Insured's payment of a fee to be determined by the Company. The Insured and the replacement administrator must satisfy all other requirements of this Section 11 for the change or transfer to be effective.

10.3    If claims arising under each Policy are administered by a third party claims administrator, the fees and expenses for such services will be strictly the obligation of the Insured. The Insured's obligation to pay the fees and expenses of the third party claims administrator is not limited by the Insured's Retention. The Insured will fund an imprest account (Escrow Account) to be used for the payment of Losses and Allocated Loss Adjustment Expenses paid under each Policy. In the event said funds are deemed insufficient by the Company or the third party administrator, it will be the responsibility of the Insured to replenish and/or increase the funds to the required level.

WC 95 08 00 A (05/14)

10.4    Any salvages or subrogation recoveries obtained with respect to Losses shall be applied first to reimburse the Company with respect to that portion of each Loss, if any, which exceeds the Insured's Retention, excluding Allocated Loss Adjustment Expenses, and the balance to reimburse the Insured with respect to the Insured's Retention on each such Loss. The expenses incurred in obtaining such salvages or subrogation recoveries shall be borne by each party in the same proportion that each party benefits from the recoveries.

10.5    It is understood and agreed that in the event of any disagreement as to case reserves, Allocated Loss Adjustment Expenses, claims handling decisions, the choice of defense counsel or claims administrators, the final authority will rest with the Company in its sole discretion. In the event that the Insured or its third party claims administrator ceases to provide the services required of it or is unable to provide such services, for whatever reason, and an acceptable replacement is not immediately engaged, the Company will have the option of selecting a claims administrator of its own choice or assuming the claims administration function itself until an acceptable claims administrator is selected. For any such period of time, the Company shall be entitled to receive claims administration fees and reimbursement equal to the greater of what the unacceptable claims administrator would have been paid for the same services, or to what any one of the national claims administration firms would have charged for the same services.

## 11.    Breach of Obligations

If the Insured fails to pay or otherwise perform in a timely manner any Obligation due the Company hereunder or under a Policy at any time during the term of this Agreement, and if such failure continues for at least ten (10) business days following the Insured's receipt of written notice of such failure, the Company shall, at its sole discretion have the option of cancelling that Policy due to nonperformance or nonpayment in accordance with the provisions of that Policy subject to applicable law and, pursuant to Section 10.3 hereinabove, have the option of drawing on the Letter(s) of Credit or other security furnished to it under this Agreement in payment of the Obligations due from the Insured, but shall be under no obligation to do so. Alternatively, the Company may terminate the financing related to the Insured's insurance coverages by converting the applicable Policy(ies) to a guaranteed cost rating plan using the Company's filed and approved rates in effect as of the Policy(ies) effective date, and the entire amount of standard premium thereunder shall be immediately due.

## 12.    Renewal Option

The Company is under no obligation, and unless otherwise agreed to in writing, the Company shall not be under any obligation in the future, to renew any of the coverages under each Policy or to offer renewal of the coverages under the same terms and conditions following the expiration of any Policy. If the Company elects not to renew and/or to cancel coverage, it will furnish to the Insured notice of its intent not to renew and/or cancel consistent with the terms and conditions of each Policy.

## 13.    Joint Obligations

The Obligations set forth in this Agreement are Obligations of the Insured and its insured subsidiaries and affiliates jointly and severally. While the Company agrees to look primarily to the Insured for all such Obligations, its recourse is not limited to the Insured, and the Company has the right at all times to hold any or all of the Insured subsidiaries and affiliates liable for any Obligations due it. The Insured hereby expressly represents and warrants that it is authorized to enter into this Agreement on behalf of, and to bind, its insured subsidiaries and affiliates to this Section 13 and all of the other terms and conditions hereof, and stipulates that the foregoing representation and warranty is material and has been specifically relied upon by the Company in entering into this Agreement and agreeing to issue each Policy under this Agreement.

