# EXHIBIT B



Marillac Insurance Company Ltd.
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

## MARILLAC INSURANCE COMPANY LTD.
## DEDUCTIBLE LIABILITY PROTECTION POLICY

Policy Number:          DED.WC-07.01.18-19          Renewal of DED.WC-07.01.-17-18

### POLICY SCHEDULE

**Insured:**
**Verity Health System of California, Inc., and as per policy MWC 313800 00**
**2040 East Mariposa Avenue El Segundo, CA  90245**
**Form of Business:**
[ ] Individual    [ ] Partnership    [ ] Joint Venture    [X] Other Organizations

Policy Period: From:   07/01/18   to   07/01/19   at 12:01 at Insured's mailing address.

In return for the payment of premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

### POLICY DECLARATION PAGE

| I. Deductible Liability Protection - Limit of Liability:  Each Occurrence |
|---|
| Coverage A. Workers Compensation - $500,000, including defense costs and expenses.<br>Coverage B. Employers Liability - $500,000, including defense costs and expenses. |

| II. This policy applies to Deductibles under the following policies | |
|---|---|
| Insurer | Old Republic Insurance Company |
| Policy Number | MWC 313800 00 |
| Effective Dates | 07/01/18- 07/01/19 |
| Policy Limits | A. Workers Compensation     Statutory<br>B. Employers Liability     $1,000,000/$1,000,000/$1,000,000 |

| III. Deductible Liability Protection Premium | | | |
|---|---|---|---|
| Rate | Premium Basis (payroll) | Basis Amount | Advance Premium |
| Various | Actuarially Determined | $574,027,729 | $6,939,472 |

The Advance Premium is payable in Installments as follows: Deposit Premium of $1,734,868 and 3 Installments of $1,734,868 each payable [X] Quarterly; [ ] Semi-Annually; or Refer to Payments Schedule attached.

Authorized Signature
MARILLAC INSURANCE COMPANY LTD
94 Solaris Ave., 2nd Floor, Camana Bay,
Authorized Representatives Box 69, Grand Cayman, KY1-1102, Cayman Islands,
Aon Insurance Managers (Cayman) Ltd
as Insurance Manager for

Marillac Insurance Company Ltd



Page 1 of 6



Marillac Insurance Company Ltd.
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

## MARILLAC INSURANCE COMPANY LTD.
## DEDUCTIBLE LIABILITY PROTECTION POLICY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Insured shown in the Policy Schedule. The words, "we," "us" and "our" refer to Marillac Insurance Company Ltd.

Words and phrases that appear in quotation marks have special meaning. Refer to the **DEFINITIONS**.

**In consideration of the payment of the premium and in reliance upon the statements made to us by underwriting information, we agree with you as follows:**

### I. INSURING AGREEMENT

#### A. COVERAGE

Subject to our Limit of Liability, we will indemnify the "insured" for all sums which the "insured" shall become obligated to pay to the "insurer" as the Deductible, or Reimbursable portion of all "loss" and "allocated loss adjustment expenses" incurred by such "insurer" under an insurance policy identified in Item II of the Policy Declaration Page.

#### B. NO OBLIGATION TO DEFEND

We shall indemnify you for any claim, proceeding, or suit against you for benefits payable by the insurance policy identified in Item II of the Policy Declaration Page. However, we have no duty or obligation to investigate or defend any claim or suit brought against you.

### II. DEFINITIONS

"**Insured**" means the employer or organization listed in the Policy Schedule.

"**Insurer**" means the insurance company identified under Item II of the Policy Declaration Page.

"**Loss**" means the amount paid to a claimant in satisfaction of his/her claim or suit.

"**Allocated Loss Adjustment Expense**" means the investigation and defense expenses that the "insurer" allocates directly to a specific claim.

The term "**Occurrence**" will follow the same meaning as it carries on the policy identified in Item II of the Policy Declaration Page.

