# EXHIBIT F

Case 2:18-bk-20151-ER    Doc 2-6    Filed 08/31/18    Entered 08/31/18 09:04:21    Desc
Exhibit F    Page 1 of 3



# CITY NATIONAL BANK
### AN RBC COMPANY

350 S. Grand Ave.
Los Angeles, CA 90071
Mail Code 944-01
SWIFT Address: CINAUS6L

July 30, 2018

OLD REPUBLIC INSURANCE COMPANY
C/O OLD REPUBLIC RISK MANAGEMENT
445 SOUTH MOORLAND ROAD, SUITE 300
BROOKFIELD, WISCONSIN 53005
ATTN: CHIEF FINANCIAL OFFICER

| | |
|---|---|
| Letter of Credit Number: | ISB00001823 |
| Amendment Number: | AMD002 |
| Amendment Date: | 07/30/18 |
| Applicant | MARILLAC INSURANCE COMPANY, LTD. |

We hereby amend our Irrevocable Standby Letter of Credit issued in your favor as follows:

1. LETTER OF CREDIT AMOUNT INCREASED BY USD1,500,000.00 TO AN AGGREGATE TOTAL AMOUNT OF USD34,087,296.00 (THIRTY FOUR MILLION EIGHTY SEVEN THOUSAND TWO HUNDRED NINETY SIX AND NO/100 U.S. DOLLARS).

All other terms and conditions remain unchanged.

This amendment forms an integral part of the original Letter of Credit and must be attached thereto.

If you have any questions, please call us at (888) 309-5139.

Sincerely,

_____        _____
Authorized Signature                          Authorized Signature
      Josie Paredes                                  Rebecca Forgion

1 of 1



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.