SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Proposed Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-20151 |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,[1] | Chapter 11 Case |
| Debtor and Debtor In Possession. | (Voluntary Petition Filed August 31, 2018) |
| | **DEBTOR'S *EX PARTE* EMERGENCY MOTION FOR ENTRY OF AN ORDER FOR JOINT ADMINISTRATION OF CASES[1]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD G. ADCOCK** |
| | [No Notice and No Hearing Required Pursuant To Local Bankruptcy Rule 1015-1(b)(1)] |
| | Judge:  Hon. Ernest M. Robles |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

---

[1] This Motion seeks to administratively consolidate, each of the 17 cases filed on August 31, 2018.

108513311\V-4

# **TABLE OF CONTENTS**

**Page**

I.   INTRODUCTION .................................................................................................. 5

II.  JURISDICTION .................................................................................................... 5

III. STATEMENT OF FACTS IN SUPPORT OF THE MOTION ............................ 5

    A.   VHS Operates a Statewide Healthcare System Through Its Affiliates ................... 5

    B.   Financial Overview ................................................................................... 7

    C.   Each Company Is A Direct Or Indirect Affiliate of VHS ...................................... 8

    D.   Operations Have Been And Continue To Be Systemized Under VHS ................... 8

    E.   Capital Structure:  Joint Obligations On Multiple Secured Obligations ................. 9

    F.   Unions Represent Employees Across All Companies ............................................ 9

    G.   Pension Plans Serve Employees Of Multiple Companies ..................................... 10

IV.  ARGUMENT ...................................................................................................... 11

V.   CONCLUSION ................................................................................................... 17

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

i

1

# <u>TABLE OF AUTHORITIES</u>

2

**Page(s)**

3

**Cases**

4

5

*In re Brookhollow Associates*,
  435 F.Sup. 763 (D. Mass. 1990), *aff'd*, 575 F.2nd 1003 (First Cir. 1986) ...............................12

6

*In re I.R.C., Inc.*,
  105 B.R. 237 (Bankr. S.D.N.Y. 1989) ...................................................................................12

7

8

*In re N.S. Garrott & Sons*,
  63 B.R. 189 (Bankr. E.D. Ark 1986) .....................................................................................12

9

*In re Plaza Healthcare Center, LLC*,
  Nos. 4 and 46, Case No. 8-14-bk-11335-CB (Bankr. C.D. Cal. March 4, 2014) ....................12

10

11

*In re Quigg LA, LLC*,
  Nos. 23, 24 and 44, Case No. 2:16-bk-25740-ER (Bankr. C.D. Cal. Nov. 30,
  2017) .........................................................................................................................................12

12

13

*In re Standard Brands Paints Co.*,
  154 B.R. 563 (Bankr. C.D. Cal. 1993) ....................................................................................12

14

**Statutes**

15

11 United States Code
  § 101(2)(B) ................................................................................................................................13
  § 1107(a) .....................................................................................................................................5
  § 1108 ..........................................................................................................................................5

16

17

18

28 United States Code
  § 157 ............................................................................................................................................5
  § 1334 ..........................................................................................................................................5
  § 1408 ..........................................................................................................................................5
  § 1409 ..........................................................................................................................................5

19

20

21

California Health & Safety Code
  § 1206(l) .......................................................................................................................................6

22

23

Internal Revenue Code
  § 501(c)(3) ...................................................................................................................................7

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

**Rules and Regulations**

Federal Rules of Bankruptcy Procedure
    Rule 1001 ...................................................................................................................13
    Rule 1015 ...................................................................................................................12
    Rule 1015(b) .................................................................................................5, 11, 12, 13

Local Bankruptcy Rules of the United States
Bankruptcy Court for the Central District of California
    Rule 1015-1(b) .............................................................................................................5
    Rule 1015-1(b)(1)........................................................................................................12
    Rule 9013-1(q)(1)..........................................................................................................5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## EMERGENCY MOTION

Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Rules 1015-1(b) and 9013-1(q)(1) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California (the "LBR"), Verity Health System of California, Inc. ("VHS"), a California nonprofit public benefit corporation, debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case, moves *ex parte* for the emergency entry of an Order authorizing the joint administration of the cases filed by VHS and its Affiliates:  O'Connor Hospital, St. Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital Foundation, St. Louise Regional Hospital Foundation, St. Francis Medical Center of Lynwood Foundation, St. Vincent Foundation, Seton Medical Center Foundation, St. Vincent Dialysis Center, Inc., Verity Medical Foundation, Verity Business Services, Verity Holdings, LLC, De Paul Ventures, LLC and De Paul Ventures – San Jose Dialysis, LLC.

## SUMMARY OF REQUESTED RELIEF

The Debtors (each of whom is filing an identical Motion in each of their respective cases) request entry of an Order on an emergency basis directing joint administration of these cases for procedural purposes only, pursuant to Bankruptcy Rule 1015(b), and that the Court maintain one file and one Docket for all of the Chapter 11 cases under the lead case:  In re Verity Health System of California, Inc.  This will ensure that the 17 cases filed on August 31, 2018, can be dealt with in an efficient and economical manner, for the benefit of the estates, the Court, the Office of the United States Trustee and Creditors, thus avoiding the need to file dozens of repetitive, similar Motions and other pleadings in the seventeen different bankruptcy cases.

As set forth in LBR 1015-1(b)(1), the Court can consider and grant this Motion without notice and without a hearing.

More specifically, the Debtors respectfully request the joint administration of the Debtors' Estates to include:

(a)    The use of a single pleadings Docket for administrative matters, and the filing, lodging and docketing of pleadings and Orders, where appropriate;

(b)    The use of a single pleading caption;

(c)    The combining of notices to creditors and other parties-in-interest, where appropriate;

(d)    The combined scheduling of hearings, where appropriate;

(e)    Consolidated billing by professionals employed by the Estates, subject to review and apportionment of billing should the need arise;

(f)    Joint and several liability of the Debtors' Estates for general administrative expenses that equally benefit all the Estates; and

(g)    The joint handling of other administrative matters that may aid in the expeditious and economical administration of the Debtors' Estates.

The Debtors propose:

- To use the case caption that is set forth at page 16 of this Motion;

- For entry of an Order -- identical to that being uploaded utilizing this Court's required Form pursuant to LBR 1015-1(b)(2) - - approving this Motion.

