1  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
2  JOHN A. MOE, II (Bar No. 066893)
   john.moe@dentons.com
3  TANIA M. MOYRON (Bar No. 235736)
   tania.moyron@dentons.com
4  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
5  Los Angeles, California 90017-5704
   Tel: (213) 623-9300 / Fax: (213) 623-9924
6
   Proposed Attorneys for the Chapter 11 Debtors and
7  Debtors In Possession

8           **UNITED STATES BANKRUPTCY COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10 | In re

11 | VERITY HEALTH SYSTEM OF
   | CALIFORNIA, INC., *et al.*,
12 |
13 |              Debtors and Debtors In
   |              Possession.

14 | ☒ Affects All Debtors

15 | ☐ Affects Verity Health System of
   |   California, Inc.
16 | ☐ Affects O'Connor Hospital
   | ☐ Affects Saint Louise Regional Hospital
17 | ☐ Affects St. Francis Medical Center
   | ☐ Affects St. Vincent Medical Center
18 | ☐ Affects Seton Medical Center
   | ☐ Affects O'Connor Hospital Foundation
19 | ☐ Affects Saint Louise Regional Hospital
   |   Foundation
20 | ☐ Affects St. Francis Medical Center of
   |   Lynwood Foundation
21 | ☐ Affects St. Vincent Foundation
   | ☐ Affects St. Vincent Dialysis Center, Inc.
22 | ☐ Affects Seton Medical Center Foundation
   | ☐ Affects Verity Business Services
23 | ☐ Affects Verity Medical Foundation
   | ☐ Affects Verity Holdings, LLC
24 | ☐ Affects De Paul Ventures, LLC
   | ☐ Affects De Paul Ventures - San Jose ASC,
25 |   LLC
26 |              Debtors and Debtors In Possession.
27 |

Lead Case No. 2:18-bk-20151-ER

Jointly Administered With:
Case No. 2:18-bk-20162-ER;
Case No. 2:18-bk-20163-ER;
Case No. 2:18-bk-20164-ER;
Case No. 2:18-bk-20165-ER;
Case No. 2:18-bk-20167-ER;
Case No. 2:18-bk-20168-ER;
Case No. 2:18-bk-20169-ER;
Case No. 2:18-bk-20171-ER;
Case No. 2:18-bk-20172-ER;
Case No. 2:18-bk-20173-ER;
Case No. 2:18-bk-20175-ER;
Case No. 2:18-bk-20176-ER;
Case No. 2:18-bk-20178-ER;
Case No. 2:18-bk-20179-ER;
Case No. 2:18-bk-20180-ER;
Case No. 2:18-bk-20181-ER

Chapter 11 Cases

Hon. Judge Ernest M. Robles

**NOTICE OF HEARINGS ON EMERGENCY
FIRST-DAY MOTIONS FILED BY DEBTORS**

**Emergency Hearing:**

Date:    September 5, 2018
Time:    10:00 a.m.
Place:   United States Bankruptcy Court
         255 East Temple Street
         Courtroom 1568
         Los Angeles, California 90012

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

108915095\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**PLEASE TAKE NOTICE** that, on **Wednesday, September 5, 2018, at 10:00 a.m.**, the Court, pursuant to the *Court's Order Setting Hearing On First Day Motions* [Docket No. 18], attached hereto as Exhibit "1," will hold first-day hearings (the "Hearings") on the below-listed Emergency First-Day Motions (the "Motions") filed by Verity Health System Of California, Inc. ("<u>VHS</u>") and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "<u>Debtors</u>"), in the above-captioned jointly administered chapter 11 bankruptcy cases. The Hearings will be held at the United States Bankruptcy Court for the Central District of California – Los Angeles Division, in Courtroom 1568, located at 225 East Temple Street, Los Angeles CA, 90012.

**PLEASE TAKE FURTHER NOTICE** that the Motions, Related Pleadings (identified below), and other papers filed in support of the Motions, will be served upon you on August 31, 2018, via either overnight mail, facsimile, personal service, or e-mail.  Any parties seeking to obtain additional copies of the Motions, Related Pleadings, and other papers filed in support of the Motions may do so by contacting proposed counsel to the Debtors whose contact information is as follows: Dentons US, LLP, Attn: Tania Moyron, Esq., Email: tania.moyron@dentons.com, Tel: (213) 243-6101; Fax: (213) 623-9924, Address: 601 S. Figueroa St., Suite 2500, Los Angeles, CA 90017.

**<u>The Motions That The Court Will Consider Are:</u>**

- *Emergency Motion for Entry of Order  (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages and Salaries, and (B) Pay and Honor Employee Benefits and Other Workforce Obligations; and (II) Authorizing and Directing the Applicable Bank to Pay All Checks and Electronic Payment Requests Made By the Debtors Relating to the Foregoing;*

- *Emergency Motion of Debtors for Authority to:  (1) Continue Using Existing Cash Management System, Bank Accounts and Business Forms; (2) Implement Changes to the Cash Management System in the Ordinary Course of Business; (3) Continue*

*Intercompany Transactions; (4) Provide Administrative Expense Priority for Postpetition Intercompany Claims; and (5) Obtain Related Relief;*

- *Emergency Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing (B) Authorizing the Debtors to Use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108; Memorandum of Points and Authorities in Support Thereof; (the "<u>Cash Collateral Motion</u>");*

- *Debtors' Emergency Motion for Order (A) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service and (B) Determining Adequate Assurance of Payment For Future Utility Services;*

- *Debtors' Emergency Motion: (A) Approving the Debtors Filing a Consolidated List of Fifty Largest General Unsecured Creditors for All Cases; (B) Approving the Debtors Filing a Consolidated Master Mailing Matrix for All Cases; and (C) Permitting the Debtors' Claims and Noticing Agent to Maintain the Master Mailing Matrix;*

- *Emergency Motion For Entry Of An Order: (I) Authorizing The Debtors To (A) Maintain Insurance Program; (B) Pay Insurance Premiums In The Ordinary Course And (C) Pay All Obligations Associated Therewith; And (Ii) Preventing Insurance Companies From Enforcing Ipso Facto Clauses Or Giving Any Notice Of Termination Or Otherwise Modifying Any Insurance Policy Without Obtaining Relief From The Automatic Stay; and*

- *Emergency Motion For Entry Of An Order Authorizing The Filing Under Seal Of Confidential Patient Information; and*

- *Debtors' Emergency Application For An Order (A) Appointing Kurtzman Carson Consultants LLC As Claims And Noticing Agent And (B) Approving The Form And Manner Of Notice Of Case Commencement.*

**<u>The Related Pleadings To The Motions That The Court Will Consider Are:</u>**

- *Declaration Of Richard G. Adcock In Support Of First Day Motions;*

- *Declaration of Anita Chou In Support of Cash Collateral Motion; and*

1    • *Statement Regarding Cash Collateral or Debtor in Possession Financing.*

2      **PLEASE TAKE FURTHER NOTICE** that any opposition to the Motions may be

3  presented at Hearings on the Motions.

4

5  Dated: August 31, 2018                    **DENTONS US LLP**
                                            **SAMUEL R. MAIZEL**
6                                            **JOHN A. MOE, II**
                                            **TANIA M. MOYRON**
7

8                                            By    */s/ Tania M. Moyron*
                                                   Tania M. Moyron
9

10                                           Proposed Attorneys for the Chapter 11
                                            Debtors and Debtors In Possession
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

10891509\V-1