# EXHIBIT 1

# EXHIBIT 1

FILED & ENTERED

AUG 31 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Verity Health System of California, Inc., *et al.*,<br><br>            Debtor and Debtor in Possession.  | Lead Case No.:    2:18-bk-20151-ER<br>Chapter 11 |
| ☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>        Debtors and Debtors in Possession. | Jointly Administered With:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases.<br><br>**ORDER SETTING HEARING ON FIRST DAY MOTIONS**<br><br>Date:        September 5, 2018<br>Time:        10:00 a.m.<br>Location:    Ctrm. 1568<br>            Roybal Federal Building<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

On **Wednesday, September 5, 2018, at 10:00 a.m.,** the Court will conduct a hearing on the Debtor's motions to (1) authorize the use of cash collateral, (2) pay prepetition wages, and (3) authorize other appropriate relief (collectively, the "First Day Motions"). Good cause appearing, the Court HEREBY ORDERS as follows:

1) By no later than **Friday, August 31, 2018, at 9:00 p.m.,** the Debtor must provide telephonic notice of the hearing on the First Day Motions to the entities asserting an interest in the cash collateral, the secured creditors, the twenty largest unsecured creditors, and the Office of the United States Trustee.
2) The First Day Motions must be filed with the Court by no later than **Friday, August 31, 2018**.
3) The First Day Motions and a copy of this Order must be served upon the entities asserting an interest in the cash collateral, the secured creditors, the twenty largest unsecured creditors, and the Office of the United States Trustee by no later than **Friday, August 31, 2018**. Service may be accomplished by any of the following methods: (a) personal service, (b) overnight mail, (c) facsimile, or (d) e-mail.
4) By no later than **Tuesday, September 4, 2018, at 10:00 a.m.,** the Debtor must file a declaration establishing that service was made in accordance with this Order.
5) Any opposition to the First Day Motions may be presented at the hearing.

IT IS SO ORDERED.

###

Date: August 31, 2018

Ernest M. Robles
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017:

A true and correct copy of the document entitled (*specify*): **NOTICE OF HEARINGS ON EMERGENCY FIRST-DAY MOTIONS FILED BY DEBTORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 31, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 31, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 31, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**
Hon. Ernest M. Robles
US Bankruptcy Court
Central District of California
Edward R. Roybal Building & Courthouse
255 E. Temple Street, Suite 1560/Ctrm. 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2018 | Christina O'Meara | /s/Christina O'Meara |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

108886152\V-1