XAVIER BECERRA
Attorney General of California
JAMES M. TOMA
Supervising Deputy Attorney General
ALICIA BERRY
Deputy Attorney General
State Bar No. 228367
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6550
  Fax: (213) 897-7605
  E-mail: Alicia.Berry@doj.ca.gov
*Attorneys for Attorney General Xavier Becerra*

FILED
AUG 31 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **In re:**<br><br>**VERITY HEALTH SYSTEM OF CALIFORNIA, INC.,**<br><br>Debtor. | CASE NO. 18-bk-20151-ER<br><br>CHAPTER 11<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST** |

TO THE CLERK OF THE BANKRUPTCY COURT, DEBTORS IN POSSESSION AND THEIR ATTORNEY OF RECORD, AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned is counsel for Xavier Becerra in his official capacity as Attorney General of the State of California ("Attorney General"). The Attorney General represents the undesignated charitable beneficiaries of the debtor. Xavier Becerra is the duly elected Attorney General of the State of California and is the chief law officer of the State. The California Attorney General has broad constitutional, common law and statutory powers under

1  the state constitution to protect the public. The California Attorney General is
2  charged with the supervision and regulation of nonprofit corporations and other
3  charitable trusts in this state. As part of the California Attorney General's
4  supervisory and regulatory authority, any nonprofit corporation that is subject to the
5  Nonprofit Public Benefit Corporation Law and operates or controls a health facility,
6  or operates or controls a facility that provides similar health care, is required to
7  provide written notice to, and to obtain the written consent of, the California
8  Attorney General prior to entering into any agreement or transaction to sell a
9  material amount of its assets to a for-profit corporation.
10      The Attorney General hereby requests special notice of all notices or other
11  documents to be given or required to be served upon creditors, the Trustee, the
12  Debtors, or other interested parties, whether sent by the Court, the debtor, or any
13  other creditor or party in the case, and further request notice of Limited Notice
14  Proceedings.
15      PLEASE TAKE FURTHER NOTICE that this request includes the type of
16  notice referred to in Bankruptcy Rules 2002(i) and 3017(a), 4001, 9007 and Section
17  1109 of the Bankruptcy Code, and also includes without limitation, notices of any
18  orders, applications, complaints, answers, demands, replies, motions, petitions,
19  pleadings, disclosure statements, plans, requests, memoranda or briefs in support of
20  any of the foregoing, and any other documents brought before the court in this case,
21  whether formal or informal, whether written or oral, and whether transmitted or
22  conveyed by mail delivery, telephone, telegraph, telefax, facsimile transmission or
23  otherwise.
24      All notices given and all papers served in this matter are to be delivered to
25  and served upon:
26  //
27  //
28  //

Notice of Appearance and Request for Special Notice and Inclusion on Mailing List
2                                                                Case No. 18-bk-20151-ER

Alicia Berry
Deputy Attorney General
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: 213.269.6550
Facsimile: 213.897.7605
Email: Alicia.Berry@doj.ca.gov

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct will constitute a waiver of the Attorney General's:

a) right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which he is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Attorney General without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: August 31, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAMES M. TOMA
Supervising Deputy Attorney General

ALICIA BERRY
Deputy Attorney General
*Attorneys for Attorney General
Xavier Becerra*

LA2018502412
53058519.docx

# CERTIFICATE OF SERVICE

Case Name:  **In re: VERITY HEALTH SYSTEMS OF CALIFORNIA, INC.**   No.   18-bk-20151-ER

I hereby certify that on **August 31, 2018**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **August 31, 2018**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Samuel R. Maizel, Esq.
samuel.maizel@dentons.com
John A. Moe, Esq.
john.moe@dentons.com
Tania M. Moyron, Esq.
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Ste. 2500
Los Angeles, CA 90017

*Attorneys for Debtor*
*Verity Health Systems of California, Inc.*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 31, 2018**, at Los Angeles, California.

| | |
|---|---|
| _____Teresa DePaz_____ | _____ |
| Declarant | Signature |

LA2018502412
53058459.docx