SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Proposed Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**FILED & ENTERED**

**SEP 07 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re

VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., *et al.*,

    Debtors and Debtors In Possession.

☒Affects All Debtors

☐ Affects Verity Health System of
California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital
Foundation
☐ Affects St. Francis Medical Center of
Lynwood Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose
Dialysis, LLC

    Debtors and Debtors In Possession.

Lead Case No. 2:18-bk-20151-ER

Jointly Administered With:
Case No. 2:18-bk-20162-ER
Case No. 2:18-bk-20163-ER
Case No. 2:18-bk-20164-ER
Case No. 2:18-bk-20165-ER
Case No. 2:18-bk-20167-ER
Case No. 2:18-bk-20168-ER
Case No. 2:18-bk-20169-ER
Case No. 2:18-bk-20171-ER
Case No. 2:18-bk-20172-ER
Case No. 2:18-bk-20173-ER
Case No. 2:18-bk-20175-ER
Case No. 2:18-bk-20176-ER
Case No. 2:18-bk-20178-ER
Case No. 2:18-bk-20179-ER
Case No. 2:18-bk-20180-ER
Case No. 2:18-bk-20181-ER

Chapter 11 Cases

**ORDER GRANTING DEBTORS'
EMERGENCY MOTION AUTHORIZING THE
FILING UNDER SEAL OF CONFIDENTIAL
PATIENT INFORMATION**

Hon Judge Ernest M. Robles

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

1

108821763\V-1

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

Having reviewed the *Debtors' Emergency Motion For Entry Of An Order Authorizing The Filing Under Seal Of Confidential Patient Information; Memorandum Of Points And Authorities;* (the "Motion") [Docket No. 21], the Declaration Of Richard G. Adcock [Docket No. 8] filed in connection with and in support of First Day Motions; Declaration Of John A. Moe, II [Docket No. 21], in support of the Motion; the Court having jurisdiction to consider the Motion and relief requested therein, in accordance with 28 U.S.C. §§ 157 and 1334; consideration of the Motion and relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and proper notice of the Motion having been provided; it appearing that no further notice need be provided; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, creditors and all parties-in-interest; the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and for the reasons set forth in the Court's tentative ruling [Doc. No. 114], which the Court adopts as its final ruling and which is incorporated herein by reference; and upon all of the proceedings had before the Court and after due deliberations sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1.    The Motion is granted;

2.    The Debtors are authorized to file confidential patient information under seal; and

3.    The Order shall be immediately effective and enforceable upon its entry; and;

4.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Date: September 7, 2018

Ernest M. Robles
United States Bankruptcy Judge

1

108821763\V-1