1  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
2  JOHN A. MOE, II (Bar No. 066893)
   john.moe@dentons.com
3  TANIA M. MOYRON (Bar No. 235736)
   tania.moyron@dentons.com
4  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
5  Los Angeles, California 90017-5704
   Tel: (213) 623-9300 / Fax: (213) 623-9924

Proposed Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br>Chapter 11 Cases<br><br>Hon Judge Ernest M. Robles<br><br>**NOTICE OF CASE COMMENCEMENT OF CHAPTER 11 CASES AND MEETING OF CREDITORS PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE** |

109031491\V-1

**TO ALL INTERESTED PARTIES:**

**COMMENCEMENT OF CASES:** On August 31, 2018, the entities listed below (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq.* (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Central District of California (Los Angeles Division) (the "Court"), and an order for relief has been entered. The Debtors' chapter 11 cases (collectively, the "Cases") are being jointly administered under Case No. 2:18-bk-20151-ER. You may be a creditor of one of the Debtors.

THIS NOTICE LISTS IMPORTANT DEADLINES. You may want to consult an attorney to protect your rights. All documents filed in these Cases may be inspected at the Office of the Claims and Noticing Agent at the address listed below:

| Debtor | Address | Case No. | Tax ID No. |
|---|---|---|---|
| Verity Health System of California, Inc. | 2040 East Mariposa Ave. El Segundo, CA | 2:18-BK-20151-ER | 91-2145484 |
| O'Connor Hospital | 2105 Forrest Ave. San Jose, CA 95128 | 2:18-BK-20168-ER | 91-2154436 |
| Saint Louise Regional Hospital | 9400 No Name Uno Gilroy, CA 95020 | 2:18-BK-20162-ER | 91-2154437 |
| St. Francis Medical Center | 3630 East Imperial Hwy Lynwood, CA 90262 | 2:18-BK-20165-ER | 91-2154439 |
| St. Vincent Medical Center | 2131 West Third Street Los Angeles, CA 90057 | 2:18-BK-20164-ER | 91-2154438 |
| Seton Medical Center | 1900 Sullivan Ave. Daly City, CA 94105 | 2:18-BK-20167-ER | 91-2154441 |
| O'Connor Hospital Foundation | 2105 Forrest Ave. San Jose, CA 95128 | 2:18-BK-20179-ER | 770006295 |
| Saint Louise Regional Hospital Foundation | 9400 No Name Uno Gilroy, CA 95020 | 2:18-BK-20172-ER | 56-2384735 |
| St. Francis Medical Center of Lynwood Foundation | 3630 East Imperial Hwy Lynwood, CA 90262 | 2:18-BK-20178-ER | 95-3190773 |
| St. Vincent Foundation | 2131 West Third Street Los Angeles, CA 90057 | 2:18-BK-20180-ER | 95-3922511 |
| St. Vincent Dialysis Center, Inc. | 201 South Alvarado, Suite 220 Los Angeles, CA 90057 | 2:18-BK-20171-ER | 953749293 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109031491\V-1

| | | | |
|---|---|---|---|
| Seton Medical Center Foundation | 1900 Sullivan Ave.<br>Daly City, CA 94105 | 2:18-BK-20175-ER | 94-2824033 |
| Verity Business Services | 2040 East Mariposa Ave.<br>El Segundo, CA | 2:18-BK-20173-ER | 51-0659139 |
| Verity Medical Foundation | 400 Race Street<br>San Jose, CA | 2:18-BK-20169-ER | 45-3691852 |
| Verity Holdings, LLC | 2040 East Mariposa Ave.<br>El Segundo, CA | 2:18-BK-20163-ER | 81-3038177 |
| De Paul Ventures, LLC | 203 Redwood Shores Pkwy, Ste 800<br>Redwood City, CA 94065 | 2:18-BK-20176-ER | 27-3340398 |
| De Paul Ventures – San Jose Dialysis, LLC | 203 Redwood Shores Pkwy, Ste 800<br>Redwood City, CA 94065 | 2:18-BK-20181-ER | 37-1732430 |

**PURPOSE OF CHAPTER 11 FILING:** Chapter 11 of the Bankruptcy Code enables a debtor to reorganize or liquidate pursuant to a plan of reorganization. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors will be given notice concerning any plan and will be given notice if this case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business unless a trustee is appointed. No motion to appoint a trustee has been filed at this time. Creditors may be sent a copy of the plan and a disclosure statement describing the plan. Creditors may have the opportunity to vote on the plan. Creditors will be sent notice of the date of the confirmation hearing and may object to confirmation of the plan and attend the confirmation hearing.

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS:** A creditor is anyone to whom the Debtors owe money or property. Under the Bankruptcy Code, the Debtors are granted certain protection against creditors. Common examples of prohibited actions by creditors include contacting the Debtors to demand repayment, taking action against the Debtors to collect money owed to creditors or to take property of the Debtors and starting or continuing foreclosure actions, repossessions or wage deductions. If unauthorized actions are taken against the Debtors, the Court may penalize the creditor who takes them. A creditor who is considering taking action against the Debtors or property of the Debtors should review section 362 of the Bankruptcy Code and may wish to seek legal advice.

**MEETING OF CREDITORS**: The Debtors' representative, as specified in Federal Rule of Bankruptcy Procedure 9001(5), is required to appear at a meeting of creditors on the date and at the place set forth below for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, creditors may examine the Debtors' representative. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to creditors.

109031491\V-1

**DATE, TIME AND LOCATION OF MEETING OF CREDITORS**

| | |
|---|---|
| Date:  October 12, 2018 | Location:  St. Vincent Hospital<br>Seton Auditorium<br>2131 West Third Street |
| Time:  9:30 a.m. | Los Angeles, CA 90057 |

**PROOF OF CLAIM**: Schedules of creditors will be filed pursuant to Federal Rule of Bankruptcy Procedure 1007, and the Debtors will seek an order of the Court establishing procedures for the filing of proofs of claim. A proof of claim is a signed statement describing a creditor's claim. Any creditor holding a scheduled claim that is not listed as disputed, contingent or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.

A proof of claim may be filed at any time prior to the deadline established by the Court. No deadline has yet been established in these cases. When a deadline is established, all known creditors will received notice of the deadline, along with a proof of claim form indicating how their claim is scheduled and instructions for completing and filing a proof of claim. Proof of claim forms are also available in the office of the clerk of the court of any bankruptcy court. Kurtzman Carson Consultants LLC is the claims agent in these cases. The place to request a proof of claim form from the Claims Agent is 2335 Alaska Avenue, El Segundo, California 90245. You will be notified by separate notice when and where to file a proof of claim.

**PLEASE DO NOT FILE OR MAIL ANY PROOFS OF CLAIM OR OTHER DOCUMENTATION, INCLUDING CORRESPONDENCE CONCERNING A CLAIM, WITH OR TO ANYONE, INCLUDING THE BANKRUPTCY COURT, THE UNITED STATES TRUSTEE AND/OR THE UNDERSIGNED COUNSEL, UNTIL YOU ARE INSTRUCTED WHEN AND WHERE TO FILE A PROOF OF CLAIM**

**DISCHARGE OF DEBTS**: Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your claim. See section 1141(d) of the Bankruptcy Code. A discharge means that you may never try to collect your claim from any of the Debtors, except as provided in the plan.

**NOTICE**: You will not receive notice of all documents filed in these cases. All documents filed with the Court, including schedules of the Debtors' property and debts, will be available for inspection at the office of the clerk of the court. Since this case is governed by the Local Bankruptcy Rules regarding electronic means of filing, signing and verifying documents, the Court's docket sheet and documents filed electronically are also accessible at the Court's Internet site, www.nysb.uscourts.gov, through an account obtained from Pacer Service Center by dialing (800) 676-6856 (from the US) or (210) 301-6440 (from outside the US).

**FURTHER INFORMATION**: Further information concerning these chapter 11 cases may be obtained by calling (888) 249-2741 (from the US and Canada) or (310) 751-2605 (from outside

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

the US).    The Claims Agent will also maintain a website, www.kccllc.net/verityhealth, specifically for the Debtors' bankruptcy cases from which anyone may download the claims register and obtain other relevant information and documents pertaining to the Debtors' cases at no extra charge.

**LEGAL ADVICE**: The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case.

Dated: September 13, 2018

**DENTONS US LLP**
SAMUEL R. MAIZEL
JOHN A MOE, II
TANIA M. MOYRON


By: /s/*Samuel R. Maizel*
Samuel R. Maizel

Proposed Attorneys for
Debtors and Debtors in Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109031491\V-1