```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  JILL M. STURTEVANT, State Bar No. 089395
    ASSISTANT UNITED STATES TRUSTEE
 3  HATTY YIP, State Bar No. 246487
    ALVIN PAN MAR, State Bar No. 151482
 4  TRIAL ATTORNEY
    OFFICE OF THE UNITED STATES TRUSTEE
 5  915 Wilshire Blvd., Suite 1850
    Los Angeles, California 90017
 6  (213) 894-1507 telephone
    (213) 894-2603 facsimile
 7  Email: hatty.yip@usdoj.gov
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re: | ) Lead Case No.: 2:18-bk-20151-ER |
|---|---|
| **VERITY HEALTH SYSTEM OF CALIFORNIA, INC.** *et al.*, | ) Jointly Administered With:<br>) Case No.: 2:18-bk-20162-ER;<br>) Case No.: 2:18-bk-20163-ER;<br>) Case No.: 2:18-bk-20164-ER; |
| Debtor(s). | ) Case No.: 2:18-bk-20165-ER;<br>) Case No.: 2:18-bk-20167-ER;<br>) Case No.: 2:18-bk-20168-ER; |
| _X_ Affects All Debtors<br>___ Affects Verity Health System of California, Inc.<br>___ Affects O'Connor Hospital<br>___ Affects Saint Louise Regional Hospital<br>___ Affects St. Francis Medical Center<br>___ Affects St. Vincent Medical Center<br>___ Affects Seton Medical Center<br>___ Affects O'Connor Hospital Foundation<br>___ Affects Saint Louise Regional Hospital Foundation<br>___ Affects St. Francis Medical Center of Lynwood Foundation<br>___ Affects St. Vincent Foundation<br>___ Affects St. Vincent Dialysis Center, Inc.<br>___ Affects Seton Medical Center Foundation<br>___ Affects Verity Business Services<br>___ Affects Verity Medical Foundation<br>___ Affects Verity Holdings, LLC<br>___ Affects De Paul Ventures, LLC<br>___ Affects De Paul Ventures – San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession | ) Case No.: 2:18-bk-20169-ER;<br>) Case No.: 2:18-bk-20171-ER;<br>) Case No.: 2:18-bk-20172-ER;<br>) Case No.: 2:18-bk-20173-ER;<br>) Case No.: 2:18-bk-20175-ER;<br>) Case No.: 2:18-bk-20176-ER;<br>) Case No.: 2:18-bk-20178-ER;<br>) Case No.: 2:18-bk-20179-ER;<br>) Case No.: 2:18-bk-20180-ER;<br>) Case No.: 2:18-bk-20181-ER<br>)<br>) Chapter 11 Cases<br>)<br>) **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**<br>) |

- 1 -

1 | Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following nine
2 | (9) Creditors to serve on the Committee of Creditors holding unsecured claims:
3 | SEE ATTACHED EXHIBIT A
4 | DATED: September 17, 2018

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

*[signature]*

By:   Peter C. Anderson
      United States Trustee

# EXHIBIT A

# EXHIBIT A

# EXHIBIT "A"

Aetna Life Insurance Company
Attn: Paul Weller, Head of Provider Litigation
1425 Union Meeting Road, Mail Stop U23S
Blue Bell, PA 19422
Telephone: (215) 775-0788
Email: pdweller@aetna.com

Allscripts Healthcare, LLC
c/o Greg Bianchi
10 Glenlake Parkway, Suite 500
Atlanta, GA 30328
Telephone: (404) 847-5901

California Nurses Association (CNA)
Attn: Krysten Skogstad, In-House Counsel
155 Grand Avenue
Oakland, CA 94612
Telephone: (510) 273-2273
Email: kskogstad@calnurses.org

Iris Lara
c/o Trisha Monesi
1875 Century Park East, Suite 100
Los Angeles, CA 90067
Telephone: (310) 712-8014
Email: trisha.monesi@capstonelawyers.com

Medline Industries, Inc.
Three Lakes Drive
Northfield, IL 60093
Telephone: (262) 367-7501 x 2252
Email: sreed@medline.com

Pension Benefit Guaranty Corporation ("PBGC")
Attn: Michael Strollo and Emily Lesniewski
1200 K Street, NW
Washington, DC 20005
Telephone: (202) 326-4000 ext 4907, 6137
Email: strollo.michael.pbgc.gov

SEIU United Healthcare Workers West
Attn: David Miller
560 Thomas L Berkeley Way
Oakland, CA 94612-1602
Telephone: (510) 251-1250
Email: dmiller@seiu-uhw.org

1  Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC
2  Attn: Brad Hamman
   283 Cranes Roost Blvd, Ste 260
3  Altamonte Springs, FL 32701
   Telephone: (407) 339-3230, ext 35204
4  Email: Brad.Hamman@sodexo.com

5  St. Vincent IPA Medical Corporation
6  c/o Mark Neubauer, Esq. and Donald Kirk, Esq.
   Carlton Fields Jorden Burt, LLP
7  2000 Avenue of the Stars, Suite 530N
   Los Angeles, CA 90067-4707
8  Telephone: (310) 843-6310 or (813) 229-4334
   Email: dkirk@carltonfields.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __**9/17/18**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __**9/17/18**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED LIST

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __**9/17/18**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/17/18 | Helen Cruz | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Simon Aron    saron@wrslawyers.com
- Alicia K Berry    Alicia.Berry@doj.ca.gov
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Darryl S Laddin    bkrfilings@agg.com
- Richard A Lapping    richard@lappinglegal.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com;jmariani@mwe.com
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL**:
   - DEBTOR: Verity Health System of California, Inc., 2040 E. Mariposa Avenue, El Segundo, CA 90245
   - DEBTOR'S ATTY: Samuel R Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017
   - MANUAL: Sam J Alberts, DENTONS US LLP, 1900 K Street NW, Washington, DC 20006
   - MANUAL: Alicia Berry, California Attorney General, 300 South Spring St Ste 1702, Los Angeles, CA 90013
   - MANUAL: Daniel S Bleck, Mintz, Levin, et al, One Financial Center, Boston, MA 02111
   - MANUAL: Nathan F Coco, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
   - MANUAL: Ian A Hammel, Mintz Levin Cohn Ferris Glovsky & Popeo, One Financial Center, Boston, MA 02111
   - MANUAL: Donald R Kirk, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780
   - MANUAL: Claude D Montgomery, DENTONS US LLP, 1221 AVENUE OF THE AMERICAS, New York, NY 10020-1001
   - MANUAL: Megan Preusker, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
   - MANUAL: Jason Reed, MASLON LLP, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402
   - MANUAL: Paul J Ricotta, Mintz Levin Cohn Ferris Glovsky and Pope, Chrysler Center, 666 Third Ave New York, NY 10017
   - MANUAL: Clark Whitmore, MASLON LLP, 3300 WELLS FARGO CENTER, 90 S 7TH STREET, MINNEAPOLIS, MN 55402
   - MANUAL: John Ryan Yant, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000, Tampa, FL 33607-5780

   50TH LARGEST UNSECURED CREDITORS:
- Waheed Wahidi, et al., c/o Law office of Kevin T Barnes, 1635 Pontius Ave., 2nd Fl., Los Angeles, CA 90025, Attn: Kevin T. Barnes
- Verity Health System Retirement Plan A, c/o John Hancock Retirement Plan Services, 690 Canton St., Westwood, MA 02090, Attn: Dawn Florio
- Retirement Plan for Hospital Employees, c/o Board of Trustees Retirement Plan For Hospital Employees Retirement Plan Office, P.O. Box 2949, San Francisco, CA 94126-2949, Attn: Larry Reid
- Department of Health Care Services (DHCS), c/o Department of Health Care Services, Mail Stop 1101, 1501 Capital Ave., Ste. 71.2048, Sacramento, CA 95814-5005, Attn: Brian Clausse
- Aetna Life Insurance Company, c/o Aetna Legal Department, 1425 Union Meeting Rd., Blue Bell, PA 19422, Attn: Paul Weller
- Ivonne Engelman, c/o One Wilshire Blvd., Ste. 2200, Los Angeles, CA 90017, Attn: Renee L. Campbell
- Iris Lara, Tanya Lara, Jarmaine Jonhs, c/o Mahoney Law Group, 249 E. Ocean Blvd., Ste. 814, Long Beach, CA 90802, Attn: Kevin Mahoney Treana Allen – Mahoney
- Josefina Robles, 2600 Michelson Dr., Ste. 1700, Irvine, CA 92612, Attn: Yolanda M. Medina
- Diane Nguyen, c/o Otkupman Law Firm, 28632 Roadside Dr., Ste. 203, Agoura Hills, CA 91301, attn.: Roman Otkupman
- Allscripts Healthcare LLC, 305 Church at N. Hill St., Raleigh, NC 27609, Attn: John Sage
- Medline Industries, Inc., Three Lakes Dr., Northfield, IL 60093, Attn: Mike Ogden
- Sodexo (Biomed Services), c/o Hunton Andrews Kurth, 50 California St., Ste. 1700, San Francisco, CA 94111, Attn: Susan Joo
- Heritage Provider Network (Regal Medical Group), 8510 Balboa Blvd., Ste. 150, Northridge, CA 91325, Attn: Lloyd Wilensky
- Premier Healthcare Solutions, Inc., 5882 Collections Center Dr., Chicago, IL 60693, Attn: Mike Morrelli
- McKesson Corporation, PO Box 98347, Chicago, IL 60693-8347, Attn: Tonoa Jordan
- Centers for Medicare & Medicaid Services, U.S. Centers for Medicare &Medicaid Services, 7500 Security Blvd., Baltimore, MD 21244, Attn: CMS Baltimore Headquarters
- Zimmer USA, 310 Interlocken Parkway, Ste. 120, Broomfield, CO 80021, Attn: Bart Hess
- Microsoft Licensing Gp, c/o BofA, 1950 N Stemmons Fwy. #5010 LB #842467, Dallas, TX 75207, Attn: Jason Baxley
- Medtronic USA Inc., 710 Medtronic Pkwy. NE, Minneapolis, MN 55432-5604, Attn: Samir Choksi
- Anthem Blue Cross, 21555 Oxnard St., 8th Fl., Woodland Hills, CA 91367, Attn: Nicole Brown

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

- Anthem Blue Cross, 2121 N. California Blvd., 7th Fl., Los Angeles, CA 94596, Attn: Frank Bird, VP
- Workday, Inc., 6230 Stoneridge Mall Rd., Pleasanton, CA 94588, Attn: Mark Overfelt
- Boston Scientific, 47201 Lakeview Blvd., Fremont, CA 94537-5120, Attn: Mykkia Cameron
- Stryker Corporation, Stryker Global Headquarters, 2825 Airview Blvd., Kalamazoo, MI 49002, Attn: Rick Kalinowski
- Stationary Engineers Local 39 Trust - Defined Benefit Plan, PO Box 1737, San Ramon, CA 94583
- Stationary Engineers Local 39 Trust - Defined Benefit Plan, 7180 Koll Center Pkwy., Ste. 200, Pleasanton, CA 94566, Attn: Mark Gong
- Cardinal Health, 7000 Cardinal Pl., Dublin, OH 43017, Attn: Jeff Reid
- St. Vincent Independent Physicians Assoc., c/o Carlton Fields Jordan Burt, LLP, 2000 Ave. of the Stars, Ste. 530 N. Tower, Los Angeles, CA 90067, Attn: Mark Neubauer
- Swinerton Builders, 2880 Lakeside Dr., Ste. 300, Santa Clara, CA 95054, Attn: Chris Morris
- UnitedHealthcare, UnitedHealthcare Customer Service, PO Box 29675, Hot Springs, AR 71903-9802, Attn: Luz Cabral
- Depuy Synthes, 4500 Riverside Dr., Palm Beach Gardens, FL 33410, Attn: Patty Pagett, Nathan Turk, Brendon Smith
- Applecare Medical Management, LLC, 18 Centerpointe Dr., La Palma, CA 90623, Attn: Richard Greene CFO
- Los Angeles County Tax Collector, 500 W. Temple St., Los Angeles, CA 90012
- Blue Shield, 3300 Zinfandel Dr., Rancho Cordova, CA 95670, Attn: Tracy Barnes
- CDW Government Inc., 75 Remittance Dr., Ste.1515, Chicago, IL 60675, Attn: Matt Digate
- Stanford Hospital and Clinics, 300 Pasteur Dr., MC 5540, Stanford, CA 94305, Attn: Hoi Yeung
- Care 1st Health Plan, 601 Potero Grande Dr., Monterey Park, CA 91755, Attn: Delores Olague
- RightSourcing Inc., RightSourcing Headquarters, 9 Executive Circle, Ste. 290, Irvine, CA 92614, Attn: Christie Hayes - On Site Program Manager
- EOS Healthcare, 700 Longwater Dr., Norwell, MA 02061, Attn: Tod Dillon
- Smith Nephew Inc., P.O. Box 933782, Atlanta, GA 31193-3782, Attn: Keith Salaya
- American Red Cross, P.O. Box 73563, Chicago, IL 60673-7563, Attn: Michael Gregory
- Compspec, 425 E. Colorado St., #410, Glendale, CA 91205, Attn: Shellie Murph-Miller
- Sports, Orthopedic & Rehabilitation Associates, 500 Arguello St., Ste. 100, Redwood City, CA 94068, Attn: Customer Support
- FTG Builders Inc., 2975 Scott Blvd., Ste. 100, Santa Clara, CA 95054, Attn: Rodney Terra, Jr.
- Johnson & Johnson Health Care Systems, Inc., 425 Hoes Ln., Piscataway, NJ 08854, Attn: Vickey Corbett
- Cochlear Americas, c/o Cochlear Corp., 400 Inverness Dr. South, Ste. 400, Englewood, CO 80112, Attn: Brooke Phillips
- Mike Fayfel, 1180 S. Beverly Dr., Ste. 610, Los Angeles, CA 90035, Attn: Craig Ackerman, Tilajef Ackerman
- Touchpoint Support Services, 400 N. Ridge Rd., Sandy Springs, GA 30350, Attn: Todd Head
- Abbott Laboratories (formerly St. Jude), 3200 Lakeside Dr., Santa Clara, CA 95054, Attn: Karen Davidson
- Baxter Healthcare, 1 Baxter Pkwy., Deerfield, Il 60015, Attn: Paige Stuebe
- UHS Universal Hospital Services Inc., 6625 W. 78th St., Ste. 300, Minneapolis, MN 55439
- Pension Benefit Guaranty Corp., Office of the General Counsel, 1200 K St., NW, Washington, DC 20005, Attn: Judith Starr

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE