UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtor and Debtor In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession | Lead Case No. 2:18-bk-20151-ER<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br>Chapter 11 Cases<br>Hon. Judge Ernest M. Robles<br><br>**DECLARATION OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC REGARDING DOCKET NUMBERS 132 AND 185**<br><br>**[No Hearing Required]** |

I, Travis R. Buckingham, do declare and state as follows:

1.      I am a Consultant at Kurtzman Carson Consultants, LLC, the claims and noticing agent for the debtor and debtor-in-possession Verity Health Systems of California, Inc. (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2.      On September 14, 2018, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via Email, as set forth on the service list attached hereto as **Exhibit A**; and via First Class mail, as set forth on the service lists attached hereto as **Exhibit B**, **Exhibit C** and **Exhibit D**:

- *Order Granting Emergency Motion Of Debtors For Order Limiting Scope Of Notice* [Docket No. 132]

- 1 -

108982275\V-1

- *Notice of Case Commencement of Chapter 11 Cases and Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code* [Docket No. 185]

3. On September 17, 2018, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via Overnight mail, as set forth on the service list attached hereto as **Exhibit E** for subsequent distribution to beneficial holders of the securities listed on the attached hereto as **Exhibit F**; via First Class mail, as set forth on the service list attached hereto as **Exhibit G**; and via Email, as set forth on the service list attached hereto as **Exhibit H**:

- *Order Granting Emergency Motion Of Debtors For Order Limiting Scope Of Notice* [Docket No. 132]

- *Notice of Case Commencement of Chapter 11 Cases and Meeting of Creditors Pursuant to Section 341 of the Bankruptcy Code* [Docket No. 185]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 24th day of September, 2018, at El Segundo, CA.

/s/ Travis R. Buckingham

Travis R. Buckingham