# Exhibit A

**Exhibit A**
**Core 2002 Service List**
**Email**

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Top 50 Creditor | Abbott Laboratories Formerly St Jude | Karen Davidson | karen.davidson@av.abbott.com |
| Top 50 Creditor | Aetna Life Insurance Company | Paul Weller | PDWELLER@AETNA.COM |
| Top 50 Creditor | Allscripts Healthcare LLC | John Sage | John.Sage@allscripts.com |
| Top 50 Creditor | American Red Cross | Michael Gregory | michael.gregory@redcross.org |
| Top 50 Creditor | Anthem Blue Cross | Janet Andrea, Managing Senior Associate General Counsel | Janet.Andrea@anthem.com |
| Top 50 Creditor | Applecare Medical Group | Richard Greene, CFO | richard.greene@applecaremedical.com |
| Attorney for Sysco Los Angeles, Inc. | Arnall Golden Gregory LLP | Darryl S. Laddin | darryl.laddin@agg.com |
| Stationary Engineers Local 39 Trust – Defined Benefit Plan | Bart Florence | 1620 North Market Blvd | bflorence@local39.org |
| Top 50 Creditor | Baxter Healthcare | | paige_lio@baxter.com |
| Attorney for Universal Hospital Services, Inc. | Blakeley LLP | Scott E. Blakeley | seb@blakeleyllp.com |
| Top 50 Creditor | Blue Shield | Tracy Barnes | tracy.barnes@blueshieldca.com |
| Top 50 Creditor | Boston Scientific | Mykkia Cameron | mykkia.cameron@bsci.com |
| Top 50 Creditor | Cardinal Health | Jeff Reid | jeff.reid@cardinalhealth.com |
| Top 50 Creditor | Care 1st Health Plan | Delores Olague | dolague@care1st.com |
| Attorneys for Creditor St. Vincent IPA Medical Corporation | Carlton Fields Jorden Burt PA | Donald R Kirk & John Ryan Yant | DKirk@carltonfields.com; ryant@carltonfields.com |
| Top 50 Creditor | CDW Government Inc. | MATT DIGATE | mattdig@cdw.com |
| Top 50 Creditor | Centers for Medicare & Medicaid Services | CMS Baltimore Headquarters | ROSFOMCD@cms.hhs.gov |
| Top 50 Creditor | Cochlear Americas | Brooke Phillips | bphillips@cochlear.com |
| Top 50 Creditor | Compspec | Shellie Murph-Miller | SMurph@compspec.com; bhaddad@compspec.com |
| Top 50 Creditor | Department Of Health Care Services (DHCS) | Brian Clausse | Brian.Clausse@dhcs.ca.gov |
| Top 50 Creditor | Depuy Synthes | Terri Mazzerle | TMAZZERL@its.jnj.com |
| Top 50 Creditor | Diane Nguyen, et al | Roman Otkupman | roman@OLFLA.com |
| Top 50 Creditor | Eos Healthcare | Tod Dillon | Tod.Dillon@eos-usa.com |
| Top 50 Creditor | Ftg Builders Inc | Rodney Terra, Jr. | rodney@ftgbuilders.com |
| Top 50 Creditor | Heritage Provider Network (Regal Medical Group) | Lloyd Wilensky | lwilensky@heritagemed.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 50 Creditor | Iris Lara, Tanya Lara, Jarmaine Johns | Attn: Kevin Mahoney/Treana Allen - Mahoney | kmahoney@mahoney-law.net |
| Top 50 Creditor | Iris Lara, Tanya Lara, Jarmaine Johns | Jordan Lurie/Tarek Zohdy | Jordan.Lurie@capstonelawyers.com |
| Top 50 Creditor | Ivonne Engelman | Renee L. Campbell | reneecampbell.law@gmail.com |

**Exhibit A**
**Core 2002 Service List**
**Email**

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Top 50 Creditor | Johnson & Johnson Health Care Systems, Inc | Vicky Corbett | Vcorbett@its.jnj.com |
| Counsel to Nant Capital, LLC and NatWorks, LLC Series 2017 Noteholder | Jones Day | Bruce Bennett | bbennett@jonesday.com |
| Top 50 Creditor | Josefina Robles | Yolanda M. Medina | ymedina@actslaw.com |
| Prepetition Secured Creditor (2005 Bondholder) | Lord, Abbett & Co LLC | Robert Gerber | rgerber@lordabbett.com |
| Top 50 Creditor | Los Angeles County Tax Collector | | info@ttc.lacounty.gov |
| Counsel to US Bank as Master Note/Bond Trustee | Maslon LLP | Clark T Whitmore | clark.whitmore@maslon.com |
| Attorneys for U.S. Bank National Association, notindividually, but as Indenture Trustee | McDermott Will & Emery | Jason D. Strabo | jstrabo@mwe.com |
| Counsel to US Bank as Master Note/Bond Trustee and Rosemawr Series 2015 Noteholder;Attorneys for U.S. Bank National Association, not individually, but as Indenture Trustee | McDermott Will & Emery | William Smith Nathan Coco Megan Preusker | Wsmith@mwe.com; ncoco@mwe.com; mpreusker@mwe.com |
| Top 50 Creditor | Mckesson Corporation | Tonoa Jordan | tonoa.jordan@mckesson.com |
| Top 50 Creditor | Medline Industries, Inc. | Shane Reed | SReed@medline.com |
| Top 50 Creditor | Medtronic USA Inc | Samir Choksi | samir.choksi@medtronic.com |
| Top 50 Creditor | Microsoft Licensing Gp | Jason Baxley | jason.baxley@microsoft.com |
| Top 50 Creditor | Mike Fayfel | Craig Ackerman; Ackerman Tilajef | sv@ackermantilajef.com |
| Counsel to Nuveen Series 2005 Bond holder | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Daniel Bleck and Leonard Weiser-Varon | DSBleck@mintz.com; LWeiser-Varon@mintz.com |
| Counsel to Nuveen Series 2005 Bond holder | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Paul J. Ricotta | PJRicotta@mintz.com |
| Prepetition Secured Creditor (2017 Noteholder) | NantWorks, LLC and Nant Capital, LLC | Charles Kim | Charles.Kim@nantworks.com |
| Counsel for Attorney General Xavier Becerra | Office of the Attorney General | Alicia Berry, Deputy Attorney General | alicia.berry@doj.ca.gov |
| Top 50 Creditor | Pension Benefit Guaranty Corporation | Damarr Butler | butler.damarr@pbgc.gov |
| Prepetition Secured Creditor (2015 Noteholder) | RCB Equities #1 LLC | Brian Dror / Zvi Ryzman | Brian@brdcpas.com |
| Top 50 Creditor | Retirement Plan For Hospital Employees | Larry Reid | larry@rpo-sf.com;RGower@truckerhuss.com |
| Top 50 Creditor | Rightsourcing Inc | Christie Hayes - On Site Program Manager | christiehayes@veriy.org |
| Prepetition Secured Creditor (2015 Noteholder) | Rosemawr Municipal Partners Fund LP, Rosemawr Capital II LP, RMA Capital Partners LP | Greg Shlionsky Julie Morrone Elyse Levesque | gshlionsky@rosemawr.com; jmorrone@rosemawr.com; elevesque@rosemawr.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |

Exhibit A
## Core 2002 Service List
Email

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for Creditor RightSourcing, Inc. | Serlin & Whiteford, LLP | Mark A. Serlin, Esq. | ms@swllplaw.com |
| Top 50 Creditor | Smith Nephew Inc | Keith Salaya | keith.salaya@smith-nephew.com |
| Top 50 Creditor | Sodexo (Biomed Services) | Susan Joo | sjoo@huntonak.com |
| Top 50 Creditor | Sports, Orthopedic & Rehabilitation Associates | Customer support | rchandra@soarspine.com |
| Top 50 Creditor | St. Vincent IPA | Makr Neubauer | mneubauer@carltonfields.com;ljohnson@stvincentipa.com |
| Top 50 Creditor | Stanford Hospital And Clinics | Hoi Yeung | hyeung@stanfordhealthcare.org |
| Attorneys for Premier, Inc., and certain of its subsidiaries | Stradling Yocca Carlson & Rauth, P.C. | Attn: Marianne S. Mortimer, Esq. | mmortimer@sycr.com |
| Top 50 Creditor | Stryker Corporation | Rick Kalinowski | richard.kalinowski@stryker.com |
| Top 50 Creditor | Swinerton Builders | Chris Morris | cmorris@swinerton.com |
| Prepetition Secured Creditor (2005 Bondholder) | The Vanguard Group, Inc. | Robert Auwaerter | robert_f_auwaerter@vanguard.com |
| Top 50 Creditor | Touchpoint Support Services | Todd Head | THead@iamtouchpoint.com |
| Attorneys for Retirement Plan for Hospital Employees | Trodella & Lapping LLP | Richard A. Lapping | Rich@TrodellaLapping.com |
| Successor Master Trustee for the Prepetition Secured Revenue Bonds, Series 2005 A, G and H | UMB Bank, N.A. | Attn.: Virginia Anne Housum, Senior Vice President | virginia.housum@umb.com |
| Top 50 Creditor | United Healthcare | Luz Cabral | LUZ.CABRAL@UHC.COM |
| Office of the United States Trustee | United States Trustee | Hatty K Yip | hatty.yip@usdoj.gov |
| Note Trustee and Collateral Agent for the Revenue Bonds Series 2005 ("2005 Bonds") and Series 2015 and 2017 Revenue Notes (2015 and 2017 collectively the "Working Capital Notes") | US Bank NA | Sandra Spivey, VP | sandra.spivey@usbank.com |
| Prepetition Secured Creditor (2005 Bondholder) | Van Eck Associates Corporation | Charles Cameron | ccameron@vaneck.com |
| Top 50 Creditor | Verity Health System Retirement Plan A | Dawn Florio | dflorio@jhancock.com |
| Top 50 Creditor | Waheed Wahidi, et al | Kevin T Barnes | barnes@kbarnes.com |
| Counsel to DIP Lender Ally Bank | Waller Lansden Dortch & Davis, LLP | David E. Lemke | david.lemke@wallerlaw.com |

**Exhibit A**
**Core 2002 Service List**
**Email**

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for Stationary Engineers Local 39;Attorneys for SEIU United Healthcare Workers-West;Attorneys for Creditor Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Trust Fund | Weinberg Roger & Rosenfeld | c/o Emily P. Rich | bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net |
| Bond Trustee - 2005 Bonds | Wells Fargo Bank, N.A. | Mark V Birkholz;Corbin Connell | Mark.v.birkholz@wellsfargo.com;Corbin.B.Connell@wellsfargo.com |
| Top 50 Creditor | Workday, Inc. | Ann Sandor & CP Braestrup | ann.sandor@workday.com |
| Top 50 Creditor | Zimmer USA | Bart Hess | bankruptcies@zimmerbiomet.com |