# Exhibit B

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Abbott Laboratories Formerly St Jude | Karen Davidson | 3200 Lakeside Drive | | | Santa Clara | CA | 95054 |
| Top 50 Creditor | Aetna Life Insurance Company | Paul Weller | Aetna Legal Department | ATTN: Paul Weller | 1425 Union Meeting Rd. | Blue Bell | PA | 19422 |
| Top 50 Creditor | Allscripts Healthcare LLC | John Sage | 305 Church at North Hill St | | | Raleigh | NC | 27609 |
| Top 50 Creditor | American Red Cross | Michael Gregory | P.O. BOX 73563 | | | CHICAGO | IL | 60673-7563 |
| Top 50 Creditor | Anthem Blue Cross | Janet Andrea, Managing Senior Associate General Counsel | 21555 Oxnard Street, First Floor | | | Woodland Hills | CA | 91367 |
| Top 50 Creditor | Applecare Medical Group | Richard Greene, CFO | 18 CENTERPOINTDRIVE | | | LA PALMA | CA | 90623 |
| Attorney for Sysco Los Angeles, Inc. | Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW, Suite 2100 | | | Atlanta | GA | 30363-1031 |
| Attorney General of California | Attorney General of California | Xavier Becerra | California Department of Justice | 1300 "I" Street | | Sacramento | CA | 95814 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| Stationary Engineers Local 39 Trust - Defined Benefit Plan | Bart Florence | | 1620 North Market Blvd | | | Sacramento | CA | 95834 |
| Top 50 Creditor | Baxter Healthcare | | 1 Baxter Parkway | | | Deerfield | IL | 60015 |
| Attorney for Universal Hospital Services, Inc. | Blakeley LLP | Scott E. Blakeley | 18500 Von Karman Avenue, Suite 530 | | | Irvine | CA | 92612 |
| Top 50 Creditor | Blue Shield | Tracy Barnes | 3300 Zinfandel Drive | | | Rancho Cordova | CA | 95670 |
| Top 50 Creditor | Boston Scientific | Mykkia Cameron | 47201 LAKEVIEW BLVD | | | FREMONT | CA | 94537-5120 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| Top 50 Creditor | Cardinal Health | Jeff Reid | 7000 Cardinal Place | | | Dublin | OH | 43017 |
| Top 50 Creditor | Care 1st Health Plan | Delores Olague | 601 Potero Grande Dr. | | | Monterey Park | CA | 91755 |
| Attorneys for Creditor St. Vincent IPA Medical Corporation | Carlton Fields Jorden Burt PA | Donald R Kirk & John Ryan Yant | 4221 W Boy Scout Blvd Ste 1000 | | | Tampa | FL | 33607-5780 |
| Top 50 Creditor | CDW Government Inc. | MATT DIGATE | 75 REMITTANCE DR SUITE 1515 | | | CHICAGO | IL | 60675-1515 |
| Top 50 Creditor | Centers for Medicare & Medicaid Services | CMS Baltimore Headquarters | U.S. Centers for Medicare &Medicaid Services | 7500 Security Boulevard | | Baltimore | MD | 21244 |
| Top 50 Creditor | Cochlear Americas | Brooke Phillips | COCHLEAR CORPORATION | 13059 E. Peakview Ave. | | Centennial | CO | 80111 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 1 of 6

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Compspec | Shellie Murph-Miller | 425 E COLORADO BLVE #410 | | | GLENDALE | CA | 91205 |
| Top 50 Creditor | Department Of Health Care Services (DHCS) | Brian Clausse | ATTN: HQAF Accounting Section / Cashiers Unit | Mail Stop 1101 | 1501 Capital Avenue, Suite 71.2048 | Sacramento | CA | 95814-5005 |
| Top 50 Creditor | Depuy Synthes | Terri Mazzerle | 4500 RIVERSIDE Drive | | | Palm Beach Gardens | FL | 33410 |
| Top 50 Creditor | Diane Nguyen, et al | Roman Otkupman | Otkupman Law Firm | 28632 Roadside Dr., Suite 203 | | Agoura Hills | CA | 91301 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall | | | Sacramento | CA | 95814 |
| Top 50 Creditor | Eos Healthcare | Tod Dillon | 700 LONGWATER DRIVE | | | NORWELL | MA | 2061 |
| Top 50 Creditor | Ftg Builders Inc | Rodney Terra, Jr. | 2975 SCOTT BLVD. SUITE 100 | | | SANTA CLARA | CA | 95054 |
| Top 50 Creditor | Heritage Provider Network (Regal Medical Group) | Lloyd Wilensky | 8510 Balboa Blvd. #150 | | | Northridge | CA | 91325 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| Top 50 Creditor | Iris Lara, Tanya Lara, Jarmaine Johns | Attn: Kevin Mahoney/Treana Allen - Mahoney | Mahoney Law Group | 249 E. Ocean Blvd, Suite 814 | | Long Beach | CA | 90802 |
| Top 50 Creditor | Iris Lara, Tanya Lara, Jarmaine Johns | Jordan Lurie/Tarek Zohdy | Capstone Law APC | 1875 Century Park East, Suite 1000 | | Los Angeles | CA | 90067 |
| Top 50 Creditor | Ivonne Engelman | Renee L. Campbell | One Wilshire Blvd. Suite 2200 | | | Los Angeles | CA | 90017 |
| Top 50 Creditor | Johnson & Johnson Health Care Systems, Inc | Vicky Corbett | Customer support | 425 Hoes Lane | | Piscataway | NJ | 08854 |
| Counsel to Nant Capital, LLC and NatWorks, LLC Series 2017 Noteholder | Jones Day | Bruce Bennett | 555 South Flower Street | Fiftieth Floor | | Los Angeles | CA | 90071 |
| Top 50 Creditor | Josefina Robles | Yolanda M. Medina | 2600 Michelson Drive, Suite 1700 | | | Irvine | CA | 92612 |
| Top 50 Creditor | Los Angeles County Tax Collector | | 500 W Temple Street | | | Los Angeles | CA | 90012 |
| Counsel to US Bank as Master Note/Bond Trustee | Maslon LLP | Clark T Whitmore | 3300 Wells Fargo Center | 90 South Seventh Street | | Minneapolis | MN | 55402 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 2 of 6

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for U.S. Bank National Association, notindividually, but as Indenture Trustee | McDermott Will & Emery | Jason D. Strabo | 2049 Century Park East, 38th Floor | | | Los Angeles | CA | 90067-3218 |
| Counsel to US Bank as Master Note/Bond Trustee and Rosemawr Series 2015 Noteholder;Attorneys for U.S. Bank National Association, not individually, but as Indenture Trustee | McDermott Will & Emery | William Smith Nathan Coco Megan Preusker | 444 West Lake St | Suite 4000 | | Chicago | IL | 60606-0029 |
| Top 50 Creditor | Mckesson Corporation | Tonoa Jordan | PO Box 98347 | | | Chicago | IL | 60693-8347 |
| Top 50 Creditor | Medline Industries, Inc. | Shane Reed | Three Lakes Drive | | | Northfield | IL | 60093 |
| Top 50 Creditor | Medtronic USA Inc | Samir Choksi | 710 MEDTRONIC PKWY NE | | | MINNEAPOLIS | MN | 55432-5604 |
| Top 50 Creditor | Microsoft Licensing Gp | Jason Baxley | C/O BofA | 1950 N Stemmons Fwy #5010 | LB #842467 | Dallas | TX | 75207 |
| Top 50 Creditor | Mike Fayfel | Craig Ackerman; Ackerman Tilajef | 1180 South Beverly Drive Suite 610 | | | Los Angeles | CA | 90035 |
| Counsel to Nuveen Series 2005 Bond holder | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Daniel Bleck and Leonard Weiser-Varon | One Financial Center | | | Boston | MA | 02111 |
| Counsel to Nuveen Series 2005 Bond holder | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Paul J. Ricotta | 666 Third Avenue | | | New York | NY | 10017 |
| Prepetition Secured Creditor (2017 Noteholder) | NantWorks, LLC and Nant Capital, LLC | Charles Kim | 9920 Jefferson Boulevard | | | Culver City | CA | 90232 |
| Counsel for Attorney General Xavier Becerra | Office of the Attorney General | Alicia Berry, Deputy Attorney General | 300 South Spring Street, Suite 1702 | | | Los Angeles | CA | 90013 |
| Office of the Attorney General | Office of the Attorney General | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Office of the Attorney General | Office of the Attorney General | Wendi A. Horwitz, Deputy Attorney General | Department of Justice | Office of the Attorney General | 300 South Spring Street, Suite 1702 | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Kenneth Wang | 300 South Spring Street | | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Top 50 Creditor | Pension Benefit Guaranty Corporation | Damarr Butler | Office of the General Counsel | 1200 K Street, NW | | Washington | DC | 20005 |
| Prepetition Secured Creditor (2015 Noteholder) | RCB Equities #1 LLC | Brian Dror / Zvi Ryzman | 5967 West 3rd Street, Suite 102 | | | Los Angeles | CA | 90036 |
| Top 50 Creditor | Retirement Plan For Hospital Employees | Larry Reid | BOARD OF TRUSTEES RETIREMENT PLAN FOR HOSPITAL EMPLOYEES | Retirement Plan Office | P.O. Box 2949 | San Francisco | CA | 94126-2949 |

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Rightsourcing Inc | Christie Hayes - On Site Program Manager | RightSourcing Headquarters | 9 Executive Circle, Ste 290 | | Irvine | CA | 92614 |
| Prepetition Secured Creditor (2015 Noteholder) | Rosemawr Municipal Partners Fund LP, Rosemawr Capital II LP, RMA Capital Partners LP | Greg Shlionsky Julie Morrone Elyse Levesque | 810 Seventh Avenue, 27th Floor | | | New York | NY | 10019 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| SEC | Securities and Exchange Commission | | 200 Vesey Street, #400 | | | New York | NY | 10281 |
| Attorneys for Creditor RightSourcing, Inc. | Serlin & Whiteford, LLP | Mark A. Serlin, Esq. | 701 E Street | | | Sacramento | CA | 95814 |
| Top 50 Creditor | Smith Nephew Inc | Keith Salaya | P.O. BOX 933782 | | | ATLANTA | GA | 31193-3782 |
| Top 50 Creditor | Sodexo (Biomed Services) | Susan Joo | Hunton Andrews Kurth | 50 California Street, STE 1700 | | San Francisco | CA | 94111 |
| Top 50 Creditor | Sports, Orthopedic & Rehabilitation Associates | Customer support | 500 Arguello St #100 | | | Redwood City | CA | 94068 |
| Top 50 Creditor | St. Vincent IPA | Makr Neubauer | Carlton Fields Jordan Burt, LLP | 2000 Avenue of the Stars Suite 530 | North Tower | Los Angeles | CA | 90067 |
| Top 50 Creditor | Stanford Hospital And Clinics | Hoi Yeung | 300 PASTEUR DRIVE | MC 5540 | | Stanford | CA | 94305 |
| State of California Board of Equalization - All Other Service and Bankruptcy Notices | State of California Board of Equalization | Account Information Group, MIC: 29 | P.O. Box 942879 | | | Sacramento | CA | 94279-0029 |
| State of California Board of Equalization - Service of Adversary Proceedings | State of California Board of Equalization | Executive Director Special Operations | 450 N Street, MIC: 73 | | | Sacramento | CA | 95814-0073 |
| State of California Board of Equalization - Bankruptcy Code Section 505 Requests | State of California Board of Equalization | Bankruptcy Team MIC: 74 | P.O. Box 942879 | | | Sacramento | CA | 94279-0074 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| State of California Franchise Tax Board - Bankruptcy Code Section 505 Requests and All Other Service and Notices | State of California Franchise Tax Board | Franchise Tax Board Bankruptcy Section | MS: A-340 | P. O. Box 2952 | | Sacramento | CA | 95812-2952 |
| State of California Franchise Tax Board - Service of Adversary Proceedings | State of California Franchise Tax Board | Franchise Tax Board Chief Counsel | c/o General Counsel Section | P.O. Box 1720 | MS: A-260 | Rancho Cordova | CA | 95741-1720 |
| State of California Franchise Tax Board | State of California Franchise Tax Board | | 300 South Spring Street, #5704 | | | Los Angeles | CA | 90013 |

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for Premier, Inc., and certain of its subsidiaries | Stradling Yocca Carlson & Rauth, P.C. | Attn: Marianne S. Mortimer, Esq. | 100 Wilshire Boulevard, 4th Floor | | | Santa Monica | CA | 90401 |
| Top 50 Creditor | Stryker Corporation | Rick Kalinowski | Stryker Global Headquarters | 2825 Airview Boulevard | | Kalamazoo | MI | 49002 |
| Top 50 Creditor | Swinerton Builders | Chris Morris | 2880 Lakeside Drive, Suite 300 | | | Santa Clara | CA | 95054 |
| Top 50 Creditor | Touchpoint Support Services | Todd Head | 400 Northridge Road | | | Sandy Springs | GA | 30350 |
| Attorneys for Retirement Plan for Hospital Employees | Trodella & Lapping LLP | Richard A. Lapping | 540 Pacific Avenue | | | San Francisco | CA | 94133 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| SEC | U.S. Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street, Suite 900 | | | Los Angeles | CA | 90071-9591 |
| Top 50 Creditor | Uhs Universal Hospital Services Inc | | 6625 West 78th Street | Suite 300 | | Minneapolis | MN | 55439 |
| Successor Master Trustee for the Prepetition Secured Revenue Bonds, Series 2005 A, G and H | UMB Bank, N.A. | Attn.: Virginia Anne Housum, Senior Vice President | | 120 Sixth Street South | Suite 1400 | Minneapolis | MN | 55402 |
| Top 50 Creditor | United Healthcare | Luz Cabral | UnitedHealthcare Customer Service | PO Box 29675 | | Hot Springs | AR | 71903-9802 |
| United States of America | United States Attorney's Office | | Federal Building | Room 7516 | 300 North Los Angeles Street | Los Angeles | CA | 90012 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United States Attorney's Office | United States Attorneys Office | Northern District of California | Federal Courthouse | 450 Golden Gate Avenue | | San Francisco | CA | 94102 |
| United Stated States Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Hatty K Yip | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Note Trustee and Collateral Agent for the Revenue Bonds Series 2005 ("2005 Bonds") and Series 2015 and 2017 Revenue Notes (2015 and 2017 collectively the "Working Capital Notes") | US Bank NA | Sandra Spivey, VP | Nevada Financial Center | 2300 W. Sahara Ste 200 | | Las Vegas | NV | 89102 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 5 of 6

Case 2:18-bk-20151-ER    Doc 271-2    Filed 09/24/18    Entered 09/24/18 14:02:51    Desc
Exhibit B    Page 7 of 7

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor | Verity Health System Retirement Plan A | Dawn Florio | John Hancock Retirement Plan Services | 690 Canton Street | | Westwood | MA | 02090 |
| Top 50 Creditor | Waheed Wahidi, et al | Kevin T Barnes | Law office of Kevin T Barnes | 1635 Pontius Avenue, 2nd Fl | | Los Angeles | CA | 90025 |
| Counsel to DIP Lender Ally Bank | Waller Lansden Dortch & Davis, LLP | David E. Lemke | Nashville City Center | 511 Union Street Ste 2700 | | Nashville | TN | 37219 |
| Attorneys for Stationary Engineers Local 39;Attorneys for SEIU United Healthcare Workers-West;Attorneys for Creditor Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Trust Fund | Weinberg Roger & Rosenfeld | c/o Emily P. Rich | 1001 Marina Village Parkway, Suite 200 | | | Alameda | CA | 94501-1091 |
| Wells Fargo Bank, N.A., Bond Trustee | Wells Fargo Bank, N.A. | Jeffrey K. Carlson or Current Officer | 608 Second Avenue South | | | Minneapolis | MN | 55402 |
| Bond Trustee - 2005 Bonds | Wells Fargo Bank, N.A. | Mark V Birkholz;Corbin Connell | 600 4th St. 6th Floor | MAC N9300-060 | | Minneapolis | MN | 55415 |
| Top 50 Creditor | Workday, Inc. | Ann Sandor & CP Braestrup | 6230 Stoneridge Mall Road | | | Pleasanton | CA | 94588 |
| Top 50 Creditor | Zimmer USA | Bart Hess | 310 INTERLOCKEN PARKWAY Suite 120 | | | Broomfield | CO | 80021 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 6 of 6