SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Proposed Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176- ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**NOTICE OF APPLICATION TO EMPLOY DENTONS US LLP AS BANKRUPTCY COUNSEL NUNC PRO TUNC TO THE PETITION DATE**<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1] |

108639035\V-6

**PLEASE TAKE NOTICE** that Verity Health System Of California, Inc. and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), have filed an application (the "Application") for Court approval of their employment of Dentons US LLP ("Dentons US") as their bankruptcy counsel *nunc pro tunc* to the petition date, August 31, 2018, upon the terms and conditions described in the Application, pursuant to 11 U.S.C. § 327(a), with compensation determined pursuant to 11 U.S.C. §§ 330 and 331, Rule 2014(a) of the Federal Rules of Bankruptcy Procedures, and Rule 2014-1(b) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

**PLEASE TAKE FURTHER NOTICE** that this Application is based upon the facts set forth therein, the Declarations of Samuel R. Maizel and Richard G. Adcock attached thereto, the Declaration Of Richard G. Adcock In Support of First-Day Motions, filed August 31, 2018 (the "First-Day Declaration") [Docket No. 8], and all exhibits thereto, the entire record in this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Dentons US, LLP, 601 South Figueroa Street, Suite 2500 Los Angeles, California 90017-5704, Attention Tania M. Moyron, Telephone No. (213) 623-9300, Facsimile No. (213) 623-9924, Email: tania.moyron@dentons.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3), any party asserting an objection to the Application and/or wishing to request a hearing thereon, must, not later than fourteen (14) days from the date of service of this Notice, file a written objection or request for hearing with the Clerk of the Bankruptcy Court in the form required by Local Bankruptcy Rule 9013-1(f)(1), and serve such objection or request for hearing on the Office of the United States Trustee, as well as proposed counsel for the Debtors whose name and address appear at the top, left-hand corner of the first page of this Notice.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the failure to file and serve a timely objection to the Application may be deemed by the Court to be consent to the relief requested herein.

Dated:  September 28, 2018             DENTONS US LLP


By  */s/ Samuel R. Maizel*
      SAMUEL R. MAIZEL

Proposed Attorneys the Debtors