# Appendix I

Declaration of Sandra Spivey

Jason D. Strabo (SBN 246426)
McDermott Will & Emery LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067-3218
Telephone: 310.788.4125
Facsimile: 310.277.4730
Email: jstrabo@mwe.com

Nathan F. Coco (admitted *pro hac vice*)
Megan Preusker (admitted *pro hac vice*)
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: 312.372.2000
Facsimile: 312.984.7700
Email: ncoco@mwe.com
mpreusker@mwe.com

Clark T. Whitmore (admitted *pro hac vice*)
Jason Reed (admitted *pro hac vice*)
Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612.672.8335
Facsimile: 612.642.8335
Email: Clark.Whitmore@maslon.com
Jason.Reed@maslon.com

*Attorneys for U.S. Bank National Association, not individually but as Series 2015 Note Trustee and Series 2017 Note Trustee, respectively*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *ET AL.*,<br><br>Debtors. | Lead Case No: 2-18-bk-20151-ER<br>Jointly Administered<br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**DECLARATION OF SANDRA SPIVEY** |
|---|---|

**DECLARATION OF SANDRA SPIVEY**

I, Sandra Spivey, declare as follows:

1. I make this Declaration in support of the *Response To Master Trustee and Series 2005 Trustee's Objection to Motion of Debtors for Final Order (A) Authorizing the Debtors to Obtain Post Petition Financing (B) Authorizing the Debtors to Use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and1108* (the "**Response**") filed by U.S. Bank National Association, not individually, but as Series 2015 Note Trustee and Series 2017 Note Trustee, respectively.

2. I am presently employed by U.S. Bank National Association as a Vice President in the Default Services Group of Global Trust Services, and I am currently responsible for the administration of U.S. Bank's duties as Notes Trustee under the 2015 Notes Indentures and 2017 Notes Indentures. The documents attached to this Declaration are business records of U.S. Bank National Association in its respective capacities Notes Trustee for the Series 2015 Notes and Series 2017 Notes that have been maintained in the ordinary course of by employees of U.S. Bank with a duty to maintain them, and based thereon the statements herein are within my personal knowledge and if sworn as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of that certain Second Amended and Restated Security Agreement dated as of December 1, 2017, by and between Seton Medical Center and U.S. Bank National Association as Notes Trustee.

4. Attached hereto as **Exhibit B** is a true and correct copy of that certain Second Amended and Restated Security Agreement dated as of December 1, 2017, by and between Saint Louise Regional Hospital and U.S. Bank National Association as Notes Trustee.

5. Attached hereto as **Exhibit C** is a true and correct copy of that certain Second Amended and Restated Security Agreement dated as of December 1, 2017, by and between St. Francis Medical Center and U.S. Bank National Association as Notes Trustee.

6. Attached hereto as **Exhibit D** is a true and correct copy of that certain Second Amended and Restated Security Agreement dated as of December 1, 2017, by and between O'Connor

Hospital and U.S. Bank National Association as Notes Trustee.

7. Attached hereto as **Exhibit E** is a true and correct copy of that certain Second Amended and Restated Security Agreement dated as of December 1, 2017, by and between St. Vincent Medical Center and U.S. Bank National Association as Notes Trustee.

8. Attached hereto as **Exhibit F** is a true and correct copy of that certain Second Amended and Restated Security Agreement dated as of December 1, 2017, by and between Seton Coastside, a division of Seton Medical Center, and U.S. Bank National Association as Notes Trustee.

9. Attached hereto as **Exhibit G** is a true and correct copy of that certain Second Amended and Restated Intercreditor Agreement dated as of December 1, 2017, by and among Verity Health System of California, Inc. on behalf of the Obligated Group[1], U.S. Bank National Association, as Notes Trustee, and the Master Trustee, who is now UMB Bank, National Association.

10. Attached hereto as **Exhibit H** is a true and correct copy of that certain Second Amended and Restated Deed of Trust with Fixture Filing and Security Agreement and Assignment of Leases and Rents relating to 3630 East Imperial Highway, Lynwood, California, dated as of December 28, 2017 by St. Francis Medical Center to Chicago Title Insurance Company for the benefit of the U.S. Bank National Association as Notes Trustee.

11. Attached hereto as **Exhibit I** is a true and correct copy of that certain Second Amended and Restated Deed of Trust with Fixture Filing and Security Agreement and Assignment of Leases and Rents relating to 2700 East Slauson Avenue, Huntington Park, California, dated as of December 28, 2017 by St. Francis Medical Center to Chicago Title Insurance Company for the benefit of the U.S. Bank National Association as Notes Trustee.

12. Attached hereto as **Exhibit J** is a true and correct copy of that certain Second Amended and Restated Deed of Trust with Fixture Filing and Security Agreement and Assignment of

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Response. As used herein, "Obligated Group" shall mean group hospitals consisting of Seton Medical Center, Saint Louise Regional Hospital, St. Francis Medical Center, O'Connor Hospital, and St. Vincent Medical Center.

Leases and Rents relating to 5953 Atlantic Boulevard, Maywood, California, dated as of December 28, 2017 by St. Francis Medical Center to Chicago Title Insurance Company for the benefit of the U.S. Bank National Association as Notes Trustee.

13. Attached hereto as **Exhibit K** is a true and correct copy of that certain Second Amended and Restated Deed of Trust with Fixture Filing and Security Agreement and Assignment of Leases and Rents dated as of December 28, 2017 by Saint Louise Regional Hospital to Chicago Title Insurance Company for the benefit of the U.S. Bank National Association as Notes Trustee.

14. Attached hereto as **Exhibit L** is a true and correct copy of that certain Second Amended and Restated Subordination Agreement relating to 3630 East Imperial Highway, Lynwood, California, dated as of December 28, 2017, by and between St. Francis Medical Center and U.S. Bank National Association as Master Trustee.

15. Attached hereto as **Exhibit M** is a true and correct copy of that certain Second Amended and Restated Subordination Agreement relating to 2700 East Slauson Avenue, Huntington Park, California, dated as of December 28, 2017, by and between St. Francis Medical Center and U.S. Bank National Association as Master Trustee.

16. Attached hereto as **Exhibit N** is a true and correct copy of that certain Second Amended and Restated Subordination Agreement relating to 5953 Atlantic Boulevard, Maywood, California, dated as of December 28, 2017, by and between St. Francis Medical Center and U.S. Bank National Association as Master Trustee.

17. Attached hereto as **Exhibit O** is a true and correct copy of that certain Second Amended and Restated Subordination Agreement dated as of December 28, 2017, by and between Saint Louise Regional Hospital and U.S. Bank National Association as Master Trustee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of September, 2018, in Las Vegas, Nevada.

By: Sandra Spivey

Sandra Spivey