# EXHIBIT N



**This page is part of your document - DO NOT DISCARD**



## 20171518984



**Pages:
0008**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/29/17 AT 08:00AM**

| FEES: | 36.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 36.00 |



**L E A D S H E E T**



**201712290160005**

**00014728731**



**008819973**

**SEQ:
16**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**



**T72**

12/29/2017

*20171518984*

**RECORDING REQUESTED BY:**

**CHICAGO TITLE COMPANY
COMMERCIAL DIVISION**

**WHEN RECORDED MAIL TO:**

Mintz Levin Cohn Ferris Glovsky and Popeo PC
One Financial Center
Boston, MA 02111
Attn: Len Weiser-Varon, Esq.

Title Order No.: *82995-X23* Space Above This Line For Recorder's Use. Escrow No.: _____

APN: 6313-013-026, 028

---

### SECOND AMENDED AND RESTATED SUBORDINATION AGREEMENT

### (St. Francis Medical Center)

**NOTICE: THIS SECOND AMENDED AND RESTATED SUBORDINATION AGREEMENT RESULTS IN YOUR SECURITY INTEREST IN THE PROPERTY BECOMING SUBJECT TO AND OF LOWER PRIORITY THAN THE LIEN OF SOME OTHER OR LATER SECURITY INSTRUMENT.**

**THIS AGREEMENT**, made the 14th day of December, 2015, recorded as Instrument Number 20151573375 on December 15, 2015 at 8:00 a.m., amended and restated September 15, 2017, recorded as Instrument Number 20171060067 on September 18, 2017 and amended and restated December 28, 2017 (hereinafter, the "Amended Subordination Agreement"), by and between

**ST. FRANCIS MEDICAL CENTER**, a California nonprofit public benefit corporation, owner of the land hereinafter described and hereinafter referred to as "Owner," and

**U.S. BANK NATIONAL ASSOCIATION**, as master trustee under that certain master indenture of trust dated as of December 1, 2001, between the master trustee and Daughters of Charity Health System (now known as Verity Health System of California, Inc.) and the other "obligated group members" therein (the "Master Indenture"),

present owner and holder of the deed of trust and note first hereinafter described and hereinafter referred to as "Beneficiary."

### WITNESSETH

THAT WHEREAS, the Owner did execute a deed of trust, dated December 31, 2001, to Chicago Title Company as trustee, in favor of the Beneficiary, covering:

that certain real property described in Exhibit A attached hereto and made a part hereof,

82995-X23

[Subordination Agreement – 5957 and 5953 Atlantic Blvd., Maywood, CA]

APN 6313-013-026 & 028

including the personal property located thereon, and any and all leases, rents, profits, or proceeds used in connection therewith or otherwise described therein to secure in part the repayment of certain tax exempt bonds issued in the original sum of $450,000,000, which deed of trust (hereinafter, the "Affected Deed of Trust") was recorded as Instrument No. 01-2516060 on December 31, 2001, in the Official Records of Los Angeles County; and

**WHEREAS**, Owner has executed a deed of trust that secures up to $160,000,000 of notes consisting of: Series 2015A Notes in the original issued amount of $60,000,000; Series 2015B Notes in the original issued amount of $45,000,000; Series 2015C Notes in the original issued amount of $10,000,000; and Series 2015D Notes in the original issued amount of $45,000,000 (the Series 2015A, 2015B, 2015C and 2015D Notes collectively, hereinafter the "2015 Notes") in favor of U.S. Bank National Association (hereinafter, "Lender") as trustee under those certain indentures dated as of December 1, 2015 (the "2015 Indentures") as assignee of the California Public Finance Authority payable with interest and upon the terms and conditions described therein (hereinafter, the "Senior Deed of Trust"), which Senior Deed of Trust was recorded as Instrument No. 20151573374 on December 15, 2016, in the Official Records of Los Angeles County; and

**WHEREAS**, Owner has executed an amendment and restatement of the Senior Deed of Trust in order to additionally secure Series 2017 Notes in the original issued amount of $21,000,000 (the "2017 Notes") in favor of the Lender as trustee under that certain indenture, dated as of September 1, 2017 (the "2017 Indenture") as assignee of the California Public Finance Authority payable with interest and upon the terms and conditions described therein (hereinafter, the "First Amended and Restated Senior Deed of Trust"), which First Amended and Restated Senior Deed of Trust was recorded as Instrument No. 20171060066 on September 18, 2017 in the Official Records of Los Angeles County; and

**WHEREAS**, Owner has executed, or is about to execute, an amendment and restatement of the First Amended and Restated Senior Deed of Trust (the "Second Amended and Restated Senior Deed of Trust") in order to additionally secure Series 2017B Notes in the original issued amount of $21,000,000 (the "2017B Notes" and, together with the 2017 Notes and the 2015 Notes, the "Notes") in favor of the Lender as trustee under that certain indenture, dated as of December 1, 2017 (the "2017B Indenture" and, together with the 2015 Indentures and the 2017 Indenture, the "Indentures") as assignee of the California Public Finance Authority payable with interest and upon the terms and conditions described therein, which Second Amended and Restated Senior Deed of Trust is to be recorded concurrently herewith; and

**WHEREAS**, it is a condition precedent to the issuance of the 2017B Notes that the Second Amended and Restated Senior Deed of Trust unconditionally be and remain at all times a lien or charge upon the land hereinbefore described, prior and superior to the lien or charge of the Affected Deed of Trust; and

**WHEREAS**, it is a condition to the issuance of the 2017B Notes that the Second Amended and Restated Senior Deed of Trust securing the same is a lien or charge upon the above described property prior and superior to the lien or charge of the Affected Deed of Trust and that Beneficiary will specifically subordinate the lien or charge of the Affected Deed of Trust to the lien or charge of the Second Amended and Restated Senior Deed of Trust in favor of

[Subordination Agreement – 5957 and 5953 Atlantic Blvd , Maywood, CA]



Lender subject, however, to the terms and conditions contained in that certain Second Amended and Restated Intercreditor Agreement, dated as of December 1, 2017 (the "Intercreditor Agreement") by and among U.S. Bank National Association as master trustee under the Master· Indenture, as trustee under the Indentures and in its capacity as the Lender hereunder, and Verity Health System of California, Inc.; and

**WHEREAS**, Beneficiary has received the opinion of Squire Patton Boggs (US) LLP to the effect that the execution of this Agreement is authorized under the terms of the Master Indenture and based on such opinion is executing this Agreement so that the Second Amended and Restated Senior Deed of Trust securing the same shall, when recorded, constitute a lien or charge upon said land and personal property which is prior and superior to the lien or charge of the Affected Deed of Trust.

**NOW, THEREFORE**, in consideration of the above, and in connection with the issuance of the Notes, Beneficiary declares, agrees and acknowledges that it hereby subordinates, subject to the provisions of the Intercreditor Agreement, the lien or charge of the Affected Deed of Trust, including any and all collateral subject thereto, in favor of the lien or charge of the Second Amended and Restated Senior Deed of Trust in favor of Lender upon said land and personal property and other collateral,

This Amended Subordination Agreement may be executed in one or more separate counterparts, each of which shall be deemed to be an original and all of which when taken together shall constitute a single agreement.

**NOTICE: SUBJECT TO THE TERMS AND CONDITIONS OF THE INTERCREDITOR AGREEMENT, THIS AMENDED SUBORDINATION AGREEMENT CONTAINS A PROVISION WHICH ALLOWS THE PERSON OBLIGATED ON YOUR REAL·PROPERTY SECURITY TO OBTAIN A LOAN A PORTION OF WHICH MAY BE EXPENDED FOR OTHER PURPOSES THAN IMPROVEMENT OF THE LAND,**

**[SIGNATURES ON FOLLOWING PAGE]**

IN WITNESS WHEREOF, Beneficiary and Owner have executed this Amended Subordination Agreement on the day and year first above written.

**U.S. BANK NATIONAL ASSOCIATION**

By:_____
      Julia Hommel, Vice President

**ST. FRANCIS MEDICAL CENTER,**
a California nonprofit public benefit corporation

       By: Verity Health System of California, Inc., a
       California nonprofit public benefit corporation,
       as sole member of St. Francis Medical Center


                              Executed in Counterpart
By: _____
Name: Ty Conner AKA Ty H. Connel
Title:   Vice President and Treasurer

[Subordination Agreement – 5957 and 5953 Atlantic Blvd., Maywood, CA]

A notary public or other officer completing
this certificate verifies only the identity of the
individual who signed the document to which
this certificate is attached, and not the
truthfulness, accuracy, or validity of that
document.

STATE *of* CALIFORNIA                )
                                     )  ss:
COUNTY *of* LOS ANGELES              )

On December 21, 2017, before me, Reuel Espeleta Doce, Notary Public
personally appeared Julia Hommel, who proved to me on the basis of satisfactory evidence to be
the person whose name are subscribed to the within instrument and acknowledged to me that she
executed the same in her authorized capacity, and that by her signature on the instrument the
person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____

[Seal]

> REUEL ESPELETA DOCE
> Commission # 2072580
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 23, 2018

   IN WITNESS WHEREOF, Beneficiary and Owner have executed this Amended
Subordination Agreement on the day and year first above written.

**U.S. BANK NATIONAL ASSOCIATION**

                              Executed in Counterpart
By:_____
      Julia Hommel, Vice President

**ST. FRANCIS MEDICAL CENTER,**
a California nonprofit public benefit corporation

   By: Verity Health System of California, Inc., a
   California nonprofit public benefit corporation,
   as sole member of St. Francis Medical Center

By: _____
Name: Ty Conner  AKA  TY  H.  CONNER
Title:   Vice President and Treasurer

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Mateo )

On 12/20/17 , before me, Matthew E. Hopper a Notary Public, personally appeared Ty H. Conner , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct,

WITNESS my hand and official seal.

Signature

> MATTHEW E. HOPPER
> COMM. #2169580
> Notary Public - California
> San Mateo County
> My Comm. Expires Oct. 25, 2020

[Subordination Agreement – 5957 and 5953 Atlantic Blvd., Maywood, CA]