# EXHIBIT O

**RECORDING REQUESTED BY:**
Chicago Title Company - C/I
**Order No.:** FWPS-TO17001505

**When Recorded Mail Document To:**

Mintz Levin Cohn Ferris Glovsky and Popeo PC
One Finanical Center
Boston, MA 02111
Attn: Len Weiser-Varon, Esq.

THIS DOCUMENT HAS BEEN
ELECTRONICALLY RECORDED. SEE
THE ATTACHED COVER PAGE FOR
RECORDING INFORMATION

SECOND AMENDED AND RESTATED SUBORDINATION AGREEMENT

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
(Additional recording fee applies)

**RECORDING REQUESTED BY:**

Chicago Title Co-CF

**WHEN RECORDED MAIL TO:**

Mintz Levin Cohn Ferris Glovsky and Popeo PC
One Financial Center
Boston, MA 02111
Attn: Len Weiser-Varon, Esq.

Title Order No.: T0170015 Space Above This Line For Recorder's Use.  Escrow No.: _____

APN: 835-05-031, 032

| SECOND AMENDED AND RESTATED SUBORDINATION AGREEMENT |
| --- |

**(Saint Louise Regional Hospital)**

**NOTICE: THIS SECOND AMENDED AND RESTATED SUBORDINATION AGREEMENT RESULTS IN YOUR SECURITY INTEREST IN THE PROPERTY BECOMING SUBJECT TO AND OF LOWER PRIORITY THAN THE LIEN OF SOME OTHER OR LATER SECURITY INSTRUMENT.**

**THIS AGREEMENT**, made the 14th day of December, 2015, recorded as Instrument Number 23173257 on December 16, 2015 at 8:00 a.m., amended and restated September 15, 2017, recorded as Instrument Number 23755467 on September 18, 2017 and amended and restated December 28, 2017 (hereinafter, the "Amended Subordination Agreement"), by and between

**SAINT LOUISE REGIONAL HOSPITAL**, a California nonprofit public benefit corporation, owner of the land hereinafter described and hereinafter referred to as "Owner," and

**U.S. BANK NATIONAL ASSOCIATION**, as master trustee under that certain master indenture of trust, dated as of December 1, 2001, between the master trustee and Daughters of Charity Health System (now known as Verity Health System of California, Inc.) and the other "obligated group members" therein (the "Master Indenture"),

present owner and holder of the deed of trust and note first hereinafter described and hereinafter referred to as "Beneficiary."

**WITNESSETH**

**THAT WHEREAS**, the Owner did execute a deed of trust, dated December 31, 2001, to Chicago Title Company as trustee, in favor of the Beneficiary, covering:

that certain real property described in Exhibit A attached hereto and made a part hereof,

including the personal property located thereon, and any and all leases, rents, profits, or proceeds used in connection therewith or otherwise described therein to secure in part the repayment of certain tax exempt bonds issued in the original sum of $450,000,000, which deed of trust (hereinafter, the "Affected Deed of Trust") was recorded as Instrument No. 16035685 on December 31, 2001, in the Official Records of Santa Clara County; and

WHEREAS, Owner has executed a deed of trust that secures up to $160,000,000 of notes consisting of: Series 2015A Notes in the original issued amount of $60,000,000; Series 2015B Notes in the original issued amount of $45,000,000; Series 2015C Notes in the original issued amount of $10,000,000; and Series 2015D Notes in the original issued amount of $45,000,000 (the Series 2015A, 2015B, 2015C and 2015D Notes collectively, hereinafter the "2015 Notes") in favor of U.S. Bank National Association (hereinafter, "Lender") as trustee under those certain indentures dated as of December 1, 2015 (the "2015 Indentures") as assignee of the California Public Finance Authority payable with interest and upon the terms and conditions described therein (hereinafter, the "Senior Deed of Trust"), which Senior Deed of Trust was recorded as Instrument No. 23173256 on December 16, 2015, in the Official Records of Santa Clara County; and

WHEREAS, Owner has executed an amendment and restatement of the Senior Deed of Trust in order to additionally secure Series 2017 Notes in the original issued amount of $21,000,000 (the "2017 Notes") in favor of the Lender as trustee under that certain indenture, dated as of September 1, 2017 (the "2017 Indenture") as assignee of the California Public Finance Authority payable with interest and upon the terms and conditions described therein (hereinafter, the "First Amended and Restated Senior Deed of Trust"), which First Amended and Restated Senior Deed of Trust was recorded as Instrument No. 23755466 on September 18, 2017, in the Official Records of Santa Clara County; and

WHEREAS, Owner has executed, or is about to execute, an amendment and restatement of the First Amended and Restated Senior Deed of Trust (the "Second Amended and Restated Senior Deed of Trust") in order to additionally secure Series 2017B Notes in the original issued amount of $21,000,000 (the "2017B Notes" and, together with the 2017 Notes and the 2015 Notes, the "Notes") in favor of the Lender as trustee under that certain indenture, dated as of December 1, 2017 (the "2017B Indenture" and, together with the 2015 Indentures and the 2017 Indenture, the "Indentures") as assignee of the California Public Finance Authority payable with interest and upon the terms and conditions described therein, which Second Amended and Restated Senior Deed of Trust is to be recorded concurrently herewith; and

WHEREAS, it is a condition precedent to the issuance of the 2017B Notes that the Second Amended and Restated Senior Deed of Trust unconditionally be and remain at all times a lien or charge upon the land hereinbefore described, prior and superior to the lien or charge of the Affected Deed of Trust; and

WHEREAS, it is a condition to the issuance of the 2017B Notes that the Second Amended and Restated Senior Deed of Trust securing the same is a lien or charge upon the above described property prior and superior to the lien or charge of the Affected Deed of Trust and that Beneficiary will specifically subordinate the lien or charge of the Affected Deed of Trust to the lien or charge of the Second Amended and Restated Senior Deed of Trust in favor of

Lender subject, however, to the terms and conditions contained in that certain Second Amended and Restated Intercreditor Agreement, dated as of December 1, 2017 (the "Intercreditor Agreement") by and among U.S. Bank National Association as master trustee under the Master Indenture, as trustee under the Indentures and in its capacity as the Lender hereunder, and Verity Health System of California, Inc.; and

**WHEREAS**, Beneficiary has received the opinion of Squire Patton Boggs (US) LLP to the effect that the execution of this Agreement is authorized under the terms of the Master Indenture and based on such opinion is executing this Agreement so that the Second Amended and Restated Senior Deed of Trust securing the same shall, when recorded, constitute a lien or charge upon said land and personal property which is prior and superior to the lien or charge of the Affected Deed of Trust.

**NOW, THEREFORE**, in consideration of the above, and in connection with the issuance of the Notes, Beneficiary declares, agrees and acknowledges that it hereby subordinates, subject to the provisions of the Intercreditor Agreement, the lien or charge of the Affected Deed of Trust, including any and all collateral subject thereto, in favor of the lien or charge of the Second Amended and Restated Senior Deed of Trust in favor of Lender upon said land and personal property and other collateral.

This Amended Subordination Agreement may be executed in one or more separate counterparts, each of which shall be deemed to be an original and all of which when taken together shall constitute a single agreement.

**NOTICE: SUBJECT TO THE TERMS AND CONDITIONS OF THE INTERCREDITOR AGREEMENT, THIS AMENDED SUBORDINATION AGREEMENT CONTAINS A PROVISION WHICH ALLOWS THE PERSON OBLIGATED ON YOUR REAL PROPERTY SECURITY TO OBTAIN A LOAN A PORTION OF WHICH MAY BE EXPENDED FOR OTHER PURPOSES THAN IMPROVEMENT OF THE LAND,**

**[SIGNATURES ON FOLLOWING PAGE]**

IN WITNESS WHEREOF, Beneficiary and Owner have executed this Amended Subordination Agreement on the day and year first above written.

**U.S. BANK NATIONAL ASSOCIATION**

By:_____
    Julia Hommel, Vice President

**SAINT LOUISE REGIONAL HOSPITAL,**
a California nonprofit public benefit corporation

    By: Verity Health System of California, Inc., a
    California nonprofit public benefit corporation,
    as sole member of Saint Louise Medical Center

            **EXECUTED IN COUNTERPART**
By: _____
Name:  Ty Conner
Title:   Vice President and Treasurer

IN WITNESS WHEREOF, Beneficiary and Owner have executed this Amended Subordination Agreement on the day and year first above written.

**U.S. BANK NATIONAL ASSOCIATION**

By: EXECUTED IN COUNTERPART
_____
        Julia Hommel, Vice President


**SAINT LOUISE REGIONAL HOSPITAL,**
a California nonprofit public benefit corporation


        By: Verity Health System of California, Inc., a
        California nonprofit public benefit corporation,
        as sole member of Saint Louise Medical Center


By: _____
Name:  Ty Conner
Title:   Vice President and Treasurer

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE *of* CALIFORNIA                    )
                                         )  ss:
COUNTY *of* LOS ANGELES                  )

On December 21, 2017, before me, Reuel Espeleta Doce, Notary Public
personally appeared Julia Hommel, who proved to me on the basis of satisfactory evidence to be the person whose name are subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____

[Seal]

REUEL ESPELETA DOCE
Commission # 2072580
Notary Public - California
Los Angeles County
My Comm. Expires Jul 23, 2018

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                    )
County of _San Mateo_        )

On ___12/20/17___, before me, _Matthew E. Hopper_ a Notary Public, personally appeared ___Ty H. Comer___, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/may executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct,

WITNESS my hand and official seal.

Signature _____

MATTHEW E. HOPPER
COMM. #2169580
Notary Public - California
San Mateo County
My Comm. Expires Oct. 25, 2020

EXHIBIT A

Legal Description of Real Property

**For APN/Parcel ID(s): 835-05-031 and 835-05-032**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF GILROY, COUNTY OF SANTA CLARA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**Parcel One: APN: 835-05-031**

All of Parcel 1, as shown upon that certain Map entitled, "Parcel Map a subdivision of Parcel 1 of the Parcel Map recorded in Book 653 of Maps, pages 10 and 11 Records of Santa Clara County", which Map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on September 29, 1999 in Book 719 of Maps, at Pages 34 and 35.

**Parcel Two: APN: 835-05-032**

All of Parcel Three, as shown upon that certain Parcel Map entitled, "Parcel Map in the Incorporated Territory of the City of Gilroy, California all of Lots 14 & 18 and portions of Lots 13 & 17 Henry Miller's Subdivision of Part of Las Animas Ranch Lot #34", which Map was filed for record on January 7, 1994 in the Office of the Recorder of the County of Santa Clara in Book 653 of Maps, at Pages 10 and 11.

**Parcel Three:**

Easements for ingress and egress and parking as described in that certain "Reciprocal Easement Agreement", executed by South Valley Hospital, a California nonprofit public benefit corporation and Select Gilroy Investors, a California general partnership, recorded January 17, 1991 as Instrument No. 10781140, in Book L594 at Page 0899, Official Records and amended by document recorded March 19, 1991 as Instrument No. 10837347, in Book L646 at Page 338, of Official Records.

**Parcel Four:**

Easements for ingress and egress and parking as described in that certain "Agreement of Easement", executed by South Valley Medical Building, Ltd., a California limited partnership and Good Samaritan Health Systems, Inc., a California non-profit public benefit corporation, recorded March 31, 1995 as Instrument No. 12847868, in Book N805 at Page 1526, of Official Records.