# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: McDermott Will & Emery LLP, 2049 Century Park East, 38th Floor, Los Angeles, CA 90067-3218.

A true and correct copy of the foregoing document entitled COMBINED LIMITED RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS SERIES 2015 NOTE TRUSTEE AND SERIES 2017 NOTE TRUSTEE, TO MASTER TRUSTEE AND SERIES 2005 TRUSTEE'S OBJECTION TO MOTION OF DEBTORS FOR FINAL ORDER (A) AUTHORIZING THE DEBTORS TO OBTAIN POST PETITION FINANCING, (B) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND (C) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 105, 363, 364, 1107 AND 1108 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 1, 2018, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Hatty K. Yip and Alvin Mar on behalf of the United States Trustee
hatty.yip@usdoj.gov; Alvin.mar@usdoj.gov, ustpregion16.la.ecf@usdoj.gov

Samuel R. Maizel, John A. Moe, and Tania M. Moyron on behalf of the Debtors:
samuel.maizel@dentons.com; john.moe@dentons.com; tania.moyron@dentons.com

Gregory A. Bray, Mark Shinderman, and James C. Behrens on behalf of the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.
gbray@milbank.com, mshinderman@milbank.com, jbehrens@milbank.com, hmaghakian@milbank.com, dodonnell@milbank.com, jbrewster@milbank.com, jweber@milbank.com

Emily P. Rich, Tracy L. Mainguy, and Caitlin E. Gray on behalf of Stationary Engineers Local 39, SEIU United Healthcare Workers-West, Stationary Engineers Local 39 Pension Trust Fund, and Stationary Engineers Local 39 Health & Welfare Trust Fund
bankruptcycourtnotices@unioncounsel.net, erich@unioncounsel.net, tmainguy@unioncounsel.net, cgray@unioncounsel.net

Hutchinson B. Meltzer on behalf of the Deputy Attorney General
hutchinson.meltzer@doj.ca.gov

Mary H. Rose
mrose@buchalter.com

Mark A. Neubauer
mneubauer@carltonfields.com

Abigail V. O'Brient
avobrient@mintz.com

Lori L. Purkey on behalf of Stryker Corporation, et al.
purkey@purkeyandassociates.com

Kyrsten B. Skogstad and Nicole J. Daro on behalf of California Nurses Association
kskogstad@calnurses.org, ndaro@calnurses.org

Jennifer Nassiri on behalf of Old Republic Insurance Company
jennifernassiri@quinnemanuel.com

Ralph J. Swanson on behalf of O'Connor Building LLC
Ralph.swanson@berliner.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                        **F 9013-3.1.PROOF.SERVICE**

Lori A. Butler, Melissa T. Ngo, Damarr M. Butler on behalf of Pension Benefit Guaranty Corporation
Butler.lori@pbgc.com
Ngo.melissa@pbgc.gov
Butler.damarr@pbgc.gov

Aaron Davis on behalf of US Foods, Inc.
Aaron.davis@bclplaw.com

Latonia Williams on behalf of AppleCare Medical Management, LLC, et al.
lwilliams@goodwin.com, bankruptcy@goodwin.com

Darryl S. Laddin on behalf of Sysco Los Angeles, Inc.
Darryl.laddin@agg.com, bkrfilings@agg.com

Craig G. Margulies
craig@marguliesfaithlaw.com, victoria@marguliesfaithlaw.com, helen@marguliesfaithlaw.com

Steven T. Gubner
sgubner@bg.law

Matthew S. Walker on behalf of Stanford Health Care
Matthew.walker@pillsburylaw.com

Michael B. Reynolds
mreynolds@swlaw.com, kcollins@swlaw.com

Alicia Berry
Alicia.berry@doj.ca.gov

Kenneth K. Wang on behalf of California Department of Health Care Services
Kenneth.wang@doj.ca.gov

Richard A. Lapping on behalf of Retirement Plan for Hospital Employees
rich@trodellalapping.com

Mark A. Serlin on behalf of Rightsourcing, Inc.
ms@swllplaw.com, mor@swllplaw.com

Kevin H. Morse
Kevin.morse@saul.com

Paul J. Ricotta, Ian A. Hammel, and Daniel S. Bleck on behalf of UMB Bank, N.A., as Master Indenture Trustee and Wells Fargo Bank, National Association, as Indenture Trustee
dsbleck@mintz.com, pjricotta@mintz.com, iahammel@mintz.com

Elan S. Levey on behalf of Pension Benefit Guaranty Corporation
Elan.levey@usdoj.gov

Scott E. Blakeley on behalf of Universal Hospital Services, Inc.
Seb@blakeleyllp.com, ecf@blakeleyllp.com

Aram Ordubegian, M. Douglas Flahaut, and Robert M. Hirsch on behalf of Medline Industries, Inc.
Aram.ordubegian@arentfox.com, douglas.flahaut@arentfox.com, Robert.hirsch@arentfox.com

Gary F. Torrell
gft@vrmlaw.com

Jason Wallach

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

jwallach@ghplaw.com

Jeffrey K. Garfinkle on behalf of McKesson Corporation
jgarfinkle@buchalter.com, docket@buchalter.com, dcyrankowski@buchalter.com

Julie H. Rome-Banks on behalf of Bay Area Surgical Management, LLC
julie@bindermalter.com

Lawrence B. Gill
lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

Marianne S. Mortimer on behalf of Premier, Inc.
mmortimer@sycr.com

Rosa A. Shirley
rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com, lgill@nelsonhardiman.com

Simon Aron on behalf of RCB Equitis #1, LLC
saron@wrslawyers.com

Kevin M. Eckhart on behalf of Smith & Nephew, Inc.
keckhardt@huntonAK.com

Gary E. Klausner
gek@lnbyb.com

Elizabeth Berke-Dreyfuss on behalf of Center for Dermatology, Cosmetic and Laser Surgery
edreyfuss@wendel.com

Ivan L. Kallick
ikallick@manatt.com

Steven M. Berman on behalf of KForce, Inc.
sberman@slk-law.com

Debra A. Riley on behalf of California Statewide Communities Development Authority
driley@allenmatkins.com

Joseph A. Kohanski, David E. Ahdoot, and Kirk M. Prestegard on behalf of United Nurses Associations of California/Union of Health Care Professionals
jkohanski@bushgottlieb.com, dahdoot@bushgottlieb.com, kprestegard@bushgottlieb.com

Mark D. Plevin
mplevin@crowell.com

Neal L. Wolf on behalf of Sports, Orthopedic and Rehabilitation Associates
nwolf@hansonbridgett.com

Neal L. Wolf on behalf of San Jose Medical Group, Inc.
nwolf@hansonbridgett.com

Megan A. Rowe
mrowe@dsrhealthlaw.com

Michael A. Sweet, Nathan A. Schultz, and Robert N. Amkraut on behalf of Swinerton Builders
msweet@foxrothschild.com, nschultz@foxrothschild.com, ramkraut@foxrothschild.com

Dustin P. Branch and Nicholas M. Gross on behalf of Wells Fargo Bank, National Association
branchd@ballardspahr.com, grossn@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Michael D. Breslauer on behalf of Hunt Spine Institute, Inc.
mbreslauer@swsslaw.com

Julie H. Rome-Banks
julie@bindermalter.com

Michael St. James on behalf of Medical Staff of Seton Medical Center
michael@stjames-law.com

Peter J. Benvenutti on behalf of County of San Mateo
pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com

Christine R. Etheridge on behalf of Fka GE Capital Wells Fargo Vendor Financial Services, LLC
Christine.etheridge@ikonfin.com

Mary H. Haas on behalf of American National Red Cross
maryhaas@dwt.com, melissastrobel@dwt.com, laxdocket@dwt.com, yunialubega@dwt.com

Monique D. Jewett-Brewster on behalf of Paragon Mechanical, Inc.
mjb@hopkinscarley.com, vtorres@hopkinscarley.com

Monserrat Morales
mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 1, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Claude D. Montgomery, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1000

Sam J. Alberts, Dentons US LLP, 1900 K Street NW, Washington, DC 20006-1100

David W. Lively, Matthew P. James, Monique D. Jewett-Brewster, Hopkins & Carley, 70 S First Street, San Jose, CA 95113

Marilyn Klinger, Ryan B. Luther, SMTO Law, LLP, 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071

John Ryan Yant, Carlton Fields Jorden Burt, P.A. 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

| October 1, 2018 | Jason D. Strabo | /s/ Jason D. Strabo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**