JONES DAY
Bruce S. Bennett (Cal. Bar No. 105430)
William J. Schumacher (Cal. Bar No. 303862)
555 South Flower St., Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Fax: (213) 243-2539
Email: bbennett@jonesday.com
        wschumacher@jonesday.com

*Attorneys for Verity MOB Financing LLC and Verity MOB Financing II LLC*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *ET AL.*,<br><br>Debtors. | CASE NO. 2:18-bk-20151-ER<br>Jointly Administered<br>Chapter 11 Cases<br><br>**RESERVATION OF RIGHTS OF VERITY MOB FINANCING LLC AND VERITY MOB FINANCING II LLC WITH RESPECT TO PROPOSED FINAL DIP ORDER** |

Verity MOB Financing LLC and Verity MOB Financing II LLC (collectively, "MOB Financing Entities"), with respect to the MOB Financing,[1] hereby submit this reservation of rights with respect to the *Emergency Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing, (B) Authorizing the Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108* [Docket No. 31] (the "DIP Motion") and the *Objection to Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing, (B) Authorizing the Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108* [Docket No. 292] (the "Objection") filed by UMB Bank, N.A., as successor master indenture trustee (the "Master Trustee"), and Wells Fargo Bank, National Association, as indenture trustee for the Series 2005 Bonds (the "Series 2005 Trustee"), and respectfully state as follows:

## **JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## **BACKGROUND**

3.      On September 5, 2018, the Court held a hearing on the DIP Motion.  On September 6, 2018, the Court entered the *Interim Order (I) Authorizing Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 86] (the "Interim DIP Order").  The Interim DIP Order was the result of negotiations between the various lenders, including the MOB Financing Entities.

---

[1] Terms not otherwise defined herein shall have the meaning ascribed in the DIP Motion or Interim DIP Order (as defined herein).

4.    Subject to the protections that the MOB Financing Entities are entitled to receive as perfected prepetition secured creditors, including without limitation, adequate protection for priming liens being granted to the DIP Lender and the use, sale or lease of Prepetition Collateral, including Cash Collateral, the MOB Financing Entities supported the entry of the Interim DIP Order approving the DIP Facility.  The MOB Financing Entities continue to support the relief requested by the Debtors in the form of the revised proposed Final Order attached as Exhibit 1 to the *Omnibus Supplemental Reply Of Debtors' To The Objections To The Debtors' Motion For Final Order (A) Authorizing The Debtors To Obtain Post Petition Financing; (B) Authorizing The Debtors To Use Cash Collateral; And (C) Granting Adequate Protection To Prepetition Secured Creditors Pursuant To 11 U.S.C. §§105, 363, 364, 1107 And 1108* [Docket No. 355] (the "Debtors' Proposed Final Order").

## **RESERVATION OF RIGHTS**

5.    The provisions set forth in the Interim DIP Order and the Debtors' Proposed Final Order properly protect and preserve the relative lien rights of each of the Prepetition Secured Creditors against the risk that their interest in the Prepetition Collateral will be used to repay the DIP Loan or otherwise diminished, and must continue to be included in any final order approving the DIP Motion.

6.    The MOB Financing Entities support the Debtors' Final Order.  The MOB Financing Entities do not consent to the proposed Final Order in the form attached to the Objection

7.    The MOB Financing Entities hereby expressly reserve all of their rights, claims, objections, and remedies with respect to any changes in circumstances or modifications to the Final Order.  Without limiting the foregoing, the MOB Financing Entities further reserve their rights to object to any other proposed debtor-in-possession financing on different terms or with another lender.  The MOB Financing Entities' support for the Debtors' Final Order is based on the order's approval of a specific debtor-in-possession financing offered by the DIP Lenders.  If an existing secured lender becomes the DIP lender, different issues are presented.  In that event, any DIP loan should be repaid from a Debtor that uses the moneys advanced, and the MOB Financing

Entities, accordingly, reserve their rights to object to the extent that the Final Order does not contain provisions appropriately protecting the secured parties in light of the changed circumstances.

8.    As they have done with the Interim DIP Order and the Debtors' Final Order, the MOB Financing Entities will continue their good faith efforts to address any concerns with the Final Order through negotiations with the Debtors and other parties in interest.

Respectfully Submitted,

Dated:  October 1, 2018                JONES DAY


By: */s/ Bruce S. Bennett*
        Bruce S. Bennett
        555 South Flower Street, 50th Floor
        Los Angeles, California 90071

*Counsel for Attorneys for Verity MOB Financing LLC and Verity MOB Financing II LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): <u>RESERVATION OF RIGHTS OF VERITY MOB FINANCING LLC AND VERITY MOB FINANCING II LLC WITH RESPECT TO PROPOSED FINAL DIP ORDER</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 1, 2018</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>October 1, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

- Claude D. Montgomery, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1000
- Sam J. Alberts, Dentons US LLP, 1900 K Street NW, Washington, DC 20006-1100
- David W. Lively, Matthew P. James, Monique D. Jewett-Brewster, Hopkins & Carley, 70 S First Street, San Jose, CA 95113
- Marilyn Klinger, Ryan B. Luther, SMTO Law, LLP, 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071
- John Ryan Yant, Carlton Fields Jorden Burt, P.A. 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780
- Clark Whitmore, Maslon LLP, 3300 Wells Fargo Center, 90 S 7th St, Minneapolis, MN 55402
- Megan Preusker, Nathan F Coco, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/1/2018 | William Schumacher | /s/ *William Schumacher* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Robert N Amkraut    ramkraut@foxrothschild.com
Simon Aron    saron@wrslawyers.com
James Cornell Behrens    jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
Steven M Berman    sberman@slk-law.com
Alicia K Berry    Alicia.Berry@doj.ca.gov
Stephen F Biegenzahn    efile@sfblaw.com
Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
Kevin M Eckhardt    keckhardt@huntonak.com, keckhardt@hunton.com
Christine R Etheridge    christine.etheridge@ikonfin.com
M Douglas Flahaut    flahaut.douglas@arentfox.com
Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
Steven T Gubner    sgubner@bg.law, ecf@bg.law
Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
Robert M Hirsh    Robert.Hirsh@arentfox.com
Monique D Jewett-Brewster    mjb@hopkinscarley.com, vtorres@hopkinscarley.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Gary E Klausner    gek@lnbyb.com
Joseph A Kohanski    jkohanski@bushgottlieb.com, kireland@bushgottlieb.com
Darryl S Laddin    bkrfilings@agg.com
Richard A Lapping    richard@lappinglegal.com
Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Samuel R Maizel    samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
Alvin Mar    alvin.mar@usdoj.gov
Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
John A Moe    john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
Monserrat Morales    mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com
Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
Marianne S Mortimer    mmortimer@sycr.com
Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Mark D Plevin    mplevin@crowell.com, cromo@crowell.com
Lori L Purkey    bareham@purkeyandassociates.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Debra Riley    driley@allenmatkins.com, jbatiste@allenmatkins.com
Julie H Rome-Banks    julie@bindermalter.com
Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
Nathan A Schultz    nschultz@foxrothschild.com
Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
Michael St James    ecf@stjames-law.com
Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
Gary F Torrell    gft@vrmlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
Neal L Wolf    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com;lchappell@hansonbridgett.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.