GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of
Unsecured Creditors of Verity Health System of
California, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>---<br><br>Affects:<br><br>☒ All Debtors<br>☐ Verity Health System of California, Inc.<br>☐ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☐ St. Vincent Medical Center<br>☐ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 18-20151<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO DEBTORS' MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), PROFESSIONAL SERVICES AGREEMENT AND DEVELOPMENT AGREEMENT WITH HUNT SPINE INSTITUTE, INC. *NUNC PRO TUNC* TO THE PETITION DATE [DKT. 249]** |

The Official Committee of Unsecured Creditors of Verity Health System of California, Inc., *et al*. (the "Committee") appointed in connection with the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this response (the "Response") to the *Debtors' Motion to Reject, Pursuant to 11 U.S.C. § 365(A), Professional Services Agreement and Development Agreement with Hunt Spine Institute, Inc. Nunc Pro Tunc to the Petition Date* (the "Motion") [Docket No. 249].

Having reviewed and considered the Motion, the Committee hereby states that it has no objection to the Motion.

DATED: October 3, 2018    MILBANK, TWEED, HADLEY & McCLOY

*/s/ Mark Shinderman*
GREGORY A. BRAY
MARK SHINDERMAN
JAMES C. BEHRENS

Proposed Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2029 Century Park E, 33rd Floor, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): _____
***OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO DEBTORS' MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), PROFESSIONAL SERVICES AGREEMENT AND DEVELOPMENT AGREEMENT WITH HUNT SPINE INSTITUTE, INC. NUNC PRO TUNC TO THE PETITION DATE [DKT. 249]***_____
_____will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 3, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 3, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 3, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 3, 2018  Ricky Windom | /s/ Ricky Windom |
|---|---|
| *Date         Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**
(Via NEF)

alicia.berry@doj.ca.gov
ann.sandor@workday.com
ElrodJ@gtlaw.com
bankruptcycourtnotices@unioncounsel.net
erich@unioncounsel.net
tmainguy@unioncounsel.net
cgray@unioncounsel.net
bbennett@jonesday.com
bflorence@local39.org
bphillips@cochlear.com
brad.hamman@sodexo.com
branchd@ballardspahr.com
grossn@ballardspahr.com
Brian@brdcpas.com
ccameron@vaneck.com
Charles.Kim@nantworks.com
clark.whitmore@maslon.com
darryl.laddin@agg.com
david.lemke@wallerlaw.com
DKirk@carltonfields.com
ryant@carltonfields.com
dmiller@seiu-uhw.org
driley@allenmatkins.com
DSBleck@mintz.com
LWeiser-Varon@mintz.com
gbray@milbank.com
mshinderman@milbank.com
jbehrens@milbank.com
gshlionsky@rosemawr.com
jmorrone@rosemawr.com
elevesque@rosemawr.com
hatty.yip@usdoj.gov
jkim@kellerbenvenutti.com
jkohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
kprestegard@bushgottlieb.com
jstrabo@mwe.com
kskogstad@calnurses.org
ndaro@calnurses.org
Mark.v.birkholz@wellsfargo.com
Corbin.B.Connell@wellsfargo.com
mmortimer@sycr.com
mneubauer@carltonfields.com
ljohnson@stvincentipa.com
dkirk@carltonfields.com
ms@swllplaw.com
msweet@foxrothschild.com
nschultz@foxrothschild.com
PDWELLER@AETNA.COM

PJRicotta@mintz.com
purkey@purkeyandassociates.com
ramkraut@foxrothschild.com
rgerber@lordabbett.com
Rich@TrodellaLapping.com
Robert_f_auwaerter@vanguard.com
sandra.spivey@usbank.com
SBSE.Insolvency.Balt@irs.gov
seb@blakeleyllp.com
SECBankruptcy-OGC-ADO@SEC.GOV
SReed@medline.com
strollo.michael@pbgc.gov
trisha.monesi@capstonelawyers.com
virginia.housum@umb.com
Wsmith@mwe.com
ncoco@mwe.com
mpreusker@mwe.com
mplevin@crowell.com
jkohanski@bushgottlieb.com
dahdoot@bushgottlieb.com
kprestegard@bushgottlieb.com
mneubauer@carltonfields.com
sberman@slk-law.com
ikallick@manatt.com
edreyfuss@wendel.com
gek@lnbyb.com
keckhardt@huntonAK.com
mrowe@dsrhealthlaw.com
NWolf@hansonbridgett.com
Ecf@stjames-law.com
bngo@fortislaw.com
info@fortislaw.com
streusand@slollp.com
mfletcher@frandzel.com
gwarrington@frandzel.com

## SERVICE LIST
(First Class Mail)

Verity Health System of California, Inc.
2040 E. Mariposa Avenue
El Segundo, CA 90245

Samuel R. Maizel
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

**SERVICE LIST**
(Overnight Mail)

The Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

**SERVICE LIST**
(Via Email)

Attorneys for Chapter 11 Debtors and Debtors in Possession:
Samuel R. Maizel – samuel.maizel@dentons.com
John A. Moe, II – john.moe@dentons.com
Tania M. Moyron – tania.moyron@dentons.com