# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, October 3, 2018**                                                                              **Hearing Room**    **1568**

10:00 AM
**2:18-20151**    **Verity Health System of California, Inc.**                                                       **Chapter 11**

    **#9.00**    Hearing
RE: [334] Expedited Motion for Interim Order Authorizing Credit Card Program with City National Bank

                  Docket        332

**Matter Notes:**

    10/3/2018

    The tentative ruling will be the order.
    Party to lodge order: Movant

## POST PDF OF TENTATIVE RULING TO CIAO

**Tentative Ruling:**

    10/2/2018

Subject to any opposition which may be presented at the hearing, the Court is prepared to GRANT the Motion.

**Pleadings Filed and Reviewed:**
1) Emergency Motion for Interim Order Authorizing Credit Card Program with City National Bank [Doc. No. 332]
   a) Notice of Errata to Emergency Motion for Interim Order Authorizing Credit Card Program with City National Bank [Doc. No. 336]
   b) Application for Order Setting Hearing on Shortened Notice [Doc. No. 334]
   c) Order Granting Application and Setting Hearing on Shortened Notice [Doc. No. 341]
   d) Notice of Hearing on Motion for Interim Order Authorizing Credit Card Program with City National Bank [Doc. No. 343]
   e) Declaration of Tania M. Moyron on Telephonic Notice Given of Hearing on Motion for Interim Order Authorizing Credit Card Program with City National

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, October 3, 2018**                                                                                   **Hearing Room    1568**

10:00 AM
**CONT...        Verity Health System of California, Inc.                                                              Chapter 11**
       Bank [Doc. No. 362]
  2)   No Opposition is on file

## I. Facts and Summary of Pleadings
   On August 31, 2018, Verity Health Systems of California ("VHS") and certain of its subsidiaries (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On August 31, 2018, the Court entered an order granting the Debtors' motion for joint administration of the Debtors' Chapter 11 cases. Doc. No. 17.
   On September 28, 2018, the Court set an expedited hearing on the Debtor's motion seeking authorization to open a revolving credit card account with City National Bank (the "Motion"). The proposed credit card facility will have a credit line of $20,000. The Debtors will use the credit line to pay for immediate expenses arising in the course of delivering health care services, such as purchasing fuel for patient transportation vehicles and purchasing emergency supplies for the Debtors' facilities. The Debtors state that since filing for bankruptcy, they have had no access to a credit card to use in everyday transactions.
   To obtain the credit line, the Debtors will deposit $20,000 with City National Bank. Ally Bank, the lender who has provided post-petition financing, has agreed to allow the Debtors to use its cash collateral to make the deposit with City National Bank. The Official Committee of Unsecured Creditors (the "Committee") does not oppose the Motion.

## II. Findings and Conclusions
   Subject to any opposition which may be presented at the hearing, the Court is prepared to GRANT the Motion on an interim basis. The Debtors require a credit facility in order to pay for everyday expenses. Absent the proposed credit facility, employees of the Debtors will continue to be required to use their personal credit cards to pay for emergency business expenses, and subsequently seek reimbursement from the Debtors—a cumbersome and unnecessary process.
   Pursuant to §363(b)(1), the Court authorizes the Debtor to use property of the estate to fund the $20,000 deposit with City National Bank. Pursuant to §364(d), the Debtors are authorized to incur the secured credit under the proposed facility.
   The proposed facility is approved on an interim basis pursuant to Bankruptcy Rule 4001(c)(2), which permits the Court to approve post-petition financing on less than fourteen days' notice pending a final hearing, to the extent necessary to avoid

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, October 3, 2018**     Hearing Room    1568

### 10:00 AM
**CONT...**     **Verity Health System of California, Inc.**     **Chapter 11**

immediate and irreparable harm.

    A final hearing on the Motion shall take place on **October 24, 2018, at 11:00 a.m.** Opposition to the granting of the Motion on a final basis must be submitted by no later than **October 12, 2018**. The Debtors' Reply in support of the Motion, if any, is due by no later than **October 19, 2018**. Debtors shall provide notice of the final hearing, and shall file a proof of service so indicating, by no later than **October 5, 2018**.

| Party Information |
|---|

**Debtor(s):**

    Verity Health System of California,     Represented By
                                                     Samuel R Maizel
                                                     John A Moe II
                                                     Tania M Moyron
                                                     Claude D Montgomery
                                                     Sam J Alberts