PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**VERITY HEALTH SYSTEM OF CALIFORNIA, INC.** *et al.*,<br><br>Debtor(s).<br>_____<br>___ Affects All Debtors<br>_X_ Affects Verity Health System of California, Inc.<br>_X_ Affects O'Connor Hospital<br>_X_ Affects Saint Louise Regional Hospital<br>_X_ Affects St. Francis Medical Center<br>_X_ Affects St. Vincent Medical Center<br>_X_ Affects Seton Medical Center<br>___ Affects O'Connor Hospital Foundation<br>___ Affects Saint Louise Regional Hospital Foundation<br>___ Affects St. Francis Medical Center of Lynwood Foundation<br>___ Affects St. Vincent Foundation<br>_X_ Affects St. Vincent Dialysis Center, Inc.<br>___ Affects Seton Medical Center Foundation<br>___ Affects Verity Business Services<br>_X_ Affects Verity Medical Foundation<br>___ Affects Verity Holdings, LLC<br>___ Affects De Paul Ventures, LLC<br>_X_ Affects De Paul Ventures – San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession | ) Lead Case No.: 2:18-bk-20151-ER<br>)<br>) Jointly Administered With:<br>) Case No.: 2:18-bk-20162-ER;<br>) Case No.: 2:18-bk-20163-ER;<br>) Case No.: 2:18-bk-20164-ER;<br>) Case No.: 2:18-bk-20165-ER;<br>) Case No.: 2:18-bk-20167-ER;<br>) Case No.: 2:18-bk-20168-ER;<br>) Case No.: 2:18-bk-20169-ER;<br>) Case No.: 2:18-bk-20171-ER;<br>) Case No.: 2:18-bk-20172-ER;<br>) Case No.: 2:18-bk-20173-ER;<br>) Case No.: 2:18-bk-20175-ER;<br>) Case No.: 2:18-bk-20176-ER;<br>) Case No.: 2:18-bk-20178-ER;<br>) Case No.: 2:18-bk-20179-ER;<br>) Case No.: 2:18-bk-20180-ER;<br>) Case No.: 2:18-bk-20181-ER<br>)<br>) Chapter 11 Cases<br>)<br>) Hon. Ernest M. Robles<br>)<br>) **NOTICE OF APPOINTMENT OF A**<br>) **PATIENT CARE OMBUDSMAN**<br>)<br>) [NO HEARING REQUIRED]<br>)<br>)<br>)<br>)<br>) |

1        The United States Trustee appoints Dr. Jacob Nathan Rubin, MD, FACC, as the patient care

2   ombudsman in Verity Health System of California, Inc., O'Connor Hospital, Saint Louise Regional

3   Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, St.

4   Vincent Dialysis Center, Inc., Verity Medical Foundation, De Paul Ventures—San Jose Dialysis

5   LLC pursuant to the Court's order entered on September 25, 2018 and the attached statement of

6   disinterestedness by Dr. J. Nathan Rubin.[1]

7        The ombudsman shall perform the duties required of the ombudsman pursuant to

8   Bankruptcy Code § 333.  Dr. J. Nathan Rubin's business address is: 4955 Van Nuys Blvd, Suite

9   308, Sherman Oaks, CA 91403, (818) 501-1455.

10

11   DATED: October 3, 2018

                                   PETER C. ANDERSON
                                   UNITED STATES TRUSTEE

12

13                                 PETER C. ANDERSON
14                                 United States Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] *See* Exhibit "1", Order Approving Stipulation for Order Directing the Appointment of a Patient Care Ombudsman pursuant to 11 U.S.C. § 333.

EXHIBIT 1

1   PETER C. ANDERSON
    UNITED STATES TRUSTEE
2   JILL M. STURTEVANT, State Bar No. 089395
    ASSISTANT UNITED STATES TRUSTEE
3   HATTY YIP, State Bar No. 246487
    ALVIN PAN MAR, State Bar No.
4   TRIAL ATTORNEY
    OFFICE OF THE UNITED STATES TRUSTEE
5   915 Wilshire Blvd., Suite 1850
    Los Angeles, California 90017
6   (213) 894-1507 telephone
    (213) 894-2603 facsimile
7   Email: hatty.yip@usdoj.gov

```
+--------------------------------------+
|         FILED & ENTERED              |
|                                      |
|         SEP 25 2018                  |
|                                      |
|   CLERK U.S. BANKRUPTCY COURT        |
|   Central District of California     |
|   BY gonzalez DEPUTY CLERK           |
+--------------------------------------+
```

8                  UNITED STATES BANKRUPTCY COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      LOS ANGELES DIVISION

11  In re:                                    ) Lead Case No.: 2:18-bk-20151-ER
                                              )
12                                            ) Jointly Administered With:
    VERITY HEALTH SYSTEM OF                   ) Case No.: 2:18-bk-20162-ER;
13  CALIFORNIA, INC. *et al.*,                ) Case No.: 2:18-bk-20163-ER;
                                              ) Case No.: 2:18-bk-20164-ER;
14           Debtor(s).                       ) Case No.: 2:18-bk-20165-ER;
                                              ) Case No.: 2:18-bk-20167-ER;
15  _____          ) Case No.: 2:18-bk-20168-ER;
    ___  Affects All Debtors                  ) Case No.: 2:18-bk-20169-ER;
16  _X_  Affects Verity Health System of      ) Case No.: 2:18-bk-20171-ER;
          California, Inc.                    ) Case No.: 2:18-bk-20172-ER;
17  _X_  Affects O'Connor Hospital            ) Case No.: 2:18-bk-20173-ER;
    _X_  Affects Saint Louise Regional Hospital ) Case No.: 2:18-bk-20175-ER;
18  _X_  Affects St. Francis Medical Center   ) Case No.: 2:18-bk-20176-ER;
    _X_  Affects St. Vincent Medical Center   ) Case No.: 2:18-bk-20178-ER;
19  _X_  Affects Seton Medical Center         ) Case No.: 2:18-bk-20179-ER;
    ___  Affects O'Connor Hospital Foundation ) Case No.: 2:18-bk-20180-ER;
20  ___  Affects Saint Louise Regional Hospital ) Case No.: 2:18-bk-20181-ER
          Foundation                          )
21  ___  Affects St. Francis Medical Center of )
          Lynwood Foundation                  ) Chapter 11 Cases
22  ___  Affects St. Vincent Foundation       )
    _X_  Affects St. Vincent Dialysis Center, Inc. ) Hon. Ernest M. Robles
23  ___  Affects Seton Medical Center         )
          Foundation                          ) **ORDER APPROVING STIPULATION**
24  ___  Affects Verity Business Services     ) **FOR ORDER DIRECTING THE**
    _X_  Affects Verity Medical Foundation    ) **APPOINTMENT OF A PATIENT CARE**
25  ___  Affects Verity Holdings, LLC         ) **OMBUDSMAN PURSUANT TO 11 U.S.C.**
    ___  Affects De Paul Ventures, LLC        ) **§ 333**
26  _X_  Affects De Paul Ventures – San Jose  )
          Dialysis, LLC                       ) [NO HEARING REQUIRED]
27                                            )
         Debtors and Debtors In Possession    )
28  _____          )

                                      - 1 -

1    After consideration of the Stipulation for Order Directing the Appointment of a Patient Care

2  Ombudsman pursuant to 11 U.S.C. § 333, filed by the United States Trustee, and for good cause

3  appearing, the Court orders as follows:

4    IT IS HEREBY ORDERED that the Stipulation is APPROVED in its entirety;

5    IT IS FURTHER ORDERED that Verity Health System of California, Inc, O'Connor

6  Hospital, Saint Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center,

7  Seton Medical Center, St. Vincent Dialysis Center, Inc., Verity Medical Foundation, De Paul

8  Ventures—San Jose Dialysis LLC (collectively, the "Debtors") are health care businesses as

9  defined under § 101(27)(A);

10    IT IS FURTHER ORDERED that the appointment of a patient care ombudsman pursuant to

11  11 U.S.C. § 333 is appropriate under the circumstances; and

12    IT IS FURTHER ORDERED that the United States Trustee is directed to appoint a patient

13  care ombudsman.

14                                    ###

23  Date: September 25, 2018

24                                    Ernest M. Robles
                                      United States Bankruptcy Judge

- 2 -

EXHIBIT 2

J. NATHAN RUBIN, M.D., F.A.C.C
4955 VAN NUYS BOULEVARD, SUITE 308
SHERMAN OAKS, CALIFORNIA 91403
(818) 501-1455

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**VERITY HEALTH SYSTEM OF CALIFORNIA, INC.** *et al.,*<br><br>Debtor(s).<br>_____<br>___ Affects All Debtors<br>_X_ Affects Verity Health System of California, Inc.<br>_X_ Affects O'Connor Hospital<br>_X_ Affects Saint Louise Regional Hospital<br>_X_ Affects St. Francis Medical Center<br>_X_ Affects St. Vincent Medical Center<br>_X_ Affects Seton Medical Center<br>___ Affects O'Connor Hospital Foundation<br>___ Affects Saint Louise Regional Hospital Foundation<br>___ Affects St. Francis Medical Center of Lynwood Foundation<br>___ Affects St. Vincent Foundation<br>_X_ Affects St. Vincent Dialysis Center, Inc.<br>___ Affects Seton Medical Center Foundation<br>___ Affects Verity Business Services<br>_X_ Affects Verity Medical Foundation<br>___ Affects Verity Holdings, LLC<br>___ Affects De Paul Ventures, LLC<br>_X_ Affects De Paul Ventures – San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession | Lead Case No.: 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No.: 2:18-bk-20162-ER;<br>Case No.: 2:18-bk-20163-ER;<br>Case No.: 2:18-bk-20164-ER;<br>Case No.: 2:18-bk-20165-ER;<br>Case No.: 2:18-bk-20167-ER;<br>Case No.: 2:18-bk-20168-ER;<br>Case No.: 2:18-bk-20169-ER;<br>Case No.: 2:18-bk-20171-ER;<br>Case No.: 2:18-bk-20172-ER;<br>Case No.: 2:18-bk-20173-ER;<br>Case No.: 2:18-bk-20175-ER;<br>Case No.: 2:18-bk-20176-ER;<br>Case No.: 2:18-bk-20178-ER;<br>Case No.: 2:18-bk-20179-ER;<br>Case No.: 2:18-bk-20180-ER;<br>Case No.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**STATEMENT OF DISINTERESTEDNESS FOR PATIENT CARE OMBUDSMAN**<br><br>[NO HEARING REQUIRED] |

## DECLARATION OF JACOB NATHAN RUBIN

I, Jacob Nathan Rubin, MD, FACC, declare as follows:

1.    I am over the age of eighteen years, and if called upon to testify I could and would do so competently.  I am the proposed Patient Care Ombudsman ("PCO") for the above-referenced

- 1 -

1    cases.   I have personal knowledge of the facts set forth herein, and based on that personal

2    knowledge, I assert that all facts are true and correct to the best of my knowledge.

3         2.   I have been nominated as PCO in the above captioned case. I am prepared and able to

4    accept the appointment.  I am familiar with the duties of a PCO as set forth in 11 U.S.C. § 333(b)

5    and (c), and will comply will with these duties.

6         3. I am well qualified to serve as a PCO pursuant to 11 U.S.C. § 333. Attached hereto as

7    Exhibit A is a copy of my Curriculum Vitae.  I have expertise in supervising and assessing medical

8    care in hospitals, outpatient facilities, and outpatient clinics. As Chief of Staff and Chair of the

9    Medical Executive Committee ("MEC") at Sherman Oaks and Encino Hospitals, for the past 16

10   years, it has been my responsibility to perform duties similar to those of a PCO at these hospitals to

11   insure patient safety and physician independence from corporate influence and report my findings

12   monthly.  Additionally, I have an independent private medical practice.

13        4. I will comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure

14   and the Local Bankruptcy Rules during the administration of these cases.  As a licensed physician,

15   I will comply with all rules governing the practice of medicine and HIPPA.

16        5. I hereby verify that to the best of my knowledge, I have no connections with the debtors,

17   creditors of the estates, any other parties in interest, their respective attorneys and accountants, the

18   United States Trustee, or any person employed in the Office of the United States Trustee, except as

19   follows:

20        -With my patient's permission to disclose:  I am treating a patient employed by the United

21   States Trustee, who I have been told is not assigned to the case.

22        -Sherman Oaks and Encino Hospitals are owned by Prime, who is a purchaser of distressed

23   hospitals, and as such, may seek to purchase assets in this case.  I have no economic interest in

24   Prime nor do I get remuneration of any sort from Prime.  I do not participate in the selection of

25   hospitals Prime seeks to acquire, nor do I participate in Prime's due diligence process. The Chief of

26   Staff and the MEC must always remain independent. I am elected and paid by the medical staff.  I

27   am on the Boards of Sherman Oaks and Encino Hospitals in my role as Chief of Staff and Chair of

28   the MEC to represent the patients' interests and the independence of the medical staff to the

- 2 -

1  boards. I am not and may not be compensated for service to the boards as I represent the medical

2  staff. Additionally, I am not on the board of Prime in any capacity.

3      6.      I intend to apply for compensation for professional services rendered in connection

4  with these cases pursuant to 11 U.S.C. § 330, subject to the approval of this Court and in

5  compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local

6  Rules, United States Trustee Guidelines and orders of this Court, on an hourly basis plus

7  reimbursement of actual, necessary expenses and other charges incurred, to be paid monthly. My

8  current hourly rate is $750. I also intend to utilize a nurse practitioner whose hourly rate is $325,

9  and, if deemed necessary and prudent, will also utilize other medial operations consultants to assist

10  me in performing my duties and responsibilities. The expenses charged to clients include, among

11  other things, telephone and telecopier charges, mail and express mail charges, special or hand

12  delivery charges, document processing, photocopying charges, word processing charges, courier

13  services, overnight delivery services, docket and court filing fees, telecommunications, travel

14  expenses, expenses for working meals, computerized research and transcription costs, as well as

15  non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. I will

16  charge the estates for my fees and expenses in the manner and at the rates consistent with charges

17  made generally to my clients.

18      7.      I also intend to retain Levene, Neale, Bender, Yoo & Brill L.L.P. as my counsel to

19  assist me with this engagement and will apply for Court approval of my retention and payment of

20  counsel.

21      8.      To the best of my knowledge, I am a disinterested person within the meaning of 11

22  U.S.C. § 101(14) in that I am not a creditor, equity security holder or insider of the debtors as

23  defined by 11 U.S.C. § 101(31), or past or present officer, director or employee of the debtors, and

24  do not hold an interest materially adverse to the estate or any class of creditors or equity security

25  holders, by reason of any direct or indirect relationship to connection with or interest in, the

26  debtors or for any other reason. If information comes to my attention that changes these facts, I

27  will advise the Court and the United States Trustee immediately.

28

1       To the best of my knowledge, I declare under penalty of perjury that the foregoing under

2 the laws of the United States of America that the foregoing is true and correct.

3

4       Executed on the 2nd Day of October 2018, at Los Angeles, California.

5

6

7                       J. Nathan Rubin, M.D., F.A.C.C.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

## CURRICULUM VITAE

I.    PERSONAL INFORMATION

Name:                        J. Nathan Rubin, M.D., F.A.C.C.

Business Address:            4955  Van Nuys Blvd., #415
                             Sherman Oaks, CA  91403

Business Phone:              (818) 501-1455

II:   EDUCATION

August 1993 - May 1996       Juris Doctor
                             Loyola Law School, Los Angeles

Fellowship:                  Los Angeles County
                             University of Southern California
                             Medical Center, School of Medicine
Residency:                   Cardiovascular Diseases
                             July, 1985 - June, 1988

Internship:                  Wadsworth Veterans Administration Hospital
                             Resident, Internal Medicine
                             July, 1983 - June, 1985

Medical School:              Wadsworth Veterans Administration Hospital
                             Internal Medicine
                             July, 1982 - June, 1983

                             University of Southern California
                             School of Medicine, Doctor of Medicine
                             August, 1980 - June, 1982

                             University of Oklahoma  School of Medicine
University:                  August, 1978 - June, 1980

                             University of California, Los Angeles
                             A.B. magna cum laude - Economics
High School:                 September, 1975 - December, 1977

                             Fairfax High School
                             Los Angeles, CA
                             Highest Honors
III.   HONORS AND AWARDS     September, 1972 - June, 1975

                             Federal Aviation Administration
                             Aeromedical Examiner, No. 20620-9
                             Designated June 25, 1999

                             Expert Medical Reviewer
                             Medical Board of California
                             (at Board's invitation), December, 1996

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 2.

Elected to Fellowship,
American College of Cardiology
August, 1991

Laverne B. Titus Young Investigators Forum.
September, 1987

Phi Beta Kappa
June, 1978

Pi Gamma Mu (Social Sciences Honorary)
March, 1977

Omicron Delta Epsilon (Economics Honorary)
June, 1976

Phi Eta Sigma (Freshman Honorary)
January, 1976

Honors Program, Letters and Sciences,
University of California, Los Angeles
December, 1975

Dean's List, University of California,
Los Angeles
September, 1975 - December, 1977

Alumni Scholar, University of California,
Los Angeles
March, 1975

Life Member California Scholarship
Federation
June, 1975

IV.    LICENSURE    State of California License No. G 053079
DEA Registration No. AR 2956716
Fluoroscopy/X-Ray Supervisor and Operator
Permit No. RHC 130516

V.    BOARD CERTIFICATION    Diplomate, American Board of Internal
Medicine - Cardiovascular Diseases - 1989

Diplomate, American Board of Internal
Medicine - 1985

Diplomate, National Board of Medical
Examiners

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 3.

Part I-June, 1980 (Medical School year 2)
Part II-May, 1982 (Medical School year 4)
Part III-May, 1983 (Internship)

VI.    PROFESSIONAL BACKGROUND

Guest Lecturer,
Anderson School of Management, UCLA
1995, 1996

Clinical Instructor in Medicine, University of Southern California
School of Medicine.
June, 1985 - June, 1988

Director, Urban Population Study, Department of Sociology, University of California, Los
Angeles:
    Study attitudes and collect demographic data for urban planning. Responsible for
    program design; supervision of support and technical personnel; including selection,
    orientation and training.
January, 1978 - June, 1978

Tutor, Academic Advancement Program, University of California, Los Angeles.
    Provide academic support to disadvantaged undergraduate students in calculus,
    chemistry, and English composition.
January, 1978 - June, 1978

Selected Chairman, Department of Economics as tutor for upperclass majors in economic
theory.
September, 1976 - December, 1976

Guest Lecturer, Microeconomic Theory
University of California, Los Angeles
September, 1976

VII.    SOCIETY MEMBERSHIPS

National:

        Fellow, American College of Cardiology
        Member, American College of Physicians
        Member, American Heart Association
        Member, Clinical Research Council (AHA)

Local:

        California Medical Association
        Los Angeles County Medical Association
        Member, District Board of Directors (LACMA)

J. Nathan Rubín, M.D.
Curriculum Vitae
Page 4.

VIII.   HOSPITAL POSITIONS AND COMMITTEES

1. Chief of Staff, Sherman Oaks Hospital
2. Clinical Instructor, David Geffen School of Medicine, UCLA
3. Vice Chief of Staff, Sherman Oaks Hospital
4. Chairman, Credentials Committee, Sherman Oaks Hospital
5. Chairman, Bylaws, Sherman Oaks Hospital
6. Chairman, Peer Review, Sherman Oaks Hospital
7. Director Cath Lab/Interventional Cardiology, Granada Hills Hospital
8. Vice Chief of Medicine, Tarzana Regional Medical Center
9. ICU Chairman and Director of Cardiology, Sherman Oaks Hospital
10. Credentials Committee Chairman, Valley Presbyterian Hospital
11. Medical Executive Committee, Valley Presbyterian Hospital
12. ICU Co-Chairman, Medical Center of North Hollywood

XI.    RESEARCH INTERESTS

1. Electrophysiologic evaluation of parenteral magnesium sulfate in patients with paroxysmal supraventricular tachycardia (PSVT).

2. Electrophysiologic evaluation of nonsustained ventricular tachycardia: Prognostic and therapeutic implications.

3. Electrophysiologic evaluation of parenteral magnesium sulfate in patients with multifocal atrial tachycardia (MFAT).

4. Programmed ventricular stimulation in patients with dilated cardiomyopathy: Effect of hemodynamic instability on inducibility of ventricular arrhythmias.

X.     PRESENTATIONS

1. Prognostic Significance of Programmed Ventricular Stimulation in Patients with Nonsustained Ventricular Tachycardia: Relationship to Severe Left Ventricular Dysfunction. Laverne B. Titus Young Investigators Forum of the Greater Los Angeles Area, Affiliate of the American Heart Association. September, 1987.

2. Non-invasive Cardiology. LAC-USC Medical Center. July, 1987.

3. Hyperlipidemias: Pathophysiology and Newer Agents. LAU-USC Medical Center. March, 1986.

4. Left Ventricular Thrombi: Current Controversies. LAC-USC Medical Center. February, 1986.

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 5.

5.    Coarctation of the Aorta.
LAC-USC Medical Center. February, 1986.

6.    Anomalous Pulmonary Venous Return.
LAC-USC Medical Center. November, 1985.

7.    Preoperative Evaluation of Surgical Patients with Cardiac Disease.
LAC-USC Medical Center. October, 1985.

XI.    PUBLICATIONS

1.    Electrophysiologic Effects of Intravenous Magnesium in Patients with Normal
Conduction Systems and no Clinical Evidence of Significant Cardiac Disease.
Kulick D, Hong R, Ryzen E, Rude R, Rubin JN, Elkayam U, Rahimtoola SH,
Bhandari A. American Heart Journal, January 1988.

2.    Problems Encountered with Catheter Balloon Valvuloplasty of Bioprosthetic Aortic
Vales. McKay CR, Waller BF, Hong R, Rubin JN, Reid CL, Rahimtoola SH.
American Heart Journal, February, 1988.

3.    Anomalous Left Main Coronary Artery Arising from the Pulmonary Artery (in press).
Rubin JN, Kawanishi DT, Cheitlin MD.

4.    Echocardiographic Textural Changes and Nuclear Magnetic Resonance Parameters
in Acute Canine Myocardial Infarction (in preparation). Tak T, Shoa-Lin L, Gamage
M, Mahler C, Rubin JN, Steen J, Collete P, Rahimtoola SH, Chandraratna PAN.

5.    Nitrate Tolerance. Rubin JN, Widerhorn J, Elkayam U, Letter to the Editor, New
England Journal of Medicine, January, 1988.

6.    Widerhorn J, Rubin JN, Eklayam U. Cardiovascular Drugs in Pregnancy.
Cardiology Clinics of North America. May, 1988.

7.    Therapeutic Algorithms for the Treatment of Ventricular Arrhythmias. Rubin JN,
Bhandari A. Consultant. June, 1988.

XII.    CHAPTERS IN PREPARATION

1.    Widerhorn J, Rubin JN, Elkayam U. Cardiovascular Drugs in Pregnancy. In
Textbook of Cardiovascular Pharmacology. Frishman W.

XIII.    ABSTRACTS

1.    Day-to-day Reproducibility of Response to Programmed Ventricular Stimulation in
Patients with Recent Acute Myocardial Infarction. Hong RA, Bhandari A, Kulick
D, Rubin JN, McIntosh N, Rahimtoola SH.

J. Nathan Rubin, M.D.
Curriculum Vitae
Page 6.

2.  Prognostic Significance of Programmed Ventricular Stimulation in High Risk
    Patients Surviving Acute Myocardial Infarction.  Bhandari A, Hong RA, Kotlewski
    A, Rubin JN, McIntosh N, Rahimtoola SH.

3.  Concept of a Dynamic Mitral Regurgitant Orifice in Patients with Dilated Left
    Ventricles:  Assessment by Continuous Wave and 2-Dimensional Color Doppler
    Echocardiography.  Tahir T, Shoa-Lin L, Rubin JN, Chandraratna PAN.

4.  Prognostic Significance of Programmed Ventricular Stimulation in Patients with
    Nonsustained Ventricular Tachycardia:  Relationship to Severe Left Ventricular
    Dysfunction.  Rubin JN, Petersen R, Jamison M, Amiko N, Rahimtoola SH,
    Bhandari A.



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C, 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AR2956716 | 04-30-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | PRACTITIONER | 03-05-2015 |

RUBIN, JACOB NATHAN MD
4940 VAN NUYS BLVD #200
SHERMAN OAKS, CA 91403

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled
Substances Act of 1970, as amended, provide that the Attorney
General may revoke or suspend a registration to manufacturer,
distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF
OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY,
AND IS NOT VALID AFTER THE EXPIRATION DATE.



CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C., 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| AR2956716 | 04-30-2018 | $731 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | PRACTITIONER | 03-05-2015 |

RUBIN, JACOB NATHAN MD
4940 VAN NUYS BLVD #200
SHERMAN OAKS, CA 91403

Form DEA-223 (06/04)

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the
Controlled Substances Act of 1970, as amended, provide
that the Attorney General may revoke or suspend a
registration to manufacture, distribute, dispense, import or
export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID
AFTER THE EXPIRATION DATE.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (specify):    **NOTICE OF APPOINTMENT OF A PATIENT CARE OMBUDSMAN**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **10/3/18** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

       SEE ATTACHED LIST

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) **10/3/18** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

       SEE ATTACHED LIST

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **10/3/18** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/3/18 | Lawrence Pleasant | _Lawrence Pleasant_ |
|---------|-------------------|---------------------|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Robert N Amkraut    ramkraut@foxrothschild.com
- Simon Aron    saron@wrslawyers.com
- James Cornell Behrens    jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Bruce Bennett    bbennett@jonesday.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
- Steven M Berman    sberman@slk-law.com
- Alicia K Berry    Alicia.Berry@doj.ca.gov
- Stephen F Biegenzahn    efile@sfblaw.com
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- Dustin P Branch    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Kevin M Eckhardt    keckhardt@huntonak.com, keckhardt@hunton.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- Robert M Hirsh    Robert.Hirsh@arentfox.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, vtorres@hopkinscarley.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Gary E Klausner    gek@lnbyb.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, kireland@bushgottlieb.com
- Darryl S Laddin    bkrfilings@agg.com
- Richard A Lapping    richard@lappinglegal.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- John A Moe    john.moe@dentons.com,
  glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
- Monserrat Morales    mmorales@marguliesfaithlaw.com,
  Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Mark A Neubauer    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
- Bryan L Ngo    bngo@fortislaw.com,
  Info@fortislaw.com;BNgo@bluecapitallaw.com;info@bluecapitallaw.com;SPicariello@fortislaw.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Mark D Plevin    mplevin@crowell.com, cromo@crowell.com
- Lori L Purkey    bareham@purkeyandassociates.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Debra Riley    driley@allenmatkins.com, jbatiste@allenmatkins.com
- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
- Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- Nathan A Schultz    nschultz@foxrothschild.com
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
- Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
- Michael St James    ecf@stjames-law.com
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
- Sabrina L Streusand    Streusand@slollp.com
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Neal L Wolf    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL**:

- DEBTOR: Verity Health System of California, Inc., 2040 E. Mariposa Avenue, El Segundo, CA 90245
- DEBTOR'S ATTY: Samuel R Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017
- CREDITORS' COMMITTEE MEMBER: Aetna Life Insurance Company, Attn: Paul Weller, Head of Provider Litigation, 1425 Union Meeting Road, Mail Stop U23S, Blue Bell, PA 19422
- CREDITORS' COMMITTEE MEMBER: Allscripts Healthcare, LLC, c/o Greg Bianchi, 10 Glenlake Parkway, Suite 500, Atlanta, GA 30328
- CREDITORS' COMMITTEE MEMBER: California Nurses Association (CNA), Attn: Krysten Skogstad, In-House Counsel, 155 Grand Avenue, Oakland, CA 94612
- CREDITORS' COMMITTEE MEMBER: Iris Lara, c/o Trisha Monesi, 1875 Century Park East, Suite 100, Los Angeles, CA 90067
- CREDITORS' COMMITTEE MEMBER: Medline Industries, Inc., Three Lakes Drive, Northfield, IL 60093
- CREDITORS' COMMITTEE MEMBER: Pension Benefit Guaranty Corporation ("PBGC"), Attn: Michael Strollo and Emily Lesniewski, 1200 K Street, NW, Washington, DC 20005
- CREDITORS' COMMITTEE MEMBER: SEIU United Healthcare Workers West, Attn: David Miller, 560 Thomas L Berkeley Way, Oakland, CA 94612-1602
- CREDITORS' COMMITTEE MEMBER: Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC, Attn: Brad Hamman, 283 Cranes Roost Blvd, Ste 260, Altamonte Springs, FL 32701
- CREDITORS' COMMITTEE MEMBER: St. Vincent IPA Medical Corporation, c/o Mark Neubauer, Esq. and Donald Kirk, Esq., Carlton Fields Jorden Burt, LLP, 2000 Avenue of the Stars, Suite 530N, Los Angeles, CA 90067-4707
- MANUAL: Sam J Alberts, DENTONS US LLP, 1900 K Street NW, Washington, DC 20006
- MANUAL: Margaret M Anderson, Fox Swibel Levin & Carroll LLP, 200 West Madison St, Chicago, IL 60606
- MANUAL: Alicia Berry, California Attorney General, 300 South Spring St Ste 1702, Los Angeles, CA 90013
- MANUAL: Daniel S Bleck, Mintz, Levin, et al, One Financial Center, Boston, MA 02111
- MANUAL: Nathan F Coco, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
- MANUAL: Ian A Hammel, Mintz Levin Cohn Ferris Glovsky & Popeo, One Financial Center, Boston, MA 02111
- MANUAL: Donald R Kirk, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780
- MANUAL: Claude D Montgomery, DENTONS US LLP, 1221 AVENUE OF THE AMERICAS, New York, NY 10020-1001
- MANUAL: Charles E Nelson, Ballard Spahr LLP, 80 S Eighth St Ste 2000, Minneapolis, MN 55402
- MANUAL: Megan Preusker, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
- MANUAL: Jason Reed, MASLON LLP, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402
- MANUAL: Paul J Ricotta, Mintz Levin Cohn Ferris Glovsky and Pope, Chrysler Center, 666 Third Ave New York, NY 10017
- MANUAL: Ryan Schultz, Fox Swibel Levin & Carroll LLP, 200 W. Madison Street, Suite 3000 Chicago, IL 60606
- MANUAL: William P Wassweiler, Ballard Spahr LLP, 80 S Eighth St Ste 2000, Minneapolis, MN 55402
- MANUAL: Clark Whitmore, MASLON LLP, 3300 WELLS FARGO CENTER, 90 S 7TH STREET, MINNEAPOLIS, MN 55402
- MANUAL: John Ryan Yant, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000, Tampa, FL 33607-5780

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                  **F 9013-3.1.PROOF.SERVICE**