1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  HATTY YIP, State Bar No. 246487
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd., Suite 1850
5  Los Angeles, California 90017
   (213) 894-1507 telephone
6  (213) 894-2603 facsimile
   Email: hatty.yip@usdoj.gov
7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9
                         LOS ANGELES DIVISION
10

| | | |
|---|---|---|
| 11 | In re: | ) Lead Case No.: 2:18-bk-20151-ER |
| | | ) |
| | | ) Jointly Administered With: |
| 12 | **VERITY HEALTH SYSTEM OF** | ) Case No.: 2:18-bk-20162-ER; |
| | **CALIFORNIA, INC.** *et al.*, | ) Case No.: 2:18-bk-20163-ER; |
| 13 | | ) Case No.: 2:18-bk-20164-ER; |
| | Debtor(s). | ) Case No.: 2:18-bk-20165-ER; |
| 14 | | ) Case No.: 2:18-bk-20167-ER; |
| | ————————————————— | ) Case No.: 2:18-bk-20168-ER; |
| 15 | ___ Affects All Debtors | ) Case No.: 2:18-bk-20169-ER; |
| | _X_ Affects Verity Health System of | ) Case No.: 2:18-bk-20171-ER; |
| 16 | California, Inc. | ) Case No.: 2:18-bk-20172-ER; |
| | _X_ Affects O'Connor Hospital | ) Case No.: 2:18-bk-20173-ER; |
| 17 | _X_ Affects Saint Louise Regional Hospital | ) Case No.: 2:18-bk-20175-ER; |
| | _X_ Affects St. Francis Medical Center | ) Case No.: 2:18-bk-20176-ER; |
| 18 | _X_ Affects St. Vincent Medical Center | ) Case No.: 2:18-bk-20178-ER; |
| | _X_ Affects Seton Medical Center | ) Case No.: 2:18-bk-20179-ER; |
| 19 | ___ Affects O'Connor Hospital Foundation | ) Case No.: 2:18-bk-20180-ER; |
| | ___ Affects Saint Louise Regional Hospital | ) Case No.: 2:18-bk-20181-ER |
| 20 | Foundation | ) |
| | ___ Affects St. Francis Medical Center of | ) |
| 21 | Lynwood Foundation | ) Chapter 11 Cases |
| | ___ Affects St. Vincent Foundation | ) |
| 22 | _X_ Affects St. Vincent Dialysis Center, Inc. | ) Hon. Ernest M. Robles |
| | ___ Affects Seton Medical Center | ) |
| 23 | Foundation | ) **APPLICATION FOR ORDER** |
| | ___ Affects Verity Business Services | ) **APPROVING THE APPOINTMENT OF** |
| 24 | _X_ Affects Verity Medical Foundation | ) **PATIENT CARE OMBUDSMAN** |
| | ___ Affects Verity Holdings, LLC | ) |
| 25 | ___ Affects De Paul Ventures, LLC | ) [NO HEARING REQUIRED] |
| | _X_ Affects De Paul Ventures – San Jose | ) |
| 26 | Dialysis, LLC | ) |
| | | ) |
| 27 | Debtors and Debtors In Possession | ) |
| | ————————————————— | ) |
| 28 | | |

- 1 -

1    The United States Trustee for Region 16 ("U.S. Trustee") hereby applies to the Court pursuant to

2    Federal Rule of Bankruptcy Procedure 2007.2(c) for an Order Approving the Appointment of a

3    Patient Care Ombudsman, and in support thereof states:

4        1.    The U.S. Trustee has appointed Dr. Jacob Nathan Rubin as Patient Care

5              Ombudsman ("PCO") in Verity Health System of California, Inc., O'Connor

6              Hospital, Saint Louise Regional Hospital, St. Francis Medical Center, St. Vincent

7              Medical Center, Seton Medical Center, St. Vincent Dialysis Center, Inc., Verity

8              Medical Foundation, De Paul Ventures—San Jose Dialysis LLC (collectively, the

9              "Debtors").   Dr. Rubin's address is: 4955 Van Nuys Blvd., Suite 308, Sherman

10             Oaks, CA 91403, (818) 501-1455.

11       2.    The Patient Care Ombudsman shall:

12             (a) monitor the quality of patient care provided to patients of the Debtors, to the

13                 extent necessary under the circumstances, including interviewing patients and

14                 physicians, as provided under 11 U.S.C. § 333(b)(1);

15             (b) not later than 60 days after the entry of an order approving the PCO's

16                 appointment, and not less frequently than at 60-day intervals thereafter, report to

17                 the Court after notice to the parties in interest, at a hearing, or in writing,

18                 regarding the qualify of patient care provided to the patients of the Debtors, as

19                 provided under 11 U.S.C. § 333(b)(2); and

20             (c) if the PCO determines that the quality of patient care provided to patients of the

21                 Debtors is declining significantly or is otherwise being materially compromised,

22                 file with the court a motion or a written report, with notice to the parties in

23                 interest immediately upon making such determination pursuant to 11 U.S.C. §

24                 333(b)(3).

25       3.    To the best of the Applicant's knowledge, the PCO's connection with the debtor,

26             creditors, any other parties in interest, their respective attorney and accountants, the

27             United States Trustee, and persons employed in the Office of the United States

28

1          Trustee are limited to the connections set forth in the Statement of Disinterestedness

2  for Patient Care Ombudsman, attached hereto.

3

4  DATED: October 3, 2018                  PETER C. ANDERSON
                                          UNITED STATES TRUSTEE

5

6                                          By: HATTY YIP

7                                            Trial Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

1    J. NATHAN RUBIN, M.D., F.A.C.C
2    4955 VAN NUYS BOULEVARD, SUITE 308
     SHERMAN OAKS, CALIFORNIA 91403
3    (818) 501-1455

4                    UNITED STATES BANKRUPTCY COURT

5                    CENTRAL DISTRICT OF CALIFORNIA

6                        LOS ANGELES DIVISION

7    In re:                              )  Lead Case No.: 2:18-bk-20151-ER
8                                        )
                                         )  Jointly Administered With:
9    VERITY HEALTH SYSTEM OF             )  Case No.: 2:18-bk-20162-ER;
     CALIFORNIA, INC. et al.,            )  Case No.: 2:18-bk-20163-ER;
10                                       )  Case No.: 2:18-bk-20164-ER;
              Debtor(s).                 )  Case No.: 2:18-bk-20165-ER;
11   _____        )  Case No.: 2:18-bk-20167-ER;
                                         )  Case No.: 2:18-bk-20168-ER;
12   ___ Affects All Debtors             )  Case No.: 2:18-bk-20169-ER;
     _X_  Affects Verity Health System of)  Case No.: 2:18-bk-20171-ER;
13        California, Inc.               )  Case No.: 2:18-bk-20172-ER;
     _X_  Affects O'Connor Hospital      )  Case No.: 2:18-bk-20173-ER;
14   _X_  Affects Saint Louise Regional Hospital )  Case No.: 2:18-bk-20175-ER;
     _X_  Affects St. Francis Medical Center )  Case No.: 2:18-bk-20176-ER;
15   _X_  Affects St. Vincent Medical Center )  Case No.: 2:18-bk-20178-ER;
     _X_  Affects Seton Medical Center   )  Case No.: 2:18-bk-20179-ER;
16   ___  Affects O'Connor Hospital Foundation )  Case No.: 2:18-bk-20180-ER;
     ___  Affects Saint Louise Regional Hospital )  Case No.: 2:18-bk-20181-ER
17        Foundation                     )
     ___  Affects St. Francis Medical Center of )  Chapter 11 Cases
18        Lynwood Foundation             )
     ___  Affects St. Vincent Foundation )  Hon. Ernest M. Robles
19   _X_  Affects St. Vincent Dialysis Center, Inc. )
     ___  Affects Seton Medical Center   )  STATEMENT OF DISINTERESTEDNESS
20        Foundation                     )  FOR PATIENT CARE OMBUDSMAN
     ___  Affects Verity Business Services )
21   _X_  Affects Verity Medical Foundation )  [NO HEARING REQUIRED]
     ___  Affects Verity Holdings, LLC    )
22   ___  Affects De Paul Ventures, LLC   )
     _X_  Affects De Paul Ventures – San Jose )
23        Dialysis, LLC                  )
                                         )
24        Debtors and Debtors In Possession )
                                         )

25              DECLARATION OF JACOB NATHAN RUBIN

26       I, Jacob Nathan Rubin, MD, FACC, declare as follows:

27       1.      I am over the age of eighteen years, and if called upon to testify I could and would

28   do so competently.  I am the proposed Patient Care Ombudsman ("PCO") for the above-referenced

                                      - 1 -

cases.  I have personal knowledge of the facts set forth herein, and based on that personal knowledge, I assert that all facts are true and correct to the best of my knowledge.

2.  I have been nominated as PCO in the above captioned case. I am prepared and able to accept the appointment.  I am familiar with the duties of a PCO as set forth in 11 U.S.C. § 333(b) and (c), and will comply will with these duties.

3. I am well qualified to serve as a PCO pursuant to 11 U.S.C. § 333. Attached hereto as Exhibit A is a copy of my Curriculum Vitae.  I have expertise in supervising and assessing medical care in hospitals, outpatient facilities, and outpatient clinics. As Chief of Staff and Chair of the Medical Executive Committee ("MEC") at Sherman Oaks and Encino Hospitals, for the past 16 years, it has been my responsibility to perform duties similar to those of a PCO at these hospitals to insure patient safety and physician independence from corporate influence and report my findings monthly.  Additionally, I have an independent private medical practice.

4.  I will comply with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules during the administration of these cases.  As a licensed physician, I will comply with all rules governing the practice of medicine and HIPPA.

5.  I hereby verify that to the best of my knowledge, I have no connections with the debtors, creditors of the estates, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows:

-With my patient's permission to disclose:  I am treating a patient employed by the United States Trustee, who I have been told is not assigned to the case.

-Sherman Oaks and Encino Hospitals are owned by Prime, who is a purchaser of distressed hospitals, and as such, may seek to purchase assets in this case.  I have no economic interest in Prime nor do I get remuneration of any sort from Prime.  I do not participate in the selection of hospitals Prime seeks to acquire, nor do I participate in Prime's due diligence process. The Chief of Staff and the MEC must always remain independent. I am elected and paid by the medical staff.  I am on the Boards of Sherman Oaks and Encino Hospitals in my role as Chief of Staff and Chair of the MEC to represent the patients' interests and the independence of the medical staff to the

- 2 -

1    boards. I am not and may not be compensated for service to the boards as I represent the medical

2    staff. Additionally, I am not on the board of Prime in any capacity.

3        6.    I intend to apply for compensation for professional services rendered in connection

4    with these cases pursuant to 11 U.S.C. § 330, subject to the approval of this Court and in

5    compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Local

6    Rules, United States Trustee Guidelines and orders of this Court, on an hourly basis plus

7    reimbursement of actual, necessary expenses and other charges incurred, to be paid monthly. My

8    current hourly rate is $750. I also intend to utilize a nurse practitioner whose hourly rate is $325,

9    and, if deemed necessary and prudent, will also utilize other medial operations consultants to assist

10   me in performing my duties and responsibilities. The expenses charged to clients include, among

11   other things, telephone and telecopier charges, mail and express mail charges, special or hand

12   delivery charges, document processing, photocopying charges, word processing charges, courier

13   services, overnight delivery services, docket and court filing fees, telecommunications, travel

14   expenses, expenses for working meals, computerized research and transcription costs, as well as

15   non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. I will

16   charge the estates for my fees and expenses in the manner and at the rates consistent with charges

17   made generally to my clients.

18       7.    I also intend to retain Levene, Neale, Bender, Yoo & Brill L.L.P. as my counsel to

19   assist me with this engagement and will apply for Court approval of my retention and payment of

20   counsel.

21       8.    To the best of my knowledge, I am a disinterested person within the meaning of 11

22   U.S.C. § 101(14) in that I am not a creditor, equity security holder or insider of the debtors as

23   defined by 11 U.S.C. § 101(31), or past or present officer, director or employee of the debtors, and

24   do not hold an interest materially adverse to the estate or any class of creditors or equity security

25   holders, by reason of any direct or indirect relationship to connection with or interest in, the

26   debtors or for any other reason. If information comes to my attention that changes these facts, I

27   will advise the Court and the United States Trustee immediately.

28

1        To the best of my knowledge, I declare under penalty of perjury that the foregoing under

2    the laws of the United States of America that the foregoing is true and correct.

3

4        Executed on the 2nd Day of October 2018, at Los Angeles, California.

5

6    _____

7    J. Nathan Rubin, M.D., F.A.C.C.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*):   __**APPLICATION FOR ORDER APPROVING THE APPOINTMENT OF PATIENT CARE OMBUDSMAN**__
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__10/3/18__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

>       SEE ATTACHED LIST

⊠       Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __10/3/18__  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

>       SEE ATTACHED LIST

⊠  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/3/18__ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/3/18 | Lawrence Pleasant | *signature* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Robert N Amkraut    ramkraut@foxrothschild.com
- Simon Aron    saron@wrslawyers.com
- James Cornell Behrens    jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster
  @milbank.com;JWeber@milbank.com
- Bruce Bennett    bbennett@jonesday.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
- Steven M Berman    sberman@slk-law.com
- Alicia K Berry    Alicia.Berry@doj.ca.gov
- Stephen F Biegenzahn    efile@sfblaw.com
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- Dustin P Branch    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Kevin M Eckhardt    keckhardt@huntonak.com, keckhardt@hunton.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- Robert M Hirsh    Robert.Hirsh@arentfox.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, vtorres@hopkinscarley.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Gary E Klausner    gek@lnbyb.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, kireland@bushgottlieb.com
- Darryl S Laddin    bkrfilings@agg.com
- Richard A Lapping    richard@lappinglegal.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@
  dentons.com;joan.mack@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- John A Moe    john.moe@dentons.com,
  glenda.spratt@dentons.com;derry.kalve@dentons.com;jennifer.wall@dentons.com,andy.jinnah@dentons.com;br
  yan.bates@dentons.com
- Monserrat Morales    mmorales@marguliesfaithlaw.com,
  Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Mark A Neubauer    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
- Bryan L Ngo    bngo@fortislaw.com,
  Info@fortislaw.com;BNgo@bluecapitallaw.com;info@bluecapitallaw.com;SPicariello@fortislaw.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Mark D Plevin    mplevin@crowell.com, cromo@crowell.com
- Lori L Purkey    bareham@purkeyandassociates.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Debra Riley    driley@allenmatkins.com, jbatiste@allenmatkins.com
- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
- Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- Nathan A Schultz    nschultz@foxrothschild.com
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
- Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
- Michael St James    ecf@stjames-law.com
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
- Sabrina L Streusand    Streusand@slollp.com
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Neal L Wolf    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL**:
- DEBTOR: Verity Health System of California, Inc., 2040 E. Mariposa Avenue, El Segundo, CA 90245
- DEBTOR'S ATTY: Samuel R Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017
- CREDITORS' COMMITTEE MEMBER: Aetna Life Insurance Company, Attn: Paul Weller, Head of Provider Litigation, 1425 Union Meeting Road, Mail Stop U23S, Blue Bell, PA 19422
- CREDITORS' COMMITTEE MEMBER: Allscripts Healthcare, LLC, c/o Greg Bianchi, 10 Glenlake Parkway, Suite 500, Atlanta, GA 30328
- CREDITORS' COMMITTEE MEMBER: California Nurses Association (CNA), Attn: Krysten Skogstad, In-House Counsel, 155 Grand Avenue, Oakland, CA 94612
- CREDITORS' COMMITTEE MEMBER: Iris Lara, c/o Trisha Monesi, 1875 Century Park East, Suite 100, Los Angeles, CA 90067
- CREDITORS' COMMITTEE MEMBER: Medline Industries, Inc., Three Lakes Drive, Northfield, IL 60093
- CREDITORS' COMMITTEE MEMBER: Pension Benefit Guaranty Corporation ("PBGC"), Attn: Michael Strollo and Emily Lesniewski, 1200 K Street, NW, Washington, DC 20005
- CREDITORS' COMMITTEE MEMBER: SEIU United Healthcare Workers West, Attn: David Miller, 560 Thomas L Berkeley Way, Oakland, CA 94612-1602
- CREDITORS' COMMITTEE MEMBER: Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC, Attn: Brad Hamman, 283 Cranes Roost Blvd, Ste 260, Altamonte Springs, FL 32701
- CREDITORS' COMMITTEE MEMBER: St. Vincent IPA Medical Corporation, c/o Mark Neubauer, Esq. and Donald Kirk, Esq., Carlton Fields Jorden Burt, LLP, 2000 Avenue of the Stars, Suite 530N, Los Angeles, CA 90067-4707
- MANUAL: Sam J Alberts, DENTONS US LLP, 1900 K Street NW, Washington, DC 20006
- MANUAL: Margaret M Anderson, Fox Swibel Levin & Carroll LLP, 200 West Madison St, Chicago, IL 60606
- MANUAL: Alicia Berry, California Attorney General, 300 South Spring St Ste 1702, Los Angeles, CA 90013
- MANUAL: Daniel S Bleck, Mintz, Levin, et al, One Financial Center, Boston, MA 02111
- MANUAL: Nathan F Coco, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
- MANUAL: Ian A Hammel, Mintz Levin Cohn Ferris Glovsky & Popeo, One Financial Center, Boston, MA 02111
- MANUAL: Donald R Kirk, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780
- MANUAL: Claude D Montgomery, DENTONS US LLP, 1221 AVENUE OF THE AMERICAS, New York, NY 10020-1001
- MANUAL: Charles E Nelson, Ballard Spahr LLP, 80 S Eighth St Ste 2000, Minneapolis, MN 55402
- MANUAL: Megan Preusker, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
- MANUAL: Jason Reed, MASLON LLP, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402
- MANUAL: Paul J Ricotta, Mintz Levin Cohn Ferris Glovsky and Pope, Chrysler Center, 666 Third Ave New York, NY 10017
- MANUAL: Ryan Schultz, Fox Swibel Levin & Carroll LLP, 200 W. Madison Street, Suite 3000 Chicago, IL 60606
- MANUAL: William P Wassweiler, Ballard Spahr LLP, 80 S Eighth St Ste 2000, Minneapolis, MN 55402
- MANUAL: Clark Whitmore, MASLON LLP, 3300 WELLS FARGO CENTER, 90 S 7TH STREET, MINNEAPOLIS, MN 55402
- MANUAL: John Ryan Yant, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000, Tampa, FL 33607-5780

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**