| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON, UNITED STATES TRUSTEE<br>JILL M. STURTEVANT (SBN 089395), ASSISTANT U.S. TRUSTEE<br>HATTY YIP (SBN 246487), TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>Phone: (213) 894-1507, Fax: (213) 894-2603<br>Email: hatty.yip@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: UNITED STATES TRUSTEE | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et. al.,<br><br><br>Debtor(s) | CASE NO.: 2:18-bk-20151-ER<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** *(title of motion[1])*: Stipulation for Order Directing the Appointment of a Patient Care Ombudsman... |

PLEASE TAKE NOTE that the order titled  Order Approving Stipulation for Order Directing the Appointment of a Patient Care Ombudsman pursuant to 11 U.S.C. Sec. 333 266

was lodged on *(date)*  09/24/2018   and is attached.  This order relates to the motion which is docket number 266 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                        F 9021-1.2.BK.NOTICE.LODGMENT

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  HATTY YIP, State Bar No. 246487
   ALVIN PAN MAR, State Bar No.
4  TRIAL ATTORNEY
   OFFICE OF THE UNITED STATES TRUSTEE
5  915 Wilshire Blvd., Suite 1850
   Los Angeles, California 90017
6  (213) 894-1507 telephone
   (213) 894-2603 facsimile
7  Email: hatty.yip@usdoj.gov

8                   **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10                          **LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Lead Case No.: 2:18-bk-20151-ER |
| **VERITY HEALTH SYSTEM OF CALIFORNIA, INC.** *et al.*, | Jointly Administered With:<br>Case No.: 2:18-bk-20162-ER;<br>Case No.: 2:18-bk-20163-ER;<br>Case No.: 2:18-bk-20164-ER; |
| Debtor(s). | Case No.: 2:18-bk-20165-ER;<br>Case No.: 2:18-bk-20167-ER;<br>Case No.: 2:18-bk-20168-ER; |
| ___ Affects All Debtors<br>_X_ Affects Verity Health System of California, Inc.<br>_X_ Affects O'Connor Hospital<br>_X_ Affects Saint Louise Regional Hospital<br>_X_ Affects St. Francis Medical Center<br>_X_ Affects St. Vincent Medical Center<br>_X_ Affects Seton Medical Center<br>___ Affects O'Connor Hospital Foundation<br>___ Affects Saint Louise Regional Hospital Foundation<br>___ Affects St. Francis Medical Center of Lynwood Foundation<br>___ Affects St. Vincent Foundation<br>_X_ Affects St. Vincent Dialysis Center, Inc.<br>___ Affects Seton Medical Center Foundation<br>___ Affects Verity Business Services<br>_X_ Affects Verity Medical Foundation<br>___ Affects Verity Holdings, LLC<br>___ Affects De Paul Ventures, LLC<br>_X_ Affects De Paul Ventures – San Jose Dialysis, LLC | Case No.: 2:18-bk-20169-ER;<br>Case No.: 2:18-bk-20171-ER;<br>Case No.: 2:18-bk-20172-ER;<br>Case No.: 2:18-bk-20173-ER;<br>Case No.: 2:18-bk-20175-ER;<br>Case No.: 2:18-bk-20176-ER;<br>Case No.: 2:18-bk-20178-ER;<br>Case No.: 2:18-bk-20179-ER;<br>Case No.: 2:18-bk-20180-ER;<br>Case No.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**ORDER APPROVING STIPULATION FOR ORDER DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333**<br><br>[NO HEARING REQUIRED] |
| Debtors and Debtors In Possession | |

- 1 -

After consideration of the Stipulation for Order Directing the Appointment of a Patient Care Ombudsman pursuant to 11 U.S.C. § 333, filed by the United States Trustee, and for good cause appearing, the Court orders as follows:

IT IS HEREBY ORDERED that the Stipulation is APPROVED in its entirety;

IT IS FUTHER ORDERED that Verity Health System of California, Inc, O'Connor Hospital, Saint Louise Regional Hospital, St. Francis Medical Center, St. Vincent Medical Center, Seton Medical Center, St. Vincent Dialysis Center, Inc., Verity Medical Foundation, De Paul Ventures—San Jose Dialysis LLC (collectively, the "Debtors") are health care businesses as defined under § 101(27)(A);

IT IS FURTHER ORDERED that the appointment of a patient care ombudsman pursuant to 11 U.S.C. § 333 is appropriate under the circumstances; and

IT IS FURTHER ORDERED that the United States Trustee is directed to appoint a patient care ombudsman.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __09/24/2018__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __09/24/2018__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED LIST

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __09/24/2018__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/24/2018 | Lawrence Pleasant | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 2   **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Simon Aron    saron@wrslawyers.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Alicia K Berry    Alicia.Berry@doj.ca.gov
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Steven T Gubner    sgubner@bg.law, ecf@bg.law
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;rosabeltran@dwt.com
- Darryl S Laddin    bkrfilings@agg.com
- Richard A Lapping    richard@lappinglegal.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
- Aram Ordubegian    ordubegian.aram@arentfox.com
- Lori L Purkey    bareham@purkeyandassociates.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
- Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com;jmariani@mwe.com
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell    gft@vrmlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:
   - DEBTOR: Verity Health System of California, Inc., 2040 E. Mariposa Avenue, El Segundo, CA 90245
   - DEBTOR'S ATTY: Samuel R Maizel, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017
   - CREDITORS' COMMITTEE MEMBER: Aetna Life Insurance Company, Attn: Paul Weller, Head of Provider Litigation, 1425 Union Meeting Road, Mail Stop U23S, Blue Bell, PA 19422
   - CREDITORS' COMMITTEE MEMBER: Allscripts Healthcare, LLC, c/o Greg Bianchi, 10 Glenlake Parkway, Suite 500, Atlanta, GA 30328
   - CREDITORS' COMMITTEE MEMBER: California Nurses Association (CNA), Attn: Krysten Skogstad, In-House Counsel, 155 Grand Avenue, Oakland, CA 94612
   - CREDITORS' COMMITTEE MEMBER: Iris Lara, c/o Trisha Monesi, 1875 Century Park East, Suite 100, Los Angeles, CA 90067
   - CREDITORS' COMMITTEE MEMBER: Medline Industries, Inc., Three Lakes Drive, Northfield, IL 60093
   - CREDITORS' COMMITTEE MEMBER: Pension Benefit Guaranty Corporation ("PBGC"), Attn: Michael Strollo and Emily Lesniewski, 1200 K Street, NW, Washington, DC 20005
   - CREDITORS' COMMITTEE MEMBER: SEIU United Healthcare Workers West, Attn: David Miller, 560 Thomas L Berkeley Way, Oakland, CA 94612-1602
   - CREDITORS' COMMITTEE MEMBER: Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC, Attn: Brad Hamman, 283 Cranes Roost Blvd, Ste 260, Altamonte Springs, FL 32701
   - CREDITORS' COMMITTEE MEMBER: St. Vincent IPA Medical Corporation, c/o Mark Neubauer, Esq. and Donald Kirk, Esq., Carlton Fields Jorden Burt, LLP, 2000 Avenue of the Stars, Suite 530N, Los Angeles, CA 90067-4707
   - MANUAL: Sam J Alberts, DENTONS US LLP, 1900 K Street NW, Washington, DC 20006
   - MANUAL: Alicia Berry, California Attorney General, 300 South Spring St Ste 1702, Los Angeles, CA 90013
   - MANUAL: Daniel S Bleck, Mintz, Levin, et al, One Financial Center, Boston, MA 02111
   - MANUAL: Nathan F Coco, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
   - MANUAL: Ian A Hammel, Mintz Levin Cohn Ferris Glovsky & Popeo, One Financial Center, Boston, MA 02111
   - MANUAL: Donald R Kirk, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780
   - MANUAL: Claude D Montgomery, DENTONS US LLP, 1221 AVENUE OF THE AMERICAS, New York, NY 10020-1001
   - MANUAL: Megan Preusker, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029
   - MANUAL: Jason Reed, MASLON LLP, 3300 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402
   - MANUAL: Paul J Ricotta, Mintz Levin Cohn Ferris Glovsky and Pope, Chrysler Center, 666 Third Ave New York, NY 10017
   - MANUAL: Ryan Schultz, Fox Swibel Levin & Carroll LLP, 200 W. Madison Street, Suite 3000 Chicago, IL 60606
   - MANUAL: Clark Whitmore, MASLON LLP, 3300 WELLS FARGO CENTER, 90 S 7TH STREET, MINNEAPOLIS, MN 55402
   - MANUAL: John Ryan Yant, Carlton Fields Jorden Burt, P.A., 4221 W. Boy Scout Blvd., Suite 1000, Tampa, FL 33607-5780

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE