SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Proposed Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Ernest M. Robles<br><br>Chapter 11 Cases<br><br>**DECLARATION OF JAMES MALONEY IN SUPPORT OF DEBTORS' NOTICE OF MOTION AND MOTION FOR THE ENTRY OF (I) AN ORDER (1) APPROVING FORM OF ASSET PURCHASE AGREEMENT FOR STALKING HORSE BIDDER AND FOR PROSPECTIVE OVERBIDDERS TO USE, (2) APPROVING AUCTION SALE FORMAT, BIDDING PROCEDURES AND STALKING HORSE BID PROTECTIONS, (3) APPROVING FORM OF NOTICE TO BE PROVIDED TO INTERESTED PARTIES, (4) SCHEDULING A COURT HEARING TO CONSIDER APPROVAL OF THE SALE TO THE HIGHEST BIDDER AND (5) APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (II) AN ORDER (A) AUTHORIZING THE SALE OF PROPERTY FREE AND CLEAR OF ALL CLAIMS, LIENS AND ENCUMBRANCES**<br><br>Hearing:<br>Date:  October 24, 2018<br>Time:  10:00 am<br>Location:  Courtroom 1568<br>            255 E. Temple St., Los Angeles, CA |

- 1 -

109259845\V-2

1. I am a managing director of Cain Brothers, which is a division of KeyBanc Capital Markets Inc. ("KBCM"), a wholly-owned broker/dealer subsidiary of KeyCorp and an affiliate of KeyBank National Association. I am located in Cain Brothers's San Francisco office which is located at 601 California Street, Suite 1505, San Francisco. Mr. Carsten Beith and I are the co-heads of Cain Brothers's Health Systems M&A group and Mr. Beith is also actively involved in this engagement with Verity Health. I am over the age of 18 and competent to testify as to the facts set forth herein and will do so if called upon.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, from information gathered from other employees within the Debtors' organization, my review of relevant documents, or my opinion based upon my experience concerning the operations of the Debtors. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. I submit this Declaration in support of the *Motion For The Entry Of (I) An Order (1) Approving Form Of Asset Purchase Agreement For Stalking Horse Bidder And For Prospective Overbidders To Use, (2) Approving Auction Sale Format, Bidding Procedures And Stalking Horse Bid Protections, (3) Approving Form Of Notice To Be Provided To Interested Parties, (4) Scheduling A Court Hearing To Consider Approval Of The Sale To The Highest Bidder And (5) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; And (Ii) An Order (A) Authorizing The Sale Of Property Free And Clear Of All Claims, Liens And Encumbrances* (The "Motion") [Docket No. 365]. All capitalized terms not defined herein have the meaning ascribed to them in the Motion.

4. Prior to the Petition Date, the Debtors engaged in substantial efforts to market and sell their assets. In June 2018, the Debtor engaged Cain Brothers, a division of KeyBanc Capital Markets ("Cain"), to identify potential buyers of some or all of the Verity hospitals and related assets and commenced discussions with those potential buyer. I have been one of the two principals leading the sale efforts on behalf of Verity, including in the selection of Santa Clara

- 2 -

109259845\V-2

County as the Stalking Horse Bidder for the Debtors' hospitals and related assets in Santa Clara County.

5. Beginning in June 2018, Cain began working with Verity Health and its counsel to collect and review financial, operational and other information about the historic, current and project future operations and financial performance of Verity Health and each of its affiliates. Cain also began developing a list of potentially interested buyers for the Verity Health system and for each of its affiliates. Cain created a potential buyers list and, in July, began soliciting interest from potentially interested parties and asking potential buyers to sign non-disclosure agreements ("NDAs"). During July, Cain also prepared a Confidential Investment Memorandum (the "CIM") and organized an online data site to share financial, operational and legal information with potentially buyers to assist them in evaluating an offer to acquire some or all of the Verity Health system. Through this process, Cain has contacted over 125 strategic and financial buyers and 69 of those potential buyers have executed NDAs and has advanced significantly towards achieving sales.

6. In August 2018, as a result of its ongoing and broad marketing process, Cain received 11 Indications of Interest ("IOI"). During September 2018, Cain has continued to reach out to and negotiate with potential buyers for all the Debtors hospitals. The Debtors, in consultation with Cain and its other advisors, selected this offer from Santa Clara County to serve as the stalking horse bidder to acquire substantially all of the Debtors' assets in Santa Clara County through a sale under § 363 of the Bankruptcy Code.

7. The Santa Clara County assets of Verity Health consist primarily of O'Connor Hospital in San Jose, Saint Louise Regional Hospital in Gilroy, the DePaul Campus, which is an ambulatory care center operated in a building adjacent to a closed hospital in Morgan Hill and a joint-venture interest in a medical office building located near the O'Connor campus. Some of the potential buyers that evaluated acquiring the Santa Clara County assets were interested in acquiring the entire Verity Health System and some potential buyers were interested in acquiring just the assets located in Santa Clara County. Cain worked with the debtor and its financial and

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109259845\V-2

legal advisors to evaluate the proposals for whole system purchases as well as the proposals for the parts of Verity and determined that the expected net proceeds would be higher if the Verity assets were sold separately as opposed to the entire Verity Health System to a single buyer.

8. Although many entities initially expressed an interest in the Assets, recent and current financial performance of the health system, the capital investment requirements to meet the seismic safety requirements and other capital investment needs, and the Attorney General operating conditions imposed in the 2015 Blue Mountain Transaction created challenges for many potential bidders. The transaction proposed by the Stalking Horse Bidder is the best offer available to the Debtors under the circumstances, and fulfills the Debtors' objectives of transferring these facilities to entities which can keep them open to provide patient care to the communities they serve. In addition, Santa Clara County is expected to be able to consummate a transaction more quickly than private not-for-profit or for-profit buyers which reduces the uncertainty of the timing of closing.

9. In my experience, any entity entering into a bankruptcy auction as a stalking horse bidder will demand a break - up fee, and this Stalking Horse Bidder is no exception. The bidder required a break-up fee to serve as the Stalking Horse Bidder to compensate the bidder for the substantial expenses it has incurred related to its legal and financial due diligence efforts including those associated with negotiating the Stalking Horse Bid asset purchase agreement. I believe that the break-up fee associated with this Stalking Horse Bid is in the best interest of the Debtor because it induced the bidder to submit an offer that creates a floor price for the Assets with a high quality buyer that has a very high certainty of closing. Additionally, I believe that this Stalking Horse Bid will encourages other bidders to participate in the auction, because the Stalking Horse Bidder is a highly respected governmental entity, which owns and operates a comprehensive healthcare system in Santa Clara County which sends a positive message to the market about the Debtor's assets.

10. I understand that the "market standard" for break-up fees in chapter 11 auctions is between 3% and 5%. Using the proposed break-up fee of $9,400,000 and the purchase price under

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1 | the Stalking Horse APA of $235 million, I calculate the break-up fee as approximately 4% of the
2 | value of the transaction, which is reasonable.
3 |     I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct.
5 |     Executed this 2nd day of October, 2018 in Los Angeles, California.

_____
JAMES MOLONEY

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109259845\V-2