1  Jason D. Strabo (SBN 246426)
McDermott Will & Emery LLP
2  2049 Century Park East
38th Floor
3  Los Angeles, CA 90067-3218
Telephone: 310.788.4125
4  Facsimile: 310.277.4730
Email: jstrabo@mwe.com
5
Nathan F. Coco (admitted *pro hac vice*)
6  Megan Preusker (admitted *pro hac vice*)
McDermott Will & Emery LLP
7  444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
8  Telephone: 312.372.2000
Facsimile: 312.984.7700
9  Email: ncoco@mwe.com
mpreusker@mwe.com
10

Clark T. Whitmore (admitted *pro hac vice*)
Jason Reed (admitted *pro hac vice*)
Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  612.672.8335
Facsimile:  612.642.8335
Email: Clark.Whitmore@maslon.com
Jason.Reed@maslon.com

11  *Attorneys for U.S. Bank National Association, not individually
but as Series 2015 Note Trustee and Series 2017 Note Trustee, respectively*

12

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

13

14  In re:

15  VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., *et al.*,

16          Debtors.

17

18

19

20

21

22

23

24

Case 2:18-bk-20151-ER
Jointly Administered
Chapter 11 Cases

**RESPONSE OF U.S. BANK NATIONAL
ASSOCIATION, AS SERIES 2015 NOTE
TRUSTEE AND SERIES 2017 NOTE
TRUSTEE, TO OBJECTION TO
DEBTORS' PROPOSED FORM OF
ORDER ON MOTION OF DEBTORS FOR
FINAL ORDER (A) AUTHORIZING THE
DEBTORS TO OBTAIN POST PETITION
FINANCING, (B) AUTHORIZING THE
DEBTORS TO USE CASH COLLATERAL
AND (C) GRANTING ADEQUATE
PROTECTION TO PREPETITION
SECURED CREDITORS PURSUANT TO
11 U.S.C. §§ 105, 363, 364, 1107 AND 1108**

25

26

27

28

U.S. Bank National Association, not individually but in its respective capacities as Series 2015 Note Trustee and as Series 2017 Note Trustee (collectively, the "**Notes Trustee**"), submits this response to the *Objection to Debtors' Proposed Form of Order on Motion of Debtors for Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing, (B) Authorizing the Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108* [Docket No. 398] (the "**Objection**") filed by UMB Bank, N.A., as successor master indenture trustee (the "**Master Trustee**"), and Wells Fargo Bank, National Association, as indenture trustee for the Series 2005 Bonds (the "**Series 2005 Trustee**").

1.    On October 3, 2018, the Court held a final hearing on the *Emergency Motion of Debtors for Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing, (B) Authorizing the Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108* [Docket No. 31] (the "**Financing Motion**").[1]  Following the hearing, the Debtors lodged a proposed form of final order on the Financing Motion (the "**Proposed Final Order**").

2.    The Debtors included additional language in Section 5(a) of the Proposed Final Order, as indicated on the record in open court, to address the court's ruling in response to the objection of the Master Trustee and the Series 2005 Trustee to the Financing Motion.  In particular, the Debtors revised Section 5(a) of the Proposed Final Order to provide, "[u]nless otherwise ordered by the Court, the Intercreditor Agreement shall not be deemed to be amended, altered or modified by the terms of this Final Order or the DIP Financing Agreements."  The Notes Trustee submits that this language accurately reflects the Court's limited ruling, and is consistent with the language that Debtors' counsel, Claude D. Montgomery, read into the record at the hearing.[2]  The Notes Trustee relied upon and agreed to this language as having resolved the objection to the Financing Motion.

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Financing Motion.

[2] While the Notes Trustee does not have access to the hearing transcript, should the transcript be available to the Court, the Notes Trustee believes that the transcript is entirely consistent with the language the Debtors incorporated into the Proposed Final Order.

3.      In the Objection, the Master Trustee and Series 2005 Trustee now seek the addition of language beyond the scope of the Court's limited ruling that, absent an order of the Court, the Intercreditor Agreement would not be deemed altered.  In particular, the Master Trustee and the Series 2005 Trustee propose that an additional proviso be inserted into Section 5(a), mid-sentence and mid-paragraph, stating as follows:  "further provided that notwithstanding the foregoing, the Intercreditor Agreement shall continue to govern the relative priorities, rights and remedies of the Prepetition Secured Creditors unless otherwise ordered by the Court, . . . ."  In the Notes Trustee's view, this proviso does not accurately reflect the statements of the Court or Debtors' counsel about the Court's intended modification of the order on the Financing Motion.

4.      The alternative language suggested in the Objection subtly goes beyond preserving the rights of the parties under the Intercreditor Agreement and would introduce errors.  First, it erroneously supposes that all of the Prepetition Secured Creditors are parties to the Intercreditor Agreement, which they are not.  Second, it erroneously implies that the scope of the Intercreditor Agreement, which is a bilateral subordination arrangement between the Master Trustee and the Notes Trustee, somehow governs broad categories of priorities, rights and remedies to which it may not apply.  Moreover, the preemptory clause "notwithstanding the foregoing" converts the agreed-upon savings clause to an affirmative and improper alteration of the adequate protection rights granted in the prior clauses of Section 5(a) to both parties and non-parties to the Intercreditor Agreement.  The Notes Trustee has not consented to, and does not consent to, its inclusion.

WHEREFORE, for the foregoing reasons, the Notes Trustee respectfully requests that the Court enter the Proposed Final Order in the form submitted by the Debtors.

Dated:  October 4, 2018

**MCDERMOTT WILL & EMERY LLP**


By:  /s/ Jason D. Strabo
     Jason D. Strabo


**MASLON LLP**


By:  /s/ Clark T. Whitmore
     Clark T. Whitmore

*Attorneys for U.S. Bank National Association, not individually but as Series 2015 Note Trustee and Series 2017 Note Trustee, respectively*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
McDermott Will & Emery LLP, 2049 Century Park East, 38th Floor, Los Angeles, CA 90067-3218.

A true and correct copy of the foregoing document entitled RESPONSE OF U.S. BANK NATIONAL ASSOCIATION, AS
SERIES 2015 NOTE TRUSTEE AND SERIES 2017 NOTE TRUSTEE, TO OBJECTION TO DEBTORS' PROPOSED
FORM OF ORDER ON MOTION OF DEBTORS FOR FINAL ORDER (A) AUTHORIZING THE DEBTORS TO OBTAIN
POST PETITION FINANCING, (B) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL AND (C) GRANTING
ADEQUATE PROTECTION TO PREPETITION SECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 105, 363, 364,
1107 AND 1108 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-
2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October
4, 2018, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the
Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Hatty K. Yip and Alvin Mar on behalf of the United States Trustee
hatty.yip@usdoj.gov; Alvin.mar@usdoj.gov, ustpregion16.la.ecf@usdoj.gov

Samuel R. Maizel, John A. Moe, and Tania M. Moyron on behalf of the Debtors:
samuel.maizel@dentons.com; john.moe@dentons.com; tania.moyron@dentons.com

Gregory A. Bray, Mark Shinderman, and James C. Behrens on behalf of the Official Committee of Unsecured
Creditors of Verity Health System of California, Inc., et al.
gbray@milbank.com, mshinderman@milbank.com, jbehrens@milbank.com, hmaghakian@milbank.com,
dodonnell@milbank.com, jbrewster@milbank.com, jweber@milbank.com

Emily P. Rich, Tracy L. Mainguy, and Caitlin E. Gray on behalf of Stationary Engineers Local 39, SEIU United
Healthcare Workers-West, Stationary Engineers Local 39 Pension Trust Fund, and Stationary Engineers Local 39
Health & Welfare Trust Fund
bankruptcycourtnotices@unioncounsel.net, erich@unioncounsel.net, tmainguy@unioncounsel.net,
cgray@unioncounsel.net

Hutchinson B. Meltzer on behalf of the Deputy Attorney General
hutchinson.meltzer@doj.ca.gov

Mary H. Rose
mrose@buchalter.com

Mark A. Neubauer
mneubauer@carltonfields.com

Abigail V. O'Brient
avobrient@mintz.com

Lori L. Purkey on behalf of Stryker Corporation, et al.
purkey@purkeyandassociates.com

Kyrsten B. Skogstad and Nicole J. Daro on behalf of California Nurses Association
kskogstad@calnurses.org, ndaro@calnurses.org

Jennifer Nassiri on behalf of Old Republic Insurance Company
jennifernassiri@quinnemanuel.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Ralph J. Swanson on behalf of O'Connor Building LLC
Ralph.swanson@berliner.com

Lori A. Butler, Melissa T. Ngo, Damarr M. Butler on behalf of Pension Benefit Guaranty Corporation
Butler.lori@pbgc.com
Ngo.melissa@pbgc.gov
Butler.damarr@pbgc.gov

Aaron Davis on behalf of US Foods, Inc.
Aaron.davis@bclplaw.com

Latonia Williams on behalf of AppleCare Medical Management, LLC, et al.
lwilliams@goodwin.com, bankruptcy@goodwin.com

Darryl S. Laddin on behalf of Sysco Los Angeles, Inc.
Darryl.laddin@agg.com, bkrfilings@agg.com

Craig G. Margulies
craig@marguliesfaithlaw.com, victoria@marguliesfaithlaw.com, helen@marguliesfaithlaw.com

Matthew S. Walker on behalf of Stanford Health Care
Matthew.walker@pillsburylaw.com

Michael B. Reynolds
mreynolds@swlaw.com, kcollins@swlaw.com

Alicia Berry
Alicia.berry@doj.ca.gov

Kenneth K. Wang on behalf of California Department of Health Care Services
Kenneth.wang@doj.ca.gov

Richard A. Lapping on behalf of Retirement Plan for Hospital Employees
rich@trodellalapping.com

Mark A. Serlin on behalf of Rightsourcing, Inc.
ms@swllplaw.com, mor@swllplaw.com

Kevin H. Morse
Kevin.morse@saul.com

Paul J. Ricotta, Ian A. Hammel, and Daniel S. Bleck on behalf of UMB Bank, N.A., as Master Indenture Trustee
and Wells Fargo Bank, National Association, as Indenture Trustee
dsbleck@mintz.com, pjricotta@mintz.com, iahammel@mintz.com

Elan S. Levey on behalf of Pension Benefit Guaranty Corporation
Elan.levey@usdoj.gov

Scott E. Blakeley on behalf of Universal Hospital Services, Inc.
Seb@blakeleyllp.com, ecf@blakeleyllp.com

Aram Ordubegian, M. Douglas Flahaut, and Robert M. Hirsch on behalf of Medline Industries, Inc.
Aram.ordubegian@arentfox.com, douglas.flahaut@arentfox.com, Robert.hirsch@arentfox.com

Gary F. Torrell
gft@vrmlaw.com

Jason Wallach

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

jwallach@ghplaw.com

Jeffrey K. Garfinkle on behalf of McKesson Corporation
jgarfinkle@buchalter.com, docket@buchalter.com, dcyrankowski@buchalter.com

Julie H. Rome-Banks on behalf of Bay Area Surgical Management, LLC
julie@bindermalter.com

Lawrence B. Gill
lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

Marianne S. Mortimer on behalf of Premier, Inc.
mmortimer@sycr.com

Rosa A. Shirley
rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com, lgill@nelsonhardiman.com

Simon Aron on behalf of RCB Equitis #1, LLC
saron@wrslawyers.com

Kevin M. Eckhart on behalf of Smith & Nephew, Inc.
keckhardt@huntonAK.com

Gary E. Klausner
gek@lnbyb.com

Elizabeth Berke-Dreyfuss on behalf of Center for Dermatology, Cosmetic and Laser Surgery
edreyfuss@wendel.com

Ivan L. Kallick
ikallick@manatt.com

Steven M. Berman on behalf of KForce, Inc.
sberman@slk-law.com

Debra A. Riley on behalf of California Statewide Communities Development Authority
driley@allenmatkins.com

Joseph A. Kohanski, David E. Ahdoot, and Kirk M. Prestegard on behalf of United Nurses Associations of
California/Union of Health Care Professionals
jkohanski@bushgottlieb.com, dahdoot@bushgottlieb.com, kprestegard@bushgottlieb.com

Mark D. Plevin
mplevin@crowell.com

Neal L. Wolf on behalf of Sports, Orthopedic and Rehabilitation Associates
nwolf@hansonbridgett.com

Neal L. Wolf on behalf of San Jose Medical Group, Inc.
nwolf@hansonbridgett.com

Megan A. Rowe
mrowe@dsrhealthlaw.com

Michael A. Sweet, Nathan A. Schultz, and Robert N. Amkraut on behalf of Swinerton Builders
msweet@foxrothschild.com, nschultz@foxrothschild.com, ramkraut@foxrothschild.com

Dustin P. Branch and Nicholas M. Gross on behalf of Wells Fargo Bank, National Association

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

branchd@ballardspahr.com, grossn@ballardspahr.com

Michael D. Breslauer on behalf of Hunt Spine Institute, Inc.
mbreslauer@swsslaw.com

Julie H. Rome-Banks
julie@bindermalter.com

Michael St. James on behalf of Medical Staff of Seton Medical Center
michael@stjames-law.com

Peter J. Benvenutti on behalf of County of San Mateo
pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com

Christine R. Etheridge on behalf of Fka GE Capital Wells Fargo Vendor Financial Services, LLC
Christine.etheridge@ikonfin.com

Mary H. Haas on behalf of American National Red Cross
maryhaas@dwt.com, melissastrobel@dwt.com, laxdocket@dwt.com, yunialubega@dwt.com

Monique D. Jewett-Brewster on behalf of Paragon Mechanical, Inc.
mjb@hopkinscarley.com, vtorres@hopkinscarley.com

Monserrat Morales
mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com

Gerrick M. Warrington
gwarrington@frandzel.com

Michael Gerard Fletcher
mfletcher@frandzel.com

Bryan L. Ngo and Salvatore Picariello
bngo@fortislaw.com
nfo@fortislaw.com

Sabrina L. Streusand on behalf of NTT DATA Services Holding Corporation
streusand@slollp.com

Ron Bender
rb@lnbyb.com

Monica Y. Kim
myk@lnbyb.com

Phillip K. Wang on behalf of Delta Dental of California
Phillip.wang@rimonlaw.com

☐                                    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On October 4, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Claude D. Montgomery, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1000

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Sam J. Alberts, Dentons US LLP, 1900 K Street NW, Washington, DC 20006-1100

David W. Lively, Matthew P. James, Monique D. Jewett-Brewster, Hopkins & Carley, 70 S First Street, San Jose, CA 95113

Marilyn Klinger, Ryan B. Luther, SMTO Law, LLP, 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071

John Ryan Yant, Carlton Fields Jorden Burt, P.A. 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Ernest Robles
United States Bankruptcy Court for the Central District of California
Roybal Federal Building
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2018 | Jason D. Strabo | /s/ Jason D. Strabo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**