JONES DAY
Bruce S. Bennett (Cal. Bar No. 105430)
William J. Schumacher (Cal. Bar No. 303862)
555 South Flower St., Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 489-3939
Fax: (213) 243-2539
Email: bbennett@jonesday.com
        wschumacher@jonesday.com

*Attorneys for Verity MOB Financing LLC and Verity MOB Financing II LLC*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *ET AL.*,<br><br>Debtors. | CASE NO. 2:18-bk-20151-ER<br>Jointly Administered<br>Chapter 11 Cases<br><br>**RESPONSE OF VERITY MOB FINANCING LLC AND VERITY MOB FINANCING II LLC WITH RESPECT TO OBJECTION TO DEBTORS' PROPOSED FORM OF ORDER ON MOTION OF DEBTORS FOR FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO OBTAIN POST PETITION FINANCING, (B) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, AND (C) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 105, 363, 364, 1107 AND 1108** |

Verity MOB Financing LLC and Verity MOB Financing II LLC (collectively, "MOB Financing Entities"), with respect to the MOB Financing,[1] hereby submit this response to the *Objection to Debtors' Proposed Form of Order on Motion of Debtors for Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing, (B) Authorizing the Debtors to Use Cash Collateral, and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108* [Docket No. 398] (the "Objection") filed by UMB Bank, N.A., as successor master indenture trustee (the "Master Trustee"), and Wells Fargo Bank, National Association, as indenture trustee for the Series 2005 Bonds (the "Series 2005 Trustee"), and respectfully state as follows:

**RESPONSE**

1. The MOB Financing Entities support the proposed form of final order submitted by the Debtors with respect to their *Emergency Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Post Petition Financing (B) Authorizing the Debtors to Use Cash Collateral and (C) Granting Adequate Protection to Prepetition Secured Creditors Pursuant to 11 U.S.C. §§ 105, 363, 364, 1107 and 1108* [Docket No. 31] (the "Financing Motion"). The MOB Financing Entities do not consent to, and oppose, the proposed form of final order submitted by the Master Trustee and Series 2005 Trustee.

2. The proposed form of order submitted by the Master Trustee and Series 2005 Trustee is inconsistent with the MOB Financing Entities' understanding of the Court's decision, serves to confuse rather than clarify the relative priorities of the parties, and appears to seek inappropriately to alter the agreement of the parties with respect to adequate protection rights, including by suggesting that non-parties to the inter-creditor agreement are somehow governed by it.

3. For these reasons, the MOB Financing Entities respectfully request that the Objection be overruled.

---

[1] Terms not otherwise defined herein shall have the meaning ascribed in the DIP Motion or Interim DIP Order (as defined herein).

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2  Dated: October 4, 2018 | JONES DAY |
| 4 | By: /s/ Bruce S. Bennett |
| 5 | Bruce S. Bennett<br>555 South Flower Street, 50th Floor<br>Los Angeles, California 90071 |
| 7 | *Counsel for Attorneys for Verity MOB Financing LLC and Verity MOB Financing II LLC* |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): RESPONSE OF VERITY MOB FINANCING LLC AND VERITY MOB FINANCING II LLC WITH RESPECT TO OBJECTION TO DEBTORS' PROPOSED FORM OF ORDER ON MOTION OF DEBTORS FOR FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO OBTAIN POST PETITION FINANCING, (B) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, AND (C) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 105, 363, 364, 1107 AND 1108 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 4, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) October 4, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Claude D. Montgomery, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1000
- Sam J. Alberts, Dentons US LLP, 1900 K Street NW, Washington, DC 20006-1100
- David W. Lively, Matthew P. James, Monique D. Jewett-Brewster, Hopkins & Carley, 70 S First Street, San Jose, CA 95113
- Marilyn Klinger, Ryan B. Luther, SMTO Law, LLP, 355 S. Grand Avenue, Suite 2450, Los Angeles, CA 90071
- John Ryan Yant, Carlton Fields Jorden Burt, P.A. 4221 W. Boy Scout Blvd., Suite 1000 Tampa, FL 33607-5780
- Clark Whitmore, Maslon LLP, 3300 Wells Fargo Center, 90 S 7th St, Minneapolis, MN 55402
- Megan Preusker, Nathan F Coco, McDermott Will & Emery, 444 West Lake Street, Chicago, IL 60606-0029

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/4/18, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery:
Honorable Ernest Robles
United States Bankruptcy Court for the Central District of California
Roybal Federal Building
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/4/2018 | Chane Buck | /s/ Chane Buck |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Robert N Amkraut    ramkraut@foxrothschild.com
Simon Aron    saron@wrslawyers.com
James Cornell Behrens    jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
Ron Bender    rb@lnbyb.com
Bruce Bennett    bbennett@jonesday.com
Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
Steven M Berman    sberman@slk-law.com
Alicia K Berry    Alicia.Berry@doj.ca.gov
Stephen F Biegenzahn    efile@sfblaw.com
Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
Kevin M Eckhardt    keckhardt@huntonak.com, keckhardt@hunton.com
Christine R Etheridge    christine.etheridge@ikonfin.com
M Douglas Flahaut    flahaut.douglas@arentfox.com
Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
Robert M Hirsh    Robert.Hirsh@arentfox.com
Monique D Jewett-Brewster    mjb@hopkinscarley.com, vtorres@hopkinscarley.com
Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
Gary E Klausner    gek@lnbyb.com
Joseph A Kohanski    jkohanski@bushgottlieb.com, kireland@bushgottlieb.com
Darryl S Laddin    bkrfilings@agg.com
Richard A Lapping    richard@lappinglegal.com
Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Samuel R Maizel    samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
Alvin Mar    alvin.mar@usdoj.gov
Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
John A Moe    john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
Monserrat Morales    mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com
Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
Marianne S Mortimer    mmortimer@sycr.com
Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
Bryan L Ngo    bngo@fortislaw.com, Info@fortislaw.com;BNgo@bluecapitallaw.com;info@bluecapitallaw.com;SPicariello@fortislaw.com
Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
Aram Ordubegian    ordubegian.aram@arentfox.com
Mark D Plevin    mplevin@crowell.com, cromo@crowell.com
Lori L Purkey    bareham@purkeyandassociates.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Debra Riley    driley@allenmatkins.com, jbatiste@allenmatkins.com
Julie H Rome-Banks    julie@bindermalter.com
Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
Nathan A Schultz    nschultz@foxrothschild.com
Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
Michael St James    ecf@stjames-law.com
Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
Sabrina L Streusand    Streusand@slollp.com
Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
Gary F Torrell    gft@vrmlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com
Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
Neal L Wolf    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
Hatty K Yip    hatty.yip@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**