1  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
2  TANIA M. MOYRON (Bar No. 235736)
   tania.moyron@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Tel:  (213) 623-9300 / Fax:  (213) 623-9924
5
   Proposed Attorneys for the Chapter 11 Debtors and
6  Debtors In Possession

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| 9 In re | Lead Case No. 2:18-bk-20151-ER |
|---|---|
| 10 VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly Administered With: |
| 11 | Case No. 2:18-bk-20162-ER |
| 12 Debtors and Debtors In Possession. | Case No. 2:18-bk-20163-ER |
| | Case No. 2:18-bk-20164-ER |
| | Case No. 2:18-bk-20165-ER |

| 13 | |
|---|---|
| ☐ Affects All Debtors | Case No. 2:18-bk-20167-ER |
| ⊠ Affects Verity Health System of California, Inc. | Case No. 2:18-bk-20168-ER |
| 14 | Case No. 2:18-bk-20169-ER |
| ☐ Affects O'Connor Hospital | Case No. 2:18-bk-20171-ER |
| 15 ☐ Affects Saint Louise Regional Hospital | Case No. 2:18-bk-20172-ER |
| ☐ Affects St. Francis Medical Center | Case No. 2:18-bk-20173-ER |
| 16 ☐ Affects St. Vincent Medical Center | Case No. 2:18-bk-20175-ER |
| ☐ Affects Seton Medical Center | Case No. 2:18-bk-20176-ER |
| 17 ☐ Affects O'Connor Hospital Foundation | Case No. 2:18-bk-20178-ER |
| ☐ Affects Saint Louise Regional Hospital Foundation | Case No. 2:18-bk-20179-ER |
| 18 | Case No. 2:18-bk-20180-ER |
| ☐ Affects St. Francis Medical Center of Lynwood Foundation | Case No. 2:18-bk-20181-ER |
| 19 ☐ Affects St. Vincent Foundation | Chapter 11 |
| 20 ☐ Affects St. Vincent Dialysis Center, Inc. | |
| ☐ Affects Seton Medical Center Foundation | Hon. Judge Ernest M. Robles |
| 21 ☐ Affects Verity Business Services | |
| ☐ Affects Verity Medical Foundation | **GENERAL GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS** |
| 22 ☐ Affects Verity Holdings, LLC | |
| ☐ Affects De Paul Ventures, LLC | |
| 23 ☐ Affects De Paul Ventures - San Jose Dialysis, LLC | |
| 24 Debtors and Debtors In Possession. | |

25

26

27

28

*Vertical left margin text:* DENTONS US LLP  300 SOUTH GRAND AVENUE, 14TH FLOOR  LOS ANGELES, CALIFORNIA 90071-3124  (213) 688-1000

**I.**

### GENERAL GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On August 31, 2018 (the "Petition Date"), Verity Health System Of California, Inc. ("VHS") and the above-referenced affiliated debtors (collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Cases"), each filed a voluntary case under chapter 11 of title 11, United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession, pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Cases are being jointly administered under lead case number 18-20151-ER in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court").

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and SOFAs") filed by the Debtors in the Bankruptcy Court were prepared pursuant to § 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with unaudited information available as of the Petition Date. The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP") and they are not intended to be fully reconciled to the Debtors' financial statements.

The Schedules and SOFAs have been signed by an authorized representative of each of the Debtors. In reviewing and signing the Schedules and SOFAs, these representatives relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. These authorized representatives have not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

These General Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules and SOFAs (the "General Notes") are incorporated by reference in,

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

and comprise an integral part of, each of the Debtors' Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

## II.

## GENERAL NOTES

1.   **_Reservation of Rights._**   The Debtors' chapter 11 cases are large and complex. Although management of the Debtors have made every reasonable effort to ensure that the Schedules and SOFAs are as accurate and complete as possible, based on the information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred.  Because the Schedules and SOFAs contain unaudited information, which is subject to further review, verification, and potential adjustment, these Schedules and SOFAs may be inaccurate and/or incomplete.

2.   **_No Waiver._**   Nothing contained in the Schedules and SOFAs or these General Notes shall constitute an admission or a waiver of any of the Debtors' rights to assert any claims or defenses.  For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority," on Schedule E/F as "unsecured nonpriority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.  Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."

3.   **_Reporting Date._**   All asset and liability information, except where otherwise noted, is provided as of the Petition Date.

4.   **_Confidentiality._**   Specific disclosure of certain claims, names, addresses or amounts may be subject to certain disclosure restrictions contained in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), or otherwise, and in any event, are of a particularly personal and private nature. To the extent the Debtors believe a claim, name, address or amount falls under the purview of HIPAA or includes information that is personal or private in nature,

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

such claims, name, address or amount (as applicable) is not included in these Schedules and SOFAs.

**5.** ***Estimates and Assumptions.***    The preparation of the Schedules and SOFAs required the Debtors to make estimates and assumptions that affected the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported amounts of revenue and expense.  Actual results could differ materially from these estimates.

**6.** ***Asset Presentation and Valuation.***    The Debtors do not have current market valuations for all of their assets.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets, for the Debtors to obtain current market valuations for all of their assets.  Wherever possible, unless otherwise indicated, net book values and fair market value as of the Petition Date are presented.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined."  Amounts ultimately realized may vary from whatever value was ascribed and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or adjust the value of each asset set forth herein.

**7.** ***Liabilities.***    Certain of the liabilities are scheduled unknown, contingent and/or unliquidated at this time.  Accordingly, the Schedules and the SOFAs do not accurately reflect the aggregate amount of the Debtors' total liabilities.

**8.** ***Accounts Payable and Disbursements System.***    The financial affairs and business of the Debtors are complex.  The Debtors use a centralized cash management system to (a) collect and transfer funds from numerous sources and accounts, (b) disburse funds to satisfy obligations arising from the daily operation of their business, (c) invest funds pursuant to the Debtors' investment guidelines, and (d) make payments on behalf of each other and their nondebtor subsidiaries and affiliates through cash accounts in the cash management system.  Generally, these payments will result in an intercompany balance on the Debtors' books and records.

**9.** ***Intercompany Transactions.***    Prior to the Petition Date (and subsequent to the Petition Date pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and nondebtor subsidiaries and affiliates.  The respective intercompany accounts payable and receivable as of the Petition Date, if

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

any, are reflected in the respective Debtor entities' Schedules and SOFAs, as discussed in Note 7. The Debtors each reserve all rights with respect to claims against and debts owed to other Debtors.

**10.** _**Recharacterization.**_  The Debtors have made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs correctly.  Due to the complexity and size of the Debtors' business, however, the Debtors may have improperly characterized, classified, categorized or designated certain items.  Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

**11.** _**Claim Description.**_  Any failure to designate a claim on the Debtors' Schedules and SOFAs as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated" or "disputed."  The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, classification or any other grounds or to otherwise subsequently designate any claim as "contingent," "unliquidated" or "disputed."  The Debtors reserve all of their rights to amend their Schedules and SOFAs as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

**12.** _**Undetermined or Unknown Amounts.**_  The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified over the period of the bankruptcy proceedings and certain amounts may depend on contractual obligations to be assumed or rejected as part of a sale in a bankruptcy proceeding under § 363 of the Bankruptcy Code.

**13.** _**Bankruptcy Court First-Day Orders.**_  The Bankruptcy Court has entered certain orders (the "Orders") authorizing the Debtors to pay various outstanding prepetition claims, including, but not limited to, payments relating to employee compensation, benefits, and reimbursable business expenses and critical vendors.  In general, claims paid  pursuant to the Orders are not reflected in the Schedules and SOFAs.

14.     *__Contingent Assets and Causes of Action.__*     Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and SOFAs, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these General Notes nor the Schedules and SOFAs shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

15.     *__Certain Funds Not Property of the Debtors' Estates.__*     The Debtors received certain donations and grants, testamentary or otherwise, which were provided subject to restrictions (contractual or otherwise) on the use of such funds.  These funds may not be property of the Debtors' estates, and, as a consequence, the Debtors have not listed any of the donors or grantors that may have an interest in these funds as creditors of their estates in the Schedules and Statements.

In the ordinary course of operating its skilled nursing facility, Seton Coastside (operating under the same license as Debtor Seton Medical Center) offers certain long-term patients the ability to fund patient trust accounts to have convenient access to funds they can use while in residence.  The funds in the patient trust accounts are not property of the Debtors' estates. Accordingly, the Debtors have not listed the long-term care patients that may have an interest in the patient trust accounts as creditors in the Schedules and SOFAs.

16.     *__Unknown Addresses.__*     The Debtors have made and continue to make their best efforts to collect all addresses for all parties in interest; not all addresses for parties on these Schedules and SOFAs have been obtained.  The Debtors continue to pursue complete notice information and will provide updated information as reasonable practicable.

///

///

///

///

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

**III.**

**SCHEDULES AND SOFAs**

17.    **Assumptions Used to Prepare Specific Schedules or SOFA Questions:**

- ***SOFA Question #1***.  Gross revenues for hospital foundation Debtors (O'Connor Hospital Foundation, Saint Louise Regional Hospital Foundation, St. Francis Medical Center of Lynwood Foundation, St. Vincent Foundation, and Seton Medical Center Foundation (each, a "Foundation Debtor")) exclude donor-restricted contributions received by such Debtors.  Donor-restricted contributions are recorded as temporarily or permanently restricted net assets at each Foundation Debtor and are recorded as gross revenues (contribution revenues) by the respective Debtor hospital affiliate in the period that such amounts are released from restriction and contributed to such hospital affiliate.  Please refer to SOFA Question #9 for a listing of contributions made by each Foundation Debtor to its respective hospital affiliate in the two years preceding the Petition Date.

- ***SOFA Question #2***.  Interest income includes interest earned on loans, investment securities, escrow balances, and other interest-earning assets.

- ***SOFA Question #3***. Debtor St. Francis Medical Center and Debtor St. Vincent Medical Center have entered into contracts with health plans where the hospital assumes the risk for all hospital services to a defined patient population, whether those hospital services are rendered at St. Francis Medical Center, St. Vincent Medical Center, an "out of network" hospital or other healthcare provider. Third-party management companies administer those payments through a risk pool account. The risk pool account is funded by the applicable Debtor hospital.  SOFA #3 sets forth the aggregate amount Debtor St. Francis Medical Center and Debtor St. Vincent Medical Center have paid into such risk pool accounts, which are identified as "Risk Pool Claims." The amounts the individual "out of network" hospitals or healthcare providers were paid are not listed, as those records are maintained by the applicable third party management company.

- ***SOFA Question #4***.  Each Debtor has included all known payroll distributions and travel and entertainment expense reimbursement made over the twelve months preceding the filing to any individual the Debtors have determined to be an Insider. To the extent that the Debtors have determined that former officers do not qualify as Insiders as defined above, such benefits and payments are not included in the Schedules and SOFAs.  The listing of a party as an "Insider," however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

  Intercompany transfers between Debtors are not reflected in SOFA #4.

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- ***SOFA Question #11***.  All payments related to bankruptcy were made by Debtor VHS on behalf of itself and its Debtor affiliates and are reflected in VHS's response.

- ***SOFA Question #14***.  Addresses for ancillary facilities, such as storage facilities and clinics are not included in this response.

- ***SOFA Question #21***. As generally discussed above in General Note #14 and SOFA #1, each Foundation Debtor receives certain donor-restricted contributions. Each Foundation Debtor holds these contributions in trust, and, thus, have indicated the same in SOFA #21. These funds may not be property of the Debtors' estates. Consequently, the Debtors have not listed any of the donors or grantors that may have an interest in these funds in SOFA #21.

  Seton Coastside (operating under the same license as Debtor Seton Medical Center) has two patient trust accounts. The patients' names and information are not being disclosed because of the confidentiality concerns explained in Global Note #3.

- ***SOFA Question #26(d)***.  As many of the Debtors are nonprofit organizations and tax exempt as described in 26 U.S.C. § 501, the Debtors' financial statements and Forms 990 as filed with the Internal Revenue Service are available online at www.Guidestar.org.  Consequently, the Debtors do not have records of the parties who requested or obtained copies of their financial statements.  These reports were also provided to various counterparties of the Debtors as required under various contractual arrangements (*e.g.*, lenders under certain of the Debtors' debt arrangements) and are publicly reported at https://emma.msrb.org.

- ***Schedule A/B, Part 1***.  Cash accounts are presented at book value, unless otherwise noted.

- ***Schedule A/B #25***.  The Debtors' § 503(b)(9) of the Bankruptcy Code reconciliation process is still in progress.  Accordingly, no responses are provided to this question for any Debtor.

- ***Schedule A/B #55***.  Where available, the Debtors listed the "Current value of debtor's interest" using that available in the most recent appraisal or broker opinion of value.

- ***Schedule A/B #74***.  In the ordinary course of business, the Debtors routinely request reversals of, or changes to, various Medicare and Medi-Cal policies that impact payment, such as hospital "disproportionate share" payment calculations. These so-called "appeals" may be made by individual Debtor hospitals alone or, more likely, as part of a national group of hospitals.  If successful, the Debtors may realize additional revenue but outcomes related to such appeals are speculative.

- ***Schedule A/B #77***.  Included in the response to #77 are "Construction in Progress" assets.  Construction in progress assets represent costs associated with ongoing

capital projects that have not yet been completed and placed into service.  These projects are primarily associated with in progress software development and implementation-related costs, building improvements, and other costs incurred prior to medical equipment being placed into service.

- *__Schedule D__*.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.  In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the General Notes or the Schedules and SOFAs shall be deemed a modification or interpretation of the terms of such agreements.

- *__Schedule E/F__*.  Pursuant to orders of the Bankruptcy Court, the Debtors were permitted to pay certain prepetition wages and salaries and to honor and pay employee benefits and other workforce obligations. The Debtors made the aforementioned payments, and, thus, the respective employee claims are not listed in Schedule E.

  The Debtors scheduled only claims and executory contracts for which the Debtors may be contractually and/or directly liable.  No claims have been scheduled for which a Debtor may have benefited indirectly from a contractual relationship to which a Debtor was not a named party.

  The Debtors have used their best efforts to report all general unsecured claims against each Debtor on Schedule F based upon the Debtors' existing books and records.  The following is a non-exhaustive list of items which were among those included in the population disclosed for this schedule:  unsecured debt outstanding, accounts payable outstanding, travel and entertainment expenses, bonuses earned but yet not paid to employees, lease obligations, litigation, guarantees and vendors with whom we have executory contracts under which amounts may be due. Schedule F does not include certain deferred liabilities, accruals or general reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

8

To the extent any amounts in respect of prepetition claims have been paid through the date hereof pursuant to Orders of the Bankruptcy Court, such amount have been excluded. No claim set forth on Schedule E/F of any Debtor is intended to acknowledge claims of claimholders that are or may be otherwise satisfied or discharged.

*Patient Refund Claims*: In accordance with patient information confidentiality restrictions, *see* Note #3 above, each Debtor has aggregated all patient refund claims in a single response. Detail is available upon request, provided such request may be complied with in a manner compliant with all applicable patient privacy laws and regulations.

*Insurance Refund Claims*: As part of the Debtors' normal business operations, insurance companies from time to time overpay amounts due to the Debtors. Only the estimated amount of such overpayments are recorded in the Debtors' accounting records because determination of the exact amount of such overpayments is a time consuming manual process. The Debtors only calculate the exact amount of the insurance company overpayments if and when the payer requests a refund.

*SEIU Employees*: The Service Employees International Union Collective Bargaining Agreement (the "SEIU CBA") provides for a full time employment commitment for certain member nurses. This commitment resets every six months. As of the Petition Date, the Debtors party to the SEIU CBA have potential liability in respect of the full time employment commitment for July and August 2018. The amount of this liability is not calculated until December 2018 and, as such, claims in respect of July and August 2018 are contingent and unliquidated as of the Petition Date.

- **Schedule G**. The businesses of the Debtors are complex. While the Debtors' existing records and information systems have been relied upon to identify and schedule executory contracts at each of the Debtors and every effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, conduct/course of business, memoranda and other documents, instruments and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not

DENTONS US LLP
300 SOUTH GRAND AVENUE, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3124
(213) 688-1000

constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the rights to dispute or challenge the characterization or the structure of any transaction document or instrument. Certain executory agreements may not have been memorialized and could be subject to dispute. Generally, executory agreements that are oral in nature have not been included in the Schedule.

- **Schedule H**. In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such claims are "contingent," "unliquidated" or "disputed", such claims have not been set forth individually on Schedule H. The Debtors may not have identified certain Guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve their rights to amend the Schedules to the extent that additional Guarantees are identified or such Guarantees are discovered to have expired or unenforceable.

## IV.

## CONCLUSION

**18.** ***Limitation of Liability.*** The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

1    Dated:  October 15, 2018                    DENTONS US LLP
                                                 SAMUEL R. MAIZEL
2                                                TANIA M. MOYRON

3

4                                                By____/s/Tania M. Moyron_____
                                                      Tania M. Moyron
5
                                                 Proposed Attorneys for the Chapter 11 Debtors
6                                                and Debtors In Possession

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENTONS US LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-3124
(213) 688-1000

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor Name: In re : Verity Health System of California, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): 18-20151 (EMR)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**

      Copy line 88 from *Schedule A/B* ....................................................................................................    $ _____ 0.00

    **1b. Total personal property:**

      Copy line 91A from *Schedule A/B* ................................................................................................    $ _____ 597,741,862.11

    **1c. Total of all property:**

      Copy line 92 from *Schedule A/B* ..................................................................................................    $ _____ 597,741,862.11

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................    $ _____ 461,593,868.65

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................................    $ _____ 959,007.83

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................    + $ _____ 218,104,803.95

4. **Total liabilities**

    Lines 2 + 3a + 3b .....................................................................................................................    $ _____ 680,657,680.43

**Fill in this information to identify the case:**

Debtor Name: In re : Verity Health System of California, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): 18-20151 (EMR)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   2.1 None                                                                                $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

   3.1 See Schedule A/B 3 Attachment _____ _____ _____   $   31,954,980.24

4. **Other cash equivalents** *(Identify all)*

   4.1 Certificate of Deposit - Bank of America _____   $   125,000.00

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $   32,079,980.24

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known):*  18-20151

---

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1  See Schedule A/B 7 Attachment | $                875,948.77 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   | | |
   |---|---|
   | 8.1  See Schedule A/B 8 Attachment | $              5,055,473.11 |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | | |
   |---|---|
   | | $              5,931,421.88 |

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| **Part 3:** | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11a. | 90 days old or less: | See Schedule A/B 11a Attachment | $ 30,461,608.23 | - $ | 0.00 | =.....➜ | $ 30,461,608.23 |
| 11b. | Over 90 days old: | See Schedule A/B 11b Attachment | $ 490,088,741.00 | - $ | 0.00 | =.....➜ | $ 490,088,741.00 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
| --- | --- |
| $ | 520,550,349.23 |

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

---

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ |
| --- | --- | --- |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

| 15.1 See Schedule A/B 15 Attachment | | | $ | 8,470,171.00 |
| --- | --- | --- | --- | --- |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ |
| --- | --- | --- |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| $ | 8,470,171.00 |
| --- | --- |

Debtor: Verity Health System of California, Inc.
_____
Name

Case number *(if known)*: _18-20151_

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ | | $ |
| 20. **Work in progress** | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| 22. **Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Description_____ Book value $_____ Valuation method_____ Current value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor:  Verity Health System of California, Inc.                    Case number *(if known):*  18-20151

Name

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

| Debtor: | Verity Health System of California, Inc. | | Case number *(if known)* | 18-20151 |
|---|---|---|---|---|
| | Name | | | |

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No. Go to Part 8.

☑  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1  Office Furniture | $          1,696.70 | Net Book Value | $          1,696.70 |
| **40.  Office fixtures** | | | |
| 40.1  Office Fixtures | $          0.00 | Net Book Value | $          0.00 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office Equipment | $          645,599.00 | Net Book Value | $          645,599.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  Artwork | $          0.00 | Net Book Value | $          0.00 |

**43.  Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$          647,295.70

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐  No

☑  Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor:  Verity Health System of California, Inc.
_____    Case number *(if known)*  ___18-20151___
        Name

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1  None | $ | | $ |
|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1  None | $ | | $ |
|---|---|---|---|

49.  **Aircraft and accessories**

| 49.1  None | $ | | $ |
|---|---|---|---|

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1  Medical Equipment | $                    0.00 | Net Book Value | $                    0.00 |
|---|---|---|---|

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $                    0.00 |
|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | (Where available) | | |
| 55.1 Office - 2222 Oceanview, Los Angeles, CA 90057 | Lease | $          0.00 | | $          Unknown |
| 55.2 Office - 1500 Southgate, Daly City, CA 94015 | Lease | $          0.00 | | $          Unknown |
| 55.3 Office - 455 O'Connor, San Jose, CA 95128 | Lease | $          0.00 | | $          Unknown |
| 55.4 Office - 2200 W 3rd St., Los Angeles, CA 90057 | Lease | $          0.00 | | $          Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$          0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor:  Verity Health System of California, Inc.

Name

Case number *(if known):*  18-20151

---

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ Unknown | | $ Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: Verity Health System of California, Inc.
Name

Case number *(if known):* 18-20151

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)    Total face amount    doubtful or uncollectible accounts

71.1 None    $ _____ - $ _____ =..... ➜ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 Federal NOL per 990-T Filing (Unrelated Business Income)    Tax year Fiscal Year 2017 (6/30/17)    $    757,657.00

73. **Interests in insurance policies or annuities**

73.1 None    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None    $ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

76.1 None    $ _____

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 Deferred Rent Asset    $    1,358,617.51

77.2 Deferred Rent Asset    $    9,665.54

77.3 Deferred System Implementation Costs    $    4,121,532.23

77.4 Construction in Progress - See Global Notes    $    23,815,171.78

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    30,062,644.06

---

Debtor:    Verity Health System of California, Inc.                      number *(if known):*    18-20151
               _____
                          Name

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Verity Health System of California, Inc.

Name

Case number (if known): 18-20151

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 32,079,980.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 5,931,421.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 520,550,349.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 8,470,171.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 647,295.70 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 30,062,644.06 | |
| 91. **Total.** Add lines 80 through 90 for each column...........................91a. | $ 597,741,862.11 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... | | $ 597,741,862.11 |

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Verity Health System of California, Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number (if known): 18-20151 (EMR) |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1 Creditor's name**

ASD Specialty Healthcare Inc.
*Creditor's Name*

**Creditor's mailing address**

*Notice Name*
3101 Gaylord Parkway
*Street*

| Frisco | TX | 75034 |
|---|---|---|
| City | State | ZIP Code |

*Country*

**Creditor's email address, if known**

**Date debt was incurred**  10/21/2016

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Inventory and all personal property      $        Unknown    $        Unknown

**Describe the lien**

UCC-1 #167552156200

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

---

**Part 1:**    **Additional Page**

| | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

2.2 **Creditor's name**

Cardinal Health 110 LLC, as Agent

Creditor's Name

**Creditor's mailing address**

Notice Name

7700 Cardinal Place

Street

| Dublin | OH | 43017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    7/12/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Supplies                          $        Unknown    $        Unknown

**Describe the lien**

UCC-1 #187558796229

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

---

Debtor:    Verity Health System of California, Inc.

Name    ~~number~~ *(if known):*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.3 **Creditor's name**

Cardinal Health System of California, Inc.
Creditor's Name

**Creditor's mailing address**

Notice Name
Medical Products And Services
Street
P.O. Box 100316

Pasadena          CA          91189
City          State          ZIP Code

Country
**Creditor's email address, if known**

**Date debt was incurred**    7/12/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Inventory          $          Unknown    $          Unknown

**Describe the lien**
UCC-1 #187658796229

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known):*    18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.4 **Creditor's name**

Dell Financial Services, L.L.C.

Creditor's Name

**Creditor's mailing address**

Notice Name

Mail stop-PS2DF-23

Street

One Dell Way

| Round Rock | TX | 78682 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/16/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment     $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #187664384411

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known):*    18-20151

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5 Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    12/7/2006

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment

$ Unknown    $ Unknown

**Describe the lien**

UCC-1 #167559861280

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor:   Verity Health System of California, Inc.

Name    Case number *(if known)*    18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.6 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/17/2016

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines

  _____

**Describe debtor's property that is subject to a lien**

Equipment    $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #167551304800 UCC-3 (Amend.) #1675608030

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.7 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490
Street

| Milwaukee | WI | 53201 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   11/7/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $ Unknown   $ Unknown

**Describe the lien**
UCC-1 #167554013280

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name                                                                    Case number *(if known)*    18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.8 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    11/17/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment      $   Unknown    $   Unknown

**Describe the lien**

UCC-1 #167556847988

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.9 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    12/16/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #167561733807

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors *(Official Form 206H)*.

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.10 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   3/6/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment     $ Unknown   $ Unknown

**Describe the lien**

UCC-1 #177573963614

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor:    Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.11 Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    3/20/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment        $        Unknown    $        Unknown

**Describe the lien**
UCC-1 #177576173973

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

**2.12 Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    4/26/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment    $     Unknown    $     Unknown

**Describe the lien**

UCC-1 #177582381163

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.13 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    4/26/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment      $      Unknown   $      Unknown

**Describe the lien**
UCC-1 #177582381789

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Debtor: Verity Health System of California, Inc.
Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

2.14 **Creditor's name**

GE HFS, LLC
Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490
Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    4/26/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                     $          Unknown   $          Unknown

**Describe the lien**

UCC-1 #177582382295

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.

Name                                                    Case number *(if known)*   18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.15 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/19/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                            $  Unknown   $  Unknown

**Describe the lien**

UCC-1 #177586329341

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known):*    18-20151

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.16 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/19/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment    $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #177586357261

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.17 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/22/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment    $ Unknown   $ Unknown

**Describe the lien**
UCC-1 #177586523802

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.18 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/22/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                          $ Unknown   $ Unknown

**Describe the lien**
UCC-1 # 177586800507

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

2.19 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      5/22/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $        Unknown    $        Unknown

**Describe the lien**

UCC-1 #177586564413

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor:   Verity Health System of California, Inc.

Name                                                    number *(if known)*    18-20151

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral that**<br>**supports this claim** |
|---|---|---|

2.20  **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/25/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒  No

☐  Yes. Have you already specified the relative priority?

   ☐  No. Specify each creditor, including this creditor, and its relative priority.

   ☐  Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                          $        Unknown    $        Unknown

**Describe the lien**

UCC-1 #177587313022

**Is the creditor an insider or related party?**

☒  No

☐  Yes

**Is anyone else liable on this claim?**

☐  No

☒  Yes. Fill out S*chedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒  Contingent

☒  Unliquidated

☒  Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

| | |
|---|---|
| 2.21 **Creditor's name** | **Describe debtor's property that is subject to a lien** |

GE HFS, LLC

Creditor's Name

Equipment    $    Unknown    $    Unknown

**Creditor's mailing address**

**Describe the lien**

Notice Name

UCC-1 #177587523186

PO Box 414, W-490

Street

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Milwaukee    WI    53201

City    State    ZIP Code

Country

**Is anyone else liable on this claim?**

☐ No

**Creditor's email address, if known**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred    5/26/2017

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

**Do multiple creditors have an interest in the same property?**

☑ Disputed

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.22 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490
Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   5/26/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment

$ Unknown   $ Unknown

**Describe the lien**
UCC-1 #177587529647

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number (if known):  18-20151

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.23 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   5/26/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $          Unknown    $          Unknown

**Describe the lien**

UCC-1 #177587559468 UCC-3 (Amend.) #1876324278

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out S*chedule H: Codebtors* (*Official Form 206H*).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.24 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   6/2/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                          $        Unknown   $        Unknown

**Describe the lien**

UCC-1 #177588526372

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Case number *(if known)*  18-20151

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.25 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**  6/5/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment     $    Unknown    $    Unknown

**Describe the lien**
UCC-1 #177588752676

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*      18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.26 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490
Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      6/9/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment      $      Unknown      $      Unknown

**Describe the lien**
UCC-1 #177589597462

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*     18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that<br>supports this claim** |
|---|---|---|

**2.27  Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     9/6/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

---

**Describe debtor's property that is subject to a lien**

Equipment      $    Unknown   $    Unknown

**Describe the lien**

UCC-1 #177604192037

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

---

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*     18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

2.28 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment      $    Unknown      $    Unknown

**Describe the lien**
UCC-1 #177612439606

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
| --- | --- | --- |
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.29 Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                          $         Unknown   $         Unknown

**Describe the lien**

UCC-1 #177612442397

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

2.30 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment    $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #177612442539

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor:   Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.31 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment     $     Unknown   $     Unknown

**Describe the lien**

UCC-1 #177612442913

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

**Part 1:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A |
|---|
| **Amount of claim** |
| Do not deduct the value of collateral. |

| Column B |
|---|
| **Value of collateral that supports this claim** |

2.32 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment          $          Unknown    $          Unknown

**Describe the lien**

UCC-1 #177612504225

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.33  **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $        Unknown    $        Unknown

**Describe the lien**

UCC-1 #177612504588

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*     18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.34 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     1/13/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                          $            Unknown      $            Unknown

**Describe the lien**

UCC-1 #187631203445

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out S*chedule H: Codebtors*(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.35 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   1/16/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☒ No
- ☐ Yes. Have you already specified the relative priority?

    - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment     $     Unknown   $     Unknown

**Describe the lien**

UCC-1 #187627398637

**Is the creditor an insider or related party?**

- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known):* 18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.36 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   1/26/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $ Unknown    $ Unknown

**Describe the lien**
UCC-1 #187630291865

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)* 18-20151

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|

2.37 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    1/26/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment

$     Unknown     $     Unknown

**Describe the lien**

UCC-1 #187630292997

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors*(Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.38 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    2/5/2018

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     ☐ Yes. The relative priority of creditors is specified on lines

     _____

**Describe debtor's property that is subject to a lien**

Equipment      $    Unknown    $    Unknown

**Describe the lien**

UCC-1 # 177586800507 UCC-3 (Amend.) #1876321957

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out S*chedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.

Name _____    Case number *(if known)*   18-20151

<table>
<tr><td>**Part 1:**</td><td>**Additional Page**</td></tr>
</table>

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.39  Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

_____

Milwaukee    WI    53201

City    State    ZIP Code

_____

Country

**Creditor's email address, if known**

_____

**Date debt was incurred**    4/4/2018

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines

    _____

**Describe debtor's property that is subject to a lien**

Equipment                     $ Unknown    $ Unknown

**Describe the lien**

UCC-1 #187641797808

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.40 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    4/4/2018

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines

   _____

**Describe debtor's property that is subject to a lien**

Equipment    $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #187641807072 UCC-3 (Amend.) #1876451035

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
*Amount of claim*
Do not deduct the value of collateral.

**Column B**
*Value of collateral that supports this claim*

2.41 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490
Street

| Milwaukee | WI | 53201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   6/7/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $         Unknown   $         Unknown

**Describe the lien**
UCC-1 #187652835308

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number (if known): 18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

2.42 **Creditor's name**

GE HFS, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 414, W-490

Street

| Milwaukee | WI | 53201 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    6/19/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                    $        Unknown    $        Unknown

**Describe the lien**
UCC-1 #187654810353

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

2.43 **Creditor's name**

Med One Capital Funding, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

10712 South 1300 East

Street

| Sandy | UT | 84094 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     5/31/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment          $        Unknown   $        Unknown

**Describe the lien**

UCC-1 #177588030382

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor:   Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

<table>
<tr><td>Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral.</td><td>Column B<br>**Value of collateral that**<br>**supports this claim**</td></tr>
</table>

2.44 **Creditor's name**

Med One Capital Funding, LLC

Creditor's Name

**Creditor's mailing address**

Notice Name

10712 South 1300 East

Street

| Sandy | UT | 84094 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/31/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment          $          Unknown   $          Unknown

**Describe the lien**

UCC-1 #177588030403

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.
Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.45 **Creditor's name**

Med One Capital Funding, LLC
Creditor's Name

**Creditor's mailing address**

Notice Name

10712 South 1300 East
Street

| Sandy | UT | 84094 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    5/31/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment    $    Unknown    $    Unknown

**Describe the lien**
UCC-1 #177588030524

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor:  Verity Health System of California, Inc.

Name

Case number *(if known):*    18-20151

Name

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.46 **Creditor's name**

NFS Leasing, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

900 Cummings Center

Street

Suite 226-U

| Beverly | MA | 01915 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    12/29/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   People's United Bank; unknown

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment Lease                    $    Unknown    $    Unknown

**Describe the lien**

UCC-1 #167563637135

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

Debtor:  Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.47 **Creditor's name**

NFS Leasing, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

900 Cummings Center

Street

Suite 226-U

| Beverly | MA | 01915 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    1/3/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   People's United Bank; unknown

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment Lease          $ _____ Unknown   $ _____ Unknown

**Describe the lien**

UCC-1 #177564017179

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*   18-20151

---

**Part 1:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
|---|---|
| **Amount of claim** | **Value of collateral that** |
| Do not deduct the value of collateral. | **supports this claim** |

---

2.48 **Creditor's name**

Olympus America Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

900 Cummings Center

Street

| Center Valley | PA | 18035 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   10/24/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment                         $ Unknown   $ Unknown

**Describe the lien**

UCC-1 #177612543430

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

---

Debtor: Verity Health System of California, Inc.
Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.49    Creditor's name**

Peoples United Bank
Creditor's Name

**Creditor's mailing address**

Notice Name
One Post Office Square
Street
32nd Floor

Boston          MA          02120
City          State          ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**          12/29/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐  No

☑  Yes. Have you already specified the relative priority?

☐  No. Specify each creditor, including this creditor, and its relative priority.

NFS Leasing, Inc.; Unknown

☐  Yes. The relative priority of creditors is specified on lines


**Describe debtor's property that is subject to a lien**

Equipment Lease                                $        Unknown    $        Unknown

**Describe the lien**

UCC-1 #167563637135

**Is the creditor an insider or related party?**

☑  No

☐  Yes

**Is anyone else liable on this claim?**

☐  No

☑  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑  Contingent

☑  Unliquidated

☑  Disputed

Debtor:  Verity Health System of California, Inc.

Name

number *(if known):*    18-20151

---

**Part 1:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column A | Column B |
| Amount of claim | Value of collateral that |
| Do not deduct the | supports this claim |
| value of collateral. | |

---

2.50 **Creditor's name**

Peoples United Bank

Creditor's Name

**Creditor's mailing address**

Notice Name

One Post Office Square

Street

32nd Floor

| Boston | MA | 02121 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    1/3/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   NFS Leasing, Inc.; Unknown

   ☐ Yes. The relative priority of creditors is specified on lines

---

**Describe debtor's property that is subject to a lien**

Equipment Lease                    $    Unknown   $    Unknown

**Describe the lien**

UCC-1 #177564017179

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

---

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.51 **Creditor's name**

SHI International Corp.

Creditor's Name

**Creditor's mailing address**

Notice Name

1111 Old Eagle School Road

Street

| Wayne | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    1/4/2016

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Equipment lien                $ ___ Unknown   $ ___ Unknown

**Describe the lien**

UCC-1 #167502033158

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*      18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

2.52 **Creditor's name**

Summers & Sons Electric, Inc.

Creditor's Name

**Describe debtor's property that is subject to a lien**

OCH Pharmacy Job#18243 O'Connor Hospital project, located at 2105 Forest Avenue, San Jose, CA 95128, in the county of Santa Clara      $      8,025.95    $      Unknown

**Creditor's mailing address**

Notice Name

1460 Atteberry Avenue

Street

| San Jose | CA | 95131 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      8/21/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑  No

☐  Yes. Have you already specified the relative priority?

  ☐  No. Specify each creditor, including this creditor, and its relative priority.

  ☐  Yes. The relative priority of creditors is specified on lines

**Describe the lien**

County of Santa Clara Mechanic's Lien

**Is the creditor an insider or related party?**

☑  No

☐  Yes

**Is anyone else liable on this claim?**

☑  No

☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑  Contingent

☑  Unliquidated

☑  Disputed

Debtor:  Verity Health System of California, Inc.

Name

Case number *(if known)*:  18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.53  **Creditor's name**

Summers & Sons Electric, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

1460 Atteberry Avenue

Street

| San Jose | CA | 95131 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    8/21/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑  No
☐  Yes. Have you already specified the relative priority?

   ☐  No. Specify each creditor, including this creditor, and its relative priority.

   ☐  Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

SMG Pharmacy Job#18241 Seton Medical Center project, located at 1900 Sullivan Avenue, Daly City, CA 94105 in the County of San Francisco

$    17,532.70    $    Unknown

**Describe the lien**

County of Santa Clara Mechanic's Lien

**Is the creditor an insider or related party?**

☑  No
☐  Yes

**Is anyone else liable on this claim?**

☑  No
☐  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑  Contingent
☑  Unliquidated
☑  Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number (if known): 18-20151

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.54 **Creditor's name**

Summers & Sons Electric, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

1460 Atteberry Avenue
Street

| San Jose | CA | 95131 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      8/21/2018

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

OCH Elevator Mod Job #18123 O'Connor Hospital Project, located at 2105 Forest Avenue, san Jose, CA 95128, in the county of Santa Clara.

$            123,310.00      $            Unknown

**Describe the lien**

County of Santa Clara Mechanic's Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

---

**Part 1:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

---

2.55 **Creditor's name**

U.S. Bank National Association, as Master Trustee for the California Public

Creditor's Name

**Creditor's mailing address**

Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D

Notice Name

633 West Fifth Street

Street

24th Floor

| Los Angeles | CA | 90071 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    12/14/2015

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines

   _____

*Principal amount listed above*

**Describe debtor's property that is subject to a lien**

Collateral package described in Series 2015 California Public Revenue Notes    $ 160,000,000.00    $    Unknown

**Describe the lien**

Series 2015 California Public Revenue Notes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor: Verity Health System of California, Inc.

Name

Case number (if known): 18-20151

**Part 1:** | **Additional Page**

| | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

2.56 **Creditor's name**

U.S. Bank National Association, as Master Trustee for the California Public

Creditor's Name

**Creditor's mailing address**

Finance Authority Revenue Notes (Verity Health System) Series 2017A

Notice Name

633 West Fifth Street

Street

24th Floor

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     9/15/2017

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑  No

☐  Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines

    _____

_____
*Principal amount listed above*

**Describe debtor's property that is subject to a lien**

Collateral package described in Series 2017 California Public Revenue Notes

$ 21,000,000.00   $ Unknown

**Describe the lien**

Series 2017 California Public Revenue Notes

**Is the creditor an insider or related party?**

☑  No

☐  Yes

**Is anyone else liable on this claim?**

☐  No

☑  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent

☐  Unliquidated

☐  Disputed

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**2.57 Creditor's name**

U.S. Bank National Association, as Master Trustee for the California Public

Creditor's Name

**Creditor's mailing address**

Finance Authority Revenue Notes (Verity Health System) Series 2017B

Notice Name

633 West Fifth Street

Street

24th Floor

| Los Angeles | CA | 90071 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    12/28/2017

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines

   _____

*Principal amount listed above*

**Describe debtor's property that is subject to a lien**

Collateral package described in Series 2017 California Public Revenue Notes

$ 21,000,000.00    $ Unknown

**Describe the lien**

Series 2017 California Public Revenue Notes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor:  Verity Health System of California, Inc.                                                                    number *(if known)*    18-20151
_____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.58 **Creditor's name**

UMB Bank N.A., as successor Master Trustee for the California Statewide Communities
_____
Creditor's Name

**Creditor's mailing address**

Development Authority Revenue Bonds (Daughters of Charity Health System), Series 2005A, G and H
_____
Notice Name

UMB Financial Corporation
_____
Street

1010 Grand Boulevard
_____

| Kansas City | MO | 64106 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Creditor's email address, if known**

_____

**Date debt was incurred**    2/1/2005
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**

☒  No

☐  Yes. Have you already specified the relative priority?

  ☐  No. Specify each creditor, including this creditor, and its relative priority.
  _____

  ☐  Yes. The relative priority of creditors is specified on lines
  _____

_____

*Principal amount listed above*

**Describe debtor's property that is subject to a lien**

Series 2005 Bonds                                  $      259,445,000.00   $         Unknown
_____

**Describe the lien**

Series 2005 Bonds
_____

**Is the creditor an insider or related party?**

☒  No
☐  Yes

**Is anyone else liable on this claim?**

☐  No
☒  Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$      461,593,868.65

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| California Public Finance Authority<br>Name | Line  2.55 | |
| Chairman<br>Notice Name | | |
| 1400 Lacey Boulevard<br>Street | | |
| | | |
| Hanford ___ CA ___ 93230<br>City ___ State ___ ZIP Code | | |
| Country | | |
| California Public Finance Authority<br>Name | Line  2.56 | |
| Chair<br>Notice Name | | |
| 1400 Lacey Boulevard<br>Street | | |
| | | |
| Hanford ___ CA ___ 93230<br>City ___ State ___ ZIP Code | | |
| Country | | |
| California Public Finance Authority<br>Name | Line  2.57 | |
| Chair<br>Notice Name | | |
| 1400 Lacey Boulevard<br>Street | | |
| | | |
| Hanford ___ CA ___ 93230<br>City ___ State ___ ZIP Code | | |
| Country | | |

Debtor: Verity Health System of California, Inc.
Name

Case number *(if known)*    18-20151

| | | |
|---|---|---|
| California Statewide Communities Development Authority | | Line 2.58 |
| Name | | |
| Chairman | | |
| Notice Name | | |
| 1100 K Street | | |
| Street | | |

| Sacramento | CA | 95814 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| Standard & Poors Ratings Services | | Line 2.58 |
| Name | | |
| Public Finance Department | | |
| Notice Name | | |
| 55 Water Street | | |
| Street | | |

| New York | NY | 10041-0003 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| U.S. Bank National Association | | Line 2.55 |
| Name | | |
| Global Corporate Trust Services | | |
| Notice Name | | |
| 633 W. Fifth Street, 24th Floor | | |
| Street | | |

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| U.S. Bank National Association | | Line 2.56 |
| Name | | |
| Global Corporate Trust Services | | |
| Notice Name | | |
| 633 W. Fifth Street, 24th Floor | | |
| Street | | |

| Los Angeles | CA | 90071 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

| U.S. Bank National Association | Line 2.57 | |
| --- | --- | --- |
| Name | | |

Global Corporate Trust Services

Notice Name

633 W. Fifth Street, 24th Floor

Street

| Los Angeles | CA | 90071 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| Wells Fargo Bank, National Association | Line 2.58 | |
| --- | --- | --- |
| Name | | |

Corporate Trust Department

Notice Name

Sixth Street and Marquette Avenue

Street

| Minneapolis | MN | 55479-0069 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Verity Health System of California, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): 18-20151 (EMR)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 **Priority creditor's name and mailing address** <br> County of San Bernardino <br> Creditor Name | As of the petition filing date, the claim is: $ 619.56 | $ 619.56 |

**Priority creditor's name and mailing address**

County of San Bernardino
_Creditor Name_

Office of the Tax Collector
_Creditor's Notice name_

268 West Hospitality Lane, 1st Floor
_Address_

San Bernardino      CA      92415
_City_         _State_      _ZIP Code_

_Country_

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $   619.56   $   619.56
_Check all that apply._

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Tax and Licenses

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Verity Health System of California, Inc.

Name _____ number *(if known)*    18-20151

| 2.2 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 225.10 $ 225.10 |
|---|---|
| FRANCHISE TAX BOARD | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| PO BOX 942857 | |
| Address | **Basis for the claim:** |
| | Tax and Licenses |

| SACRAMENTO | CA | 94257 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

| 2.3 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 1,040.00 $ 1,040.00 |
|---|---|
| FRANCHISE TAX BOARD / 942857 | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| PO BOX 942857 | |
| Address | **Basis for the claim:** |
| | Tax and Licenses |

| SACRAMENTO | CA | 94257 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☐ Yes

Debtor: Verity Health System of California, Inc.

Name

Case number *(if known)*    18-20151

---

**2.4 Priority creditor's name and mailing address**

FRANCHISE TAX BOARD / 942867 - PAYROLL

Creditor Name

Creditor's Notice name

P.O. BOX 942867

Address

SACRAMENTO    CA    94267-2021

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 3,525.39    $ 3,525.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax and Licenses

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**2.5 Priority creditor's name and mailing address**

Los Angeles County Treasurer and Tax Collector

Creditor Name

Creditor's Notice name

PO Box 54110

Address

Los Angeles    CA    90054

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 953,597.78    $ 953,597.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**

Tax and Licenses

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 3 of 6

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F, Part 2 Attachment

Creditor Name

_____

Creditor's Notice name

_____

Address

_____

_____

_____

_____  _____  _____
City            State       ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 218,104,803.95
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐  No

☐  Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐   Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 959,007.83 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 218,104,803.95 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 219,063,811.78 |

**Fill in this information to identify the case:**

Debtor Name: In re : Verity Health System of California, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): 18-20151 (EMR)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑  Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | See Schedule G Attachment<br><br>Name |
| | Notice Name |
| State the term remaining | Address |
| List the contract number of any government contract | |
| | City          State          ZIP Code |
| | Country |

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : Verity Health System of California, Inc. |
| United States Bankruptcy Court for the: Central District of California |
| Case number (if known): 18-20151 (EMR) |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑  Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Schedule H Attachment | | | ☐ D |
| | Street | | ☐ E/F |
| | | | ☐ G |
| | City          State          ZIP Code | | |
| | Country | | |

Fill in this information to identify the case:

Debtor Name: In re : Verity Health System of California, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (if known): 18-20151 (EMR)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/15/2018
               MM / DD / YYYY

✖ _____
Signature of individual signing on behalf of debtor

Richard G. Adcock
Printed name

Chief Executive Officer
Position or relationship to debtor

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 3

Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Account number (last 4 digits) | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Checking | 6440 | $7,083,268.79 |
| Bank of America | Checking | 1785 | $245,545.50 |
| Bank of America | Checking | 9250 | $200,272.78 |
| Bank of America | Checking | 2889 | $0.00 |
| Wells Fargo | Checking (Restricted Funds) | 0300 | $2,000,000.00 |
| Wells Fargo | Checking (Restricted Funds) | 8703 | $20,742,893.17 |
| Wells Fargo | Checking (Restricted Funds) | 8803 | $800,500.00 |
| Wells Fargo | Checking (Restricted Funds) | 8903 | $882,500.00 |
| | | TOTAL: | **$31,954,980.24** |

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 7

Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Initial Funding | Healthnow Prefunding | $562,000.00 |
| Other Operation Expenses | Daughters of Chrity Ministry Service Corp | $7,275.09 |
| Professional Services | Cain Brothers Retainer | $50,000.00 |
| Professional Services | Deloitte | $250,000.00 |
| Professional Services | Moss Adams LLP | $1,673.68 |
| Professional Services | Paul Bucha | $5,000.00 |
| | TOTAL: | **$875,948.77** |

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 8

Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Insurance | AON Bermuda | $952,688.74 |
| Prepaid Purchase Services | 3M | $223,415.31 |
| Prepaid Purchase Services | Armature | $17,712.05 |
| Prepaid Purchase Services | Axion | $55,561.27 |
| Prepaid Purchase Services | Blackbaud | $32,727.30 |
| Prepaid Purchase Services | Bottomline | $13,874.14 |
| Prepaid Purchase Services | Cirius | $4,082.53 |
| Prepaid Purchase Services | Citrix | $223,460.39 |
| Prepaid Purchase Services | Data Archiving | $37,500.00 |
| Prepaid Purchase Services | Dell | $83,737.50 |
| Prepaid Purchase Services | ECRI | $43,216.00 |
| Prepaid Purchase Services | Good Tech | $2,669.97 |
| Prepaid Purchase Services | Healthstream | $106,998.37 |
| Prepaid Purchase Services | Host Analytics | $50,685.09 |
| Prepaid Purchase Services | Huron | $37,500.00 |
| Prepaid Purchase Services | Infinium | $80,507.30 |
| Prepaid Purchase Services | Kronos | $25,453.25 |
| Prepaid Purchase Services | Lockton | $140,000.00 |
| Prepaid Purchase Services | LVM Systems | $48,136.00 |
| Prepaid Purchase Services | Mcafee | $38,256.75 |
| Prepaid Purchase Services | MCG Clinical | $128,948.44 |
| Prepaid Purchase Services | Mckesson | $5,819.15 |
| Prepaid Purchase Services | Mediware | $83,252.80 |
| Prepaid Purchase Services | More Direct dba Connection | $75,227.00 |
| Prepaid Purchase Services | Nanthealth | $80,955.20 |
| Prepaid Purchase Services | Navex Corp | $20,606.67 |
| Prepaid Purchase Services | Pharmacy One Source | $20,362.27 |
| Prepaid Purchase Services | Pharmacy One Source - Sentri7 | $69,785.65 |
| Prepaid Purchase Services | Philips Healthcare Intelli Space | $143,421.84 |
| Prepaid Purchase Services | Phillips | $35,855.46 |
| Prepaid Purchase Services | Picis | $249,253.65 |
| Prepaid Purchase Services | Quadramed | $218,954.11 |
| Prepaid Purchase Services | Quest Diagnostics | $9,814.80 |
| Prepaid Purchase Services | RL Solutions | $26,805.17 |

Page 1 of 2

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 8

Prepayments

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Purchase Services | RL Solutions | $3,655.25 |
| Prepaid Purchase Services | Sunquest Information Systems | $78,437.75 |
| Prepaid Purchase Services | Surgical Information Systems | $226,499.78 |
| Prepaid Purchase Services | Surgical Information Systems | $82,131.95 |
| Prepaid Purchase Services | Truven | $66,694.34 |
| Prepaid Purchase Services | Verge Solutions | $18,934.02 |
| Prepaid Purchase Services | Vision Solutions | $10,740.30 |
| Prepaid Purchase Services | Voicebrook | $16,451.75 |
| Prepaid Purchase Services | VOX | $46,162.96 |
| Prepaid Purchase Services | Workday | $199,237.50 |
| Prepaid Service | Sedgwick | $642.06 |
| Prepaid Supplies | Cardinal | $918,641.28 |
| | TOTAL: | $5,055,473.11 |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule A/B 11a
Accounts receivable, 90 days old or less

| Description | Face amount | Doubtful or uncollectible accounts | Current value of debtor's interest |
|---|---|---|---|
| IC AR due from O'Connor Hospital | $6,108,111.00 | $0.00 | $6,108,111.00 |
| IC AR due from O'Connor Hospital Foundation | $70,533.00 | $0.00 | $70,533.00 |
| IC AR due from Saint Louise Regional Hospital Foundation | $78,768.00 | $0.00 | $78,768.00 |
| IC AR due from Seton Medical Center | $8,359,022.00 | $0.00 | $8,359,022.00 |
| IC AR due from Seton Medical Center Foundation | $62,301.00 | $0.00 | $62,301.00 |
| IC AR due from St. Francis Medical Center of Lynwood Foundation | $116,378.00 | $0.00 | $116,378.00 |
| IC AR due from St. Vincent Foundation | $29,953.00 | $0.00 | $29,953.00 |
| IC AR due from St. Vincent Medical Center | $13,984,074.00 | $0.00 | $13,984,074.00 |
| IC AR due from Verity Business Services | $766,391.00 | $0.00 | $766,391.00 |
| Other Receivables | $886,077.23 | $0.00 | $886,077.23 |
| TOTAL: | $30,461,608.23 | $0.00 | $30,461,608.23 |

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 11b

Accounts receivable, Over 90 days old

| Description | Face amount | Doubtful or uncollectible accounts | Current value of debtor's interest |
|---|---|---|---|
| IC AR due from O'Connor Hospital | $171,006,930.00 | $0.00 | $171,006,930.00 |
| IC AR due from O'Connor Hospital Foundation | $493,279.00 | $0.00 | $493,279.00 |
| IC AR due from Saint Louise Regional Hospital | $53,558,569.00 | $0.00 | $53,558,569.00 |
| IC AR due from Saint Louise Regional Hospital Foundation | $456,988.00 | $0.00 | $456,988.00 |
| IC AR due from Seton Medical Center | $123,650,789.00 | $0.00 | $123,650,789.00 |
| IC AR due from Seton Medical Center Foundation | $386,861.00 | $0.00 | $386,861.00 |
| IC AR due from St. Francis Medical Center of Lynwood Foundation | $634,100.00 | $0.00 | $634,100.00 |
| IC AR due from St. Vincent Foundation | $652,712.00 | $0.00 | $652,712.00 |
| IC AR due from St. Vincent Medical Center | $123,539,837.00 | $0.00 | $123,539,837.00 |
| IC AR due from Verity Business Services | $15,708,676.00 | $0.00 | $15,708,676.00 |
| TOTAL: | $490,088,741.00 | $0.00 | $490,088,741.00 |

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 15

Non-publicly traded stock and interests

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Beverly Hills Multispecialty Surgical Center, LLC | 5.00% | Book value | $5,000 |
| De Paul Ventures, LLC | 100.00% | | Unknown |
| Marillac Insurance Company, Ltd. | 100.00% | Book value | $5,363,180 |
| O'Connor Hospital | 100.00% | | Unknown |
| Premier, Inc. | 0.28% | Value estimated based on value of common shares | $3,101,991 |
| Saint Louise Regional Hospital | 100.00% | | Unknown |
| Seton Medical Center | 100.00% | | Unknown |
| St. Francis Medical Center | 100.00% | | Unknown |
| St. Vincent Medical Center | 100.00% | | Unknown |
| Verity Business Services | 100.00% | | Unknown |
| Verity Holdings, LLC | 100.00% | | Unknown |
| Verity Medical Foundation | 100.00% | | Unknown |
| | | TOTAL: | $8,470,171.00 |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| acousticneuromasvmc.com | Unknown | | Unknown |
| acousticneuromasvmc.net | Unknown | | Unknown |
| acousticneuromasvmc.org | Unknown | | Unknown |
| asianpacificlivercenter.com | Unknown | | Unknown |
| asianpacificlivercenter.net | Unknown | | Unknown |
| asianpacificlivercenter.org | Unknown | | Unknown |
| dchsaccess.org | Unknown | | Unknown |
| dchspacs.org | Unknown | | Unknown |
| depaulhealthcenter.com | Unknown | | Unknown |
| depaulhealthcenter.net | Unknown | | Unknown |
| depaulhealthcenter.org | Unknown | | Unknown |
| depaulurgentcare.com | Unknown | | Unknown |
| depaulurgentcare.net | Unknown | | Unknown |
| depaulurgentcare.org | Unknown | | Unknown |
| depaulurgentcarecenter.com | Unknown | | Unknown |
| depaulurgentcarecenter.net | Unknown | | Unknown |
| depaulurgentcarecenter.org | Unknown | | Unknown |
| dochs.net | Unknown | | Unknown |
| dochs.org | Unknown | | Unknown |
| jri-docs.com | Unknown | | Unknown |
| myverity.org | Unknown | | Unknown |
| myveritybenefits.com | Unknown | | Unknown |
| myveritybenefits.net | Unknown | | Unknown |
| myveritybenefits.org | Unknown | | Unknown |
| ochdocs.com | Unknown | | Unknown |
| ochdocs.net | Unknown | | Unknown |
| ochdocs.org | Unknown | | Unknown |
| ochfoundation.com | Unknown | | Unknown |
| ochfoundation.net | Unknown | | Unknown |
| ochfoundation.org | Unknown | | Unknown |
| ochlibrary.org | Unknown | | Unknown |
| oconnorhospital.com | Unknown | | Unknown |
| oconnorhospital.net | Unknown | | Unknown |
| oconnorhospital.org | Unknown | | Unknown |
| organtransplant.com | Unknown | | Unknown |
| organtransplants.com | Unknown | | Unknown |
| saintlouisehospital.com | Unknown | | Unknown |
| saintlouisehospital.net | Unknown | | Unknown |
| saintlouisehospital.org | Unknown | | Unknown |
| saintlouiseregional.com | Unknown | | Unknown |
| saintlouiseregional.org | Unknown | | Unknown |
| saintlouiseregionalhospital.com | Unknown | | Unknown |
| saintlouiseregionalhospital.org | Unknown | | Unknown |
| setoncoastside.com | Unknown | | Unknown |
| setoncoastside.org | Unknown | | Unknown |
| setonfoundation.org | Unknown | | Unknown |
| setonlibrary.org | Unknown | | Unknown |

**In re: Verity Health System of California, Inc.**

**Case No. 18-20151**

Schedule A/B 61

Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| setonmedicalcenter.com | Unknown | | Unknown |
| setonmedicalcenter.net | Unknown | | Unknown |
| setonmedicalcenter.org | Unknown | | Unknown |
| setonmedicalcentercoastside.com | Unknown | | Unknown |
| setonmedicalcentercoastside.net | Unknown | | Unknown |
| setonmedicalcentercoastside.org | Unknown | | Unknown |
| sfmccharityball.com | Unknown | | Unknown |
| sfmccharityball.net | Unknown | | Unknown |
| sfmccharityball.org | Unknown | | Unknown |
| sfmcfoundation.com | Unknown | | Unknown |
| sfmcfoundation.net | Unknown | | Unknown |
| sfmcfoundation.org | Unknown | | Unknown |
| sfmclibrary.org | Unknown | | Unknown |
| slrhfoundation.com | Unknown | | Unknown |
| slrhfoundation.net | Unknown | | Unknown |
| slrhfoundation.org | Unknown | | Unknown |
| stfrancismedicalcenter.com | Unknown | | Unknown |
| stfrancismedicalcenter.net | Unknown | | Unknown |
| stfrancismedicalcenter.org | Unknown | | Unknown |
| stlouisehospital.com | Unknown | | Unknown |
| stlouisehospital.net | Unknown | | Unknown |
| stlouisehospital.org | Unknown | | Unknown |
| stlouiseregionalhospital.com | Unknown | | Unknown |
| stlouiseregionalhospital.net | Unknown | | Unknown |
| stlouiseregionalhospital.org | Unknown | | Unknown |
| stvincentbrain.com | Unknown | | Unknown |
| stvincentbrain.net | Unknown | | Unknown |
| stvincentbrain.org | Unknown | | Unknown |
| stvincentmedicalcenter.com | Unknown | | Unknown |
| stvincentmedicalcenter.net | Unknown | | Unknown |
| stvincentmedicalcenter.org | Unknown | | Unknown |
| stvincentmedicalcenterkorean.com | Unknown | | Unknown |
| stvincentmedicalcenterkorean.net | Unknown | | Unknown |
| stvincentmedicalcenterkorean.org | Unknown | | Unknown |
| stvincenttransplant.com | Unknown | | Unknown |
| stvincenttransplant.net | Unknown | | Unknown |
| stvincenttransplant.org | Unknown | | Unknown |
| svmcfoundation.com | Unknown | | Unknown |
| svmcfoundation.net | Unknown | | Unknown |
| svmcfoundation.org | Unknown | | Unknown |
| svmcmedlibrary.org | Unknown | | Unknown |
| togetherwithverity.com | Unknown | | Unknown |
| togetherwithverity.net | Unknown | | Unknown |
| togetherwithverity.org | Unknown | | Unknown |
| verity.org | Unknown | | Unknown |
| verityhealth.net | Unknown | | Unknown |
| TOTAL: | **Unknown** | TOTAL: | **Unknown** |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | 360 MANAGEMENT GROUP LLC | | 655 NORTH CENTRAL AVE | | GLENDALE | CA | 91203 | | | Trade | N | | | | $2,100.00 |
| 3.2 | 360 SUPPORT SERVICES INC | | P.O. BOX 801238 | | SANTA CLARITA | CA | 91380-1238 | | | Trade | N | | | | $2,500.00 |
| 3.3 | ABILITY NETWORK, INC. | | P.O. BOX 856015 | | MINNEAPOLIS | MN | 55485-6015 | | | Trade | N | | | | $9,055.41 |
| 3.4 | ACCESS COMMUNICATIONS INC | | 976 RINCON CIRCLE | | SAN JOSE | CA | 95131 | | | Trade | N | | | | $2,200.93 |
| 3.5 | ACCESS TELECOMM FORMERLY ACCESS COMMUNIC | | 976 RINCON CIRCLE | | SAN JOSE | CA | 95131 | | | Trade | N | | | | $29,551.06 |
| 3.6 | ACCOUNTEMPS | FILE 73484 | PO BOX 6000 | | SAN FRANCISCO | CA | 94160-3484 | | | Trade | N | | | | $5,031.41 |
| 3.7 | ALLSCRIPTS LLC | | 24630 NETWORK PLACE | | CHICAGO | IL | 60673-1246 | | | Trade | N | | | | $4,057,624.44 |
| 3.8 | ALSTON AND BIRD LLP | | P.O. BOX 933124 | | ATLANTA | GA | 31193-3124 | | | Trade | N | | | | $37,449.18 |
| 3.9 | ALTSEARCH RECRUITMENT CONSULTANTS CORP | | 300 EAST 56TH STREET | SUITE 16A | NEW YORK | NY | 10022 | | | Trade | N | | | | $32,650.00 |
| 3.10 | AMAZON WEB SERVICES INC | | P.O.BOX 84023 | | SEATTLE | WA | 98124-8423 | | | Trade | N | | | | $79.80 |
| 3.11 | AMERICAN EXPRESS | CPC REMITTANCE PROCESSING | 1801 NW 66TH AVE | STE 103C | PLANTATION | FL | 33313-4571 | | | Trade | N | | | | $14,257.09 |
| 3.12 | AMERICAN TECHNOLOGY SOLUTIONS | | 1212 S NAPER BLVD | SUITE 119-201 | NAPERVILLE | IL | 60540 | | | Trade | N | | | | $574.15 |
| 3.13 | AMERICAN TOWER CORPORATION | | 116 HUNTINGTON AVE. 11TH FLOOR | | BOSTON | MA | 02116 | | | Trade | N | | | | $762.55 |
| 3.14 | ARMADA ANTHONY | | 2040 EAST MARIPOSA AVENUE | APT A | EL SEGUNDO | CA | 90245 | | | Employee Expense | N | | | | $1,802.03 |
| 3.15 | AT & MOBILTY(FOMERLY CINGULAR WIRELESS) | | PO BOX 6463 | | CAROL STREAM | IL | 60197-6463 | | | Utilities | N | | | | $170.80 |
| 3.16 | AT T | | PO BOX 105414 | | ATLANTA | GA | 30348-5414 | | | Utilities | N | | | | $147,878.92 |
| 3.17 | AT T INTERSTATE DEDICATED PRIVATE | | PO BOX 5019 | | CAROL STREAM | IL | 60197 | | | Utilities | N | | | | $59,169.75 |
| 3.18 | AT T TELECONFERENCE SERVICES | | P.O. BOX 5002 | | CAROL STREAM | IL | 60197-5002 | | | Utilities | N | | | | $5.60 |
| 3.19 | ATHLETIC AWARDS CO INC | | 817 REPUBLICAN STREET | | SEATTLE | WA | 98109-4715 | | | Trade | N | | | | $1,676.85 |
| 3.20 | AXION HEALTH INC | | 1101 W 120TH AVE | SUITE 315 | BROOMFIELD | CO | 80021 | | | Trade | N | | | | $74,081.70 |
| 3.21 | BAKER DONELSON BEARMAN CALDWELL AND BERK | BERKOWITZ, PC | 100 LIGHT STREET | | BALTIMORE | MD | 21202 | | | Trade | N | | | | $2,633.00 |
| 3.22 | BARBOZA AND ASSOCIATES | A LAW CORPORATION | 660 S FIGUEROA ST | SUITE 1620 | LOS ANGELES | CA | 90017 | | | Trade | N | | | | $3,395.00 |
| 3.23 | BAY AREA EVENT LIGHTS DBA HOLIDAY LIGHTS | DBA BAY AREA EVENT LIGHTS | 192 MORRIS LANE | | CAMPBELL | CA | 95008 | | | Trade | N | | | | $1,270.00 |
| 3.24 | BENCH TEK SOLUTIONS LLC | | 525 ALDO AVENUE | | SANTA CLARA | CA | 95054 | | | Trade | N | | | | $2,495.81 |
| 3.25 | BEYOND CONSULTING SOLUTIONS INC | | RR2 | | DUFFIELD | AB | T0E 0N0 | CANADA | | Trade | N | | | | $60,000.00 |
| 3.26 | BLUE 22 PHOTOGRAPHY ( HAENG IL NAM ) | | 3871 W. 6TH STREET | | LOS ANGELES | CA | 90020 | | | Trade | N | | | | $60.00 |
| 3.27 | BROWN RUDNICK LLP | | P.O. BOX 52257 | | BOSTON | MA | 02205 | | | Trade | N | | | | $25,000.00 |
| 3.28 | CALIFORNIA PUBLIC FINANCE AUTHORITY | | 2999 OAK ROAD, SUITE 710 | | WALNUT CREEK | CA | 94597 | | | Trade | N | | | | $525.00 |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.29 | CANADIAN TRAVEL NURSES | | 1344 MOUNT PLEASANT ROAD | | TORONTO | ON | M4N 2T3 | CANADA | | Trade | N | | | | $27,279.46 |
| 3.30 | CAPTURE TECHNOLOGIES, INC | | 2617 K STREET | | SACRAMENTO | CA | 95816 | | | Trade | N | | | | $910.21 |
| 3.31 | CASTLE SERVICES | | 3963 ENTERPRISE AVENUE | | NAPLES | FL | 34104 | | | Trade | N | | | | $1,200.00 |
| 3.32 | CDW COMPUTER CENTERS INC | | 200 N. MILWAUKEE AVENUE | | VERNON HILLS | IL | 60061 | | | Trade | N | | | | $42,236.11 |
| 3.33 | CDW GOVERNMENT INC | | 200 NORTH MILWAUKEE AVE. | | VERNON HILLS | IL | 60061 | | | Trade | N | | | | $781,141.39 |
| 3.34 | CERESOFT | | 1738 ELTON ROAD | SUITE 121 | SILVER SPRING | MD | 20903 | | | Trade | N | | | | $3,440.32 |
| 3.35 | CERNER HEALTH SERVICES INC FORMERLY SIEM | C/O US BANK | P.O. BOX 959167 | | ST LOUIS | MO | 63195-9167 | | | Trade | N | | | | $39,471.29 |
| 3.36 | CHA PUBLICATION SALES | | 1215 K STREET SUITE 800 | | SACRAMENTO | CA | 95814 | | | Trade | N | | | | $365.00 |
| 3.37 | CHANGE HEALTHCARE FORMELY EMDEON | | P.O. BOX 572490 | | MURRAY | UT | 84157-2490 | | | Trade | N | | | | $11,440.93 |
| 3.38 | CHARTER COMMUNICATIONS | | 400 ATLANTIC STREET, 10TH FLOOR | | STAMFORD | CT | 06901 | | | Trade | N | | | | $1,612.75 |
| 3.39 | CHRISTOPHER STEELE | C/O NATHANIEL LEEDS | BRENT & FIOL LLP | 1000 FOURTH STREET SUITE 750 | SAN RAFAEL | CA | 94901 | | 4/13/2017 | Professional Liability | N | X | X | X | Unknown |
| 3.40 | CIGNA HEALTHCARE | | P O BOX 182223 | | CHATTANOOGA | TN | 37422-7223 | | | Trade | N | | | | $10,231.83 |
| 3.41 | CIRIUS GROUP, INC. | | 2300 CONTRA COSTA BLVD. | SUITE 250 | PLEASANT HILL | CA | 94523 | | | Trade | N | | | | $11,270.00 |
| 3.42 | CKR INTERACTIVE DBA C K R GROUP INC | | 399 NORTH THIRD STREET | | CAMPBELL | CA | 95008 | | | Trade | N | | | | $24,900.00 |
| 3.43 | CLINICOMP INTL INC | | 9655 TOWNE CENTRE DR | | SAN DIEGO | CA | 92121 | | | Trade | N | | | | $51,932.00 |
| 3.44 | CO ARCHITECTS | | 5055 WILSHIRE BLVD | 9TH FLOOR | LOS ANGELES | CA | 90036 | | | Trade | N | | | | $185,940.75 |
| 3.45 | CONCUR TECHNOLGIES, INC. | | 62157 COLLECTIONS CENTER DR. | | CHICAGO | IL | 60693 | | | Trade | N | | | | $4,729.96 |
| 3.46 | CONDADO GROUP INC | | 1321 BURLINGAME STREET | SUITE M | KANSAS CITY | MO | 64116 | | | Trade | N | | | | $3,900.00 |
| 3.47 | CONNECTION DBA MORE DIRECT INC | | 4800 T-REX AVENUE | SUITE 300 | BOCA RATON | FL | 33431 | | | Trade | N | | | | $45,309.03 |
| 3.48 | CUSHMAN AND WAKEFIELD CA INC | | 1350 BAYSHORE HIGHWAY | SUITE 900 | BURLINGAME | CA | 94010 | | | Trade | N | | | | $9,914.74 |
| 3.49 | DAVID BAGSHAW | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $886.34 |
| 3.50 | DE PAUL VENTURES, LLC | | 203 REDWOOD SHORES PARKWAY, SUITE 800 | | REDWOOD CITY | CA | 94065 | | | Intercompany Payable | Y | | | | $2,888,000.00 |
| 3.51 | DELOITTE TOUCHE LLP | | P.O. BOX 844708 | | DALLAS | TX | 75284-4708 | | | Trade | N | | | | $137,477.50 |
| 3.52 | DELTA DENTAL CA | | PO BOX 44460 | | SAN FRANCISCO | CA | 94144 | | | Trade | N | | | | $441,997.04 |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.53 | DIAMOND QUALITY PRINTING, INC. | | 1465 MONTEREY ROAD | | SAN JOSE | CA | 95110 | | | Trade | N | | | | $7,448.62 |
| 3.54 | DONALD FROST | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $2,224.60 |
| 3.55 | DONNA LIMAR | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Workers Compensation | N | X | X | X | Unknown |
| 3.56 | DOUGLAS L PECK PHOTOGRAPHY | | P.O. BOX 689 | | MENLO PARK | CA | 94026 | | | Trade | N | | | | $225.00 |
| 3.57 | DOWNEY BRAND LLP | | 455 MARKET STREET | SUITE 1500 | SAN FRANCISCO | CA | 94105 | | | Trade | N | | | | $375.00 |
| 3.58 | EAST END TRANSFER & STORAGE INC | | 5607 CAVANAUGH | | HOUSTON | TX | 77021 | | | Trade | N | | | | $110,472.70 |
| 3.59 | EDELMAN DBA DANIEL J EDELMAN INC | JP MORGAN CHASE NA | 21992 NETWORK PLACE | | CHICAGO | IL | 60673-1219 | | | Trade | N | | | | $7,414.77 |
| 3.60 | EFAXCOM | | 6922 HOLLYWOOD BLVD | SUITE 500 | HOLLYWOOD | CA | 90028 | | | Trade | N | | | | $10,020.50 |
| 3.61 | ELSPETH PAUL | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $14,457.68 |
| 3.62 | EMPLOYMENT DEV/826219 | | P.O. BOX 826219 | | SACRAMENTO | CA | 94230-6219 | | | Trade | N | | | | $7,151.00 |
| 3.63 | EPIQ SYSTEMS CORPORATE SERVCIES DBA EPIQ | DEPT 0286 | P.O. BOX 120286 | | DALLAS | TX | 75312-0286 | | | Trade | N | | | | $497.00 |
| 3.64 | EQUINIX INC | | 4252 SOLUTIONS CENTER | | CHICAGO | IL | 60677-4002 | | | Trade | N | | | | $30,316.18 |
| 3.65 | ERNEST KHAW | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $5,903.32 |
| 3.66 | EXCEL OFFICE SERVICES CORP | | 12031 JEFFERSON BLVD | | CULVER CITY | CA | 90230 | | | Trade | N | | | | $1,573.21 |
| 3.67 | EXPERIAN HEALTH FORMERLY PASSPORT HEALTH | C/O EXPERIAN | P.O. BOX 886133 | | LOS ANGELES | CA | 90088-6133 | | | Trade | N | | | | $51,592.02 |
| 3.68 | EXPERIAN INC | | 475 ANTON BLVD. | | COSTA MESA | CA | 92626 | | | Trade | N | | | | $600.00 |
| 3.69 | FAITH PROTSMAN MD | | 700 W 6TH ST C | | GILROY | CA | 95020 | | | Trade | N | | | | $2,550.00 |
| 3.70 | FERNIES ELECTRIC | | 5239 KATELLA RD | | SOUTH GATE | CA | 90280 | | | Trade | N | | | | $2,664.37 |
| 3.71 | FOLEY & LARDNER ATTNYS AT LAW | WEISSBURG & ARONSON | 2029 CENTURY PARK E., 35TH FLR | | LOS ANGELES | CA | 90067-3000 | | | Trade | N | | | | $5,212.55 |
| 3.72 | FRANKS GARDEN FLORIST | | 401 1ST STREET | | GILROY | CA | 95020 | | | Trade | N | | | | $450.00 |
| 3.73 | FRONTIER COMMUNICATIONS DBA FRONTIER CAL | | P.O. BOX 740407 | | CINCINNATI | OH | 45274-0407 | | | Utilities | N | | | | $6,388.95 |
| 3.74 | FTG BUILDERS INC | | 2975 SCOTT BLVD. | SUITE 100 | SANTA CLARA | CA | 95054 | | | Trade | N | | | | $5,972.00 |
| 3.75 | GALLUP INC | | P.O. BOX 310284 | | DES MOINES | IA | 50331-0284 | | | Trade | N | | | | $67,500.00 |
| 3.76 | GE MED SYS INFO TECHNOLOGY | TECHNOLOGIES INC | 5517 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693 | | | Trade | N | | | | $11,962.00 |
| 3.77 | GILROY FLOWER SHOP | | 47 5TH ST | | GILROY | CA | 95020 | | | Trade | N | | | | $64.50 |
| 3.78 | GOLDSTONE JERRY P | | 415 EUCLID AVENUE | # 10 | SAN FRANCISCO | CA | 94118 | | | Trade | N | | | | $1,070.00 |
| 3.79 | GRACE WANG | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $3,145.62 |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.80 | GRANITE TELECOMMUNICATIONS LLC | | 100 NEWPORT AVE EXTENSION | | QUINCY | MA | 02171 | | | Utilities | N | | | | $17,664.31 |
| 3.81 | GRAY BRYAN LEE | | 24206 S 183RD PLACE | | GILBERT | AZ | 85298 | | | Trade | N | | | | $23,767.43 |
| 3.82 | GRM INFORMATION MANAGEMENT SRVS LLC | | P O BOX 748814 | | LOS ANGELES | CA | 90074-8814 | | | Trade | N | | | | $14,288.33 |
| 3.83 | HANSON BRIDGETT, LLC | | 425 MARKET ST | 26TH FLR | SAN FRANCISCO | CA | 94105 | | | Trade | N | | | | $136.50 |
| 3.84 | HEALTHNOW ADMINISTRATIVE SERVICES | | 801 LAKEVIEW DR | STE 301 | BLUE BELL | PA | 19422 | | | Trade | N | | | | $2,123,516.39 |
| 3.85 | HELEN LAM | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $4,406.98 |
| 3.86 | HENRY NGAIN CHOW (DECEASED) BY AND THROUGH SUSAN CHAN CHOW (SPOUSE) & LINDSEY CHOW (DAUGHTER) | | 1662-1/2 CORTEZ ST. | | LOS ANGELES | CA | 90026 | | 11/6/2015 | Professional Liability | N | X | X | X | Unknown |
| 3.87 | HERITAGE PROVIDER NETWORK (REGAL MEDICAL GROUP) | | 8510 BALBOA BLVD. #150 | | NORTHRIDGE, CA 91325 | | 91325 | | | Risk Sharing Liability | N | | X | X | $6,198,736.00 |
| 3.88 | HODGES MACE LLC | | P.O. BOX 117163 | | ATLANTA | GA | 30368-7163 | | | Trade | N | | | | $47,012.00 |
| 3.89 | HOOPER LUNDY BOOKMAN PC | WATT PLAZA | 1875 CENTURY PARK EAST | STE 1600 | LOS ANGELES | CA | 90067-2799 | | | Trade | N | | | | $22,335.98 |
| 3.90 | HOSPITAL ASSOC OF SO CA | LISA KATO, ADMIN ASST | 515 S FIGUEROA ST | SUITE 1300 | LOS ANGELES | CA | 91199-1361 | | | Trade | N | | | | $210,355.74 |
| 3.91 | HSS INC | | PO BOX 17033 | | DENVER | CO | 80217 | | | Trade | N | | | | $42,480.00 |
| 3.92 | HUNTINGTON TECHNOLOGY FINANCE INC FORERL | | L - 3708 | | COLUMBUS | OH | 43260-3708 | | | Trade | N | | | | $224,700.00 |
| 3.93 | IDSHOP INC DBA LAMINEX INC | | P.O. BOX 49457 | | GREENWOOD | SC | 29649 | | | Trade | N | | | | $3,400.00 |
| 3.94 | IFERT LIESL | | 2171 SPRUCE DRIVE | | HOLLISTER | CA | 95023 | | | Trade | N | | | | $6.50 |
| 3.95 | INSIGHT STRUCTURAL ENGINEERS INC | | 855 NORTH DOUGLAS STREET | | EL SEGUNDO | CA | 90245 | | | Trade | N | | | | $14,968.73 |
| 3.96 | INTERCONTINENTAL LA DWNTWN DBA HANJIN IN | LOS ANGELES DOWNTOWN | 900 WILSHIRE BLVD. | | LOS ANGELES | CA | 90017 | | | Utilities | N | | | | $13,579.00 |
| 3.97 | IRIS LARA AND TANYA LARA | C/O ROBERT K FRIEDL | CAPSTONE LAW APC | 1875 CENTURY PARK EAST STE. 1000 | LOS ANGLESE | CA | 90067 | | 4/27/2016 | Professional Liability | N | X | X | X | Unknown |
| 3.98 | IVONNE ENGELMAN | C/O RENEE L. CAMPBELL | ONE WILSHIRE BOULEVARD SUITE 2200 | | LOS ANGELES | CA | 90017 | | 5/3/2018 | Retaliation contrary to 1102.5 and Intentional Infliction of Emotional Distress | N | X | X | X | Unknown |
| 3.99 | JARMAIN JOHNS | C/O KEVIN MAHONEY | MAHONEY LAW GROUP, APC | 249 E. OCEAN BLVD. STE 814 | LONG BEACH | CA | 90802 | | 5/22/2016 | Professional Liability | N | X | X | X | $5,075,000.00 |
| 3.100 | JEFFER MANGELS BUTLER AND MITCHELL LLP | MITCHELL LLP | FILE 1263 | 1801 W OLYMPIC BLVD. | PASADENA | CA | 91199-1263 | | | Trade | N | | | | $236,042.26 |
| 3.101 | JK HAND AND ASSOCIATES INC | | 416 S SPRING STREET | SUITE 1207 | LOS ANGELES | CA | 90013 | | | Trade | N | | | | $22,500.00 |

In re: Verity Health System of California, Inc.
**Case No. 18-20151**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.102 | JOSE HERNANDEZ, JUAN HERNANDEZ, ALMA HERNANDEZ AND EORGINA HERNANDEZ | C/O KARITA A PADUA | L.A. INJURY ATTORNEYS | 1611 N. SAN FERNANDO BLVD. | BURBANK | CA | 91504 | | 6/4/2015 | Professional Liability | N | X | X | X | Unknown |
| 3.103 | KARI SKAVERN SIMMONS | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $1,263.27 |
| 3.104 | KEY INFORMATION SYSTEMS, INC. | | 30077 AGOURA ROAD | SUITE 100 | AGOURA HILLS | CA | 91301-2709 | | | Trade | N | | | | $51,119.85 |
| 3.105 | KIMBERLINA WHETTAM AND ASSOCIATES INC | | 241 S FIGUEROA STREET | SUITE 370 | LOS ANGELES | CA | 90012 | | | Trade | N | | | | $20,245.00 |
| 3.106 | KIRCHNER PAULA DBA TRINITY ADVISORS LLC | C/O PAULA KIRCHNER | 8735 OAK PARK AVENUE | | NORTHRIDGE | CA | 91325 | | | Trade | N | | | | $15,400.00 |
| 3.107 | KNOWWARE INTERNATIONAL INC | | 2696 S COLORADO BLVD | STE 555 | DENVER | CO | 80222 | | | Trade | N | | | | $845.00 |
| 3.108 | KRONOS INC | | P.O. BOX 743208 | | ATLANTA | GA | 30374-3208 | | | Trade | N | | | | $378,226.96 |
| 3.109 | LANGUAGE LINE SERVICES | | PO BOX 202564 | | DALLAS | TX | 75320-2564 | | | Utilities | N | | | | $863.69 |
| 3.110 | LESLEY WONG | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $3,894.32 |
| 3.111 | LEVEL 3 COMMUNICATIONS LLC | | PO BOX 910182 | | DENVER | CO | 80291-0182 | | | Utilities | N | | | | $20,827.81 |
| 3.112 | LIFE MEDIA GROUP LLC | | 16360 MONTEREY ROAD | SUITE 246 | MORGAN HILL | CA | 95037 | | | Trade | N | | | | $279.00 |
| 3.113 | LIGHTHOUSE MEMORIAL DBA WHITE AND DAY IN | | 1016 W. 164TH STREET | | GARDENA | CA | 90247 | | | Trade | N | | | | $200.00 |
| 3.114 | LINKEDIN CORPORATION | | 62228 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0622 | | | Trade | N | | | | $29,748.39 |
| 3.115 | LISA SWAIN | C/O JUSTIN M. GINGERY | DREYER, BABICH, BUCCOLA, WOOD, CAMPORA, LLC | 20 BICENTENNIAL CIRCLE | SACRAMENTO | CA | 95826 | | 12/24/2014 | General Liability | N | X | X | X | Unknown |
| 3.116 | LOOP 1 SYSTEMS INC | | PO BOX 5322 | | AUSTIN | TX | 78763 | | | Trade | N | | | | $4,300.00 |
| 3.117 | M MODAL SERVICES, LTD. | | 5000 MERIDIAN | SUITE 200 | FRANKLIN | TN | 37067 | | | Trade | N | | | | $1,858.64 |
| 3.118 | MACHELNIL CORMIER | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $3,557.52 |
| 3.119 | MATERNA CABATANA | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $1,820.37 |
| 3.120 | MD INSIDER INC | | 3015 MAIN STREET | SUITE 333 | SANTA MONICA | CA | 90405 | | | Trade | N | | | | $24,999.99 |
| 3.121 | MD RANGER INC | | 1601 OLD BAYSHORE HIGHWAY | # 107 | BURLINGAME | CA | 94010 | | | Trade | N | | | | $47,000.00 |
| 3.122 | MEDCENTERDISPLAY LLC | | 101 WESTPARK DRIVE | SUITE 115 | BRENTWOOD | TN | 37027 | | | Trade | N | | | | $1,836.00 |
| 3.123 | MEDICAL COURIERS, INC. | | 176 OTTO CIRCLE | | SACRAMENTO | CA | 95822 | | | Trade | N | | | | $51,697.70 |
| 3.124 | MEDICAL DATA EXCHANGE | MEDICAL DATA EXCHANGE (MDX) | 425 E. COLORADO ST.- SUITE 120 | | GLENDALE | CA | 91205 | | | Trade | N | | | | $23,656.50 |
| 3.125 | MEDICITY | | P.O. BOX 780708 | | PHILADELPHIA | PA | 19178-0708 | | | Trade | N | | | | $90,000.00 |

In re: Verity Health System of California, Inc.

**Case No. 18-20151**

Schedule E/F, Part 2

Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.126 | MEE SOOK CHO | C/O YOHAN LEE | JAKE Y. YOHAN LEE, ESQ. | 5681 BEACH BOULEVARD #200 | BEUNA PARK | CA | 90621 | | 3/31/2015 | General Liability | N | X | X | X | Unknown |
| 3.127 | MERCER US INC | | P.O. BOX 100260 | | PASADENA | CA | 91189-0260 | | | Trade | N | | | | $84,000.00 |
| 3.128 | METRO ELECTRIC CONSTRUCTION INC | | 2400 THIRD STREET | | SAN FRANCISCO | CA | 94107 | | | Trade | N | | | | $2,969.00 |
| 3.129 | MICROSOFT CORPORATION | C/O BANK OF AMERICA | LOCKBOX 848025 | 1401 ELM STREET, 5TH FLOOR | DALLAS | TX | 75202 | | | Trade | N | | | | $71,705.81 |
| 3.130 | MICROSOFT LICENSING GP | | 6100 NEIL ROAD | | RENO | NV | 89511 | | | Trade | N | | | | $1,682,109.56 |
| 3.131 | MIKE FAYFEL | C/O CRAIG ACKERMAN | 1180 SOUTH BEVERLY DRIVE, SUITE 610 | | LOS ANGELES | CA | 90035 | | 7/23/2018 | Employee Matters | N | X | X | X | $390,000.00 |
| 3.132 | MIM SOFTWARE INC | | 25800 SCIENCE PARK , SUITE 180 | | CLEVELAND | OH | 44122 | | | Trade | N | | | | $19,372.00 |
| 3.133 | MIT/WINCARE LLC | | 10 S GRAPE ST | PO BOX 39 | MEDFORD | OR | 97501 | | | Trade | N | | | | $2,285.00 |
| 3.134 | MKM LAW GROUP, P.C. | | 1500 ROSECRANS AVENUE | SUITE 500 | MANHATTAN BEACH | CA | 90266 | | | Trade | N | | | | $9,213.63 |
| 3.135 | MOOD MEDIA | | P.O. BOX 71070 | | CHARLOTTE | NC | 28272-1070 | | | Trade | N | | | | $56.17 |
| 3.136 | MOX NETWORKS LLC | | 9920 JEFFERSON BLVD | | CULVER CITY | CA | 90232 | | | Trade | N | | | | $171,300.00 |
| 3.137 | MYUNG SOO HAN | C/O VINCENT S. KIM | VINCENT S KIM & ASSOCIATES | 4311 WILSHIRE BLVD STE 624 | LOS ANGELES | CA | 90010 | | 5/27/2015 | Professional Liability | N | X | X | X | Unknown |
| 3.138 | NAVEX GLOBAL, INC. | | PO BOX 60941 | | CHARLOTTE | NC | 28260-0941 | | | Trade | N | | | | $234.38 |
| 3.139 | NETWORK TECHNOLOGY SERVICES | | 7901 SOMERSET BLVD | SUITE B | PARAMOUNT | CA | 90723 | | | Trade | N | | | | $7,410.90 |
| 3.140 | NGUYEN NAMQUYEN | | 640 EPIC WAY | UNIT 345 | SAN JOSE | CA | 95134 | | | Trade | N | | | | $65.36 |
| 3.141 | NH ISAC INC | | 226 NORTH NOVA ROAD | NO 391 | ORMOND BEACH | FL | 32174 | | | Trade | N | | | | $7,500.00 |
| 3.142 | NICE INCONTEACT DBA INCONTACT INC | LOCKBOX 0268 | P.O. BOX 7247 | | PHILADELPHIA | PA | 19170-0268 | | | Utilities | N | | | | $4,852.36 |
| 3.143 | NOBLE WILLIAMS | C/O RACHEL C. QUIMBY | DAGLIAN LAW GROUP, APLC | 701 N BRAND BLVD STE 640 | GLENDALE | CA | 91203 | | 11/16/2015 | General Liability | N | X | X | X | Unknown |
| 3.144 | NORTH HIGHLAND COMPANY LLC THE | | P.O. BOX 101353 | | ATLANTA | GA | 30392-1353 | | | Trade | N | | | | $45,054.00 |
| 3.145 | NTHRIVE SOLUTIONS INC FORMERLY MEDASSETS | | 200 NORTH POINT CENTER EAST | STE600 | ALPHARETTA | GA | 30022 | | | Trade | N | | | | $103,737.46 |
| 3.146 | NTT DATA SERVICES LLC FORMERLY DELL MARK | | P.O. BOX 677956 | | DALLAS | TX | 75267-7956 | | | Trade | N | | | | $407,273.00 |
| 3.147 | OFFICE DEPOT | | FILE NO 81901 | | LOS ANGELES | CA | 90074-1901 | | | Trade | N | | | | $559.74 |
| 3.148 | OFFICE OF STATEWIDE HEALTH PANDD | | 2020 WEST EL CAMINO AVENUE | SUITE 800 | SACRAMENTO | CA | 95833 | | | Trade | N | | | | $1,533.40 |
| 3.149 | OPSGENIE INC | | 450 W BROAD STREET | SUITE 421 | FALLS CHURCH | VA | 22046 | | | Trade | N | | | | $30,965.23 |
| 3.150 | OPTION 1 STAFFING SERVICES INC | | 4410 EL CAMINO REAL | SUITE 110 | LOS ALTOS | CA | 94022 | | | Trade | N | | | | $13,254.03 |
| 3.151 | OUTFRONT MEDIA INC | | 2459 SUMMIT ST | | KANSAS CITY | MO | 64108 | | | Trade | N | | | | $4,500.00 |
| 3.152 | OUTSIDE GC CA LLP | | P.O. BOX 482 | | SHARON | MA | 02067 | | | Trade | N | | | | $167.50 |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.153 | PAYLOGIX | | 1025 OLD COUNTY ROAD | SUITE 310 | WESTBURY | NY | 11590 | | | Trade | N | | | | $1,161.16 |
| 3.154 | PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE GENERAL COUNSEL ATTN: JUDITH STARR | 1200 K STREET, NW | | WASHINGTON | DC | 20005 | | | Pension | N | X | X | X | Undetermined |
| 3.155 | PETER OSUNA | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $5,845.30 |
| 3.156 | PHILIPS HEALTHCARE | | P O BOX 100355 | | ATLANTA | GA | 30384-0355 | | | Trade | N | | | | $136,997.58 |
| 3.157 | PHILIPS HEALTHCARE NORTH AMERICA | | 3000 MINUTEMAN ROAD | M/S 109 | ANDOVER | MA | 1810 | | | Trade | N | | | | $143,421.84 |
| 3.158 | PINES ANDREW ( EXP ONLY ) | | 76 EVERGREEN DRIVE | | ORINDA | CA | 94563 | | | Trade | N | | | | $998.11 |
| 3.159 | POOJA SHARMA MD | | 450 E ROMIE LANE | | SALINAS | CA | 93901 | | | Trade | N | | | | $1,800.00 |
| 3.160 | PRE EMPLOY COM INC | | PO BOX 491570 | | REDDING | CA | 96049 | | | Trade | N | | | | $6,059.78 |
| 3.161 | PREMIER INC DBA PREMIER HEALTHCARE SOLUT | | 5882 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | | | Trade | N | | | X | $2,359,499.52 |
| 3.162 | PRICEWATERHOUSE COOPERS LLP | | P O BOX 514038 | | LOS ANGELES | CA | 90051 | | | Trade | N | | | | $503,700.00 |
| 3.163 | PRINT MEDIA COLLECTIVE CORP | | 15445 VENTURA BLVD. | # 24 | SHERMAN OAKDS | CA | 91403 | | | Trade | N | | | | $7,187.53 |
| 3.164 | QUADRAMED CORP | | 3460 LOTUS DRIVE | SUITE 100 | PLANO | TX | 75075 | | | Trade | N | | | | $11,739.05 |
| 3.165 | QUADRAMED CORPORATION | | P.O. BOX 74008556 | | CHICAGO | IL | 60674-8556 | | | Trade | N | | | | $694,834.73 |
| 3.166 | QUICK LEONARD KIEFFER INTERNATIONAL INC | | 555 W JACKSON BLVD. | FL2 | CHICAGO | IL | 60661 | | | Trade | N | | | | $3,966.95 |
| 3.167 | REGINA THOMAS | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $1,468.12 |
| 3.168 | REGISTRY OF CHARITABLE TRUSTS | | P.O. BOX 903447 | | SACRAMENTO | CA | 94203-4470 | | | Trade | N | | | | $300.00 |
| 3.169 | RICHARD CARON | C/O JOSEPH K. BRAVO | BRAVO LAW OFFICES | 1315 SEVENTH AVE | SAN FRANCISCO | CA | 94122 | | 9/14/2016 | Professional Liability | N | X | X | X | Unknown |
| 3.170 | ROBERT HALF MANAGEMENT RESOURCES | | P.O. BOX 743295 | | LOS ANGELES | CA | 90074-3295 | | | Trade | N | | | | $12,808.04 |
| 3.171 | ROPES GRAY LLP | | MAIL CODE 11104 | P.O. BOX 11839 | NEWARK | NJ | 07101-8138 | | | Trade | N | | | | $22,923.29 |
| 3.172 | ROSA CARCAMO | C/O ALEX PEREZ | MAHONEY LAW GROUP, APC | 249 E. OCEAN BLVD. STE 814 | LONG BEACH | CA | 905802 | | | Gen Prof Liability | N | X | X | X | Unknown |
| 3.173 | ROSENBERG AND PICK A LAW CORPORATION | | 12100 WILSHIRE BOULEVARD | SUITE 560 | LOS ANGELES | CA | 90025 | | | Trade | N | | | | $1,528.00 |
| 3.174 | ROTENBERG AND SZE LLP | | 4525 U STREET | | SACRAMENTO | CA | 95817 | | | Trade | N | | | | $27,352.50 |
| 3.175 | RXINNOVATE CONSULTING LLC | | 7421 MONTE VERDE LANE | | WEST PALM BEACH | FL | 33412 | | | Trade | N | | | | $73,710.70 |
| 3.176 | RXINNOVATE CONSULTING LLC (BRAIN MANSFIE | | 7421 MONTE VERDE LANE | | WEST PALM BEACH | FL | 33412 | | | Trade | N | | | | $318,000.00 |
| 3.177 | SAGEWELL HEALTHCARE BENEFITS TRUST | | 1501 REEDSDALE ST SUITE 3005 | | PITTSBURGH | PA | 15233 | | | Trade | N | | | | $886,212.60 |

In re: Verity Health System of California, Inc.
**Case No. 18-20151**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.178 | SALEM AND GREEN A PROFESSIONAL CORP. | | 3604 FAIR OAKS BLVD. | SUITE 200 | SACRAMENTO | CA | 95864-7256 | | | Trade | N | | | | $15,119.00 |
| 3.179 | SAN MATEO DAILY JOURNAL | | 800 SOUTH CLAREMONT STREET | SUITE 210 | SAN MATEO | CA | 94402 | | | Trade | N | | | | $7,480.80 |
| 3.180 | SECRETARY OF STATE CA DOCUMENT FILING | DOCUMENT FILING SUPPORT UNIT | PO BOX 944260 | | SACRAMENTO | CA | 94244-2600 | | | Trade | N | | | | $21.00 |
| 3.181 | SEMB CONSULTANT ( DR EARL BRIEN ) | C/O DR EARL BRIEN | 1233 CORSICA DRIVE | | PACIFIC PALISADES | CA | 90272 | | | Trade | N | | | | $71.88 |
| 3.182 | SHARMA POOJA MD (1099) | | 49006 MEADOWFAIRE COMMONS | | FREMONT | CA | 94539 | | | Trade | N | | | | $1,500.00 |
| 3.183 | SHARP ELECTRONICS CORP | DBA SHARP BUSINESS SYSTEMS | DEPT LA 21510 | | PASADENA | CA | 91185-1510 | | | Trade | N | | | | $930.59 |
| 3.184 | SHRED IT USA | | 28883 NETWORK PLACE | | CHICAGO | IL | 60673-1288 | | | Trade | N | | | | $453.30 |
| 3.185 | SIMPLIFIED NETWORKS DBA PHOENIXSOFT INC | | 202 E. EARLL DRIVE | SUITE 140 | PHOENIX | AZ | 85012 | | | Trade | N | | | | $6,079.20 |
| 3.186 | SODEXO CTM LLC | C/O SUSAN J. JOO | HUNTON ANDREWS KURTH LLP | 50 CALIFORNIA STREET, SUITE 1700 | SAN FRANCISCO | CA | 94111 | | 8/21/2018 | Breach of Contract | N | X | X | X | $3,081,902.20 |
| 3.187 | SONRAI GROUP LLC | | 2654 INVITATIONAL DRIVE | | OAKLAND TWP | MI | 48363 | | | Trade | N | | | | $1,080.00 |
| 3.188 | SOPHIA HOLLEY-HORTON | C/O JUDE A. AKUBUILO | LAW OFFICES OF JUDE A. AKUBUILO | 3655 TORRANCE BLVD STE 300 | TORRANCE | CA | 90503 | | 12/28/2016 | General Liability | N | X | X | X | Unknown |
| 3.189 | SOUTHERN CALIFORNIA EDISON POB 300 | | PO BOX 300 | | ROSEMEAD | CA | 91772-0001 | | | Utilities | N | | | | $2,223.24 |
| 3.190 | SPARKLETTS | | PO BOX 660579 | | DALLAS | TX | 75266-0579 | | | Trade | N | | | | $4,627.95 |
| 3.191 | SPECTOR LLC | | 5593 CORONADO CT | | CLAYTON | CA | 94517 | | | Trade | N | | | | $8,400.00 |
| 3.192 | SPERTUS LANDES AND UMHOFER LLP | | 1990 S BUNDY DRIVE | SUITE 705 | LOS ANGELES | CA | 90025 | | | Trade | N | | | | $58,580.81 |
| 3.193 | SPOK INC | | 10400 YELLOW CIRCLE DRIVE | | EDEN PRAIRIE | MN | 55343 | | | Trade | N | | | | $92.52 |
| 3.194 | SQUIRE PATTON BOGGS (US) LLP | | P.O. BOX 643051 | | CINCINNATI | OH | 45264 | | | Trade | N | | | | $5,621.05 |
| 3.195 | ST. FRANCIS MEDICAL CENTER | | 3630 EAST IMPERIAL HIGHWAY | | LYNWOOD | CA | 90262 | | | Intercompany Payable | Y | | | | $114,960,451.00 |
| 3.196 | ST. VINCENT DIALYSIS CENTER, INC. | | 201 SOUTH ALVARADO STREET | | LOS ANGELES | CA | 90057 | | | Intercompany Payable | Y | | | | $929,840.00 |
| 3.197 | ST. VINCENT IPA MEDICAL CORPORATION | C/O MARK A. NEUBAUER STEPHANIE G. CHAU | CARLTON FIELDS JORDEN BURT, LLP | 2000 AVENUE OF THE STARS SUITE 530 NORTH TOWER | LOS ANGELES | CA | 90067-4707 | | 8/22/2018 | Enforcement of arbitration agreement | N | X | X | X | Unknown |
| 3.198 | SUNQUEST INFORMATION SYSTEMS INC | WILLIAMS CENTRE | 250 SOUTH WILLIAMS BLVD | | TUCSON | AZ | 85711-3609 | | | Trade | N | | | | $386,175.23 |
| 3.199 | SURGICAL INFORMATION SYSTEMS, INC. | | P.O. BOX 535226 | | ATLANTA | GA | 30353-5226 | | | Trade | N | | | | $15,015.00 |

In re: Verity Health System of California, Inc.
**Case No. 18-20151**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.200 | SUZANN MESKAN | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $387.40 |
| 3.201 | SYMONS MICHAEL T | | 14220 EL TOPO DRIVE | | POWAY | CA | 92064 | | | Trade | N | | | | $3,080.00 |
| 3.202 | TALX CORPORATION | | 4076 PAYSPHERE CIRCLE | | CHICAGO | IL | 60674 | | | Trade | N | | | | $29,653.18 |
| 3.203 | TCPRINCE LLC | | 1233 EVERGREEN WAY | | WOODLAND | CA | 95695 | | | Trade | N | | | | $9,598.38 |
| 3.204 | TELE TRACKING TECHNOLOGIES INC | | 336 FOURTH AVENUE | THE TIMES BUILDING | PITTSBURGH | PA | 15222 | | | Trade | N | | | | $4,413.78 |
| 3.205 | TELETRACKING TECHNOLOGIES INC | | 336 FOURTH AVENUE | 7TH FLOOR | PITTSBURGH | PA | 15222 | | | Trade | N | | | | $22,978.48 |
| 3.206 | THOMAS CONSULTING | C/O JENNIFER T. GRAVOIS | 2068 STEVELY AVENUE | | LONG BEACH | CA | 90815 | | | Trade | N | | | | $4,118.40 |
| 3.207 | TOMMY LE | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $423.01 |
| 3.208 | TRACTMANAGER INC | DEPT # 2632 | P.O. BOX 11407 | | BIRMINGHAM | AL | 35246-2632 | | | Trade | N | | | | $29,844.90 |
| 3.209 | UPTODATE INC | | 230 THIRD AVENUE | | WALTHAM | MA | 02451 | | | Trade | N | | | | $6,867.00 |
| 3.210 | US BANK EQUIPMENT FINANCE | | P. O. BOX 790448 | | ST. LOUIS | MO | 63179-0448 | | | Trade | N | | | | $1,034.99 |
| 3.211 | UZZAL DAS | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Employee Claim (amount over $12,850 cap) | N | | | | $156.30 |
| 3.212 | VAN DERMYDEN MADDUX LAW CORP | | 2520 VENTURE OAKS WAY | SUITE 450 | SACRAMENTO | CA | 95833-4227 | | | Trade | N | | | | $8,334.42 |
| 3.213 | VECTOR RESOURCES, INC./ DBA VECTOR USA | | 3530 VOYAGER ST | | TORRANCE | CA | 90503 | | | Trade | N | | | | $8,552.60 |
| 3.214 | VERGE SOLUTIONS LLC DBA VERGE HEALTH | DBA VERGE HEALTH | P.O. BOX 394 | | MOUNT PLEASANT | SC | 29465 | | | Trade | N | | | | $58,000.00 |
| 3.215 | VERITY HEALTH SYSTEM RETIREMENT PLAN A | JOHN HANCOCK RETIREMENT PLAN SERVICES | 690 CANTON STREET | | WESTWOOD | MA | 02090 | | | Pension | N | X | X | X | Undetermined |
| 3.216 | VERITY HEALTH SYSTEM RETIREMENT PLAN B | JOHN HANCOCK RETIREMENT PLAN SERVICES | 690 CANTON STREET | | WESTWOOD | MA | 02090 | | | Pension | N | X | X | X | Undetermined |
| 3.217 | VERITY HOLDINGS, LLC | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | | Intercompany Payable | Y | | | | $64,829,535.00 |
| 3.218 | VERIZON WIRELESS 660108 | | P.O. BOX 660108 | | DALLAS | TX | 75266-0108 | | | Utilities | N | | | | $14,026.50 |
| 3.219 | VIZIENT INC | | 75 REMITTANCE DR.,STE.1855 | | CHICAGO | IL | 60675-1855 | | | Trade | N | | | | $459,243.61 |
| 3.220 | VOX NETWORK SOLUTIONS | | 8000 MARINA BLVD. | SUITE 130 | BRISBANE | CA | 94005 | | | Utilities | N | | | | $8,178.00 |
| 3.221 | WILSON DEBORAH | | 11922 BUTTERNUT WAY | | NEVADA CITY | CA | 95959 | | | Trade | N | | | | $1,100.00 |
| 3.222 | WINDSTREAM HOLDING INC FORMALLY PAETEC | | P.O. BOX 9001013 | | LOUISVILLE | KY | 40290-1013 | | | Utilities | N | | | | $361.73 |
| 3.223 | WOLTERS KLUWER HEALTH, INC. | | P.O. BOX 1610 | | HAGERSTOWN | MD | 21741-1610 | | | Trade | N | | | | $65,000.00 |
| 3.224 | WORKING NURSE DBA RECRUITMENT SERVICES INWORKING WORLD M | | 137 N. LARCHMONT BLVD. | SUITE 474 | LOS ANGELES | CA | 90004 | | | Trade | N | | | | $3,000.00 |

In re: Verity Health System of California, Inc.
**Case No. 18-20151**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Date incurred | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.225 | XEROX FINANCIAL SERVICES DBA XEROX CORP | | P.O. BOX 202882 | | DALLAS | TX | 75320-2882 | | | Trade | N | | | | $1,839.78 |
| 3.226 | ZAYO GROUP LLC DBA ZAYO GROUP HOLDING IN | | P.O. BOX 952136 | | DALLAS | TX | 75395-2136 | | | Trade | N | | | | $14,625.41 |
| 3.227 | ZERIVA LLC | | 6590 SHILOH ROAD EAST | SUITE D | ALPHARETTA | GA | 30005 | | | Trade | N | | | | $20,183.00 |
| 3.228 | ZONES INC | | 1102 15TH STREET SW | SUITE 102 | AUBURN | WA | 98001 | | | Trade | N | | | | $5,090.00 |
| 3.229 | ZOOM VIDEO COMMUNICATIONS INC | | P O BOX 398843 | | SAN FRANCISCO | CA | 94139-8843 | | | Trade | N | | | | $2,505.00 |
| | | | | | | | | | | | | | | TOTAL: | $218,104,803.95 |

In re: Verity Health System of California, Inc.

**Case No. 18-20151**

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2.1 | 314E | | 47102 MISSION FALLS CT | SUITE 219 | FREMONT | CA | 94539 | | SERVICES-CONSULTING | Evergreen | |
| 2.2 | 3M (FKA SOFTMED SYSTEMS, INC.) | | 12215 PLUM ORCHARD | | SILVER SPRINGS | MA | 20904 | | LICENSE-SOFTWARE | 1/1/2069 | |
| 2.3 | 3M HEALTH INFORMATION SYSTEMS | | 12215 PLUM ORCHARD | | SILVER SPRINGS | MA | 20904 | | LICENSE-SOFTWARE | 6/30/2023 | |
| 2.4 | A. CARLSON ASSOCIATES, LLC | | 595 EAST COLORADO BLVD. | SUITE 205 | PASADENA | CA | 91101 | | SERVICES-CONSULTING | 4/29/2015 | |
| 2.5 | ABBOTT LABS, INC. | | DEPT 361 LFCP-4 | 200 ABBOTT PARK ROAD | ABBOTT PARK | IL | 60064-6226 | | SUPPLIES-VCD | 8/31/2015 | |
| 2.6 | ABBVIE US LLC | | 1 N. WAUKEGAN ROAD | | NORTH CHICAGO | IL | 60064 | | DISCOUNT PRICING AGREEMENT | 3/31/2019 | |
| 2.7 | ABILITY NETWORK (FORMERLY KNOWN AS VISIONSHARE) | | P.O. BOX 856015 | | MINNEAPOLIS | MN | 55485-6015 | | NETWORK SERVICES AGREEMENT | 1/8/2019 | |
| 2.8 | ACCRETIVE HEALTH, INC. | | 401 NORTH MICHIGAN AVENUE | SUITE 2700 | CHICAGO | IL | 60611 | | PROFESSIONAL SERVICES AGREEMENT | 4/23/2015 | |
| 2.9 | ACCRETIVE HEALTH, INC. | | 401 NORTH MICHIGAN AVENUE | SUITE 2700 | CHICAGO | IL | 60611 | | SERVICES-CONSULTING | 4/22/2015 | |
| 2.10 | ACUSIS (FKA DIGITAL RECORDS CORP) | | DRC LLC DBA ACUSIS | P.O. BOX 931541 | CLEVELAND | OH | 44193 | | SERVICES-TRANSCRIPTION | 5/8/2015 | |
| 2.11 | AKIN GUMP STRAUSS HAUER & FELD LLP | | 2001 MARKET ST #4100 | | PHILADELPHIA | PA | 19170-6827 | | SERVICES-LEGAL | 12/21/2016 | |
| 2.12 | AKIN GUMP STRAUSS HAUER & FELD LLP | | 2001 MARKET ST #4100 | | PHILADELPHIA | PA | 19170-6827 | | SERVICES-LEGAL | 3/16/2019 | |
| 2.13 | ALEVIO, LLC | | 200 CAHABA PARK CIRCLE | SUITE 100 | BIRMINGHAM | AL | 35242 | | MASTER PURCHASING AGREEMENT | 6/14/2019 | |
| 2.14 | ALICAWAY, EDGARDO G. MD | | 1800 SULLIVAN AVENUE | SUITE 508 | DALY CITY | CA | 94015 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.15 | ALLIANCE BERNSTEIN | | 1345 AVENUE OF AMERICAS | | NEW YORK | NY | 10105 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.16 | ALLIANT INSURANCE SERVICES, INC. | ATTN BETH CASTRO | 1301 DOVE STREET | SUITE 200 | NEWPORT BEACH | CA | 92660 | | PROFESSIONAL SERVICES AGREEMENT | 11/20/2018 | |
| 2.17 | ALLSCRIPTS HEALTHCARE, LLC | | 24630 NETWORK PLACE | | CHICAGO | IL | 60673-1246 | | MASTER AGREEMENT | 8/2/2027 | |
| 2.18 | ALTEGRA HEALTH, INC. | ATTN.: PRESIDENT | 3415 S. SEPULVEDA BLVD. | 9TH FLOOR | LOS ANGELES | CA | 90034 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.19 | AMAZON WEB SERVICES | | P.O.BOX 84023 | | SEATTLE | WA | 98124-8423 | | CONFIDENTIALITY & NON-DISCLOSURE | 2/28/2019 | |
| 2.20 | AMERICAN EXPRESS | CPC REMITTANCE PROCESSING | 1801 NW 66TH AVE | STE 103C | PLANTATION | FL | 33313-4571 | | ADMINISTRATIVE SERVICES | 6/30/2019 | |
| 2.21 | AMERICAN MEDICAL ASSOCIATION | | 75 REMITTANCE DRIVE | SUITE 1413 | CHICAGO | IL | 60675-1413 | | LICENSE-SOFTWARE | Evergreen | |
| 2.22 | AMERICAN RED CROSS | | PO BOX 37839 | | BOONE | IA | 50037-0839 | | BLOOD/ORGAN/TISSUE | 6/30/2015 | |
| 2.23 | AMERICAN RED CROSS | | PO BOX 37839 | | BOONE | IA | 50037-0839 | | BLOOD/ORGAN/TISSUE | 6/30/2016 | |
| 2.24 | AMERICAN RED CROSS | | PO BOX 37839 | | BOONE | IA | 50037-0839 | | MASTER PURCHASING AGREEMENT | 12/14/2018 | |
| 2.25 | AMERICAN REGISTRY FOR INTERNET NUMBERS (ARIN) | | P.O. BOX 759477 | | BALTIMORE | MD | 21275-9477 | | MASTER AGREEMENT | 1/1/2065 | |
| 2.26 | AMERICAN TOWERS, LLC | | LOCKBOX 7501 | P. O. BOX 7247 | PHILADELPHIA | PA | 19170-7501 | | SERVICES-TELECOMMUNICATIONS | 6/30/2020 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.27 | AMPLUS GROUP, LLC | SATCHEL KIEFER | 438 AMAPOLA AVENUE | SUITE 210 | TORRANCE | CA | 90501 | | SERVICES-CONSULTING | 7/24/2019 | |
| 2.28 | ANDERSON, JEFFREY MD | | 333 OCONNOR DRIVE | | SAN JOSE | CA | 95128 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.29 | ANDERSON, MAXINE MD | | 3737 MARTIN LUTHER KING JR. BLVD. STE. # 404 | | LYNWOOD | CA | 90262-2646 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.30 | ANKURA CONSULTING GROUP | | P.O. BOX 32185 | | NEW YORK | NY | 10087-2185 | | LETTER OF AGREEMENT | Evergreen | |
| 2.31 | APPLIED MANAGEMENT SYSTEMS, INC. | | 25 MALL ROAD - SUITE 325 | | BURLINGTON | MA | 01803 | | CONFIDENTIALITY & NON-DISCLOSURE | 9/27/2018 | |
| 2.32 | APPLIED STATISTICS & MANAGEMENT, INC. | | P.O. BOX 2738 | | TEMECULA | CA | 92593-2738 | | TECHNOLOGY SERVICES AGREEMENT | 6/20/2020 | |
| 2.33 | ARENT FOX | | 555 WEST FIFTH STREET | 48TH FLOOR | LOS ANGELES | CA | 90013-1065 | | SERVICES-LEGAL | Evergreen | |
| 2.34 | ARTHREX, INC. | | 1370 CREEKSIDE BLVD | | NAPLES | FL | 34108 | | MASTER PURCHASING AGREEMENT | 6/30/2019 | |
| 2.35 | ARTINYAN, AVO, M.D. | BAYLOR COLLEGE OF MEDICINE | 6620 MAIN STREET | SUITE 1350 | HOUSTON | TX | 77030-2348 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.36 | ARUP LABORATORIES | | PATHOLOGISTS INC | PO BOX 27964 | SALT LAKE CITY | UT | 84127 | | PROFESSIONAL SERVICES AGREEMENT | 9/30/2016 | |
| 2.37 | ASCENSION HEALTH | | 4600 EDMUNDSON ROAD | | ST. LOUIS | MO | 63134 | | PROFESSIONAL SERVICES AGREEMENT | 3/26/2019 | |
| 2.38 | ASCENSION HEALTH | | 4600 EDMUNDSON ROAD | | ST. LOUIS | MO | 63134 | | SERVICES-CASH MANAGEMENT | 3/26/2019 | |
| 2.39 | ASCENSION HEALTH ALLIANCE | JOSEPH R. IMPICCICHE, ESQ. | 101 S. HANLEY ROAD | SUITE 450 | ST. LOUIS | MO | 63105 | | CONFIDENTIALITY & NON-DISCLOSURE | 4/10/2019 | |
| 2.40 | ASCOM WIRELESS - VECTOR RESOURCES, INC | | 3428 COLLECTIONS CENTER DRVIE | | CHICAGO | IL | 60693 | | TELECOMMUNICATIONS | 3/1/2019 | |
| 2.41 | BEST PRACTICE PROFESSIONALS INC. (DBA ONESOURCE DOCUMENT MANAGEMENT SERVICES) | D/B/A ONESOURCE DOCUMENT MANAGEMENT SERVICES | 1800 EAST 900 SOUTH | | SALT LAKE CITY | UT | 84108 | | SUBSCRIPTIONS | 3/21/2018 | |
| 2.42 | BIOMET ORTHOPAEDICS, LLC | | TLG MEDICAL | 3188 AIRWAY AVE #B | COSTA MESA | CA | 92626 | | SUPPLIES-TOTAL JOINTS | 8/31/2018 | |
| 2.43 | BIOTRONIK, INC. | | 6024 JEAN RD. | | LAKE OSWEGO | OR | 97035 | | SUPPLIES-CRM | 3/31/2019 | |
| 2.44 | BLACKROCK INSTITUTIONAL TRUST COMPANY (FKA BARCLAYS GLOBAL INVESTORS) | | 3525 LOMITA BLVD | SUITE 200 | TORRANCE | CA | 90505 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.45 | BLUE SHIELD OF CALIFORNIA | | 50 BEALE STREET | | SAN FRANCISCO | CA | 94105 | | ADMINISTRATIVE SERVICES | 12/31/2014 | |
| 2.46 | BNY MELLON | | 1201 THIRD AVENUE | SUITE 5010 | SEATTLE | WA | 98101 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.47 | BOARDEFFECT LLC | | 161 LEVERINGTON AVENUE | SUITE 1001 | PHILADELPHIA | PA | 19127 | | LICENSE-SOFTWARE | 1/30/2019 | |
| 2.48 | BOSTON SCIENTIFIC CORP. | | 47201 LAKEVIEW BLVD | | FREMONT | CA | 94537-5120 | | SUPPLIES-CATH LAB | 8/6/2019 | |
| 2.49 | BOSTON SCIENTIFIC CORP. | | 47201 LAKEVIEW BLVD | | FREMONT | CA | 94537-5120 | | SUPPLIES-CRM | Evergreen | |

In re: Verity Health System of California, Inc.

**Case No. 18-20151**

Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.50 | BOTTOMLINE TECHNOLOGIES (FKA OPTIO SOFTWARE) | | P.O. BOX 83050 | | WOBURN | MA | 01813-3050 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 6/25/2019 | |
| 2.51 | BROWN RUDNICK LLP | | P.O. BOX 52257 | | BOSTON | MA | 02205 | | SERVICES-LEGAL | 4/30/2015 | |
| 2.52 | BURKE, CHRIS MD | | NO ADDRESS ON CONTRACT | | | | | | PHYSICIANS-CONSULTING SERVICES | Evergreen | |
| 2.53 | CALIFORNIA IPA, INC. | | 2480 N. FIRST ST. | SUITE 160 | SAN JOSE | CA | 95131 | | CONFIDENTIALITY & NON-DISCLOSURE | 8/31/2019 | |
| 2.54 | CAMPUS LAUNDRY | | C/O OCEANSIDE LAUNDRY LLC | 675 BEACH DRIVE | LA SELVA BEACH | CA | 95076-1907 | | SERVICES-LINEN SUPPLY | 5/31/2017 | |
| 2.55 | CAPITAL TOWER GROUP, LLC | | 301 N. LAKE AVENUE | SUITE 800 | PASADENA | CA | 91101 | | SERVICES-TELECOMMUNICATIONS | 6/30/2023 | |
| 2.56 | CARDINAL HEALTH 110, INC. | LEASING SERVICES DEPT. | 7000 CARDINAL PLACE | WEST CAMPUS, 1ST FLOOR | DUBLIN | OH | 43017 | | PHARMACEUTICAL | 2/28/2019 | |
| 2.57 | CARDINAL HEALTH 110, INC. | LEASING SERVICES DEPT. | 7000 CARDINAL PLACE | WEST CAMPUS, 1ST FLOOR | DUBLIN | OH | 43017 | | DISCOUNT PRICING AGREEMENT | 12/8/2019 | |
| 2.58 | CARDINAL HEALTH PHARMACY SERVICE LLC (AKA CARDINAL HEALTH SOLUTIONS, INC.) | | 1330 ENCLAVE PARKWAY | | HOUSTON | TX | 77077 | | PHARMACEUTICAL | 9/28/2018 | |
| 2.59 | CARDIO MEDICAL PRODUCTS, INC. | | 385 FRANKLIN AVE | SUITE L | ROCKAWAY | NJ | 07866 | | SUPPLIES-CATH LAB | 10/31/2017 | |
| 2.60 | CAREFUSION SOLUTIONS, LLC | | PYXIS PRODUCTS | 25082 NETWORK PLACE | CHICAGO | IL | 60673-1250 | | MASTER PURCHASING AGREEMENT | Evergreen | |
| 2.61 | CAREFUSION SOLUTIONS, LLC (PYXIS) | | PYXIS PRODUCTS | 25082 NETWORK PLACE | CHICAGO | IL | 60673-1250 | | DISCOUNT PRICING AGREEMENT | 7/31/2017 | |
| 2.62 | CARPENTER, THOMAS J. MD | | NO ADDRESS ON CONTRACT | | | | | | SERVICES-CONSULTING | Evergreen | |
| 2.63 | HEALTHCARESOURCE HR, INC. | | P.O. BOX 783577 | | PHILADELPHIA | PA | 19178-3577 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 12/11/2017 | |
| 2.64 | HEALTHLINE SYSTEMS,INC. | | 17085 CAMINO SAN BERNARDO | | SAN DIEGO | CA | 92127 | | LICENSE-SOFTWARE SUBSCRIPTION | 12/18/2018 | |
| 2.65 | HEALTHSOURCE GLOBAL STAFFING, INC | | 39270 PASEO PADRE PKWY. | SUITE # 138 | FREMONT | CA | 94538 | | ADMINISTRATIVE SERVICES | 2/23/2019 | |
| 2.66 | HEALTHSTREAM, INC. | | PO BOX 102817 | | ATLANTA | GA | 30368-2817 | | MASTER AGREEMENT | 12/1/2021 | |
| 2.67 | HEALTHSTREAM, INC. | | PO BOX 102817 | | ATLANTA | GA | 30368-2817 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.68 | HELP SYSTEMS, INC. | | NW 5955 | P.O. BOX 1450 | MINNEAPOLIS | MN | 55485-5955 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 6/30/2019 | |
| 2.69 | HENDERSON GLOBAL INVESTORS | | 737 N. MICHIGAN AVE. | SUITE 1700 | CHICAGO | IL | 60611 | | INVESTMENT | Evergreen | |
| 2.70 | HENDERSON INTERNATIONAL ALL CAP EQUITY, LP | | 1 FINANCIAL PLAZA | 19TH FLOOR | HARTFORD | CT | 06103 | | PARTNERSHIP | Evergreen | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.71 | HILL ROM COMPANY | | 1069 STATE RT 46 EAST | | BATESVILLE | IN | 47006-9167 | | MASTER PURCHASING AGREEMENT | 5/30/2020 | |
| 2.72 | HODGES MACES | | P.O. BOX 117163 | | ATLANTA | GA | 30368-7163 | | PROFESSIONAL SERVICES AGREEMENT | 11/3/2018 | |
| 2.73 | HONEYWELL INTERNATIONAL | | BUILDING SOLUTIONS | 12490 COLLECTION CENTER DRIVE | CHICAGO | IL | 60693 | | SERVICES-CONSTRUCTION | 6/1/2019 | |
| 2.74 | HOOPER HEALTHCARE CONSULTING LLC | | 1370 BREA BLVD. | SUITE218 ATTN: BRYAN HOOPER | FULLERTON | CA | 92835 | | SERVICES-CONSULTING | 7/25/2020 | |
| 2.75 | HOOPER, LUNDY & BOOKMAN, P.C. | | 1875 CENTURY PARK EAST | SUITE 1600 | LOS ANGELES | CA | 90067-2799 | | SERVICES-LEGAL | 9/30/2018 | |
| 2.76 | HOST ANALYTICS | | 555 TWIN DOLPHIN DRIVE | 4TH FLOOR | REDWOOD CITY | CA | 94065 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 12/11/2019 | |
| 2.77 | HURON CONSULTING SERVICES LLC (DBA WELLSPRING+STOCKAMP, HURON HEALTHCARE) | | 3005 MOMENTUM PLACE | | CHICAGO | IL | 60689-5330 | | SERVICES-CONSULTING | 8/31/2014 | |
| 2.78 | IDEA CONSULTING GROUP | | 2215 PINNALCE CIRCLE NORTH | | PALM HARBOR | FL | 34684 | | SERVICES-CONSULTING | 9/6/2019 | |
| 2.79 | IKON FINANCIAL SERVICES | | 1738 BASS RD | | MACON | GA | 31210-1043 | | EQUIPMENT-LEASE/RENTAL | 11/11/2015 | |
| 2.80 | IMAGEFIRST OF SAN FRANCISCO, LLC | | 900 E. EIGHTH AVENUE | SUITE 300 | KING OF PRUSSIA | PA | 19406 | | MASTER AGREEMENT | 8/8/2022 | |
| 2.81 | INCONTACT, INC. | | LOCKBOX 0268 | P.O. BOX 7247 | PHILADELPHIA | PA | 19170-0268 | | LICENSE-SOFTWARE | 12/3/2018 | |
| 2.82 | INFOR WORLD (INFINIUM) | | 25 COMMUNICATIONS WAY | | HYANNIS | MA | 02601 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 9/30/2018 | |
| 2.83 | ING INVESTMENT MANAGEMENT | | 1133 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | |
| 2.84 | INNOVASAFE | | 1256 CABRILLO AVENUE | SUITE 250 | TORRANCE | CA | 90501-2811 | | ESCROW-SOFTWARE | 8/14/2019 | |
| 2.85 | INPRIVA | | 2625 REDWING ROAD | SUITE 330 | FORT COLLINS | CO | 80526 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 6/10/2019 | |
| 2.86 | INTEGRITY HEALTHCARE, LLC | | C/O NANTWORKS LLC | 9920 JEFFERSON BLVD. | CULVER CITY | CA | 90232 | | MASTER AGREEMENT | 7/17/2025 | |
| 2.87 | INTERSYSTEMS CORPORATION | | P. O. BOX 84-5809 | | BOSTON | MA | 02284-5809 | | LICENSE-SOFTWARE SUBSCRIPTION | 6/30/2019 | |
| 2.88 | INTRALEARN SOFTWARE CORPORATION | | 276 WEST MAIN STREET | | NORTHBORO | MA | 01532 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 12/11/2018 | |
| 2.89 | ISU INSURANCE SERVCIES (FKA PINNACLE BROKER'S, INC.) | | 1330 N BROADWAY | SUITE #240 | WALNUT CREEK | CA | 94596 | | MASTER PURCHASING AGREEMENT | Evergreen | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.90 | JAMES R. LAHANA, A PROFESSIONAL LAW CORPORATION | | 31255 CEDAR VALLEY DRIVE | SUITE 206 | WESTLAKE VILLAGE | CA | 91362 | | LETTER OF AGREEMENT | Evergreen | |
| 2.91 | JEFFER MANGELS BUTLER & MITCHELL LLP | | 1900 AVENUE OF THE STARS, 7TH FLOOR | | LOS ANGELES | CA | 90067-4308 | | SERVICES-LEGAL | Evergreen | |
| 2.92 | JENNIFER GRAVOIS DBA THOMAS CONSULTING | | 2068 STEVELY AVENUE | | LONG BEACH | CA | 90815 | | INDEPENDENT CONTRACTOR | 9/30/2018 | |
| 2.93 | JOSEPH S. DE TRANE, CPA | | 191 CALLE LA MESA | | MORAGA | CA | 94556 | | SERVICES-CONSULTING | 2/5/2016 | |
| 2.94 | JOY VICTOR, MD | | 35964 KILLORGLIN COMMON | | FREMONT | CA | 94536 | | SERVICES-CONSULTING | 1/1/2019 | |
| 2.95 | KAUFMAN HALL | | 8610 SOLUTION CENTER | | CHICAGO | IL | 60677-8006 | | LICENSE-SOFTWARE SUBSCRIPTION | 1/10/2017 | |
| 2.96 | KAUFMAN HALL | | 8610 SOLUTION CENTER | | CHICAGO | IL | 60677-8006 | | SERVICES-CONSULTING | Evergreen | |
| 2.97 | KENYON & KENYON LLP | | 333 W. SAN CARLOS STREET | SUITE 600 | SAN JOSE | CA | 95110-2731 | | SERVICES-LEGAL | Evergreen | |
| 2.98 | KIMBERLY-CLARK GLOBAL SALES, LLC | | 1400 HOLCOMB BRIDGE RD. | ATTN: VP NORTH AMERICA SALES | ROSWELL | GA | 30076 | | MASTER PURCHASING AGREEMENT | 9/28/2018 | |
| 2.99 | KIRCHNER, PAULA | | 8735 OAK PARK AVENUE | | NORTHRIDGE | CA | 91325 | | SERVICES-CONSULTING | 12/31/2015 | |
| 2.100 | KRONOS, INC. | | P.O. BOX 743208 | | ATLANTA | GA | 30374-3208 | | LICENSE-SOFTWARE SUBSCRIPTION | 6/14/2023 | |
| 2.101 | KRONOS, INC. | | P.O. BOX 743208 | | ATLANTA | GA | 30374-3208 | | SERVICES-EQUIPMENT MAINTENANCE | 3/30/2019 | |
| 2.102 | KRONOS, INC. | | P.O. BOX 743208 | | ATLANTA | GA | 30374-3208 | | SERVICES-HARDWARE AND SOFTWARE MAINTENANCE | 12/31/2018 | |
| 2.103 | KURT SALMON ASSOCIATES INC | | 120 SOUTH SIXTH STREET | SUITE 1600 | MINNEAPOLIS | MN | 55402 | | SERVICES-CONSULTING | Evergreen | |
| 2.104 | LA CARE HEALTH PLAN | | 1055 W. 7TH STREET, 10TH FLOOR | | LOS ANGELES | CA | 90017 | | ADMINISTRATIVE SERVICES | 3/31/2018 | |
| 2.105 | LANE TELECOMMUNICATIONS, INC.. | | 10 LANIDEX PLAZA WEST | SUITE 213 | PARSIPPANY | NJ | 07054 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 10/17/2018 | |
| 2.106 | LANGUAGE LINE SERVICES | | PO BOX 202564 | | DALLAS | TX | 75320-2564 | | SERVICES-INTERPRETER | 4/8/2019 | |
| 2.107 | LANGUAGE LINE SERVICES | | PO BOX 202564 | | DALLAS | TX | 75320-2564 | | TELECOMMUNICATIONS | 4/8/2019 | |
| 2.108 | LEAN TRANSFORMATIONS GROUP, LLC | | 3588 PLYMOUTH ROAD | # 320 | ANN ARBOR | MI | 48104 | | SERVICES-CONSULTING | 3/21/2017 | |
| 2.109 | LIGHTHOUSE DOCUMENT TECHNOLOGIES, INC. | | 51 UNIVERSITY STREET | SUITE 400 | SEATTLE | WA | 98101 | | MASTER AGREEMENT | Evergreen | |
| 2.110 | LINKEDIN | | 62228 COLLECTION CENTER DRIVE | | CHICAGO | IL | 60693-0622 | | SALES ORDER | 1/31/2020 | |
| 2.111 | LIPTON, ROBERT | | 21 IDAHO STREET | | RICHMOND | CA | 94801 | | SERVICES-CONSULTING | 2/15/2018 | |
| 2.112 | LOCKTON COMPANIES, LLC (KANSAS CITY SERIES) | | DEPT 3042 | P.O. BOX 123042 | DALLAS | TX | 75312-3042 | | INSURANCE COVERAGE | 7/1/2020 | |
| 2.113 | LONG WILLIAM M.D. | | 637 LUCAS AVE. | | LOS ANGELES | CA | 90017 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.114 | LOOMIS SAYLES | | ONE FINANCIAL CENTER | ATTN: LAUREN PITALIS | BOSTON | MA | 02211 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.115 | LYSLE BUCHBINDER | | 19 TULIP LANE | | PALO ALTO | CA | 94303 | | SERVICES-LEGAL | 3/16/2016 | |
| 2.116 | M*MODAL FKA MEDQUIST TRANSCRIPTIONS, LTD. | | 1000 BISHOPS GATE BOULEVARD | SUITE 300 | MT. ALUREL | NJ | 08-54-4215 | | SERVICES-TRANSCRIPTION | 4/30/2019 | |
| 2.117 | M.J. MECHANICAL SERVICES, INC. | | 1043 E. SAN CARLOS AVE. | | SAN CARLOS | CA | 94070 | | SERVICES-EQUIPMENT MAINTENANCE | 1/1/2050 | |
| 2.118 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 11/27/2014 | |
| 2.119 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 8/31/2014 | |
| 2.120 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 10/31/2014 | |
| 2.121 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 12/14/2014 | |
| 2.122 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 12/30/2014 | |
| 2.123 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 11/30/2015 | |
| 2.124 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 3/1/2016 | |
| 2.125 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 4/30/2016 | |
| 2.126 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 9/1/2016 | |
| 2.127 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 9/27/2016 | |
| 2.128 | MACQUARIE EQUIPMENT FINANCE, INC. | | 2285 FRANKLIN ROAD | PO BOX 2017 | BLOOMFIELD HILLS | MI | 48303-2017 | | EQUIPMENT-LEASE/RENTAL | 4/30/2017 | |
| 2.129 | MAGVIEW | | 3915 NATIONAL DRIVE | SUITE 200 | BURTONSVILLE | MD | 20866 | | LICENSE-SOFTWARE | 1/19/2019 | |
| 2.130 | MANATT, PHELPS AND PHILLIPS LLP | | 11355 WEST OLYMPIC BOULEVARD | | LOS ANGELES | CA | 90064-1614 | | SERVICES-LEGAL | Evergreen | |
| 2.131 | MANOOCHEHRIAN, ALI MD | ANESTHESIA MEDICAL GROUP | NO ADDRESS | | | | | | SERVICES-CONSULTING | Evergreen | |
| 2.132 | MATHEW ABRAHAM - SMARTMED | | 5850 CANOGA AVE | SUITE #400 | WOODLAND HILLS | CA | 91367 | | SERVICES-CONSULTING | 10/6/2018 | |
| 2.133 | MATTEONI O'LAUGHLIN & HECHTMAN | | 848 THE ALAMEDA | | SAN JOSE | CA | 95126 | | SERVICES-LEGAL | Evergreen | |
| 2.134 | MAZARS USA LLP | | C/O WEISERMAZARS LLP | 2151 RIVER PLAZA DR.,STE. 205 | SACRAMENTO | CA | 95833 | | SERVICES-CONSULTING | 12/31/2017 | |
| 2.135 | MCG HEALTH, LLC | | P.O. BOX 742350 | | ATLANTA | GA | 30374-2350 | | LICENSE-SOFTWARE | 2/19/2023 | |
| 2.136 | MCKESSON INFORMATION SOLUTIONS, INC. | | 5995 WINDWARD PARKWAY | | ALPHARETTA | GA | 30005 | | LICENSE-SOFTWARE | 12/11/2018 | |
| 2.137 | MCKESSON INFORMATION SOLUTIONS, INC. | | ONE POST STREET | | SAN FRANCISCO | CA | 94104 | | LICENSE-SOFTWARE | 12/31/2018 | |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.138 | MCKESSON INFORMATION SOLUTIONS, INC. | ATTN.: GENERAL COUNSEL | 5995 WINDWARD PARKWAY | | ALPHARETTA | GA | 30005 | | LICENSE-SOFTWARE | 12/31/2018 | |
| 2.139 | MCKESSON INFORMATION SOLUTIONS, INC. | ATTN.: GENERAL COUNSEL | 5995 WINDWARD PARKWAY | | ALPHARETTA | GA | 30005 | | LICENSE-SOFTWARE | 6/2/2065 | |
| 2.140 | MCKESSON INFORMATION SOLUTIONS, INC. | ATTN.: GENERAL COUNSEL | 5995 WINDWARD PARKWAY | | ALPHARETTA | GA | 30005 | | MEMORANDUM OF UNDERSTANDING | 2/19/2065 | |
| 2.141 | MCKESSON INFORMATION SOLUTIONS, INC. | ATTN.: GENERAL COUNSEL | 5995 WINDWARD PARKWAY | | ALPHARETTA | GA | 30005 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 8/26/2019 | |
| 2.142 | MCKESSON INFORMATION SOLUTIONS, INC. | | ONE POST STREET | | SAN FRANCISCO | CA | 94104 | | LICENSE-SOFTWARE | 9/28/2018 | |
| 2.143 | MD INSIDER | | 3015 MAIN STREET | SUITE 333 | SANTA MONICA | CA | 90405 | | TECHNOLOGY SERVICES AGREEMENT | 6/28/2019 | |
| 2.144 | MEDACTA USA, INC. | | 4725 CALLE QUETZAL #B | | CAMARILLO | CA | 93012 | | SUPPLIES-TOTAL JOINTS | 5/31/2019 | |
| 2.145 | MEDICAL COURIER, INC. | | 176 OTTO CIRCLE | | SACRAMENTO | CA | 95822 | | SERVICES-COURIER | 8/31/2015 | |
| 2.146 | MEDICAL DATA EXCHANGE | | MEDICAL DATA EXCHANGE (MDX) | 425 E. COLORADO ST.- SUITE 120 | GLENDALE | CA | 91205 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 10/1/2018 | |
| 2.147 | MEDICAL INNOVATIONS, INC. | C/O MEDIVATORS | N.W.9841 | P.O. BOX 1450 | MINNEAPOLIS | MN | 55485 | | PROFESSIONAL SERVICES AGREEMENT | 6/30/2019 | |
| 2.148 | MEDICITY, INC. | | P.O. BOX 780708 | | PHILADELPHIA | PA | 19178-0708 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 7/31/2019 | |
| 2.149 | MEDICLEAN LINEN AND LAUNDRY INC | | 4500 DUNHAM ST | | COMMERCE | CA | 90040 | | SERVICES-LINEN SUPPLY | 12/6/2017 | |
| 2.150 | MEDLINE INDUSTRIES, INC. | | PO BOX 92301 | | CHICAGO | IL | 60675-2301 | | SUPPLIES-LINEN | 11/1/2018 | |
| 2.151 | MEDLINE INDUSTRIES, INC. | | PO BOX 92301 | | CHICAGO | IL | 60675-2301 | | SUPPLIES-LINEN | 11/30/2018 | |
| 2.152 | MEDLINE INDUSTRIES, INC. | | PO BOX 92301 | | CHICAGO | IL | 60675-2301 | | SUPPLIES-LINEN | 5/14/2022 | |
| 2.153 | MEDLINE INDUSTRIES, INC. | | PO BOX 92301 | | CHICAGO | IL | 60675-2301 | | SUPPLY DISTRIBUTION AGREEMENT | 12/31/2017 | |
| 2.154 | MEDPLUS, INC. | | P O BOX 691169 | | CINCINNATI | OH | 45269-1169 | | SERVICES-EQUIPMENT MAINTENANCE | 9/30/2018 | |
| 2.155 | MEDPLUS, INC. | | P O BOX 691169 | | CINCINNATI | OH | 45269-1169 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 9/30/2018 | |
| 2.156 | MEDTRONIC SOFAMOR DANEK USA, INC. | ATTN.: LEGAL DEPT. - PRICING AGREEMENTS | 2600 SOFAMOR DANEK DRIVE | | MEMPHIS | TN | 38132 | | SUPPLIES-SPINAL HARDWARE | 9/8/2016 | |
| 2.157 | MEDTRONIC SOFAMOR DANEK USA, INC. | ROGER BAKER, DIRECTOR OF CORPORATE SALES | 2600 SOFAMOR DANEK DRIVE | | MEMPHIS | TN | 38132 | | SUPPLIES-CATH LAB | 9/8/2015 | |
| 2.158 | MEDTRONIC USA, INC. | | 710 MEDTRONIC PKWY NE | | MINNEAPOLIS | MN | 55432-5604 | | MASTER PURCHASING AGREEMENT | 6/11/2019 | |
| 2.159 | MEDTRONIC USA, INC. | | 710 MEDTRONIC PKWY NE | | MINNEAPOLIS | MN | 55432-5604 | | SUPPLIES-DES | 6/15/2019 | |
| 2.160 | METREX RESEARCH, LLC | GENERAL MANAGER | 1717 W. COLLINS AVENUE | | ORANGE | CA | 92867 | | MASTER PURCHASING AGREEMENT | 9/28/2018 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.161 | MICROMEDEX (A BUSINESS OF THOMSON REUTERS HEALTHCARE, INC.) AKA TRUVEN HEALTH | | 6200 S. SYRACUSE WAY | SUITE 300 | GREENWOOD VILLAGE | CO | 80111-4740 | | LICENSE-SOFTWARE SUBSCRIPTION | 12/31/2018 | |
| 2.162 | MICROPORT ORTHOPEDICS (FORMERLY WRIGHT MEDICAL) | | P.O. BOX 842005 | | DALLAS | TX | 75284-2005 | | SUPPLIES-TOTAL JOINTS | 3/30/2019 | |
| 2.163 | MICROSOFT | LEGAL AND CORPORATE AFFAIRS, VOLUME LICENSING GROUP | ONE MICROSOFT WAY | | REDMOND | WA | 98052 | | DISCOUNT PRICING AGREEMENT | 7/27/2019 | |
| 2.164 | MICROSOFT | LEGAL AND CORPORATE AFFAIRS, VOLUME LICENSING GROUP | ONE MICROSOFT WAY | | REDMOND | WA | 98052 | | LICENSE-SOFTWARE SUBSCRIPTION | 6/26/2020 | |
| 2.165 | MICROWEST SOFTWARE SYSTEMS, INC. | | 10981 SAN DIEGO MISSION RD | SUITE 210 | SAN DIEGO | CA | 92108 | | LICENSE-SOFTWARE | 1/1/2065 | |
| 2.166 | MICROWEST SOFTWARE SYSTEMS, INC. | | 10981 SAN DIEGO MISSION RD | SUITE 210 | SAN DIEGO | CA | 92108 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 3/31/2019 | |
| 2.167 | MILLHOUSE, FELIX MD | RE MED DIRECTOR | 1800 SULLIVAN AVE. # 302 | | DALY CITY | CA | 94015 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.168 | MJ MECHANICAL SERVICES, INC. | | 1043 E. SAN CARLOS AVENUE | | SAN CARLOS | CA | 94070 | | SERVICES-EQUIPMENT MAINTENANCE | Evergreen | |
| 2.169 | MONDRIAN INVESTMENT GROUP | GENERAL PARTNER | 1105 N. MARKET STREET | SUITE 1118 | WILMINGTON | DE | 19801 | | PROFESSIONAL SERVICES AGREEMENT | 7/12/2019 | |
| 2.170 | MONTAGE LEGAL GROUP, LLC | ATTN LAURIE ROWEN | 18 LONGSTREET | | IRVINE | CA | 92620 | | LETTER OF AGREEMENT | Evergreen | |
| 2.171 | MOSS ADAMS, LLP | | P.O. BOX 101822 | | PASADENA | CA | 91189-1822 | | LETTER OF AGREEMENT | Evergreen | |
| 2.172 | MOSS ADAMS, LLP | | P.O. BOX 101822 | | PASADENA | CA | 91189-1822 | | PROFESSIONAL SERVICES AGREEMENT | 7/6/2017 | |
| 2.173 | MOSS ADAMS, LLP | | P.O. BOX 101822 | | PASADENA | CA | 91189-1822 | | PROFESSIONAL SERVICES AGREEMENT | 5/4/2016 | |
| 2.174 | MOSS ADAMS, LLP | | P.O. BOX 101822 | | PASADENA | CA | 91189-1822 | | SERVICES-CONSULTING | Evergreen | |
| 2.175 | MPB GROUP, LLC (BERYL) | ATTN.:  PAUL SPIEGELMAN, CEO | 3600 HARWOOD ROAD | | BEDFORD | TX | 76021 | | SERVICES-PHYSICIAN REFERRAL | 8/31/2019 | |
| 2.176 | MUNGER, TOLLES & OLSON | | P.O. BOX 515065 | | LOS ANGELES | CA | 90051-5065 | | SERVICES-LEGAL | 3/27/2018 | |
| 2.177 | MUZAK | | 383 E. GRAND AVENUE | STE. A | SO. SAN FRANCISCO | CA | 94080-1934 | | LICENSE-SOFTWARE SUBSCRIPTION | 6/10/2023 | |
| 2.178 | NANT CAPITAL, LLC | CHARLES KIM | 9920 JEFFERSON BOULEVARD | | CULVER CITY | CA | 90232 | | CONFIDENTIALITY & NON-DISCLOSURE | 1/9/2020 | |
| 2.179 | NANTHEALTH FKA ISIRONA, LLC | | 430 W. 5TH STREET | SUITE 800 | PANAMA CITY | FL | 32401 | | LICENSE-SOFTWARE | 9/5/2019 | |
| 2.180 | NATIONAL HEALTH INFORMATION SHARING AND ANALYSIS CENTER | ATTN.: DENISE ANDERSON, PRESIDENT | 226 NORTH NOVA ROAD | #391 | ORMOND BEACH | FL | 32174 | | MEMBERSHIP | 6/10/2019 | |
| 2.181 | NAVEX GLOBAL (FORMERLY GLOBAL COMPLIANCE SERVICES, INC.) | | PO BOX 60941 | | CHARLOTTE | NC | 28260-0941 | | PROFESSIONAL SERVICES AGREEMENT | Evergreen | |
| 2.182 | NEGLEY, OTT & ASSOCIATES | | 2 CHATUACHEE CROSSING | | SAVANAH | GA | 31411 | | SERVICES-CONSULTING | Evergreen | |
| 2.183 | NELSON AND ASSOCIATES | | PO BOX 49195 | | SAN JOSE | CA | 95161-9195 | | BUSINESS ASSOCIATE AGREEMENT | 12/6/2018 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.184 | NELSON HARDIMAN, LLP | | 11835 WEST OLYMPIC BLVD. | SUITE 900 | LOS ANGELES | CA | 90064 | | SERVICES-LEGAL | Evergreen | |
| 2.185 | NESTLE HEALTHCARE NUTRITION, INC. | JULIE CARLSON, CONTRACTS SENIOR ANALYST | 12500 WHITEWATER DRIVE | | MINNETONKA | MN | 55343 | | COMMITTED PURCHASE AGREEMENT | 7/31/2017 | |
| 2.186 | NESTLE WATERS NORTH AMERICA, INC. | MICHAEL BEHRENS/NATIONAL ACCOUNT MANAGER | 7 S. LINDEN AVE S. | | SAN FRANCISCO | CA | 94080 | | SERVICES-BOTTLED WATER | 11/30/2015 | |
| 2.187 | NET HEALTH SYSTEMS, INC. | | PO BOX 72046 | | CLEVELAND | OH | 44192 | | LICENSE-SOFTWARE | 12/26/2019 | |
| 2.188 | NEUROSTRUCTURES, INC. | KATHLEEN WONG, DIRECTOR, RA AND QA | 16 TECHNOLOGY DRIVE | SUITE 165 | IRVINE | CA | 92618 | | MASTER PURCHASING AGREEMENT | 6/18/2040 | |
| 2.189 | NEW YORK LIFE INVESTMENT MANAGEMENT (NYLIM) | | 3316 FARNAM ST | | OMAHA | NE | 68175-0001 | | PROFESSIONAL SERVICES AGREEMENT | 2/7/2019 | |
| 2.190 | NEXUS IS, INC. | | 1801 W OLYMPIC BLVD | | PASADENA | CA | 91199-1522 | | MASTER PURCHASING AGREEMENT | 10/11/2018 | |
| 2.191 | NFS LEASING, INC. | | 900 CUMMINGS CENTER | | BEVERLY | MA | 01915 | | EQUIPMENT-LEASE/RENTAL | 1/1/2020 | |
| 2.192 | NFS LEASING, INC. | | 900 CUMMINGS CENTER | | BEVERLY | MA | 01915 | | EQUIPMENT-LEASE/RENTAL | 2/1/2021 | |
| 2.193 | NORTHERN CALIFORNIA PHYSICIANS NETWORK, INC. | | 18564 US HIGHWAY 18, SUITE 105 | | APPLE VALLEY | CA | 92307 | | CONFIDENTIALITY & NON-DISCLOSURE | 8/31/2019 | |
| 2.194 | NORTHERN TRUST COMPANY | STACY RYBAND | 50 SOUTH LA SALLE STREET, M-28 | | CHICAGO | IL | 60603 | | TRUST AGREEMENT | Evergreen | |
| 2.195 | NTHRIVE REVENUE SYSTEMS, LLC (FKA MEDASSESTS NET REVENUE SYSTEMS, LLC FKA IMACS / ACCURO) | | 200 NORTH POINT CENTER EAST | STE600 | ALPHARETTA | GA | 30022 | | LICENSE-SOFTWARE SUBSCRIPTION | 3/31/2019 | |
| 2.196 | NTT DATA SERVICES AKA PEROT SYSTEMS | | C/O DELL USA L.P | PO BOX 910916 | PASADENA | CA | 91110-0916 | | SERVICES-CONSULTING | 2/3/2020 | |
| 2.197 | NUVASIVE, INC. | | 7475 LUSK BLVD | | SAN DIEGO | CA | 92121 | | SUPPLIES-SPINAL HARDWARE | 2/28/2016 | |
| 2.198 | OBER KALER | | A PROFESSIONAL CORPORATION | 100 LIGHT STREET | BALTIMORE | MD | 21202 | | SERVICES-LEGAL | 8/8/2018 | |
| 2.199 | ONCOLOGY TECHNOLOGY ASSOCIATES | | 4005 VERDUGO ROAD | | LOS ANGELES | CA | 90065 | | CONFIDENTIALITY & NON-DISCLOSURE | 1/14/2020 | |
| 2.200 | ONESOURCE PRINTER SERVICE AND SUPPLY, INC. | PRESIDENT & CEO | 1562 CENTRE POINTE DRIVE | | MILPITALS | CA | 95035 | | SERVICES-PRINTER MAINTENANCE | 9/19/2018 | |
| 2.201 | OPSGENIE | | 450 W BROAD STREET | SUITE 421 | FALLS CHURCH | VA | 22046 | | LICENSE-SOFTWARE SUBSCRIPTION | 3/1/2019 | |
| 2.202 | OPTILINK | | 2445 M STREET, NW | | WASHINGTON | DC | 20037 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 12/30/2018 | |
| 2.203 | OPTUM360, LLC | | 1755 TELSATAR STREET | SUITE 400 | COLORADO SPRINGS | CO | 80920 | | LICENSE-SOFTWARE | 8/31/2019 | |
| 2.204 | ORGANOGENESIS INC. | | DEPT 2542 | P.O. BOX 122542 | DALLAS | TX | 75312-2542 | | LETTER OF AGREEMENT | 3/25/2016 | |
| 2.205 | ORGANOGENESIS INC. | | DEPT 2542 | P.O. BOX 122542 | DALLAS | TX | 75312-2542 | | MASTER PURCHASING AGREEMENT | 2/28/2018 | |

In re: Verity Health System of California, Inc.

**Case No. 18-20151**

Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.206 | ORTHO-CLINICAL DIAGNOSTICS (A JOHNSON AND JOHNSON COMPANY) | ATTN.: CONTRACT MANAGER, SALES OPERATIONS | 1001 US HIGHWAY 202 | | RARITAN | NJ | 08869 | | BLOOD/ORGAN/TISSUE | 12/8/2019 | |
| 2.207 | ORTHO-CLINICAL DIAGNOSTICS (A JOHNSON AND JOHNSON COMPANY) | ATTN.: CONTRACT MANAGER, SALES OPERATIONS | 1001 US HIGHWAY 202 | | RARITAN | NJ | 08869 | | SUPPLIES-LABORATORY | 12/8/2019 | |
| 2.208 | OUTSIDE GC CA LLP | | P.O. BOX 482 | | SHARON | MA | 02067 | | LETTER OF AGREEMENT | Evergreen | |
| 2.209 | OWEN, WICKERSHAM & ERICKSON, P.C. | | 455 MARKET STREET | SUITE 1910 | SAN FRANCISCO | CA | 94105 | | SERVICES-LEGAL | Evergreen | |
| 2.210 | PACIFIC MEDICAL | | FILE 1616 1801 W OLYMPIC BLVD | | PASADENA | CA | 91199 | | EQUIPMENT-PURCHASE | 7/10/2019 | |
| 2.211 | PARADIGM SPINE, LLC | | 505 PARK AVENUE | 14TH FLOOR | NEW YORK | NY | 10022 | | MASTER PURCHASING AGREEMENT | 7/31/2019 | |
| 2.212 | PARAGON LEGAL GROUP, P.C. | | 601 CALIFORNIA STREET | SUITE 615 | SAN FRANCISCO | CA | 94108 | | SERVICES-LEGAL | Evergreen | |
| 2.213 | PARO DECISION SUPPORT, LLC | | PO BOX 39882 | | FT LAUDERDALE | FL | 33339-9882 | | MASTER AGREEMENT | 9/5/2020 | |
| 2.214 | PARTO PARHAM M.D. | GREATER LOS ANGELES CARDIOLOGY | 201 S. ALVARADO STREET | SUITE 612 | LOS ANGELES | CA | 90057 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.215 | PAYROLL EXPRESS, LLC | | 20398 BLAUER DRIVE | | SARATOGA | CA | 95070 | | MASTER AGREEMENT | Evergreen | |
| 2.216 | PERKINS COIE LLP | | P.O. BOX 24643 | | SEATTLE | WA | 98124-0643 | | SERVICES-LEGAL | Evergreen | |
| 2.217 | PETER A. RIPPER AND ASSOCIATE, INC. DBA PARA HEALTHCARE FINANCIAL SERVICES | | PO BOX 6885 | | HOLLYWOOD | FL | 33021 | | MASTER AGREEMENT | 9/19/2018 | |
| 2.218 | PETER A. RIPPER AND ASSOCIATES, INC. | | PO BOX 6885 | | HOLLYWOOD | FL | 33021 | | CONFIDENTIALITY & NON-DISCLOSURE | 8/4/2019 | |
| 2.219 | PHARMACY ONESOURCE | | 3535 FACTORIA BLVD. SE | SUITE 440 | BELLVUE | WA | 98006 | | LICENSE-SOFTWARE SUBSCRIPTION | 12/29/2018 | |
| 2.220 | PHILIPS HEALTHCARE INFORMATICS, INC. | | PO BOX 100355 | | ATLANTA | GA | 30384-0355 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 4/14/2019 | |
| 2.221 | PICIS | | 100 QUANNAPOWITT PARKWAY | SUITE 405 | WAKEFIELD | MA | 01880 | | LICENSE-SOFTWARE | 8/31/2019 | |
| 2.222 | PILLSBURY WINTHROP SHAW PITTMAN LLP | | P.O. BOX 742262 | | LOS ANGELES | CA | 90074-2262 | | SERVICES-LEGAL | 6/2/2016 | |
| 2.223 | POLSINELLI PC | | 100 S. FOURTH STREET | SUITE 1000 | ST. LOUIS | MO | 63102 | | SERVICES-LEGAL | 7/19/2017 | |
| 2.224 | PRAXAIR | | 1900 LOVERRIDGE ROAD | | PITTSBURG | CA | 94565 | | SUPPLIES-RESPIRATORY | 4/5/2020 | |
| 2.225 | PREDIXON SOFTWARE | | 31910 DEL OBISPO | SUITE 120 | SAN JUAN CAPISTANO | CA | 92675 | | BUSINESS ASSOCIATE AGREEMENT | Evergreen | |
| 2.226 | PRE-EMPLOY.COM, INC. | | PO BOX 491570 | | REDDING | CA | 96049 | | PROFESSIONAL SERVICES AGREEMENT | 2/28/2019 | |
| 2.227 | PREMIER PURCHASING PARTNERS, LP | ATTN.: CHIEF EXECUTVE OFFICER | 13034 BALLANTYNE CORPORATE PLACE | | CHARLOTTE | NC | 28277 | | MASTER PURCHASING AGREEMENT | Evergreen | |
| 2.228 | PREMIER PURCHASING PARTNERS, LP | ATTN.: CHIEF EXECUTVE OFFICER | 13034 BALLANTYNE CORPORATE PLACE | | CHARLOTTE | NC | 28277 | | PARTNERSHIP | Evergreen | |
| 2.229 | PREMIER SOFTWARE ASSOCIATES | | 997 WEST 950 NORTH | SUITE 200 | CENTERVILLE | UT | 84014 | | LICENSE-SOFTWARE SUBSCRIPTION | 7/31/2019 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.230 | PREMIER, INC. | | 13034 BALLANTYNE CORP PLACE | | CHARLOTTE | NC | 28277 | | LICENSE-SOFTWARE SUBSCRIPTION | 4/14/2020 | |
| 2.231 | PREMIER, INC. | | 13034 BALLANTYNE CORP PLACE | | CHARLOTTE | NC | 28277 | | SERVICES-CONSULTING | Evergreen | |
| 2.232 | PRESS GANEY AND ASSOCIATES | | 404 COLUMBIA PLACE | | SOUTH BEND | IN | 46601 | | SERVICES-SURVEY | 3/31/2019 | |
| 2.233 | PRODATA | | 2809 SOUTH 160TH STREET | SUITE 401 | OMAHA | NB | 68130 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 9/30/2018 | |
| 2.234 | PRODIGY HEALTH SUPPLIER CORPORATION | | P.O. 95429 | | GRAPEVINE | TX | 76099-9734 | | SUPPLY DISTRIBUTION AGREEMENT | 8/1/2017 | |
| 2.235 | PROFESSIONAL RESEARCH CONSULTANTS, INC. | | 11326 P STREET | | OMAHA | NE | 68137-2316 | | PROFESSIONAL SERVICES AGREEMENT | 10/5/2016 | |
| 2.236 | PROGRESSIVE MEDICAL, INC. | | 997 HORAN DRIVE | | FENTON | MO | 63026 | | MASTER PURCHASING AGREEMENT | 9/30/2018 | |
| 2.237 | PROSIDYAN, INC. | | 30 TECHNOLOGY DRIVE | | WARREN | NJ | 07059 | | MASTER PURCHASING AGREEMENT | 4/13/2019 | |
| 2.238 | PROSKAUER ROSE LLP | | 650 POYDRAS STREET | SUITE 1800 | NEW ORLEANS | LA | 70130-6146 | | SERVICES-LEGAL | Evergreen | |
| 2.239 | PROSMAN, FAITH MD | | 700 WEST 6TH STREET | SUITE C | GILROY | CA | 95020 | | SERVICES-CONSULTING | 1/1/2019 | |
| 2.240 | PSOMAS | | P.O. BOX 51463 | | LOS ANGELES | CA | 90051-5763 | | SERVICES-CONSULTING | Evergreen | |
| 2.241 | Q-CENTRIX, LLC | | 1 NORTH FRANKLIN | SUITE 1800 | CHICAGO | IL | 60606 | | MASTER AGREEMENT | 4/23/2021 | |
| 2.242 | QUADRAMED CORPORATION | | P.O. BOX 74008556 | | CHICAGO | IL | 60674-8556 | | LICENSE-SOFTWARE | 1/1/2065 | |
| 2.243 | QUADRAMED CORPORATION | | P.O. BOX 74008556 | | CHICAGO | IL | 60674-8556 | | SERVICES-HARDWARE AND SOFTWARE MAINTENANCE | 5/31/2019 | |
| 2.244 | QUADRAMED CORPORATION | | P.O. BOX 74008556 | | CHICAGO | IL | 60674-8556 | | SERVICES-HARDWARE AND SOFTWARE MAINTENANCE | 5/31/2020 | |
| 2.245 | QUADRAMED CORPORATION | | P.O. BOX 74008556 | | CHICAGO | IL | 60674-8556 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 3/18/2019 | |
| 2.246 | QUADRAMED CORPORATION | | P.O. BOX 74008556 | | CHICAGO | IL | 60674-8556 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 5/31/2019 | |
| 2.247 | QUINN EMANUEL | | 865 S. FIGUEROA STREET | 10TH FLOOR | LOS ANGELES | CA | 90017 | | SERVICES-LEGAL | Evergreen | |
| 2.248 | RADIO KOREA | | 3700 WILSHIRE BLVD. | SUITE 600 | LOS ANGELES | CA | 90010 | | MEMORANDUM OF UNDERSTANDING | 8/4/2016 | |
| 2.249 | RAZAEE, MEHRDAD M.D. | | 2030 FOREST AVE | SUITE 210 | SAN JOSE | CA | 95128-833 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.250 | REID & HELLYER | | P.O. BOX 1300 | | RIVERSIDE | CA | 92502-1300 | | SERVICES-LEGAL | 7/6/2017 | |
| 2.251 | RIGHT MANAGEMENT CONSULTANTS, INC. | | 24677 NETWORK PLACE | | CHICAGO | IL | 60673-1246 | | SERVICES-CONSULTING | 10/2/2015 | |
| 2.252 | RL SOLUTIONS | | 1 YONGE STREET | SUITE 2300 | TORONTO | ON | M5E 1E5 | CANADA | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 5/18/2019 | |

In re: Verity Health System of California, Inc.

**Case No. 18-20151**

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.253 | ROBERT HALF LEGAL | | PO BOX 743295 | | LOS ANGELES | CA | 90074-3295 | | ADMINISTRATIVE SERVICES | 8/10/2017 | |
| 2.254 | ROCHE DIAGNOSTICS CORPORATION | | MAIL CODE 5021 | P.O. BOX 660367 | DALLAS | TX | 75266-0367 | | MASTER AGREEMENT | 4/19/2023 | |
| 2.255 | ROCHE DIAGNOSTICS CORPORATION | | MAIL CODE 5021 | P.O. BOX 660367 | DALLAS | TX | 75266-0367 | | MASTER PURCHASING AGREEMENT | 9/14/2021 | |
| 2.256 | ROMANOFF CONSULTING | | 585 PINE CREEK ROAD | | WALNUT CREEK | CA | 94598 | | SERVICES-CONSULTING | 6/30/2017 | |
| 2.257 | ROSENBERG AND PICK | | 12100 WILSHIRE BOULEVARD | SUITE 560 | LOS ANGELES | CA | 90025 | | SERVICES-LEGAL | Evergreen | |
| 2.258 | RUBIN AND RAINE, A RMB INC. COMPANY | | 409 BERDEN PARK CIRCLE | | KNOXVILLE | TN | 37919 | | SERVICES-CONSULTING | Evergreen | |
| 2.259 | RUBIN AND RAINE, A RMB INC. COMPANY | | 446 ROUTE 35, BLDG. C | CRANBERRY COMMONS | EATONTOWN | NJ | 07724 | | SERVICES-CASH MANAGEMENT | 5/16/2019 | |
| 2.260 | RUBIN AND RAINE, A RMB INC. COMPANY | | 446 ROUTE 35, BLDG. C | CRANBERRY COMMONS | EATONTOWN | NJ | 07724 | | SERVICES-COLLECTIONS | 6/26/2019 | |
| 2.261 | RYAN LABS | | 88 PINE STREET | FLOOR 32 | NEW YORK | NY | 10005 | | PROFESSIONAL SERVICES AGREEMENT | 7/31/2019 | |
| 2.262 | SALEM & GREEN | | 3604 FAIR OAKS BLVD. | SUITE 200 | SACRAMENTO | CA | 95864-7256 | | SERVICES-LEGAL | Evergreen | |
| 2.263 | SAN MATEO HEALTH COMMISSION DBA HEALTH PLAN OF SAN MATEO | | 801 GATEWAY BOULEVARD | SUITE 100 | SOUTH SAN FRANCISCO | CA | 94080 | | PAYOR AGREEMENT | 4/1/2018 | |
| 2.264 | SCHINDLER | | 16450 FOOTHILL BLVD. | SUITE 200 | SYLMAR | CA | 91342-1036 | | EQUIPMENT-PURCHASE | 10/31/2016 | |
| 2.265 | SEASPINE ORTHOPEDICS CORPORATION (FORMERLY INTEGRA LIFESCEIENCES) | | 5770 ARMADA DRIVE | ATTN: VP OF SALES, ORTHOBIOLOGICS | CARLSBAD | CA | 92008 | | SUPPLIES-SPINAL HARDWARE | 3/31/2019 | |
| 2.266 | SEDGWICK CMS COMPANY | | PO BOX 14421 | | LEXINGTON | KY | 40512-4421 | | MASTER PURCHASING AGREEMENT | 12/31/2018 | |
| 2.267 | SEDGWICK CMS COMPANY | | PO BOX 14421 | | LEXINGTON | KY | 40512-4421 | | MASTER PURCHASING AGREEMENT | Evergreen | |
| 2.268 | SEIDMAN, RICHARD MD | | 2317 PINE AVE | | MANHATTAN BEACH | CA | 90266 | | PHYSICIANS-CONSULTING SERVICES | Evergreen | |
| 2.269 | SHARMA, POOJA, M.D. | | 255 N. WHITE ROAD | SUITE 200 | SAN JOSE | CA | 95127 | | PHYSICIANS-CONSULTING SERVICES | 12/31/2018 | |
| 2.270 | SHIN, TAE M., M. D., INC. | | 1245 WILSHIRE BLVD. | #400 | LOS ANGELES | CA | 90017 | | PHYSICIANS-CONSULTING SERVICES | 4/30/2019 | |
| 2.271 | SIEMENS MEDICAL SOLUTIONS USA, INC. | | 51 VALLEY STREAM PKWY | | MALVERN | PA | 19355 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 6/30/2019 | |
| 2.272 | SIGNIFICANT CLEANING SERVICES | | PO BOX 7702 | | SAN JOSE | CA | 95150 | | LETTER OF AGREEMENT | 5/14/2019 | |
| 2.273 | SIMPLIFIEDNETWORKS | | 202 E. EARLL DRIVE | SUITE 140 | PHOENIX | AZ | 85012 | | SERVICES-TELECOMMUNICATIONS | 9/11/2019 | |
| 2.274 | SINGER ASSOCIATES, INC. | | 47 KEARNY STREET | 2ND FLOOR | SAN FRANCISCO | CA | 94108 | | SERVICES-LEGAL | Evergreen | |
| 2.275 | SMITH & NEPHEW | | P.O. BOX 205651 | | DALLAS | TX | 75320-5651 | | SUPPLIES-TOTAL JOINTS | 9/30/2019 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|------|---|---|---|---|---|---|---|---|---|---|---|
| 2.276 | SMSI INC. | | 1168 PAN COURT | | NEWBURY PARK | CA | 91320 | | SERVICES-CONSULTING | 12/15/2018 | |
| 2.277 | SODEXO CTM LLC | | MSC - 410672 | P.O. BOX 415000 | NASHVILLE | TN | 37241-5000 | | MASTER AGREEMENT | 10/3/2021 | |
| 2.278 | SODEXO CTM LLC | | MSC - 410672 | P.O. BOX 415000 | NASHVILLE | TN | 37241-5000 | | SERVICES-CONSULTING | 7/21/2019 | |
| 2.279 | SONRAI GROUP, LLC | | 2654 INVITATIONAL DRIVE | | OAKLAND TWP | MI | 48363 | | SERVICES-CONSULTING | Evergreen | |
| 2.280 | SORIN GROUP USA, INC. | | 14401 WEST 65TH WAY | | ARVADA | CO | 80004 | | MASTER PURCHASING AGREEMENT | 6/30/2019 | |
| 2.281 | SPECTRUM HEALTH PARTNERS, LLC | | 109 INTERNATIONAL DRIVE | SUITE 140 | FRANKLIN | TN | 37067 | | SERVICES-CONSULTING | 9/18/2015 | |
| 2.282 | SPINE WAVE, INC. | | 3 ENTERPRISE DR | SUITE 210 | SHELTON | CT | 06484 | | MASTER PURCHASING AGREEMENT | 8/31/2019 | |
| 2.283 | SPINEOLOGY, INC. | | 7800 3RD STREET | SUITE 600 | SAINT PAUL | MN | 55128-5455 | | MASTER PURCHASING AGREEMENT | 5/31/2019 | |
| 2.284 | SQUIRE PATTON BOGGS (US) LLP | | P.O. BOX 643051 | | CINCINNATI | OH | 45264 | | SERVICES-LEGAL | 7/20/2017 | |
| 2.285 | ST. JUDE MEDICAL | | 22400 NETWORK PLACE | | CHICAGO | IL | 60673-1224 | | SUPPLIES-CRM | 12/31/2017 | |
| 2.286 | ST. JUDE MEDICAL | | 22400 NETWORK PLACE | | CHICAGO | IL | 60673-1224 | | SUPPLIES-VCD | 7/31/2016 | |
| 2.287 | STANFORD BLOOD CENTER | | 3373 HILLVIEW AVE | | PALO ALTO | CA | 94304-1204 | | BLOOD/ORGAN/TISSUE | 8/31/2015 | |
| 2.288 | STAT LAB MEDICAL PRODUCTS, INC. | | 407 INTERCHANGE STREET | | MCKINNEY | TX | 75071 | | MASTER PURCHASING AGREEMENT | 1/31/2016 | |
| 2.289 | STEMPLER, DENNIS MD | | 315 CONCORD DRIVE | | MENLO PARK | CA | 94025 | | PHYSICIANS-CONSULTING SERVICES | 10/23/2065 | |
| 2.290 | STEPHANIE RUBY | | 2473 BETLO AVE | | MOUNTAIN VIEW | CA | 94043 | | SERVICES-LEGAL | Evergreen | |
| 2.291 | STEVEN HIRSCH & ASSOC. | | 18837 BROOKHURST ST., # 209 | | FOUNTAIN VALLEY | CA | 92708-7302 | | SERVICES-CONSULTING | 12/31/2014 | |
| 2.292 | STEVEN HIRSCH & ASSOCIATES | | 18837 BROOKHURST ST., # 209 | | FOUNTAIN VALLEY | CA | 92708-7302 | | SERVICES-CONSULTING | 12/31/2014 | |
| 2.293 | STRATEGIC HEALTH CARE ANALYTICS | | PO BOX 1346 | | DAVIS | CA | 95616 | | SERVICES-CONSULTING | 9/30/2014 | |
| 2.294 | STRATEGY ASSET MANAGERS | | 50 TICE BOULEVARD | SUITE 130 | WOODCLIFF LAKE | NJ | 07677 | | PROFESSIONAL SERVICES AGREEMENT | 6/16/2019 | |
| 2.295 | STRATUS | | P.O. BOX 674954 | | DETROIT | MI | 48267-4954 | | TELECOMMUNICATIONS | Evergreen | |
| 2.296 | STRYKER ORTHOPAEDICS | | BOX 93213 | | CHICAGO | IL | 60673-3213 | | SUPPLIES-TOTAL JOINTS | 5/17/2019 | |
| 2.297 | STUDER GROUP, LLC | | P.O. BOX 71676 | | CHICAGO | IL | 60694-71676 | | SERVICES-CONSULTING | Evergreen | |
| 2.298 | SUN MICROSYSTEMS | | 181 WEST HUNTINGTON DRIVE | SUITE #110 | MONROVIA | CA | 91016 | | LICENSE-SOFTWARE | 12/1/2069 | |
| 2.299 | SUNQUEST INFORMATION SYSTEMS, INC. (FKA MISYS HOSPITAL SYSTEMS, INC.) | | WILLIAMS CENTRE | 250 SOUTH WILLIAMS BLVD | TUCSON | AZ | 85711-3609 | | LICENSE-SOFTWARE | 6/30/2019 | |
| 2.300 | SUNQUEST INFORMATION SYSTEMS, INC. (FKA MISYS HOSPITAL SYSTEMS, INC.) | | WILLIAMS CENTRE | 250 SOUTH WILLIAMS BLVD | TUCSON | AZ | 85711-3609 | | LICENSE-SOFTWARE | Evergreen | |

In re: Verity Health System of California, Inc.

**Case No. 18-20151**

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.301 | SUNQUEST INFORMATION SYSTEMS, INC. (FKA MISYS HOSPITAL SYSTEMS, INC.) | | WILLIAMS CENTRE | 250 SOUTH WILLIAMS BLVD | TUCSON | AZ | 85711-3609 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 6/30/2019 | |
| 2.302 | SURGICAL CARE AFFILIATES, LLC | | 234 EAST COLORADO BLVD | SUITE 220 | PASADENA | CA | 91101 | | CONFIDENTIALITY & NON-DISCLOSURE | 10/19/2019 | |
| 2.303 | SURGICAL INFORMATION SYSTEMS (SIS) | | P.O. BOX 535226 | | ATLANTA | GA | 30353-5226 | | LICENSE-SOFTWARE | 1/1/2065 | |
| 2.304 | SYMPHONY PERFORMANCE HEALTH, INC. DBA SPH ANALYTICS | | 500 E. MAIN STREET | SUITE 340 | BRANFORD | CT | 06405 | | LICENSE-SOFTWARE SUBSCRIPTION | 3/8/2020 | |
| 2.305 | TALYST, INC.  [LINK IS FOR CONTRACT #1001.6129E] | | 13555 SE 36TH STREET | SUITE 150 | BELLEVUE | WA | 98006 | | LICENSE-SOFTWARE SUBSCRIPTION | 9/22/2018 | |
| 2.306 | TCG BUILDERS DBA THE CORE GROUP MASTER AGREEMENT | THE CORE GROUP | 890 N. MCCARTHY BLVD. #100 | | MILPITAS | CA | 95035 | | SERVICES-CONSTRUCTION | 4/30/2018 | |
| 2.307 | THE HAYS GROUP, INC.S DBA HAYS COMPANIES | | 80 SOUTH EIGHT STREET | SUITE 700 | MINNEAPOLIS | MN | 55402 | | CONFIDENTIALITY & NON-DISCLOSURE | Evergreen | |
| 2.308 | THE MARTIN VENTURE COMPANIES, LLC | | 40 BURTON HILLS BLVD. | | NASHVILLE | TN | 37215 | | CONFIDENTIALITY & NON-DISCLOSURE | 1/24/2019 | |
| 2.309 | THE NORTH HIGHLAND COMPANY LLC | | 3333 PIEDMONT ROAD NE | SUITE 1000 | ATLANTA | GA | 30305 | | SERVICES-CONSULTING | 5/30/2020 | |
| 2.310 | THE OUTSOURCE GROUP (FKA ARM, FKA CCRS) | | PO BOX 12414 | | NEWARK | NJ | 07101-3514 | | SERVICES-COLLECTIONS | 4/30/2019 | |
| 2.311 | THE SUPPORT GROUP, INC. | | 205 NEWBURY STREET | SUITE 204 | FRAMINGHAM | MA | 01701 | | PROFESSIONAL SERVICES AGREEMENT | 9/14/2014 | |
| 2.312 | TOWERS WATSON (FKA WATSON WYATT) | | 345 CALIFORNIA STREET | SUITE 1400 | SAN FRANCISCO | CA | 94104-4100 | | SERVICES-CONSULTING | 3/31/2019 | |
| 2.313 | TOYON ASSOCIATES, INC. | | 140 GREGORY LANE, SUITE 280 | | PLEASANT HILL | CA | 94523 | | SERVICES-CONSULTING | 4/10/2019 | |
| 2.314 | TOYON ASSOCIATES, INC. | | 140 GREGORY LANE, SUITE 280 | | PLEASANT HILL | CA | 94523 | | SERVICES-CONSULTING | 6/11/2019 | |
| 2.315 | TOYON ASSOCIATES, INC. | | 140 GREGORY LANE, SUITE 280 | | PLEASANT HILL | CA | 94523 | | SERVICES-CONSULTING | Evergreen | |
| 2.316 | TRACTMANAGER, INC. | | DEPT # 2632 | P.O. BOX 11407 | BIRMINGHAM | AL | 35246-2632 | | LICENSE-SOFTWARE SUBSCRIPTION | 12/31/2019 | |
| 2.317 | TRAN DAVIS | | 2239 APPLE GREY COURT | | ROCKLIN | CA | 95765-5360 | | SERVICES-CONSULTING | 2/28/2019 | |
| 2.318 | TRIAGE CONSULTING GROUP | | 221 MAIN ST | SUITE 1100 | SAN FRANCISCO | CA | 94105 | | LETTER OF AGREEMENT | Evergreen | |
| 2.319 | TRIMEDX, LLC | | 5451 LAKEVIEW PARKWAY S DRIVE | | INDIANAPOLIS | IN | 46268 | | MASTER AGREEMENT | 2/28/2019 | |
| 2.320 | TRUVEN HEALTH ANALYTICS (AN IBM COMPANY) | | 777 E EISENHOWER PARKWAY | | ANN ARBOR | MI | 48108 | | LICENSE-SOFTWARE SUBSCRIPTION | 12/31/2019 | |
| 2.321 | TZ MEDICAL, INC. | | 7272 SW DURHAM RD 800 | | PORTLAND | OR | 97224 | | SUPPLIES-DEFIBS | 2/28/2016 | |
| 2.322 | US ONCOLOGY, INC. | | 10101 WOODLOCH FOREST | | THE WOODLANDS | TX | 77380 | | CONFIDENTIALITY & NON-DISCLOSURE | 5/14/2019 | |

In re: Verity Health System of California, Inc.

Case No. 18-20151

Schedule G

Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.323 | VAN HALL LAW OFFICES | | VAN HALL LAW OFFICES | 31692 HORSESHOE DRIVE | EVERGREEN | CO | 80439 | | SERVICES-LEGAL | Evergreen | |
| 2.324 | VASCULAR ASSOCIATES OF NORTHERN CALIF. | | 2512 SAMARITAN CT | SUITE E | SAN JOSE | CA | 95124 | | SUPPLIES-CATH LAB | 4/18/2017 | |
| 2.325 | VASCULAR SOLUTIONS | | 6464 SYCAMORE CT | | MINNEAPOLIS | MN | 55369 | | MASTER PURCHASING AGREEMENT | 3/31/2016 | |
| 2.326 | VENDORMATE VISION | | 75 FIFTH STREET NW | SUITE 222 | ATLANTA | GA | 30308 | | PROFESSIONAL SERVICES AGREEMENT | 5/13/2016 | |
| 2.327 | VERGE SOLUTIONS, LLC | | DBA VERGE HEALTH | P.O. BOX 394 | MOUNT PLEASANT | SC | 29465 | | LICENSE-SOFTWARE | 3/30/2021 | |
| 2.328 | VERITY BASM HOLDCO, LLC | | 203 REDWOOD SHORES PKWY. | SUITE 700 | REDWOOD CITY | CA | 94065 | | PARTNERSHIP | Evergreen | |
| 2.329 | VERITY BUSINESS SERVICES | | 2040 EAST MARIPOSA AVENUE | | EL SEGUNDO | CA | 90245 | | BUSINESS ASSOCIATE AGREEMENT | Evergreen | |
| 2.330 | VERITY HOLDINGS, LLC | | 203 REDWOOD SHORES PKWY. | SUITE 700 | REDWOOD CITY | CA | 94065 | | EQUIPMENT-LEASE/RENTAL | 7/1/2019 | |
| 2.331 | VHA-UHC ALLIANCE NEWCO, INC. | ATTN ACCOUNTS RECEIVABLE | 75 REMITTANCE DRIVE, STE. 1855 | | CHICAGO | IL | 60675-1855 | | PROFESSIONAL SERVICES AGREEMENT | 12/31/2015 | |
| 2.332 | VIVACE SYSTEMS, LLC | | 3716 SOUTH HOPE STREET | RAN BUILDING SUITE 316 | LOS ANGELES | CA | 90089-0001 | | CONFIDENTIALITY & NON-DISCLOSURE | 3/7/2019 | |
| 2.333 | VIZIENT, AN MDS COMPANY | ATTN ACCTS. RECEIVABLE | 75 REMITTANCE DR.,STE.1855 | | CHICAGO | IL | 60675-1855 | | LETTER OF INTENT (LOI) | 6/15/2017 | |
| 2.334 | VMDOC, INC. | | 2460 SAMARITAN DRIVE | | SAN JOSE | CA | 91524 | | CONFIDENTIALITY & NON-DISCLOSURE | 2/19/2020 | |
| 2.335 | VOICEBROOK, INC. | | 1983 MARCUS AVENUE | SUITE 105 | LAKE SUCCESS | NY | 11042 | | LICENSE-SOFTWARE | Evergreen | |
| 2.336 | VOICEBROOK, INC. | | 1983 MARCUS AVENUE | SUITE 105 | LAKE SUCCESS | NY | 11042 | | SERVICES-HARDWARE AND SOFTWARE MAINTENANCE | 4/24/2018 | |
| 2.337 | VOX  NETWORK SOLUTIONS | | 8000 MARINA BLVD. | SUITE 130 | BRISBANE | CA | 94005 | | SERVICES-TELECOMMUNICATIONS | 1/31/2019 | |
| 2.338 | VSI HEALTHCARE INC | | 1392 BORREGAS AVENUE | | SUNNYVALE | CA | 94089 | | MASTER AGREEMENT | 10/2/2014 | |
| 2.339 | WEBSENSE | | 10240 SORRENTO VALLEY ROAD | | SAN DIEGO | CA | 92121 | | LICENSE-SOFTWARE SUBSCRIPTION | 12/18/2018 | |
| 2.340 | WEIS INTERNATIONAL INC. | | 18610 RACHEL LANE | | AROMAS | CA | 95004 | | SERVICES-CONSULTING | 12/31/2015 | |
| 2.341 | WEISS, JAMIE MD | | 6315 W 83RD STREET | | LOS ANGELES | CA | 90045 | | SERVICES-CONSULTING | 1/1/2019 | |
| 2.342 | WELLINGON TRUST COMPANY | | 75 STATE STREET | | BOSTON | MA | 02109 | | INVESTMENT | Evergreen | |
| 2.343 | WENZEL SPINE, INC. | | 1130 RUTHERFORD LN | SUITE 200 | AUSTIN | TX | 78753 | | MASTER PURCHASING AGREEMENT | 4/4/2020 | |
| 2.344 | WILSHIRE ASSOCIATES | | 1299 OCEAN AVE, STE 700 | | SANTA MONICA | CA | 90401-1085 | | SERVICES-CONSULTING | 5/31/2019 | |
| 2.345 | WITT KIEFFER | | 1900 POWELL STREET | SUITE 840 | EMERYVILLE | CA | 94608 | | ADMINISTRATIVE SERVICES | 3/31/2017 | |
| 2.346 | WITT KIEFFER | | 1900 POWELL STREET | SUITE 840 | EMERYVILLE | CA | 94608 | | PROFESSIONAL SERVICES AGREEMENT | 4/30/2016 | |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2.347 | WOLTERS KLUWER HEALTH FKA PHARMACY ONESOURCE, INC. | | P.O. BOX 1610 | | HAGERSTOWN | MD | 21741-1610 | | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 12/31/2019 | |
| 2.348 | WORKDAY, INC. | | 6230 STONERIDGE MALL ROAD | | PLEASANTON | CA | 94588 | | LICENSE-SOFTWARE SUBSCRIPTION | 10/30/2022 | |
| 2.349 | ZAYO GROUP, LLC | | 1821 30TH STREET, UNIT A | | BOULDER | CO | 80301 | | MASTER AGREEMENT | 12/26/2019 | |
| 2.350 | ZERIVA | | 6590 SHILOH ROAD EAST | SUITE D | ALPHARETTA | GA | 30005 | | EQUIPMENT-WARRANTY | 8/31/2019 | |
| 2.351 | ZIMMER US, INC. | | 200 WEST OHIO AVE | | DOVER | OH | 44622 | | SUPPLIES-TOTAL JOINTS | 7/30/2020 | |
| 2.352 | ZIRMED, INC. | | KOAN HEALTH, LLC | 6565 N. MACARTHUR BLVD., STE 260 | IRVING | TX | 75039 | | LETTER OF AGREEMENT | 9/26/2018 | |
| 2.353 | ZONES | | 1102 15TH STREET SW | SUITE 102 | AUBURN | WA | 98001 | | BUSINESS ASSOCIATE AGREEMENT | 1/1/2060 | |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| O'Connor Hospital | 11326 P Street | | Omaha | NE | 68137-2316 | Professional Research Consultants, Inc. | | | X |
| O'Connor Hospital | 140 Gregory Lane, Suite 280 | | Pleasant Hill | CA | 94523 | Toyon Associates, Inc. | | | X |
| O'Connor Hospital | 150 California Street | Suite 2200 | San Francisco | CA | 90262 | Dumas & Clark LLP | | | X |
| O'Connor Hospital | 1900 Avenue of the Stars, 7th Floor | | Los Angeles | CA | 90067-4308 | Jeffer Mangels Butler & Mitchell LLP | | | X |
| O'Connor Hospital | 2105 Forest Avenue | | San Jose | CA | 95128 | GE HFS, LLC | X | | |
| O'Connor Hospital | 2105 Forest Avenue | | San Jose | CA | 95128 | NFS Leasing, Inc.; People's United Bank | X | | |
| O'Connor Hospital | 2105 Forest Avenue | | San Jose | CA | 95128 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D | X | | |
| O'Connor Hospital | 2105 Forest Avenue | | San Jose | CA | 95128 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2017A | X | | |
| O'Connor Hospital | 2105 Forest Avenue | | San Jose | CA | 95128 | UMB Bank N.A., as successor Master Trustee for the California Statewide Communities Development Authority Revenue Bonds (Daughters of Charity Health System), Series 2005A, G and H | X | | |

In re: Verity Health System of California, Inc.
Case No. 18-20151
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| O'Connor Hospital | 22400 Network Place | | Chicago | IL | 60673-1224 | St. Jude Medical | | | X |
| O'Connor Hospital | 303 North Glenoaks Blvd. | Suite 700 | Burbank | CA | 91502 | Law Offices of Stephenson, Acquisto & Coleman | | | X |
| O'Connor Hospital | 333 S Hope St, Los Angeles 90071 | | Los Angeles | CA | 90071 | Bank of America | | | X |
| O'Connor Hospital | 3373 Hillview Ave | | Palo Alto | CA | 94304-1204 | Stanford Blood Center | | | X |
| O'Connor Hospital | DRC LLC dba ACUSIS | P.O. Box 931541 | Cleveland | OH | 44193 | Acusis (FKA Digital Records Corp) | | | X |
| Saint Louise Regional Hospital | 11326 P Street | | Omaha | NE | 68137-2316 | Professional Research Consultants, Inc. | | | X |
| Saint Louise Regional Hospital | 140 Gregory Lane, Suite 280 | | Pleasant Hill | CA | 94523 | Toyon Associates, Inc. | | | X |
| Saint Louise Regional Hospital | 150 California Street | Suite 2200 | San Francisco | CA | 90262 | Dumas & Clark LLP | | | X |
| Saint Louise Regional Hospital | 1900 Avenue of the Stars, 7th Floor | | Los Angeles | CA | 90067-4308 | Jeffer Mangels Butler & Mitchell LLP | | | X |
| Saint Louise Regional Hospital | 22400 Network Place | | Chicago | IL | 60673-1224 | St. Jude Medical | | | X |
| Saint Louise Regional Hospital | 303 North Glenoaks Blvd. | Suite 700 | Burbank | CA | 91502 | Law Offices of Stephenson, Acquisto & Coleman | | | X |
| Saint Louise Regional Hospital | 333 S Hope St, Los Angeles 90071 | | Los Angeles | CA | 90071 | Bank of America | | | X |
| Saint Louise Regional Hospital | 9400 No Name Uno | | Gilroy | CA | 95020 | NFS Leasing, Inc.; People's United Bank | X | | |
| Saint Louise Regional Hospital | 9400 No Name Uno | | Gilroy | CA | 95020 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D | X | | |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| Saint Louise Regional Hospital | 9400 No Name Uno | | Gilroy | CA | 95020 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2017A | X | | |
| Saint Louise Regional Hospital | 9400 No Name Uno | | Gilroy | CA | 95020 | UMB Bank N.A., as successor Master Trustee for the California Statewide Communities Development Authority Revenue Bonds (Daughters of Charity Health System), Series 2005A, G and H | X | | |
| Saint Louise Regional Hospital | DRC LLC dba ACUSIS | P.O. Box 931541 | Cleveland | OH | 44193 | Acusis (FKA Digital Records Corp) | | | X |
| Seton Medical Center | 11326 P Street | | Omaha | NE | 68137-2316 | Professional Research Consultants, Inc. | | | X |
| Seton Medical Center | 140 Gregory Lane, Suite 280 | | Pleasant Hill | CA | 94523 | Toyon Associates, Inc. | | | X |
| Seton Medical Center | 150 California Street | Suite 2200 | San Francisco | CA | 90262 | Dumas & Clark LLP | | | X |
| Seton Medical Center | 1900 Avenue of the Stars, 7th Floor | | Los Angeles | CA | 90067-4308 | Jeffer Mangels Butler & Mitchell LLP | | | X |
| Seton Medical Center | 1900 Sullivan Avenue | | Daly City | CA | 94015 | GE HFS, LLC | X | | |
| Seton Medical Center | 1900 Sullivan Avenue | | Daly City | CA | 94015 | Med One Capital Funding, LLC | X | | |
| Seton Medical Center | 1900 Sullivan Avenue | | Daly City | CA | 94015 | NFS Leasing, Inc.; People's United Bank | X | | |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| Seton Medical Center | 1900 Sullivan Avenue | | Daly City | CA | 94015 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D | X | | |
| Seton Medical Center | 1900 Sullivan Avenue | | Daly City | CA | 94015 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2017A | X | | |
| Seton Medical Center | 1900 Sullivan Avenue | | Daly City | CA | 94015 | UMB Bank N.A., as successor Master Trustee for the California Statewide Communities Development Authority Revenue Bonds (Daughters of Charity Health System), Series 2005A, G and H | X | | |
| Seton Medical Center | 22400 Network Place | | Chicago | IL | 60673-1224 | St. Jude Medical | | | X |
| Seton Medical Center | 303 North Glenoaks Blvd. | Suite 700 | Burbank | CA | 91502 | Law Offices of Stephenson, Acquisto & Coleman | | | X |
| Seton Medical Center | 333 S Hope St, Los Angeles 90071 | | Los Angeles | CA | 90071 | Bank of America | | | X |
| Seton Medical Center | 530 Lytton Avenue, 2Nd Floor | | Palo Alto | CA | 94301 | Ibarra, Audra | | | X |
| Seton Medical Center | 5830 Granite Parkway | Suite 1100 | Plano | TX | 75024 | NUVECTRA | | | X |
| Seton Medical Center | 6464 Sycamore Ct | | Minneapolis | MN | 55369 | Vascular Solutions, Inc. | | | X |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| Seton Medical Center | 801 Gateway Blvd., Suite 100 | | South San Francisco | CA | 94080 | San Mateo Health Commission dba Health Plan of San Mateo | | | X |
| St. Francis Medical Center | 1055 W. 7th Street, 10th Floor | | Los Angeles | CA | 90017 | LA Care Health Plan | | | X |
| St. Francis Medical Center | 11326 P Street | | Omaha | NE | 68137-2316 | Professional Research Consultants, Inc. | | | X |
| St. Francis Medical Center | 150 California Street | Suite 2200 | San Francisco | CA | 90262 | Dumas & Clark LLP | | | X |
| St. Francis Medical Center | 1900 Avenue of the Stars, 7th Floor | | Los Angeles | CA | 90067-4308 | Jeffer Mangels Butler & Mitchell LLP | | | X |
| St. Francis Medical Center | 22400 Network Place | | Chicago | IL | 60673-1224 | St. Jude Medical | | | X |
| St. Francis Medical Center | 2317 Pine Ave | | Manhattan Beach | CA | 90266 | Seidman, Richard MD | | | X |
| St. Francis Medical Center | 333 S Hope St, Los Angeles 90071 | | Los Angeles | CA | 90071 | Bank of America | | | X |
| St. Francis Medical Center | 333 W. San Carlos Street | Suite 600 | San Jose | CA | 95110-2731 | Kenyon & Kenyon LLP | | | X |
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | GE HFS, LLC | X | | |
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | GE HFS, LLC | X | | |
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | Med One Capital Funding, LLC | X | | |
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | NFS Leasing, Inc.; People's United Bank | X | | |
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D | X | | |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2017A | X | | |
| St. Francis Medical Center | 3630 East Imperial Highway | | Lynwood | CA | 90262 | UMB Bank N.A., as successor Master Trustee for the California Statewide Communities Development Authority Revenue Bonds (Daughters of Charity Health System), Series 2005A, G and H | X | | |
| St. Francis Medical Center | 6464 Sycamore Ct | | Minneapolis | MN | 55369 | Vascular Solutions, Inc. | | | X |
| St. Vincent Medical Center | 1055 W. 7th Street, 10th Floor | | Los Angeles | CA | 90017 | LA Care Health Plan | | | X |
| St. Vincent Medical Center | 11326 P Street | | Omaha | NE | 68137-2316 | Professional Research Consultants, Inc. | | | X |
| St. Vincent Medical Center | 150 California Street | Suite 2200 | San Francisco | CA | 90262 | Dumas & Clark LLP | | | X |
| St. Vincent Medical Center | 1900 Avenue of the Stars, 7th Floor | | Los Angeles | CA | 90067-4308 | Jeffer Mangels Butler & Mitchell LLP | | | X |
| St. Vincent Medical Center | 2131 W Third St | Anesthesia Dept | Los Angeles | CA | 90057 | Cox, Dwayne MD | | | X |
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | GE HFS, LLC | X | | |
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | GE HFS, LLC | X | | |
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | Med One Capital Funding, LLC | X | | |
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | NFS Leasing, Inc.; People's United Bank | X | | |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D | X | | |
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2017A | X | | |
| St. Vincent Medical Center | 2131 West Third Street | | Los Angeles | CA | 90057 | UMB Bank N.A., as successor Master Trustee for the California Statewide Communities Development Authority Revenue Bonds (Daughters of Charity Health System), Series 2005A, G and H | X | | |
| St. Vincent Medical Center | 22400 Network Place | | Chicago | IL | 60673-1224 | St. Jude Medical | | | X |
| St. Vincent Medical Center | 26000 Altamont Rd. | | Los Altos Hills | CA | 94022 | LHMs DCHS CBS | | | X |
| St. Vincent Medical Center | 26000 Altamont Rd. | | Los Altos Hills | CA | 94022 | LHMs DCHS CBS | | | X |
| St. Vincent Medical Center | 26000 Altamont Rd. | | Los Altos Hills | CA | 94022 | LHMs DCHS CBS | | | X |
| St. Vincent Medical Center | 333 S Hope St, Los Angeles 90071 | | Los Angeles | CA | 90071 | Bank of America | | | X |
| St. Vincent Medical Center | 6464 Sycamore Ct | | Minneapolis | MN | 55369 | Vascular Solutions, Inc. | | | X |

**In re: Verity Health System of California, Inc.**
**Case No. 18-20151**
Schedule H
Codebtors

| Name of codebtor | Address 1 | Address 2 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|---|
| St. Vincent Medical Center | No Address On Contract | | | | | Carpenter, Thomas J. MD | | | X |
| Verity Holdings, LLC | 2040 E. Mariposa Avenue | | El Segundo | CA | 90245 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2015A, B, C and D | X | | |
| Verity Holdings, LLC | 2040 E. Mariposa Avenue | | El Segundo | CA | 90245 | U.S. Bank National Association, as Master Trustee for the California Public Finance Authority Revenue Notes (Verity Health System) Series 2017A | X | | |
| Verity Holdings, LLC | P.O. Box 32185 | | New York | NY | 10087-2185 | Ankura Consulting Group | | | X |
| Verity Medical Foundation | 1900 Avenue of the Stars, 7th Floor | | Los Angeles | CA | 90067-4308 | Jeffer Mangels Butler & Mitchell LLP | | | X |