1   SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
2   JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
3   TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
4   DENTONS US LLP
601 South Figueroa Street, Suite 2500
5   Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924
6
7   Proposed Attorneys for the Chapter 11 Debtors and
Debtors In Possession

8             **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10  In re                                          Lead Case No. 2:18-bk-20151-ER

11  VERITY HEALTH SYSTEM OF CALIFORNIA,            Jointly Administered With:
    INC., *et al.*,                               Case No. 2:18-bk-20162-ER
12                                                 Case No. 2:18-bk-20163-ER
                  Debtor and Debtor In Possession. Case No. 2:18-bk-20164-ER
13                                                 Case No. 2:18-bk-20165-ER
                                                   Case No. 2:18-bk-20167-ER
14  ☒ Affects All Debtors                          Case No. 2:18-bk-20168-ER
                                                   Case No. 2:18-bk-20169-ER
15  ☐ Affects Verity Health System of California, Inc.  Case No. 2:18-bk-20171-ER
    ☐ Affects O'Connor Hospital                    Case No. 2:18-bk-20172-ER
16  ☐ Affects Saint Louise Regional Hospital       Case No. 2:18-bk-20173-ER
    ☐ Affects St. Francis Medical Center           Case No. 2:18-bk-20175-ER
17  ☐ Affects St. Vincent Medical Center           Case No. 2:18-bk-20176-ER
    ☐ Affects Seton Medical Center                 Case No. 2:18-bk-20178-ER
18  ☐ Affects O'Connor Hospital Foundation         Case No. 2:18-bk-20179-ER
    ☐ Affects Saint Louise Regional Hospital Foundation  Case No. 2:18-bk-20180-ER
19  ☐ Affects St. Francis Medical Center of Lynwood  Case No. 2:18-bk-20181-ER
      Foundation
20  ☐ Affects St. Vincent Foundation               Chapter 11 Cases
    ☐ Affects St. Vincent Dialysis Center, Inc.
21  ☐ Affects Seton Medical Center Foundation      Hon. Judge Ernest M. Robles
    ☐ Affects Verity Business Services
22  ☐ Affects Verity Medical Foundation            **DEBTORS' REPLY TO RESPONSE**
    ☐ Affects Verity Holdings, LLC                 **OF CALIFORNIA ATTORNEY**
23  ☐ Affects De Paul Ventures, LLC                **GENERAL TO DEBTORS' BID**
    ☐ Affects De Paul Ventures - San Jose Dialysis, LLC  **PROCEDURES MOTION**
24
                  Debtors and Debtors In Possession.  Hearing:
25                                                 Date:      October 24, 2018
                                                   Time:      10:00 a.m.
26                                                 Ctrm:      Courtroom 1568
                                                              255 East Temple Street
27                                                            Los Angeles, CA 90012
28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109353776\V-2