| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>SAMUEL R. MAIZEL (Bar No. 189301)<br>samuel.maizel@dentons.com<br>TANIA M. MOYRON (Bar No. 235736)<br>tania.moyron@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Tel: (213) 623-9300 / Fax: (213) 623-9924<br><br>Proposed Attorneys for the Chapter 11 Debtors and Debtors In Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 24 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: Lead Case No. 18-20151<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** Verity Health System of California, Inc., et. al.

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *DEBTORS' MOTION FOR ENTRY OF AN ORDER SEALING EMPLOYEE INFORMATION* with Supporting Declaration of Christopher J. Kearns and Richard G. Adcock.

    b. *10/23/2018:*

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *10/23/2018*:

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                         Page 1                              F 9075-1.1.ORDER.SHORT.NOTICE
109385943\V-1

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** Wednesday, October 31, 2018<br>**Time:** 10:00 a.m.<br>**Courtroom:** 1568 | **Place:**<br>☒ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: Wednesday, October 24, 2018<br><br>Time: 3:00 p.m. | Official Committee of Unsecured Creditors; Ally Bank; McKesson Corporation; UMB Bank, N.A., as Master Trustee; Wells Fargo Bank, N.A., as Bond Trustee; U.S. Bank, N.A., as Series 2017 Notes Trustee; Retirement Plan for Hospital Employees; Service Employees International Union, United Healthcare Workers-West; United Nurses Associations of California/Union of Health Care Professionals; California Nurses Association; and Engineers and Scientists of California Local 20, IFPTE, AFL-CIO/CLC<br><br>☐ See attached page<br><br>(C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: Wednesday, October 24, 2018<br><br>Time: 5:00 p.m. | Official Committee of Unsecured Creditors; Ally Bank; McKesson Corporation; UMB Bank, N.A., as Master Trustee; Wells Fargo Bank, N.A., as Bond Trustee; U.S. Bank, N.A., as Series 2017 Notes Trustee; Retirement Plan for Hospital Employees; Service Employees International Union, United Healthcare Workers-West; United Nurses Associations of California/Union of Health Care Professionals; California Nurses Association; and Engineers and Scientists of California Local 20, IFPTE, AFL-CIO/CLC<br><br>☐ See attached page<br><br>(D) S*ervice is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                        **F 9075-1.1.ORDER.SHORT.NOTICE**
109385943\V-1

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

(B) *Deadlines:*
Date: Wednesday, October 24, 2018

Time: 5:00 p.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
Official Committee of Unsecured Creditors; Ally Bank; McKesson Corporation; UMB Bank, N.A., as Master Trustee; Wells Fargo Bank, N.A., as Bond Trustee; U.S. Bank, N.A., as Series 2017 Notes Trustee; Retirement Plan for Hospital Employees; Service Employees International Union, United Healthcare Workers-West; United Nurses Associations of California/Union of Health Care Professionals; California Nurses Association; and Engineers and Scientists of California Local 20, IFPTE, AFL-CIO/CLC

☐ See attached page

(D) *Service is also required upon*:
-- United States trustee (*no electronic service permitted*)
-- Judge's copy personally delivered to chambers (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

(B) *Deadlines:*
Date: Saturday, October 27, 2018

Time: 5:00 p.m.

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers (*see Court Manual for address*)

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**
109385943\V-1

| | | | |
|---|---|---|---|
| (B) <u>Deadlines:</u><br>Date: Monday, October 29, 2018<br><br>Time: 5:00 p.m. | | (C) <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br>(D) <u>Service is also required upon</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) | |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
> ☒ no later than:   Date: Saturday, October 27, 2018   Time: 5:00 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: October 24, 2018

*[signature: Ernest M. Robles]*

Ernest M. Robles
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*               Page 4               **F 9075-1.1.ORDER.SHORT.NOTICE**
109385943\V-1