GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of
Unsecured Creditors of Verity Health System of
California, Inc.*, *et* *al.*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>　　　Debtors and Debtors In Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Verity Health System of California, Inc.<br>☐ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☐ St. Vincent Medical Center<br>☐ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>　　　Debtors and Debtors In Possession. | Lead Case No. 18-20151<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**NOTICE OF APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(A) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO SEPTEMBER 14, 2018**<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 2014-1] |

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") of Verity Health System of California, Inc. and each of the above-referenced affiliated debtors and debtors in possession (collectively, the "Debtors") in the above-captioned jointly administered chapter 11 cases (collectively, the "Cases") has filed an application (the "Application") by its proposed counsel Milbank, Tweed, Hadley & McCloy LLP, for entry of an order under sections 328(a) and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Central District of California (the "Local Rules"), authorizing the employment and retention of the consulting firm of FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), as financial advisor to the Committee, *nunc pro tunc* to September 14, 2018, upon the terms and conditions described in the Application, with compensation to be determined pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Bankruptcy Rule 2016(a) and Local Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that this Application is based upon the facts set forth therein, the Declaration of Samuel Star attached thereto and all schedules thereto, the entire record in this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Milbank, Tweed, Hadley & McCloy, LLP, 2029 Century Park East, Los Angeles, California 90067, Attention James C. Behrens, Telephone No. (424) 386-4436, Facsimile No. (213) 623-9300, Email: JBehrens@milbank.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(f), any response to the Application and request for hearing must be filed with the Court and served upon the United States Trustee and counsel for Debtor no later than fourteen

(14) days from the date of service of the Motion. Pursuant to Local Bankruptcy Rule 9013-1(h), the Court may deem the failure of any party to timely file and serve an objection to the Application to constitute consent to the relief requested therein. If a timely response and request for hearing is filed with the Court and served upon the applicant and the United States Trustee, the applicant will set a hearing and comply with Local Rule 9013-1(o)(4).

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(h), the failure to file and serve a timely objection to the Application may be deemed by the Court to be consent to the relief requested herein.

Dated: Los Angeles, California
October 25, 2018

                                         MILBANK, TWEED, HADLEY & McCLOY LLP

                                         By:   /s/ Gregory A. Bray
                                                 GREGORY A. BRAY
                                                 MARK SHINDERMAN
                                                 JAMES C. BEHRENS

*Proposed Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California, Inc.*, *et* *al.*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2029 Century Park E, 33rd Floor, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*):     ***NOTICE OF APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(A) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO SEPTEMBER 14, 2018***       will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 25, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2018 | Ricky Windom | /s/ Ricky Windom |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                              **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**
(Via NEF)

- Robert N Amkraut    ramkraut@foxrothschild.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Simon Aron    saron@wrslawyers.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Cristina E Bautista    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Ron Bender    rb@lnbyb.com
- Bruce Bennett    bbennett@jonesday.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
- Steven M Berman    sberman@slk-law.com
- Alicia K Berry    Alicia.Berry@doj.ca.gov
- Stephen F Biegenzahn    efile@sfblaw.com
- Scott E Blakeley    seb@blakeleyllp.com, ecf@blakeleyllp.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- David N Crapo    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Kevin M Eckhardt    keckhardt@huntonak.com, keckhardt@hunton.com
- Andy J Epstein    taxcpaesq@gmail.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Eric J Fromme    efromme@tocounsel.com, agarcia@tocounsel.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Paul R. Glassman    pglassman@sycr.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- Michael S Held    mheld@jw.com
- Robert M Hirsh    Robert.Hirsh@arentfox.com
- Florice Hoffman    fhoffman@socal.rr.com, floricehoffman@gmail.com

- Michael Hogue    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- Marsha A Houston    mhouston@reedsmith.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- John Mark Jennings    johnmark.jennings@kutakrock.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, jkeehnen@hopkinscarley.com
- Gregory R Jones    gjones@mwe.com, rnhunter@mwe.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Jane Kim    jkim@kellerbenvenutti.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Gary E Klausner    gek@lnbyb.com
- Marilyn Klinger    MKlinger@smtdlaw.com, svargas@smtdlaw.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- Chris D. Kuhner    c.kuhner@kornfieldlaw.com
- Darryl S Laddin    bkrfilings@agg.com
- Richard A Lapping    richard@lappinglegal.com
- David E Lemke    david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,jennifer.wall@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
- Monserrat Morales    mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;Helen@marguliesfaithlaw.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com, jrothstein@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Charles E Nelson    , wassweilerw@ballardspahr.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com
- Bryan L Ngo    bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com
- Mark D Plevin    mplevin@crowell.com, cromo@crowell.com

- David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- Thomas J Polis    tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
- Lori L Purkey    bareham@purkeyandassociates.com
- William M Rathbone    wrathbone@gordonrees.com, jmydlandevans@gordonrees.com;sdurazo@gordonrees.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Debra Riley    driley@allenmatkins.com, plewis@allenmatkins.com;jalisuag@allenmatkins.com;bcrfilings@allenmatkins.com
- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
- Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- Nathan A Schultz    nschultz@foxrothschild.com
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Seth B Shapiro    seth.shapiro@usdoj.gov
- Rosa A Shirley    rshirley@nelsonhardiman.com, rrange@nelsonhardiman.com;lgill@nelsonhardiman.com
- Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
- Michael St James    ecf@stjames-law.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
- Sabrina L Streusand    Streusand@slollp.com
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- Gerrick Warrington    gwarrington@frandzel.com, dwise@frandzel.com
- Adam G Wentland    awentland@tocounsel.com
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Neal L Wolf    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- Hatty K Yip    hatty.yip@usdoj.gov
- Andrew J Ziaja    aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com

**SERVICE LIST**
(First Class Mail)

**Verity Health System of California, Inc.**
2040 E. Mariposa Avenue
El Segundo, CA 90245

**Samuel R. Maizel**
Dentons US LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017

**Sam J Alberts**
DENTONS US LLP
1900 K Street NW
Washington, DC 20006

**Margaret M Anderson**
Fox Swibel Levin & Carroll LLP
200 West Madison St
Chicago, IL 60606

**Brent F Basilico**
Sellar Hazard & Lucia
201 North Civic Dr Ste 145
Walnut Creek, CA 94596

**Alicia Berry**
California Attorney General
300 South Spring St Ste 1702
Los Angeles, CA 90013

**Daniel S Bleck**
Mintz, Levin, et al
One Financial Center
Boston, MA 02111

**Schuyler Carroll**
PERKINS COIE, LLP
30 ROCKEFELLER PLZ FL 22
New York, NY 10112-2299

**Nathan F Coco**
McDermott Will & Emery
444 West Lake Street
Chicago, IL 60606-0029

**Shawn C Groff**
1330 Broadway Suite 1450
Oakland, CA 94612

**Ian A Hammel**
Mintz Levin Cohn Ferris Glovsky & Popeo
One Financial Center
Boston, MA 02111

**James Kapp**
444 West Lake St Ste 4000
Chicago, IL 60606-0029

**Donald R Kirk**
Carlton Fields Jorden Burt, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780

Donald R Kirk
Carlton Fields
4221 W Boy Scout Blvd Ste 1000
Tampa, FL 33607

**Marilyn Klinger**
SMTD Law, LLP
355 S. Grand Avenue
Suite 2450
Los Angeles, CA 90071

**Claude D Montgomery**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1001

**John R O'Keefe, Jr.**
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St Ste 800
Pittsburgh, PA 15222

**Lisa M Peters**
Kutak Rock LLP
1650 Farnam St
Omaha, NE 68102-2186

**Megan Preusker**
McDermott Will & Emery
444 West Lake Street
Chicago, IL 60606-0029

**Rachel C Quimby**
Daglian Law Group APLC
701 N Brand Blvd Ste 610
Glendale, CA 91203

**Jason Reed**
Maslon LLP
3300 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402

**Paul J Ricotta**
Mintz Levin Cohn Ferris Glovsky and Pope
Chrysler Center
666 Third Ave
New York, NY 10017

**Benjamin Rosenblum**
250 Vesey St
New York, NY 10281

**Scott Schoeffel**
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109

**Ryan Schultz**
Fox Swibel Levin & Carroll LLP
200 W. Madison Street
Suite 3000
Chicago, IL 60606

**Mollie Simons**
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

**Sodexo, Inc.**
JD Thompson Law
c/o Judy D Thompson Esq
PO Box 33127
Charlotte, NC 28233

**Phillip G Vermont**
Randick O'Dea & Tooliatos LLP
5000 Hopyard Rd Ste 225
Pleasonton, CA 94588

**William P Wassweiler**
Ballard Spahr LLP
80 S Eighth St Ste 2000
Minneapolis, MN 55402

**Clark Whitmore**
Maslon LLP
3300 Wells Fargo Center
90 S 7th St
Minneapolis, MN 55402

**John Ryan Yant**
Carlton Fields Jorden Burt, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780

## SERVICE LIST
(Via Personal Delivery)

**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

## SERVICE LIST
(Via Email)

**Attorneys for Chapter 11 Debtors and Debtors in Possession**:
Samuel R. Maizel – samuel.maizel@dentons.com
John A. Moe, II – john.moe@dentons.com
Tania M. Moyron – tania.moyron@dentons.com