SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and Debtors In Possession

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>   Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>   Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**SUPPLEMENT TO NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED [RELATED TO DOCKET NO. 365]** |

**PLEASE TAKE NOTICE** that, on October 1, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Notice of Motion and Motion for the Entry of (I) an Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders to Use, (2) Approving Auction Sale Format, Bidding Procedures and*

*Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties, (4) Scheduling a Hearing to Consider Approval of the Sale to the Highest Bidder, (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances* (the "Motion") [Docket No. 365].[1]

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2018, the Court entered an order (the "Bidding Procedures Order") [Docket No. 724] approving, among other things, the Bidding Procedures requested in the Motion, which Bidding Procedures Order governs (i) the bidding process for the sale of certain assets (the "Purchased Assets") of the Debtors, and (ii) procedures for the assumption and assignment of certain of the Debtors' executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that the Motion also seeks Court approval of the sale (the "Sale") of the Offered Assets to the Successful Bidder(s), free and clear of all liens, claims, interests and encumbrances pursuant to § 363 of the Bankruptcy Code, including the assumption by the Debtors and assignment to the buyer(s) of certain executory contracts and unexpired leases pursuant to § 365 of the Bankruptcy Code (the "Assumed Executory Contracts"), with such liens, claims, interests and encumbrances to attach to the proceeds of the Sale with the same priority, validity and enforceability as they had prior to such Sale. Within forty eight (48) hours following the conclusion of the Auction, the Debtors shall file a notice identifying the Successful Bidder(s) with the Bankruptcy Court and serve such notice by fax, email or overnight mail to all counterparties whose contracts are to be assumed and assigned. Any counterparty to an Assumed Executory Contract that wishes to receive such notice by email or fax, must provide their email address or fax number to Dentons US LLP, Attn: Samuel R. Maizel by emailing samuel.maizel@dentons.com or calling (213) 892-2910 before the Auction.

**PLEASE TAKE FURTHER NOTICE** that an evidentiary hearing (the "Sale Hearing") to approve the Sale and authorize the assumption and assignment of the Assumed Executory Contracts will be held on **December 19, 2018, at 10:00 a.m. (prevailing Pacific Time)**, before the United States Bankruptcy Court for the Central District of California, 255 E. Temple St., Los Angeles, California 90012, Courtroom 1568. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, consistent with the Bidding Procedures Order, the Debtors may seek to assume an executory contract or unexpired lease to which you may be a party.

**PLEASE TAKE FURTHER NOTICE** that, on November 12, 2018, the Debtors filed a *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assigned* [Dkt. No. 810] (the "Initial Cure Notice"). The Initial Cure Notice attached a list of Assumed Executory Contracts as well as the amount, if any, which the Debtors assert is owed to cure any defaults existing under the Assumed Executory Contract (the "Cure Amount").

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

- 2 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby supplement the Initial Cure Notice to (i) identify additional contracts or leases that were not included in the Initial Cure Notice, as set forth in Exhibit "A" and in Exhibit "B" attached hereto, and (ii) list revised Cure Amounts related to the respective Assumed Executory Contracts.

**PLEASE TAKE FURTHER NOTICE** that, if you disagree with the Cure Amount shown for the Assumed Executory Contracts on Exhibit A and Exhibit B to which you are a party or have any other objection to the Debtors' assumption and assignment of the Assumed Executory Contracts listed on Exhibit A and Exhibit B (including an objection based on adequate assurance of future performance by the Stalking Horse Purchaser[2] under the Assumed Executory Contract) to which you may be a party, you must file in writing with the United States Bankruptcy Court for the Central District of California, 255 E. Temple St., Los Angeles, California 90012, an objection on or before **December 17, 2018, at 4:00 p.m. (prevailing Pacific Time)**. Any objection must set forth the specific default or defaults alleged and set forth any cure amount as alleged by you. If a contract or lease is assumed and assigned pursuant to a Court order approving same, then unless you properly file and serve an objection to the Cure Amount contained in this Notice, you will receive at the time of the closing of the sale (or as soon as reasonably practicable thereafter), the Cure Amount set forth herein, if any. Any counterparty to an Assumed Executory Contract that fails to timely file and serve an objection shall be forever barred from asserting that a Cure Amount is owed in an amount in excess of the amount, if any, set forth in the attached Exhibit A or Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that, for counterparties to Assumed Executory Contracts that were listed in the Initial Cure Notice but not listed in Exhibit A hereto, the original deadline of **December 14, 2018, at 12:00 p.m. (prevailing Pacific Time)** to file any objection to the Debtors' assumption and assignment of the Assumed Executory Contracts (other than an objection to the Cure Amounts listed in the Initial Cure Notice) to still applies provided, however, that if any Successful Bidder is not the Stalking Horse Purchaser, any counterparty to an Assumed Executory Contract may raise an objection to the assumption and assignment of the Assumed Executory Contract solely with respect to such Successful Bidder's ability to provide adequate assurance of future performance under the Assumed Executory Contract at the Sale Hearing, or any time before the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that any objection you may file must be served so as to be received by the following parties by the applicable objection deadline date and time (i) counsel to the Debtors: Dentons US LLP, 601 S. Figueroa Street, Suite 2500, Los Angeles, CA 90017 (Attn: Samuel R. Maizel (samuel.maizel@dentons.com)); (ii) the Debtors' Investment Banker: Cain Brothers, a division of KeyBanc Capital Markets, 601 California Street, Suite 1505, San Francisco, CA 94108 (Attn: James Moloney (jmoloney@cainbrothers.com)); (iii) counsel to the Stalking Horse Purchaser: McDermott Will & Emery LLP, 2049 Century Park East, Suite 3800, Los Angeles, CA 90067 (Attn: James F. Owens (JFowens@mwe.com)); (iv) the Office of the United States Trustee (the "U.S. Trustee"): 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017 (Attn: Hatty Yip (Hatty.Yip@usdoj.gov)); and (v) counsel to the Official Committee, :

---

[2] The Stalking Horse Purchaser is the County of Santa Clara, a political subdivision of the State of California.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109768027\V-5

Case 2:18-bk-20151-ER    Doc 998    Filed 12/06/18    Entered 12/06/18 18:13:51    Desc
Main Document    Page 4 of 14

Milbank, Tweed, Hadley & McCloy LLP, 2029 Century Park East, 33rd Floor Los Angeles, CA 90067 (Attn: Gregory A. Bray (gbray@milbank.com).

**PLEASE TAKE FURTHER NOTICE** that the Successful Bidder shall be responsible for satisfying any requirements regarding adequate assurance of future performance that may be imposed under §§ 365(b) and (f) of the Bankruptcy Code, 11 U.S.C. § 101, *et seq.*, in connection with the proposed assignment of any Assumed Executory Contract. The Court shall make its determinations concerning adequate assurance of future performance under the Assumed Executory Contracts pursuant to 11 U.S.C. §§ 365(b) and (f) at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, in the event that the Debtors and the counterparty cannot resolve the Cure Amount, the Debtors shall segregate from the proceeds of sale any disputed Cure Amounts pending the resolution of any such disputes by the Court or mutual agreement of the parties. Assumption Objections may be resolved by the Court at the Sale Hearing, or at a separate hearing either before or after the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, except to the extent otherwise provided in the Purchase Agreement with the Successful Bidder(s), pursuant to § 365(k) of the Bankruptcy Code, the Debtors and their estates shall be relieved of all liability accruing or arising after the effective date of assumption and assignment of the Assumed Executory Contracts.

**PLEASE TAKE FURTHER NOTICE** that nothing contained herein shall obligate the Debtors to assume any Assumed Executory Contracts or to pay any Cure Amount.[3]

**PLEASE TAKE FURTHER** NOTICE THAT IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION AS STATED ABOVE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITH NO FURTHER NOTICE.

ANY COUNTERPARTY TO ANY ASSUMED EXECUTORY CONTRACT WHO DOES NOT FILE A TIMELY OBJECTION TO THE CURE AMOUNT FOR SUCH ASSUMED EXECUTORY CONTRACT IS DEEMED TO HAVE CONSENTED TO SUCH CURE AMOUNT.

Dated: December 6, 2018

**DENTONS US LLP**
SAMUEL R. MAIZEL
TANIA M. MOYRON

By  */s/ Samuel R. Maizel*
    Samuel R. Maizel

Attorneys for the Chapter 11 Debtors and Debtors In Possession

---

[3] "Assumed Executory Contracts" are those Contracts and Leases that the Debtors believe may be assumed and assigned as part of the orderly transfer of the Offered Assets; however, the Successful Bidder may choose to exclude certain of the Debtors' Contracts or Leases from the list of Assumed Executory Contracts as part of their Qualifying Bid, causing such Contracts and Leases not to be assumed by the Debtors.

109768027\V-5

**Exhibit A**

**(Executory Contracts Subject To Assumption)**

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**Exhibit A: Part 1**

**Supplemental Executory Contracts Subject to Assumption (O'Connor Hospital)**

**County of Santa Clara Asset Purchase Agreement**
Exhibit A - Part1:  Supplemental Executory Contracts Subject to Assumption (O'Connor Hospital)

| Ref # | Debtor | Contract Counter Party | Nature of Contract/ Lease | Termination Date | Cure Amount (a)(b)(C) |
|---|---|---|---|---|---|
| 1 | O'Connor Hospital | County of Santa Clara dba Santa Clara Valley Health & Hospital System (aka Valley Medical Center) | Resident/Fellow Training | 10/10/21 | $0.00 |
| 2 | O'Connor Hospital | County of Santa Clara dba Santa Clara Valley Health & Hospital System (aka Valley Medical Center) | Resident/Fellow Training | 12/15/2018 | $0.00 |
| 3 | O'Connor Hospital | Nicolas Vardiabasis, D.O., A Professional Corporation | Physicians-On Call | 9/30/2019 | $0.00 |
| 4 | O'Connor Hospital | Paragon Mechanical-HVAC, Metal Work, BLDG MGMT (Revised) | Facility Services Agreement | 3/14/2019 | $304,067.65 |
| 5 | O'Connor Hospital | Otis Elevator-Elevator Modernization (Revised) | Facility Services Agreement | 4/3/2019 | |
| 6 | O'Connor Hospital | Otis Elevator-Elevator Modernization (Revised) | Facility Services Agreement | 4/3/2019 | $576,521.96 |

(a) Cure amounts reflect critical vendor payments made through November 24, 2018, where applicable.

(b) Where multiple contracts are reflected, cure amounts could not be ascribed to individual contracts, and, as a result, a cure amount for all contracts within that category has been listed.

(c) Cure amounts for certain contracts reflect pricing through group purchasing organization agreements.

**Exhibit A: Part 2**

**Supplemental Executory Contracts Subject to Assumption (St. Louise Regional Hospital)**

**County of Santa Clara Asset Purchase Agreement**
Exhibit A - Part2: Supplemental Executory Contracts Subject to Assumption (St. Louise Regional Hospital)

| Ref # | Debtor | Contract Counter Party | Nature of Contract/ Lease | Termination Date | Cure Amount (a)(b)(C) |
|---|---|---|---|---|---|
| 1 | St. Louise Regional Hospital | Nicolas Vardiabasis, D.O., A Professional Corporation | Physicians-On Call | 9/30/2019 | $0.00 |
| 2 | St. Louise Regional Hospital | Water Warehouse | Facility Services Agreement | 4/17/2019 | $2,197.44 |
| 3 | St. Louise Regional Hospital | Otis Elevator-Elevator Modernization (Revised) | Facility Services Agreement | 4/30/2018 | $4,865.14 |

(a) Cure amounts reflect critical vendor payments made through November 24, 2018, where applicable.

(b) Where multiple contracts are reflected, cure amounts could not be ascribed to individual contracts, and, as a result, a cure amount for all contracts within that category has been listed.

(c) Cure amounts for certain contracts reflect pricing through group purchasing organization agreements.

# **Exhibit B**

## **Supplemental Executory Contracts Subject to Assumption (Multi-Facility/System Contracts)**

109768027\V-5

County of Santa Clara Asset Purchase Agreement
Exhibit B - Executory Contracts Subject to Assumption (System / Multi-Facility)(a)

| Ref # | Contracting Entity (b) | Contract Counterparty (b) | Nature of Contact / Lease | Termination Date | Total Cure Amount (c)(d)(e) | | |
|---|---|---|---|---|---|---|---|
| | | | | | OCH | SLRH | Verity Health System |
| 1 | Verity | 3M (fka SoftMed Systems, Inc.) | License-Software | 1/1/2069 | $0.00 | $0.00 | $0.00 |
| 2 | Verity | 3M Health Information Systems | License-Software | 6/30/2023 | $0.00 | $0.00 | $0.00 |
| 3 | Verity | AbbVie US LLC | Discount Pricing Agreement | 3/31/2019 | $0.00 | $0.00 | $0.00 |
| 4 | Verity | Ability | | 1/8/2019 | $0.00 | $0.00 | $0.00 |
| 5 | Verity | Alevio, LLC | Master Purchasing Agreement | 6/14/2019 | $0.00 | $0.00 | $0.00 |
| 6 | Verity | Alliant ChoicePlus | Service agreement | | $0.00 | $0.00 | $0.00 |
| 7 | Verity | Alliant Employee Benefits | Service agreement | 11/20/2018, Auto Renewal 1 Year Period | $0.00 | $0.00 | $0.00 |
| 8 | Verity | Allscripts Healthcare, LLC | Master Agreement | 8/2/2027 | $0.00 | $0.00 | $4,057,624.44 |
| 9 | Verity | Allscripts Healthcare, LLC | | 8/3/2027 | | | |
| 10 | Verity | American Medical Association | License-Software | Evergreen | $0.00 | $0.00 | $0.00 |
| 11 | Verity | American Red Cross | Master Purchasing Agreement | 12/14/2018 | $77,571.28 | $16,401.66 | $0.00 |
| 12 | Verity | AMPLUS | Service Agreement | 7/24/2019 | $0.00 | $0.00 | $0.00 |
| 13 | Verity | Applied Statistics & Management, Inc. | License-Software | 6/30/2020 | $0.00 | $0.00 | $0.00 |
| 14 | Verity Business Services | Arcadia Recovery Bureau (ARB) | Service agreement | | $0.00 | $0.00 | $0.00 |
| 15 | Verity | Arthrex, Inc. | Master Purchasing Agreement | 6/30/2019 | $8,959.69 | $895.53 | $0.00 |
| 16 | Verity Business Services | AT&T | Services-Telecommunications | | | | |
| 17 | Verity Business Services | AT&T | Services-Telecommunications | 12/30/2018 | $781.67 | $0.00 | $208,157.12 |
| 18 | Verity | AT&T | Services-Telecommunications | 10/28/2018, Auto Renewal - Month to Month | | | |
| 19 | Verity | AT&T | Services-Telecommunications | 10/19/2018, Auto Renewal - Month to Month | | | |
| 20 | Verity | Axion | License - Software Subscription | 6/24/2019 | $0.00 | $0.00 | $74,081.70 |
| 21 | Verity | B.Braun Interventional Systems, Inc. | Master Purchasing Agreement | 5/31/2019 | $0.00 | $0.00 | $0.00 |
| 22 | Verity | Bard Peripheral Vascular, Inc. | Master Purchasing Agreement | 6/15/2019 | $0.00 | $0.00 | $0.00 |
| 23 | Verity | Baxter Healthcare Corporation | Letter of Agreement | 12/31/2019 | $184,256.73 | $27,001.60 | $0.00 |
| 24 | Verity | BE Smith | Service agreement | 9/6/2019 | $0.00 | $0.00 | $0.00 |
| 25 | Verity | Big Inventory, Inc. | Administrative Services | 12/31/2018 | $0.00 | $0.00 | $0.00 |
| 26 | Verity | Biotronik, Inc. | Supplies-CRM | 3/31/2019 | $40,087.43 | $5,235.56 | $0.00 |
| 27 | Verity | Blue Shield of California (Retiree health) | Service agreement | | $0.00 | $0.00 | $0.00 |
| 28 | Verity | Blue Shielf of California (All isnured plans - PPO, POS, HMO and EPO) | Service agreement | | $0.00 | $0.00 | $0.00 |
| 29 | Verity | Boston Scientific Corp. | Supplies-Cath Lab | 8/6/2019 | $250,173.60 | $13,541.77 | $0.00 |
| 30 | Verity | Boston Scientific Corp. | Supplies-CRM | Evergreen | | | |
| 31 | Verity | Bottomline Technologies | Services - Software Maintenance and Support | 6/17/2019 | $0.00 | $0.00 | $0.00 |
| 32 | Verity | Cardinal Health 110, Inc. | Pharmaceutical | 2/28/2019 | $404,101.98 | $18,893.93 | $0.00 |
| 33 | Verity | Cardinal Health 200, Inc. | Discount Pricing Agreement | 12/8/2019 | $147,044.41 | $13,706.47 | $0.00 |
| 34 | Verity | Cardinal Health Pharmacy Service LLC (aka Cardinal Health Solutions, Inc.) | Pharmaceutical | 10/28/2018, Auto Renewal- Month to Month | $0.00 | $0.00 | $0.00 |
| 35 | Verity | CareFusion Solutions, LLC | Master Purchasing Agreement | Evergreen | $17,463.08 | $2,882.68 | $0.00 |
| 36 | Verity | Century Link (Level 3) | Service Agreement | 11/1/2019 | $0.00 | $0.00 | $0.00 |
| 37 | Verity Business Services | CERESOFT | License - Software Subscription | 3/10/2019 | $0.00 | $0.00 | $0.00 |
| 38 | Verity | Cerner | Services - Software Maintenance and Support | 6/30/2019 | $0.00 | $0.00 | $39,471.29 |
| 39 | Verity Health System | Change Healthcare Technologies LLC fka Technologies, Inc. | License-Software | 12/11/2018 | $0.00 | $0.00 | $22,180.60 |
| 40 | Verity/Daughters of Charity Health | Change Healthcare (fka Emdeon) | Professional Services Agreement | 5/17/2019 | | | |
| 41 | Verity | Cigna - LTD | Service agreement | | | | |
| 42 | Verity | Cigna - STD | Service agreement | | $0.00 | $0.00 | $0.00 |
| 43 | Verity | Cigna DHMO | Service agreement | | | | |
| 44 | Verity/Daughters of Charity Health | Cirius Group | Services - Software Maintenance and Support | 6/30/2019 | $0.00 | $0.00 | $11,270.00 |
| 45 | Verity | Clinical Management Consultants | Service agreement | 10/1/2019 | $0.00 | $0.00 | $0.00 |
| 46 | Verity | CliniComp, Intl. | Services-Hardware and Software Maintenance | 8/31/2019 | $0.00 | $0.00 | $51,932.00 |
| 47 | Verity | Cochlear Americas | Master Purchasing Agreement | 3/30/2019 | $0.00 | $0.00 | $0.00 |
| 48 | Verity | CODEWORKS (JULIANA A. GREEN) | Master Agreement | 8/31/2019 | $0.00 | $0.00 | $5,451.01 |
| 49 | Verity | Computer Credit Inc. (CCI) | Services - Collection | 12/19/2018 | $0.00 | $0.00 | $0.00 |
| 50 | Verity | Constellation New Energy - Gas Division, LLC | Master Purchasing Agreement | 7/2/2021 | $13,611.99 | $256.66 | $0.00 |
| 51 | Verity | Dell Financial Services | Equipment Lease Agreement | 6/30/2021 | $0.00 | $0.00 | $0.00 |
| 52 | Verity | Delta Dental PPO 1200 | Service agreement | | $0.00 | $0.00 | $0.00 |
| 53 | Verity | Delta Dental PPO 1500 | Service agreement | | $0.00 | $0.00 | $0.00 |
| 54 | Verity | Delta Dental PPO 800 | Service agreement | | $0.00 | $0.00 | $0.00 |
| 55 | Verity | Diligent Corporation | License-Software Subscription | 12/17/2018 | $0.00 | $0.00 | $0.00 |
| 56 | Verity | ECRI | License-Software Subscription | 4/30/2022 | $0.00 | $0.00 | $0.00 |
| 57 | Verity | Edwards Lifesciences, Inc | Master Purchasing Agreement | 6/11/2019 | $51,617.05 | $348.80 | $0.00 |

**County of Santa Clara Asset Purchase Agreement**
Exhibit B - Executory Contracts Subject to Assumption (System / Multi-Facility)(a)

| Ref # | Contracting Entity (b) | Contract Counterparty (b) | Nature of Contact / Lease | Termination Date | Total Cure Amount (c)(d)(e) OCH | SLRH | Verity Health System |
|---|---|---|---|---|---|---|---|
| 58 | Verity/Daughters of Charity Health | Elsevier, B.V. | License-Software Subscription | 6/30/2019 | $45,528.75 | $0.00 | $0.00 |
| 59 | Verity | Elsevier, B.V. (fka MD Consult) | License-Software Subscription | 6/30/2019 | | | |
| 60 | Verity Business Services | EOS | Services - Collections | 6/30/2019 | $0.00 | $0.00 | $0.00 |
| 61 | Verity | EQ2 LLC | License-Software Subscription | 1/8/2019 | $0.00 | $0.00 | $0.00 |
| 62 | Verity | Equifax | Service agreement | 4/30/2019 | $0.00 | $0.00 | $0.00 |
| 63 | Verity | Equinix | Master Agreement | 3/2/2022 | $0.00 | $0.00 | $30,316.18 |
| 64 | Verity | Ethicon US, LLC | Master Purchasing Agreement | 5/31/2019 | $0.00 | $0.00 | $0.00 |
| 65 | Verity | Experian Health | License - Software Subscription | 3/25/2024 | $0.00 | $0.00 | $51,592.02 |
| 66 | Verity | FIS Avantgard | Services - Software Maintenance and Support | 2/26/2019 | $0.00 | $0.00 | $0.00 |
| 67 | Verity | GE Healthcare | Services - Hardware and Software Maintenance | 10/31/2018 | $87,622.73 | $4,973.37 | $11,962.00 |
| 68 | Verity | GE Healthcare Financial | Equipment-Lease/Rental | Evergreen | | | |
| 69 | Verity | Global Health Exchange, LLC. (GHX) | License-Software Subscription | 12/31/2018 | $0.00 | $0.00 | $0.00 |
| 70 | Verity | Granite Communications | Premier Vendor | Month to Month | $0.00 | $0.00 | $17,664.31 |
| 71 | Verity | Healthcare Source (Position Manager) | Service agreement | 12/11/2018 | $0.00 | $0.00 | $0.00 |
| 72 | Verity | Healthline Systems,Inc. | License-Software Subscription | 12/18/2018 | $0.00 | $0.00 | $0.00 |
| 73 | Verity | HealthNow | Service agreement | | $0.00 | $0.00 | $0.00 |
| 74 | Verity | Healthstream | Service agreement | Evergreen | $6,161.72 | $0.00 | $0.00 |
| 75 | Verity | HealthStream, Inc. | Master Agreement | 12/1/2021 | | | |
| 76 | Verity | Help Systems, Inc. | Services-Software Maintenance and Support | 6/30/2019 | $0.00 | $0.00 | $0.00 |
| 77 | Verity | Hill Rom Company | Master Purchasing Agreement | 5/30/2020 | $3,036.59 | $2,683.83 | $0.00 |
| 78 | Verity | Hodges Mace | Service agreement | | $0.00 | $0.00 | $47,012.00 |
| 79 | Verity | Host Analytics | Services - Software Maintenance and Support | 12/11/2019 | $0.00 | $0.00 | $0.00 |
| 80 | Verity/Daughters of Charity Health | Huron | Services Agreement | 11/30/2018, Auto Renewal | $0.00 | $0.00 | $0.00 |
| 81 | Verity | ImageFirst of San Francisco, LLC | Master Agreement | 8/8/2022 | $0.00 | $0.00 | $0.00 |
| 82 | Verity | inContact, Inc. | License-Software | 12/3/2018, Auto Renewal | $0.00 | $0.00 | $0.00 |
| 83 | Verity | Indeed | Service agreement | 4/1/2019 | $0.00 | $0.00 | $0.00 |
| 84 | Verity | Infor World (Infinium) | Services-Software Maintenance and Support | 9/30/2019 | $0.00 | $0.00 | $0.00 |
| 85 | Verity | Infor World (Infinium) | Services-Software Maintenance and Support | 9/30/2019 | | | |
| 86 | Verity | Inpriva | Services-Software Maintenance and Support | 6/10/2019 | $0.00 | $0.00 | $0.00 |
| 87 | Verity | Intersystems | License - Software Subscription | 6/30/2019 | $0.00 | $0.00 | $0.00 |
| 88 | Verity | IntraLearn Software Corporation | Services-Software Maintenance and Support | 12/11/2018 | $0.00 | $0.00 | $0.00 |
| 89 | Verity | John Hancock (Verity Retirement Plan A, Verity Retirement Plan B) | Service agreement and amended fee schedule | Evergreen | $0.00 | $0.00 | $0.00 |
| 90 | Verity | Kforce | Service agreement | 6/26/2019 | $0.00 | $0.00 | $61,334.76 |
| 91 | Verity | Kimberly-Clark global Sales, LLC | Master Purchasing Agreement | 10/28/2018, Auto Renewal - Month to Month | $0.00 | $0.00 | $0.00 |
| 92 | Verity | Kronos, Inc. | Services-Hardware and Software Maintenance | 12/31/2018 | $0.00 | $0.00 | $378,226.96 |
| 93 | Verity | Kronos, Inc. | Services-Equipment Maintenance | 3/30/2019 | | | |
| 94 | Verity | Kronos, Inc. | License-Software Subscription | 6/14/2023 | | | |
| 95 | Verity | Language Line Services | Services-Interpreter | 4/8/2019 | $0.00 | $11,225.17 | $863.69 |
| 96 | Verity | Lighthouse Document Technologies | Master Agreement | Evergreen | $0.00 | $0.00 | $0.00 |
| 97 | Verity | LinkedIn | Service agreement | 1/31/2020 | $0.00 | $0.00 | $29,748.39 |
| 98 | Verity - Daughter's of charity Health System | M Modal | Services - Transcription | 4/30/2019 | $0.00 | $0.00 | $0.00 |
| 99 | Verity | MagView | License-Software | 1/19/2019 | $0.00 | $0.00 | $0.00 |
| 100 | Verity | MCG Health, LLC | License-Software | 2/19/2023 | $0.00 | $0.00 | $0.00 |
| 101 | Verity | McKesson Information Solutions, Inc. | License-Software | 9/28/2019 | $0.00 | $0.00 | $0.00 |
| 102 | Verity | McKesson Information Solutions, Inc. | License-Software | 12/31/2018 | | | |
| 103 | Verity | McKesson Information Solutions, Inc. | License-Software | 12/31/2018 | | | |
| 104 | Verity | McKesson Information Solutions, Inc. | Services-Software Maintenance and Support | 8/26/2019 | | | |
| 105 | Verity | McKesson Information Solutions, Inc. | Memorandum of Understanding | 2/19/2065 | | | |
| 106 | Verity | McKesson Information Solutions, Inc. | License-Software | 6/2/2065 | | | |
| 107 | Verity | MDX Medical data Exchange | Services - Software Maintenance and Support | 11/1/2018, Auto Renewal | $0.00 | $0.00 | $0.00 |
| 108 | Verity | Medacta USA, Inc. | Supplies-Total Joints | 5/31/2019 | $0.00 | $0.00 | $0.00 |
| 109 | Verity Business Services | MedDataSys (fka Alegis Revenue Group) | Services - Collections | 6/30/2019 | $0.00 | $0.00 | $0.00 |

See last page of exhibit for relevant footnotes

**County of Santa Clara Asset Purchase Agreement**
Exhibit B - Executory Contracts Subject to Assumption (System / Multi-Facility)(a)

| Ref # | Contracting Entity (b) | Contract Counterparty (b) | Nature of Contact / Lease | Termination Date | Total Cure Amount (c)(d)(e) | | |
|---|---|---|---|---|---|---|---|
| | | | | | OCH | SLRH | Verity Health System |
| 110 | Verity Business Services | Medical Data Systems Inc. (MDS) | Services - Collections | 8/12/2019 | $0.00 | $0.00 | $152,012.40 |
| 111 | Verity | Medicity, Inc. | Services-Software Maintenance and Support | 7/31/2019 | $0.00 | $0.00 | $90,000.00 |
| 112 | Verity | MedImpact | Service agreement | | $0.00 | $0.00 | $0.00 |
| 113 | Verity | Medline Industries, Inc. | Supplies-Linen | 11/1/2018, Auto Renewal - Month to Month | | | |
| 114 | Verity | Medline Industries, Inc. | Supplies-Linen | 11/30/2018, Auto Renewal - Month to Month | $720,813.62 | $161,750.38 | $1,806.29 |
| 115 | Verity | Medline Industries, Inc. | Supplies-Linen | 5/14/2022 | | | |
| 116 | Verity | MedPlus, Inc. | Services-Equipment Maintenance | 9/30/2019 | $0.00 | $0.00 | $0.00 |
| 117 | Verity | MedPlus, Inc. | Services-Software Maintenance and Support | 9/30/2019 | | | |
| 118 | Verity | MedSource Travelers | Service agreement | 6/9/2019 | $0.00 | $0.00 | $0.00 |
| 119 | Verity | Medtronic USA, Inc. | Master Purchasing Agreement | 6/11/2019 | $299,968.84 | $59,776.30 | $0.00 |
| 120 | Verity | Medtronic USA, Inc. | Supplies-DES | 6/15/2019 | | | |
| 121 | Verity | Metlife - Verity Executives | Service agreement | | $0.00 | $0.00 | $0.00 |
| 122 | Verity | Metrex Research, LLC | Master Purchasing Agreement | 10/28/2018, Auto Renewal - Month to Month | $0.00 | $0.00 | $0.00 |
| 123 | Verity | Micromedex (a business of Thomson Reuters Healthcare, Inc.) aka Truven Health | License-Software Subscription | 12/31/2018 | $0.00 | $0.00 | $0.00 |
| 124 | Verity | MicroPort Orthopedics (formerly Wright Medical) | Supplies-Total Joints | 3/30/2019 | $0.00 | $0.00 | $0.00 |
| 125 | Verity | Microsoft | License-Software Subscription | 6/26/2020 | $0.00 | $0.00 | $1,753,815.37 |
| 126 | Verity | MicroWest Software Systems, Inc. | Services-Software Maintenance and Support | 3/31/2019 | $0.00 | $0.00 | $0.00 |
| 127 | Verity | MicroWest Software Systems, Inc. | License-Software | 1/1/2065 | | | |
| 128 | OCHC | MIM Software | Services-Software Maintenance and Support | 6/30/2021 | $0.00 | $0.00 | $19,372.00 |
| 129 | Verity | Nanthealth fka iSirona, LLC | License-Software | 9/5/2019 | $0.00 | $0.00 | $0.00 |
| 130 | Verity Holdings, LLC | Nantworks, LLC | Equipment-Lease/Rental | 7/1/2019 | $0.00 | $0.00 | $66,856.10 |
| 131 | Verity | Nelson & Associates | Service agreement | | $0.00 | $0.00 | $0.00 |
| 132 | Verity | Net Health Systems, Inc. | License-Software | 12/26/2019 | $4,760.00 | $4,000.00 | $0.00 |
| 133 | Verity | NeuroStructures, Inc. | Master Purchasing Agreement | 6/18/2040 | $0.00 | $0.00 | $0.00 |
| 134 | Verity | Nexus IS, Inc. | Master Purchasing Agreement | 11/11/2018, Auto Renewal - Month to Month | $0.00 | $0.00 | $0.00 |
| 135 | Verity | NFS Leasing, Inc. | Equipment-Lease/Rental | 1/1/2020 | $0.00 | $0.00 | $0.00 |
| 136 | Verity | Northern Trust (Verity Directed Retirement Trust) | Service agreement | Evergreen | $0.00 | $0.00 | $0.00 |
| 137 | DOCHS | Nthrive | License - Software Subscription | 3/31/2019 | $0.00 | $0.00 | $154,111.96 |
| 138 | Verity | NTT DATA Services aka Perot Systems | Services-Consulting | 2/3/2020 | $0.00 | $0.00 | $207,273.00 |
| 139 | Verity | ONCOTEAM | Administrative Services | 2/28/2019 | $0.00 | $0.00 | $56,060.00 |
| 140 | Verity | OneSource Printer Service and Supply, Inc. | Services-Printer Maintenance | 10/19/2018, Auto Renewal - Month to Month | $0.00 | $0.00 | $0.00 |
| 141 | Verity | ONPOINT HEALTHCARE SOLUTIONS | | | $0.00 | $0.00 | $42,777.50 |
| 142 | Verity | Ops Genie | License - Software Subscription | 3/1/2019 | $0.00 | $0.00 | $30,965.23 |
| 143 | Verity | Optum | Service agreement | | $0.00 | $0.00 | $0.00 |
| 144 | Verity | Optum - EAP | Service agreement | | | | |
| 145 | Verity | Optum360, LLC | License-Software | 8/31/2019 | $9,554.20 | $6,058.20 | $0.00 |
| 146 | Verity | Ortho-Clinical Diagnostics (a Johnson and Johnson Company) | Blood/Organ/Tissue | 12/8/2019 | $0.00 | $0.00 | $0.00 |
| 147 | Verity | Ortho-Clinical Diagnostics (a Johnson and Johnson Company) | Supplies-Laboratory | 12/8/2019 | | | |
| 148 | Verity | Pacific Medical | Equipment-Purchase | 7/10/2019 | $241.99 | $263.94 | $0.00 |
| 149 | Verity | Paradigm Spine, LLC | Master Purchasing Agreement | 7/31/2019 | $28,950.00 | $0.00 | $0.00 |
| 150 | Verity | Parallon (fka The Outsource Group) | Services - Collectoins | 4/30/2019 | $0.00 | $0.00 | $108,551.09 |
| 151 | Verity | Peter A. Ripper and Associate, Inc. dba PARA Healthcare Financial Services | Master Agreement | 11/19/2018, Auto Renewal - Month to Month | $0.00 | $0.00 | $0.00 |
| 152 | Verity | Pharmacy OneSource | License-Software Subscription | 12/29/2018 | $0.00 | $0.00 | $0.00 |
| 153 | Verity | Picis | License-Software | 8/31/2019 | $0.00 | $0.00 | $0.00 |
| 154 | Verity | Praxair | Supplies-Respiratory | 4/5/2020 | $21,011.57 | $13,252.18 | $0.00 |
| 155 | Verity | PreEmploy | Service agreement | 2/28/2019 | $18,833.82 | $3,394.63 | $6,059.78 |
| 156 | Verity | Premier Software Associates | License-Software Subscription | 7/31/2019 | $0.00 | $0.00 | $0.00 |
| 157 | Verity | Premier Purchasing Partners, LP | Master Purchasing Agreement | Evergreen | $62,000.00 | $0.00 | $2,359,499.52 |
| 158 | Verity | Premier, Inc. | License-Software Subscription | 4/14/2020 | $0.00 | $0.00 | $0.00 |
| 159 | Verity | Premier, Inc. | License-Software Subscription | 8/31/2021 | | | |
| 160 | Verity | Press Ganey and Associates | Services-Survey | 3/31/2019 | $2,951.50 | $551.28 | $0.00 |
| 161 | OCHC | Pro Transport | | 10/11/2021 | $0.00 | $0.00 | $0.00 |
| 162 | SLRH | Pro Transport | | 10/11/2021 | | | |
| 163 | Verity | ProData | Services - Software Maintenance and Support | 10/31/19 | $0.00 | $0.00 | $0.00 |

See last page of exhibit for relevant footnotes

-11-

County of Santa Clara Asset Purchase Agreement
Exhibit B - Executory Contracts Subject to Assumption (System / Multi-Facility)(a)

| Ref # | Contracting Entity (b) | Contract Counterparty (b) | Nature of Contact / Lease | Termination Date | Total Cure Amount (c)(d)(e) | | |
|---|---|---|---|---|---|---|---|
| | | | | | OCH | SLRH | Verity Health System |
| 164 | Verity | Progressive Medical, Inc. | Master Purchasing Agreement | 9/30/2018, Auto Renewal - Month to Month | $9,747.75 | $3,569.77 | $0.00 |
| 165 | Verity | Prosidyan, Inc. | Master Purchasing Agreement | 4/13/2019 | $0.00 | $0.00 | $0.00 |
| 166 | Verity | Q-Centrix, LLC | Master Agreement | 4/23/2021 | $12,095.90 | $6,442.28 | $0.00 |
| 167 | Verity | QuadraMed Corporation | Services-Software Maintenance and Support | 5/31/2019 | $0.00 | $0.00 | $0.00 |
| 168 | Verity | QuadraMed Corporation | Services-Hardware and Software Maintenance | 5/31/2019 | | | |
| 169 | Verity | QuadraMed Corporation | Services-Hardware and Software Maintenance | 5/31/2019 | | | |
| 170 | Verity | QuadraMed Corporation | Services-Hardware and Software Maintenance | 5/31/2019 | | | |
| 171 | Verity | QuadraMed Corporation | Services-Hardware and Software Maintenance | 5/31/2020 | | | |
| 172 | Verity | QuadraMed Corporation | License-Software | 1/1/2065 | | | |
| 173 | Verity | rL Solutions | Services-Software Maintenance and Support | 5/18/2019 | $0.00 | $0.00 | $0.00 |
| 174 | Verity | RMB (Rubin & Raine) | Services - Collections / Services - Cash Management | 5/16/2019 / 6/26/2019 | $0.00 | $0.00 | $123,073.35 |
| 175 | Verity | Robert Half/Office Team | Service agreement | Open - 30 day notice | $0.00 | $0.00 | $12,808.07 |
| 176 | Verity | Roche Diagnostics Corporation | Master Purchasing Agreement | 9/14/2021 | $52,507.38 | $0.00 | $0.00 |
| 177 | Verity | Roche Diagnostics Corporation | Master Agreement | 4/19/2023 | | | |
| 178 | Verity | Ropes & Gray | Service agreement | | $0.00 | $0.00 | $22,923.29 |
| 179 | Verity | SeaSpine Orthopedics Corporation (formerly Integra LifeSceiences) | Supplies-Spinal Hardware | 3/31/2019 | $137,794.00 | $0.00 | $0.00 |
| 180 | Verity | Sedgwick CMS Company | Master Purchasing Agreement | 12/31/2018 | $5,304.85 | $3,251.76 | $0.00 |
| 181 | Seton Medical Center | Shared Imaging-PET Scan | Equipment-Lease/Rental | 12/29/2019 | $0.00 | $0.00 | $0.00 |
| 182 | Verity | Siemens Medical Solutions USA, Inc. | Services-Software Maintenance and Support | 6/30/2019 | $59,598.77 | $0.00 | $39,471.29 |
| 183 | Verity | Significant Cleaning Services | Letter of Agreement | 5/14/2019 | $19,040.90 | $0.00 | $0.00 |
| 184 | Verity | SimplifiedNetworks | Services-Telecommunications | 9/11/2019 | $0.00 | $0.00 | $6,079.20 |
| 185 | Verity | Smith & Nephew | Supplies-Total Joints | 9/30/2019 | $6,350.00 | $0.00 | $0.00 |
| 186 | Verity | SMSI Inc. | Services-Consulting | 12/15/2018 | $0.00 | $0.00 | $0.00 |
| 187 | Verity | Sorin Group USA, Inc. | Master Purchasing Agreement | 6/30/2019 | $0.00 | $0.00 | $0.00 |
| 188 | Verity | SourceHOV (fka Deliverex) | Services - Document Storage | 8/31/2015, Auto Renewal | $25,700.78 | $13,254.90 | $13,173.83 |
| 189 | Verity | Spine Wave, Inc. | Master Purchasing Agreement | 8/31/2019 | $0.00 | $0.00 | $0.00 |
| 190 | Verity | Spineology, Inc. | Master Purchasing Agreement | 5/31/2019 | $12,397.00 | $0.00 | $0.00 |
| 191 | Verity | Stephenson, Acquisto & Colman (SAC) | Services - Legal | Evergreen | $0.00 | $0.00 | $750.00 |
| 192 | Verity | Stryker Orthopaedics | Supplies-Total Joints | 5/17/2019 | $354,779.05 | $73,822.33 | $0.00 |
| 193 | Verity | Sun MicroSystems | License-Software | 12/1/2069 | $0.00 | $0.00 | $0.00 |
| 194 | Verity | Sun MicroSystems | License-Software | 12/1/2069 | | | |
| 195 | Verity Health System | Sunquest Information Systems, Inc. (fka Misys Hospital Systems, Inc.) | License-Software | 6/30/2019 | $7,875.00 | $9,635.00 | $386,175.23 |
| 196 | Verity Health System | Sunquest Information Systems, Inc. (fka Misys Hospital Systems, Inc.) | License-Software | 6/30/2019 | | | |
| 197 | Verity | Sunquest Information Systems, Inc. (fka Misys Hospital Systems, Inc.) | License-Software | 6/30/2019 | | | |
| 198 | Verity | Sunquest Information Systems, Inc. (fka Misys Hospital Systems, Inc.) | Services-Software Maintenance and Support | 6/30/2019 | | | |
| 199 | Verity | Sunquest Information Systems, Inc. (fka Misys Hospital Systems, Inc.) | Services-Software Maintenance and Support | 6/30/2019 | | | |
| 200 | Verity | Sunquest Information Systems, Inc. (fka Misys Hospital Systems, Inc.) | License-Software | Evergreen | | | |
| 201 | Verity | Surgical Information Systems (SIS) | License-Software | 1/1/2065 | $0.00 | $0.00 | $15,015.00 |
| 202 | Verity | Talyst, Inc. | License-Software Subscription | 10/22/2018, Auto Renewal - Month to Month | $0.00 | $0.00 | $0.00 |
| 203 | Verity | TractManager, Inc. | License-Software Subscription | 12/31/2019 | $0.00 | $0.00 | $29,844.90 |
| 204 | Verity | Transamerica | Service agreement | | $0.00 | $0.00 | $0.00 |
| 205 | Verity & Verity Medical Foundation | Transamerica (Verity Executive Long-Term Savings Plan 457(b) | Service agreement and subsequent amendments 1-3 | Evergreen | $0.00 | $0.00 | $0.00 |
| 206 | Verity | Transamerica (Verity Retirement Plan Account) | Service agreement and subsequent amendments 1-9 | Evergreen | | | |
| 207 | Verity | Transamerica (Verity Supplemental Retirement Plan - 401A | Service agreement and subsequent amendments 1-14 | Evergreen | | | |
| 208 | Verity | Transamerica (Verity Supplemental Retirement Plan - TSA) | Service agreement and subsequent amendments 1-14 | Evergreen | | | |
| 209 | Verity | Triage Consulting Group | Letter of Agreement | Evergreen | $0.00 | $0.00 | $231,760.00 |
| 210 | Verity | Trimedx, LLC | Master Agreement | 2/28/2019 | $0.00 | $0.00 | $0.00 |
| 211 | Verity | Truven Health Analytics (an IBM company) | License-Software Subscription | 12/31/2019 | $0.00 | $0.00 | $0.00 |

County of Santa Clara Asset Purchase Agreement
Exhibit B - Executory Contracts Subject to Assumption (System / Multi-Facility)(a)

| Ref # | Contracting Entity (b) | Contract Counterparty (b) | Nature of Contact / Lease | Termination Date | Total Cure Amount (c)(d)(e) | | |
|---|---|---|---|---|---|---|---|
| | | | | | OCH | SLRH | Verity Health System |
| 212 | Verity | Unum | Service agreement - Term Life | | $3,024.16 | $0.00 | $0.00 |
| 213 | Verity | Unum | Service agreement - Term Life | | | | |
| 214 | Verity | Unum | Service agreement - Term Life | | | | |
| 215 | Verity | Unum | Service agreement - AD&D | | | | |
| 216 | Verity | Unum - Long term Care | Service agreement | | $0.00 | $0.00 | $0.00 |
| 217 | Verity | Unum - Verity Executives | Service agreement | | $0.00 | $0.00 | $0.00 |
| 218 | Verity | US Healthworks | Service agreement | | $3,047.84 | $721.04 | $0.00 |
| 219 | Verity | Verge Solutions, LLC | License-Software | 3/30/2021 | $0.00 | $0.00 | $58,000.00 |
| 220 | OCHC | Verity Health System | Business Associate Agreement | 12/31/2065 | $0.00 | $0.00 | $0.00 |
| 221 | SLRH | Verity Health System | Business Associate Agreement | 12/31/2065 | | | |
| 222 | Verity | Verizon Wireless | Services Agreement | Month to Month | $3,940.49 | $926.40 | $14,154.29 |
| 223 | Verity | Vox Network Solutions | Services-Telecommunications | 1/31/2019 | $0.00 | $0.00 | $8,178.00 |
| 224 | Verity | VSP | Service agreement | | $0.00 | $0.00 | $0.00 |
| 225 | Verity | VSP - Vision | Service agreement | | | | |
| 226 | Verity | Websense (aka Forecepoint) | License-Software Subscription | 12/18/2018 | $0.00 | $0.00 | $0.00 |
| 227 | Verity | Wenzel Spine, Inc. | Master Purchasing Agreement | 4/4/2020 | $0.00 | $0.00 | $0.00 |
| 228 | Verity | Wolters Kluwer Health fka Pharmacy OneSource, Inc. | Services-Software Maintenance and Support | 12/31/2019 | $0.00 | $0.00 | $65,000.00 |
| 229 | Verity | Workday, Inc. | License-Software Subscription | 10/30/2022 | $0.00 | $0.00 | $0.00 |
| 230 | Verity | Zayo Group, LLC | Master Agreement | 12/26/2019 | $0.00 | $0.00 | $14,625.41 |
| 231 | VBS | Zeriva | Equipment- warranty | 8/31/2019 | $0.00 | $0.00 | $15,493.00 |
| 232 | Verity | Zimmer US, Inc. | Supplies-Total Joints | 7/30/2020 | $440,496.75 | $14,765.69 | $0.00 |
| 233 | Verity | Zoom | | 11/17/2018, Auto Renewal | $0.00 | $0.00 | $2,505.00 |

See last page of exhibit for relevant footnotes

**County of Santa Clara Asset Purchase Agreement**
Exhibit B - Executory Contracts Subject to Assumption (System / Multi-Facility)(a)

| | | | | | Total Cure Amount (c)(d)(e) | | |
|---|---|---|---|---|---|---|---|
| Ref # | Contracting Entity (b) | Contract Counterparty (b) | Nature of Contact / Lease | Termination Date | OCH | SLRH | Verity Health System |

**Footnotes**

(a) System/multi-Facility contracts represent contracts or unexpired leases (collectively, the "Multi-Facility Contracts") between Verity Health System of California, Inc., Verity Holdings, LLC or other hospital (the "Hospitals") Debtors, whereby the goods or services provided under such agreements are used by some or all of the Debtor Hospitals.

(b) Certain Multi-Facility Contracts reflected herein may also be reflected on Exhibit "A" of the initial Cure Notice, particularly in the case of master purchase agreements or group purchasing organization agreements where product line contract detail is also provided.  Notwithstanding their inclusion in this Exhibit, Debtors acknowledge there may be certain issues related to the severability of the Multi-Facility Contracts, and intend to work with the counterparties to address any and all such issues.

(c) Cure amounts are reflected for Debtors O'Connor Hospital, Saint Louise Regional Hospital, Verity Health System of California, Inc., and Verity Holdings, LLC based on how the claims are recorded in their books and records (i.e., claims on the books and records of other Debtors that may be related to these contracts are not reflected herein).  Cure amounts also reflect any critical vendor payments made through November 24, 2018, as allocated to individual entities by the Debtors. Such allocation may differ from the allocation of such payments by contract counterparties.

(d) Where multiple contracts are reflected, cure amounts could not be ascribed to individual contracts, and, as a result, a cure amount for all contracts within that category has been listed.

(e) Cure amounts for certain contracts reflect pricing through group purchasing organization agreements.