David M. Guess, State Bar No. 238241
dguess@bmkattorneys.com
Nathan W. Reinhardt, State Bar No. 311623
nreinhardt@bmkattorneys.com
**BIENERT | KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile  (949) 369-3701

Attorneys for Medtronic USA, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Lead Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | (Jointly Administered) |
| Debtors and Debtors in Possession | Chapter 11 |
| | **DECLARATION OF BOB ZBYLICKI IN SUPPORT OF THE OBJECTION TO (I) NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED [DKT. NO. 810] AND (II) SALE MOTION [DKT. NO. 365]** |
| | Sale Hearing: |
| | Date: December 19, 2018 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 1568 |
| | 255 E. Temple St. |
| | Los Angeles, CA 90012 |

### DECLARATION OF BOB ZBYLICKI

I, Bob Zbylicki, declare as follows:

1.      I am over the age of 18 and a Senior Credit Services Manager of Medtronic USA, Inc. ("Medtronic").  I am submitting this declaration in support of the *Objection to (I) Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned [Dkt. No. 810] and (II) Sale Motion [Dkt. No. 365]*, filed by Medtronic on December 5, 2018, at Dkt. No. 986.

2.      I know each of the following facts to be true of my own personal knowledge or information and belief.  As a Senior Credit Services Manager at Medtronic, I regularly review Medtronic's financial documents and business records, including invoices, billing records, and price lists.  All financial documents and business records reviewed and used in support of this declaration, including the attached exhibits, are documents or summaries based on documents made at or near the time by – or from information transmitted by – myself or another Medtronic employee with knowledge, kept in the course of a regularly conducted activity of Medtronic, and wherein making the record was a regular practice of that activity.  If called as a witness, I could and would competently testify with respect thereto.

3.      The correct amounts that would need to be paid to cure all known defaults as of November 30, 2018 under Medtronic's contracts with Verity Health System of California, Inc. ("Verity"), relating solely to O'Connor Hospital and St. Louise Regional Hospital, are $642,017.19 and $92,338.01, respectively, for a total of $734,355.20.  These amounts account for the critical vendor payments received by Medtronic to date.  Attached as **Exhibit A** hereto is a true and correct summary of the unpaid invoices with invoice dates through November 30, 2018 totaling these amounts.  In addition to these amounts, Verity is liable to Medtronic for substantial additional amounts relating to hospitals other than O'Connor Hospital and St. Louise Regional Hospital.  Further, Verity continues to purchase items from Medtronic and Medtronic continues to invoice Verity as orders are received rendering the amounts owed relating solely to O'Connor Hospital and St. Louise Regional Hospital subject to fluctuation.

4.      The Medtronic contracts that the above-captioned debtors seek to assume and assign are system-wide, not hospital-specific, and solely with Verity.  Attached hereto as **Exhibits B – E** are true and correct copies of excerpts from the operative contracts by and between Medtronic and Verity, which

1 | demonstrate that the only parties to those contracts are Medtronic and Verity, and not any of the other
2 | debtors.

3 |      I declare under penalty of perjury under the laws of the United States of America that the foregoing
4 | is true and correct and that this declaration was executed on December [10], 2018, at Columbia Heights,
5 | Minnesota.

Bob Zbylicki
Senior Credit Services Manager
Medtronic USA, Inc.

EXHIBIT A

| O'Connor Hospital | | | | | Total : $642,017.19 |
|---|---|---|---|---|---|
| Invoice # | Document Date | Business Unit | Contract | Open Amount | |
| 2533746834 | 10/23/2017 | Structural Heart | Cardiopulmonary List Price | $8,325.00 | |
| 2536373738 | 4/6/2018 | Structural Heart | Cardiac Surgery | $292.33 | |
| 2536602327 | 4/19/2018 | Structural Heart | Cardiac Surgery | $189.64 | |
| 2537445374 | 6/11/2018 | Structural Heart | Cardiac Surgery | $442.46 | |
| 2537613266 | 6/20/2018 | Structural Heart | Cardiac Surgery | $132.61 | |
| 2537613274 | 6/20/2018 | Structural Heart | Cardiac Surgery | $369.66 | |
| 2537854919 | 7/3/2018 | Structural Heart | Cardiac Surgery | $433.57 | |
| 2537949210 | 7/10/2018 | Structural Heart | Cardiac Surgery | $272.45 | |
| 2538093883 | 7/18/2018 | Structural Heart | Cardiac Surgery | $860.00 | |
| 2538167777 | 7/23/2018 | Structural Heart | Cardiac Surgery | $553.22 | |
| 2532521767 | 11/2/2017 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $995.00 | |
| 2536133512 | 3/22/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $1,990.00 | |
| 2536133522 | 3/22/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $6,450.93 | |
| 2537493584 | 6/13/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $10,586.33 | |
| 2537587344 | 6/19/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $4,920.00 | |
| 2537685074 | 6/25/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $5,293.16 | |
| 2537685171 | 6/25/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $983.25 | |
| 2537786403 | 6/28/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $5,293.16 | |
| 2537829169 | 7/2/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $43,119.92 | |
| 2537854925 | 7/3/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $655.50 | |
| 2537901459 | 7/6/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $995.00 | |
| 2538021384 | 7/13/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $995.00 | |
| 2538069670 | 7/17/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $995.00 | |
| 2538069679 | 7/17/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $5,293.16 | |
| 2538093928 | 7/18/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $21,559.96 | |
| 0611749497 | 2/14/2018 | Spinal | Restorative Therapy Group List Price | $30,079.42 | |
| 2536202345 | 3/27/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $11,000.00 | |
| 2536473426 | 4/12/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,097.42 | |
| 2536708634 | 4/25/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,410.28 | |
| 0612047732 | 4/26/2018 | Spinal | Restorative Therapy Group List Price | $399.60 | |
| 0612196275 | 6/5/2018 | Spinal | Restorative Therapy Group List Price | $2,116.00 | |
| 0612200750 | 6/6/2018 | Spinal | Restorative Therapy Group List Price | $652.80 | |
| 0612200757 | 6/6/2018 | Spinal | Restorative Therapy Group List Price | $652.80 | |
| 0612206655 | 6/7/2018 | Spinal | Restorative Therapy Group List Price | $26,532.70 | |
| 0612206663 | 6/7/2018 | Spinal | Restorative Therapy Group List Price | $8,388.50 | |

| | | | | |
|---|---|---|---|---|
| 0612212169 | 6/8/2018 | Spinal | Restorative Therapy Group List Price | $15,219.84 |
| 0612212369 | 6/8/2018 | Spinal | Restorative Therapy Group List Price | $163.20 |
| 2537445380 | 6/11/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,992.72 |
| 0612221330 | 6/12/2018 | Spinal | Restorative Therapy Group List Price | $2,116.00 |
| 0612221333 | 6/12/2018 | Spinal | Restorative Therapy Group List Price | $810.00 |
| 0612228251 | 6/13/2018 | Spinal | Restorative Therapy Group List Price | $1,101.60 |
| 2537517720 | 6/14/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $446.20 |
| 2537517735 | 6/14/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,389.87 |
| 2537560926 | 6/18/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 2537560929 | 6/18/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 2537560934 | 6/18/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | -$758.10 |
| 0612248540 | 6/19/2018 | Spinal | Restorative Therapy Group List Price | $3,174.00 |
| 0612248550 | 6/19/2018 | Spinal | Restorative Therapy Group List Price | $652.80 |
| 0612248560 | 6/19/2018 | Spinal | Restorative Therapy Group List Price | $405.00 |
| 2537587350 | 6/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,210.30 |
| 2537587356 | 6/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,519.30 |
| 2537587360 | 6/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,194.83 |
| 2537587364 | 6/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $412.80 |
| 2537587384 | 6/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $192.38 |
| 0612271127 | 6/25/2018 | Spinal | Restorative Therapy Group List Price | $1,058.00 |
| 0612271133 | 6/25/2018 | Spinal | Restorative Therapy Group List Price | $2,116.00 |
| 0612291590 | 6/28/2018 | Spinal | Restorative Therapy Group List Price | $550.80 |
| 0612291670 | 6/28/2018 | Spinal | Restorative Therapy Group List Price | $3,695.00 |
| 0612295741 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $700.00 |
| 0612295746 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $2,775.02 |
| 0612295753 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $700.00 |
| 0612295788 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $7,850.02 |
| 0612295798 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $3,861.50 |
| 0612295808 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $6,025.00 |
| 0612295815 | 6/29/2018 | Spinal | Restorative Therapy Group List Price | $3,212.51 |
| 2537808816 | 6/29/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,992.72 |
| 0612304419 | 7/2/2018 | Spinal | Restorative Therapy Group List Price | $1,000.00 |
| 0612309440 | 7/3/2018 | Spinal | Restorative Therapy Group List Price | $2,000.00 |
| 0612315213 | 7/5/2018 | Spinal | Restorative Therapy Group List Price | $1,250.00 |
| 0612315827 | 7/5/2018 | Spinal | Restorative Therapy Group List Price | $2,116.00 |
| 0612320860 | 7/6/2018 | Spinal | Restorative Therapy Group List Price | $4,916.25 |
| 2537949208 | 7/10/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,726.15 |

| | | | | |
|---|---|---|---|---|
| 0612345608 | 7/13/2018 | Spinal | Restorative Therapy Group List Price | $5,145.00 |
| 0612345615 | 7/13/2018 | Spinal | Restorative Therapy Group List Price | $500.18 |
| 0612352305 | 7/16/2018 | Spinal | Restorative Therapy Group List Price | $477.20 |
| 0612362868 | 7/18/2018 | Spinal | Restorative Therapy Group List Price | $2,109.07 |
| 0612362876 | 7/18/2018 | Spinal | Restorative Therapy Group List Price | $19,693.73 |
| 2538093895 | 7/18/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $13,911.35 |
| 2538117673 | 7/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $344.14 |
| 0612376371 | 7/20/2018 | Spinal | Restorative Therapy Group List Price | $3,563.25 |
| 0612383275 | 7/23/2018 | Spinal | Restorative Therapy Group List Price | $810.00 |
| 0612383279 | 7/23/2018 | Spinal | Restorative Therapy Group List Price | $955.80 |
| 2538167792 | 7/23/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $6,602.70 |
| 2538216614 | 7/25/2018 | Spinal | Restorative Therapy Group List Price | -$76.00 |
| 2532599230 | 11/30/2017 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $5,522.01 |
| 2536116732 | 3/21/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $98.33 |
| 2536133508 | 3/22/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $196.65 |
| 2537331990 | 6/4/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $880.33 |
| 2537352977 | 6/5/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $164.16 |
| 2537402662 | 6/7/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537517745 | 6/14/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $460.00 |
| 2537517762 | 6/14/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $49.16 |
| 2537587370 | 6/19/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537587376 | 6/19/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $294.98 |
| 2537659526 | 6/22/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537685063 | 6/25/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $460.00 |
| 2537721210 | 6/26/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537829057 | 7/2/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $230.00 |
| 2537829060 | 7/2/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537829173 | 7/2/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $245.81 |
| 2537854913 | 7/3/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537878812 | 7/5/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $393.30 |
| 2537901458 | 7/6/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537920585 | 7/9/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2537920589 | 7/9/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $1,650.00 |
| 2538021311 | 7/13/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $245.81 |
| 2538021342 | 7/13/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $460.00 |
| 2538021370 | 7/13/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $3,300.00 |
| 2538069692 | 7/17/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $49.16 |

| 2538093905 | 7/18/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $164.16 |
| 2538093916 | 7/18/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $825.00 |
| 2538144804 | 7/20/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $49.16 |
| 2538144805 | 7/20/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $825.00 |
| 2536133516 | 3/22/2018 | Vascular | Vascular Coronary | $1,125.00 |
| 2537539173 | 6/15/2018 | Vascular | Vascular Coronary | $1,125.00 |
| 2537685083 | 6/25/2018 | Vascular | Vascular Coronary | $1,125.00 |
| 2537685087 | 6/25/2018 | Vascular | Vascular Coronary | $1,725.00 |
| 2537721213 | 6/26/2018 | Vascular | Vascular Coronary | $600.00 |
| 2537721215 | 6/26/2018 | Vascular | Vascular Coronary | $7,950.00 |
| 2537721218 | 6/26/2018 | Vascular | Vascular Coronary | $1,125.00 |
| 2537721219 | 6/26/2018 | Vascular | Vascular Coronary | $2,250.00 |
| 2537721221 | 6/26/2018 | Vascular | Vascular Coronary | $1,125.00 |
| 2537721223 | 6/26/2018 | Vascular | Vascular Coronary | $2,250.00 |
| 2537901451 | 7/6/2018 | Vascular | Vascular Coronary | $499.00 |
| 2538044906 | 7/16/2018 | Coronary Vascular | Vascular Coronary | $1,650.00 |
| 2536708628 | 4/25/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $428.30 |
| 2536741265 | 4/26/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $289.51 |
| 2536774458 | 4/27/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $868.54 |
| 2536774466 | 4/27/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $178.46 |
| 2537331982 | 6/4/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $289.51 |
| 2537402668 | 6/7/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $4,949.03 |
| 2537426572 | 6/8/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $3,393.22 |
| 2537560914 | 6/18/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $4,080.49 |
| 2537560921 | 6/18/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $289.51 |
| 2537587337 | 6/19/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $3,420.00 |
| 2537639738 | 6/21/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $3,393.22 |
| 2537920592 | 7/9/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $339.61 |
| 1401840337 | 3/15/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | -$45.66 |
| **Pre-Petition Total** | | | | **$406,455.72** |

| Invoice # | Document Date | Business Unit | Contract | Open Amount |
|---|---|---|---|---|
| 2539615602 | 10/17/2018 | Structural Heart | Cardiac Surgery | $285.36 |
| 2539810250 | 10/26/2018 | Structural Heart | Cardiac Surgery | $363.04 |
| 2539866258 | 10/30/2018 | Structural Heart | Cardiac Surgery | $1,235.84 |
| 2539866280 | 10/30/2018 | Structural Heart | Cardiac Surgery | $94.23 |
| 2540124620 | 11/15/2018 | Structural Heart | Cardiac Surgery | $388.17 |

| | | | | |
|---|---|---|---|---|
| 2540266780 | 11/27/2018 | Structural Heart | Cardiac Surgery | $615.08 |
| 2539211009 | 9/24/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | -$15,622.69 |
| 2539567313 | 10/15/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $10,779.98 |
| 2539567343 | 10/15/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $2,985.00 |
| 2539615612 | 10/17/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $10,779.98 |
| 2539642355 | 10/18/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $2,985.00 |
| 2539781942 | 10/25/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $5,293.16 |
| 2539993978 | 11/7/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $4,504.35 |
| 2540015770 | 11/8/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $10,720.00 |
| 2540169195 | 11/19/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $15,622.69 |
| 2540169218 | 11/19/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $10,779.98 |
| 0612703397 | 10/10/2018 | Spinal | Restorative Therapy Group List Price | $799.20 |
| 0612715100 | 10/12/2018 | Spinal | Restorative Therapy Group List Price | $4,730.02 |
| 0612726131 | 10/16/2018 | Spinal | Restorative Therapy Group List Price | $500.18 |
| 0612731330 | 10/17/2018 | Spinal | Restorative Therapy Group List Price | $3,763.82 |
| 0612731343 | 10/17/2018 | Spinal | Restorative Therapy Group List Price | $9,452.46 |
| 0612737281 | 10/18/2018 | Spinal | Restorative Therapy Group List Price | $975.00 |
| 2539665837 | 10/19/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 0612748585 | 10/22/2018 | Spinal | Restorative Therapy Group List Price | -$1,101.60 |
| 0612748592 | 10/22/2018 | Spinal | Restorative Therapy Group List Price | $1,101.60 |
| 0612771466 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $405.00 |
| 0612771473 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $163.20 |
| 0612771479 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $652.80 |
| 0612771485 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $1,215.00 |
| 0612771493 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $5,060.00 |
| 0612771500 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $799.20 |
| 0612771507 | 10/25/2018 | Spinal | Restorative Therapy Group List Price | $799.20 |
| 2539781932 | 10/25/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 2539781950 | 10/25/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,989.08 |
| 0612780109 | 10/26/2018 | Spinal | Restorative Therapy Group List Price | -$163.20 |
| 0612780115 | 10/26/2018 | Spinal | Restorative Therapy Group List Price | $163.20 |
| 0612781080 | 10/26/2018 | Spinal | Restorative Therapy Group List Price | $4,730.02 |
| 0612786850 | 10/29/2018 | Spinal | Restorative Therapy Group List Price | -$405.00 |
| 0612786857 | 10/29/2018 | Spinal | Restorative Therapy Group List Price | $405.00 |
| 0612792525 | 10/30/2018 | Spinal | Restorative Therapy Group List Price | $418.43 |
| 0612792827 | 10/30/2018 | Spinal | Restorative Therapy Group List Price | $1,012.00 |
| 0612806672 | 11/1/2018 | Spinal | Restorative Therapy Group List Price | $652.80 |

| | | | | |
|---|---|---|---|---|
| 2539928507 | 11/2/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 0612815363 | 11/5/2018 | Spinal | Restorative Therapy Group List Price | $405.00 |
| 0612815368 | 11/5/2018 | Spinal | Restorative Therapy Group List Price | $799.20 |
| 0612821491 | 11/6/2018 | Spinal | Restorative Therapy Group List Price | $1,360.80 |
| 0612831905 | 11/8/2018 | Spinal | Restorative Therapy Group List Price | $4,730.02 |
| 0612831912 | 11/8/2018 | Spinal | Restorative Therapy Group List Price | $5,910.00 |
| 2540015734 | 11/8/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,699.93 |
| 2540032497 | 11/9/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 2540032504 | 11/9/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $382.81 |
| 2540056286 | 11/12/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $696.40 |
| 2540056295 | 11/12/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,006.41 |
| 0612848942 | 11/13/2018 | Spinal | Restorative Therapy Group List Price | $405.00 |
| 0612852625 | 11/14/2018 | Spinal | Restorative Therapy Group List Price | $7,240.70 |
| 2540102001 | 11/14/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $524.40 |
| 2540124578 | 11/15/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $442.78 |
| 2540124603 | 11/15/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $3,648.78 |
| 0612864756 | 11/16/2018 | Spinal | Restorative Therapy Group List Price | $652.80 |
| 0612868741 | 11/19/2018 | Spinal | Restorative Therapy Group List Price | $405.00 |
| 0612868748 | 11/19/2018 | Spinal | Restorative Therapy Group List Price | $1,012.00 |
| 0612869232 | 11/19/2018 | Spinal | Restorative Therapy Group List Price | $3,805.00 |
| 0612869238 | 11/19/2018 | Spinal | Restorative Therapy Group List Price | $3,805.00 |
| 0612876996 | 11/20/2018 | Spinal | Restorative Therapy Group List Price | $4,049.29 |
| 0612877003 | 11/20/2018 | Spinal | Restorative Therapy Group List Price | $5,300.00 |
| 0612877008 | 11/20/2018 | Spinal | Restorative Therapy Group List Price | $1,000.36 |
| 2540193059 | 11/20/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 2540193072 | 11/20/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $4,500.00 |
| 2540193083 | 11/20/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 2540215639 | 11/21/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $276.40 |
| 0612889516 | 11/23/2018 | Spinal | Restorative Therapy Group List Price | $11,415.00 |
| 0612889522 | 11/23/2018 | Spinal | Restorative Therapy Group List Price | $5,300.00 |
| 2540232916 | 11/23/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,989.08 |
| 2540232921 | 11/23/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 0612893058 | 11/26/2018 | Spinal | Restorative Therapy Group List Price | $550.80 |
| 0612898051 | 11/27/2018 | Spinal | Restorative Therapy Group List Price | $652.80 |
| 2540266784 | 11/27/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $4,200.00 |
| 2540266790 | 11/27/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $2,700.00 |
| 0612908583 | 11/29/2018 | Spinal | Restorative Therapy Group List Price | $4,730.02 |

| | | | | |
|---|---|---|---|---|
| 0612908589 | 11/29/2018 | Spinal | Restorative Therapy Group List Price | $11,289.98 |
| 2540314033 | 11/29/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $1,793.97 |
| 2540335153 | 11/30/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $852.60 |
| 2539970744 | 11/6/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $825.00 |
| 2539993994 | 11/7/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $3,300.00 |
| 2540015751 | 11/8/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2540015770 | 11/8/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $1,341.14 |
| 2540032518 | 11/9/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $3,300.00 |
| 2540032528 | 11/9/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $230.00 |
| 2540079113 | 11/13/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $115.00 |
| 2540102027 | 11/14/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $230.00 |
| 2540169268 | 11/19/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $245.81 |
| 2540169283 | 11/19/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $1,823.00 |
| 2540266799 | 11/27/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $1,650.00 |
| 2540266809 | 11/27/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $690.00 |
| 2540335142 | 11/30/2018 | Vascular | Vascular Coronary Contract Signed 6/12/2017 | $147.49 |
| 2540102013 | 11/14/2018 | Vascular | Vascular Peripheral Contract Signed 6/16/2017 | $178.46 |
| 2540169206 | 11/19/2018 | Vascular | Vascular Peripheral | $1,011.66 |
| **Post-Petition Total** | | | | **$235,561.47** |

| Saint Louise Regional Hospital | | | | Total : $92,338.01 |
|---|---|---|---|---|
| Invoice # | Document Date | Business Unit | Contract | Open Amount |
| 2537541272 | 6/15/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $17,307.00 |
| 2537971886 | 7/11/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $17,307.00 |
| 2538119966 | 7/19/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $14,250.00 |
| 2537143421 | 5/22/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $7,450.00 |
| 2537425849 | 6/8/2018 | Neuromodulation | Restorative Therapy Group List Price | $17,098.90 |
| 2537447469 | 6/11/2018 | Neuromodulation | Restorative Therapy Group List Price | $305.20 |
| 2538169932 | 7/23/2018 | Neuromodulation | Restorative Therapy Group List Price | $17,413.10 |
| 2538582461 | 8/15/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | -$4,083.72 |
| **Pre-Petition Total** | | | | **$87,047.48** |
| | | | | |
| 2539525497 | 10/11/2018 | SurgicalTechnologies | Restorative Therapy Group List Price | $311.30 |
| 2540315443 | 11/29/2018 | Total CRHF | CRHF Capped Price Contract signed 8/29/2018 | $4,979.23 |
| **Post-Petition Total** | | | | **$5,290.53** |

# EXHIBIT B

**PURCHASE AGREEMENT**

**BETWEEN**

**VERITY HEALTH SYSTEM OF CALIFORNIA, INC.**

**AND**

**MEDRONIC USA, INC.**

**DATED AS OF JUNE 12, 2017**

PAGES REMOVED

## PURCHASE AGREEMENT

This Purchase Agreement ("Agreement") entered into on this 12th day of June 2017, is by and between the Verity Health System of California, Inc., a California nonprofit public benefit corporation for Verity and for the benefit of its affiliates listed on the attached Exhibit C (collectively, "System"), and Medtronic USA, Inc. a Minnesota corporation ("Vendor").

## RECITALS

A.    Vendor is a corporation that provides the supplies or equipment set forth in <u>Exhibit A</u>, hereafter referred to as "Product", to health care facilities.

B.    System desires to engage Vendor to provide the Product to System in accordance with the terms and conditions contained in this Agreement.

C.    Vendor desires to provide the Product in accordance with the terms and condition of this Agreement.

NOW THEREFORE, the parties agree as follows:



PAGES REMOVED

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date set forth above.

**SYSTEM**

**Verity Health System of California, Inc.**

By: _____

Name: _Philip Hampton_

Title: _VP Supply Chain_

**VENDOR**

**Medtronic USA, Inc.**

By: _Mary Pat Oien_

Name: _Mary Pat Oien_

Title: _Sr. Contract Analyst_

PAGES REMOVED

**EXHIBT C**
**SYSTEM AFFILIATES**

| ACCOUNT NAME | ACCOUNT NUMBER | CITY | STATE |
|---|---|---|---|
| St Vincent Medical Center | | Los Angeles | CA |
| O'Conner Hospital | | San Carlos | CA |
| Saint Louise Regional Hospital | | San Carlos | CA |
| Seton Medical Center | | San Carlos | CA |
| St Francis Medical Center | | Lynwood | CA |

EXHIBIT C

**PURCHASE AGREEMENT**

**BETWEEN**

**VERITY HEALTH SYSTEM OF CALIFORNIA, INC.**

**AND**

**MEDRONIC USA, INC.**

**DATED AS OF JUNE 16, 2017**

PAGES REMOVED

## PURCHASE AGREEMENT

This Purchase Agreement ("Agreement") entered into on this 16th day of June, 2017, is by and between the Verity Health System of California, Inc., a California nonprofit public benefit corporation for Verity and for the benefit of its affiliates listed on the attached Exhibit C (collectively, "System"), and Medtronic USA, Inc. a Minnesota corporation ("Vendor").

## RECITALS

A.    Vendor is a corporation that provides the supplies or equipment set forth in <u>Exhibit A</u>, hereafter referred to as "Product", to health care facilities.

B.    System desires to engage Vendor to provide the Product to System in accordance with the terms and conditions contained in this Agreement.

C.    Vendor desires to provide the Product in accordance with the terms and condition of this Agreement.

NOW THEREFORE, the parties agree as follows:



PAGES REMOVED

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date set forth above.

**SYSTEM**                                          **VENDOR**

**Verity Health System of California, Inc.**        **Medtronic USA, Inc.**

By: _____                      By: _Brooke Butcher_

Name: _Philip Hampton_                              Name: _Brooke Butcher_

Title: _VP Supply Chain_                            Title: _Associate Contract Analyst_

PAGES REMOVED

**EXHIBT C**

**SYSTEM AFFILIATES**

| ACCOUNT NAME | ACCOUNT NUMBER | CITY | STATE |
|---|---|---|---|
| St Vincent Medical Center | ███ | Los Angeles | CA |
| O'Conner Hospital | ███ | San Carlos | CA |
| Saint Louise Regional Hospital | ███ | San Carlos | CA |
| Seton Medical Center | ███ | San Carlos | CA |
| St Francis Medical Center | ███ | Lynwood | CA |

# EXHIBIT D

# Medtronic

Medtronic Product Sale Agreement
Coronary Products

███████████████████

| | |
|---|---|
| Medtronic USA, Inc. | Verity Health |
| 8200 Coral Sea Street NE | 203 Redwood Shores Pkwy #800 |
| Mounds View, MN 55112 | Redwood City, CA  94065 |
| ("Medtronic") | ("Customer") |

July 12, 2017

Medtronic offers to sell to Customer and, on its behalf, to each of the Customer affiliates identified in the attached Customer Affiliate Exhibit (each an "Customer Affiliate" and, collectively, the "Customer Affiliates") those certain Medtronic products identified in the Medtronic Products and Pricing Exhibit (each a "Medtronic Product" and, collectively, the "Medtronic Products") to Customer in accordance with the terms and conditions of this Medtronic Product Sale Agreement (the "Agreement").  This Agreement, including the following attachments, shall constitute the entire agreement between Medtronic and Customer (together, each a "Party" and, collectively, the "Parties" hereunder) for purchase of the Medtronic Products:

- Exhibit A (Customer Affiliates)
- ████████████████████
- ████████████████████

<u>Agreement Effective Date:</u>  This Agreement will be effective upon acceptance of this Agreement by Customer, which will be upon Medtronic's receipt of a purchase order from Customer for any of the Products in the attached pricing schedule that is dated after the date this Agreement was signed by Medtronic.  These terms will not be effective for any product that was purchased or implanted by Customer prior to the date this Agreement was signed by Medtronic.

**MEDTRONIC:**

MEDTRONIC USA, INC.

*Mary Pat Oien*
_____
Signature

Mary Pat Oien
_____
Print Name

Sr. Contract Analyst
_____
Title
          July 12, 2017
_____
Date Signed

**EXHIBIT A**
**CUSTOMER AFFILIATES**

| ACCOUNT NAME | ACCOUNT NUMBER | CITY | STATE |
|---|---|---|---|
| St Vincent Medical Center | ███████ | Los Angeles | CA |
| O'Conner Hospital | ███████ | San Carlos | CA |
| Saint Louise Regional Hospital | ███████ | San Carlos | CA |
| Seton Medical Center | ███████ | San Carlos | CA |
| St Francis Medical Center | ███████ | Lynwood | CA |

PAGES REMOVED

# EXHIBIT E

PURCHASE AGREEMENT

BETWEEN

VERITY HEALTH SYSTEM OF CALIFORNIA, INC.

AND

MEDTRONIC USA, INC.

DATED
AS OF
AUGUST ~~22~~, 2018
29 MPD

PAGES REMOVED

## PURCHASE AGREEMENT

This Purchase Agreement entered into on this xx day of August 2018, is by and between the Verity Health System of California, Inc., a California nonprofit public benefit corporation for Verity and for the benefit of its affiliates listed on the attached Exhibit C (collectively, "System"), and Medtronic USA, Inc, a Minnesota corporation. ("Vendor").

### RECITALS

A.    Vendor is a corporation/ that provides the supplies or equipment set forth in <u>Exhibit A,</u> hereafter referred to as "Product", to health care facilities.

B.    System desires to engage Vendor to provide the Product to System in accordance with the terms and conditions contained in this Agreement.

C.    Vendor desires to provide the Product in accordance with the terms and condition of this Agreement.

NOW THEREFORE, the parties agree as follows:



PAGES REMOVED

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date set forth above.

**SYSTEM**

**Verity Health System of California, Inc.**

By: _____

Printed Name: _John DiCey Phillips_

Title: _Exec. Director SCM_

Date: _8/29/18_

**VENDOR**

**MEDTRONIC USA, INC.**

By: _Mary Pat Oien_

Printed Name: _Mary Pat Oien_

Title: _Sr. Contract Analyst_

Date: _8/27/2018_

PAGES REMOVED

# EXHIBIT C

## SYSTEM AFFILIATES

| ACCOUNT NAME | ACCOUNT NUMBER | CITY | STATE |
|---|---|---|---|
| St Vincent Medical Center | ■ | Los Angeles | CA |
| O'Conner Hospital | | San Carlos | CA |
| Saint Louise Regional Hospital | | San Carlos | CA |
| Seton Medical Center | | San Carlos | CA |
| St Francis Medical Center | | Lynwood | CA |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

903 Calle Amanecer Suite #350
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BOB ZBYLICKI IN SUPPORT OF THE OBJECTION TO (I) NOTICE TO COUNTERPARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS THAT MAY BE ASSUMED AND ASSIGNED [DKT. NO. 810] AND (II) SALE MOTION [DKT. NO. 365]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 10, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached service list.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 10, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached service list.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 10, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY OVERNIGHT MAIL WITHIN 24 HOURS AFTER THE DOCUMENT IS FILED**
Chambers of the Hon. Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 12/10/2018 | Nathan W. Reinhardt | /s/ Nathan W. Reinhardt |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SERVED BY UNITED STATES MAIL AND EMAIL**:

Counsel to the Debtors:
Dentons US LLP
Attn: Samuel R. Maizel
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
samuel.maizel@dentons.com

The Debtors' Investment Banker:
Cain Brothers, a division of KeyBanc Capital Markets
Attn: James Moloney
601 California Street, Suite 1505
San Francisco, CA 94108
jmoloney@cainbrothers.com

Counsel to the Stalking Horse Purchaser:
McDermott Will & Emery LLP
Attn: James F. Owens
2049 Century Park East, Suite 3800
Los Angeles, CA 90067
JFowens@mwe.com

Office of the United States Trustee:
Office of the United States Trustee
Attn: Hatty Yip
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
hatty.yip@usdoj.gov

Counsel to the Official Committee:
Milbank, Tweed, Hadley & McCloy LLP
Attn: Gregory A. Bray
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
gbray@milbank.com

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Robert N Amkraut on behalf of Creditor Swinerton Builders
ramkraut@foxrothschild.com

Kyra E Andrassy on behalf of Creditor MGH Painting, Inc.
kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Simon Aron on behalf of Interested Party RCB Equities #1, LLC
saron@wrslawyers.com

Lauren T Attard on behalf of Creditor SpecialtyCare Cardiovascular Resources, LLC
lattard@bakerlaw.com, abalian@bakerlaw.com

Keith Patrick Banner on behalf of Creditor Abbott Laboratories Inc.
kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Keith Patrick Banner on behalf of Interested Party CO Architects
kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Cristina E Bautista on behalf of Creditor Health Net of California, Inc.
cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com

James Cornell Behrens on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health
System of California, Inc., et al.
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milban
k.com;JWeber@milbank.com

Ron Bender on behalf of Health Care Ombudsman J. Nathan Ruben
rb@lnbyb.com

Ron Bender on behalf of Health Care Ombudsman Jacob Nathan Rubin
rb@lnbyb.com

Bruce Bennett on behalf of Creditor Verity MOB Financing II LLC
bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Verity MOB Financing LLC
bbennett@jonesday.com

Peter J Benvenutti on behalf of Creditor County of San Mateo
pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com

Elizabeth Berke-Dreyfuss on behalf of Creditor Center for Dermatology, Cosmetic and Laser Surgery
edreyfuss@wendel.com

Steven M Berman on behalf of Creditor KForce, Inc.
sberman@slk-law.com

Alicia K Berry on behalf of Attorney Alicia Berry
Alicia.Berry@doj.ca.gov

Alicia K Berry on behalf of Interested Party Attorney General For The State Of Ca
Alicia.Berry@doj.ca.gov

Stephen F Biegenzahn on behalf of Creditor Josefina Robles
efile@sfblaw.com

Stephen F Biegenzahn on behalf of Interested Party Courtesy NEF
efile@sfblaw.com

Karl E Block on behalf of Interested Party Courtesy NEF
kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com

Dustin P Branch on behalf of Interested Party Wells Fargo Bank, National Association, as indenture trustee
branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com

Michael D Breslauer on behalf of Creditor Hunt Spine Institute, Inc.
mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com

Chane Buck on behalf of Interested Party Courtesy NEF
cbuck@jonesday.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                    **F 9013-3.1.PROOF.SERVICE**

Damarr M Butler on behalf of Creditor Pension Benefit Guaranty Corporation
butler.damarr@pbgc.gov, efile@pbgc.gov

Lori A Butler on behalf of Creditor Pension Benefit Guaranty Corporation
butler.lori@pbgc.gov, efile@pbgc.gov

Howard Camhi on behalf of Creditor The Huntington National Bank
hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com

Shirley Cho on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
scho@pszjlaw.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

David N Crapo on behalf of Creditor Sharp Electronics Corporation
dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com

Mariam Danielyan on behalf of Creditor Aida Iniguez
md@danielyanlawoffice.com, danielyan.mar@gmail.com

Mariam Danielyan on behalf of Creditor Francisco Iniguez
md@danielyanlawoffice.com, danielyan.mar@gmail.com

Brian L Davidoff on behalf of Interested Party CO Architects
bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

Aaron Davis on behalf of Creditor US Foods, Inc.
aaron.davis@bryancave.com, kat.flaherty@bryancave.com

Kevin M Eckhardt on behalf of Creditor C. R. Bard, Inc.
keckhardt@huntonak.com, keckhardt@hunton.com

Kevin M Eckhardt on behalf of Creditor Smith & Nephew, Inc.
keckhardt@huntonak.com, keckhardt@hunton.com

Andy J Epstein on behalf of Interested Party Courtesy NEF
taxcpaesq@gmail.com

Christine R Etheridge on behalf of Creditor Fka GE Capital Wells Fargo Vendor Financial Services, LLC
christine.etheridge@ikonfin.com

M Douglas Flahaut on behalf of Creditor Medline Industries, Inc.
flahaut.douglas@arentfox.com

Michael G Fletcher on behalf of Interested Party Courtesy NEF
mfletcher@frandzel.com, sking@frandzel.com

Eric J Fromme on behalf of Creditor CHHP Holdings II, LLC
efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com

Eric J Fromme on behalf of Creditor CPH Hospital Management, LLC
efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com

Eric J Fromme on behalf of Creditor Eladh, L.P.
efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Eric J Fromme on behalf of Creditor Gardena Hospital L.P.
efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com

Jeffrey K Garfinkle on behalf of Creditor McKesson Corporation
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Lawrence B Gill on behalf of Interested Party Courtesy NEF
lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

Paul R. Glassman on behalf of Creditor Long Beach Memorial Medical Center
pglassman@sycr.com

Eric D Goldberg on behalf of Creditor Otsuka Pharmaceutical Development & Commercialization, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Mary H Haas on behalf of Creditor American National Red Cross
maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com

Michael S Held on behalf of Creditor Medecision, Inc.
mheld@jw.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation
lhilton@onellp.com,
lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com

Robert M Hirsh on behalf of Creditor Medline Industries, Inc.
Robert.Hirsh@arentfox.com

Florice Hoffman on behalf of Creditor National Union of Healthcare Workers
fhoffman@socal.rr.com, floricehoffman@gmail.com

Michael Hogue on behalf of Creditor Workday, Inc.
hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com

Marsha A Houston on behalf of Creditor Healthcare Transformation Inc.
mhouston@reedsmith.com

Brian D Huben on behalf of Creditor Southeast Medical Center, LLC and Slauson Associates of Huntington Park, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

John Mark Jennings on behalf of Creditor GE HFS, LLC
johnmark.jennings@kutakrock.com

Monique D Jewett-Brewster on behalf of Creditor Paragon Mechanical, Inc.
mjb@hopkinscarley.com, jkeehnen@hopkinscarley.com

Gregory R Jones on behalf of Interested Party County of Santa Clara
gjones@mwe.com, rnhunter@mwe.com

Lance N Jurich on behalf of Creditor ALLY BANK
ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com

Ivan L Kallick on behalf of Interested Party Ivan Kallick
ikallick@manatt.com, ihernandez@manatt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

Lior Katz on behalf of Creditor Refugio Estrada
katzlawapc@gmail.com

Jane Kim on behalf of Creditor County of San Mateo
jkim@kellerbenvenutti.com

Monica Y Kim on behalf of Health Care Ombudsman Jacob Nathan Rubin
myk@lnbrb.com, myk@ecf.inforuptcy.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Marilyn Klinger on behalf of Attorney Hartford Fire Insurance Company
MKlinger@smtdlaw.com, svargas@smtdlaw.com

Joseph A Kohanski on behalf of Creditor United Nurses Associations of CA/Union of Health Care Professionals
jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com

Chris D. Kuhner on behalf of Creditor OCH Forest 1, General Partner of O'Connor Health Center 1, a limited partnership
c.kuhner@kornfieldlaw.com

Darryl S Laddin on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles, Inc.
bkrfilings@agg.com

Robert S Lampl on behalf of Creditor Surgical Information Systems, LLC
advocate45@aol.com, rlisarobinsonr@aol.com

Richard A Lapping on behalf of Creditor Retirement Plan for Hospital Employees
richard@lappinglegal.com

Paul J Laurin on behalf of Creditor Roche Diagnostics Corporation
plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com

David E Lemke on behalf of Creditor ALLY BANK
david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com

Elan S Levey on behalf of Creditor Federal Communications Commission
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor Pension Benefit Guaranty Corporation
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor United States Department of Health and Human Services
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Samuel R Maizel on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor De Paul Ventures, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Samuel R Maizel on behalf of Debtor O'Connor Hospital Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor St. Francis Medical Center of Lynwood Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor St. Vincent Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor Verity Business Services
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor Verity Health System of California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor Verity Holdings, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Debtor Verity Medical Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Samuel R Maizel on behalf of Plaintiff Verity Health System of California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com

Hutchison B Meltzer on behalf of Interested Party Attorney General For The State Of Ca
hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov

Christopher Minier on behalf of Creditor Belfor USA Group, Inc.
becky@ringstadlaw.com, arlene@ringstadlaw.com

John A Moe, II on behalf of Debtor O'Connor Hospital
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

John A Moe, II on behalf of Debtor O'Connor Hospital Foundation
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor Seton Medical Center
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center of Lynwood Foundation
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor St. Louise Regional Hospital
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor St. Vincent Dialysis Center, Inc.
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor St. Vincent Foundation
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor Verity Health System of California, Inc.
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

John A Moe, II on behalf of Debtor Verity Medical Foundation
john.moe@dentons.com,
glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com

Monserrat Morales on behalf of Interested Party Courtesy NEF
mmorales@marguliesfaithlaw.com,
Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com

Kevin H Morse on behalf of Interested Party Courtesy NEF
kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com

Marianne S Mortimer on behalf of Creditor Premier, Inc.
mmortimer@sycr.com, jrothstein@sycr.com

Tania M Moyron on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor De Paul Ventures, LLC
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor O'Connor Hospital
tania.moyron@dentons.com, chris.omeara@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

Tania M Moyron on behalf of Debtor O'Connor Hospital Foundation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Saint Louise Regional Hospital Foundation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Seton Medical Center
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Seton Medical Center Foundation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor St. Francis Medical Center
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor St. Francis Medical Center of Lynwood Foundation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor St. Louise Regional Hospital
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Dialysis Center, Inc.
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Foundation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Medical Center
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Verity Business Services
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Verity Health System of California, Inc.
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Verity Holdings, LLC
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Debtor Verity Medical Foundation
tania.moyron@dentons.com, chris.omeara@dentons.com

Tania M Moyron on behalf of Plaintiff Verity Health System of California, Inc.
tania.moyron@dentons.com, chris.omeara@dentons.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Alan I Nahmias
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Jennifer L Nassiri on behalf of Creditor Old Republic Insurance Company, et al
jennifernassiri@quinnemanuel.com

Charles E Nelson on behalf of Interested Party Wells Fargo Bank, National Association, as indenture trustee
nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Sheila Gropper Nelson on behalf of Creditor Golden GatePerfusion Inc
shedoesbklaw@aol.com

Mark A Neubauer on behalf of Creditor Angeles IPA A Medical Corporation
mneubauer@carltonfields.com,
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com

Mark A Neubauer on behalf of Creditor St. Vincent IPA Medical Corporation
mneubauer@carltonfields.com,
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com

Mark A Neubauer on behalf of Interested Party Courtesy NEF
mneubauer@carltonfields.com,
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com

Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc
bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc.
bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Melissa T Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Abigail V O'Brient on behalf of Creditor UMB Bank, N.A., as master indenture trustee and Wells Fargo Bank, National Association, as indenture trustee
avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com

Abigail V O'Brient on behalf of Interested Party Courtesy NEF
avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com

John R OKeefe, Jr on behalf of Creditor The Huntington National Bank
jokeefe@metzlewis.com, slohr@metzlewis.com

Paul J Pascuzzi on behalf of Creditor Toyon Associates, Inc.
ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com

Lisa M Peters on behalf of Creditor GE HFS, LLC
lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

Christopher J Petersen on behalf of Creditor Infor (US), Inc.
cjpetersen@blankrome.com, gsolis@blankrome.com

Mark D Plevin on behalf of Interested Party Courtesy NEF
mplevin@crowell.com, cromo@crowell.com

David M Poitras on behalf of Interested Party Courtesy NEF
dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com

Steven G. Polard on behalf of Creditor Schwalb Consulting, Inc.
spolard@ch-law.com, cborrayo@ch-law.com

Thomas J Polis on behalf of Creditor Florencio Zabala
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Thomas J Polis on behalf of Creditor Maria Zavala
tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

Lori L Purkey on behalf of Creditor Stryker Corporation
bareham@purkeyandassociates.com

William M Rathbone on behalf of Interested Party Cigna Healthcare of California, Inc., and Life Insurance Company of
North America
wrathbone@grsm.com, jmydlandevans@grsm.com

Michael B Reynolds on behalf of Creditor California Physicians' Service dba Blue Shield of California
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Creditor Care 1st Health Plan
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Interested Party Courtesy NEF
mreynolds@swlaw.com, kcollins@swlaw.com

Emily P Rich on behalf of Creditor SEIU United Healthcare Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Health and Welfare Trust Fund
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Debra Riley on behalf of Creditor California Statewide Communities Development Authority
driley@allenmatkins.com, plewis@allenmatkins.com;jalisuag@allenmatkins.com;bcrfilings@allenmatkins.com

Julie H Rome-Banks on behalf of Creditor Bay Area Surgical Management, LLC
julie@bindermalter.com

Mary H Rose on behalf of Interested Party Courtesy NEF
mrose@buchalter.com, salarcon@buchalter.com

Megan A Rowe on behalf of Interested Party Courtesy NEF
mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com

Nathan A Schultz on behalf of Creditor Swinerton Builders
nschultz@foxrothschild.com

William Schumacher on behalf of Creditor Verity MOB Financing II LLC
wschumacher@jonesday.com

William Schumacher on behalf of Creditor Verity MOB Financing LLC
wschumacher@jonesday.com

Mark A Serlin on behalf of Creditor RightSourcing, Inc.
ms@swllplaw.com, mor@swllplaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Seth B Shapiro on behalf of Creditor United States Department of Health and Human Services
seth.shapiro@usdoj.gov

Rosa A Shirley on behalf of Interested Party Courtesy NEF
rshirley@nelsonhardiman.com,
ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com

Rosa A Shirley on behalf of Special Counsel Nelson Hardiman LLP
rshirley@nelsonhardiman.com,
ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com

Kyrsten Skogstad on behalf of Creditor California Nurses Association
kskogstad@calnurses.org, rcraven@calnurses.org

Michael St James on behalf of Interested Party Medical Staff of Seton Medical Center
ecf@stjames-law.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank National Association, not individually, but as Indenture Trustee
jstrabo@mwe.com, ahoneycutt@mwe.com

Sabrina L Streusand on behalf of Creditor NTT DATA Services Holding Corporation
Streusand@slollp.com

Ralph J Swanson on behalf of Creditor O'Connor Building LLC
ralph.swanson@berliner.com, sabina.hall@berliner.com

Gary F Torrell on behalf of Interested Party Courtesy NEF
gft@vrmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Matthew S Walker on behalf of Creditor Packard Children's Health Alliance
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

Matthew S Walker on behalf of Creditor Stanford Blood Center, LLC
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

Matthew S Walker on behalf of Creditor Stanford Health Care
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

Matthew S Walker on behalf of Creditor Stanford Health Care Advantage
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

Matthew S Walker on behalf of Creditor The Board of Trustees of the Leland Stanford Junior University
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

Matthew S Walker on behalf of Creditor University Healthcare Alliance
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

Matthew S Walker on behalf of Interested Party Matthew S Walker
matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Jason Wallach on behalf of Interested Party Courtesy NEF
jwallach@ghplaw.com, g33404@notify.cincompass.com

Kenneth K Wang on behalf of Creditor California Department of Health Care Services
kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov

Phillip K Wang on behalf of Creditor Delta Dental of California
phillip.wang@rimonlaw.com, david.kline@rimonlaw.com

Gerrick Warrington on behalf of Interested Party Courtesy NEF
gwarrington@frandzel.com, dmoore@frandzel.com

Adam G Wentland on behalf of Creditor CHHP Holdings II, LLC
awentland@tocounsel.com

Adam G Wentland on behalf of Creditor CPH Hospital Management, LLC
awentland@tocounsel.com

Adam G Wentland on behalf of Creditor Eladh, L.P.
awentland@tocounsel.com

Adam G Wentland on behalf of Creditor Gardena Hospital L.P.
awentland@tocounsel.com

Latonia Williams on behalf of Creditor AppleCare Medical Group
lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Group, Inc.
lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Management, LLC
lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor St. Francis Inc.
lwilliams@goodwin.com, bankruptcy@goodwin.com

Michael S Winsten on behalf of Interested Party Courtesy NEF
mike@winsten.com

Jeffrey C Wisler on behalf of Interested Party Cigna Healthcare of California, Inc., and Llife Insurance Company of North
America
jwisler@connollygallagher.com, dperkins@connollygallagher.com

Neal L Wolf on behalf of Creditor San Jose Medical Group, Inc.
nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com

Neal L Wolf on behalf of Creditor Sports, Orthopedic and Rehabilitation Associates
nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

Andrew J Ziaja on behalf of Interested Party Engineers and Scientists of California Local 20, IFPTE
aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com

Rose Zimmerman on behalf of Interested Party City of Daly City
rzimmerman@dalycity.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**