JEFFREY C. KRAUSE (SBN 94053)
  jkrause@gibsondunn.com
DANIEL B. DENNY (SBN 238175)
  ddenny@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Creditor,
AETNA LIFE INSURANCE COMPANY

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC.,<br><br>    Debtors and Debtors in Possession. | CASE NO. 2-18-bk-20151-ER<br><br>Chapter 11<br><br>Assigned to the Hon. Ernest M. Robles<br><br>**OBJECTION TO CURE AMOUNTS ALLEGED BY DEBTORS UNDER EXECUTORY CONTRACTS WITH AETNA LIFE INSURANCE COMPANY**<br><br>Date: December 19, 2018<br>Time: 10:00 a.m.<br>Courtroom: 1568 |

AETNA Life Insurance Company ("**Aetna**") is a creditor of several of the debtors in the above-captioned Chapter 11 cases (the "**Debtors**"). Aetna is also a party to several executory contracts, including without limitation contracts with O'Connor Hospital ("**O'Connor**") and St. Louise Regional Hospital ("**St. Louise**").

The Debtors appear to be seeking authority to assume and assign executory contracts with Aetna, but also appear to be retaining accounts receivable that may be payable by Aetna under the very same executory contracts. Aetna objects to the bifurcation of any rights or obligations under its contracts with the Debtors and seeks to preserve its right to set off or recoup against any obligations owing under those contracts by Aetna all claims made by Aetna to the Debtors, including, without limitation, whether Aetna's overpayments were discovered in the past or in the future.

1     The Debtors have filed a list of cure payments that they contend are due under executory contracts, which states that the cure payments that the Debtors allege are due to Aetna under the executory contracts with O'Connor and St. Louise are as follows:

| Debtor Contract Party | Debtor Cure Amount |
|---|---|
| O'Connor | $58,966.34 |
| St. Louise | $11,198.31 |

    The actual cure amounts known to Aetna as of today are substantially higher. Aetna's records show that it is owed $155,424.97 by O'Connor and $43,629.82 by St. Louise for overpayments by Aetna that have been discovered to date. In addition, Aetna objects to any provision of the order approving any assignment of the executory contracts with Aetna that would purport to preclude it from recouping or offsetting any overpayments made by Aetna that have not yet been discovered against any sums due from Aetna to O'Connor or St. Louise.

    Aetna is working with the Debtors in an effort to resolve these objections prior to the hearing on the motion to assume and assign the contracts with Aetna. Aetna files this limited objection to preserve its right in the event that the parties are unable to reach an agreement prior to the hearing on the motion to assume and assign the executory contracts.

    Aetna reserves all rights to assert any additional rights to recover overpayments made to O'Connor or St. Louise when and if such additional overpayments are discovered and to offset or recoup any amounts due to Aetna against any obligations of Aetna.

Dated: December 10, 2018

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By: /s/ Jeffrey C. Krause
                                                   Jeffrey C. Krause

                                            Member of Gibson, Dunn & Crutcher
                                            Attorneys for Creditor,
                                            AETNA LIFE INSURANCE COMPANY

102981494.3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

333 South Grand Avenue, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CURE AMOUNTS ALLEGED BY DEBTORS UNDER EXECUTORY CONTRACTS WITH AETNA LIFE INSURANCE COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 10, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2018 | Pamela Santos | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    F 9013-3.1.PROOF.SERVICE

# Service List – Via NEF

Aaron Davis on behalf of Creditor US Foods, Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com

Abigail V O'Brient on behalf of Interested Party Courtesy NEF avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com

Abigail V O'Brient on behalf of Creditor UMB Bank, N.A., as master indenture trustee and Wells Fargo Bank, National Association, as indenture trustee avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com

Adam G Wentland on behalf of Creditor CHHP Holdings II, LLC awentland@tocounsel.com

Adam G Wentland on behalf of Creditor CPH Hospital Management, LLC awentland@tocounsel.com

Adam G Wentland on behalf of Creditor Gardena Hospital L.P. awentland@tocounsel.com

Adam G Wentland on behalf of Creditor Eladh, L.P. awentland@tocounsel.com

Alan I Nahmias on behalf of Interested Party Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alicia K Berry on behalf of Interested Party Attorney General For The State Of Ca Alicia.Berry@doj.ca.gov

Alicia K Berry on behalf of Attorney Alicia Berry Alicia.Berry@doj.ca.gov

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov

Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com, kcollins@swlaw.com

Andrew J Ziaja on behalf of Interested Party Engineers and Scientists of California Local 20, IFPTE aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com

Andy J Epstein on behalf of Interested Party Courtesy NEF taxcpaesq@gmail.com

Brian D Huben on behalf of Creditor Southeast Medical Center, LLC and Slauson Associates of Huntington Park, LLC hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian L Davidoff on behalf of Interested Party CO Architects bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

Bruce Bennett on behalf of Creditor Verity MOB Financing II LLC bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Verity MOB Financing LLC bbennett@jonesday.com

Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc. bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Chane Buck on behalf of Interested Party Courtesy NEF cbuck@jonesday.com

Charles E Nelson on behalf of Interested Party Wells Fargo Bank, National Association, as indenture trustee nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com

Chris D. Kuhner on behalf of Creditor OCH Forest 1, General Partner of O'Connor Health Center 1, a limited partnership c.kuhner@kornfieldlaw.com

Christine R Etheridge on behalf of Creditor Fka GE Capital Wells Fargo Vendor Financial Services, LLC christine.etheridge@ikonfin.com

Christopher Minier on behalf of Creditor Belfor USA Group, Inc. becky@ringstadlaw.com, arlene@ringstadlaw.com

Christopher J Petersen on behalf of Creditor Infor (US), Inc. cjpetersen@blankrome.com, gsolis@blankrome.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

Craig G Margulies on behalf of Interested Party Courtesy NEF
    Craig@MarguliesFaithlaw.com,
Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;
    Helen@MarguliesFaithlaw.com
Cristina E Bautista on behalf of Creditor Health Net of California, Inc.
    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
Damarr M Butler on behalf of Creditor Pension Benefit Guaranty Corporation
    butler.damarr@pbgc.gov, efile@pbgc.gov
Darryl S Laddin on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles, Inc.
    bkrfilings@agg.com
David E Lemke on behalf of Creditor ALLY BANK david.lemke@wallerlaw.com,
    chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;
    cathy.thomas@wallerlaw.com
David M Poitras on behalf of Interested Party Courtesy NEF dpoitras@wedgewood-inc.com,
    dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
David N Crapo on behalf of Creditor Sharp Electronics Corporation dcrapo@gibbonslaw.com,
    elrosen@gibbonslaw.com
Debra Riley on behalf of Creditor California Statewide Communities Development Authority
    driley@allenmatkins.com,
    plewis@allenmatkins.com;jalisuag@allenmatkins.com;bcrfilings@allenmatkins.com
Dustin P Branch on behalf of Interested Party Wells Fargo Bank, National Association, as
    indenture trustee branchd@ballardspahr.com,
    carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
Elan S Levey on behalf of Creditor United States Department of Health and Human Services
    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Elan S Levey on behalf of Creditor Pension Benefit Guaranty Corporation
    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Elan S Levey on behalf of Creditor Federal Communications Commission
    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
Elizabeth Berke-Dreyfuss on behalf of Creditor Center for Dermatology, Cosmetic and Laser
    Surgery edreyfuss@wendel.com
Emily P Rich on behalf of Creditor Stationary Engineers Local 39 erich@unioncounsel.net,
    bankruptcycourtnotices@unioncounsel.net
Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Health and Welfare Trust
    Fund erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Emily P Rich on behalf of Creditor SEIU United Healthcare Workers – West
    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund
    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
Eric D Goldberg on behalf of Creditor Otsuka Pharmaceutical Development &
    Commercialization, Inc. eric.goldberg@dlapiper.com, eric-goldberg-
    1103@ecf.pacerpro.com
Eric J Fromme on behalf of Creditor CPH Hospital Management, LLC
    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
Eric J Fromme on behalf of Creditor Gardena Hospital L.P. efromme@tocounsel.com,
    lchapman@tocounsel.com;sschuster@tocounsel.com
Eric J Fromme on behalf of Creditor CHHP Holdings II, LLC efromme@tocounsel.com,
    lchapman@tocounsel.com;sschuster@tocounsel.com
Eric J Fromme on behalf of Creditor Eladh, L.P. efromme@tocounsel.com,
    lchapman@tocounsel.com;sschuster@tocounsel.com
Florice Hoffman on behalf of Creditor National Union of Healthcare Workers
    fhoffman@socal.rr.com, floricehoffman@gmail.com
Gary E Klausner on behalf of Interested Party Courtesy NEF gek@lnbyb.com
Gary F Torrell on behalf of Interested Party Courtesy NEF gft@vrmlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                          F 9013-3.1.PROOF.SERVICE

Gerrick Warrington on behalf of Interested Party Courtesy NEF gwarrington@frandzel.com, dmoore@frandzel.com
Gregory R Jones on behalf of Interested Party County of Santa Clara gjones@mwe.com, rnhunter@mwe.com
Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov
Howard Camhi on behalf of Creditor The Huntington National Bank hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
Hutchison B Meltzer on behalf of Interested Party Attorney General For The State Of Ca hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
Ivan L Kallick on behalf of Interested Party Ivan Kallick ikallick@manatt.com, ihernandez@manatt.com
James Cornell Behrens on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com; dodonnell@milbank.com; jbrewster@milbank.com;JWeber@milbank.com
Jane Kim on behalf of Creditor County of San Mateo jkim@kellerbenvenutti.com
Jason Wallach on behalf of Interested Party Courtesy NEF jwallach@ghplaw.com, g33404@notify.cincompass.com
Jason D Strabo on behalf of Creditor U.S. Bank National Association, not individually, but as Indenture Trustee jstrabo@mwe.com, ahoneycutt@mwe.com
Jason M Reed on behalf of Interested Party Courtesy NEF Jason.Reed@Maslon.com
Jeffrey C Wisler on behalf of Interested Party Cigna Healthcare of California, Inc., and Llife Insurance Company of North America jwisler@connollygallagher.com, dperkins@connollygallagher.com
Jeffrey K Garfinkle on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
Jennifer L Nassiri on behalf of Creditor Old Republic Insurance Company, et al jennifernassiri@quinnemanuel.com
John A Moe, II on behalf of Debtor St. Vincent Foundation john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com, andy.jinnah@dentons.com,bryan.bates@dentons.com
John A Moe, II on behalf of Debtor St. Francis Medical Center of Lynwood Foundation john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com,andy.jinnah@dentons.com, bryan.bates@dentons.com
John A Moe, II on behalf of Debtor St. Louise Regional Hospital john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com
John A Moe, II on behalf of Debtor St. Vincent Dialysis Center, Inc. john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com
John A Moe, II on behalf of Debtor O'Connor Hospital john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com
John A Moe, II on behalf of Debtor Verity Medical Foundation john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com
John A Moe, II on behalf of Debtor Verity Health System of California, Inc. john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com
John A Moe, II on behalf of Debtor O'Connor Hospital Foundation john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

John A Moe, II on behalf of Debtor Seton Medical Center john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center john.moe@dentons.com, glenda.spratt@dentons.com, derry.kalve@dentons.com, andy.jinnah@dentons.com, bryan.bates@dentons.com

John Mark Jennings on behalf of Creditor GE HFS, LLC johnmark.jennings@kutakrock.com

John R OKeefe, Jr on behalf of Creditor The Huntington National Bank jokeefe@metzlewis.com, slohr@metzlewis.com

Joseph A Kohanski on behalf of Creditor United Nurses Associations of CA/Union of Health Care Professionals jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com

Julie H Rome-Banks on behalf of Creditor Bay Area Surgical Management, LLC julie@bindermalter.com

Karl E Block on behalf of Interested Party Courtesy NEF kblock@loeb.com, jvazquez@loeb.com; ladocket@loeb.com

Keith Patrick Banner on behalf of Creditor Abbott Laboratories Inc. kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner on behalf of Interested Party CO Architects kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Kenneth K Wang on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov

Kevin H Morse on behalf of Interested Party Courtesy NEF kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com

Kevin M Eckhardt on behalf of Creditor C. R. Bard, Inc. keckhardt@huntonak.com, keckhardt@hunton.com

Kevin M Eckhardt on behalf of Creditor Smith & Nephew, Inc. keckhardt@huntonak.com, keckhardt@hunton.com

Kyra E Andrassy on behalf of Creditor MGH Painting, Inc. kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyrsten Skogstad on behalf of Creditor California Nurses Association kskogstad@calnurses.org, rcraven@calnurses.org

Lance N Jurich on behalf of Creditor ALLY BANK ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com

Latonia Williams on behalf of Creditor AppleCare Medical Management, LLC lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Group lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor St. Francis Inc. lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Group, Inc. lwilliams@goodwin.com, bankruptcy@goodwin.com

Lauren T Attard on behalf of Creditor SpecialtyCare Cardiovascular Resources, LLC lattard@bakerlaw.com, abalian@bakerlaw.com

Lawrence B Gill on behalf of Interested Party Courtesy NEF lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation lhilton@onellp.com,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
Lesley A Riis on behalf of Creditor Lesley c/o Riis lriis@dpmclaw.com
Lisa M Peters on behalf of Creditor GE HFS, LLC lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
Lori A Butler on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov, efile@pbgc.gov
Lori L Purkey on behalf of Creditor Stryker Corporation bareham@purkeyandassociates.com
M Douglas Flahaut on behalf of Creditor Medline Industries, Inc. flahaut.douglas@arentfox.com
Mariam Danielyan on behalf of Creditor Francisco Iniguez md@danielyanlawoffice.com, danielyan.mar@gmail.com
Mariam Danielyan on behalf of Creditor Aida Iniguez md@danielyanlawoffice.com, danielyan.mar@gmail.com
Marianne S Mortimer on behalf of Creditor Premier, Inc. mmortimer@sycr.com, jrothstein@sycr.com
Marilyn Klinger on behalf of Attorney Hartford Fire Insurance Company MKlinger@smtdlaw.com, svargas@smtdlaw.com
Mark A Neubauer on behalf of Creditor Angeles IPA A Medical Corporation mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
Mark A Neubauer on behalf of Creditor St. Vincent IPA Medical Corporation mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
Mark A Neubauer on behalf of Interested Party Courtesy NEF mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
Mark A Serlin on behalf of Creditor RightSourcing, Inc. ms@swllplaw.com, mor@swllplaw.com
Mark D Plevin on behalf of Interested Party Courtesy NEF mplevin@crowell.com, cromo@crowell.com
Marsha A Houston on behalf of Creditor Healthcare Transformation Inc. mhouston@reedsmith.com
Mary H Haas on behalf of Creditor American National Red Cross maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
Mary H Rose on behalf of Interested Party Courtesy NEF mrose@buchalter.com, salarcon@buchalter.com
Matthew S Walker on behalf of Creditor Stanford Blood Center, LLC matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Matthew S Walker on behalf of Creditor The Board of Trustees of the Leland Stanford Junior University matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Matthew S Walker on behalf of Interested Party Matthew S Walker matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Matthew S Walker on behalf of Creditor University Healthcare Alliance matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Matthew S Walker on behalf of Creditor Packard Children's Health Alliance matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Matthew S Walker on behalf of Creditor Stanford Health Care matthew.walker@pillsburylaw.com,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                F 9013-3.1.PROOF.SERVICE

candy.kleiner@pillsburylaw.com
Matthew S Walker on behalf of Creditor Stanford Health Care Advantage matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
Megan A Rowe on behalf of Interested Party Courtesy NEF mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
Melissa T Ngo on behalf of Creditor Pension Benefit Guaranty Corporation ngo.melissa@pbgc.gov, efile@pbgc.gov
Michael Hogue on behalf of Creditor Workday, Inc. hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
Michael St James on behalf of Interested Party Medical Staff of Seton Medical Center ecf@stjames-law.com
Michael B Reynolds on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com, kcollins@swlaw.com
Michael B Reynolds on behalf of Creditor Care 1st Health Plan mreynolds@swlaw.com, kcollins@swlaw.com
Michael B Reynolds on behalf of Interested Party Courtesy NEF mreynolds@swlaw.com, kcollins@swlaw.com
Michael D Breslauer on behalf of Creditor Hunt Spine Institute, Inc. mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
Michael G Fletcher on behalf of Interested Party Courtesy NEF mfletcher@frandzel.com, sking@frandzel.com
Michael S Held on behalf of Creditor Medecision, Inc. mheld@jw.com
Michael S Winsten on behalf of Interested Party Courtesy NEF mike@winsten.com
Monica Y Kim on behalf of Health Care Ombudsman Jacob Nathan Rubin myk@lnbrb.com, myk@ecf.inforuptcy.com
Monique D Jewett-Brewster on behalf of Creditor Paragon Mechanical, Inc. mjb@hopkinscarley.com, jkeehnen@hopkinscarley.com
Monserrat Morales on behalf of Interested Party Courtesy NEF mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
Nathan A Schultz on behalf of Creditor Swinerton Builders nschultz@foxrothschild.com
Neal L Wolf on behalf of Creditor Sports, Orthopedic and Rehabilitation Associates nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
Neal L Wolf on behalf of Creditor San Jose Medical Group, Inc. nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
Paul J Laurin on behalf of Creditor Roche Diagnostics Corporation plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
Paul J Pascuzzi on behalf of Creditor Toyon Associates, Inc. ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
Paul R. Glassman on behalf of Creditor Long Beach Memorial Medical Center pglassman@sycr.com
Peter J Benvenutti on behalf of Creditor County of San Mateo pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
Phillip K Wang on behalf of Creditor Delta Dental of California phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
Ralph J Swanson on behalf of Creditor O'Connor Building LLC ralph.swanson@berliner.com, sabina.hall@berliner.com
Richard A Lapping on behalf of Creditor Retirement Plan for Hospital Employees richard@lappinglegal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                       F 9013-3.1.PROOF.SERVICE

Robert M Hirsh on behalf of Creditor Medline Industries, Inc. Robert.Hirsh@arentfox.com
Robert N Amkraut on behalf of Creditor Swinerton Builders ramkraut@foxrothschild.com
Robert S Lampl on behalf of Creditor Surgical Information Systems, LLC
    advocate45@aol.com,
rlisarobinsonr@aol.com
Ron Bender on behalf of Health Care Ombudsman Jacob Nathan Rubin rb@lnbyb.com
Ron Bender on behalf of Health Care Ombudsman J. Nathan Ruben rb@lnbyb.com
Rosa A Shirley on behalf of Interested Party Courtesy NEF rshirley@nelsonhardiman.com,
ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rran
    ge@nelsonhardiman.com
Rosa A Shirley on behalf of Special Counsel Nelson Hardiman LLP
    rshirley@nelsonhardiman.com,
ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rran
    ge@nelsonhardiman.com
Rose Zimmerman on behalf of Interested Party City of Daly City rzimmerman@dalycity.org
Sabrina L Streusand on behalf of Creditor NTT DATA Services Holding Corporation
Streusand@slollp.com
Samuel R Maizel on behalf of Debtor St. Francis Medical Center of Lynwood Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor De Paul Ventures, LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor O'Connor Hospital Foundation
    samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor Verity Medical Foundation
    samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor Verity Business Services samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor Verity Holdings, LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Plaintiff Verity Health System of California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor Verity Health System of California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Samuel R Maizel on behalf of Debtor St. Vincent Foundation samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com
    ;kathryn.howard@dentons.com;joan.mack@dentons.com
Seth B Shapiro on behalf of Creditor United States Department of Health and Human Services

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

seth.shapiro@usdoj.gov
Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com, schristianson@buchalter.com
Sheila Gropper Nelson on behalf of Creditor Golden GatePerfusion Inc shedoesbklaw@aol.com
Shirley Cho on behalf of Debtor Verity Health System of California, Inc. scho@pszjlaw.com
Shirley Cho on behalf of Attorney Pachulski Stang Ziehl & Jones LLP scho@pszjlaw.com
Simon Aron on behalf of Interested Party RCB Equities #1, LLC saron@wrslawyers.com
Stephen F Biegenzahn on behalf of Interested Party Courtesy NEF efile@sfblaw.com
Stephen F Biegenzahn on behalf of Creditor Josefina Robles efile@sfblaw.com
Steven G. Polard on behalf of Creditor Schwalb Consulting, Inc. spolard@ch-law.com, cborrayo@ch-law.com
Steven M Berman on behalf of Creditor KForce, Inc. sberman@slk-law.com
Tania M Moyron on behalf of Debtor O'Connor Hospital tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor De Paul Ventures, LLC tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor O'Connor Hospital Foundation tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor St. Vincent Foundation tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Plaintiff Verity Health System of California, Inc. tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor St. Francis Medical Center tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Seton Medical Center tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor St. Vincent Dialysis Center, Inc. tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Seton Medical Center Foundation tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Verity Holdings, LLC tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Verity Business Services tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Verity Medical Foundation tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Saint Louise Regional Hospital Foundation tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor St. Louise Regional Hospital tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor St. Vincent Medical Center tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor St. Francis Medical Center of Lynwood Foundation tania.moyron@dentons.com, chris.omeara@dentons.com
Tania M Moyron on behalf of Debtor Verity Health System of California, Inc. tania.moyron@dentons.com, chris.omeara@dentons.com
Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                          **F 9013-3.1.PROOF.SERVICE**

bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 Health and Welfare
  Trust
Fund bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund
bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
William Schumacher on behalf of Creditor Verity MOB Financing LLC
    wschumacher@jonesday.com
William Schumacher on behalf of Creditor Verity MOB Financing II LLC
    wschumacher@jonesday.com
William M Rathbone on behalf of Interested Party Cigna Healthcare of California, Inc., and
Llife Insurance Company of North America wrathbone@grsm.com,
    jmydlandevans@grsm.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    **F 9013-3.1.PROOF.SERVICE**

# Service List – Via US First Class Mail

**Verity Health System of California, Inc.**
2040 E. Mariposa Avenue
El Segundo, CA 90245

**Samuel R. Maizel**
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

**Sam J Alberts**
DENTONS US LLP
1900 K Street NW
Washington, DC 20006

**Margaret M Anderson**
Fox Swibel Levin & Carroll LLP
200 West Madison St
Chicago, IL 60606

**Brent F Basilico**
Sellar Hazard & Lucia
201 North Civic Dr Ste 145
Walnut Creek, CA 94596

**Alicia Berry**
California Attorney General
300 South Spring St Ste 1702
Los Angeles, CA 90013

**Scott E Blakeley**
Blakeley LLP
18500 Von Karman Ave
Suite 530
Irvine, CA 92612

**Daniel S Bleck**
Mintz, Levin, et al
One Financial Center
Boston, MA 02111

**Cain Brothers a division of KeyBanc Capital Markets**
601 California St Ste 1505
San Francisco, CA 94108

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**Schuyler Carroll**
PERKINS COIE, LLP
30 ROCKEFELLER PLZ FL 22
New York, NY 10112

**Nathan F Coco**
McDermott Will & Emery
444 West Lake Street
Chicago, IL 60606-0029

**Valaria DeVine**
GEA Inc
678 11th Ave. S.
Naples, FL 34102

**Ecolab Institutional**
655 Loan Oak Drive
Eagan, MN 55121

**Refugio Estrada**
c/o Katz Law, APC
11620 Wilshire Blvd. #900
Los Angeles, CA 90025

**Leslie Paul Farkas**
678 11th Ave. S.
Naples, FL 34102

**Shawn C Groff**
1330 Broadway Suite 1450
Oakland, CA 94612

**Ian A Hammel**
Mintz Levin Cohn Ferris Glovsky & Popeo
One Financial Center
Boston, MA 02111

**Melissa W Jones**
Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219

**Gregory Kaden**
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

**James Kapp**
444 West Lake St Ste 4000
Chicago, IL 60606-0029

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012              **F 9013-3.1.PROOF.SERVICE**

**Donald R Kirk**
Carlton Fields Jorden Burt, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780

**Marilyn Klinger**
SMTD Law, LLP
355 S. Grand Avenue
Suite 2450
Los Angeles, CA 90071

**Claude D Montgomery**
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1001

**John R O'Keefe, Jr.**
Metz Lewis Brodman Must O'Keefe LLC
535 Smithfield St Ste 800
Pittsburgh, PA 15222

**Lisa M Peters**
Kutak Rock LLP
1650 Farnam St
Omaha, NE 68102-2186

**Megan Preusker**
McDermott Will & Emery
444 West Lake Street
Chicago, IL 60606-0029

**Rachel C Quimby**
Daglian Law Group APLC
701 N Brand Blvd Ste 610
Glendale, CA 91203

**Jason M Reed**
Maslon LLP
90 S 7th St Ste 3300
Minneapolis, MN 55402

**Paul J Ricotta**
Mintz Levin Cohn Ferris Glovsky and Pope
Chrysler Center
666 Third Ave
New York, NY 10017

**Christopher Rivas**
Reed Smith
355 South Grand Ave Ste 2900
Los Angeles, CA 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                **F 9013-3.1.PROOF.SERVICE**

**Benjamin Rosenblum**
250 Vesey St
New York, NY 10281

**Scott Schoeffel**
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, CA 92626-7109

**Ryan Schultz**
Fox Swibel Levin & Carroll LLP
200 W. Madison Street
Suite 3000
Chicago, IL 60606

**Mollie Simons**
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612

**Sodexo, Inc.**
JD Thompson Law
c/o Judy D Thompson Esq
PO Box 33127
Charlotte, NC 28233

**Michael A Sweet**
345 California St Ste 2200
San Francisco, CA 94104

**Phillip G Vermont**
Randick O'Dea & Tooliatos LLP
5000 Hopyard Rd Ste 225
Pleasonton, CA 94588

**William P Wassweiler**
Ballard Spahr LLP
80 S Eighth St Ste 2000
Minneapolis, MN 55402

**Clark Whitmore**
Maslon LLP
3300 Wells Fargo Center
90 S 7th St
Minneapolis, MN 55402

**Jade M Williams**
DLA Piper LLP US
444 W Lake St Ste 900
Chicago, IL 6060-0089

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

**John Ryan Yant**
Carlton Fields Jorden Burt, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607-5780

**Florencio Zabala**
c/o Polis & Associates, APLC
19800 MacArthur Blvd, Suite 1000
Irvine, CA 92612

**Maria Zavala**
c/o Polis & Associates
19800 MacArthur Blvd, Suite 1000
Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

# Service List – Via US First Class Mail

**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                **F 9013-3.1.PROOF.SERVICE**