SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>　　Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>　　Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>Chapter 11 Cases<br><br>**DECLARATION OF JEFFREY SMITH IN SUPPORT OF ENTRY OF ORDER (1) APPROVING SALE OF CERTAIN ASSETS TO SANTA CLARA COUNTY FREE AND CLEAR OF ALL ENCUMBRANCES; (2) APPROVING OF DEBTORS' ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS AND APPROVING OF DEBTORS' REJECTION OF THOSE UNEXPIRED LEASES AND EXECUTORY CONTRACTS WHICH ARE NOT ASSUMED AND ASSIGNED; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(H) AND 6006(D); AND (4) GRANTING RELATED RELIEF**<br><br>Hearing:<br>Date:　　　December 19, 2018<br>Time:　　　10:00 am<br>Location:　　Courtroom 1568<br>　　　　　　255 E. Temple St., Los Angeles, CA |

- 1 -

# DECLARATION OF JEFFREY SMITH

1. I am the County Executive for the County of Santa Clara ("SCC"). My office is located at 70 West Hedding Street, San Jose, California, 95110. SCC is a political subdivision of the State of California. I received an M.D. from the University of Southern California, School of Medicine, and then went on to practice medicine, becoming Chief Medical Officer and Family Practice Residency Director in Contra Costa County Health Services. I also received a Juris Doctor degree from University of California Berkeley and am a member of the California State Bar. Additionally, I have served as a Member of the Contra Costa County Board Supervisors and a Councilmember for the City of Martinez. As County Executive for SCC, under the County Charter, I am the chief administrative officer of SCC and I am responsible to the SCC's Board of Supervisors for the proper administration of all affairs of SCC. Among other duties, my Office oversees most SCC departments, including SCC's health and hospital system and has budgetary oversight for the County organization.

2. I am over the age of 18 and competent to testify as to the facts set forth herein and will do so if called upon.

3. Except as otherwise stated, all facts contained within this Declaration are based upon my personal knowledge, from information gathered from other SCC employees, or my review of relevant documents.

4. I submit this Declaration in support of the *Debtors' Memorandum in Support of Entry of Order (1) Approving Sale of Certain Assets to Santa Clara County Free and Clear of All Encumbrances; (2) Approving of Debtors' Assumption and Assignment of Certain Unexpired Leases and Executory Contracts and Determining Cure Amounts and Approving of Debtors' Rejection of Those Unexpired Leases and Executory Contracts which are not Assumed and Assigned (3) Waiving the 14-Day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d) and (4) Granting Related Relief* (the "Memorandum"). All capitalized terms not defined herein have the meaning ascribed to them in the Memorandum.

- 2 -

109815076\V-3

5.    I have overseen SCC's efforts to acquire the Debtors' two hospitals in Santa Clara County (Saint Louise Medical Center and O'Connor Medical Center) and related assets (the "Assets"), including the negotiation and execution of the Asset Purchase Agreement (the "APA") on October 1, 2018. As set forth in the APA, SCC, in consideration for the sale of the Assets, agreed to pay an aggregate purchase price of $235,000,000, as otherwise adjusted pursuant to the terms of the APA.

6.    To my knowledge, the APA and other documents and instruments related to and connected with the transaction contemplated in the APA (the "Transaction") were negotiated and entered into by SCC through an arm's length bargaining process. All payments to be made by SCC and other agreements entered into or to be entered into between SCC and the Debtors in connection with the Transaction have been disclosed in the APA or otherwise.

7.    SCC served as the Stalking Horse Bidder under the terms of, and consistent with, the Bidding Procedures Order entered by the Court on October 31, 2018. To my knowledge, SCC complied with all of the provisions of the Bidding Procedures Order applicable to SCC. SCC agreed to provisions in the APA and the Bidding Procedures Order that enabled the Debtors to have the ability to accept a higher and better offer than the purchase price set forth in the APA. In entering into the APA, SCC recognized that the Debtors were free to deal with other parties interested in acquiring the Assets.

8.    I am not aware of any collusion or improper dealings that have taken place between the Debtors (or the agents or representatives of the Debtors), SCC, or any employees or representatives of SCC, any potential bidders or interested parties, or any other person in connection with the sale of the Assets, nor am I aware of any attempt by SCC or any employees or representatives of SCC to take unfair advantage of other potential bidders.

9.    SCC has no relationship with the Debtors or with the Debtors' current or former officers, directors, agents or employees other than as disclosed herein. In that regard, SCC formerly retained both Cain Brothers and Dentons US LLP to assist it in prior efforts to bid on the Assets in 2015, although those efforts were unsuccessful. SCC also has no relationship, other than

ordinary course business dealings unrelated to this acquisition with any of the Debtors' major creditors.

    10.    SCC has not made offers of employment to any of the Debtors' current or former officers, directors, agents or employees, other than as disclosed in the APA. In that regard, SCC has provided in the APA that it will offer provisional employment to substantially all employees in good standing at the facilities SCC is acquiring, which may include officers at the two hospitals being acquired.

    11.    Other than professional advisors, including, for example, our outside attorneys, SCC has not paid, nor does it contemplate paying, consideration in connection with this acquisition to any person other than its outside advisors and the Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of December, 2018 in San Jose, California.

_____
JEFFREY SMITH

DM_US 157336237-4.064305.0013

- 4 -

109815076\V-3