1  SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
2  TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
3  DENTONS US LLP
601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re | Lead Case No. 2:18-bk-20151-ER |
|---|---|
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly Administered With: |
| Debtors and Debtors In Possession. | Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER |
| ☒ Affects All Debtors | |
| ☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC | Hon. Judge Ernest M. Robles |
| | **NOTICE OF ERRATA RE DEBTORS' MEMORANDUM IN SUPPORT OF ENTRY OF ORDER (1) APPROVING SALE OF CERTAIN ASSETS TO SANTA CLARA COUNTY FREE AND CLEAR OF ALL ENCUMBRANCES; (2) APPROVING DEBTORS' ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND DETERMINING CURE AMOUNTS AND APPROVING DEBTORS' REJECTION OF THOSE UNEXPIRED LEASES AND EXECUTORY CONTRACTS WHICH ARE NOT ASSUMED AND ASSIGNED; (3) WAIVING THE 14-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(H) AND 6006(D); AND (4) GRANTING RELATED RELIEF** |
| Debtors and Debtors In Possession. | Hearing:<br>Date:      December 19, 2018<br>Time:      10:00 am<br>Location: Courtroom 1568<br>                 255 E. Temple St., Los Angeles, CA |

109838751\V-1

**PLEASE TAKE NOTICE** that the Debtors hereby file this notice of errata and correction to the *Debtors' Memorandum In Support Of Entry Of Order (1) Approving Sale Of Certain Assets To Santa Clara County Free And Clear Of All Encumbrances; (2) Approving Debtors' Assumption And Assignment Of Certain Unexpired Leases And Executory Contracts And Determining Cure Amounts And Approving Debtors' Rejection Of Those Unexpired Leases And Executory Contracts Which Are Not Assumed And Assigned; (3) Waiving The 14-Day Stay Periods Set Forth In Bankruptcy Rules 6004(H) And 6006(D); And (4) Granting Related Relief* (the "Memorandum") [Docket No. 1041], as follows:

The Memorandum, at page 21, lines 2-7, erroneously provides: "Therefore, the Debtors, CAG [the California Attorney General] and SCC [Santa Clara County] are discussing an agreement that provides that, no later than 4:00 p.m. (Pacific Time), on January 18, 2019, the Debtors will file either (a) notice of a resolution of the issues regarding the applicability of the AG Conditions, or (b) notice that no resolution was reached and a hearing will be required on the applicability of the AG Conditions."  The County is not discussing such an agreement and is not amenable to such agreement.

Dated:  December 13, 2018

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By  */s/ Tania M. Moyron*
    Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300