SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**NOTICE RELATED TO CONTRACTS DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DKT. NOS. 365, 724, 1041]** |

**PLEASE TAKE NOTICE** that, on October 1, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Notice of Motion and Motion for the Entry of (I) an Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders to Use, (2) Approving Auction Sale Format, Bidding Procedures and Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties,*

*(4) Scheduling a Hearing to Consider Approval of the Sale to the Highest Bidder, (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances* (the "Bidding Procedures Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, attached as Exhibit "A" to the Bidding Procedures Motion is an Asset Purchase Agreement (the "APA"), dated October 1, 2018, between Verity Health System of California, Inc., Verity Holdings, LLC, O'Connor Hospital, and Saint Louise Regional Hospital, on the one hand; and the County of Santa Clara, a political subdivision of the State of California ("SCC"), on the other hand, to purchase all assets of O'Connor Hospital and Saint Louise Regional Hospital (excluding cash, A/R and causes of action) (the "Assets") if SCC is the successful bidder at an auction of the Assets, free and clear of all liens, claims, encumbrances and other interests pursuant to §§ 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2018, the Bankruptcy Court entered an order (the "Bidding Procedures Order") approving the Bidding Procedures Motion, which set the key dates and times related to the sale (the "Sale") of the Assets, including deadlines for counterparties to file objections related to the assumption and assignment of their executory contracts and unexpired leases to SCC or the successful bidder at auction ("Objections to Assumption and Assignment").

**PLEASE TAKE FURTHER NOTICE** that a cure notice listing all of the known executory contracts and unexpired leases related to Saint Louise Medical Center and O'Connor Medical Center (the "Cure Notice"), along with the Debtors' belief as to all outstanding cure amounts owing by the Debtors to the other parties to those executory contracts and unexpired leases (the "Cure Amounts"), was filed on November 12, 2018 [Dkt. No. 810] and served on all counterparties to the listed executory contracts and unexpired leases. A supplement to the Cure Notice (listing additional executory contracts and leases and revised Cure Amounts) was later filed on December 6, 2018 [Dkt. No. 998] and served on all counterparties to the listed executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, no party submitted a bid for the Assets prior to the applicable bid deadline under the terms of the Bidding Procedures Order. Accordingly, no auction for the Assets was held. On December 13, 2018, the Debtors filed a memorandum in support of entry of a sale order approving a sale of the Assets to SCC [Dkt. No. 1041].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the APA, SCC was to identify which executory contracts and unexpired leases that SCC desires to have assigned to it by December 8, 2018[2] (the "Deadline to Designate Contracts"). The Debtors informally extended the Deadline to Designate Contracts to December 12, 2018.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the APA, the Debtors received a letter from SCC that (i) identified certain executory contracts and unexpired leases that SCC desires to have assigned to it, and (ii) referenced other executory contracts and unexpired leases in various schedules that SCC desires to have assigned to it. As a consequence, the Debtors are compiling all executory contracts and unexpired leases that SCC desires to have assigned to it into one

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] Section 1.12.1 of APA provides that SCC must designate contracts and leases no later than three (3) days prior to the auction, which was set for December 11, 2018.

109846314\V-1

comprehensive list (the "Designated Contracts List").  The Debtors will file the Designated Contracts List prior to the hearing to approve the sale of the Assets to SCC (the "Sale Hearing") scheduled on **December 19, 2018, at 10:00 a.m. (prevailing Pacific Time)**.  The Debtors shall also serve a copy of the Designated Contracts List on all counterparties to the executory contracts and unexpired leases listed in the Cure Notice and supplement to the Cure Notice.

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtors will request that the Court (i) continue all matters related to Cure Amounts and Objections to Assumption and Assignment to a date prior to the closing of the Sale, and (ii) set a reply date for the Debtors related thereto.

Dated:  December 17, 2018

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON


By  */s/ Tania M. Moyron*
      Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

109846314\V-1