SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**NOTICE OF CONTRACTS DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DKT. NOS. 365, 724, 1041, 1087]** |

**PLEASE TAKE NOTICE** that, on October 1, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Notice of Motion and Motion for the Entry of (I) an Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders to Use, (2) Approving Auction Sale Format, Bidding Procedures and Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties,*

*(4) Scheduling a Hearing to Consider Approval of the Sale to the Highest Bidder, (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances* (the "<u>Bidding Procedures Motion</u>").[1]

**PLEASE TAKE FURTHER NOTICE** that, attached as Exhibit "A" to the Bidding Procedures Motion is an Asset Purchase Agreement (the "<u>APA</u>"), dated October 1, 2018, between Verity Health System of California, Inc., Verity Holdings, LLC, O'Connor Hospital, and Saint Louise Regional Hospital, on the one hand; and the County of Santa Clara, a political subdivision of the State of California ("<u>SCC</u>"), on the other hand, to purchase certain assets as set forth in the APA (excluding cash, A/R and causes of action) (the "<u>Assets</u>") if SCC is the successful bidder at an auction of the Assets, free and clear of all liens, claims, encumbrances and other interests pursuant to §§ 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2018, the Bankruptcy Court entered an order (the "<u>Bidding Procedures Order</u>") approving the Bidding Procedures Motion, which set the key dates and times related to the sale (the "<u>Sale</u>") of the Assets.

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, no party submitted a bid for the Assets prior to the applicable bid deadline under the terms of the Bidding Procedures Order. Accordingly, no auction for the Assets was held. On December 13, 2018, the Debtors filed a memorandum in support of entry of a sale order approving a sale of the Assets to SCC [Dkt. No. 1041].

**PLEASE TAKE FURTHER NOTICE** that, on December 17, 2018, the Debtors filed a Notice Related to Contracts Designated By Santa Clara County For Assumption and Assignment [Dkt No. 1087], which provided that a comprehensive list of all executory contracts and unexpired leases that SCC desires to have assigned to it (the "<u>Designated Contracts List</u>") would be filed prior to the hearing to approve the sale of the Assets to SCC scheduled on **December 19, 2018, at 10:00 a.m. (prevailing Pacific Time)**. The Designated Contracts List is attached hereto as **Exhibit** "**A**."

Dated: December 19, 2018

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON


By  */s/ Tania M. Moyron*
       Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

# EXHIBIT A

**County of Santa Clara**
**Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 1 | O'Connor Hospital | ABHOW BAA | BUSINESS ASSOCIATE AGREEMENT | 4/28/2021 | $0.00 |
| 2 | O'Connor Hospital | ACCESS SENIOR HEALTH CARE | PAYOR AGREEMENT | 11/30/2019 | |
| 3 | O'Connor Hospital | ACCESS SENIOR HEALTH CARE | HOSPITAL SERVICES AGREEMENT | Evergreen | $0.00 |
| 4 | O'Connor Hospital | ACCESS SENIOR HEALTH CARE | PAYOR AGREEMENT | 11/30/2019 | |
| 5 | O'Connor Hospital | ACCREDITATION COUNCIL GRADUATE MEDICAL EDUCATION ( ACGME) | ADMINISTRATIVE SERVICES | 5/14/2019 | $0.00 |
| 6 | O'Connor Hospital | ADVANCED SURGERY CENTER-2039 | PATIENT TRANSFER AGREEMENT | 1/31/2021 | $0.00 |
| 7 | O'Connor Hospital | ADVANCED SURGERY CENTER-235 | PATIENT TRANSFER AGREEMENT | 10/7/2020 | $0.00 |
| 8 | O'Connor Hospital | ADVANCED SURGERY CENTER-455 O'CONNOR DR. | PATIENT TRANSFER AGREEMENT | 10/7/2020 | $0.00 |
| 9 | O'Connor Hospital | ADVANCED SURGICAL ASSOCIATES, A MEDICAL GROUP, INC. | PHYSICIANS-ON CALL | 9/30/2019 | $0.00 |
| 10 | O'Connor Hospital | ADVANCED SURGICARE | PATIENT TRANSFER AGREEMENT | 10/17/2019 | $0.00 |
| 11 | O'Connor Hospital | AESTHETIC & REFRACTIVE SURGERY MEDICAL CENTER | PATIENT TRANSFER AGREEMENT | 7/19/2019 | $0.00 |
| 12 | O'Connor Hospital | AETNA HEALTH OF CALIFORNIA, INC. | PAYOR AGREEMENT | 8/19/2020 | $58,966.34 |
| 13 | O'Connor Hospital | ALAVI, MUNAWAR MD | PHYSICIANS-ON CALL | 9/30/2019 | $0.00 |
| 14 | O'Connor Hospital | ALEX STUDEMEISTER, MD, INC., A PROFESSIONAL CORPORATION | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 11/30/2018 | $0.00 |
| 15 | O'Connor Hospital | ALIGNMENT HEALTH PLAN | PAYOR AGREEMENT | 12/31/2018 | $94,579.02 |
| 16 | O'Connor Hospital | ALLIANCE ROOFING CO | FACILITY SERVICES AGREEMENT | 3/13/2019 | $0.00 |
| 17 | O'Connor Hospital | AMERICAN BIO-CLINICAL LABORATORIES | LABORATORY SERVICES AGREEMENT | 10/1/2018 | $0.00 |
| 18 | O'Connor Hospital | AMERICA'S CHOICE PROVIDER NETWORK | PAYOR AGREEMENT | 8/31/2019 | $0.00 |
| 19 | O'Connor Hospital | AMIR KAYKHA, MD, INC., A PROFESSIONAL MEDICAL CORPORATION | PHYSICIANS-ON CALL | 9/30/2018 | |
| 20 | O'Connor Hospital | AMIR KAYKHA, MD, INC., A PROFESSIONAL MEDICAL CORPORATION | PHYSICIANS-ON CALL | 8/31/2019 | $0.00 |
| 21 | O'Connor Hospital | AMIR KAYKHA, MD, INC., A PROFESSIONAL MEDICAL CORPORATION | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 7/31/2020 | |
| 22 | O'Connor Hospital | ANDRADE, PAUL MD AND TSU, JACQUELINE MD (CO-TENANTS) | LEASE-AS LANDLORD | 4/30/2018 | $0.00 |
| 23 | O'Connor Hospital | ANTHEM BLUE CROSS | PAYOR AGREEMENT | 12/31/2018 | $7,780.11 |
| 24 | O'Connor Hospital | ANTHEM BLUE CROSS MEDI-CAL | PAYOR AGREEMENT | 8/14/2019 | $0.00 |
| 25 | O'Connor Hospital | ARIZANT | EQUIPMENT-PURCHASE | 10/3/2018 | $0.00 |
| 26 | O'Connor Hospital | ASAD, NAVAID MD | PHYSICIANS-RECRUITMENT LOAN AGREEMENT | 5/1/2021 | $0.00 |
| 27 | O'Connor Hospital | ASCENDO HEALTHCARE | PHYSICIANS-SERVICES AGREEMENT | 12/17/2018 | $0.00 |
| 28 | O'Connor Hospital | ASCO SERVICES | SERVICES-EQUIPMENT MAINTENANCE | 7/31/2022 | $4,494.00 |
| 29 | O'Connor Hospital | AUREUS RADIOLOGY AGREEMENT | SERVICES-STAFFING (NURSING) | 6/30/2021 | $0.00 |
| 30 | O'Connor Hospital | AUSTIN, SUZANNE MD | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 31 | O'Connor Hospital | BARSOUMIAN, KRIKOR MD | PHYSICIANS-ON CALL | 1/31/2019 | $0.00 |
| 32 | O'Connor Hospital | BASSIRI, ALI MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 9/30/2019 | |
| 33 | O'Connor Hospital | BASSIRI, ALI MD | LEASE-AS LANDLORD | 11/30/2017 | $15,238.71 |
| 34 | O'Connor Hospital | BASSIRI, ALI MD | PHYSICIANS-ON CALL | 10/31/2019 | |
| 35 | O'Connor Hospital | BASSIRI, ALI MD | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 11/30/2018 | |
| 36 | O'Connor Hospital | BE SMITH | SERVICES-STAFFING | 9/6/2019 | $219,797.81 |
| 37 | O'Connor Hospital | BECTON DICKINSON | LABORATORY SERVICES AGREEMENT | 12/9/2024 | $355.06 |
| 38 | O'Connor Hospital | BELLEROSE CONVALESCENT HOSPITAL | PATIENT TRANSFER AGREEMENT | 11/1/2064 | $0.00 |
| 39 | O'Connor Hospital | BLUE SHIELD OF CALIFORNIA | PAYOR AGREEMENT | 11/30/2019 | $207,109.90 |
| 40 | O'Connor Hospital | BOGERTY, SHARON MD | PHYSICIANS-ON CALL | 7/31/2019 | $0.00 |
| 41 | O'Connor Hospital | BOSTON SCIENTIFIC CORP. | CONSIGNMENT AGREEMENT | 9/22/2018 | $0.00 |
| 42 | O'Connor Hospital | BOSTON SCIENTIFIC CORP. | SERVICES-EQUIPMENT MAINTENANCE | 6/30/2020 | |
| 43 | O'Connor Hospital | BRUCE R. HUFFER, MD, INC. | PHYSICIANS-ON CALL | 9/30/2019 | $0.00 |
| 44 | O'Connor Hospital | CALIFORNIA STATE UNIVERSITY LONG BEACH | FOOD SERVICE AGREEMENT | 5/15/2021 | $0.00 |
| 45 | O'Connor Hospital | CALL-IVRS | SERVICES-DATA REPORTING | 5/1/2023 | $0.00 |
| 46 | O'Connor Hospital | CAPS-CENTRAL ADMIXTURE PHARMACY SERVICES, INC. | PHARMACEUTICAL | 6/5/2019 | $0.00 |
| 47 | O'Connor Hospital | CARDIAC & VASCULAR CARE, INC. | PHYSICIANS-ON CALL | 9/30/2019 | |
| 48 | O'Connor Hospital | CARDIAC & VASCULAR CARE, INC. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 9/30/2019 | |
| 49 | O'Connor Hospital | CARDIAC & VASCULAR CARE, INC. | PHYSICIANS-ON CALL | 11/30/2019 | $0.00 |
| 50 | O'Connor Hospital | CARDIAC & VASCULAR CARE, INC. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | |
| 51 | O'Connor Hospital | CARDIAC & VASCULAR CARE, INC. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | |
| 52 | O'Connor Hospital | CARDINAL HEALTHCARE 414, LLC | SUPPLIES-RADIOLOGY | 11/13/2018 | $0.00 |
| 53 | O'Connor Hospital | CARDIOLOGY CLINIC OF NORTHERN CALIFORNIA | PHYSICIANS-ON CALL | 9/30/2019 | $0.00 |
| 54 | O'Connor Hospital | CARDIOLOGY CLINIC OF NORTHERN CALIFORNIA | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2019 | |
| 55 | O'Connor Hospital | CARE1ST HEALTH PLAN | PAYOR AGREEMENT | 12/31/2018 | $0.00 |

County of Santa Clara
Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 56 | O'Connor Hospital | CARE CHANNEL | SERVICES-TELEVISION | 12/3/2018 | $0.00 |
| 57 | O'Connor Hospital | CAREFUSION | SERVICES-SOFTWARE MAINTENANCE AND SUPPORT | 2/22/2019 | $814.97 |
| 58 | O'Connor Hospital | CAREMORE HEALTH PLAN (MEDICARE) | PAYOR AGREEMENT | 12/31/2018 | $72,274.61 |
| 59 | O'Connor Hospital | CATERPILLAR | SERVICES-EQUIPMENT MAINTENANCE | 1/28/2019 | |
| 60 | O'Connor Hospital | CENTRAL COAST SYSTEMS | FACILITY SERVICES AGREEMENT | 4/12/2019 | $10,664.50 |
| 61 | O'Connor Hospital | CENTRAL HEALTH PLAN | HOSPITAL SERVICES AGREEMENT | Evergreen | $0.00 |
| 62 | O'Connor Hospital | CEP AMERICA -ANESTHESIA, PC | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 8/31/2019 | $156,431.33 |
| 63 | O'Connor Hospital | CFL CHILDREN'S MEDICAL ASSOCIATES, INC. | PHYSICIANS-ON CALL | 1/31/2020 | $0.00 |
| 64 | O'Connor Hospital | CHAN, ERIC MD | PHYSICIANS-ON CALL | 9/30/2019 | $0.00 |
| 65 | O'Connor Hospital | CHARLES F. TUFFLI, JR., MD, A MEDICAL CORP. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | |
| 66 | O'Connor Hospital | CHARLES F. TUFFLI, JR., MD, A MEDICAL CORP. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 2/28/2019 | $0.00 |
| 67 | O'Connor Hospital | CHARLES F. TUFFLI, JR., MD, A MEDICAL CORP. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | |
| 68 | O'Connor Hospital | CHARLES F. TUFFLI, JR., MD, A MEDICAL CORP. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 2/28/2019 | |
| 69 | O'Connor Hospital | CHILDREN'S HOSPITAL & RESEARCH CTR.(UCSF BENIOFF CHILDREN'S HOSPITAL | SERVICES-TRANSPORTATION | 1/31/2020 | $0.00 |
| 70 | O'Connor Hospital | CHRISTIAN FOGLAR, M.D., INC. | PHYSICIANS-ON CALL | 9/30/2018 | $0.00 |
| 71 | O'Connor Hospital | CHU, MARGARET MD | LEASE-AS LANDLORD | 11/30/2017 | $0.00 |
| 72 | O'Connor Hospital | CIGNA | HOSPITAL SERVICES AGREEMENT | Evergreen | $4,654.86 |
| 73 | O'Connor Hospital | CIGNA HEALTHCARE OF CALIFORNIA | PAYOR AGREEMENT | 4/30/2019 | $0.00 |
| 74 | O'Connor Hospital | CLERK, ALEX MD | PHYSICIANS-ON CALL | 7/31/2019 | $0.00 |
| 75 | O'Connor Hospital | CME | EDUCATION | 11/30/2018 | $2,500.00 |
| 76 | O'Connor Hospital | CMQCC (STANFORD) | SERVICES-DATA REPORTING | 11/15/2019 | $0.00 |
| 77 | O'Connor Hospital | COCA COLA | SERVICES-VENDING | 2/7/2019 | $174.80 |
| 78 | O'Connor Hospital | CORNERSTONE COLLEGE | STUDENT AFFILIATION AGREEMENT | 3/31/2019 | $0.00 |
| 79 | O'Connor Hospital | COUNTY OF SANTA CLARA DESIGNATION AGREEMENT | AGREEMENT FOR SERVICES | 12/31/2019 | $0.00 |
| 80 | O'Connor Hospital | COUNTY OF SANTA CLARA EMS & STROKE | AGREEMENT FOR SERVICES | 12/31/2019 | $0.00 |
| 81 | O'Connor Hospital | CPQCC 2006 | SERVICES-DATA REPORTING | 2/28/2019 | $0.00 |
| 82 | O'Connor Hospital | CPQCC-STANFORD | DATA PROCESSING AGREEMENT | 3/1/2021 | $0.00 |
| 83 | O'Connor Hospital | CREIGHTON UNIVERSITY | STUDENT AFFILIATION AGREEMENT | 1/5/2019 | $0.00 |
| 84 | O'Connor Hospital | DA SILVEIRA, EDUARDO MD | PHYSICIANS-ON CALL | 10/31/2018 | $0.00 |
| 85 | O'Connor Hospital | DALJEET SAGOO, DO, P.C. | PHYSICIANS-ON CALL | 11/30/2018 | $0.00 |
| 86 | O'Connor Hospital | DAVITA LAB SERV-EASTRIDGE | LABORATORY SERVICES AGREEMENT | 9/11/2021 | $0.00 |
| 87 | O'Connor Hospital | DAVITA LAB SERV-MILPITAS | LABORATORY SERVICES AGREEMENT | 9/11/2021 | $0.00 |
| 88 | O'Connor Hospital | DEANZA STUDENT LAB CONTRACT | STUDENT INTERN AGREEMENT | 12/31/2018 | $0.00 |
| 89 | O'Connor Hospital | DELLAMAGGIORE, EUGENE MD | PHYSICIANS-ON CALL | 9/30/2018 | $0.00 |
| 90 | O'Connor Hospital | DEVENNEY GROUP LTD ARCHITECTS-SPD PROJECT | FACILITY SERVICES AGREEMENT | 5/7/2019 | |
| 91 | O'Connor Hospital | DEVENNEY GROUP LTD., ARCHITECTS | FACILITY SERVICES AGREEMENT | 2/5/2019 | |
| 92 | O'Connor Hospital | DEVENNEY GROUP LTD., ARCHITECTS | CONSTRUCTION | 12/30/2018 | $5,230.00 |
| 93 | O'Connor Hospital | DEVENNEY GROUP LTD-COOLING TOWER PROJECT | FACILITY SERVICES AGREEMENT | 5/1/2019 | |
| 94 | O'Connor Hospital | DEVENNEY GROUP, LTD.-INFUSION CENTER | FACILITY SERVICES AGREEMENT | 2/13/2019 | |
| 95 | O'Connor Hospital | DEVENNEY GROUP-OR LIGHT PROJECT | FACILITY SERVICES AGREEMENT | 12/31/2018 | |
| 96 | O'Connor Hospital | DOAN, ALEXANDER MD | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 97 | O'Connor Hospital | DONOR NETWORK WEST | ADMINISTRATIVE SERVICES | 5/24/2019 | $0.00 |
| 98 | O'Connor Hospital | EASY CHOICE HEALTH PLAN | PAYOR AGREEMENT | 11/30/2019 | $0.00 |
| 99 | O'Connor Hospital | EASY CHOICE HEALTH PLAN | HOSPITAL SERVICES AGREEMENT | Evergreen | |
| 100 | O'Connor Hospital | EATON | SERVICES-EQUIPMENT MAINTENANCE | 3/2/2019 | $0.00 |
| 101 | O'Connor Hospital | EATON | SERVICES-EQUIPMENT MAINTENANCE | 3/2/2019 | |
| 102 | O'Connor Hospital | EBY, DAVID MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | $0.00 |
| 103 | O'Connor Hospital | EL CAMINO MEDICAL ASSOCIATES, P.C. | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 104 | O'Connor Hospital | ELI CHEN, M.D., INC. | PHYSICIANS-ON CALL | 3/31/2019 | $0.00 |
| 105 | O'Connor Hospital | EMERGENCY PHYSICIANS ASSOCIATES MEDICAL GROUP | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 5/31/2020 | $0.00 |
| 106 | O'Connor Hospital | FALCK | SERVICES-TRANSPORTATION | 2/10/2019 | $0.00 |
| 107 | O'Connor Hospital | FARR, MORTEZA D.O. | PHYSICIANS-ON CALL | 1/31/2019 | $0.00 |
| 108 | O'Connor Hospital | FIRST ALARM SECURITY & PATROL | SERVICES-SECURITY | 7/31/2018 | $171,593.06 |
| 109 | O'Connor Hospital | FIRST CALL NURSING | SERVICES-STAFFING (NURSING) | 12/20/2020 | $0.00 |
| 110 | O'Connor Hospital | FIRST STRING HEALTHCARE | ADMINISTRATIVE SERVICES | 7/17/2019 | $84,874.76 |
| 111 | O'Connor Hospital | FLEXCARE, LLC | SERVICES-STAFFING | 12/31/2021 | $26,880.00 |
| 112 | O'Connor Hospital | FOOTHILL COLLEGE 2018 | AGREEMENT FOR SERVICES | 1/31/2021 | $0.00 |

**County of Santa Clara**
**Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 113 | O'Connor Hospital | FTG BUILDERS, INC. | CONSTRUCTION | 3/1/2019 | |
| 114 | O'Connor Hospital | FTG BUILDERS-81 BLDG WATERPROOFING REPAIRS | FACILITY SERVICES AGREEMENT | 1/29/2019 | |
| 115 | O'Connor Hospital | FTG BUILDERS-PHARMACY | FACILITY SERVICES AGREEMENT | 3/1/2019 | $850,876.14 |
| 116 | O'Connor Hospital | FTG ELEVATOR MODERNIZATION AGREEMENT | FACILITY SERVICES AGREEMENT | 4/13/2019 | |
| 117 | O'Connor Hospital | FTG MASTER AGREEMENT | FACILITY SERVICES AGREEMENT | 1/29/2020 | |
| 118 | O'Connor Hospital | GARCIA, RUEL T. MD | PHYSICIANS-ON CALL | 10/31/2018 | $0.00 |
| 119 | O'Connor Hospital | GIVEN DESIGN GROUP-MASTER AGREEMENT | FACILITY SERVICES AGREEMENT | 12/21/2018 | |
| 120 | O'Connor Hospital | GIVEN DESIGN GROUP-PHARMACY FUNTIONAL PROGRAM | FACILITY SERVICES AGREEMENT | 12/22/2018 | $4,088.00 |
| 121 | O'Connor Hospital | GIVEN DESIGN GROUP-PHARMACY WAIVER | FACILITY SERVICES AGREEMENT | 12/22/2018 | |
| 122 | O'Connor Hospital | GOLDEN GATE NEUROMONITORING | AGREEMENT FOR SERVICES | 9/24/2018 | $0.00 |
| 123 | O'Connor Hospital | GOOD SAMARITAN HOSPITAL | PATIENT TRANSFER AGREEMENT | 1/1/2018 | $0.00 |
| 124 | O'Connor Hospital | GOOD SAMARITAN HOSPITAL | PATIENT TRANSFER AGREEMENT | 1/1/2018 | |
| 125 | O'Connor Hospital | GRIFFITH COLLABORATIVE GROUP SURG CENTER | PATIENT TRANSFER AGREEMENT | 3/2/2019 | $0.00 |
| 126 | O'Connor Hospital | HABIBI, HOSSEIN MD | PHYSICIANS-ON CALL | 3/31/2019 | $0.00 |
| 127 | O'Connor Hospital | HAMMEL GREEN & ABRAHAMSON MASTER AGREEMENT | FACILITY SERVICES AGREEMENT | 1/9/2019 | |
| 128 | O'Connor Hospital | HAMMEL GREEN & ABRAHAMSON-INFUSION CTR | FACILITY SERVICES AGREEMENT | 3/19/2019 | $17,538.28 |
| 129 | O'Connor Hospital | HAMMEL GREEN AND ABRAHAMSON-ELEVATOR PROJECT | FACILITY SERVICES AGREEMENT | 3/19/2020 | |
| 130 | O'Connor Hospital | HAND SURGICAL ASSOCIATES, INC. (FOR NGUYEN, ANTHONY MD) | PHYSICIANS-ON CALL | 6/30/2019 | $0.00 |
| 131 | O'Connor Hospital | HANKYU CHUNG, MD, A PROFESSIONAL CORPORATION | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | $0.00 |
| 132 | O'Connor Hospital | HAUT, LEWIS MD | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 3/31/2019 | $0.00 |
| 133 | O'Connor Hospital | HAUT, LEWIS MD | PHYSICIANS-ON CALL | 3/31/2020 | |
| 134 | O'Connor Hospital | HEALTH NET OF CALIFORNIA , INC. | PAYOR AGREEMENT | 7/31/2019 | $12,103.29 |
| 135 | O'Connor Hospital | HEALTH SERVICES ADVISORY GROUP (CALHIIN) | SERVICES-DATA REPORTING | 9/27/2018 | $0.00 |
| 136 | O'Connor Hospital | HEALTHCARE TRANSFORMATION, INC  (HCT) | SERVICES-STAFFING | 10/31/2018 | $77,626.96 |
| 137 | O'Connor Hospital | HERMAN BAA | BUSINESS ASSOCIATE AGREEMENT | 3/31/2022 | $0.00 |
| 138 | O'Connor Hospital | HOSPICE OF THE VALLEY | CLINICAL SERVICES AGREEMENT | 3/7/2019 | $0.00 |
| 139 | O'Connor Hospital | HOSPITAL COUNCIL, SANTA CLARA SECTION (INFINITY HEALTH CARE INC.) | SERVICES-SOFTWARE MAINTENANCE & SUPPORT | 8/31/2019 | $0.00 |
| 140 | O'Connor Hospital | HOVERTECH INTERNATIONAL | EQUIPMENT-PURCHASE | 4/30/2020 | $20,031.00 |
| 141 | O'Connor Hospital | HUMANA, INC. | PAYOR AGREEMENT | 10/14/2019 | $0.00 |
| 142 | O'Connor Hospital | HYUN, DAVID MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | |
| 143 | O'Connor Hospital | HYUN, DAVID MD | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 9/30/2018 | $0.00 |
| 144 | O'Connor Hospital | HYUN, DAVID MD | PHYSICIANS-ON CALL | 8/31/2020 | |
| 145 | O'Connor Hospital | INFOCUS VIDEO | FACILITY SERVICES AGREEMENT | 3/14/2019 | $2,563.06 |
| 146 | O'Connor Hospital | INTERACTIVATION HEALTH NETWORK | SERVICES-EDUCATION | 11/30/2022 | $0.00 |
| 147 | O'Connor Hospital | INTERVENTIONAL NEURORADIOLOGY, INC. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 11/12/2018 | $11,740.00 |
| 148 | O'Connor Hospital | INTERVENTIONAL RADIOLOGY COVERAGE, INC. | PHYSICIANS-ON CALL | 4/30/2019 | $0.00 |
| 149 | O'Connor Hospital | IOWA STATE UNIVERSITY | STUDENT AFFILIATION AGREEMENT | 4/15/2021 | $0.00 |
| 150 | O'Connor Hospital | IPA (Now MedOne) | EQUIPMENT-LEASE/RENTAL | 12/4/2021 (Month to Month) | $14,159.04 |
| 151 | O'Connor Hospital | IZQUIERDO, PASCUAL MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | $0.00 |
| 152 | O'Connor Hospital | JAMES F. LILJA, MD INC., DBA BAY AREA GYNECOLOGY ONCOLOGY | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 11/30/2018 | |
| 153 | O'Connor Hospital | JAVADI, OMID H PC | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 2/28/2019 | $0.00 |
| 154 | O'Connor Hospital | JAVADI, OMID H PC | PHYSICIANS-ON CALL | 10/31/2018 | |
| 155 | O'Connor Hospital | JOHN HOPKINS UNIVERSITY | STUDENT INTERN AGREEMENT | 2/28/2022 | $0.00 |
| 156 | O'Connor Hospital | JOHNSON CONTROLS | FACILITY SERVICES AGREEMENT | 12/31/2018 | $3,873.90 |
| 157 | O'Connor Hospital | JUE, DYRON MD | LEASE-AS LANDLORD | 6/30/2017 | $0.00 |
| 158 | O'Connor Hospital | KAISER FOUNDATION HOSPITALS AND THE PERMANENTE MEDICAL GROUP, INC. | ADMINISTRATIVE SERVICES | 4/14/2019 | $518.24 |
| 159 | O'Connor Hospital | KHI MEDICAL CONSTRUCTION | FACILITY SERVICES AGREEMENT | 7/31/2019 | $0.00 |
| 160 | O'Connor Hospital | KIM, DAI JUNG MD | LEASE-AS LANDLORD | 1/31/2018 | $0.00 |
| 161 | O'Connor Hospital | KINDRED HEALTHCARE OPERATING | ADMINISTRATIVE SERVICES | 2/23/2019 | $0.00 |
| 162 | O'Connor Hospital | KRISTEN TAMURA, M.D., INC. | PHYSICIANS-ON CALL | 3/31/2019 | $0.00 |
| 163 | O'Connor Hospital | LAYTON CONSTRUCTION COMPANY | CONSTRUCTION | 5/3/2019 | $0.00 |
| 164 | O'Connor Hospital | LEICA MICROSYSTEMS INC. | EQUIPMENT-LEASE/RENTAL | 1/28/2019 | $0.00 |
| 165 | O'Connor Hospital | LERMAN, BRUCE DPM | LEASE-AS LANDLORD | 11/30/2017 | $0.00 |

**County of Santa Clara**
**Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 166 | O'Connor Hospital | LINCOLN GLEN SKILLED NURSING | PATIENT TRANSFER AGREEMENT | 4/30/2021 | $0.00 |
| 167 | O'Connor Hospital | LIVANTA LLC | ADMINISTRATIVE SERVICES | 7/31/2019 | $0.00 |
| 168 | O'Connor Hospital | LORI'S GIFT SHOP | AGREEMENT FOR SERVICES | 4/6/2019 | $0.00 |
| 169 | O'Connor Hospital | LOS GATOS SPINAL DIAGNOSTICS DBA SPINE & SPORTS SURGERY CENTER | PATIENT TRANSFER AGREEMENT | 6/16/2020 | $0.00 |
| 170 | O'Connor Hospital | MA, ADRIAN MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | $0.00 |
| 171 | O'Connor Hospital | MA, ADRIAN MD | PHYSICIANS-ON CALL | 3/31/2019 | |
| 172 | O'Connor Hospital | MARKKULA CENTER FOR APPLIED ETHICS | SERVICES-CONSULTING | 6/30/2020 | $2,550.00 |
| 173 | O'Connor Hospital | MARTIN , MICHAEL MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/8/2018 | $0.00 |
| 174 | O'Connor Hospital | MARTIN, WILLIAM A. MD | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 7/31/2019 | $0.00 |
| 175 | O'Connor Hospital | MATRIX PHYSICS PARTNERS, INC. | SERVICES-PHYSICS & DOSIMETRY | 12/31/2020 | $11,500.00 |
| 176 | O'Connor Hospital | MATSUMOTO, EDEANE MD | LEASE-AS LANDLORD | 11/30/2017 | $0.00 |
| 177 | O'Connor Hospital | MAXILLOFACIAL SURGERY CENTER OF SAN JOSE | PATIENT TRANSFER AGREEMENT | 5/31/2064 | $0.00 |
| 178 | O'Connor Hospital | MEDICAL PHYSICS CONSULTING SERVICES | AGREEMENT FOR SERVICES | 6/30/2020 | $15,000.00 |
| 179 | O'Connor Hospital | MEDICAL SOLUTIONS, LLC | SERVICES-STAFFING (NURSING) | 1/1/2021 | $81,575.00 |
| 180 | O'Connor Hospital | MEDICAL STAFF OFFICERS | ADMINISTRATIVE SERVICES | 12/31/2018 | $0.00 |
| 181 | O'Connor Hospital | MEDICAL STAFFING SOLUTIONS | SERVICES-STAFFING (NURSING) | 1/1/2021 | $58,882.84 |
| 182 | O'Connor Hospital | MEDI-CAL SUBACUTE CONTRACT AMENDMENT | ADMINISTRATIVE SERVICES | 9/30/2018 | $0.00 |
| 183 | O'Connor Hospital | MEDSOURCE TRAVELERS | SERVICES-STAFFING | 6/9/2019 | $0.00 |
| 184 | O'Connor Hospital | MEDTRONIC(COVIDIEN) | EQUIPMENT-PURCHASE | 6/8/2019 | $0.00 |
| 185 | O'Connor Hospital | MIDWESTERN UNIVERSITY | RESIDENT/FELLOW TRAINING | 12/31/2021 | $0.00 |
| 186 | O'Connor Hospital | MILPITAS CARE CENTER | PATIENT TRANSFER AGREEMENT | 7/18/2019 | $0.00 |
| 187 | O'Connor Hospital | MISSION BAA | BUSINESS ASSOCIATE AGREEMENT | 3/31/2021 | $0.00 |
| 188 | O'Connor Hospital | MISSION BAA | BUSINESS ASSOCIATE AGREEMENT | 3/31/2021 | |
| 189 | O'Connor Hospital | MISSION SEARCH CONTRACT SERVICES, INC. | SERVICES-STAFFING | 12/7/2018 | $0.00 |
| 190 | O'Connor Hospital | MITRA EMAMI, M.D., INC. | PHYSICIANS-ON CALL | 11/30/2018 | $0.00 |
| 191 | O'Connor Hospital | MOHAMMED S. QAYYUM, MD, INC. | PHYSICIANS-ON CALL | 7/31/2019 | $0.00 |
| 192 | O'Connor Hospital | MORRISON MANOR CONVALESCENT HOSPITAL | PATIENT TRANSFER AGREEMENT | 6/30/2064 | $0.00 |
| 193 | O'Connor Hospital | MSDS ONLINE | AGREEMENT FOR SERVICES | 1/9/2021 | $0.00 |
| 194 | O'Connor Hospital | MT. PLEASANT NURSING CENTER | PATIENT TRANSFER AGREEMENT | 12/31/2064 | $0.00 |
| 195 | O'Connor Hospital | NBS MEDICAL MANAGEMENT | SERVICES-BILLING | 11/30/2018 | $24,045.98 |
| 196 | O'Connor Hospital | NGUYEN, HOANG MANH D.O. | PHYSICIANS-ON CALL | 7/31/2019 | $0.00 |
| 197 | O'Connor Hospital | NGUYEN, NGAI MD | PHYSICIANS-ON CALL | 9/30/2018 | $0.00 |
| 198 | O'Connor Hospital | NGUYEN, NGAI MD | PHYSICIANS-ON CALL | 9/30/2018 | |
| 199 | O'Connor Hospital | NOVIA SOLUTIONS, INC. | SERVICES-STAFFING | 4/30/2019 | $0.00 |
| 200 | O'Connor Hospital | NX HEALTH NETWORK | PARTICIPATING FACILITY AGREEMENT | Evergreen | $0.00 |
| 201 | O'Connor Hospital | OBSTETRIX MEDICAL GROUP OF CALIFORNIA, A PROFESSIONAL CORPORATION | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 6/30/2019 | |
| 202 | O'Connor Hospital | OBSTETRIX MEDICAL GROUP OF CALIFORNIA, A PROFESSIONAL CORPORATION | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 6/30/2019 | $142,249.66 |
| 203 | O'Connor Hospital | OBSTETRIX MEDICAL GROUP OF CALIFORNIA, A PROFESSIONAL CORPORATION | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 9/30/2019 | |
| 204 | O'Connor Hospital | OCH FOREST 1, A CALIFORNIA LIMITED PARTNERSHIP | PARTNERSHIP | 1/30/2046 | $0.00 |
| 205 | O'Connor Hospital | OCH PATHOLOGY MEDICAL GROUP | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 4/30/2019 | $0.00 |
| 206 | O'Connor Hospital | OCONNOR BUILDING, LLC | LEASE-AS TENANT (FOREST MEDICAL ARTS BUILDING, 125 CIRO AVENUE, SUITE #201) | 11/30/2021 | $219,876.00 |
| 207 | O'Connor Hospital | O'CONNOR HEALTH CENTER 1 | LEASE-AS TENANT (485 O'CONNOR DRIVE, SUITE 250, SAN JOSE, CALIFORNIA) | 6/30/2018 | $5,358.20 |
| 208 | O'Connor Hospital | O'CONNOR MEDICAL STAFF | ADMINISTRATIVE SERVICES | 12/31/2018 | $6,780.00 |
| 209 | O'Connor Hospital | OMNIRAD MEDICAL GROUP, INC. | PHYSICIANS-ON CALL | 5/31/2020 | $15,680.00 |
| 210 | O'Connor Hospital | ON LOK | ADMINISTRATIVE SERVICES | 10/31/2019 | $12,691.24 |
| 211 | O'Connor Hospital | ORTHOKRISTY BONE AND JOINT CENTER, INC. (FARRIS, CHARISSA MD) | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 212 | O'Connor Hospital | OSHPD GRANT-FAMILY MEDICINE RESIDENCY | GRANT AGREEMENT | 8/15/2019 | $0.00 |
| 213 | O'Connor Hospital | OTIS ELEVATOR-ELEVATOR MODERNIZATION | FACILITY SERVICES AGREEMENT | 4/3/2019 | $576,521.96 |
| 214 | O'Connor Hospital | OTIS ELEVATOR-ELEVATOR MODERNIZATION | FACILITY SERVICES AGREEMENT | 4/3/2019 | |
| 215 | O'Connor Hospital | OUR 365 | AGREEMENT FOR SERVICES | 9/1/2019 | $0.00 |
| 216 | O'Connor Hospital | OVID TECHNOLOGIES | LICENSE-SOFTWARE SUBSCRIPTION | 12/31/2018 | $0.00 |
| 217 | O'Connor Hospital | PACIFIC NEUROMONITORING | AGREEMENT FOR SERVICES | 1/31/2019 | $0.00 |
| 218 | O'Connor Hospital | PACKARD CHILDREN'S HEALTH ALLIANCE ( LAPPEN, MD; KIM, MD; TRAN, MD; ARRINGTON, MD) | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 9/30/2019 | |

**County of Santa Clara**
**Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 219 | O'Connor Hospital | PACKARD CHILDREN'S HEALTH ALLIANCE ( LAPPEN, MD; KIM, MD; TRAN, MD; ARRINGTON, MD) | PHYSICIANS-ON CALL | 9/30/2019 | $0.00 |
| 220 | O'Connor Hospital | PACKARD CHILDREN'S HEALTH ALLIANCE ( LAPPEN, MD; KIM, MD; TRAN, MD; ARRINGTON, MD) | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 9/30/2019 | |
| 221 | O'Connor Hospital | PACKARD CHILDREN'S HEALTH ALLIANCE ( LAPPEN, MD; KIM, MD; TRAN, MD; ARRINGTON, MD) | PHYSICIANS-ON CALL | 9/30/2019 | |
| 222 | O'Connor Hospital | PAINCARE OF SILICON VALLEY, INC. | LEASE-AS LANDLORD | 10/31/2017 | $0.00 |
| 223 | O'Connor Hospital | PARAGON MECHANICAL, INC | FACILITY SERVICES AGREEMENT | 3/15/2019 | $304,067.65 |
| 224 | O'Connor Hospital | PARAGON MECHANICAL-HVAC, METALWORK, BLDG MGMT | FACILITY SERVICES AGREEMENT | 3/14/2019 | $0.00 |
| 225 | O'Connor Hospital | PARAGON-COOLING TOWER | FACILITY SERVICES AGREEMENT | 12/14/2018 | $0.00 |
| 226 | O'Connor Hospital | PEDIATRIX MEDICAL GROUP OF CALIF., A PROF. CORP. | PHYSICIANS-ON CALL | 1/31/2019 | |
| 227 | O'Connor Hospital | PEDIATRIX MEDICAL GROUP OF CALIF., A PROF. CORP. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 9/30/2019 | $25,933.32 |
| 228 | O'Connor Hospital | PEDIATRIX MEDICAL GROUP OF CALIF., A PROF. CORP. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 9/30/2019 | |
| 229 | O'Connor Hospital | PHARMERICA | PROFESSIONAL SERVICE AGREEMENT | 8/31/2019 | $8,733.02 |
| 230 | O'Connor Hospital | PHILIPS HEALTHCARE | EQUIPMENT-WARRANTY | 4/14/2019 | $80,176.68 |
| 231 | O'Connor Hospital | PLUR CITY CAFE | FOOD SERVICE AGREEMENT | 10/10/2020 | $0.00 |
| 232 | O'Connor Hospital | PODLESH, SCOTT DDS | PHYSICIANS-ON CALL | 6/30/2019 | $0.00 |
| 233 | O'Connor Hospital | POLYXENE KOKINOS, M.D., A PROFESSIONAL CORPORATION | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 11/30/2018 | $0.00 |
| 234 | O'Connor Hospital | PREMIER BRAIN AND SPINE INSTITUTE, INC | PHYSICIANS-ON CALL | 10/31/2018 | $0.00 |
| 235 | O'Connor Hospital | PRESS GANEY/NDNQI | SERVICES-DATA REPORTING | 12/31/2019 | $2,951.50 |
| 236 | O'Connor Hospital | PRIDAY-DAVITA | LABORATORY SERVICES AGREEMENT | 12/1/2018 | $0.00 |
| 237 | O'Connor Hospital | QURESHI, FARDA MD | LEASE-AS LANDLORD | 11/30/2018 | $0.00 |
| 238 | O'Connor Hospital | RAB-COM LIMITED | FACILITY SERVICES AGREEMENT | 3/13/2021 | $19,184.80 |
| 239 | O'Connor Hospital | RADIATION ONCOLOGY MEDICAL PARTNERS, INC. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 6/30/2020 | $0.00 |
| 240 | O'Connor Hospital | RADIOLOGICAL ASSOCIATES MEDICAL GROUP OF SANTA CLARA VALLEY, INC. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 5/31/2020 | $407.00 |
| 241 | O'Connor Hospital | RADIOLOGICAL ASSOCIATES MEDICAL GROUP OF SANTA CLARA VALLEY, INC. | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 5/31/2020 | |
| 242 | O'Connor Hospital | RASHID ELAHI, MD, INC. | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 243 | O'Connor Hospital | RAYMOND SILVA, M.D., INC. | PHYSICIANS-ON CALL | 10/31/2018 | $0.00 |
| 244 | O'Connor Hospital | RAYMOND SILVA, M.D., INC. | PHYSICIANS-ON CALL | 7/31/2019 | |
| 245 | O'Connor Hospital | RESTORATION MANAGEMENT | FACILITY SERVICES AGREEMENT | 3/21/2019 | $0.00 |
| 246 | O'Connor Hospital | ROBERT A. QUINT, M.D., MEDICAL CORPORATION | PHYSICIANS-ON CALL | 1/31/2020 | $0.00 |
| 247 | O'Connor Hospital | SAMUEL MERRITT UNIVERSITY | STUDENT AFFILIATION AGREEMENT | 9/26/2018 | $0.00 |
| 248 | O'Connor Hospital | SAN JOSE GASTROENTEROLOGY, MEDICAL CORP | PHYSICIANS-ON CALL | 10/31/2018 | $0.00 |
| 249 | O'Connor Hospital | SAN JOSE HEALTHCARE & WELLNESS CENTER | BUSINESS ASSOCIATE AGREEMENT | 9/17/2019 | $0.00 |
| 250 | O'Connor Hospital | SAN JOSE NEPHROLOGY MEDICAL PRACTICE, P.C. (CHEN AND ROSALES) | PHYSICIANS-ON CALL | 11/30/2018 | $0.00 |
| 251 | O'Connor Hospital | SAN JOSE/EVERGREEN  COMMUNITY COLLEGE | SERVICES-EDUCATION | 6/30/2021 | $0.00 |
| 252 | O'Connor Hospital | SAN TOMAS CONVALESCENT HOSPITAL | PATIENT TRANSFER AGREEMENT | 1/1/2019 | $0.00 |
| 253 | O'Connor Hospital | SANDEEP N. GIDVIANI, M.D., INC. | PHYSICIANS-ON CALL | 11/30/2018 | $0.00 |
| 254 | O'Connor Hospital | SANGUEZA, JOHN M. D. | PHYSICIANS-ON CALL | 8/31/2019 | $0.00 |
| 255 | O'Connor Hospital | SANGUEZA, JOHN M. D. | PHYSICIANS-ON CALL | 7/31/2019 | |
| 256 | O'Connor Hospital | SANJAY & ARCHANA BINDRA, M.D.S INC. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 1/31/2019 | $0.00 |
| 257 | O'Connor Hospital | SANTA CLARA COUNTY IPA (SCCIPA) | HOSPITAL SERVICES AGREEMENT | Evergreen | $3,924.74 |
| 258 | O'Connor Hospital | SANTA CLARA FAMILY HEALTH PLAN (SCFHP) | HOSPITAL SERVICES AGREEMENT | Evergreen | $18,662.42 |
| 259 | O'Connor Hospital | SANTA CLARA UNIVERSITY HEALTHCARE ETHICS PROGRAM | STUDENT AFFILIATION AGREEMENT | 8/31/2019 | $0.00 |
| 260 | O'Connor Hospital | SCAN HEALTH PLAN | HOSPITAL SERVICES AGREEMENT | Evergreen | $2,296.69 |
| 261 | O'Connor Hospital | SCHAPER PAINTING CO | FACILITY SERVICES AGREEMENT | 2/5/2019 | $63,466.75 |
| 262 | O'Connor Hospital | SCHEDULE VIEW(SIMTEL) | BUSINESS ASSOCIATE AGREEMENT | 12/10/2018 | $297.29 |
| 263 | O'Connor Hospital | SEASONS HOSPICE & PALLIATIVE CARE | SERVICES-HOSPICE | 3/31/2019 | $0.00 |
| 264 | O'Connor Hospital | SEHHAT, MINA M.D. | LEASE-AS LANDLORD | 11/30/2017 | $0.00 |
| 265 | O'Connor Hospital | SEOUL MEDICAL GROUP, IPA | LETTER OF AGREEMENT (LOA) | Evergreen | $0.00 |
| 266 | O'Connor Hospital | SHAHID K. SIDDIQUI, MD, INC. | PHYSICIANS-ON CALL | 9/30/2018 | $0.00 |
| 267 | O'Connor Hospital | SHARMA MD, POOJA | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 2/28/2019 | $0.00 |
| 268 | O'Connor Hospital | SHEN MEDICINE & PEDIATRICS ASSOCIATES, INC. | PHYSICIANS-ON CALL | 6/30/2019 | $0.00 |
| 269 | O'Connor Hospital | SHEN MEDICINE & PEDIATRICS ASSOCIATES, INC. | PHYSICIANS-ON CALL | 6/30/2019 | |
| 270 | O'Connor Hospital | SHYAMALI SINGHAL, MD | CONFIDENTIALITY & NON-DISCLOSURE | 3/1/2019 | $0.00 |
| 271 | O'Connor Hospital | SIGNIFICANT CLEANING (455 O'CONNOR) | SERVICES-HOUSEKEEPING | 3/31/2019 | $19,040.90 |
| 272 | O'Connor Hospital | SIGNIFICANT CLEANING-MASTER AGREE & WOUND CARE | FACILITY SERVICES AGREEMENT | 3/31/2019 | $0.00 |

**County of Santa Clara**
**Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 273 | O'Connor Hospital | SKAGIT DIALYSIS, LLC | LABORATORY SERVICES AGREEMENT | 10/16/2018 | $0.00 |
| 274 | O'Connor Hospital | SKAND CORPORATION (FORMERLY SHARAD DASS MD AND ARCHANA DHAWAN MD) | PHYSICIANS-ON CALL | 10/31/2018 | |
| 275 | O'Connor Hospital | SKAND CORPORATION (FORMERLY SHARAD DASS MD AND ARCHANA DHAWAN MD) | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 276 | O'Connor Hospital | SKAND CORPORATION (FORMERLY SHARAD DASS MD AND ARCHANA DHAWAN MD) | PHYSICIANS-PROFESSIONAL AND ADMINISTRATIVE SERVICES | 3/31/2019 | |
| 277 | O'Connor Hospital | SKYLINE HEALTHCARE CENTER - SAN JOSE | BUSINESS ASSOCIATE AGREEMENT | 4/28/2021 | $0.00 |
| 278 | O'Connor Hospital | SOUTH BAY VASCULAR CENTER | PATIENT TRANSFER AGREEMENT | 10/19/2020 | $0.00 |
| 279 | O'Connor Hospital | SOUTH VALLEY MULTI-SPECIALTY MEDICAL GROUP, INC. | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 11/30/2018 | $0.00 |
| 280 | O'Connor Hospital | SOUTH VALLEY MULTI-SPECIALTY MEDICAL GROUP, INC. | PHYSICIANS-ON CALL | 8/31/2019 | |
| 281 | O'Connor Hospital | SPECIALTYCARE CARDIOVASCULAR RESOURCES, LLC | CLINICAL SERVICES AGREEMENT | 2/29/2020 | $35,740.73 |
| 282 | O'Connor Hospital | SPECTOR, LLC | FACILITY SERVICES AGREEMENT | 7/8/2019 | |
| 283 | O'Connor Hospital | Spector, LLC | Facility Services Agreement | 07/08/2019 | $49,400.00 |
| 284 | O'Connor Hospital | SPECTOR, LLC-ELEVATOR MODIFICATION | FACILITY SERVICES AGREEMENT | 7/8/2019 | |
| 285 | O'Connor Hospital | SPECTOR, LLC-PYXIS ANCHORING AGREEMENT | FACILITY SERVICES AGREEMENT | 7/8/2019 | |
| 286 | O'Connor Hospital | STANFORD BLOOD CENTER | BLOOD/ORGAN/TISSUE | 2/11/2019 | $0.00 |
| 287 | O'Connor Hospital | STANFORD HEALTH ADVANTAGE | HOSPITAL SERVICES AGREEMENT | Evergreen | $0.00 |
| 288 | O'Connor Hospital | STANFORD HEALTH CARE | RESIDENT/FELLOW TRAINING | 6/30/2027 | $897,626.04 |
| 289 | O'Connor Hospital | STANFORD UNIV (BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY ON BEHALF OF ITS SCHOOL OF MEDICINE) | EDUCATION | 6/30/2020 | $0.00 |
| 290 | O'Connor Hospital | STANFORD UNIV (BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY ON BEHALF OF ITS SCHOOL OF MEDICINE) | EDUCATION | 6/30/2020 | |
| 291 | O'Connor Hospital | SUN, XIHUA MD | PHYSICIANS-ON CALL | 11/30/2018 | $0.00 |
| 292 | O'Connor Hospital | SURGICAL STAFF INC (SSI) | SERVICES-STAFFING (NURSING) | 8/24/2019 | $0.00 |
| 293 | O'Connor Hospital | THERMAL MECHANICAL-MASTER AGREEMENT | FACILITY SERVICES AGREEMENT | 11/26/2018 | $7,616.39 |
| 294 | O'Connor Hospital | TOBBAGI, HABIB MD | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 295 | O'Connor Hospital | TOENISKOETTER & BREEDING, INC. DEVELOPMENT | ADMINISTRATIVE SERVICES | 3/17/2019 | $0.00 |
| 296 | O'Connor Hospital | TOENISKOETTER & BREEDING, INC. DEVELOPMENT | ADMINISTRATIVE SERVICES | 3/17/2019 | |
| 297 | O'Connor Hospital | TOTAL MED STAFFING | SERVICES-STAFFING (NURSING) | 10/1/2020 | $184,658.50 |
| 298 | O'Connor Hospital | TOTAL MED STAFFING | SERVICES-STAFFING (NURSING) | 10/1/2020 | |
| 299 | O'Connor Hospital | TOTAL RENAL CARE AKA DAVITA | LABORATORY SERVICES AGREEMENT | 12/2/2018 | $0.00 |
| 300 | O'Connor Hospital | TOTAL RENAL CARE-DAVITA TRANSFER AGREEMENT | PATIENT TRANSFER AGREEMENT | 6/5/2021 | $0.00 |
| 301 | O'Connor Hospital | TRANSFORMED ORTHOTICS | AGREEMENT FOR SERVICES | 12/31/2020 | $18,064.82 |
| 302 | O'Connor Hospital | TRANSFORMED ORTHOTICS | AGREEMENT FOR SERVICES | 12/31/2020 | |
| 303 | O'Connor Hospital | TRI COUNTY VASCULAR CARE | ADMINISTRATIVE SERVICES | 2/28/2021 | $0.00 |
| 304 | O'Connor Hospital | TRICARE HEALTH NET FEDERAL | FACILITY SERVICES AGREEMENT | Evergreen | $0.00 |
| 305 | O'Connor Hospital | TSE, PHILLIP MD | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 306 | O'Connor Hospital | UNITED HEALTHCARE | FACILITY PARTICIPATION AGREEMENT | Evergreen | $41,475.98 |
| 307 | O'Connor Hospital | UNITED LABOR HEALTH PLAN | MEMORANDUM OF UNDERSTANDING (MOU) | Evergreen | $0.00 |
| 308 | O'Connor Hospital | UNIVERSITY HEALTHCARE ALLIANCE | TEACHING/ADMINISTRATION | 11/30/2018 | $201,625.97 |
| 309 | O'Connor Hospital | UNIVERSITY HEALTHCARE ALLIANCE | TEACHING/ADMINISTRATION | 11/30/2018 | |
| 310 | O'Connor Hospital | UNIVERSITY OF CALIFORNIA ON BEHALF OF UCSF MEDICAL CENTER | PATIENT TRANSFER AGREEMENT | 6/30/2019 | $0.00 |
| 311 | O'Connor Hospital | UNIVERSITY OF THE PACIFIC - SCHOOL OF PHARMACY | STUDENT AFFILIATION AGREEMENT | 7/31/2021 | $0.00 |
| 312 | O'Connor Hospital | UPTODATE, INC. | SUBSCRIPTIONS | 10/31/2018 | $0.00 |
| 313 | O'Connor Hospital | UROLOGICAL SURGEONS OF NORTHERN CALIFORNIA, INC. | PHYSICIANS-ON CALL | 3/31/2019 | $0.00 |
| 314 | O'Connor Hospital | UROLOGICAL SURGEONS OF NORTHERN CALIFORNIA, INC. | PHYSICIANS-ON CALL | 3/31/2019 | |
| 315 | O'Connor Hospital | VALLEY CARDIOVASCULAR ASSOCIATES, INC. (FOR AVULA, SILPA MD) | PHYSICIANS-PROFESSIONAL SERVICES AGREEMENT | 1/31/2020 | $0.00 |
| 316 | O'Connor Hospital | VALLEY MEDICAL CONSULTANTS, INC. | PHYSICIANS-ON CALL | 11/30/2018 | $1,000.00 |
| 317 | O'Connor Hospital | VALLEY VILLAGE PRIMARY CARE CLINIC | PATIENT TRANSFER AGREEMENT | 11/2/2020 | $0.00 |
| 318 | O'Connor Hospital | VENTANA | PURCHASED SERVICES | 9/19/2019 | $0.00 |
| 319 | O'Connor Hospital | VEOLIA | SERVICES-WASTE MANAGEMENT | 12/31/2018 | $34,783.18 |
| 320 | O'Connor Hospital | VERITY HEALTH SYSTEM OF CALIFORNIA | LEASE-AS ASSIGNEE (O'CONNOR HOSPITAL AS ASSIGNEE BY O'CONNOR HEALTH CENTER 1 - 455 O'CONNOR DR., SUITE 100, SAN JOSE, CA 95128) | 11/30/2023 | $4,588.02 |
| 321 | O'Connor Hospital | VERITY HEALTH SYSTEM OF CALIFORNIA | LEASE-AS ASSIGNEE (O'CONNOR HOSPITAL AS ASSIGNEE BY O'CONNOR HEALTH CENTER 1 - 455 O'CONNOR DR., SUITE 150, SAN JOSE, CA 95128) | 7/31/2022 | $20,132.19 |
| 322 | O'Connor Hospital | VERITY HEALTH SYSTEM OF CALIFORNIA | LEASE-AS ASSIGNEE (O'CONNOR HOSPITAL AS ASSIGNEE BY O'CONNOR HEALTH CENTER 1 - 455 O'CONNOR DR., SUITE 170, SAN JOSE, CA 95128) | 6/30/2022 | $17,280.67 |
| 323 | O'Connor Hospital | VITALCARE AMERICA | CLINICAL SERVICES AGREEMENT | 5/1/2020 | $430,839.42 |
| 324 | O'Connor Hospital | VITALCARE AMERICA | CLINICAL SERVICES AGREEMENT | 5/1/2020 | |

Case 2:18-bk-20151-ER    Doc 1106    Filed 12/19/18    Entered 12/19/18 09:12:30    Desc
Main Document    Page 10 of 10

**County of Santa Clara**
**Designated Assumed Contracts and Assumed Leases (O'Connor Hospital)**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount (a)(b) |
|---|---|---|---|---|---|
| 325 | O'Connor Hospital | WANG, SHENG-YONG M.D. | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 326 | O'Connor Hospital | WATSONVILLE COMMUNITY HOSPITAL | PATIENT TRANSFER AGREEMENT | 7/14/2019 | $0.00 |
| 327 | O'Connor Hospital | WEIDNER, JAMES MD | PHYSICIANS-ON CALL | 2/1/2019 | $0.00 |
| 328 | O'Connor Hospital | WESTERN UNIVERSITY OF HEALTH SCIENCES | RESIDENT/FELLOW TRAINING | 6/30/2019 | $0.00 |
| 329 | O'Connor Hospital | WHITE BLOSSOM BAA | BUSINESS ASSOCIATE AGREEMENT | 4/26/2021 | $0.00 |
| 330 | O'Connor Hospital | WILLOW GLEN BAA | BUSINESS ASSOCIATE AGREEMENT | 4/14/2021 | $0.00 |
| 331 | O'Connor Hospital | WOLTERS KLUWER UP TO DATE | SERVICES-SOFTWARE MAINTENANCE & SUPPORT | 10/31/2018 | $0.00 |
| 332 | O'Connor Hospital | WONG, FRANK MD | PHYSICIANS-ON CALL | 3/31/2020 | $0.00 |
| 333 | O'Connor Hospital | WOODLANDS HEALTHCARE, ALG T, LLC | BUSINESS ASSOCIATE AGREEMENT | 4/5/2021 | $0.00 |
| 334 | O'Connor Hospital | WU, JERWIN MD | LEASE-AS LANDLORD | 12/31/2018 | $0.00 |
| 335 | O'Connor Hospital | YU, ANDY MD | LEASE-AS LANDLORD | 3/31/2019 | $0.00 |
| 336 | O'Connor Hospital | Airgas Northern California & Nevada | Equipment-Lease | 6/17/2014 | $39,666.69 |
| 337 | O'Connor Hospital | Air Gas | Microbulk tank rentals (as needed) | Month-to-month | $0.00 |
| 338 | O'Connor Hospital | Pandora | Software | | $0.00 |
| 339 | O'Connor Hospital | ProTransport-1 | Medical transport | 8/19/2021 | $0.00 |
| 340 | O'Connor Hospital | Nicolas Vardiabasis, D.O. A Professional Corporation | Physicians-On Call | 9/30/2019 | $0.00 |
| 341 | O'Connor Hospital | Palo Alto Medical Foundation for Healthcare, Research and Education | Physicians-Professional Services Agreement | 1/31/2019 | $0.00 |
| 342 | O'Connor Hospital | HSAG | Services-Data Reporting | 09/27/2018 | $0.00 |
| 343 | O'Connor Hospital | Kyle Le, Winnie Dang and Jennifer Pham, all individuals dba MedPlace Pharmacy | LEASE-AS LANDLORD | month-to-month | $0.00 |
| 344 | O'Connor Hospital | Saint Louise Regional Hospital | Patient Transfer Agreement | 09/30/2020 | $0.00 |

(a) Cure amounts reflected in the original Cure Notice Exhibits may need to be adjusted to reflect critical vendor payments made through current where applicable.
(b) Where multiple contracts are reflected, cure amounts could not be ascribed to individual contracts, and, as a result, a cure amount for all contracts within that category has been listed. Cure amounts are consistent with the original Cure Notice or Cure Notice Supplement unless adjusted amounts have been agreed to between Verity and counterparties in the case of inquiries or objections that have resulted in a review and reconciliation of amounts owed.  Otherwise, cure amounts related to contracts where objections have been filed are still being reviewed and reconciled.