Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/277-6910
Facsimile: 415/201-0760
E-mail: hkevane@pszjlaw.com
         scho@pszjlaw.com

Co-Counsel for Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**PACHULSKI STANG ZIEHL & JONES LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1 - NOVEMBER 30, 2018** |

DOCS_SF:98516.1 89566/001

Pachulski Stang Ziehl & Jones LLP (the "Firm") submits its second monthly fee statement (the "Second Fee Statement") for the period from November 1 through November 30, 2018 (the "Fee Period") for services rendered and expenses incurred on behalf of the above-captioned debtors and debtors in possession (the "Debtors"). In support of this Second Fee Statement, the Firm respectfully represents as follows:

1. The Firm is bankruptcy co-counsel to the Debtors in the above-referenced jointly administered Chapter 11 cases (the "Cases"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Second Fee Period.

2. As set forth in the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 421] (the "Retention Application"), the Firm has agreed to a 15% reduction of its charges for services rendered on account of the Debtors' non-profit status. The Court entered an order granting the Retention Application on November 14, 2018, *nunc pro tunc* to the Petition Date [Docket No. 818].

3. During the Second Fee Period, the Firm charged a total of $56,305.00 in fees and expenses. During the Second Fee Period, the Firm recorded 61.70 hours for services rendered. After application of the 15% non-profit adjustment, the fees and expenses requested by the Firm in this Second Fee Statement are:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 11/1/2018 – 11/30//2018 | $47,859.25 | $501.64 | $48,360.89 |

4. Accordingly, the Firm seeks allowance of interim compensation in the amount of $38,789.04 at this time. This total is comprised of: $38,287.40 in fees (80% of fees sought) plus $501.64 (100% of expenses incurred)

5. For the postpetition period, the Firm has not received any payment to date.

6. Attached hereto as **Exhibit A** is the name of each professional who performed services in connection with this case during the Fee Period and the standard hourly rate for each

2

DOCS_SF:98516.1 89566/001

such professional.  Attached hereto as **Exhibit B** is the detailed time and expense statement for the Fee Period.

7.  The Firm has served a copy of this Second Fee Statement on counsel to the Office of the United States Trustee, the above-captioned Debtors, and the Official Committee of Unsecured Creditors.  The statement was mailed by first class mail, postage prepaid, on the date hereof.   The notice of this Second Fee Statement will be given by lead counsel for the Debtors pursuant to the terms of the Interim Compensation Order (defined below).

8.  Pursuant to the *Amended Order on Debtors' Motion Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* [Docket No. 826] ("Interim Compensation Order"), the Debtors are authorized, at the times set forth in such order with respect to the Firm, to make the payment requested herein without a further hearing or order of this Court unless an objection to this Second Fee Statement is filed with the Court and served upon the undersigned and the Notice Parties (as defined in the Interim Compensation Order) within ten (10) calendar days after the date of mailing of the notice of this statement.  If such an objection is filed, the Debtors are authorized to pay (again, at the times set forth in the order with respect to the Firm) of 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Second Fee Statement and 100% of the uncontested expenses without further order of the Court at the times set forth in the Interim Compensation Order with respect to the Firm.

9.  The interim compensation and reimbursement of expenses sought in this Second Fee Statement is not final.  The Firm will seek approval from the Court of the fees and expenses incurred in these Cases in further fee applications to be filed on a quarterly and final basis as required pursuant to the Interim Compensation Order and the Bankruptcy Code.  Any compensation received by the Firm pursuant to the Interim Compensation Order will be credited towards the final fees and expenses as may be allowed by the Court.

[*remainder of page intentionally left blank*]

DOCS_SF:98516.1 89566/001

**WHEREFORE**, the Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the Interim Compensation Order.

Dated:  December 20, 2018             PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Shirley S. Cho*
Henry C. Kevane
Shirley S. Cho

Co-Counsel for the Debtors and
Debtors in Possession

1

DOCS_SF:98516.1 89566/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**150 California Street, 15th Floor, San Francisco, CA 94111**

A true and correct copy of the foregoing document entitled (*specify*): **PACHULSKI STANG ZIEHL & JONES LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2018 – NOVEMBER 30, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 20, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 30, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By FedEx Overnight Mail**
The Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2018 | Patricia Jeffries | */s/ Patricia Jeffries* |
|---|---|---|
| | *Printed Name* | *Signature* |

DOCS_SF:98516.1 89566/001

**In re: Verity Health System of California, Inc., et al.**
**Case No.  2:18-bk-20151-ER**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Robert N Amkraut   ramkraut@foxrothschild.com
- Kyra E Andrassy   kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Simon Aron   saron@wrslawyers.com
- Lauren T Attard   lattard@bakerlaw.com, abalian@bakerlaw.com
- Keith Patrick Banner   kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Cristina E Bautista   cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James Cornell Behrens   jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Ron Bender   rb@lnbyb.com
- Bruce Bennett   bbennett@jonesday.com
- Peter J Benvenutti   pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Elizabeth Berke-Dreyfuss   edreyfuss@wendel.com
- Steven M Berman   sberman@slk-law.com
- Alicia K Berry   Alicia.Berry@doj.ca.gov
- Stephen F Biegenzahn   efile@sfblaw.com
- Karl E Block   kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- Dustin P Branch   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Michael D Breslauer   mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Chane Buck   cbuck@jonesday.com
- Damarr M Butler   butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler   butler.lori@pbgc.gov, efile@pbgc.gov
- Howard Camhi   hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Shirley Cho   scho@pszjlaw.com
- Shawn M Christianson   cmcintire@buchalter.com, schristianson@buchalter.com
- David N Crapo   dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- Mariam Danielyan   md@danielyanlawoffice.com, danielyan.mar@gmail.com
- Brian L Davidoff   bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Aaron Davis   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Kevin M Eckhardt   keckhardt@huntonak.com, keckhardt@hunton.com
- Andy J Epstein   taxcpaesq@gmail.com
- Christine R Etheridge   christine.etheridge@ikonfin.com
- M Douglas Flahaut   flahaut.douglas@arentfox.com
- Michael G Fletcher   mfletcher@frandzel.com, sking@frandzel.com
- Eric J Fromme   efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- Jeffrey K Garfinkle   jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill   lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Paul R. Glassman   pglassman@sycr.com
- Eric D Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Mary H Haas   maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- Michael S Held   mheld@jw.com

- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- Robert M Hirsh    Robert.Hirsh@arentfox.com
- Florice Hoffman    fhoffman@socal.rr.com, floricehoffman@gmail.com
- Michael Hogue    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- Marsha A Houston    mhouston@reedsmith.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- John Mark Jennings    johnmark.jennings@kutakrock.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, jkeehnen@hopkinscarley.com
- Gregory R Jones    gjones@mwe.com, rnhunter@mwe.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Jane Kim    jkim@kellerbenvenutti.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Gary E Klausner    gek@lnbyb.com
- Marilyn Klinger    MKlinger@smtdlaw.com, svargas@smtdlaw.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Chris D. Kuhner    c.kuhner@kornfieldlaw.com
- Darryl S Laddin    bkrfilings@agg.com
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Richard A Lapping    richard@lappinglegal.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- David E Lemke    david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com,bryan.bates@dentons.com
- Monserrat Morales    mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com, jrothstein@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Charles E Nelson    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- Sheila Gropper Nelson    shedoesbklaw@aol.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- Bryan L Ngo    bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.c

2

- om;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- Melissa T Ngo  ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient  avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- John R OKeefe  jokeefe@metzlewis.com, slohr@metzlewis.com
- Paul J Pascuzzi  ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- Lisa M Peters  lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- Christopher J Petersen  cjpetersen@blankrome.com, gsolis@blankrome.com
- Mark D Plevin  mplevin@crowell.com, cromo@crowell.com
- David M Poitras  dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- Steven G. Polard  spolard@ch-law.com, cborrayo@ch-law.com
- Lori L Purkey  bareham@purkeyandassociates.com
- William M Rathbone  wrathbone@grsm.com, jmydlandevans@grsm.com
- Jason M Reed  Jason.Reed@Maslon.com
- Michael B Reynolds  mreynolds@swlaw.com, kcollins@swlaw.com
- Emily P Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Lesley A Riis  lriis@dpmclaw.com
- Debra Riley  driley@allenmatkins.com, plewis@allenmatkins.com;jalisuag@allenmatkins.com;bcrfilings@allenmatkins.com
- Julie H Rome-Banks  julie@bindermalter.com
- Mary H Rose  mrose@buchalter.com, salarcon@buchalter.com
- Megan A Rowe  mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- Nathan A Schultz  nschultz@foxrothschild.com
- William Schumacher  wschumacher@jonesday.com
- Mark A Serlin  ms@swllpaw.com, mor@swllplaw.com
- Seth B Shapiro  seth.shapiro@usdoj.gov
- Rosa A Shirley  rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- Kyrsten Skogstad  kskogstad@calnurses.org, rcraven@calnurses.org
- Michael St James  ecf@stjames-law.com
- Andrew Still  astill@swlaw.com, kcollins@swlaw.com
- Jason D Strabo  jstrabo@mwe.com, ahoneycutt@mwe.com
- Sabrina L Streusand  Streusand@slollp.com
- Ralph J Swanson  ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell  gft@vrmlaw.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker  matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach  jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang  kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;susan.lincoln@doj.ca.gov;yesenia.caro@doj.ca.gov
- Phillip K Wang  phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- Gerrick Warrington  gwarrington@frandzel.com, dmoore@frandzel.com
- Adam G Wentland  awentland@tocounsel.com
- Latonia Williams  lwilliams@goodwin.com, bankruptcy@goodwin.com
- Michael S Winsten  mike@winsten.com
- Jeffrey C Wisler  jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Neal L Wolf  nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- Hatty K Yip  hatty.yip@usdoj.gov
- Andrew J Ziaja  aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- Rose Zimmerman  rzimmerman@dalycity.org

3

**TO BE SERVED VIA U.S. FIRST CLASS MAIL**

| | | |
|---|---|---|
| Aetna Life Insurance Company<br>Attn: Paul Weller, Head of Provider Litigation<br>1425 Union Meeting Rd.<br>Mail Stop U23S<br>Blue Bell, PA 19422 | Allen Matkins Leck Gamble Mallory & Natsis LLP<br>Debra A. Riley, Esq.<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, CA 92101-0903 | Allscripts Healthcare LLC<br>c/o Greg Bianchi<br>5995 Windward Pkwy<br>Alpharetta, GA 30005-4184 |
| Arnall Golden Gregory LLP<br>Darryl S. Laddin<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031 | Attorney General of California<br>Xavier Becerra<br>California Department of Justice<br>1300 "I" Street<br>Sacramento, CA 95814 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Baker & Hostetler LLP<br>Lauren T. Attard<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 | Ballard Spahr LLP<br>Attn: Dustin P. Branch, Esq.<br>Nicholas M. Gross, Esq.<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909 | Ballard Spahr LLP<br>Brain D. Huben, Michael S. Meyers<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909 |
| Ballard Spahr LLP<br>William P. Wassweiler, Esq. and Charles E. Nelson, Esq.<br>2000 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Barnes & Thornburg LLP<br>David M. Powlen, Kevin G. Collins<br>1000 N. West St., Suite 1500<br>Wilmington, DE 19801 | Barnes & Thornburg LLP<br>Paul J. Laurin<br>2029 Century Park E, Suite 300<br>Los Angeles, CA 90067 |
| Bart Florence<br>1620 North Market Blvd<br>Sacramento, CA 95834 | BDO USA, LLP<br>Laurence W. Golberg Director, Receivables Management<br>4135 Mendenhall Oaks Parkway, Suite 140<br>High Point, NC 27265 | Blakeley LLP<br>Scott E. Blakeley<br>18500 Von Karman Avenue, Suite 530<br>Irvine, CA 92612 |
| Bush Gottlieb, A Law Corporation<br>Attn: Joseph A. Kohanski, David E. Ahdoot, Kirk M. Prestegard<br>801 North Brand Boulevard, Suite 950<br>Glendale, CA 91203 | California Department of Health Care Services<br>Jennifer Kent, Director<br>1501 Capitol Avenue, Suite 4510<br>Sacramento, CA 95814 | California Nurses Association (CNA)<br>Attn: Kyrsten Skogstad, In-House Counsel; Nicole J. Daro, Esq<br>Legal Department<br>155 Grand Avenue<br>Oakland, CA 94612 |
| California Secretary of State<br>1500 11th Street<br>Sacramento, CA 95814 | California State Board of Pharmacy<br>1625 North Market Boulevard<br>Sacramento, CA 95834 | Carlton Fields Jordan Burt, LLP<br>Mark Neubauer and Donald Kirk<br>2000 Avenue of the Stars Suite 530N<br>Los Angeles, CA 90067-4707 |
| Carlton Fields Jorden Burt PA<br>Donald R Kirk & John Ryan Yant<br>4221 W Boy Scout Blvd Ste 1000<br>Tampa, FL 33607-5780 | City of Daly City<br>Rose Zimmerman<br>City Attorney's Office<br>333 90th Street<br>Daly City, CA 94015 | Dentons US LLP<br>Samuel R. Maizel, John A. Moe, II, Tania M. Moyron<br>601 South Figueroa Street, Ste 2500<br>Los Angeles, CA 90017-5704 |

DOCS_SF:98516.1 89566/001

| | | |
|---|---|---|
| Devaney Pate Morris & Cameron, LLP<br>c/o Leslie A. Riis<br>402 W. Broadway, Suite 1300<br>San Diego, CA 92101 | DLA Piper LLP (US)<br>Eric D. Goldberg<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067-4704 | DLA Piper LLP (US)<br>Jade M. Williams<br>444 W. Lake Street, Suite 900<br>Chicago, IL 60606-0089 |
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento, CA 95814 | Engineers and Scientists of California<br>IFPTE Local 20 AFL-CIO & CLC<br>Danielle Lucido Chief Counsel<br>810 Clay St<br>Oakland, CA 94607 | Felderstein Fitzgerald Willoughby & Pascuzzi Llp<br>Paul J. Pascuzzi<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814 |
| Fox Rothschild LLP<br>Attn: Michael A. Sweet, Nathan A. Schultz<br>345 California Street, Suite 2200<br>San Francisco, CA 94104 | Fox Rothschild LLP<br>Attn: Robert N. Amkraut, Esq<br>1001 Fourth Ave. Suite 4500<br>Seattle, WA 98154 | Gibbons P.C.<br>Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark, NJ 07102-5310 |
| Greenberg Traurig, LLP<br>Michael R. Hogue<br>Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111 | Hanson Bridgett LLP<br>Neal L. Wolf<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Hunton Andrews Kurth LLP<br>Kevin M. Eckhardt<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101 | Internal Revenue Service<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Iris Lara<br>c/o Trisha Monesi<br>1875 Century Park East, Suite 100<br>Los Angeles, CA 90067 |
| JD Thompson Law<br>c/o Judy D. Thompson, Esq.<br>PO Box 33127<br>Charlotte, NC 28233 | Jones Day<br>Bruce Bennett<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071 | KCC<br>Andres A. Estrada<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| Keller & Benvenutti LLP<br>Attn: Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | Keller & Benvenutti LLP<br>Attn: Peter J. Benvenutti, Jane Kim<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 | Kornfield, Nyberg, Bendes, Kuhner & Little, PC<br>Chris D. Kuhner, Esq.<br>1970 Broadway, Suite 600<br>Oakland, CA 94612 |
| Kutack Rock LLP<br>Lisa M. Peters<br>1650 Farnam St<br>Omaha, NE 68102 | Law Office of Florice Hoffman. L.C.<br>Florice Hoffman<br>8502 E. Chapman Avenue, Suite 353<br>Orange, CA 92869 | Leonard Carder, LLP<br>Shawn C. Groff, Mollie Simons, Andrew J. Ziaja<br>1330 Broadway, Ste 1450<br>Oakland, CA 94612 |

2

| | | |
|---|---|---|
| Loeb & Loeb LLP<br>Lance N. Jurich, Esq<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067-4120 | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Maslon LLP<br>Clark T Whitmore<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |
| McDermott Will & Emery LLP<br>Gregory R. Jones<br>2049 Century Park East, Suite 3800<br>Los Angeles, CA 90067-3218 | McDermott Will & Emery LLP<br>James Kapp<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029 | McDermott Will & Emery<br>Jason D. Strabo; James F. Owens<br>2049 Century Park East, 38th Floor<br>Los Angeles, CA 90067-3218 |
| McDermott Will & Emery<br>William Smith Nathan Coco Megan Preusker<br>444 West Lake St<br>Suite 4000<br>Chicago, IL 60606-0029 | Medline Industries, Inc.<br>Shane Reed<br>Three Lakes Drive<br>Northfield, IL 60093 | Milbank, Tweed, Hadley & McCloy LLP<br>Gregory A. Bray Mark Shinderman & James C. Behrens<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>Attn: Daniel Bleck and Leonard Weiser-Varon<br>One Financial Center<br>Boston, MA 02111 | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>Attn: Paul J. Ricotta<br>666 Third Avenue<br>New York, NY 10017 | NantWorks, LLC and Nant Capital, LLC<br>Charles Kim<br>9920 Jefferson Boulevard<br>Culver City, CA 90232 |
| Office of the Attorney General<br>Alicia Berry, Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 | Office of the Attorney General<br>Consumer Law Section<br>Attn Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | Office of the Attorney General<br>Wendi A. Horwitz, Deputy Attorney General<br>Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 |
| Office of the California Attorney General<br>Department of Justice<br>Kenneth Wang<br>300 South Spring Street<br>Los Angeles, CA 90013 | Office of the California Attorney General<br>Department of Justice<br>Jennifer Kim<br>300 South Spring Street, Floor 9<br>Los Angeles, CA 90013 | Pension Benefit Guaranty Corporation ("PBGC")<br>Attn: Michael Strollo and Emily Lesniewski<br>1200 K Street, NW<br>Washington, DC 20005 |
| Perkins Coie LLP<br>Schuyler G. Carroll<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112-0085 | Purkey & Associates, P.L.C.<br>c/o Lori L. Purkey, Esq<br>5050 Cascade Road, SE, Suite A<br>Grand Rapids, MI 49546 | Randick O'Dea & Tooliatos, LLP<br>Phillip G. Vermont<br>5000 Hopyard Road<br>Suite 225<br>Pleasanton, CA 94588 |
| RCB Equities #1 LLC<br>Brian Dror / Zvi Ryzman<br>5967 West 3rd Street, Suite 102<br>Los Angeles, CA 90036 | Reed Smith LLP<br>Marsha A. Houston, Christopher O. Rivas<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514 | Resolution Law Firm P. C.<br>Sheila Gropper Nelson, Esq.<br>50 Osgood Place, 5th Fl.<br>San Francisco, CA 94133 |

3

| | | |
|---|---|---|
| Rimon, P.C.<br>Phillip K. Wang, Esq.<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Rosemawr Municipal Partners Fund LP, Rosemawr Capital II LP, RMA Capital Partners LP<br>Greg Shlionsky Julie Morrone Elyse Levesque<br>810 Seventh Avenue, 27th Floor<br>New York, NY 10019 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 |
| Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York, NY 10281 | SEIU United Healthcare Workers West<br>Attn: David Miller<br>560 Thomas L Berkeley Way<br>Oakland, CA 94612-1602 | Serlin & Whiteford, LLP<br>Mark A. Serlin, Esq.<br>701 E Street<br>Sacramento, CA 95814 |
| Shumaker, Loop, & Kendrick, LLP<br>Steven M. Berman<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602 | Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC<br>Attn: Brad Hamman<br>2301 Maitland Center Pkwy Ste 350<br>Maitland , FL 32751-7417 | St. James Law, P.C.<br>Michael St. James, Esq.<br>22 Battery Street, Suite 888<br>San Francisco, CA 94111 |
| State of California Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | State of California Board of Equalization<br>Executive Director<br>450 N Street, MIC: 73<br>Sacramento, CA 95814-0073 | State of California Board of Equalization<br>Special Operations Bankruptcy Team<br>MIC: 74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 |
| State of California Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013 | State of California Franchise Tax Board<br>Franchise Tax Board Bankruptcy Section<br>MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| State of California Franchise Tax Board<br>Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720<br>MS: A-260<br>Rancho Cordova, CA 95741-1720 | Stradling Yocca Carlson & Rauth, P.C.<br>Paul R. Glassman, Esq. and Jeremy H. Rothstein, Esq<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica, CA 90401 | Stradling Yocca Carlson & Rauth, P.C.<br>Attn: Marianne S. Mortimer; Paul R. Glassman; Jeremy H. Rothstein<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica, CA 90401 |
| Streusand, Landon, Ozburn & Lemmon, LLP<br>Sabrina L. Streusand<br>1801 S. Mopac Expressway, Suite 320<br>Austin, TX 78746 | Theodora Oringher PC<br>Scott Schoelffel, Eric J. Fromme, Adam G Wentland<br>535 Anton Boulevard, 9th Floor<br>Costa Mesa, CA 92626-7109 | Trodella & Lapping LLP<br>Richard A. Lapping<br>540 Pacific Avenue<br>San Francisco, CA 94133 |

4

| | | |
|---|---|---|
| U.S. Department of Health & Human Services<br>Alex M. Azar II, Secretary<br>200 Independence Avenue, S.W.<br>Washington, DC 20201 | U.S. Department of Health and Human Services<br>Angela M. Belgrove, Assistant Regional Counsel<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705 | U.S. Department of Justice, Civil Division<br>Seth B Shapiro<br>1100 L Street, N.W., Room 7114, Seventh Floor<br>Washington, DC 20005 |
| U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 | UMB Bank, N.A.<br>Attn.: Virginia Anne Housum, Senior Vice President<br>UMB Financial Corporation<br>120 Sixth Street South<br>Suite 1400<br>Minneapolis, MN 55402 | United States Attorney's Office<br>Federal Building<br>Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 |
| United States Attorneys Office<br>Central District of California<br>312 North Spring Street<br>Suite 1200<br>Los Angeles, CA 90012 | United States Attorneys Office<br>Northern District of California<br>150 Almaden Boulevard<br>Suite 900<br>San Jose, CA 95113 | United States Attorneys Office<br>Northern District of California<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044 | United States Trustee<br>Hatty K Yip<br>Office of the UST/DOJ<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | US Bank NA<br>Sandra Spivey, VP<br>Nevada Financial Center<br>2300 W. Sahara Ste 200<br>Las Vegas, NV 89102 |
| Waller Lansden Dortch & Davis, LLP<br>David E. Lemke, Melissa W. Jones<br>511 Union Street, Ste 2700<br>Nashville, TN 37219 | Weinberg Roger & Rosenfeld<br>c/o Emily P. Rich<br>1001 Marina Village Parkway, Suite 200<br>Alameda, CA 94501-1091 | Wells Fargo Bank, N.A.<br>Mark V Birkholz;Corbin Connell<br>600 4th St. 6th Floor<br>MAC N9300-060<br>Minneapolis, MN 55415 |
| Workday, Inc.<br>John Elrod;Ann Sandor<br>6110 Stoneridge Mall Road<br>Pleasanton, CA 94588 | | |

5

## **EXHIBIT A**

| Timekeeper | Rate | Hours | Total Fees |
|---|---|---|---|
| Steven J. Kahn | $925.00 | 23.90 | $22,107.50 |
| Shirley S. Cho | $850.00 | 15.50 | $13,175.00 |
| Patricia J. Jeffries | $375.00 | 1.20 | $    450.00 |
| Henry C. Kevane | $975.00 | 21.10 | $20,572.50 |
| **Grand Total** | | **61.70** | **$56,305.00** |

# **EXHIBIT B**