SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Judge: Hon. Ernest M. Robles<br><br>**NOTICE OF THIRD MONTHLY FEE APPLICATIONS OF PROFESSIONALS PAID BY THE DEBTORS FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION & REIMBURSEMENT OF EXPENSES**<br><br>**[No Hearing Required]** |

- 1 -

109809205\V-1

**PLEASE TAKE NOTICE** that the professionals listed on the chart below (each, a "Professional") have applied (each, an "Application") to the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Court"), for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the periods indicated below.  In accordance with the *Amended Order on Debtors' Motion Establishing Procedures For Monthly Payment Of Fees And Expense Reimbursement* (the "Fees Order") [Docket No. 826], the Professionals seek allowance and payment on an interim basis of (i) 80% of the fees incurred for services rendered and (ii) 100% of the expenses incurred. Copies of the Applications can be obtained at www.kccllc.net/verityhealth, or in person at the United States Bankruptcy Court for the Central District of California, Edward R. Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  The chart below shows a summary of the fees and expenses incurred and requested:

| Professional's Name and Address | Position | Application Docket No. and Period | Total (100%) Fees Incurred | Total (100%) Expenses Incurred | 80% of Fees Incurred | Total requested in this Application (80% of Fees and 100% of Expenses) | Hold Back (20% of fees) |
|---|---|---|---|---|---|---|---|
| Dentons US LLP, 601 S. Figueroa St, Suite 2500 Los Angeles, CA 90017 | Counsel to the Debtors | Dkt. No. 1178 11/1/18 - 11/30/18 | $789,622.11 | $2,081.79 | $631,697.68 | $633,779.47 | $157,924.43 |
| Milbank Tweed, 2029 Century Park E., 33rd Fl., Los Angeles, CA 90067 | Counsel to the Official Committee of Unsecured Creditors ("UCC") | Dkt. No. 1177 11/1/18 - 11/30/18 | $418,759.00 | $14,547.16 | $335,007.20 | $349,554.36 | $83,751.80 |
| FTI Consulting, Three Times Square, 9th Floor, New York, NY 10036 | Financial Advisor to the UCC | Dkt. No. 1176 11/1/18 - 11/30/18 | $201,254.50 | $998.70 | $161,003.60 | $162,002.30 | $40,250.90 |

- 1 -

109809205\V-1

| Professional's Name and Address | Position | Application Docket No. and Period | Total (100%) Fees Incurred | Total (100%) Expenses Incurred | 80% of Fees Incurred | Total requested in this Application (80% of Fees and 100% of Expenses) | Hold Back (20% of fees) |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones, LLP, 150 California St., 15th Fl., San Francisco, CA 94111 | Conflict Counsel to the Debtors | Dkt. No. 1113 11/1/18 - 11/30/18 | $47,859.25 | $501.64 | $38,287.40 | $38,789.04 | $9,571.85 |
| Nelson Hardiman, LLP, 1100 Glendon Ave., 14th Fl., Los Angeles, CA 90024 | Special Healthcare Regulatory Counsel to the Debtors | Dkt. No. 1131 11/1/18 - 11/30/18 | $128,337,.40 | $151.57 | $102,669.92 | $102,821.49 | $25,667.48 |
| Levene Neale, 10250 Constellation, Blvd., Ste. 1700 Los Angeles, CA 90067 | Counsel to Patient Care Ombudsman | Dkt. No. 1122 11/1/18 - 11/30/18 | $16,004.00 | $117.72 | $12,803.20 | $12,920.92 | $3,200.80 |
| Jacob Nathan Rubin, MD, FACC, 4955 Van Nuys Blvd., Suite 308, Sherman Oaks, CA 91403 | Patient Care Ombudsman | Dkt. No. 1123 11/1/18 - 11/30/18 | $54,375.00 | $1,873.61 | $43,500.00 | $45,373.61 | $10,875.00 |
| Dr. Tim Stacy, DNP, ACNP-BC, 5268 Huckleberry Oak St., Simi Valley, CA 93063 | Consultant to Patient Care Ombudsman | Dkt. No. 1123 11/1/18 - 11/30/18 | $26,975.00 | $ -0- | $21,580.00 | $21,580.00 | $5,395.00 |

Pursuant to the Fees Order, any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court and serve a copy of that objection at the addresses shown above unless otherwise noted, upon (a) the Professional whose Monthly Fee Application is the subject of the objection, (b) the Office of the United States Trustee, Attn: Hatty Yip, 915 Wilshire Blvd., Suite 1850 Los Angeles, California 90017, (c) Verity Health System of California, Inc., Attn: Elspeth Paul, General Counsel, 2040 E Mariposa Avenue, El Segundo, CA 90245, (d) Debtors' counsel, and (e) counsel for the Official Committee of Unsecured Creditors, within ten (10) calendar days of the date

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109809205\V-1

this Notice was mailed. Any objection must be a complete written statement of all reasons in opposition thereto, declarations and copies of all evidence on which the objecting party intends to rely, and any responding memorandum of points and authorities.

If an objection is timely filed and served, the Debtors will pay the Professional whose application is the subject of an objection the amounts not in dispute at the times set forth in the Fees Order with respect to the above professionals and will reserve any amounts in dispute for payment after the Court hears and resolves such dispute.

Dated: January 2, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
JOHN A. MOE, II
TANIA R. MOYRON

By   /s/ *Samuel R. Maizel*
SAMUEL R. MAIZEL
Attorneys for Chapter 11 Debtors and Debtors
In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 3 -

109809205\V-1