| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** _____ **DIVISION**

| | |
|---|---|
| In re:<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: |
| Plaintiff(s) (*if applicable*).<br>vs.<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1:  Identify the appellant(s)**

1.   Name(s) of appellant(s): _____

2.   Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐  Plaintiff
☐  Defendant
☐  Other (*describe*):

For appeals in a bankruptcy case and not in an  adversary proceeding.
☐  Debtor
☐  Creditor
☐  Trustee
☐  Other (*describe*):

**Part 2:  Identify the subject of this appeal**

1.   Describe the judgment, order, or decree appealed from:


2.   The date the judgment, order, or decree was entered:  _____

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1.   Party:

     Attorney:




2.   Party:

     Attorney:




**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

_____  Date: _____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


_____    _____    _____
*Date*                          *Printed Name*                                            *Signature*

# Verity Health Systems of California, Inc.

### Current Service List

| | |
|---|---|
| SAM J. ALBERTS<br>**DENTONS US LLP**<br>1900 K Street NW<br>Washington, DC  20006 | DANIEL S. BLECK<br>**MINTZ, LEVIN, ET AL.**<br>One Financial Center<br>Boston, MA  02111 |
| MARGARET M. ANDERSON<br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>200 West Madison St.<br>Chicago, IL 60606 | MONICA A BLUT<br>**DEMIDCHIK LAW FIRM**<br>923 E. Valley Blvd., Suite 268<br>San Gabriel, CA  91776 |
| **ASAHI INTECC USA INC**<br>2500 Red Hill Ave.<br>Suite 210<br>Santa Ana, CA  92705 | **CAIN BROTHERS**<br>601 California Street, Suite 1505<br>San Francisco, CA  94108 |
| **BDO USA, LLP, A CALIFORNIA CORPORATION**<br>1888 Century Park East, 4th Floor<br>Los Angeles, CA  90067 | SCHUYLER CARROLL<br>**PERKINS COIE, LLP**<br>30 Rockefeller Plaza, Floor 22<br>New York, NY  10112-0085 |
| Brent F Basilico<br>**SELLAR HAZARD & LUCCIA**<br>201 North Civic Drive,  Suite 145<br>Walnut Creek,CA  94596 | **COCHLEAR CORPORATION**<br>13059 E Peakview Ave<br>Englewood, CO  80111 |
| **BERKELEY RESEARCH GROUP LLC**<br>550 S. Hope Street<br>Suite 2150<br>Los Angeles, CA  90071 | NATHAN F. COCO<br>**MCDERMOTT WILL & EMERY**<br>444 West Lake Street<br>Chicago, IL  60606-0029 |
| **SCOTT E. BLAKELEY**<br>18500 Von Karman Ave.<br>Suite 530<br>Irvine, CA  92612 | **DENTONS US LLP**<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles, CA  90025 |

| | |
|---|---|
| **ECOLAB INSTITUTIONAL**<br>655 Loan Oak Drive<br>Eagan, MN  55121 | DONALD R. KIRK<br>**CARLTON FIELDS JORDEN BURT, P.A.**<br>4221 W Boy Scout Blvd., Suite 1000<br>Tampa, FL  33607-5780 |
| REFUGIO ESTRADA<br>**c/o KATZ LAW, APC**<br>11620 Wilshire Blvd. #900<br>Los Angeles, CA  90025 | **MEDTRONIC USA, INC**<br>Doral Corporate Centre II<br>3750 NW 87th Ave, Suite 700<br>Miami, FL  33178 |
| **SHAWN C. GROFF**<br>1330 Broadway, Suite 1450<br>Oakland, CA  94612 | **MILBANK, TWEED, HADLEY & MCCLOY**<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA  90067 |
| IAN A. HAMMEL<br>**MINTZ LEVIN COHN FERRIS, GLOVSKY & POPEO**<br>One Financial Center<br>Boston, MA 02111 | CLAUDE D. MONTGOMERY.<br>**DENTONS US LLP**<br>1221 Avenue of the Americas<br>New York, NY  10020-1001 |
| MELISSA W. JONES<br>**WALLER LANSDEN DORTCH & DAVIS, LLP**<br>511 Union St., Suite 2700<br>Nashville, TN 37219 | KEVIN MORSE<br>**Saul Ewing Arnstein & Lehr**<br>161 North Clark Street, Suite 4200<br>Chicago, IL  60601 |
| GREGORY KADEN<br>**GOULSTON & STORRS PC**<br>400 Atlantic Ave.<br>Boston, MA  02110 | **NFS LEASING INC.**<br>**DEVANEY PATE MORRIS & CAMERON LLP**<br>c/o LESLEY A. RIIS<br>402 W. Broadway, Suite 130<br>San Diego, CA  92101 |
| **JAMES KAPP**<br>444 West Lake St., Suite 4000<br>Chicago, IL  60606-0029 | JOHN R. O'KEEFE, JR.<br>**METZ LEWIS BRODMAN MUST O'KEEFE LLC**<br>535 Smithfield St., Suite 800<br>Pittsburgh, PA  15222 |

| | |
|---|---|
| JIMMY D. PARRISH<br>**BAKER HOSTETLER**<br>200 S. Orange Ave., Suite 2300<br>Orlando, FL  32801 | CHRISTOPHER RIVAS<br>**REED SMITH**<br>355 South Grand Ave., Suite 2900<br>Los Angeles, CA 90071 |
| LISA M. PETERS<br>**KUTAK ROCK LLP**<br>1650 Farnam St.<br>Omaha, NE  68102-2186 | **BENJAMIN ROSENBLUM**<br>250 Vesey St.<br>New York, NY  10281 |
| DAVID M. POWLEN<br>**BARNES & THORNBURG LLP**<br>1000 N. West Street, Suite 1500<br>Wilmington, DE  19801-1050 | SCOTT SCHOEFFEL<br>**THEODORA ORINGHER PC**<br>535 Anton Blvd., 9th Floor<br>Costa Mesa, CA  92626-7109 |
| MEGAN PREUSKER<br>**MCDERMOTT WILL & EMERY**<br>440 West Lake Street<br>Chicago, IL  60606-0029 | RYAN SCHULTZ<br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>200 W. Madison  Street<br>Suite 3000<br>Chicago, IL 60606 |
| RACHEL C. QUIMBY<br>**DAGLIAN LAW GROUP APLC**<br>701 N. Brand Blvd., Suite 610<br>Glendale, CA  91203 | MOLLIE SIMONS<br>**LEONARD CARDER, LLP**<br>1330 Broadway, Suite 1450<br>Oakland, CA  94612 |
| JASON REED<br>**MASLON LLP**<br>3300 Wells Fargo Center<br>90 S Seventh St<br>Minneapolis, MN  55402 | SODEXO, INC<br>**JD THOMPSON LAW**<br>c/o JUDY D THOMPSON ESQ<br>P.O. Box 33127<br>Charlotte, NC 28233 |
| PAUL J. RICOTTA<br>**MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**<br>Chrysler Center<br>666 Third Ave<br>New York, NY  10017 | **MICHAEL A. SWEET**<br>345 California St., Suite 2200<br>San Francisco, CA  94104 |

| | |
|---|---|
| PHILLIP G. VERMONT<br>**RANDICK O'DEA & TOOLIATOS LLP**<br>5000 Hopyard Rd., Suite 225<br>Pleasonton, CA  94588 | |
| WILLIAM P. WASSWEILER<br>**BALLARD SPAHR LLP**<br>80 S. Eighth St., Suite 2000<br>Minneapolis, MN  55402 | |
| CLARK WHITMORE<br>**MASON LLP**<br>3300 Wells Fargo Center<br>90 S. 7th Street<br>Minneapolis, MN  55402 | |
| JADE M. WILLIAMS<br>**DLA PIPER LLP US**<br>444 W. Lake St., Suite 900<br>Chicago, IL 60606-0089 | |
| SAMUEL C. WISOTZKEY<br>**KOHNER, MANN & KAILAS SC**<br>4650 N. Port Washington<br>Milwaukee, WI 53212-1077 | |
| JOHN RYAN YANT<br>**CARLTON FIELDS JORDEN BURT, P.A.**<br>4221 W. Boy Scout Blvd., Suite 1000<br>Tampa, FL  33607-5780 | |
| FLORENCE ZABALA<br>**c/o POLIS & ASSOCIATES, APLC**<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA  92612 | |
| MARIA ZAVALA<br>**c/o POLIS & ASSOCIATES**<br>19800 MacArthur Blvd., Suite 1000<br>Irvine, CA  92612 | |