SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**NOTICE OF RESOLVED AND UNRESOLVED CURE OBJECTIONS RELATING TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DKT. NOS. 1106, 1110, 1145, 1153]** |

**PLEASE TAKE NOTICE** that, on October 1, 2018, Verity Health System Of California, Inc. ("VHS") and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), filed the *Debtors' Notice of Motion and Motion for the Entry of (I) an Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders to Use, (2) Approving Auction Sale*

*Format, Bidding Procedures and Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties, (4) Scheduling a Hearing to Consider Approval of the Sale to the Highest Bidder, (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances* (the "Bidding Procedures Motion") [Dkt. No. 365].

**PLEASE TAKE FURTHER NOTICE** that, attached as Exhibit "A" to the Bidding Procedures Motion is an Asset Purchase Agreement (the "APA"), dated October 1, 2018, between Verity Health System of California, Inc., Verity Holdings, LLC, O'Connor Hospital, and Saint Louise Regional Hospital, on the one hand; and the County of Santa Clara, a political subdivision of the State of California ("SCC"), on the other hand, to purchase certain assets as set forth in the APA (excluding cash, A/R and causes of action) (the "Assets") if SCC is the successful bidder at an auction of the Assets, free and clear of all liens, claims, encumbrances and other interests pursuant to §§ 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on October 31, 2018, the Bankruptcy Court entered an order (the "Bidding Procedures Order") [Dkt. No. 724] approving the Bidding Procedures Motion, which set the key dates and times related to the sale (the "Sale") of the Assets.

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, no party submitted a bid for the Assets prior to the applicable bid deadline under the terms of the Bidding Procedures Order. Accordingly, no auction for the Assets was held. On December 13, 2018, the Debtors filed a memorandum in support of entry of a sale order approving the Sale of the Assets to SCC [Dkt. No. 1041].

**PLEASE TAKE FURTHER NOTICE** that, on December 19, 2018, the Debtors filed a *Notice of Contracts Designated By Santa Clara County for Assumption and Assignment* [Dkt. No. 1106] (the "Initial Designated Contracts List"), listing all executory contracts and unexpired leases that SCC desires to have assigned to it (the "Designated Contracts"). The Initial Designated Contracts List was later amended on December 19, 2018 [Dkt. No. 1110] (the "Amended Designated Contracts List"), which includes a comprehensive list of all executory contracts and unexpired leases relating to both O'Connor Hospital and Saint Louise Regional Hospital that SCC desires to have assigned to it upon the Closing of the Sale (the "Currently Identified Designated Contracts").

**PLEASE TAKE FURTHER NOTICE** that, on December 26, 2018, the Debtors filed a *Notice Of Filing Listing Objections To Proposed Cure Amounts And Assumption And Assignment Of Certain Unexpired Executory Contracts And Unexpired Leases* (the "Initial List of Cure Objections") [Dkt. No. 1145], listing objections (the "Cure Objections") filed by various counter-parties to certain unexpired leases and executory contracts which could be assumed and assigned to SCC.[1]

**PLEASE TAKE FURTHER NOTICE** that, on December 27, 2018, the Court entered an *Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Santa Clara County Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and*

---

[1] The Debtors note that one Cure Objection was filed after the Initial List of Cure Objections was filed. *See Limited Objection to Amended Notice of Contracts Designated by Santa Clara County for Assumption and Assignment* [Dkt. No. 1110] (Filed by Creditor Kaiser Foundation Hospitals).

2

*Assignment of Unexpired Lease Related Thereto; and (C) Granting Related Relief* [Dkt. No. 1153] (the "Sale Order").[2]

**PLEASE TAKE FURTHER NOTICE** that the Sale Order provides that, as to the Currently Identified Designated Contracts, by no later than Friday, January 18, 2019, the Debtors shall file a notice containing a list of (a) the Cure Objections that have been resolved, and (b) the Cure Objections as to which Court intervention is required. Sale Order, ¶ 34.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the terms of the Sale Order, the Debtors attach hereto (i) **Exhibit A,** a list of all Cure Objections that have been resolved and (ii) **Exhibit B**, a list of all Cure Objections which are unresolved.

Dated: January 18, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By    */s/ Tania M. Moyron*
    Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

---

[2] Capitalized terms not defined herein shall have the definition afforded in the Sale Order.

3

110007353\V-1

# EXHIBIT A

# EXHIBIT A

**Exhibit A**

# Resolved Cure Objections

| Counterparty | Objection | Docket No. |
|---|---|---|
| Smith & Nephew, Inc. | Smith & Nephew, Inc.'s Objection to Proposed Cure Amounts for Assumed Executory Contracts | 882 |
| | Smith & Nephew, Inc.'s Supplemental Objection to Proposed Cure Amounts and Limited Objection to Assumption and Assignment of Executory Contracts | 1057 |
| Roche Diagnostics Corporation | Limited Objection and Reservation of Rights of Roche Diagnostics Corporation to (I) Debtors' Proposed Cure Amount for Potential Assumption and Assignment of Agreements and (II) Sale Motion | 889 |
| | Supplemental Objection and Reservation of Rights of Roche Diagnostics Corporation with Respect to Debtors' Supplemental Cure Notice | 1085 |
| | Declaration of Douglas Durbin in Support of the (A) Limited Objection and Reservation of Rights of Roche Diagnostics Corporation to (I) Debtors' Proposed Cure Amount for Potential Assumption and Assignment of Agreements and (II) Sale Motion; and (B) Supplemental Objection and Reservation of Rights of Roche Diagnostics Corporation with Respect to Debtors' Supplemental Cure Notice | 1086 |
| University Healthcare Alliance, Packard Children's Health Alliance, Stanford Health Care Advantage, Stanford Blood Center, LLC, The Board of Trustees of the Leland Stanford Junior | Stanford's Omnibus Objection to Cure Notice | 904 |

| | | |
|---|---|---|
| University, Stanford Health Care | | |
| C. R. Bard, Inc. | C. R. Bard, Inc.'s Limited Objection and Reservation of Rights to Proposed Cure Amounts for Executory Contracts | 919 |
| | C. R. Bard, Inc.'s Limited Objection and Reservation of Rights to Proposed Cure Amounts on Supplemental Executory Contract List | 1080 |
| SpecialtyCare Cardiovascular Resources, LLC | Objection to Cure Amounts Proposed in Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 921 |
| | Amended Objection to Cure Amounts Proposed in Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 923 |
| Surgical Informations Systems, LLC | Objection of Surgical Informations Systems, LLC to Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases of Debtors That May be Assumed and Assigned | 928 |
| | [Supplemental] Objection of Surgical Informations Systems, LLC to Debtors' Supplement to Notice to Counterparties to Executory Contracts and Unexpired Leases of Debtors That May be Assumed and Assigned | 1046 |
| Care 1st Health Plan | Care 1st Health Plan's Objection to Cure Amount Stated in Debtor's Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 929 |

|  | Care 1st Health Plan's Amended Objection to Cure Amount Stated in Debtor's Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 1120 |
|---|---|---|
| Abbott Laboratories Inc. | Abbott Laboratories Inc.'s Objection to Proposed Cure Amounts and Preliminary Objection to Proposed Assumption and Assignment of Various Contracts | 931 |
|  | Abbott Laboratories Inc.'s Supplemental Objections to Proposed Assumption and Assignment of Various Contracts and Reservation of Rights | 1059 |
| Cerner Corporation | Response of Cerner Corporation to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 933 |
|  | Limited Objection of Cerner Corporation to Supplemental Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned | 1095 |
| Humana Inc. | Objection of Humana Inc. and its Affiliates to Proposed Cure Amounts | 946 |
| GE HFS, LLC | Objection of GE HFS, LLC to (I) Proposed Assumption and Assignment of Lease and (II) Cure Obligations with Respect Thereto Pursuant to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 970 |
|  | Supplemental Objection of GE HFS, LLC to (I) Proposed Assumption and Assignment of Lease and (II) Cure Obligations with Respect Thereto Pursuant to Supplement to Notice to Counterparties to Executory Contracts and | 1043 |

| | | |
|---|---|---|
| | Unexpired Leases of the Debtors That May be Assumed and Assigned | |
| Medtronic USA, Inc. | Objection to (I) Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned [Dkt. No. 810] and (II) Sale Motion [Dkt. No. 365] | 986 |
| | Declaration of Bob Zbylicki in Support of the Objection to (I) Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned [Dkt. No. 810] and (II) Sale Motion [Dkt. No. 365] | 1016 |
| Oracle America, Inc. | Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' (1) Motion for the Entry of (I) an Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders to Use, (2) Approving Auction Sale Format, Bidding Procedures and Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties, (4) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest Bidder and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances ("Sale Motion"); and (2) Supplement to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned ("Supplemental Assumption Notice") | 1058 |
| Infor (US), Inc. | Objection of Infor (US), Inc. to Debtors' Sale Motion and Supplemental Cure Notice | 1069 |

4

| Shared Imaging, LLC | Reservation of Rights to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned [Docket No. 810] | 1070 |
|---|---|---|
| NTT DATA Services Holding Corporation | NTT DATA Services Holding Corporation's Limited Objection to Supplement to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 1089 |
| Workday, Inc. | Objection to Cure Amount Alleged by Debtors Under the Executory Contract with Workday, Inc. | 1091 |
| Nantworks, LLC | Limited Objection and Reservation and Rights of Nantworks, LLC to Supplement to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned | 1092 |
| Experian Health, Inc. | Limited Objection of Experian Health, Inc. to Cure Notice and to Proposed Assumption and Assignment of Executory Contracts | 1096 |
| | Request for Judicial Notice in Support of Limited Objection of Experian Health, Inc. to Cure Notice and to Proposed Assumption and Assignment of Executory Contracts | 1097 |
| Premier, Inc. | Reservation of Rights of Premier, Inc. and its Subsidiaries with Respect to Debtors' Motion for Approval of Sale of O'Connor Hospital, Saint Louise Regional Hospital and Related Assets | 1068 |
| | Objection of Premier, Inc. and Its Subsidiaries to the Proposed Assumption and Assignment of Contracts, Cure Amounts | 1093 |
| | Declaration of David H. Harris in Support of Objection of Premier, Inc. and its Subsidiaries to Proposed Assumption and Assignment of Contracts, and Cure Amounts | 1094 |

5

# EXHIBIT B

# EXHIBIT B

# **EXHIBIT B**

# **Unresolved Cure Objections**

| Counterparty | Objection | Docket No. |
|---|---|---|
| Cigna HealthCare of California, Inc. and Life Insurance Company of North America | Objection of Cigna Entities to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 905 |
| | Declaration in Support of Objection of Cigna Entities to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 1071 |
| | Objection of Cigna Entities to Supplement to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 1088 |
| California Physicians' Service dba Blue Shield of California | Blue Shield's Objection to Cure Amount Stated in Debtor's Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 920 |
| | Blue Shield's Amended Objection to Cure Amount Stated in Debtor's Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 1121 |
| Aetna Life Insurance Company | Objection to Cure Amounts Alleged by Debtors Under Executory Contracts with Aetna Life Insurance Company | 1018 |
| UnitedHealthcare Insurance Company | Objection to Cure Amount Set Forth in the Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 1062 |
| Kaiser Foundation Hospitals | Limited Objection to Amended Notice of Contracts Designated by Santa Clara County for Assumption and Assignment | 1173 |

| | | |
|---|---|---|
| Creditor OCH Forest 1, General Partner of O'Connor Health Center 1, a Limited Partnership | OCH Forest 1 and O'Connor Health Center 1 Response to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 913 |
| | Declaration of Charles J. Toeniskoetter in Support of OCH Forest 1 and O'Connor Health Center 1 Response to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned | 914 |