SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**NOTICE REGARDING RESOLUTION OF OBJECTIONS FILED BY THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES AND THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES [RELATED DKT. NOS. 447, 562, 906, 1153]** |

    **PLEASE TAKE NOTICE** that, on December 27, 2018, the Court entered an *Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Santa Clara County Free and Clear of Liens, Claims and Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of an Unexpired Lease Related Thereto; and (C) Granting Related Relief* [Dkt. No. 1153] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that, the Sale Order provides that "No later than January 18, 2019, either (a) the Debtors will file a notice of a resolution of the issues regarding the transfer and/or proposed assumption and assignment or rejection of the Medi-Cal Provider Agreements or (b) DHCS will file a supplemental objection to the proposed transfer of the Medi-Cal Provider Agreements." Sale Order, ¶ 31.

**PLEASE TAKE FURTHER NOTICE** that, the Sale Order also provides that "No later than January 18, 2019, either (a) the Debtors will file a notice of a resolution of the issues regarding the transfer and/or proposed assumption and assignment or rejection of the Medicare Provider Agreements or (b) HHS will file a supplemental objection to the proposed transfer of the Medicare Provider Agreements." Sale Order, ¶ 32.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors and DHCS are continuing to negotiate the terms for the transfer of the Medi-Cal Provider Agreement and have reached, they believe, a settlement in principal. However, the language of the settlement agreement is still being negotiated and other parties in interest to the cases, including Santa Clara County and the Unsecured Creditors Committee, must be consulted. Therefore, the parties have agreed, subject to a separate stipulation and the Court's approval thereon, that the deadline for DHCS to file any additional pleadings relevant to the transfer of the Medi-Cal Provider Agreement is continued to January 23, 2019, at 12:00 p.m. (Pacific Daylight Time).

**PLEASE TAKE FURTHER NOTICE** that the Debtors and HHS are continuing to negotiate the terms for the transfer of the Medicare Provider Agreement. The Debtors have made a settlement proposal to HHS which HHS has under consideration. Both parties are optimistic that a settlement will be reached, although other parties in interest, including Santa Clara County and the Unsecured Creditors Committee, must be consulted. Therefore, the parties have agreed, subject to a separate stipulation and the Court's approval thereon, that the deadline for HHS to file any additional pleadings relevant to the transfer of the Medicare Provider Agreement is continued to January 23, 2019, at 12:00 p.m. (Pacific Daylight Time).

Dated: January 18, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By  */s/ Tania M. Moyron*
    Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

110030756\V-5