SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**FILED & ENTERED**

**JAN 28 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br><br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING REGARDING PAYOR CURE OBJECTIONS [RELATED DOCKET NO. 1153]**<br><br>**Continued Hearing:**<br><br>Date:    February 6, 2019<br>Time:    10:00 a.m. (PST)<br>Place:   United States Bankruptcy Court<br>         Courtroom 1568<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

- 1 -

110073863\V-1

The Court, having reviewed the *Stipulation Continuing Hearing Regarding Payor Cure Objections* (the "Stipulation"), filed as Docket No. 1384, entered between the above-captioned debtors and debtors in possession (the "Debtors"), Cigna HealthCare of California, Inc. and Life Insurance Company of North America ("Cigna"), California Physicians' Service dba Blue Shield of California ("Blue Shield"), Aetna Life Insurance Company ("Aetna"), UnitedHealthcare Insurance Company ("UnitedHealthcare") and Kaiser Foundation Hospitals ("Kaiser") (Cigna, Blue Shield, Aetna, UnitedHealthcare and Kaiser, collectively (the "Payors")), and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is approved.

2. The Hearing Date (as defined in the Stipulation) shall be continued from January 30, 2019, at 10:00 a.m. to February 6, 2019, at 10:00 a.m. (Pacific Time).

**IT IS SO ORDERED.**

###

Date: January 28, 2019

Ernest M. Robles
United States Bankruptcy Judge