|   |   |
|---|---|
| 1 | GREGORY A. BRAY (Bar No. 115367) |
|   | gbray@milbank.com |
| 2 | MARK SHINDERMAN (Bar No. 136644) |
|   | mshinderman@milbank.com |
| 3 | JAMES C. BEHRENS (Bar No. 280365) |
|   | jbehrens@milbank.com |
| 4 | MILBANK, TWEED, HADLEY & McCLOY LLP |
|   | 2029 Century Park East, 33rd Floor |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: (424) 386-4000/Facsimile: (213) 629-5063 |
| 6 |   |
|   | *Counsel for the Official Committee of* |
| 7 | *Unsecured Creditors of Verity Health System of* |
|   | *California, Inc., et al.* |
| 8 |   |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Lead Case No. 18-20151 |
|---|---|
| | Jointly Administered With: |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | CASE NO.: 2:18-bk-20162-ER |
| | CASE NO.: 2:18-bk-20163-ER |
| | CASE NO.: 2:18-bk-20164-ER |
| | CASE NO.: 2:18-bk-20165-ER |
| Debtors and Debtors In Possession. | CASE NO.: 2:18-bk-20167-ER |
| | CASE NO.: 2:18-bk-20168-ER |
| | CASE NO.: 2:18-bk-20169-ER |
| Affects: | CASE NO.: 2:18-bk-20171-ER |
| | CASE NO.: 2:18-bk-20172-ER |
| | CASE NO.: 2:18-bk-20173-ER |
| ☑ All Debtors | CASE NO.: 2:18-bk-20175-ER |
| ☐ Verity Health System of California, Inc. | CASE NO.: 2:18-bk-20176-ER |
| ☐ O'Connor Hospital | CASE NO.: 2:18-bk-20178-ER |
| ☐ Saint Louise Regional Hospital | CASE NO.: 2:18-bk-20179-ER |
| ☐ St. Francis Medical Center | CASE NO.: 2:18-bk-20180-ER |
| ☐ St. Vincent Medical Center | CASE NO.: 2:18-bk-20181-ER |
| ☐ Seton Medical Center | |
| ☐ O'Connor Hospital Foundation | Chapter 11 Cases |
| ☐ Saint Louise Regional Hospital Foundation | |
| ☐ St. Francis Medical Center of Lynwood Foundation | Hon. Ernest M. Robles |
| ☐ St. Vincent Foundation | **STIPULATION BETWEEN VERITY MOB FINANCING II, LLC AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING CHALLENGE DEADLINE** |
| ☐ St. Vincent Dialysis Center, Inc. | |
| ☐ Seton Medical Center Foundation | |
| ☐ Verity Business Services | |
| ☐ Verity Medical Foundation | |
| ☐ Verity Holdings, LLC | |
| ☐ De Paul Ventures, LLC | |
| ☐ De Paul Ventures - San Jose Dialysis, LLC | |
| Debtors and Debtors In Possession. | |

1   This stipulation is entered between Verity MOB Financing II, LLC ("Verity MOB II"), on
2   the one hand, and the Official Committee of Unsecured Creditors in the above-captioned jointly
3   administered cases (the "Committee"), on the other, with respect to the following:

4   1.   On September 14, 2018, the Committee was formed.

5   2.   On October 4, 2018, the Court entered its *Final Order (I) Authorizing Postpetition*
6   *Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing*
7   *Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying*
8   *Automatic Stay, and (VI) Granting Related Relief* (the "Final DIP Order") [Docket No. 409].

9   3.   Pursuant to paragraph 5(e) of the Final DIP Order, the Committee has 90 days from
10  the date of its formation to challenge Prepetition Liens (as defined in the Final DIP Order) asserted
11  by Verity MOB II (the "Original Challenge Deadline").

12  4.   By mutual agreement of Verity MOB II and the Committee pursuant to (i) that
13  certain Stipulation between Verity MOB Financing II, LLC and the Official Committee of
14  Unsecured Creditors Extending Challenge Deadline entered into on December 13, 2018 [Docket No.
15  1047] (the "Stipulation"), (ii) that certain Stipulation between Verity MOB Financing II, LLC and
16  the Official Committee of Unsecured Creditors Extending Challenge Deadline entered into on
17  January 11, 2019, [Docket No. 1249] and (iii) that certain Stipulation between Verity MOB
18  Financing II, LLC and the Official Committee of Unsecured Creditors Extending Challenge
19  Deadline entered into on January 18, 2019, [Docket No. 1310], the Original Challenge Deadline was
20  extended to January 28, 2019 (the "Challenge Deadline"), in each case on the terms set forth therein.

21  NOW, THEREFORE, all of the parties to this stipulation hereby stipulate as follows:

22  B.   The Challenge Deadline shall be extended from January 28, 2019 by thirty (30) days
23  to February 27, 2019 with respect to any assets of the Debtors not constituting Acknowledged
24  Collateral (as defined in the Stipulation). For the avoidance of doubt, nothing herein shall affect,
25  limit or impair any rights, claims or interests of Verity MOB II in any existing or future assets of
26  Debtors whether or not they remain subject to the extended Challenge Period, including without
27  limitation, any and all rights held under or in connection with the Loan Documents (as defined in the
28  Stipulation) and the obligations issued thereunder.

**Verity MOB Financing II, LLC**

By: /s/ Benjamin Rosenblum
Benjamin Rosenblum
Jones Day
Counsel to Verity MOB Financing II, LLC

**Official Committee of Unsecured Creditors**

By: /s/ James C. Behrens/AA
Gregory A. Bray
Mark Shinderman
James C. Behrens
Milbank, Tweed, Hadley & McCloy LLP
Counsel to the Official Committee of Unsecured Creditors