GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063

*Counsel for the Official Committee of
Unsecured Creditors of Verity Health System of
California, Inc.*, *et* *al.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>Affects:<br><br>☑ All Debtors<br>☐ Verity Health System of California, Inc.<br>☐ O'Connor Hospital<br>☐ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☐ St. Vincent Medical Center<br>☐ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 18-20151<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**THIRD STIPULATION BETWEEN UMB BANK, N.A. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING CHALLENGE DEADLINE** |

This stipulation is entered between UMB Bank, N.A., as trustee (the "Master Trustee"), on the one hand, and the Official Committee of Unsecured Creditors in the above-captioned jointly administered cases (the "Committee"), on the other, with respect to the following:

1. On September 14, 2018, the Committee was formed.

2. On October 4, 2018, the Court entered its *Final Order (I) Authorizing Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* (the "Final DIP Order") [Docket No. 409].

3. Pursuant to paragraph 5(e) of the Final DIP Order, the Committee was provided 90 days from the date of its formation, i.e. until December 13, 2018, to challenge Prepetition Liens (as defined in the Final DIP Order) asserted by the Master Trustee (the "Challenge Deadline").

4. The Committee and Master Trustee entered into (i) that certain *Stipulation Between UMB Bank, N.A. and the Official Committee of Unsecured Creditors Extending Challenge Deadline* (the "First Challenge Deadline Stipulation") [Docket No. 1049] prior to December 13, 2018 and (ii) that certain *Stipulation Between UMB Bank, N.A. and the Official Committee of Unsecured Creditors Extending Challenge Deadline* (the "Second Challenge Deadline Stipulation", and together with the First Challenge Deadline Stipulation, the "Prior Challenge Deadline Stipulations") [Docket No. 1250] on or around January 11, 2019.

5. Among other terms, the Prior Challenge Deadline Stipulations (i) included the Committee's acknowledgement of the Master Trustee's valid and perfected liens on and security interests in the Acknowledged Collateral (as defined in the First Challenge Deadline Stipulation), (ii) provided that the Challenge Deadline would not be extended as to the Acknowledged Collateral, but (iii) otherwise extended the Challenge Deadline to January 28, 2019 (the "Extended Challenge Deadline") as it related to any assets of the Debtors other than the Acknowledged Collateral.

6. The Master Trustee and the Committee are continuing to discuss the extent and priority of liens therein and the Master Trustee has agreed to allow the Committee additional time on the terms reflected herein.

NOW, THEREFORE, all of the parties to this stipulation hereby stipulate as follows:

1    A.    The Challenge Deadline shall be further extended from the Extended Challenge Deadline (January 28, 2019) to February 11, 2019, *provided* the extension period does not apply to the Acknowledged Collateral, and the Challenge Deadline has not been extended for the Acknowledged Collateral.

B.    For the avoidance of doubt, nothing herein shall affect, limit or impair any rights or interests of the Master Trustee in any of the Debtors' existing or future assets, whether subject to the extended Challenge Deadline or otherwise.

**UMB Bank, N.A., as trustee**

By: _____
Daniel S. Bleck
Paul J. Ricotta
Ian A. Hammel
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Counsel to UMB Bank, N.A.

**Official Committee of Unsecured Creditors**

By: *James C. Behrens/AA*
Gregory A. Bray
Mark Shinderman
James C. Behrens
Milbank, Tweed, Hadley & McCloy LLP
Counsel to the Official Committee of Unsecured Creditors