SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Ernest M. Robles<br><br>**STIPULATION RESOLVING OCH FOREST 1 AND O'CONNOR HEALTH CENTER 1 CURE OBJECTION [RELATED DKT. NO. 913]**<br><br>**Hearing**:<br><br>Date:    January 30, 2019<br>Time:   10:00 a.m. (PDT)<br>Place:  United States Bankruptcy Court<br>           Courtroom 1568<br>           255 East Temple Street<br>           Los Angeles, California 90012 |

- 1 -

This Stipulation is entered between Verity Health System Of California, Inc. ("VHS") and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), on the one hand, and OCH Forest 1, a general partner of O'Connor Health Center 1, a limited partnership (OCH Forest 1 and O'Connor Health Center 1, together, "OCH"), on the other, with respect to the following:

1. On November 12, 2018, the Debtors filed the *Debtors' Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No. 810] and, on December 6, 2018, the *Supplement to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May be Assumed and Assigned* [Docket No. 998] (collectively, the "Cure Notices").

2. The Cure Notices listed the following unexpired leases and executory contracts with OCH (the "OCH Contracts") which may be assumed and assigned to Santa Clara County ("SCC") as part of the sale ("Sale") of O'Connor Hospital and Saint Louise Regional Hospital and related assets to SCC as well as proposed cure amounts:

- Partnership agreement between O'Connor Hospital and OCH Forest 1;

- Lease agreement between O'Connor Hospital and O'Connor Health Center 1 of property located at 485 O'Connor Dr., Ste. 250;

- Lease agreement between Verity Health System of California, Inc. and O'Connor Health Center 1 for the property located at 455 O'Connor Dr., Ste. 100, San Jose, CA 95128;

- Lease agreement between Verity Health System of California, Inc. and O'Connor Health Center 1 for the property located at 455 O'Connor Dr., Ste. 150, San Jose, CA 95128; and

- Lease agreement between Verity Health System of California, Inc. and O'Connor Health Center 1 for the property located at 455 O'Connor Dr., Ste. 170, San Jose, CA 95128.

3. TCG Builders dba The Core Group Inc. filed a mechanic's lien against the properties located at 455 O'Connor Drive, Suites 100, 150 and 170 (the "Properties") in the amount of $209,415 for tenant improvements (the "Mechanic's Lien"). The Debtors' leases of

- 2 -

those Properties (the "Leases") require that the tenants keep the Properties free from liens. *See* Section 17 of Exhibits B, C and E to Docket No. 456. The Leases for Suites 150 and 170 also provide tenant improvement allowances of $$81.480 and $99,650, respectively (the "Tenant Improvement Allowances").

4. On November 29, 2018, OCH filed *OCH Forest 1 and O'Connor Health Center 1 Response to Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No. 913] (the "OCH Objection"), objecting to the proposed cure amounts of the OCH Contracts.

5. On December 19, 2018, the Debtors filed the *Amended Notice of Contracts Designated By Santa Clara County For Assumption and Assignment* [Docket No. 1110] (the "Designated Contracts List"), which attached a list of all contracts which Santa Clara County elected to have assumed and assigned to it (the "Designated Contracts"). The Designated Contracts List includes the OCH contracts.

6. OCH and the Debtors have come to an agreement regarding the cure amounts upon assumption of each OCH Contract to resolve the OCH Objection.

**NOW, THEREFORE**, all of the parties to this Stipulation hereby stipulate and agree as follows:

A. The cure amount for assumption of the partnership agreement between O'Connor Hospital and OCH Forest 1 shall be $0.00.

B. The cure amount for assumption of the lease agreement between O'Connor Hospital and O'Connor Health Center 1 for the property located at 455 O'Connor Dr., Ste. 250, San Jose, CA[1] shall be $4,934.29. This cure amount shall be paid upon the closing of the Sale as a condition to the assumption and assignment of the agreement to SCC.

C. The total cure amount for assumption of the remaining Leases with OCH shall be $70,286.06. The total cure amount includes the amount of postpetition rent due under each of the

---

[1] The address of the property subject to this lease has been corrected from the address listed in the Cure Notice (485 O'Connor Dr., Ste. 250) to 455 O'Connor Dr., Ste. 250.

- 3 -

Leases as of the closing date for the Sale to SCC: $4,588.20 rent due for Suite 100, $20,132.19 rent due for Suite 150 and $17,280.67 of rent due for Suite 170. The remainder of the total cure amount ($28,285) represents the balance of the Mechanic's Lien against the Properties after offsetting the Tenant Improvement Allowances upon assumption of the leases for Suites 150 and 170.[2] This total cure (cash payment and setoff) shall be paid upon the closing of the Sale as a condition to the assumption and assignment of the Leases to SCC.

D.    The Parties request the Court enter an order approving this Stipulation and vacating the hearing scheduled on January 30, 2019, at 10:00 a.m. (Pacific Time) to resolve the OCH Cure Objection.

**Verity Health System of California, Inc., et al.**

By:    /s/ *Tania M. Moyron*
Samuel R. Maizel
Tania M. Moyron
Dentons US LLP
Counsel to Debtors and Debtors In Possession


**OCH Forest 1, General Partner of O'Connor Health Center 1, a limited partnership**

By: _____
Chris D. Kuhner, Esq.
Kornfield, Nyberg, Bendes, Kuhner & Little, P.C.
Counsel to OCH Forest 1, General Partner of O'Connor Health Center 1, a limited partnership

---

[2] Upon execution of this Stipulation, OCH will pay the Mechanic's Lien in full and the Debtors will reimburse OCH under the terms of the Leases.

- 4 -