SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**SUPPLEMENT TO AMENDED NOTICE OF CONTRACTS DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DKT. NO. 1110]** |

**PLEASE TAKE NOTICE** that, on December 19, 2018, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Amended Notice of Contracts Designated By Santa Clara County for Assumption and Assignment* [Docket No. 1110], which attached as Exhibit "A", a list of all executory contracts and unexpired leases relating to O'Connor Hospital and Saint Louise

Regional Hospital that Santa Clara County ("SCC") desires to have assigned to it (the "Designated Contracts List") upon the closing of the sale (the "Sale") of O'Connor Hospital and Saint Louise Regional Hospital and related assets to SCC.

**PLEASE TAKE FURTHER NOTICE** that SCC has elected to remove the following contracts (the "Contracts") from the Designated Contracts List:

- Donor Network West agreement for Administrative Services with O'Connor Hospital

- CCO Socal I, LLC agreement for Administrative Services with Saint Louise Regional Hospital

**PLEASE TAKE FURTHER NOTICE** that the two Contracts described herein shall not be assumed and assigned to SCC at the closing of the Sale.

Dated: January 28, 2019

**DENTONS US LLP**
SAMUEL R. MAIZEL
TANIA M. MOYRON


By  */s/ Tania M. Moyron*
    Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

110042369\V-6