GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.*

**FILED & ENTERED**

**JAN 29 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>        Debtors and Debtors In Possession.<br><br>Affects:<br><br>☑ All Debtors<br>☐ Verity Health System of California, Inc.<br>☐ O'Connor Hospital<br>☐ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☐ St. Vincent Medical Center<br>☐ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>        Debtors and Debtors In Possession. | Lead Case No. 18-20151-ER<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**ORDER APPROVING THIRD STIPULATION BETWEEN UMB BANK, N.A. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING CHALLENGE DEADLINE** |

The Court, having reviewed the *Third Stipulation Between UMB Bank, N.A. and the Official Committee of Unsecured Creditors Extending Challenge Deadline* (the "Third Stipulation"), filed as Docket No. 1391, entered between UMB Bank, N.A., as trustee (the "Master Trustee"), on the one hand, and the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., *et al*. appointed in connection with the chapter 11 cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), on the other, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The Third Stipulation is approved.

2. The Extended Challenge Deadline (as defined in the Third Stipulation) shall be further extended from January 28, 2019 by fourteen (14) days to February 11, 2019 (the "Third Extended Challenge Deadline"); however, the extension period does not apply to the Master Trustee's interests in the Acknowledged Collateral (as defined in Docket No. 1049). For the avoidance of doubt, nothing herein shall affect, limit or impair any rights, interests or claims of the Master Trustee in any of the Debtors' existing or future assets, whether subject to the Extended Challenge Deadline or otherwise.

3. Pursuant to ¶5(e) of the *Final Order (I) Authorizing Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* (the "Final Financing Order") [Doc. No. 409], the "'Challenge Deadline' for matters solely relating to the value of the Prepetition Collateral may be further extended to such time as may be agreed by stipulation among the *Debtors*, the Committee and the Prepetition Secured Creditors . . . ." (emphasis added). The Debtors are not a party to the Stipulation. Accordingly, this Order is without prejudice to the right of the Debtors to object to the extension of the Challenge Deadline approved herein. Any such objection shall be forever barred unless filed by no later than **February 4, 2019**.

**IT IS SO ORDERED.**

2

1
2                                                          ###
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    Date: January 29, 2019
25                                                       Ernest M. Robles
                                                         United States Bankruptcy Judge
26
27
28