SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**FILED & ENTERED**

**JAN 29 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Ernest M. Robles<br><br>**ORDER APPROVING STIPULATION RESOLVING OCH FOREST 1 AND O'CONNOR HEALTH CENTER 1 CURE OBJECTION [RELATED DKT. NO. 913]**<br><br>**Hearing:**<br><br>Date:   January 30, 2019<br>Time:  10:00 a.m. (PST)<br>Place:  United States Bankruptcy Court<br>        Courtroom 1568<br>        255 East Temple Street<br>        Los Angeles, California 90012 |

- 1 -

110083641\V-1

The Court, having reviewed the *Stipulation Resolving OCH Forest 1 and O'Connor Health Center 1 Cure Objection* (the "Stipulation"), filed as Docket Number No. 1393, entered between Verity Health System Of California, Inc. ("VHS") and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), on the one hand, and OCH Forest 1, a general partner of O'Connor Health Center 1, a limited partnership (OCH Forest 1 and O'Connor Health Center 1, together, "OCH"), on the other, and good cause appearing,

HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is approved.

2. The cure amount for assumption of the partnership agreement between O'Connor Hospital and OCH Forest 1 shall be $0.00.

3. The cure amount for assumption of the lease agreement between O'Connor Hospital and O'Connor Health Center 1 for the property located at 455 O'Connor Dr., Ste. 250, San Jose, CA shall be $4,934.29. This cure amount shall be paid upon the closing of the sale ("Sale") of O'Connor Hospital and Saint Louise Regional Hospital and related assets to Santa Clara County ("SCC") as a condition to the assumption and assignment of the agreement to SCC.

4. The total cure amount for assumption of the lease agreements between VHS and OCH for the properties located at 455 O'Connor Drive, Suites 100, 150 and 170 (the "Leases") shall be $70,286.06. This total cure (cash payment and setoff) shall be paid upon the closing of the Sale as a condition to the assumption and assignment of the Leases to SCC.

5. The hearing scheduled on January 30, 2019, at 10:00 a.m. (Pacific Time) to resolve the OCH Cure Objection (as defined in the Stipulation) is vacated.

**IT IS SO ORDERED.**

- 2 -

###

Date: January 29, 2019

Ernest M. Robles
United States Bankruptcy Judge

- 3 -