1   SAMUEL R. MAIZEL (Bar No. 189301)
    samuel.maizel@dentons.com
2   TANIA M. MOYRON (Bar No. 235736)
    tania.moyron@dentons.com
3   DENTONS US LLP
4   601 South Figueroa Street, Suite 2500
    Los Angeles, California 90017-5704
5   Tel: (213) 623-9300 / Fax: (213) 623-9924

6   Attorneys for the Chapter 11 Debtors and
    Debtors In Possession
7



FILED & ENTERED

FEB 11 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

8               **UNITED STATES BANKRUPTCY COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| 10  In re | Lead Case No. 2:18-bk-20151-ER |
| 11  VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly Administered With: CASE NO.: 2:18-bk-20162-ER |
| 12 | CASE NO.: 2:18-bk-20163-ER |
|     Debtors and Debtors In Possession. | CASE NO.: 2:18-bk-20164-ER |
| 13 | CASE NO.: 2:18-bk-20165-ER |
|  | CASE NO.: 2:18-bk-20167-ER |
| 14  ☒ Affects All Debtors | CASE NO.: 2:18-bk-20168-ER |
|  | CASE NO.: 2:18-bk-20169-ER |
| 15  ☐ Affects Verity Health System of California, Inc. | CASE NO.: 2:18-bk-20171-ER |
|     ☐ Affects O'Connor Hospital | CASE NO.: 2:18-bk-20172-ER |
| 16  ☐ Affects Saint Louise Regional Hospital | CASE NO.: 2:18-bk-20173-ER |
|     ☐ Affects St. Francis Medical Center | CASE NO.: 2:18-bk-20175-ER |
| 17  ☐ Affects St. Vincent Medical Center | CASE NO.: 2:18-bk-20176-ER |
|     ☐ Affects Seton Medical Center | CASE NO.: 2:18-bk-20178-ER |
| 18  ☐ Affects O'Connor Hospital Foundation | CASE NO.: 2:18-bk-20179-ER |
|     ☐ Affects Saint Louise Regional Hospital Foundation | CASE NO.: 2:18-bk-20180-ER |
| 19  ☐ Affects St. Francis Medical Center of Lynwood Foundation | CASE NO.: 2:18-bk-20171-ER |
| 20 | Chapter 11 Cases |
|     ☐ Affects St. Vincent Foundation | Hon. Judge Ernest M. Robles |
| 21  ☐ Affects St. Vincent Dialysis Center, Inc. | **ORDER APPROVING TERMS OF AGREEMENTS RESOLVING CERTAIN CURE OBJECTIONS RELATING TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DOCKET NO. 1290, 1292]** |
|     ☐ Affects Seton Medical Center Foundation | |
| 22  ☐ Affects Verity Business Services | |
|     ☐ Affects Verity Medical Foundation | |
| 23  ☐ Affects Verity Holdings, LLC | |
|     ☐ Affects De Paul Ventures, LLC | |
| 24  ☐ Affects De Paul Ventures - San Jose ASC, LLC | |
| 25     Debtors and Debtors In Possession. | HEARING: |
| | Date:    January 30, 2019 |
| 26 | Time:    10:00 a.m. |
| | Place:    Courtroom 1568 |

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    The Debtors' *Omnibus Reply to Cure Objections Relating to Executory Contracts and*

2    *Unexpired Leases Designated By Santa Clara County For Assumption and Assignment* (the

3    "Reply") [Docket No. 1292], as well as the agreements (the "Agreements") resolving certain

4    Resolved Cure Objections[1] described therein, came on regularly for hearing on January 30, 2019

5    (the "Hearing") before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in

6    Courtroom 1568, United States Bankruptcy Court, Edward R. Roybal Building, 255 E. Temple

7    Street, Los Angeles, CA 90012. Appearances were made as set forth on the record.  The Reply

8    relates to the sale of O'Connor Hospital and Saint Louise Regional Hospital and related assets to

9    the County of Santa Clara ("SCC"), which required the assumption and assignment of various

10    contracts and leases to SCC.  *See Order (A) Authorizing the Sale of Certain of the Debtors' Assets*

11    *to Santa Clara County Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B)*

12    *Approving the Assumption and Assignment of an Unexpired Lease Related Thereto; and (C)*

13    *Granting Related Relief* [Dkt. No. 1153].

14    The Court, having reviewed the Reply and the Agreements, the statements, arguments and

15    representations of the parties made at the Hearing; and the entire record of these cases; and the

16    Court, having determined that the Agreements are in the best interests of the Debtors, their estates,

17    their creditors and their shareholders, and after due deliberation and sufficient good cause appearing

18    therefor, and the Debtors having provided proper, timely, adequate and sufficient notice of the

19    Reply,

20    **IT IS HEREBY ORDERED:**

21    1.    The Agreements resolving the Resolved Cure Objections are APPROVED.

22    2.    The Debtors shall pay a cure amount of $51,823.59 at closing of the SCC Sale, as a

23    condition to the assumption and assignment of the Roche Diagnostics Corporation contract to SCC.

24    The Debtors shall also continue to pay any post-petition amounts due to Roche Diagnostics

25    Corporation in the ordinary course of business and that any unpaid post-petition amounts shall be

26    paid on the closing of the SCC Sale.

27

28

---

[1] All capitalized terms not otherwise defined herein shall have the meaning afforded in the Reply.

110062663\V-4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

3.      The Debtors shall pay the following cure amounts at closing of the SCC Sale as a condition to the assumption and assignment of the contracts with the following Stanford related counterparties:

- CMQCC - $0

- Packard Children's Health Alliance - $0

- Stanford Blood Center, LLC - $2,975.00

- Stanford Health Care Advantage - $2,565.00

- Stanford Health Care - $897,626.04

- University Healthcare Alliance - $170,881.53

The Debtors shall also continue to pay any post-petition amounts due to the above contract counterparties in the ordinary course of business and that any unpaid post-petition amounts shall be paid on the closing of the SCC Sale.  Any post-petition amount that is outstanding as of the closing date of the SCC Sale shall be pro-rated between the Debtors and SCC, with the Debtors paying the prorated pre-closing amount as a cure payment and the remaining prorated post-closing amount shall be owed by SCC.

4.      The Debtors shall pay the following cure amounts to Care 1st Health Plan at closing of the SCC Sale as a condition to the assumption and assignment of the contracts with the following Debtors:

- O'Connor Hospital - $1,483.53

- St. Louise Regional Hospital - $0.00

5.      The Debtors shall pay a cure amount of $3,136.23 at closing of the SCC Sale as a condition to the assumption and assignment of the Humana Inc. contract to SCC.

**IT IS SO ORDERED.**

110062663\V-4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1                       ###

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Date: February 11, 2019

                                    Ernest M. Robles
                                    United States Bankruptcy Judge

25

26

27

28

4

110062663\V-4