SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**SECOND SUPPLEMENT TO NOTICE OF RESOLVED AND UNRESOLVED CURE OBJECTIONS RELATING TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DKT. NOS. 1290, 1456]** |

**PLEASE TAKE NOTICE** that, on January 18, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of Resolved and Unresolved Cure Objections Relating to Executory Contracts and Unexpired Leases Designated By Santa Clara County For Assumption and Assignment* [Docket No. 1290] (the "Notice"), which attached (i) as Exhibit "A",

a list of all Cure Objections that have been resolved and (ii) as Exhibit "B", a list of all Cure Objections which are unresolved.

**PLEASE TAKE FURTHER NOTICE** that, on February 4, 2019, the Debtors filed a *Supplement to Notice of Resolved and Unresolved Cure Objections Relating to Executory Contracts and Unexpired Leases Designated by Santa Clara County for Assumption and Assignment* [Docket No. 1456], supplementing the Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have negotiated agreements with Cigna HealthCare of California, Inc. ("Cigna") and UnitedHealthcare Insurance Company ("UnitedHealthcare") resolving the Cigna and UnitedHealthcare objections to proposed cure amounts and/or to the assumption and assignment of executory contracts and unexpired leases to Santa Clara County (the "Cigna and UnitedHealthcare Cure Objections").[1] The Debtors anticipate filing stipulations memorializing these agreements with Cigna and UnitedHealthcare prior to the hearing set for February 27, 2019, at 10:00 a.m., on the Cigna and UnitedHealthcare Cure Objections.

**PLEASE TAKE FURTHER NOTICE** that the Debtors are currently negotiating agreements with California Physicians' Service dba Blue Shield of California ("Blue Shield"), Aetna Life Insurance Company ("Aetna"), and Kaiser Foundation Hospitals ("Kaiser") to resolve each other their objections to proposed cure amounts and/or to the assumption and assignment of executory contracts and unexpired leases to Santa Clara County (the "Remaining Payor Cure Objections").[2] The Debtors anticipate filing stipulations memorializing agreements with Blue Shield, Kaiser and Aetna which resolve the Remaining Payor Cure Objections prior to the hearing set for February 27, 2019, at 10:00 a.m., or before closing of the sale to Santa Clara County, which is expected to occur on February 28, 2019.

Dated: February 26, 2019

**DENTONS US LLP**
SAMUEL R. MAIZEL
TANIA M. MOYRON

By  */s/ Samuel R. Maizel*
    Samuel R. Maizel

Attorneys for the Chapter 11 Debtors and Debtors In Possession

---

[1] Cigna's Cure Objections were filed at Dkt. Nos. 905, 1071 and 1088. UnitedHealthcare's Cure Objection was filed at Dkt. No. 1062.

[2] Blue Shield's Cure Objections were filed at Dkt. Nos. 920 and 1121. Aetna's Cure Objection was filed at Dkt. No. 1018. Kaiser's Cure Objection was filed at Dkt. No. 1173.

- 2 -

110194502\V-1