SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>　　Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>　　Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**THIRD SUPPLEMENT TO AMENDED NOTICE OF CONTRACTS DESIGNATED BY SANTA CLARA COUNTY FOR ASSUMPTION AND ASSIGNMENT [RELATED DKT. NOS. 1110, 1394, 1421]** |

**PLEASE TAKE NOTICE** that, on December 19, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Amended Notice of Contracts Designated By Santa Clara County for Assumption and Assignment* [Docket No. 1110], which attached as Exhibit "A", a list of all executory contracts and unexpired leases relating to O'Connor Hospital and Saint Louise

Regional Hospital that Santa Clara County ("SCC") desires to have assigned to it (the "Designated Contracts List") upon the closing of the sale (the "Sale") of O'Connor Hospital and Saint Louise Regional Hospital and related assets to SCC.

**PLEASE TAKE FURTHER NOTICE** that, on December 27, 2018, the Court entered an *Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Santa Clara County Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of Unexpired Lease Related Thereto; and (C) Granting Related Relief* [Docket No. 1153] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that, on January 28, 2019, the Debtors filed a *Supplement to Amended Notice of Contracts Designated by Santa Clara County for Assumption and Assignment* [Docket No. 1394], removing two contracts from the Designated Contracts List. On January 30, 2019, the Debtors filed a *Second Supplement to Amended Notice of Contracts Designated By Santa Clara County for Assumption and Assignment* [Docket No. 1421], adding certain contracts to the Designated Contracts List.

**PLEASE TAKE FURTHER NOTICE** that SCC has elected to remove the contracts (the "Removed Contracts") listed on **Exhibit "A,"** attached hereto, from the Designated Contracts List. The Removed Contracts either were incorrectly classified as contracts solely with O'Connor Hospital or Saint Louise Regional Hospital or they expired prepetition and were inadvertently listed on Schedule G (Executory Contracts and Unexpired Leases) to the Debtors O'Connor Hospital and Saint Louise Regional Hospital's Schedules of Assets and Liabilities [Case No. 18-20168, Dkt. No. 12; Case No. 18-20162, Dkt. No. 10] ("Schedule G") and, thus, should not have been listed on the Designated Contracts List.

**PLEASE TAKE FURTHER NOTICE** that SCC has also elected to add additional contracts (the "Added Contracts") listed on **Exhibit "B,"** attached hereto, to the Designated Contracts List. These Added Contracts are either new contracts recently entered into by O'Connor Hospital or Saint Louise Regional Hospital or were inadvertently not listed on Schedule G and, thus, not listed on the Designated Contracts List.[1]

**PLEASE TAKE FURTHER NOTICE** that the Added Contracts listed on Exhibit "B" shall be assumed and assigned to SCC at the closing of the Sale.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will contact each counterparty to the Added Contracts to determine if there are any objections to the assumption and assignment of the Added Contracts to SCC and/or the proposed cure amounts. If there are any such objections, the Debtors will either enter into a stipulation with the counterparty to resolve the objection or ask the Court to set a briefing schedule and a hearing to resolve the objection.

---

[1] The Debtors note that, although the Sale Order provided that the Debtors must file a notice identifying any "Subsequently Identified Contracts" by January 23, 2019, this deadline was only applicable to existing contracts. *See* Sale Order, ¶¶ 16, 36. The Added Contracts are either new contracts or were not listed on Schedule G and, thus, were not existing contracts when SCC created the Designated Contracts List. Thus, the Added Contracts are not subject to the January 23, 2019 deadline.

110345716\V-2

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**PLEASE TAKE FURTHER NOTICE** that the cure amounts for the Designated Contracts listed on **Exhibit "C"** hereto reflect payments made to the counterparties under the Critical Vendor Order [Dkt. No. 436] or the agreed cure amount.

Dated: February 26, 2019

**DENTONS US LLP**
SAMUEL R. MAIZEL
TANIA M. MOYRON

By  */s/ Tania M. Moyron*
        Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 3 -

110345716\V-2

# EXHIBIT A

**County of Santa Clara**
**Removed Contracts**

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date |
|---|---|---|---|---|
| 1 | SLRH | RN NETWORK INC | SERVICES-STAFFING | 7/31/2018 |
| 2 | SLRH | PRESS GANEY ASSOCIATES, INC. | SERVICES-PATIENT SATISFACTION SURVEYS | 3/31/2019 |

# EXHIBIT B

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | Cure Amount |
|---|---|---|---|---|---|
| 1 | OCH | Cross Country Staffing | Services-Staffing | 1/29/2021 | $0.00 |
| 2 | OCH | PolicyStat, LLC | Services-Data Reporting | 6/28/2019 | $0.00 |
| 3 | OCH | Fastaff LLC | Services-Staffing (Nursing) | 11/28/2020 | $0.00 |
| 4 | SLRH | Sandeep N. Gidvani, MD, Inc. | Physicians-On Call | 1/31/2020 | $0.00 |
| 5 | OCH | Jensen and Partners | Consulting Services | Evergreen | $0.00 |

# EXHIBIT C

| Ref # | Debtor | Contract Counterparty | Nature of Contact / Lease | Termination Date | | Cure Amount |
|---|---|---|---|---|---|---|
| 1 | OCH | HEALTHCARE TRANSFORMATION, INC (HCT) | SERVICES - STAFFING | 10/31/2018 | (a) | $ 62,626.96 |
| 2 | OCH | SPECIALTYCARE CARDIOVASCULAR RESOURCES, LLC | CLINICAL SERVICES AGREEMENT | 2/29/2020 | | $ 185,309.38 |
| 3 | OCH | SPECTOR, LLC | FACILITY SERVICES AGREEMENT | 7/8/2019 | | |
| 4 | OCH | Spector, LLC | FACILITY SERVICES AGREEMENT | 07/08/2019 | (a) | $9,900.00 |
| 5 | OCH | SPECTOR, LLC-ELEVATOR MODIFICATION | FACILITY SERVICES AGREEMENT | 7/8/2019 | | |
| 6 | OCH | SPECTOR, LLC-PYXIS ANCHORING AGREEMENT | FACILITY SERVICES AGREEMENT | 7/8/2019 | | |
| 7 | OCH | CEP AMERICA - ANESTHESIA, PC | PHYSICIANS - PROFESSIONAL AND ADMINISTRATIVE SERVICES | 8/31/2019 | (a) | $0.00 |

(a) Cure amount reflects critical vendor payment made subsequent to filing of initial cure notice