Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/277-6910
Facsimile: 415/201-0760
E-mail: hkevane@pszjlaw.com
     scho@pszjlaw.com

Co-Counsel to the Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER.<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**STIPULATION BY AND AMONG THE DEBTORS IN POSSESSION AND AETNA LIFE INSURANCE COMPANY REGARDING PRESERVATION OF RIGHT TO RECOUP OR OFFSET AMOUNTS OWING TO AETNA LIFE INSURANCE COMPANY** |

DOCS_SF:99823.3 89566/002

This Stipulation is entered into by and among AETNA Life Insurance Company and its affiliates (collectively, "**Aetna**") and the debtors and debtors and possession in the above captioned chapter 11 cases (collectively, the "**Debtors**") based on the following facts:

A.      Aetna and certain Debtors (the "**Contracting Debtors**") are parties to certain contracts (the "**Aetna Contracts**") listed on **Exhibit "A**," which is attached hereto and incorporated herein by this reference, pursuant to which the Contracting Debtor provides medical services to individuals insured by Aetna and Aetna pays for the services that the Contracting Debtor provides to those insured individuals. Other Debtors have also provided services to individuals insured by Aetna and have sought payment from Aetna for those services, even though they do not have contracts with Aetna.

A.      On October 1, 2018, the Debtors filed their *Debtors' Notice of Motion and Motion for the Entry of (I) an Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders to Use, (2) Approving Auction Sale Format, Bidding Procedures and Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties, (4) Scheduling A Court Hearing to Consider Approval of the Sale to the Highest Bidder and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances; Memorandum of Points and Authorities in Support Thereof* [Docket No. 365] ("**Sale Motion**").

B.      On December 10, 2018, Aetna filed its *Objection to Cure Amounts Alleged by Debtors Under Executory Contracts with Aetna Life Insurance Company* [Docket No. 1018] ("**Objection**") to the assumption by certain Contracting Debtors and the assignment to the County of Santa Clara of certain Aetna Contracts pursuant to the Sale Motion. The Aetna Contracts that are the subject of the Objection (*i.e.,* those for O'Connor Hospital and Saint Louise Regional Hospital) are referred to hereinafter as the "**Santa Clara Contracts**."

C.      For each of the Contracting Debtors that has provided services to patients insured by Aetna, Aetna owed each Contracting Debtor aggregate amounts on account of services provided to

patients prior to the Petition Date and now owes additional amounts to such Contracting Debtor for services provided to patients after the Petition Date ("**Service Payments**").

D. From time to time, Aetna has overpaid amounts due to one or more of the Contracting Debtors ("**Overpayments**") as the result of double billings or erroneous coding or processing of claims submitted by the Contracting Debtors to Aetna. Aetna has the right to recoup Overpayments against Service Payments owing to the Contracting Debtor that received such Overpayment, and each Contracting Debtor is obligated under the pertinent Aetna Contract to repay to Aetna any Overpayment that such Contracting Debtor may have received.

E. Although the parties have not fully reconciled the Service Payments owing to each Contracting Debtor by Aetna or the Overpayments owing by each Contracting Debtor to Aetna, the parties believe that the amount owing by Aetna to each such Contracting Debtor on account of Service Payments exceeds the amount owing to Aetna by each such Contracting Debtor on account of Overpayments. As a result, Aetna's claims against each Contracting Debtor for Overpayments are fully secured by its right to recoup or offset such amounts against the Service Payments owed to each Contracting Debtor as of the Petition Date.

F. Pursuant to the Sale Motion, certain Contracting Debtors seek to (a) assume and assign the Santa Clara Contracts, and (b) retain the Service Payments due under the Santa Clara Contracts for services provided prior to the February 28, 2019, closing date of the sale under the Motion ("**Closing Date**"). Aetna is willing to consent to the assumption and assignment of the Santa Clara Contracts pursuant to the Motion so long as (i) Aetna's right to recoup or offset Overpayments against Service Payments under the Santa Clara Contracts is fully preserved, and (ii) Aetna receives adequate assurance of future performance under the Santa Clara Contracts.

G. In addition to the Santa Clara Contracts, Aetna and the Debtors are working cooperatively together to reconcile the exact amounts owing by Aetna to the Contracting Debtors for Service Payments and the amounts owing to Aetna by the Contracting Debtors for Overpayments under the other Aetna Contracts. As and when the parties agree on such amounts the parties intend to enter into similar stipulations to implement the recoupment or offset of such amounts in the ordinary course of business going forward.

DOCS_SF:99823.3 89566/002

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Assignment of Santa Clara Contracts</u>.  Aetna consents pursuant to Bankruptcy Code § 365(b) to the assumption and assignment of the Santa Clara Contracts pursuant to the terms and conditions of this Stipulation.  The Objection is hereby withdrawn.  The retention by the applicable Contracting Debtor of Service Payments due under the Santa Clara Contracts on account of services provided by such debtor prior to the Closing Date shall not limit Aetna's right to recoup or offset Overpayments for services provided prior to the Closing Date against any amounts owed by Aetna for Service Payments provided prior to the Closing Date, as provided in this Stipulation.

2. <u>Future Performance Under Santa Clara Contracts</u>.  Nothing contained in this Stipulation will preclude Aetna from asserting its right to receive adequate assurance of future performance by the assignee of any of the Santa Clara Contracts with respect to services to be provided after the Closing Date, including Aetna's right to recoup or offset Overpayments made to the assignee of the Santa Clara Contracts after the Closing Date against any payments due from Aetna to the assignee of the Santa Clara Contracts for services provided under any such Santa Clara Contract after the Closing Date.

3. <u>Recoupment Generally</u>.  To the extent that the automatic stay that arose pursuant to Bankruptcy Code § 362(a) might otherwise bar Aetna from recouping or offsetting the amount it is owed on account of Overpayments against the amounts that it owes to each Debtor for Service Payments under the Santa Clara Contracts, the automatic stay is hereby modified to permit such recoupment or offsets as and when the parties agree on the respective balances owing.  Aetna and the Contracting Debtors will continue to reconcile the balances owed by each party, respectively, in the ordinary course of business and complete recoupments or offsets or, in the alternative, the Contracting Debtors shall pay all Overpayments and Aetna shall pay all Service Payments due to the Contracting Debtors, in the ordinary course of business.

4. <u>Reconciliation of Prepetition Amounts</u>.  The full and final maximum amount of the Overpayments owing to Aetna by the Contracting Debtors prior to the Petition Date under the Santa Clara Contracts is set forth on **Exhibit "B"** (the "**Agreed Overpayment Amounts**").  The Agreed Overpayment Amounts that are identified as "Disputed" shall remain subject to ongoing, good faith

reconciliation efforts. Not later than ten (10) business days after the entry of an order approving this Stipulation, Aetna shall pay to each of the Contracting Debtors the net amounts owing by Aetna to each such Contracting Debtor for Service Payments due prior to the Petition Date (*i.e.,* aggregate pre-petition Service Payments less $153,291.23, in "Disputed" amounts). Aetna shall remit additional pre-petition Service Payments as and when the "Disputed" amounts are either accepted or reversed.

5. <u>Reconciliation of Post-Petition Amounts</u>. For services provided under the Santa Clara Contracts after the Petition Date and prior to the Closing Date, the parties shall reconcile the amounts owing by Aetna and the amounts of Overpayments due to Aetna, in the ordinary course of business. Aetna shall have the right to recoup or offset the amount of Overpayments due to it against the amounts that Aetna owes to each Contracting Debtor that is a party to a Santa Clara Contract in the ordinary course of business or, in the alternative, the Debtors shall pay all Overpayments and Aetna shall pay all Service Payments due to the Debtors. In the event that the amount of an Overpayment is determined after Aetna has paid all amounts owing to the Contracting Debtor that is obligated for that Overpayment under each Santa Clara Contract, that debtor shall pay to Aetna the amount of the Overpayment promptly after that amount is agreed upon by the parties or established by the Bankruptcy Court.

Dated: February 26, 2019          GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jeffrey C. Krause
Jeffrey C. Krause

Member of Gibson, Dunn & Crutcher
Attorneys for Creditor
AETNA LIFE INSURANCE COMPANY

[signatures continued]

DOCS_SF:99823.3 89566/002

Dated: February 26, 2019    PACHULSKI STANG ZIEHL & JONES, LLP

By: /s/ Shirley S. Cho

Henry C. Kevane
Shirley S. Cho

Co-Counsel to the Debtors and
Debtors in Possession

DOCS_SF:99823.3 89566/002

# Exhibit A

## Santa Clara Contracts

### O'Connor Hospital

California Non-Capitated Hospital Services Agreement 01264149 effective 4/10/10
Medicare Amendment effective 4/10/10
Amendment 1 effective 6/1/10
Amendment 2 effective 4/20/14
Amendment 3 effective 6/1/17
Amendments 4 & 5 effective 8/20/18

### Saint Louise Regional Hospital

California Non-Capitated Hospital Services Agreement 01264149 effective 4/10/10
Medicare Amendment effective 4/10/10
Amendment 1 effective 6/1/10
Amendment 2 effective 1/1/11
Amendment 3 effective 4/20/14
Amendment 4 effective 6/1/17

### Seton Medical Center:

California Non-Capitated Hospital Services Agreement 08775012 effective 4/10/10
Medicare Amendment effective 4/10/10
Amendment 1 effective 6/1/10
Amendment 2 effective 12/1/13
Amendment 3 effective 4/20/14
Amendment 5 effective 6/1/17
Amendment 6 effective 8/20/18

### Saint Francis Medical Center

California Non-Capitated Hospital Services Agreement 03767918 effective 4/10/10
Medicare Amendment effective 4/10/10
Amendment 1 effective 5/1/14
Amendment 2 effective 6/1/17

### Saint Vincent Medical Center

California Non-Capitated Hospital Services Agreement 03767921 effective 4/10/10
Medicare Amendment effective 4/10/10
Amendment 1 effective 5/1/14
Amendment 2 effective 6/1/17

## **Exhibit B**

## **Agreed Overpayment Amounts**

|  | Agreed To | Disputed | Total |
|---|---:|---:|---:|
| **Aetna - Total** |  |  |  |
| OCH | $ 33,617.55 | $ 121,807.40 | $ 155,424.95 |
| SLRH | $ 5,549.72 | $ 31,483.83 | $ 37,033.55 |
| Total | $ 39,167.27 | $ 153,291.23 | $ 192,458.50 |

DOCS_SF:99823.3 89566/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND AMONG THE DEBTORS IN POSSESSION AND AETNA LIFE INSURANCE COMPANY REGARDING PRESERVATION OF RIGHT TO RECOUP OR OFFSET AMOUNTS OWING TO AETNA LIFE INSURANCE COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **February 27, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 27, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 27, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA HAND DELIVERY**
Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2019 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:319406.2 89566/002

**MAILING INFORMATION FOR CASE NO. 2:18-bk-20151-ER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Robert N Amkraut    ramkraut@foxrothschild.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Simon Aron    saron@wrslawyers.com
- Lauren T Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Cristina E Bautista    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Ron Bender    rb@lnbyb.com
- Bruce Bennett    bbennett@jonesday.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Elizabeth Berke-Dreyfuss    edreyfuss@wendel.com
- Steven M Berman    sberman@slk-law.com
- Alicia K Berry    Alicia.Berry@doj.ca.gov
- Stephen F Biegenzahn    efile@sfblaw.com
- Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Chane Buck    cbuck@jonesday.com
- Damarr M Butler    butler.damarr@pbgc.gov, efile@pbgc.gov
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Shirley Cho    scho@pszjlaw.com
- Jacquelyn H Choi    jchoi@swesq.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Kevin Collins    kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- David N Crapo    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- Mariam Danielyan    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Kevin M Eckhardt    keckhardt@huntonak.com, keckhardt@hunton.com
- Andy J Epstein    taxcpaesq@gmail.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- William B Freeman    william.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Paul R. Glassman    pglassman@sycr.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- James A Hayes    jhayes@jamesahayesaplc.com
- Michael S Held    mheld@jw.com
- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- Robert M Hirsh    Robert.Hirsh@arentfox.com
- Florice Hoffman    fhoffman@socal.rr.com, floricehoffman@gmail.com
- Michael Hogue    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- Marsha A Houston    mhouston@reedsmith.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- John Mark Jennings    johnmark.jennings@kutakrock.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory R Jones    gjones@mwe.com, rnhunter@mwe.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Steven J Kahn    skahn@pszyjw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Jane Kim    jkim@kellerbenvenutti.com
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Gary E Klausner    gek@lnbyb.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- Jeffrey C Krause    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Chris D. Kuhner    c.kuhner@kornfieldlaw.com
- Darryl S Laddin    bkrfilings@agg.com
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Richard A Lapping    richard@lappinglegal.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- David E Lemke    david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com
- Monserrat Morales    mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- Kevin H Morse    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer    mmortimer@sycr.com, jrothstein@sycr.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Charles E Nelson    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- Sheila Gropper Nelson    shedoesbklaw@aol.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- Nancy Newman    nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- Bryan L Ngo    bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- Melissa T Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- John R OKeefe    jokeefe@metzlewis.com, slohr@metzlewis.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com
- Mark D Plevin    mplevin@crowell.com, cromo@crowell.com
- David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- Steven G. Polard    spolard@ch-law.com, cborrayo@ch-law.com
- David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- Lori L Purkey    bareham@purkeyandassociates.com
- William M Rathbone    wrathbone@grsm.com, jmydlandevans@grsm.com
- Jason M Reed    Jason.Reed@Maslon.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- J. Alexandra Rhim    arhim@hrhlaw.com
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Lesley A Riis    lriis@dpmclaw.com
- Debra Riley    driley@allenmatkins.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

- Julie H Rome-Banks    julie@bindermalter.com
- Mary H Rose    mrose@buchalter.com, salarcon@buchalter.com
- Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- Nathan A Schultz    nschultz@foxrothschild.com
- William Schumacher    wschumacher@jonesday.com
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Seth B Shapiro    seth.shapiro@usdoj.gov
- Joseph Shickich    jshickich@riddellwilliams.com
- Rosa A Shirley    rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org
- Michael St James    ecf@stjames-law.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com
- Jason D Strabo    jstrabo@mwe.com, ahoneycutt@mwe.com
- Sabrina L Streusand    Streusand@slollp.com
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Gary F Torrell    gft@vrmlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Matthew S Walker    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- Gerrick Warrington    gwarrington@frandzel.com, sking@frandzel.com
- Adam G Wentland    awentland@tocounsel.com, lkwon@tocounsel.com
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Michael S Winsten    mike@winsten.com
- Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Neal L Wolf    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- Hatty K Yip    hatty.yip@usdoj.gov
- Andrew J Ziaja    aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- Rose Zimmerman    rzimmerman@dalycity.org

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

**VIA MAIL**

Aetna Life Insurance Company
Attn: Paul Weller, Head of Provider Litigation
1425 Union Meeting Rd.
Mail Stop U23S
Blue Bell PA 19422

Allen Matkins Leck Gamble Mallory & Natsis LLP
Debra A. Riley, Esq.
One America Plaza
600 West Broadway, 27th Floor
San Diego CA 92101-0903

Allscripts Healthcare LLC
c/o Greg Bianchi
5995 Windward Pkwy
Alpharetta GA 30005-4184

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

| | | |
|---|---|---|
| Arnall Golden Gregory LLP<br>Darryl S. Laddin<br>171 17th Street NW, Suite 2100<br>Atlanta GA 30363-1031 | Attorney General of California<br>Xavier Becerra<br>California Department of Justice<br>1300 "I" Street<br>Sacramento CA 95814 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 |
| Baker & Hostetler LLP<br>Lauren T. Attard<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles CA 90025-0509 | Ballard Spahr LLP<br>Attn: Dustin P. Branch, Esq.<br>Nicholas M. Gross, Esq.<br>2029 Century Park East, Suite 800<br>Los Angeles CA 90067-2909 | Ballard Spahr LLP<br>Brain D. Huben, Michael S. Meyers<br>2029 Century Park East, Suite 800<br>Los Angeles CA 90067-2909 |
| Ballard Spahr LLP<br>William P. Wassweiler, Esq. and Charles E. Nelson, Esq.<br>2000 IDS Center<br>80 South Eighth Street<br>Minneapolis MN 55402 | Barnes & Thornburg LLP<br>David M. Powlen, Kevin G. Collins<br>1000 N. West St., Suite 1500<br>Wilmington DE 19801 | Barnes & Thornburg LLP<br>Paul J. Laurin<br>2029 Century Park E, Suite 300<br>Los Angeles CA 90067 |
| Bart Florence<br>1620 North Market Blvd<br>Sacramento CA 95834 | BDO USA, LLP<br>Laurence W. Golberg Director, Receivables Management<br>4135 Mendenhall Oaks Parkway, Suite 140<br>High Point NC 27265 | Blakeley LLP<br>Scott E. Blakeley<br>18500 Von Karman Avenue, Suite 530<br>Irvine CA 92612 |
| Bush Gottlieb, A Law Corporation<br>Attn: Joseph A. Kohanski, David E. Ahdoot, Kirk M. Prestegard<br>801 North Brand Boulevard, Suite 950<br>Glendale CA 91203 | California Department of Health Care Services<br>Jennifer Kent, Director<br>1501 Capitol Avenue, Suite 4510<br>Sacramento CA 95814 | California Nurses Association (CNA)<br>Attn: Kyrsten Skogstad, In-House Counsel; Nicole J. Daro, Esq, Legal Department<br>155 Grand Avenue<br>Oakland CA 94612 |
| California Secretary of State<br>1500 11th Street<br>Sacramento CA 95814 | California State Board of Pharmacy<br>1625 North Market Boulevard<br>Sacramento CA 95834 | Carlton Fields Jordan Burt, LLP<br>Mark Neubauer and Donald Kirk<br>2000 Avenue of the Stars Suite 530N<br>Los Angeles CA 90067-4707 |
| Carlton Fields Jorden Burt PA<br>Donald R Kirk & John Ryan Yant<br>4221 W Boy Scout Blvd Ste 1000<br>Tampa FL 33607-5780 | City of Daly City<br>Rose Zimmerman<br>City Attorney's Office<br>333 90th Street<br>Daly City CA 94015 | Dentons US LLP<br>Samuel R. Maizel, John A. Moe, II, Tania M. Moyron<br>601 South Figueroa Street, Suite 2500<br>Los Angeles CA 90017-5704 |
| Devaney Pate Morris & Cameron, LLP<br>c/o Lesley A. Riis<br>402 W. Broadway, Suite 1300<br>San Diego CA 92101 | DLA Piper LLP (US)<br>Eric D. Goldberg<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles CA 90067-4704 | DLA Piper LLP (US)<br>Jade M. Williams<br>444 W. Lake Street, Suite 900<br>Chicago IL 60606-0089 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

| | | |
|---|---|---|
| Employment Development Dept.<br>722 Capitol Mall<br>Sacramento CA 95814 | Engineers and Scientists of California<br>IFPTE Local 20 AFL-CIO & CLC<br>Danielle Lucido Chief Counsel<br>810 Clay St<br>Oakland CA 94607 | Felderstein Fitzgerald<br>Willoughby & Pascuzzi Llp<br>Paul J. Pascuzzi<br>400 Capitol Mall, Suite 1750<br>Sacramento CA 95814 |
| Fox Rothschild LLP<br>Attn: Michael A. Sweet, Nathan A. Schultz<br>345 California Street, Suite 2200<br>San Francisco CA 94104 | Fox Rothschild LLP<br>Attn: Robert N. Amkraut, Esq<br>1001 Fourth Ave. Suite 4500<br>Seattle WA 98154 | Gibbons P.C.<br>Attn: David N. Crapo, Esq.<br>One Gateway Center<br>Newark NJ 07102-5310 |
| Greenberg Traurig, LLP<br>Michael R. Hogue<br>Four Embarcadero Center, Suite 3000<br>San Francisco CA 94111 | Hanson Bridgett LLP<br>Neal L. Wolf<br>425 Market Street, 26th Floor<br>San Francisco CA 94105 | Hunton Andrews Kurth LLP<br>Kevin M. Eckhardt<br>550 South Hope Street, Suite 2000<br>Los Angeles CA 90071 |
| Internal Revenue Service<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore MD 21201 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia PA 19104 |
| Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles CA 90012 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia PA 19101 | Iris Lara<br>c/o Trisha Monesi<br>1875 Century Park East, Suite 100<br>Los Angeles CA 90067 |
| JD Thompson Law<br>c/o Judy D. Thompson, Esq.<br>PO Box 33127<br>Charlotte NC 28233 | Jones Day<br>Bruce Bennett<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles CA 90071 | KCC<br>Andres A. Estrada<br>2335 Alaska Ave<br>El Segundo CA 90245 |
| Keller & Benvenutti LLP<br>Attn: Jane Kim<br>650 California Street, Suite 1900<br>San Francisco CA 94108 | Keller & Benvenutti LLP<br>Attn: Peter J. Benvenutti, Jane Kim<br>650 California Street, Suite 1900<br>San Francisco CA 94108 | Kornfield, Nyberg, Bendes,<br>Kuhner & Little, PC<br>Chris D. Kuhner, Esq.<br>1970 Broadway, Suite 600<br>Oakland CA 94612 |
| Kutak Rock LLP<br>Lisa M. Peters<br>1650 Farnam St<br>Omaha NE 68102 | Law Office of Florice Hoffman. L.C.<br>Florice Hoffman<br>8502 E. Chapman Avenue, Suite 353<br>Orange CA 92869 | Leonard Carder, LLP<br>Shawn C. Groff, Mollie Simons,<br>Andrew J. Ziaja<br>1330 Broadway, Ste 1450<br>Oakland CA 94612 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

| | | |
|---|---|---|
| Loeb & Loeb LLP<br>Lance N. Jurich, Esq<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles CA 90067-4120 | Lord, Abbett & Co LLC<br>Robert Gerber | Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles CA 90054-0110 |
| Maslon LLP<br>Clark T Whitmore<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis MN 55402 | McDermott Will & Emery<br>Jason D. Strabo; James F. Owens<br>2049 Century Park East, 38th Floor<br>Los Angeles CA 90067-3218 | McDermott Will & Emery<br>William Smith Nathan Coco Megan Preusker<br>444 West Lake St., Suite 4000<br>Chicago IL 60606-0029 |
| McDermott Will & Emery LLP<br>Gregory R. Jones<br>2049 Century Park East, Suite 3800<br>Los Angeles CA 90067-3218 | McDermott Will & Emery LLP<br>James Kapp<br>444 West Lake Street, Suite 4000<br>Chicago IL 60606-0029 | Medline Industries, Inc.<br>Shane Reed<br>Three Lakes Drive<br>Northfield IL 60093 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Gregory A. Bray Mark Shinderman & James C. Behrens<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>Attn: Daniel Bleck / Leonard Weiser-Varon<br>One Financial Center<br>Boston MA 02111 | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>Attn: Paul J. Ricotta<br>666 Third Avenue<br>New York NY 10017 |
| NantWorks, LLC and Nant Capital, LLC<br>Charles Kim<br>9920 Jefferson Boulevard<br>Culver City CA 90232 | Office of the Attorney General<br>Alicia Berry, Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles CA 90013 | Office of the Attorney General<br>Consumer Law Section<br>Attn Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco CA 94102 |
| Office of the Attorney General<br>Wendi A. Horwitz, Deputy Attorney General<br>Department of Justice<br>Office of the Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles CA 90013 | Office of the California Attorney General<br>Department of Justice<br>Kenneth Wang<br>300 South Spring Street<br>Los Angeles CA 90013 | Office of the California Attorney General<br>Department of Justice<br>Jennifer Kim<br>300 South Spring Street, Floor 9<br>Los Angeles CA 90013 |
| Pension Benefit Guaranty Corporation ("PBGC")<br>Attn: Michael Strollo and Emily Lesniewski<br>1200 K Street, NW<br>Washington DC 20005 | Perkins Coie LLP<br>Schuyler G. Carroll<br>30 Rockefeller Plaza, 22nd Floor<br>New York NY 10112-0085 | Purkey & Associates, P.L.C.<br>c/o Lori L. Purkey, Esq<br>5050 Cascade Road, SE, Suite A<br>Grand Rapids MI 49546 |
| Randick O'Dea & Tooliatos, LLP<br>Phillip G. Vermont<br>5000 Hopyard Road<br>Suite 225<br>Pleasanton CA 94588 | RCB Equities #1 LLC<br>Brian Dror / Zvi Ryzman<br>5967 West 3rd Street, Suite 102<br>Los Angeles CA 90036 | Reed Smith LLP<br>Marsha A. Houston,Christopher O. Rivas<br>355 South Grand Avenue, Suite 2900<br>Los Angeles CA 90071-1514 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:319406.2 89566/002

| | | |
|---|---|---|
| Resolution Law Firm P. C.<br>Sheila Gropper Nelson, Esq.<br>50 Osgood Place, 5th Fl.<br>San Francisco CA 94133 | Rimon, P.C.<br>Phillip K. Wang, Esq.<br>One Embarcadero Center, Suite 400<br>San Francisco CA 94111 | Rosemawr Municipal Partners Fund LP,<br>Rosemawr Capital II LP, RMA Capital<br>Partners LP, Greg Shlionsky Julie Morrone<br>Elyse Levesque<br>810 Seventh Avenue, 27th Floor<br>New York NY 10019 |
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington DC 20549 | Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York NY 10281 | SEIU United Healthcare Workers West<br>Attn: David Miller<br>560 Thomas L Berkeley Way<br>Oakland CA 94612-1602 |
| Serlin & Whiteford, LLP<br>Mark A. Serlin, Esq.<br>701 E Street<br>Sacramento CA 95814 | Shumaker, Loop, & Kendrick, LLP<br>Steven M. Berman<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa FL 33602 | Sodexo Operations, LLC, a Delaware<br>Limited Liability Company Sodexo CTM LLC<br>Attn: Brad Hamman<br>2301 Maitland Center Pkwy Ste 350<br>Maitland FL 32751-7417 |
| St. James Law, P.C.<br>Michael St. James, Esq.<br>22 Battery Street, Suite 888<br>San Francisco CA 94111 | State of California Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento CA 94279-0029 | State of California Board of Equalization<br>Executive Director<br>450 N Street, MIC: 73<br>Sacramento CA 95814-0073 |
| State of California Board of Equalization<br>Special Operations Bankruptcy<br>Team MIC: 74<br>P.O. Box 942879<br>Sacramento CA 94279-0074 | State of California Employment<br>Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento CA 94280-0001 | State of California Franchise Tax Board<br>Franchise Tax Board Bankruptcy Section<br>MS: A-340<br>P. O. Box 2952<br>Sacramento CA 95812-2952 |
| State of California Franchise Tax Board<br>Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720<br>MS: A-260<br>Rancho Cordova CA 95741-1720 | State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles CA 90013 | Stradling Yocca Carlson & Rauth, P.C.<br>Attn: Marianne S. Mortimer; Paul R.<br>Glassman; Jeremy H. Rothstein<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica CA 90401 |
| Stradling Yocca Carlson & Rauth, P.C.<br>Paul R. Glassman, Esq. and Jeremy H.<br>Rothstein, Esq<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica CA 90401 | Streusand, Landon, Ozburn & Lemmon, LLP<br>Sabrina L. Streusand<br>1801 S. Mopac Expressway, Suite 320<br>Austin TX 78746 | The Vanguard Group, Inc.<br>Robert Auwaerter |
| Theodora Oringher PC<br>Scott Schoelffel, Eric J. Fromme, Adam G<br>Wentland<br>535 Anton Boulevard, 9th Floor<br>Costa Mesa CA 92626-7109 | Trodella & Lapping LLP<br>Richard A. Lapping<br>540 Pacific Avenue<br>San Francisco CA 94133 | U.S. Department of Health & Human<br>Services<br>Alex M. Azar II, Secretary<br>200 Independence Avenue, S.W.<br>Washington DC 20201 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002

| | | |
|---|---|---|
| U.S. Department of Health and Human Services Angela M. Belgrove, Assistant Regional Counsel<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco CA 94103-6705 | U.S. Department of Justice, Civil Division<br>Seth B Shapiro<br>1100 L Street, N.W., Room 7114, 7th Floor<br>Washington DC 20005 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles CA 90071-9591 |
| UMB Bank, N.A.<br>Attn.: Virginia Anne Housum, Senior VP<br>UMB Financial Corporation<br>120 Sixth Street South, Suite 1400<br>Minneapolis MN 55402 | United States Attorney's Office<br>Federal Building<br>Room 7516<br>300 North Los Angeles Street<br>Los Angeles CA 90012 | United States Attorneys Office<br>Central District of California<br>312 North Spring Street<br>Suite 1200<br>Los Angeles CA 90012 |
| United States Attorneys Office<br>Northern District of California<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | United States Attorneys Office<br>Northern District of California<br>150 Almaden Boulevard, Suite 900<br>San Jose CA 95113 | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington DC 20044 |
| United States Trustee<br>Hatty K Yip<br>Office of the UST/DOJ<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles CA 90017 | US Bank NA<br>Sandra Spivey, VP<br>Nevada Financial Center<br>2300 W. Sahara Ste 200<br>Las Vegas NV 89102 | USBC Central District of California<br>Ernest M. Robles<br>Edward R. Roybal Federal Bldg.<br>255 East Temple Street, Suite 1560<br>Los Angeles CA 90012 |
| Van Eck Associates Corporation<br>Charles Cameron | Waller Lansden Dortch & Davis, LLP<br>David E. Lemke, Melissa W. Jones<br>511 Union Street, Ste 2700<br>Nashville TN 37219 | Weinberg Roger & Rosenfeld<br>c/o Emily P. Rich<br>1001 Marina Village Parkway, Suite 200<br>Alameda CA 94501-1091 |
| Wells Fargo Bank, N.A.<br>Jeffrey K. Carlson or Current Officer<br>608 Second Avenue South<br>Minneapolis MN 55402 | Wells Fargo Bank, N.A.<br>Mark V Birkholz;Corbin Connell<br>600 4th St. 6th Floor<br>MAC N9300-060<br>Minneapolis MN 55415 | Workday, Inc.<br>John Elrod;Ann Sandor<br>6110 Stoneridge Mall Road<br>Pleasanton CA 94588 |
| Jeffrey C. Krause<br>Gibson Dunn & Crutcher LLP<br>333 S. Grand Ave.<br>Los Angeles, CA  90071-3197 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.2 89566/002