```
SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
PATRICK C. MAXCY (Pro Hac Vice)
patrick.maxcy@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924
```

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Ernest M. Robles<br><br>**STIPULATION EXTENDING DEADLINE FOR CIGNA HEALTHCARE OF CALIFORNIA, INC. TO OBJECT TO DEBTORS' NOTICE AND MOTION TO APPROVE (I) SETTLEMENT AND ASSET PURCHASE AGREEMENT BY AND BETWEEN DEBTORS VERITY MEDICAL FOUNDATION AND VERITY HEALTH SERVICES OF CALIFORNIA, INC., SILICON VALLEY MEDICAL DEVELOPMENT, LLC AND SAN JOSE MEDICAL GROUP, (II) ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS AND LEASES TO SILICON VALLEY MEDICAL DEVELOPMENT, LLC, AND (III) REJECTION OF CERTAIN LEASES [RELATED DKT. NO. 1636]**<br><br><u>Hearing</u>:<br>Date: March 19, 2019<br>Time: 10:00 a.m. (PDT)<br>Place:   United States Bankruptcy Court, Courtroom 1568<br>            255 East Temple St., Los Angeles, California 90012 |

- 1 -

110426944\V-1

This Stipulation is entered between Verity Health System Of California, Inc. ("VHS") and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors"), in the above-referenced jointly administered Chapter 11 bankruptcy cases, on the one hand, and Cigna Healthcare of California, Inc. ("Cigna"), on the other, with respect to the following:

1. On August 31, 2018, the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. On February 26, 2019, the Debtors filed the *Debtors' Notice and Motion to Approve (I) Settlement and Asset Purchase Agreement by and Between Debtors Verity Medical Foundation and Verity Health Services Of California, Inc., Silicon Valley Medical Development, LLC and San Jose Medical Group, (II) Assumption and Assignment of Certain Contracts and Leases to Silicon Valley Medical Development, LLC, and (III) Rejection of Certain Leases* [Docket No. 1636] (the "Sale Motion").

3. The Sale Motion set a deadline of March 5, 2019 for any party to file an opposition to the Sale Motion (the "Opposition Deadline").

4. Cigna has requested an extension of the Opposition Deadline and the Debtors have agreed.

**NOW, THEREFORE**, all of the parties to this Stipulation hereby stipulate and agree as follows:

A. The Opposition Deadline shall be extended from March 5, 2019 to March 8, 2019.

B. The Debtors' deadline to file a reply to any objection shall be March 15, 2019.

**Verity Health System of California, Inc., et al.**

By:   */s/ Tania M. Moyron*
Samuel R. Maizel
Tania M. Moyron
Dentons US LLP
Counsel to Debtors and Debtors In Possession

**Cigna Healthcare of California, Inc.**

By: _____
Jeffrey C. Wisler
Connolly Gallagher LLP
Counsel to Cigna Healthcare of California, Inc.

- 3 -