1  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
2  TANIA M. MOYRON (Bar No. 235736)
   tania.moyron@dentons.com
3  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
4  Los Angeles, California 90017-5704
   Tel: (213) 623-9300 / Fax: (213) 623-9924
5
6  Attorneys for the Chapter 11 Debtors and
   Debtors In Possession

7

8            **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

10 | In re | Lead Case No. 2:18-bk-20151-ER |

11 VERITY HEALTH SYSTEM OF          Jointly Administered With:
   CALIFORNIA, INC., *et al.*,       Case No. 2:18-bk-20162-ER
12                                    Case No. 2:18-bk-20163-ER
                                      Case No. 2:18-bk-20164-ER
13      Debtors and Debtors In Possession.   Case No. 2:18-bk-20165-ER
                                      Case No. 2:18-bk-20167-ER
14  ☒ Affects All Debtors            Case No. 2:18-bk-20168-ER
                                      Case No. 2:18-bk-20169-ER
15  ☐ Affects Verity Health System of   Case No. 2:18-bk-20171-ER
       California, Inc.              Case No. 2:18-bk-20172-ER
16  ☐ Affects O'Connor               Case No. 2:18-bk-20173-ER
    ☐ Affects Saint Louise Regional Hospital   Case No. 2:18-bk-20175-ER
17  ☐ Affects St. Francis Medical Center   Case No. 2:18-bk-20176-ER
    ☐ Affects St. Vincent Medical Center   Case No. 2:18-bk-20178-ER
18  ☐ Affects Seton Medical Center   Case No. 2:18-bk-20179-ER
    ☐ Affects O'Connor Hospital Foundation   Case No. 2:18-bk-20180-ER
19  ☐ Affects Saint Louise Regional Hospital   Case No. 2:18-bk-20181-ER
       Foundation
20  ☐ Affects St. Francis Medical Center of   Hon. Ernest M. Robles
       Lynwood Foundation
21  ☐ Affects St. Vincent Foundation   Chapter 11 Cases
    ☐ Affects St. Vincent Dialysis Center, Inc.
22  ☐ Affects Seton Medical Center Foundation   **NOTICE OF ERRATA TO NOTICE TO**
    ☐ Affects Verity Business Services   **COUNTERPARTIES TO EXECUTORY**
23  ☐ Affects Verity Medical Foundation   **CONTRACTS AND UNEXPIRED LEASES OF**
    ☐ Affects Verity Holdings, LLC   **THE DEBTORS THAT MAY BE ASSUMED**
24  ☐ Affects De Paul Ventures, LLC   **AND ASSIGNED**
    ☐ Affects De Paul Ventures - San Jose
25     Dialysis, LLC                 **[RELATED DOCKET NO. 1704]**

26      Debtors and Debtors In Possession.

27

28

110214066\V-1

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300

**THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Verity Health System of California, Inc. and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases (collectively, the "Debtors*")*, hereby correct the *Notice To Counterparties To Executory Contracts and Unexpired Leases of The Debtors That May Be Assumed and Assigned* [Related Dkt. No. 1704], which inadvertently listed a cure amount of "**$0.00**" instead of "**TBD**" for "Saint Vincent IPA/Physician Data Trust," related to an ancillary services agreement and a risk sharing agreement. *See* Exhibit "A" (Part 3), at page 16, lines 1042 and 1043, of Exhibit "A" (Part 3).

Dated: March 13, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By    */s/Tania M. Moyron*
      Tania M. Moyron

Attorneys for the Chapter 11 Debtors and Debtors In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

110214066\V-1