1  GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
2  MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
3  JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
4  MILBANK LLP
2029 Century Park East, 33rd Floor
5  Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063
6
*Counsel for the Official Committee of*
7  *Unsecured Creditors of Verity Health System of*
*California, Inc.,* _et_ _al._
8

## UNITED STATES BANKRUPTCY COURT
9  ## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| 10  In re: | Lead Case No. 18-20151 |
| | Jointly Administered With: |
| 11  VERITY HEALTH SYSTEM OF CALIFORNIA, | CASE NO.: 2:18-bk-20162-ER |
| INC., *et al*., | CASE NO.: 2:18-bk-20163-ER |
| 12 | CASE NO.: 2:18-bk-20164-ER |
| | CASE NO.: 2:18-bk-20165-ER |
| 13  Debtors and Debtors In Possession. | CASE NO.: 2:18-bk-20167-ER |
| | CASE NO.: 2:18-bk-20168-ER |
| 14 | CASE NO.: 2:18-bk-20169-ER |
| | CASE NO.: 2:18-bk-20171-ER |
| 15  Affects: | CASE NO.: 2:18-bk-20172-ER |
| | CASE NO.: 2:18-bk-20173-ER |
| 16  ☐ All Debtors | CASE NO.: 2:18-bk-20175-ER |
| ☐ Verity Health System of California, Inc. | CASE NO.: 2:18-bk-20176-ER |
| 17  ☐ Saint Louise Regional Hospital | CASE NO.: 2:18-bk-20178-ER |
| ☐ St. Francis Medical Center | CASE NO.: 2:18-bk-20179-ER |
| 18  ☑ St. Vincent Medical Center | CASE NO.: 2:18-bk-20180-ER |
| ☐ Seton Medical Center | CASE NO.: 2:18-bk-20181-ER |
| 19  ☐ O'Connor Hospital Foundation | |
| ☐ Saint Louise Regional Hospital | Chapter 11 Cases |
| 20  Foundation | |
| ☐ St. Francis Medical Center of | Hon. Ernest M. Robles |
| 21  Lynwood Foundation | |
| ☐ St. Vincent Foundation | **OFFICIAL COMMITTEE OF** |
| 22  ☐ St. Vincent Dialysis Center, Inc. | **UNSECURED CREDITORS' RESPONSE** |
| ☐ Seton Medical Center Foundation | **TO MOTION FOR RELIEF FROM STAY** |
| 23  ☐ Verity Business Services | **(NON-BANKRUPTCY FORUM) FILED** |
| ☐ Verity Medical Foundation | **BY DAVID PULLMAN [DKT. 1610] AND** |
| 24  ☐ Verity Holdings, LLC | **STIPULATION BETWEEN DEBTOR, ST.** |
| ☐ De Paul Ventures, LLC | **VINCENT MEDICAL CENTER, AND** |
| 25  ☐ De Paul Ventures - San Jose | **DAVID PULLMAN, GRANTING DAVID** |
| Dialysis, LLC | **PULLMAN RELIEF FROM THE** |
| 26 | **AUTOMATIC STAY [DKT. 1787]** |
| 27  Debtors and Debtors In Possession. | Hearing: |
| | Date:    March 18, 2019 |
| 28 | Time:    10:00 a.m. |
| | Location: Courtroom 1568 |

1   The Official Committee of Unsecured Creditors of Verity Health System of

2   California, Inc., *et al*. (the "Committee") appointed in connection with the chapter 11 cases of the

3   above-captioned debtors and debtors-in-possession (the "Debtors"), hereby submits this response to

4   the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations)*

5   *(Action in Non-Bankruptcy Forum)* filed by David Pullman (the "Motion") [Docket No. 1610] and

6   the *Stipulation Between Debtor, St. Vincent Medical Center, and David Pullman, granting David*

7   *Pullman Relief from the Automatic Stay* (the "Stipulation") [Docket No. 1787].

8   Because paragraph 4.a. of the Motion states, "Movant seeks recovery only from

9   applicable insurance, if any, and waives any deficiency or other claim against the Debtor or property

10   of the Debtor's bankruptcy estate," and because debtor St. Vincent Medical Center and Mr. Pullman

11   have stipulated in the Stipulation that "Mr. Pullman may have relief from the automatic stay as of

12   March 15, 2019, on the basis that he will seek recovery only from applicable insurance, he will not

13   seek damages that are not covered by insurance, and he waives any deficiency or other claim against

14   the Debtor or property of the Debtors' bankruptcy estates," the Committee does not oppose the

15   Motion or the Stipulation.

16

17   DATED:  March 13, 2019                          MILBANK LLP

18                                                       */s/ Gregory A. Bray*
                                                     GREGORY A. BRAY
19                                                   MARK SHINDERMAN
                                                     JAMES C. BEHRENS
20
                                                     Counsel for the Official Committee of
21                                                   Unsecured Creditors of Verity Health System of
                                                     California, Inc., et al.
22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2029 Century Park E, 33rd Floor, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*):   ___***OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESPONSE TO MOTION FOR RELIEF FROM STAY (NON-BANKRUPTCY FORUM) FILED BY DAVID PULLMAN [DKT. 1610] AND STIPULATION BETWEEN DEBTOR, ST. VINCENT MEDICAL CENTER, AND DAVID PULLMAN, GRANTING DAVID PULLMAN RELIEF FROM THE AUTOMATIC STAY [DKT. 1787]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 13, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019  Ricky Windom | /s/ Ricky Windom |
|---|---|
| *Date*              *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                        **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST
(Via NEF)

- **Robert N Amkraut**    ramkraut@foxrothschild.com
- **Kyra E Andrassy**    kandrassy@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Simon Aron**    saron@wrslawyers.com
- **Lauren T Attard**    lattard@bakerlaw.com, abalian@bakerlaw.com
- **Allison R Axenrod**    allison@claimsrecoveryllc.com
- **Keith Patrick Banner**    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Cristina E Bautista**    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **James Cornell Behrens**    jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Ron Bender**    rb@lnbyb.com
- **Bruce Bennett**    bbennett@jonesday.com
- **Peter J Benvenutti**    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Elizabeth Berke-Dreyfuss**    edreyfuss@wendel.com
- **Steven M Berman**    sberman@slk-law.com
- **Alicia K Berry**    Alicia.Berry@doj.ca.gov
- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Karl E Block**    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- **Dustin P Branch**    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Michael D Breslauer**    mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Chane Buck**    cbuck@jonesday.com
- **Damarr M Butler**    butler.damarr@pbgc.gov, efile@pbgc.gov
- **Lori A Butler**    butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- **Shirley Cho**    scho@pszjlaw.com
- **Jacquelyn H Choi**    jchoi@swesq.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Kevin Collins**    kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- **David N Crapo**    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Anthony Dutra**    adutra@hansonbridgett.com
- **Kevin M Eckhardt**    keckhardt@huntonak.com, keckhardt@hunton.com
- **Andy J Epstein**    taxcpaesq@gmail.com
- **Christine R Etheridge**    christine.etheridge@ikonfin.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Joseph D Frank**    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**    william.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

- **Lawrence B Gill**    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- **Paul R. Glassman**    pglassman@sycr.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Anna Gumport**    agumport@sidley.com
- **Mary H Haas**    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- **James A Hayes**    jhayes@jamesahayesaplc.com
- **Michael S Held**    mheld@jw.com
- **Lawrence J Hilton**    lhilton@onellp.com,
  lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- **Robert M Hirsh**    Robert.Hirsh@arentfox.com
- **Florice Hoffman**    fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Michael Hogue**    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- **Marsha A Houston**    mhouston@reedsmith.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **John Mark Jennings**    johnmark.jennings@kutakrock.com
- **Monique D Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory R Jones**    gjones@mwe.com, rnhunter@mwe.com
- **Lance N Jurich**    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Jeff D Kahane**    jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Cameo M Kaisler**    salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Gary E Klausner**    gek@lnbyb.com
- **Joseph A Kohanski**    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Darryl S Laddin**    bkrfilings@agg.com
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **Richard A Lapping**    richard@lappinglegal.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **David E Lemke**    david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Tracy L Mainguy**    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@
  dentons.com;joan.mack@dentons.com
- **Alvin Mar**    alvin.mar@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- **Hutchison B Meltzer**    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**    john.moe@dentons.com,
  glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com
- **Monserrat Morales**    mmorales@marguliesfaithlaw.com,
  Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- **Kevin H Morse**    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- **Marianne S Mortimer**    mmortimer@sycr.com, tingman@sycr.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jennifer L Nassiri**    jennifernassiri@quinnemanuel.com
- **Charles E Nelson**    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com

- **Sheila Gropper Nelson**    shedoesbklaw@aol.com
- **Mark A Neubauer**    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- **Nancy Newman**    nnewman@hansonbridgett.com,
  ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- **Bryan L Ngo**    bngo@fortislaw.com,
  BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Melissa T Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Abigail V O'Brient**    avobrient@mintz.com,
  docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- **John R OKeefe**    jokeefe@metzlewis.com, slohr@metzlewis.com
- **Keith C Owens**    kowens@venable.com, khoang@venable.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- **Lisa M Peters**    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**    cjpetersen@blankrome.com, gsolis@blankrome.com
- **Mark D Plevin**    mplevin@crowell.com, cromo@crowell.com
- **David M Poitras**    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- **Steven G. Polard**    spolard@ch-law.com, cborrayo@ch-law.com
- **David M Powlen**    david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Lori L Purkey**    bareham@purkeyandassociates.com
- **William M Rathbone**    wrathbone@grsm.com, jmydlandevans@grsm.com
- **Jason M Reed**    Jason.Reed@Maslon.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Lesley A Riis**    lriis@dpmclaw.com
- **Debra Riley**    driley@allenmatkins.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Julie H Rome-Banks**    julie@bindermalter.com
- **Mary H Rose**    mrose@buchalter.com, salarcon@buchalter.com
- **Megan A Rowe**    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Nathan A Schultz**    nschultz@foxrothschild.com
- **William Schumacher**    wschumacher@jonesday.com
- **Mark A Serlin**    ms@swllplaw.com, mor@swllplaw.com
- **Seth B Shapiro**    seth.shapiro@usdoj.gov
- **Joseph Shickich**    jshickich@riddellwilliams.com
- **Rosa A Shirley**    rshirley@nelsonhardiman.com,
  ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Kyrsten Skogstad**    kskogstad@calnurses.org, rcraven@calnurses.org
- **Michael St James**    ecf@stjames-law.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Jason D Strabo**    jstrabo@mwe.com, ahoneycutt@mwe.com
- **Sabrina L Streusand**    Streusand@slollp.com
- **Ralph J Swanson**    ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Jason Wallach**    jwallach@ghplaw.com, g33404@notify.cincompass.com

- **Kenneth K Wang**    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **Adam G Wentland**    awentland@tocounsel.com, lkwon@tocounsel.com
- **Latonia Williams**    lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**    mike@winsten.com
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- **Hatty K Yip**    hatty.yip@usdoj.gov
- **Andrew J Ziaja**    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**    rzimmerman@dalycity.org

# SERVICE LIST
(Via First Class Mail)

**Verity Health System of California, Inc.**
2040 E. Mariposa Avenue
El Segundo, CA 90245

**Samuel R. Maizel**
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

**David Pullman**
9250 Robin Drive
Los Angeles, CA 90069

## SERVICE LIST
(Via Personal Delivery)


**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

## SERVICE LIST
(Via Email)

**Attorneys for Chapter 11 Debtors and Debtors in Possession**
Samuel R. Maizel – samuel.maizel@dentons.com
John A. Moe, II – john.moe@dentons.com
Tania M. Moyron – tania.moyron@dentons.com

**Movant**
David Pullman – dpullman@pullmanbonds.com