Page - 6 - of 9

14. **Financial Statements, Access to Records**

14.1   Annually while this Agreement remains in force, the Insured will make available to the Company copies of audited financial statements of the Insured and its insured subsidiaries and affiliates and the Insured's Forms 10-K and 10-Q Annual and Quarterly Reports, each of which will be made available to the Company within thirty (30) business days after the date on which such documents are filed with the Securities and Exchange Commission. In the event the Insured ceases to be a reporting company required to file such reports, it will provide the Company with copies of quarterly financial statements certified by its chief financial officer and annual financial statements certified by independent auditors within sixty (60) days after the end of each calendar quarter and within one hundred-twenty (120) days after the end of each calendar year while this Agreement remains in effect.

14.2   At all times while this Agreement remains in effect, the Company will have full and free access to the books and records of the Insured, its subsidiaries and affiliates insured under each Policy, and those of the third party claims administrator(s) described above, as respects information pertaining to the subject coverages. Such access will be limited, however, to normal business hours and shall be afforded only at reasonable intervals and upon reasonable prior written notice.

15. **Term and Termination**

15.1   This Agreement shall remain in full force and effect until all of the Insured's Obligations have been indefeasibly paid in full or otherwise satisfactorily concluded and will survive the expiration as well as any cancellation of each Policy.

15.2   Notwithstanding Section 15.1 above, this Agreement shall terminate:

(a)   by mutual written consent;

(b)   when the Company notifies the Insured that the Insured's Obligations have been fully and indefeasibly discharged; or

16. **Entire Agreement, Amendment**

[Apart from any agreement entered into for the administration of claims by a third party claims administrator,] this Agreement, together with each Policy issued hereunder, represents the entire agreement between the parties with respect to the subject matter hereof. This Agreement may only be changed by written amendment signed by duly authorized officers of the respective parties. No other changes will be binding or enforceable.

17. **Governing Law**

This Agreement will be governed in all respects by the laws of the State of Illinois, unless the law of another state is required by the Policy, applicable law or regulation.

WC 95 06 00 A (05/14)

18.  **Notices**

All notices or other communications required hereunder will be in writing, sent by registered mail to:

OLD REPUBLIC INSURANCE COMPANY
445 South Moorland Rd., Suite 300
Brookfield, WI 53005

DAUGHTERS OF CHARITY HEALTH SYSTEM
203 Redwood Shores Parkway, Suite 700
Redwood, CA 94065

or such other addresses as may be designated in the same manner from time to time.

19.  **No Waiver**

The failure on any occasion by either party to enforce the terms of this Agreement will not be deemed or construed as a waiver of that party's right to enforce those or any other terms of this Agreement on any other occasion.

20.  **Construction**

The terms and conditions of this Agreement will be liberally construed so as to give the fullest possible effect to the intentions of the parties.

21.  **Severability**

If any term or provision of this Agreement is in violation of the law of any state, such term or provision shall be void in the jurisdiction(s) where it is unlawful.  The remainder of this Agreement shall remain binding on the parties so that the terms of this Agreement are binding only to the extent lawful under applicable laws.  If any provision of this Agreement is determined by a court of law to be unenforceable, the parties hereto agree, and it is their desire, that the court shall modify such provision to the extent necessary to be deemed enforceable by such court.  As so modified, the provision shall be binding upon the parties as if originally set forth herein.

22.  **Assignment**

Neither party may assign any of its rights or obligations under this Agreement without the prior written consent of the other party.

23.  **Remedies**

The rights and remedies granted to the parties hereunder will be in addition to, and not in lieu of, any rights or remedies they may otherwise have.

24.  **Successors**

The terms and conditions of this Agreement are binding upon and will inure to the benefit of the successors and assigns of the parties hereto.

WC 95 06 00 A (05/14)

25.    Execution

This Agreement may be executed in counterparts, with signature pages exchanged by any commercially reasonable means, including by facsimile or electronic mail.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized officers as of the Effective Date.

ATTEST:                                    OLD REPUBLIC INSURANCE COMPANY

                                           BY:
                                           TITLE:    Vice President
                                           DATE:    7/31/15

ATTEST:                                    DAUGHTERS OF CHARITY HEALTH
                                           SYSTEM for itself and on behalf of its insured
                                           subsidiaries and affiliates

                                           BY:
                                           TITLE:    VP, Risk Management & Corporate Responsibility Officer
                                           DATE:    9/6/15

APPENDIX A – LETTER OF CREDIT

# BANK LETTERHEAD

ISSUE DATE: _____

**IRREVOCABLE LETTER OF CREDIT NO.** _____

**To Beneficiary:**
Old Republic Insurance Company
c/o Old Republic Risk Management
445 South Moorland Road, Suite 300
Brookfield, WI 53005
Attn: Chief Financial Officer

| For Internal Identification Purposes Only: |
| --- |
| Applicant: _____ |

We hereby establish this Irrevocable Letter of Credit in favor of the aforesaid addressee ("Beneficiary") for drawings up to United States $_____ effective immediately. This Letter of Credit is issued, presentable and payable at our office at (issuing bank's address) and expires with our close of business on _____, 20____.

The term "Beneficiary" includes any successor by operation of law of the named Beneficiary including, without limitation, any liquidator, rehabilitator, receiver or conservator.

We hereby undertake to promptly honor your sight draft(s) drawn on us, indicating our Credit    No. _____, for all or any part of this Credit if presented at our office specified in Paragraph 1 on or before the expiry date or any automatically extended expiry date.

Except as expressly stated herein, this undertaking is not subject to any agreement, condition or qualification. The obligation of (issuing bank) under this Letter of Credit is the individual obligation of (issuing bank), and is in no way contingent upon reimbursement with respect thereto.

It is a condition of this Letter of Credit that it is deemed to be automatically extended without amendment for one (1) year from the expiry date hereof, or any future expiration date, unless at least thirty (30) days prior to any expiration date we notify you by registered mail that we elect not to consider this Letter of Credit renewed for any such additional period.

This Letter of Credit is subject to and governed by the Laws of the State of New York and the Uniform Customs and Practice for Documentary Credits (2007 Revision) International Chamber of Commerce, Publication No. 600 and, in the event of any conflict, the Laws of the State of New York will control.    If this Credit expires during an interruption of business as described in Article 36 of said Publication 600, the bank hereby specifically agrees to effect payment if this Credit is drawn against within 30 days after the resumption of business.

Very truly yours,
_____
(Issuing Bank)

By: _____
(Authorized Signature)

WC 95 06 01 A (05/14)

# OLD REPUBLIC INSURANCE COMPANY

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

**PROGRAM AGREEMENT**
**SCHEDULE A**

An executed copy of WC 95 06 02 will be attached to your policy.

WC 95 06 02 (05/14)

Page 1 of 1

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

**PROGRAM AGREEMENT
SCHEDULE B
COMPANY DEDUCTIBLE PREMIUM**

An executed copy of WC 95 06 03 will be attached to your policy.

WC 95 06 03 (05/14)                          Page 1 of 1

INSURED COPY

# OLD REPUBLIC INSURANCE COMPANY

**WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY INSURANCE POLICY**

**PROGRAM AGREEMENT**
**SCHEDULE C**
**PREMIUM PAYMENT**

An executed copy of WC 95 06 04 will be attached to your policy.

WC 95 06 04 (05/14)

INSURED COPY

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 34 03 01 C**

(Ed. 3-10)

POLICY NUMBER: MWC 313800 00

### OHIO EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

This endorsement applies only to work in Ohio.

A. Part One (Workers Compensation Insurance) does not apply to work in Ohio.

B. Part Two (Employers Liability Insurance) applies to work in Ohio as though it were shown in Item 3.A. of the Information Page.

C. Part Two (Employers Liability Insurance), C. **Exclusions** is changed by adding these exclusions.

   C. **Exclusions**

     This insurance does not cover:

      5. bodily injury intentionally caused or aggravated by you, or bodily injury resulting from an act which is determined to have been committed by you with the belief that an injury is substantially certain to occur;

      14. bodily injury to an employee when you are deprived of common law defenses or are subject to penalty because of your failure to secure your obligations under the workers compensation law of Ohio or otherwise fail to comply with that law.

DATE OF ISSUE: 07-24-18
WC 34 03 01 C
(Ed. 3-10)

© Copyright 1985, 1988, 1991, 2010 National Council on Compensation Insurance, Inc. All Rights Reserved.

INSURED COPY

Policy Number
**MWC 313800 00**

**ENDORSEMENT**

## OLD REPUBLIC INSURANCE COMPANY

| | | | |
|---|---|---|---|
| Insured Name | **VERITY HEALTH SYSTEM OF** | Policy Effective Date: | **07-01-2018** |
| | | 12:01 A.M., Standard Time | |
| Agent Name | **LOCKTON COMPANIES** | Agent No. | **540** |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**IN CONSIDERATION OF RETURN ASSESSMENTS AND SURCHARGES OF
$17,728,IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY
INFORMATION PAGE IS AMENDED AS FOLLOWS:**

**SPECIAL ASSESSMENTS, SURCHARGES & POLICY FEES: $243,482
TOTAL ESTIMATED ANNUAL PREMIUM: $1,801,036
TOTAL PAYABLE: $ 2,044,518**

**THE ASSESSMENTS AND SURCHARGES ARE AS FOLLOWS:**

| | |
|---|---|
| **CALIFORNIA REVOLVING FUND** | **$ 92,277** |
| **CALIFORNIA FRAUD ASSESSMENT** | **$ 28,886** |
| **CALIFORNIA CIGA SURCHARGE** | **$ 20,628** |
| **CALIFORNIA UNINSURED BENEFITS (UEBT)** | **$  6,491** |
| **CALIFORNIA SUBSEQUENT INJURIES (SIBT)** | **$ 40,769** |
| **CALIFORNIA OCCUPATIONAL SAFETY & HEALTH FUND** | **$ 30,076** |
| **CALIFORNIA LECF ASSESSMENT** | **$ 24,355** |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
All other terms and conditions of this Policy remain unchanged.

(The information below is required to be completed only when this endorsement is issued subsequent to the policy effective date.)

Endorsement Effective Date: **07-01-18** , this endorsement forms part of Policy Number: **MWC 313800 00**

Insured Name: **VERITY HEALTH SYSTEM OF**                      **TO BE ADJUSTED**
Policy Effective Date: **07-01-2018**                          **AT TIME OF AUDIT**

NCCI Carrier Code: **11509**

Endorsement No: **001**

**WC 89 06 00 B**                      **Page 1**

INSURED COPY

## POLICYHOLDER NOTICE INDEX

| ACCOUNT NUMBER | POLICY NUMBER | PREVIOUS POLICY NUMBER | EFFECTIVE DATE - EXPIRATION DATE |
|---|---|---|---|
| 0540 | MWC 313800 00 | MWC 310639 00 | 07-01-2018  07-01-2019 |

NOTICES ARE NOT PART OF THE POLICY AND DO NOT PROVIDE COVERAGE

| | |
|---|---|
| PN 04 99 01 F | 03-15 CA POLICYHOLDER NOTICE |
| PN 04 99 02 B | 05-02 CA POLICYHOLDER NOTICE |
| PN 04 99 04 | 12-01 CA NOTICE INS. GUARANTEE ASSOC (CIGA) |
| WC PH CW 0104 | 01-17 NOTICE-ACCIDENT PREVENTION SERVICES |

WCPWNDX2

INSURED COPY

PN 04 99 01 F

(Ed. 03-15)

## POLICYHOLDER NOTICE

### YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

I.  **Information Available to You**

    **A.  Information Available from Us – Old Republic Insurance Company.**

        (1)  General questions regarding your policy should be directed to your Assistant Underwriter.

**Old Republic Risk Management, Inc.**
**445 S. Moorland Road Suite 300**
**Brookfield, WI 53005**
**Telephone: 262-797-3400**
**Fax#: 262-797-0486**

        (2)  **Dividend Calculation.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

        (3)  **Claims Information.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

        For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    **B.  Information Available from the Workers' Compensation Insurance Rating Bureau of California**

        (1)  The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan – 1995* (USRP) and the *California Workers' Compensation Experience Rating Plan – 1995* (ERP). Contact information for the WCIRB is: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirb.com. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

Copyright 2004 by the Workers' Compensation Insurance Rating Bureau of California.
All rights reserved
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001

INSURED COPY

PN 04 99 01 F

(Ed. 03-15)

(2) **Policyholder Information.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

(3) **Experience Rating Form.** Each experience rated risk may receive a single copy of its current Experience Rating Form free of charge by completing a Policyholder Rate Sheet Request Form on the WCIRB's website at http://www.wcirb.com/ratesheet. The Experience Rating Form will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

## II. Dispute Process

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

### A. Our Dispute Resolution Process.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to:

(Insurer's name, address, telephone and fax numbers for office designated to receive complaints.)

> CSC - LAWYERS INCORPORATING SERVICE
> 2730 GATEWAY OAKS DRIVE
> SUITE 100
> SACRAMENTO, CA 95833
> PHONE: (916) 641-5100
> FAX: (916) 614-5151

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

### B. Disputing the Actions of the WCIRB.
If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

**Copyright 2004 by the Workers' Compensation Insurance Rating Bureau of California.**
**All rights reserved**
**From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001**

INSURED COPY

PN 04 99 01 F

(Ed. 03-15)

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 1221 Broadway, Suite 900, Oakland, CA 94612, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

C. **California Department of Insurance – Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

III. **Resources Available to You in Obtaining Information and Pursuing Disputes**

A. **Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 1221 Broadway, Suite 900, Oakland, California 94612, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-778-7159 and by fax at 415-371-5288.

B. **California Department of Insurance – Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

Copyright 2004 by the Workers' Compensation Insurance Rating Bureau of California.
All rights reserved
From the WCIRB's California Workers' Compensation Insurance Forms Manual Copyright 2001

INSURED COPY

PN 04 99 02 B
(Ed. 5-02)

# POLICYHOLDER NOTICE

### CALIFORNIA WORKERS' COMPENSATION
### INSURANCE RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1. We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2. The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3. Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4. We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5. A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6. Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7. We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

### CALIFORNIA WORKERS' COMPENSATION INSURANCE
### NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

©2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

INSURED COPY

PN 04 99 02 B
(Ed. 5-02)

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.    Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.    The policy was extended for 90 days or less and the required notice was given prior to the extension.

3.    You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.    The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.    You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.    We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    (A)  If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    (B)  For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

©2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

INSURED COPY

PN 04 99 04
(Ed. 12-01)

## POLICYHOLDER NOTICE

### CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.

# OLD REPUBLIC INSURANCE COMPANY

## NOTIFICATION TO POLICYHOLDERS
## OF ACCIDENT PREVENTION SERVICES

Policyholders who have questions about or would like additional information on the accident preventions services list below or obtaining services may contact Loss Control at:

Old Republic Insurance Company
445 South Moorland Road, Suite 300
Brookfield, WI 53005
(877) 797-3400

Old Republic Insurance Company is required to notify policyholders of, make available and/or provide policyholders certain loss control services in the states of COLORADO, MAINE, MINNESOTA, MONTANA, and NEVADA.  These services may include and not be limited to surveys, recommendations, training assistance, consultations, accident cause analysis, industrial hygiene and industrial health services.  When required by law, these services are made available at no additional charge.

The following state-specific notices also apply:

**ARKANSAS**
Old Republic Insurance Company is required to provide its policyholders with certain accident prevention services at no additional cost as required by Ark. Code Ann. §11-9-409(d) and AWCC Rule 32.  If you would like more information, call Old Republic loss control at (877) 797-3400.  If you have any questions about this requirement, call the Health and Safety Division, Arkansas Workers' Compensation Commission at 1-800-622-4472.

**CALIFORNIA**
We maintain or provide occupational safety and health loss control consultation services. These loss control consultation services include a workplace survey, including discussions with management and, where appropriate, non-management personnel with permission of the employer, a review of injury records with appropriate personnel, The development of a plan to improve the employer's health and safety loss control experience, including modifications to the your injury and illness prevention program. These services are available at no additional charge.

**KANSAS**
Old Republic Insurance Company has Accident Prevention Services available to our policyholders. These include surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene and industrial health services.  These services are intended to assist policyholders implement programs of accident prevention.

**MISSOURI**
The Missouri Division of Workers' Compensation offers free safety services to Missouri employers through its Missouri Workers' Safety Program (MWSP). MWSP's main goal is to help employers control workers' compensation costs. The Division also certifies Missouri insurance carriers' safety engineering and management programs that are available to insured's upon request. Employers may contact MWSP at 1 (800) 775-COMP or 573/526-3504, email mowsp@doldwcmail.dolir.state.mo.us for more information about workplace safety or for a registry of safety consultants and safety engineers who are certified by the Division [Letter, January 3, 2003 and MSWP Insurance Carrier Certification and Re-Certification Criteria].

**(continued on next page)**

 OLD REPUBLIC INSURANCE GROUP

INSURED COPY

**OKLAHOMA**
We offer workplace safety services to policyholders including, but not limited to surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene and industrial health services.

**OREGON**
We make available and offer to provide to our insureds required loss control consultative services, without additional charge including evaluation of loss prevention needs, assistance evaluating illness & injury experience, an explanation of the Oregon Safe Employment Act and rules that apply to your workplace, an offer to provide an on-site health and safety survey, assistance with industrial hygiene & safety evaluations, assistance in evaluating, obtaining, & maintaining personal protective equipment, evaluation of  work practices, workplace design, and assistance with job site modifications, assistance evaluating & improving an safety management practices, assistance identifying health & safety training needs and available resources; an offer to provide follow-up service.

Please contact us for further information on these services or other services that may be available.

You have the right to make a complaint to the OR-OSHA Division if your insurer fails to respond to your request for loss prevention services or otherwise fails to provide services as offered or required.

<u>THIS INFORMATION IS PUBLISHED FOR DELIVERY TO POLICYHOLDERS' MAIN LOCATION IN OREGON AND IS TO BE DISTRIBUTED TO ALL FIXED PLACES OF EMPLOYMENT IN OREGON</u>

**PENNSYLVANIA**
Required accident & illness prevention services are available to our policyholders who request them. A premium discount of 5% is available to employers who form a certified workplace safety committee as described in PA Statutes, Title 77, § 1038. The discount may be subject to change when rate revisions occur.

**TEXAS**
Pursuant to Texas Labor Code §411.066, Old Republic Insurance Company is required to notify its policyholders that accident prevention services are available from Old Republic Insurance Company at no additional charge.  These services may include surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene, and industrial health services. Old Republic Insurance Company is also required to provide return-to-work coordination services as required by Texas Labor Code §413.021 and to notify you of the availability of the return-to-work reimbursement program for employers under Texas Labor Code §413.022. If you would like more information, contact Old Republic Insurance Company at 800-344-4300 and APServices@ORRM.com for accident prevention services or 800-747-5256 and RTW@orrm.com for return-to-work coordination services.  For information about these requirements call the Texas Department of Insurance, Division of Workers' Compensation (TDI-DWC) at 1-800-687-7080 or for information about the return-to-work reimbursement program for employers call the TDI-DWC at (512) 804-5000.  If Old Republic Insurance Company fails to respond to your request for accident prevention services or return-to-work coordination services, you may file a complaint with the TDI-DWC in writing at http://www.tdi.texas.gov or by mail to Texas Department of Insurance, Division of Workers' Compensation, MS-8, at 7551 Metro Center Drive, Austin, Texas 78744-1645.

INSURED COPY