### III. CONDITIONS

#### A. NOTICE OF CLAIM

If a claim is made or suit is brought against an "insured" for sums due or claimed due from an "insurer," you must see to it that the Policy Administrator or their authorized representative receive written notice



Marillac Insurance Company Ltd.
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

of it as soon as practicable. The Policy Administrator or their authorized representative must furnish us with proof of the sums for which you seek indemnification under this policy. Such proof shall include:

1. the name of the "insurer" and

2. a list of the claims paid by the "insurer"; and for each claim,

    a)  the amounts paid and reserved for payment under claim as benefits or indemnity and as "allocated loss adjustment expense," and the amount of the Deductible portion thereof and,

    b)  the "insurers" claim number, the claimant's name, and the date of accident or occurrence.

You must authorize us and cooperate with us to obtain records necessary to verify any of those items of information.

Such notice and proof shall be mailed to:

**MARILLAC INSURANCE COMPANY LTD.**
94 Solaris Ave., 2nd Floor, Camana Bay,
P.O. Box 69, Grand Cayman,
KY1-1102, Cayman Islands,

### B. LIMIT OF LIABILITY

The most that we will pay for the total of all losses under this policy is the amount identified as our Limit of Liability under Item I. of the Policy Declaration Page.

### C. AUDIT

We may examine and audit the "insureds" books and records, including the insurance policy(ies) identified under Item II of the Policy Declaration Page as far as they relate to this insurance at any time during the policy period and within five years after the expiration of this policy, or until all claims under the policy(ies) identified under Item II of the Policy Declaration Page have been settled, whichever is later. The insurance policy is auditable upon expiration and information developed after the policy ends may be used to determine any adjustment in the final premium, if appropriate.

### D. CHANGES

The terms of this policy cannot be changed except by written endorsements we issue to form a part of the policy. Notices to anyone or knowledge possessed by anyone other than us does not change or waive any terms of this policy.

### E. ASSIGNMENT

This policy shall be void if you assign or transfer it without our written consent.

### F. CANCELLATION

You may cancel this policy by returning it to us or by mailing us a written notice stating when the cancellation will be effective.



Marillac Insurance Company Ltd.
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

We may cancel this policy by mailing you at your address stated in the Policy Schedule a written notice stating when, not less than 30 days after such mailing the cancellation will be effective.
However, if we cancel the policy because of your failure to pay premium or to provide instruments of security for future premium payment when due, we may cancel this policy by mailing you at your address stated in the Policy Schedule page a written notice stating when, not less than 10 days after such mailing, the cancellation will be effective.

Cancellation of this policy will not change our obligations with respect to "loss" or "allocated loss adjustment expense" arising out of

1. any accident, or occurrence that happens while this insurance is in effect but before the date and time of the cancellation of this policy or,

2. a disease of the "insured's" employee or a person residing with him that was caused or aggravated by conditions of the "insured's" employment, if the employee's or such other person's last exposure to such conditions occurred before the date and time of the cancellation of this policy.

### G. PREMIUM

The premium stated under Item III of the Policy Declaration Page is only an estimate. We may change the premium if policies are added or removed from item II of the Policy Declaration Page, or if the policy period of any such policy is changed, or if any other change occurs that changes the "loss" and "allocated loss adjustment expense" expected under any such policy or the Deductible portion thereof.

Any final adjustment using actual figures as opposed to estimated figures will be at our discretion, and will take into account the overall claims position at that time. If the final premium is more than you have paid us, you must pay the balance to us. If the final premium is less than you have paid us, we must return the balance to you.

### H. OTHER INSURANCE

If other valid and collectible insurance is available to the "insured" for "loss" and "allocated loss adjustment expense" we cover under this policy, we will share with such other insurance as follows:

1. If all the other insurance permits contribution by equal shares, we will follow this method also. Under this method, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first or,
2. If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ration of its applicable limit of insurance to the total applicable limits of all insurers.

### I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If the "insured" has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The "insured" must do nothing after the loss to impair them. At our request, the "insured" will bring suit or transfer those rights to us and help us enforce them.



Marillac Insurance Company Ltd.
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

### K. BANKRUPTCY

Bankruptcy or insolvency of the "insured" or the "insured's" estate or the insurer will not relieve us of our obligations under this policy.

### L. LEGAL ACTION AGAINST US

No person or organization has a right under this policy:

1. to join us as a party or otherwise bring us into a suit asking for damages from an "insured" or,

2. to sue us on this policy unless all of its terms have been fully complied with.

### M. POLICY PERIOD

This policy begins and expires at the times and on the dates shown in the Policy Schedule. However, if the effective period of any policy(ies) identified under Item II of the Policy Declaration Page is changed to expire after the expiration date of this policy, the term of this policy shall automatically be extended to the date of the final termination of such policy.

### N. JURISDICTION

This policy has been applied for, negotiated and issued in the Cayman Islands and accordingly is subject to the exclusive jurisdiction of the courts of the Cayman Islands and shall be interpreted according to the laws of the Cayman Islands.

### O. ARBITRATION

Any dispute, controversy or claim arising out of or relating to this policy or the breach, termination or invalidity thereof shall be finally and fully determined in George Town, Grand Cayman, by a Board composed of three arbitrators to be selected for each controversy as follows:

Any party may, in the event of such a dispute, controversy, or claim, notify the other party or parties to such dispute, controversy, or claim of its desire to arbitrate the matter, and at the time of such notification the party desiring arbitration shall notify any other party or parties of the name of the arbitrator selected by it.

The other party who has been so notified shall within thirty (30) calendar days thereafter select an arbitrator and notify the party desiring arbitration of the name of such second arbitrator. If the party notified of a desire for arbitration shall fail or refuse to nominate the second arbitrator within thirty (30) calendar days following the receipt of such notification, the party who first served notice of a desire to arbitrate will, within an additional period of thirty (30) calendar days, apply to the Cayman courts for the appointment of a second arbitrator and in such a case the arbitrator appointed by the courts shall be deemed to have been nominated by the party or parties who failed to select the second arbitrator.

The two arbitrators, chosen as above provided, shall within thirty (30) calendar days after the appointment of the second arbitrator choose a third arbitrator, who shall be the chairman. In the event of the failure of the first two arbitrators to agree on a third arbitrator within said thirty (30) calendar



Marillac Insurance Company Ltd.
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

day period, either of the parties may within a period of thirty (30) calendar days thereafter, after notice to the other party or parties, apply to the Cayman courts for the appointment of a third arbitrator, and in such case the person so appointed shall be deemed and shall act as the third arbitrator and chairman. Upon acceptance of the appointment by said third arbitrator, the Board of Arbitrations for the controversy in question shall be deemed fixed.

The Board of Arbitration shall fix, by a notice in writing to the parties involved, a reasonable time and place for the hearing and may prescribe reasonable rules and regulations governing the course and conduct of the arbitration proceeding, including without limitation discovery by the parties.
The Board shall, within ninety (90) calendar days following the conclusion of the hearing, render its award as respects the matter or matters in controversy in writing and shall cause a copy thereof to be served on all the parties thereto, but the Board shall not set forth any reason for its award. In case the Board fails to reach a unanimous decision, the decision of the majority of the members of the Board shall be deemed to be the decision of the Board and the same shall be final and binding on the parties thereto. Such decision shall be a complete defense to any attempted appeal or litigation of such decision. Without limiting the foregoing, the parties waive any right to appeal to, and/or seek collateral reviews of the decision of the Board of Arbitration by, any court or other body to the fullest extent permitted by applicable law.

Any order as to the costs of the arbitration shall be in the sole discretion of the Board, who may direct to whom and by whom and in what manner they shall be paid.

*Service of process in such suit may be made upon:*

**MARILLAC INSURANCE COMPANY LTD.**
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands

IN WITNESS WHEREOF, we have caused this policy to be signed by our representative,

Authorized Signature
**MARILLAC INSURANCE COMPANY LTD**
94 Solaris Ave., 2nd Floor, Camana Bay
P.O. 69, Grand Cayman, KY1-1102, Cayman Islands