- To give notice in accordance with the Notice - - identical to that attached as Exhibit "A" utilizing the Court required form pursuant to LBR 1015-1(b)(3) - -  to all known creditors and interested parties advising them of the joint administration;

- To file the Notice attached as Exhibit "A" in each of the Debtors' Cases;

- That the Court direct the Clerk of the Court to place the following notation in the Docket maintained for each of the Debtors' cases to reflect that the cases are being jointly administered:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of:
>
> Verity Health System of California, Inc., O'Connor Hospital, St. Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital Foundation, St. Louise Regional Hospital Foundation, St. Francis Medical Center of Lynwood Foundation, St. Vincent Foundation, Seton Medical Center Foundation, St. Vincent Dialysis Center, Inc., Verity Medical Foundation, Verity Business Services, Verity Holdings, LLC, De Paul Ventures, LLC and De Paul Ventures – San Jose Dialysis, LLC.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    Consult the Docket in Case No. _____ for all matters affecting
2    these cases.

3    **ADDITIONAL INFORMATION**

4    This *Ex Parte* Emergency Motion is based on the information contained in this Motion,

5    the attached Memorandum Of Points And Authorities, the attached Declaration Of Richard G.

6    Adcock and, if there is a hearing,[2] the arguments of counsel and other admissible evidence

7    properly brought before the Court at or before the hearing on this Motion.   In addition, the

8    Debtors request that the Court take judicial notice of all documents filed with the Court in this

9    case.

10    Despite LBR 1015-1(b), Counsel to the Debtors will serve this Motion, the attached

11    Memorandum of Points and Authorities, the Adcock Declaration and the Notice of First Day

12    Motions on:  (i) the Office of the United States Trustee; (ii) the Lenders; (iii) the fifty (50) largest

13    general unsecured creditors appearing on the consolidated list filed in accordance with

14    Bankruptcy Rule 1007(d); (iv) the United States of America, and the State of California; and

15    (vi) parties that file with the Court and serve upon the Debtors requests for notice of all matters in

16    accordance with Bankruptcy Rule 2002(i).

17    In the event that the Court grants the relief requested by the Motion, the Debtors shall

18    provide notice of the entry of the order granting such relief upon each of the foregoing parties and

19    any other parties in interest as the Court directs.   The Debtors submit that such notice is sufficient

20    and that no other or further notice be given.

21    WHEREFORE, the Debtors respectfully request that this Court enter an Order:

22    (i) Granting this *ex parte* emergency Motion directing the joint administration of the

23    Debtors' Chapter 11 cases as requested herein; and

24    (ii) Granting such other and further relief as is just and proper under the circumstances.

25

26

27    [2] The Debtors in all 17 cases request entry of an Order without notice and a hearing -- as
permitted by LBR 1015-1(b)(1) -- so that the cases can proceed expeditiously and efficiently
28    immediately after the filing date.

108513311\V-4

1

Dated:  August 31, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DENTONS US LLP**
SAMUEL R. MAIZEL
JOHN A. MOE, II
TANIA M. MOYRON

By:*/s/John A. Moe, II*
JOHN A. MOE, II
(Proposed) Attorneys for the Chapter 11
Debtors

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## INTRODUCTION

Verity Health System of California, Inc. ("VHS") and the above-referenced sixteen affiliated debtors, debtors and debtors in possession, hereby move on an *ex parte* basis for the emergency entry of an Order permitting joint administration of the seventeen cases pursuant to Bankruptcy Rule 1015(b), and LBR 1015-1(b) and LBR 9013-1(q)(1).

## II.

## JURISDICTION

On August 31, 2018 ("Petition Date"), the Debtors each filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to manage their businesses as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.[3] This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.

## STATEMENT OF FACTS IN SUPPORT OF THE MOTION

A.    **VHS Operates a Statewide Healthcare System Through Its Affiliates**

As set forth in the attached Declaration of Richard G. Adcock ("Adcock Decl." or "Adcock Declaration"), VHS and its sixteen affiliated Debtors operate an integrated nonprofit health care system in the state of California.  More specifically, Debtor VHS, a California nonprofit public benefit corporation, is the sole corporate member of the following five Debtor California nonprofit public benefit corporations that operate six acute care hospitals, O'Connor Hospital, Saint Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, and Seton Medical Center Coastside (collectively, the "Hospitals") and other facilities in the state of California. Seton Medical Center and Seton Medical Center Coastside operate under one consolidated acute care license.  Adcock Decl. ¶ 10

---

[3] All references to "§" or "section" herein are to Sections of the United States Bankruptcy Code.

108513311\V-4

VHS, the Hospitals, and their affiliated entities (collectively, "Verity Health System") operate as a nonprofit health care system in the state of California, with approximately 1,680 inpatient beds, six active emergency rooms, a trauma center, and a host of medical specialties, including tertiary and quaternary care.  Adcock Decl. ¶ 12

The VHS affiliated entities, including the Debtors and non-debtor entities, are as follows:

- O'Connor Hospital
- Saint Louise Regional Hospital
- St. Francis Medical Center
- St. Vincent Medical Center
- Seton Medical Center
- Seton Medical Center Coastside
- Verity Business Services
- Marillac Insurance Company, Ltd.
- O'Connor Hospital Foundation
- Saint Louise Regional Hospital Foundation
- St. Francis Medical Center Foundation
- St. Vincent Medical Center Foundation
- Seton Medical Center Foundation
- St. Vincent De Paul Ethics Corporation
- St. Vincent Dialysis Center
- De Paul Ventures, LLC
- De Paul Ventures - San Jose Dialysis, LLC
- De Paul Ventures - San Jose ASC, LLC
- Verity Medical Foundation
- Verity Holdings, LLC Adcock Decl. ¶ 15

O'Connor Hospital Foundation, Saint Louise Regional Hospital Foundation, St. Francis of Lynwood Medical Center Foundation, St. Vincent Medical Center Foundation, and Seton Medical Center Foundation handle fundraising and grant-making programs for each of their respective Debtor Hospitals.  Adcock Decl. ¶ 12

Verity Medical Foundation ("VMF"), incorporated in 2011, is a medical foundation, exempt from licensure under California Health & Safety Code § 1206(l).  VMF contracts with physicians and other healthcare professionals to provide high quality, compassionate, patient-centered care to individuals and families throughout California.  With more than 100 primary care and specialty physicians, VMF offers medical, surgical and related healthcare services for people of all ages at community-based, multi-specialty clinics conveniently located in areas served by the Debtor Hospitals.  VMF holds long-term professional services agreements with the following medical groups:  (a) Verity Medical Group; (b) All Care Medical Group, Inc.; (c) CFL Children's

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA  90017-5704
(213) 623-9300

108513311\V-4

Medical Associates, Inc.; (d) Hunt Spine Institute, Inc.; (e) San Jose Medical Clinic, Inc., D/B/A San Jose Medical Group; and (f) Sports, Orthopedic and Rehabilitation Associates.  Adcock Decl. ¶ 16

Verity Holdings LLC ("Holdings"), a direct subsidiary of its sole member VHS, was created in 2016 to hold and finance VHS's interests in various parcels of real estate, including four medical office buildings whose tenants are primarily physician and other practicing medical groups and certain of the Verity Hospitals.  Holdings' real estate portfolio includes over 15 properties.  Adcock Decl. ¶ 17

VHS operates Verity Business Services ("VBS"), a nonprofit public benefit corporation. VBS provides support services to Verity and its affiliated hospitals including accounting, finance, patient financial services, supply chain management, and purchasing services for the entire health system.  Adcock Decl. ¶ 18

The scope of the services provided by the VHS healthcare system is exemplified by the fact that in 2017, VHS Hospitals provided medical services to over 50,000 inpatients and approximately 480,000 outpatients.  Adcock Decl. ¶ 11

**B.    Financial Overview**

Each of the Debtors are exempt from federal income taxation as an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, except for Verity Business Services, Verity Holdings, LLC, De Paul Ventures, LLC, and De Paul Ventures - San Jose Dialysis, LLC. Adcock Decl. ¶ 19

As explained in the Adcock Declaration, the Debtors maintain a consolidated unaudited financial statement.  As of May 31, 2018, the Debtors' consolidated unaudited financial statements reflected total assets of approximately $847 million and total liabilities of approximately $1,278 billion.  Adcock Decl. ¶ 20

The Debtors $500 million in total unsecured debt, including disputed, unliquidated or contingent claims, are comprised of claims made by vendors of goods and services, cost report payables, management fees, and incurred but not reported third party claims.  Adcock Decl. ¶ 21

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

1   Many of our largest Trade Vendors provide goods and services to all of the Hospitals.

2   Adcock Decl. ¶ 22

3   **C.      Each Company Is A Direct Or Indirect Affiliate of VHS**

4   VHS is a California nonprofit public benefit corporation and the sole member of

5   O'Connor Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical

6   Center, VBS, VMF, Holdings and DePaul Ventures, LLC.  Adcock Decl. ¶ 23

7   Each Debtor Hospital is the sole member of each Hospital's nonprofit public benefit

8   corporation that handles each Hospital's fundraising and grant-making programs: St. Francis

9   Medical Center Foundation, St. Vincent Foundation, Seton Medical Center Foundation, Saint

10  Louise Regional Hospital Foundation and O'Connor Hospital Foundation (collectively, the

11  "Philanthropic Foundations").  Adcock Decl. ¶ 24

12  St. Vincent Medical Center is the sole Member of St. Vincent Dialysis Center, Inc.

13  Adcock Decl. ¶ 25

14  DePaul Ventures, LLC, is the sole Member of DePaul Ventures-San Jose ASC, LLC, and

15  of DePaul Ventures-San Jose Dialysis, LLC.  Adcock Decl. ¶ 27

16  The following graphic depicts Verity's prepetition organizational structure:



26  Adcock Decl. ¶ 27

27  **D.      Operations Have Been And Continue To Be Systemized Under VHS**

28  As set for in the Adcock Declaration, VHS is engaged in a systemizing of operations, so

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

that functions once performed by each Debtor are being transitioned and performed by VHS and being standardized, such as pharmacy operations, credentialing, IT and case management. Adcock Decl. ¶ 28

**E.      Capital Structure:  Joint Obligations On Multiple Secured Obligations**

As for capital structure, the Debtors' most significant obligations is that VHS, VBS and VHS's five acute care hospital subsidiaries, and one operating division (the "Hospitals"), are jointly obligated parties on approximately $461.4 million of outstanding secured debt consisting of: (a) $259.4 million outstanding tax exempt revenue bonds, Series 2005 A, G and H issued by the California Statewide Communities Development Authority (the "2005 Bonds"), which loaned the bond proceeds to VHS to provide funds for capital improvements and to refinance certain tax exempt bonds previously issued in 2001 by the Daughters of Charity Health System, a religious not-for-profit enterprise and VHS's reorganization predecessor; and (b) $202.0 million outstanding tax exempt revenue notes, Series 2015 A, B, C, and D and Series 2017 issued by the California Public Finance Authority, which loaned the proceeds to VHS to provide working capital (the "Working Capital Notes").  Adcock Decl. ¶ 30

As for another significant obligations, Holdings was created in 2016 to hold and finance Verity's interests in four medical office buildings whose tenants are primarily physicians, health care providers, medical groups and certain of the Verity Hospitals. Holdings is the borrower on approximately  $66.2 million in two series of  non-recourse financing secured by separate deeds of trust, revenue and accounts pledges, including rents on each medical office buildings (previously defined as the MOB Financing).  Adcock Decl. ¶ 31

**F.      Unions Represent Employees Across All Companies**

As of August 31, 2018, the Debtors have approximately 7,385 employees, of whom 4,733 are full-time employees.  Approximately 74% of these employees are represented by collective bargaining units.  Specifically,   72% of the Debtors' Employees – approximately 5,331 Employees in total – are represented through California Nurses Associations ("CNA"), Service Employees International Union ("SEIU"), National Union Healthcare Workers (NUHW) and

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

United Nurses Association of California/Union of Health Care Professionals (UNAC). Adcock Decl. ¶ 32

**G.    Pension Plans Serve Employees Of Multiple Companies**

Multiple pension and post-retirement benefit plans are maintained in support multiple of the employees of multiple debtors.

VHS maintains two single employer defined benefit pension plans and participates in two multi-employer defined benefit pension plans.  Adcock Decl. ¶ 33

The significant multiemployer defined benefit pension plan is the Retirement Plan for Hospital Employees ("RPHE"). The VHS entities that participate in the RPHE are Seton Medical Center, Seton Medical Center Coastside, O'Connor Hospital, Saint Louise Regional Hospital, and Caritas Business Services.  Adcock Decl. ¶ 34

In addition to the RPHE, Verity assumed in the Daughters of Charity restructuring certain obligations under a multiemployer plan commonly referred to as Stationary Engineers Local 39 Pension Plan (the "Local 39 Plan").  Adcock Decl. ¶ 35

VHS maintains two single-employer defined benefit pension plans (the "Verity A & B Plans").  VHS personnel at St. Francis Medical Center, St. Vincent Medical Center, O'Connor Hospital, Saint Louise Regional Hospital, and the VHS system office are eligible to participate in these plans. Adcock Decl. ¶ 36

VHS and VMF also maintain several active defined contribution retirement plans for eligible employees; eligibility for and benefits under the defined contribution retirement plans vary according to facility, union status, and employee classification/hire date.  These defined contribution plans include the Verity Health System Supplemental Retirement Plan (TSA), the Verity Health System Supplemental Retirement Plan (401(a)), the Verity Health System Retirement Account (RPA), the Verity Medical Foundation 401(k) Plan, the Verity Medical Foundation Management Bargaining Unit Employees 401(k) Plan for represented employees and the Verity Health System Executive Long-Term Savings Plan (457(b)) Plan for nonrepresented employees.  These defined contribution plans are funded from employee and/or employer contributions generally on a payroll by payroll basis.  In addition to the above active defined

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

10

1    contribution plans, there are several small, frozen ancillary retirement plans.  Adcock Decl. ¶ 37

2        VHS also maintains an early retiree health insurance program (the Postretirement

3    Healthcare Plan), which provides medical benefits to eligible retirees from early retirement to age

4    65 only.  The postretirement health care benefits are determined based on age and years of

5    service.  *Certain employees at O'Connor Hospital, St. Louise Regional Hospital, Seton Medical*

6    *Center, and Seton Medical Center Coastside are eligible to participate in this plan.*  Adcock

7    Decl. ¶ 38

**IV.**

**ARGUMENT**

10        The Debtors request that the Court approve the joint administration of the Debtors'

11    bankruptcy cases for procedural purposes only, pursuant to Bankruptcy Rule 1015(b) and that the

12    Court maintain one file and one Docket for all of the Chapter 11 cases under the lead case:  In re

13    Verity Health System of California, Inc.

14        Section 1015(b) of the Bankruptcy Rules makes clear that joint administration may be

15    appropriate when two or more related debtor entities have filed for protection under the Code.

16    *See*, *e.g.*, *In re Brookhollow Associates*, 435 F.Sup. 763 (D. Mass. 1990), *aff'd*, 575 F.2nd 1003

17    (1st Cir. 1986) (joint administration helps the Bankruptcy Court administer economically and

18    efficiently different estates with substantial interests in common).    Requests for joint

19    administration of bankruptcy cases are routinely granted in this District.  *See, e.g.*, *In re Quigg*

20    *LA, LLC,* Nos. 23, 24 and 44, Case No. 2:16-bk-25740-ER, (Bankr. C.D. Cal. Nov. 30, 2017); *In*

21    *re Plaza Healthcare Center, LLC*, Nos. 4 and 46, Case No. 8-14-bk-11335-CB (Bankr. C.D. Cal.

22    March 4, 2014).

23        Joint administration of these estates is designed to allow for more expeditious and less

24    expensive administration of related cases.  The Advisory Committee Note (1983) to Bankruptcy

25    Rule 1015 states:

26        Joint administration is distinguished from consolidation and may
27        include combining the estates by using a single Docket for the
        Matters occurring in the administration, including the listing of
        filed claims, the combining of Notices to Creditors of different
28        estates, and the joint handling of other purely administrative matters

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

that may aid in expediting the cases and rendering the process less costly.

In this regard, joint administration for procedural and administrative matters differs significantly from substantive consolidation, in which the Debtors' assets and liabilities are pooled and the Creditors of the separate entities jointed share pro rata in the aggregate net value of the estates. *See In re Standard Brands Paints Co.,* 154 B.R. 563 (Bankr. C.D. Cal. 1993); *In re I.R.C., Inc.,* 105 B.R. 237, 241 (Bankr. S.D.N.Y. 1989).

Joint administration is merely procedural, and there is no impact on the substantive rights of creditors. *In re N.S. Garrott & Sons,* 63 B.R. 189, 191 (Bankr. E.D. Ark 1986). Each creditor may still file its claim against a particular Debtor's estate by filing its Proof of Claim in the Estate of the particular Debtor against who the Claim is asserted.

Joint administration also is authorized by LBR 1015-1(b)(1) which provides that

> "If 2 or more cases are pending before the same judge, an order of Joint Administration may be entered, *without further notice and an opportunity for hearing*, upon the filing of a Motion For Joint Administration pursuant to FRBP 1015 and LBR 9013-1(q), supported by a Declaration establishing that the Joint Administration of the case is warranted, will ease the administrative burden for the Court and the Parties, and will protect creditors of the different estates against potential conflicts of interest." (Emphasis added).

The Debtors request entry of an Order without notice and hearing - - as permitted by the LBR - - so that the cases can proceed expeditiously and efficiently from immediately after filing date.

Joint administration of these Debtors' estates will maximize and preserve the estate for the benefit of its creditors. Bankruptcy Rule 1001 provides, in pertinent part, "[t]hese rules shall be construed to secure the just, speedy and inexpensive determination of every case and proceeding." The Debtors are requesting that the Court expeditiously enter its Order to secure the just, speedy, and inexpensive administration of these related cases.

Joint administration of the bankruptcy cases of the Debtors is warranted and appropriate under Bankruptcy Rule 1015(b). As set forth in the attached Declaration of Richard G. Adcock, the affairs of the Debtors are sufficiently intertwined to make joint administration of their cases

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  more efficient and economical than separate administration.  For example:  the Debtors are

2  "affiliates" of each other as that term is defined in the Bankruptcy Code, in as much as the sixteen

3  entities related to VHS are all either direct or indirect subsidiaries of VHS:

4    • VHS is the sole member of O'Connor Hospital, St. Francis Medical Center,

5      St. Vincent Medical Center, Seton Medical Center, Verity Business Services,

6      Verity Medical Foundation, Verity Holdings, LLC, and De Paul Ventures, LLC.

7    • Each Hospital is the sole member of each Hospital's Foundation.

8    • St. Vincent Hospital is the sole member of De Paul Ventures, LLC.

9    • De Paul Ventures, LLC, is the sole member of De Paul Ventures - San Jose

10     Dialysis, LLC.

11  The Debtors share common creditors, many of which are identified in the consolidated list

12  of the 50 largest unsecured creditors for all of the Debtors' cases filed in each case.

13  The Debtors maintain an unaudited consolidated balance sheet.

14  Many of the Debtors' largest Trade Vendors provide goods and/or services to all of the

15  Hospitals.

16  The Debtors are systemizing their operations, so that functions once performed by each

17  Debtor are being transitioned and performed by VHS and being standardized, such as pharmacy

18  operations, credentialing, IT and case management.

19  As part of the capital structure, multiple Debtors are obligated on multiple obligations.

20  Employees across all five Hospitals are represented by multiple Unions.

21  Multiple pension and profit sharing plans are maintained in support of the employees of

22  multiple Debtors.

23  As set forth in the Adcock Declaration, the Debtors believe that joint administration of the

24  chapter 11 cases will provide significant administrative efficiencies without harming the

25  substantive rights of any party in interest.  Many of the motions, hearings and orders that will be

26  filed in the chapter 11 cases almost certainly will affect each of the Debtors.  The entry of an

27  order directing joint administration of the chapter 11 cases will reduce fees and costs by avoiding

28  duplicative filings, objections, notices, and hearings, and will allow all parties in interest to

108513311\V-4

1    monitor the chapter 11 cases with greater ease and efficiency.  The relief requested in the Joint

2    Administration Motion is in the best interests of the Debtors' estates, their creditors, and all other

3    parties in interest and will enable the Debtors to continue to operate their businesses in chapter 11

4    with the least disruption.  Adcock Decl. ¶ 3

5        The rights of the creditors of the respective Debtors' Estates will not be adversely affected

6    by the proposed joint administration of these cases, as the relief sought is purely procedural and is

7    not intended to affect substantive rights.  The Debtors believe that there would be no material

8    prejudice to any creditor if the Debtors' cases are jointly administered.  To the contrary, the

9    Debtors' creditors will benefit from a substantial reduction of administrative costs and fees and

10   will receive streamlined, appropriate notice of pertinent matters.  Moreover, to the extent any

11   conflict between the estates arises, the Court may take such steps as are required in the future, to

12   modify its joint administration order to eliminate any such conflict.

13       The Clerk's Office will be relieved of the burden of having to maintain separate pleading

14   files and separate Dockets with duplicative entries, while other professionals will be relieved of

15   duplicate Noticing and excessive copying costs associated with separate service of identical

16   pleadings in each of the Debtors' cases.  Creditors will only need to review a single pleading and

17   Docket to determine case status, rather than having to review pleadings and Dockets in all

18   pending cases.  Supervision of the administrative aspects of the Debtors' Chapter 11 cases by the

19   Office of the United States Trustee also will be simplified.

20       In summation:  entry of an Order granting this Motion will eliminate the further need for

21   the Debtors to file identical motions and orders in each of their cases when seeking relief that is

22   common to the Debtors or to more than one Debtor; joint administration will prevent the waste of

23   judicial resources related to, for example, the docketing of identical motions, declarations and

24   orders; and joint administration will permit the avoidance of substantial (and duplicative) copy

25   costs and service costs to these estates associated with the filing and serving of motions and other

26   pleadings in multiple cases.  Based on the foregoing, the Debtors respectfully submit that joint

27   administration is in the best interests of creditors and these estates and that cause exists to grant

28   the Motion.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

1    In the event the Court orders joint administration of these cases, the Debtors respectfully

2    suggest that the **VHS case be used as the lead case** and that the following caption be approved:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151 |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | (Proposed To Be) Jointly Administered With: |
| | Case No. 18-_____; Case No. 18-_____; |
| Debtor and Debtor In Possession. | Case No. 18-_____; Case No. 18-_____; |
| | Case No. 18-_____; Case No. 18-_____; |
| | Case No. 18-_____; Case No. 18-_____; |
| ☒ Affects All Debtors | Case No. 18-_____; Case No. 18-_____; |
| | Case No. 18-_____; Case No. 18-_____; |
| ☐ Affects Verity Health System of California, Inc. | Case No. 18-_____; Case No. 18-_____; |
| ☐ Affects O'Connor Hospital | Case No. 18-_____; Case No. 18-_____; |
| ☐ Affects Saint Louise Regional Hospital | |
| ☐ Affects St. Francis Medical Center | Chapter 11 Cases |
| ☐ Affects St. Vincent Medical Center | |
| ☐ Affects Seton Medical Center | Judge:  Hon. Ernest M. Robles |
| ☐ Affects O'Connor Hospital Foundation | |
| ☐ Affects Saint Louise Regional Hospital Foundation | |
| ☐ Affects St. Francis Medical Center of Lynwood Medical Foundation | |
| ☐ Affects St. Vincent Foundation | |
| ☐ Affects St. Vincent Dialysis Center, Inc. | |
| ☐ Affects Seton Medical Center Foundation | |
| ☐ Affects Verity Business Services | |
| ☐ Affects Verity Medical Foundation | |
| ☐ Affects Verity Holdings, LLC | |
| ☐ Affects De Paul Ventures, LLC | |
| ☐ Affects De Paul Ventures - San Jose Dialysis, LLC | |
| Debtors and Debtors In Possession. | |

To assist Creditors, the Debtors propose that the Clerk of the Court place the following notation in the Docket for each of the Debtors' cases:

An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of:

Verity Health System of California, Inc., O'Connor Hospital, St. Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, O'Connor Hospital Foundation, St. Louise Regional Hospital Foundation, St. Francis Medical Center of Lynwood Foundation, St. Vincent Foundation, Seton Medical Center Foundation, St. Vincent Dialysis Center, Inc., Verity Medical Foundation, Verity Business Services,

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1           Verity Holdings, LLC, De Paul Ventures, LLC and De Paul
2           Ventures – San Jose Dialysis, LLC.

3           Consult the Docket in Case No. 2:18-bk-20151 for all matters
          affecting these cases.

4       The Debtors also will serve a copy of the Notice attached hereto as Exhibit "B," upon all

5 parties in interest, notifying Creditors that the cases are being jointed administered.

6 **V.**

7 **CONCLUSION**

8       Consistent with one of the primary goals of a Chapter 11 estate to maximize the value of a

9 debtor's estate for the benefit of its creditors, joint administration will limit unnecessary expenses

10 and costly duplicate proceedings before the Court.  Joint administration of the Debtors' estates is

11 proper and appropriate in their cases, as it will facilitate the expeditious and economical

12 administration of their estates without prejudice to creditors.

13       Accordingly, based on the foregoing, the Debtors respectfully request that the Emergency

14 Motion be granted and an Order be issued that:

15     (1)     Authorizes the joint administration of the Debtor's bankruptcy estates;

16
17     (2)     Approves the form of caption suggested herein; and

18     (3)     Grants such other and further relief as this Court deems just and proper under the

19             circumstances.

20 Dated:  August 31, 2018         **DENTONS US LLP**
                         SAMUEL R. MAIZEL
21                          JOHN A. MOE, II
                         TANIA M. MOYRON
22

23                   By:*/s/John A. Moe, II*
24                        JOHN A. MOE, II
                     (Proposed) Attorneys for the Chapter 11
25                      Debtors

26

27

28

108513311\V-4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## DECLARATION OF RICHARD G. ADCOCK

I, Richard G. Adcock, hereby state and declare as follows:

1.      I am the Chief Executive Officer of Verity Health System of California, Inc. ("VHS" or "Verity").  I became the Debtors' Chief Executive Officer effective January 2018. Prior thereto, I served as VHS's Chief Operating Officer since August 2017.

2.      I make this declaration in support of the Motion of Debtors for Entry of an Order Directing the Joint Administration of their Related Chapter 11 Cases (the "Joint Administration Motion"), in which the Debtors request entry of an Order directing the joint administration of these chapter 11 cases for procedural purposes pursuant to Bankruptcy Rule 1015(b) and that the Court maintain one file and one docket for all of the chapter 11 cases under the lead case, Verity Health System of California, Inc.

3.      Joint administration of the chapter 11 cases will provide significant administrative efficiencies without harming the substantive rights of any party in interest. Many of the motions, hearings and orders that will be filed in the chapter 11 cases almost certainly will affect each of the Debtors.  The entry of an order directing joint administration of the chapter 11 cases will reduce fees and costs by avoiding duplicative filings, objections, notices, and hearings, and will allow all parties in interest to monitor the chapter 11 cases with greater ease and efficiency.  The relief requested in the Joint Administration Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest and will enable the Debtors to continue to operate their businesses in chapter 11 with the least disruption.

## I.    MY EXPERIENCE

4.      I have extensive senior-level experience in the not-for-profit healthcare arena, especially in the areas of healthcare delivery, hospital acute care services, health plan management, product management, acquisitions, integrations, population health management, budgeting, disease management and medical devices. I have meaningful experience in both the technology and healthcare industries in the areas of product development, business development, mergers and acquisitions, marketing, financing, strategic and tactical planning, human resources, and engineering.

5.      Prior to VHS, from 2014 until 2017, I served as Executive Vice President and Chief Innovation Officer of Sanford Health, a large integrated health system headquartered in the Dakotas and is dedicated to health and healing. In this role, I was responsible for leading Sanford Health's growth and innovation, in addition to direct operational oversight of the following related entities: Sanford Research, Sanford Health Plan, Sanford Foundation (a philanthropic fundraising foundation), Sanford Frontiers (a commercial and real estate company), Profile by Sanford (a scientific weight loss program), and Sanford World Clinic (which operates clinics in multiple countries).

6.      From 2012 to 2017, I served as the President of Sanford Frontiers and was responsible for starting a new entity within Sanford Health focused on innovative ventures. From 2008 to 2012, I served as Executive Vice President of Sanford Clinic. I was responsible both for (i) working directly with the President of the Clinic to the lead team of Vice Presidents in all aspects of management, and (ii) Sanford World Clinics operations, including the design, opening and operation of several global clinics.  From 2006 to 2008, I served as the Vice President of Sanford Clinic and was responsible for leading strategic, operational and financial aspects within Sanford Clinic. From 2004 to 2006, I served as Director of Clinical Operations at Sanford Children's Specialty Clinic and was responsible for leading the Pediatric Subspecialty Physician program and the clinical practice through all facets of the operation.

7.      Prior to Sanford Health, I served as the Director of Engineering and Six Sigma Master Black Belt at GE Medical Systems, and before that I was the Vice President of Research and Development and the Co-Owner/Founder of Micro Medical Systems. I have a bachelor of science in business administration and a masters of business administration in healthcare management.

8.      On the date hereof (the "Petition Date"), VHS and certain of its subsidiaries (collectively, the "Debtors" or "Verity") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court").  I am

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

19

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

knowledgeable and familiar with the Debtors' day-to-day operations, business and financial affairs, and the circumstances leading to the commencement of these chapter 11 cases (the "Chapter 11 Cases").

9.      Except as otherwise indicated herein, this Declaration is based upon my personal knowledge, my review of relevant documents, information provided to me by employees of the Debtors and Integrity Healthcare, LLC ("Integrity") or the Debtors' legal and financial advisors, or my opinion based upon my experience, knowledge, and information concerning the Debtors' operations and the healthcare industry. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

## II.    OVERVIEW[4]

10.      VHS and its sixteen affiliated Debtors operate an integrated nonprofit health care system in the state of California.  More specifically, Debtor VHS, a California nonprofit public benefit corporation, is the sole corporate member of the following five Debtor California nonprofit public benefit corporations that operate six acute care hospitals, O'Connor Hospital, Saint Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, and Seton Medical Center Coastside (collectively, the "Hospitals") and other facilities in the state of California. Seton Medical Center and Seton Medical Center Coastside operate under one consolidated acute care license.  Adcock Decl. 9

11.      All of the Debtors' Hospitals are licensed as general acute care hospitals by the California Department of Public Health certified to participate in Medicare and Medicaid programs,, and managed by VHS.

12.      O'Connor Hospital Foundation, Saint Louise Regional Hospital Foundation, St. Francis of Lynwood Medical Center Foundation, St. Vincent Medical Center Foundation, and Seton Medical Center Foundation handle fundraising and grant-making programs for each of their respective Debtor Hospitals.

---

[4] Capitalized terms used but not defined in this overview section shall have the meanings assigned to them below.

13.     As of August 30, 2018, the Debtor's facilities had approximately 850 patients and are currently at approximately 50% occupancy.  The scope of the services provided by the VHS Healthcare System is exemplified by the fact that in 2017, VHS Hospitals provided medical services to approximately 50,000 inpatients and approximately 480,000 outpatients.

14.     VHS, the Hospitals, and their  affiliated entities (collectively, "Verity Health System") operate as a nonprofit health care system in the state of California, with approximately 1,680 inpatient beds, six active emergency rooms, a trauma center, and a host of medical specialties, including tertiary and quaternary care.

15.     The VHS affiliated entities, including the Debtors, are as follows:

- O'Connor Hospital
- Saint Louise Regional Hospital
- St. Francis Medical Center
- St. Vincent Medical Center
- Seton Medical Center
- Seton Medical Center Coastside
- Verity Business Services
- Marillac Insurance Company, Ltd.
- O'Connor Hospital Foundation
- Saint Louise Regional Hospital Foundation
- St. Francis Medical Center Foundation
- St. Vincent Medical Center Foundation
- Seton Medical Center Foundation
- St. Vincent de Paul Ethics Corporation
- St. Vincent Dialysis Center
- De Paul Ventures, LLC
- De Paul Ventures San Jose Dialysis, LLC
- De Paul Ventures San Jose ASC, LLC
- Verity Medical Foundation
- Verity Holdings, LLC

16.     Verity Medical Foundation ("VMF") was incorporated in 2011, is a medical foundation, exempt from licensure under California Health & Safety Code § 1206(l). VMF contracts with physicians and other healthcare professionals to provide high quality, compassionate, patient-centered care to individuals and families throughout California. With more than 100 primary care and specialty physicians, VMF offers medical, surgical and related healthcare services for people of all ages at community-based, multi-specialty clinics conveniently located in areas served by the Debtor Hospitals.  VMF holds long-term professional services agreements with the following medical groups:  (a) Verity Medical Group; (b) All Care

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

Medical Group, Inc.; (c) CFL Children's Medical Associates, Inc.; (d) Hunt Spine Institute, Inc.; (e) San Jose Medical Clinic, Inc., D/B/A San Jose Medical Group; and (f) Sports, Orthopedic And Rehabilitation Associates.

17.     Verity Holdings LLC ("Holdings"), a direct subsidiary of its sole member VHS, was created in 2016 to hold and finance VHS's interests in various parcels of real estate, including four medical office buildings whose tenants are primarily physician and other practicing medical groups and certain of the Verity Hospitals.  Holdings' real estate portfolio includes over 15 properties.

18.     VHS operates Verity Business Services ("VBS"), a nonprofit public benefit corporation. VBS provides support services to Verity and its affiliated hospitals including accounting, finance, patient financial services, supply chain management, and purchasing services for the entire health system.

### III.    FINANCIAL OVERVIEW

19.     Each of the Debtors are exempt from federal income taxation as an organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, except for Verity Business Services, Holdings, De Paul Ventures, LLC, and De Paul Ventures - San Jose Dialysis, LLC.

20.     As of May 31, 2018, the Debtors' consolidated unaudited financial statement reflected total assets of approximately $847 million and total liabilities of approximately $1,278 billion.

21.     The Debtors have approximately $500 million in total unsecured debt, including disputed, unliquidated or contingent claims, which are comprised of claims made by vendors of goods and services, cost report payables, management fees, and incurred but not reported third party claims.

22.     Many of the Debtors' largest Trade Vendors provide goods and services to most if not all of the Hospitals.

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# IV.    CORPORATE STRUCTURE

23.    As set forth above, VHS is a California nonprofit public benefit corporation and the sole member of O'Connor Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, VBS, VMF, Holdings, and De Paul Ventures, LLC.

24.    Each Debtor Hospital is the sole member of each Hospital's nonprofit public benefit corporation that handles each Hospital's fundraising and grant-making programs: St. Francis Medical Center Foundation, St. Vincent Foundation, Seton Medical Center Foundation, Saint Louise Regional Hospital Foundation and O'Connor Hospital Foundation (collectively, the "Philanthropic Foundations").

25.    St. Vincent Medical Center is the sole Member of St. Vincent Dialysis Center, Inc.

26.    De Paul Ventures, LLC, is the sole Member of De Paul Ventures-San Jose ASC, LLC, and of De Paul Ventures-San Jose Dialysis, LLC.

27.    The following graphic depicts Verity's prepetition organizational structure:



28.    Each Debtor entity has its own management and governance structure. Under the leadership of the Daughters of Charity, each Hospital operated independently except that all employees were under the same pension plans. After the transition of operations and leadership to VHS, there has been a systemizing of operations, so that functions that were being performed at each of the Debtors are being transitioned and performed by VHS and being standardized, such as pharmacy operations, credentialing, IT, case management, etc.

29.    VMF offers medical, surgical and related healthcare services for people of all ages at community-based, multi-specialty clinics conveniently located in areas served by Verity hospitals.

## V.    CAPITAL STRUCTURE.

30.    As for capital structure, the Debtors' most significant obligations are that VHS, VBS and VHS's five acute care hospital subsidiaries, and one operating division (the "Hospitals"), are jointly obligated parties on approximately $461.4 million of outstanding secured debt consisting of: (a) $259.4 million outstanding tax exempt revenue bonds, Series 2005 A, G and H issued by the California Statewide Communities Development Authority (the "2005 Bonds"), which loaned the bond proceeds to VHS to provide funds for capital improvements and to refinance certain tax exempt bonds previously issued in 2001 by the Daughters of Charity Health System, a religious not-for-profit enterprise and VHS's reorganization predecessor; and (b) $202.0 million outstanding tax exempt revenue notes, Series 2015 A, B, C, and D and Series 2017 issued by the California Public Finance Authority, which loaned the proceeds to VHS to provide working capital (the "Working Capital Notes").

31.    As described above, Holdings was created in 2016 to hold and finance Verity's interests in four medical office buildings whose tenants are primarily physicians, health care providers, medical groups and certain of the Verity Hospitals. Holdings is the borrower on approximately $66.2 million in two series of non-recourse financing secured by separate deeds of trust, revenue and accounts pledges, including lease rents on multiple medical office buildings (collectively, "MOB Financing").

## VI.    VERITY'S EMPLOYEES.

32.    As of August 31, 2018, the Debtors have approximately 7,385 employees, of whom 4,733 are full-time employees. Approximately 74% of these employees are represented by collective bargaining units. Specifically, 72% of the Debtors' Employees – approximately 5,331 Employees in total – are represented through California Nurses Associations ("CNA"), Service Employees International Union ("SEIU"), National Union Healthcare Workers (NUHW) and United Nurses Association of California/Union of Health Care Professionals (UNAC).

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## VII.    PENSION AND OTHER POSTRETIREMENT BENEFIT PLANS.

33.    VHS maintains two single employer defined benefit pension plans and participates in two multi-employer defined benefit pension plans.

34.    The significant multiemployer defined benefit pension plan is the Retirement Plan for Hospital Employees ("RPHE"). The VHS entities that participate in the RPHE are Seton Medical Center, Seton Medical Center Coastside, O'Connor Hospital, Saint Louise Regional Hospital, and Caritas Business Services.  The RPHE is frozen as to these facilities, other than with respect to CNA members at O'Connor Hospital, Saint Louise Regional Hospital and Seton Medical Center.  Benefits under the RPHE are generally based on years of service and employee compensation.

35.    In addition to the RPHE, Verity assumed in the Daughters of Charity restructuring certain obligations under a multiemployer plan commonly referred to as Stationary Engineers Local 39 Pension Plan (the "Local 39 Plan").  As of July 31, 2018, there were no unpaid contributions due on the Local 39 Plan.

36.    VHS maintains two single-employer defined benefit pension plans (the "Verity A & B Plans").  VHS personnel at St. Francis Medical Center, St. Vincent Medical Center, O'Connor Hospital, Saint Louise Regional Hospital, and the VHS system office are eligible to participate in these plans.  However, only CNA members continue to earn new benefits under the Verity Plan A; the Verity Plan B is completely frozen with no ongoing benefit accruals.

37.    VHS and VMF also maintain several active defined contribution retirement plans for eligible employees; eligibility for and benefits under the defined contribution retirement plans vary according to facility, union status, and employee classification/hire date.  These defined contribution plans include the Verity Health System Supplemental Retirement Plan (TSA), the Verity Health System Supplemental Retirement Plan (401(a)), the Verity Health System Retirement Account (RPA), the Verity Medical Foundation 401(k) Plan, the Verity Medical Foundation Management Bargaining Unit Employees 401(k) Plan for represented employees and the Verity Health System Executive Long-Term Savings Plan (457(b)) Plan for nonrepresented employees.

108513311\V-4

38.    VHS also maintains an early retiree health insurance program (the Postretirement Healthcare Plan), which provides medical benefits to eligible retirees from early retirement to age 65 only.    The postretirement health care benefits are determined based on age and years of service.    Certain employees at O'Connor Hospital, St. Louise Regional Hospital, Seton Medical Center, and Seton Medical Center Coastside are eligible to participate in this plan.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 30th day of August, 2018.

RICHARD G. ADCOCK

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

108513311\V-4

# EXHIBIT A

108513311\V-4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SAMUEL R. MAIZEL (Bar No. 189301)<br>samuel.maizel@dentons.com<br>JOHN A. MOE, II (Bar No. 066893)<br>john.moe@dentons.com<br>TANIA M. MOYRON (Bar No. 235736)<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Tel: (213) 623-9300 / Fax: (213) 623-9924<br><br>☐ *Individual appearing without attorney*<br>☐ *Proposed Attorneys for: Chapter 11 Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division**

| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,<br><br>                Debtor and Debtor in Possession. | LEAD Case No.: 2:18-bk-20151<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>Case No.:<br>Case No.:<br>Case No.:<br>Case No.:<br>Case No.: |
|---|---|
| ☒ Affects All Debtors | ☒See attached for additional Case Numbers |
| ☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☒ See attached for additional Debtors<br><br>                        Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS [LBR 1015-1]** |
| | [No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on (*date*) _____ granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

**1. Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

**2. Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                    Page 1                    **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**: – A copy of the Caption to be used in all cases is attached as Exhibit "A."

Date: _____ By:_____
                                                                            Signature

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

☐  Affects O'Connor Hospital Foundation                         Case No.:_____
☐ Affects Saint Louise Regional Hospital Foundation             Case No.:_____
☐ Affects St. Francis Medical Center of Lynwood Foundation      Case No.:_____
☐ Affects St. Vincent Foundation                                Case No.:_____
☐ Affects St. Vincent Dialysis Center, Inc.                     Case No.:_____
☐ Affects Seton Medical Center Foundation                       Case No.:_____
☐ Affects Verity Business Services                              Case No.:_____
☐ Affects Verity Medical Foundation                             Case No.:_____
☐ Affects Verity Holdings, LLC                                  Case No.:_____
☐ Affects De Paul Ventures, LLC                                 Case No.:_____
☐ Affects De Paul Ventures - San Jose Dialysis, LLC             Case No.:_____

Debtors and Debtors In Possession

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

**EXHIBIT "A"**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151 |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | (Proposed To Be) Jointly Administered With:<br>Case No. 18-_____; Case No. 18-_____;<br>Case No. 18-_____; Case No. 18-_____; |
| Debtor and Debtor In Possession. | Case No. 18-_____; Case No. 18-_____;<br>Case No. 18-_____; Case No. 18-_____;<br>Case No. 18-_____; Case No. 18-_____; |

⊠ Affects All Debtors

☐ Affects Verity Health System of California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital
   Foundation
☐ Affects St. Francis Medical Center of Lynwood
   Medical Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose Dialysis,
   LLC

| Case No. 18-_____; Case No. 18-_____;<br>Case No. 18-_____; Case No. 18-_____;<br>Case No. 18-_____; Case No. 18-_____;<br>Case No. 18-_____; Case No. 18-_____; |
|---|

Chapter 11 Cases

       Debtors and Debtors In Possession.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

December 2014                    Page 4                    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION