1  GREGORY A. BRAY (Bar No. 115367)
   gbray@milbank.com
2  MARK SHINDERMAN (Bar No. 136644)
   mshinderman@milbank.com
3  JAMES C. BEHRENS (Bar No. 280365)
   jbehrens@milbank.com
4  MILBANK LLP
   2029 Century Park East, 33rd Floor
5  Los Angeles, CA 90067
   Telephone: (424) 386-4000/Facsimile: (213) 629-5063
6
7  *Counsel for the Official Committee of*
   *Unsecured Creditors of Verity Health System of*
   *California, Inc.*, *et al.*
8

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>       Debtors and Debtors In Possession.<br><hr>Affects:<br><br>☑ All Debtors<br>☐ Verity Health System of California, Inc.<br>☐ O'Connor Hospital<br>☐ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☐ St. Vincent Medical Center<br>☐ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>       Debtors and Debtors In Possession. | Lead Case No. 18-20151<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**FIRST INTERIM APPLICATON OF MILBANK LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**<br><br>Hearing:<br>Date:     April 3, 2019<br>Time:    10:00 a.m.<br>Location: Courtroom 1568<br>         255 E. Temple St<br>         Los Angeles, CA |

Name of applicant:                          Milbank LLP

Authorized to provide
professional services to:                    Official Committee of Unsecured Creditors

Date of retention:                          Order entered on November 6, 2018, retaining Milbank
                                            *nunc pro tunc* to September 14, 2018

Period for which compensation
and reimbursement are sought:               September 14, 2018 – December 31, 2018

Amount of compensation
Requested:                                  $2,247,099.99 (100%)

Amount of expense reimbursement
Requested:                                      $36,811.82 (100%)

This is an:  __X__ interim _____ final application.

This is the first interim fee application filed by Milbank LLP in these cases.

2

**FIRST INTERIM FEE APPLICATION OF MILBANK LLP**
**AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF VERITY HEALTH SYSTEM OF CALIFORNIA, INC., ET AL.**
**(SEPTEMBER 14, 2018 – DECEMBER 31, 2018)**

| Name | Practice Group (Year Admitted) | Hourly Rate | Total Hours | Discounted Fees[1] |
|------|-------------------------------|-------------|-------------|-------------------|
| Gregory A. Bray | Financial Restructuring Partner (1984) | $1,465 | 301.50 | $440,232.50 |
| Russell Kestenbaum | Tax Partner (1999) | $1,465 | 1.20 | $0.00 |
| Joel Krasnow | Executive Compensation and Employee Benefits Partner (1990) | $1,465 | 24.90 | $27,249.00 |
| Robert Liubicic | Litigation Partner (1999) | $1,465 | 22.30 | $25,344.50 |
| Melainie Mansfield | Global Corporate Partner (1995) | $1,465 | 116.20 | $157,927.00 |
| Manan Shah | Tax Partner (2002) | $1,315 | 1.80 | $0.00 |
| Mark Shinderman | Financial Restructuring Partner (1988) | $1,465 | 222.60 | $326,109.00 |
| Jennifer Harris | Alternative Investments Special Counsel (2000) | $1,065 | 27.00 | $26,944.50 |
| Dennis O'Donnell | Financial Restructuring Of Counsel (1992) | $1,190 | 385.30 | $458,507.00 |
| Alexandra Achamallah | Litigation Associate (2017) | $565 | 38.70 | $21,865.50 |
| Najeh Baharun | Global Corporate Associate (2012) | $910 | 193.90 | $176,449.00 |
| James Beebe | Tax Associate (2011) | $940 | 1.30 | $0.00 |
| James Behrens | Financial Restructuring Associate (2011) | $875 | 538.00 | $469,700.00 |
| Rachael Connelly | Global Corporate Associate (2018) | $450 | 8.00 | $0.00 |
| Melanie Miller | Financial Restructuring Associate (2018) | $565 | 14.30 | $6,384.50 |
| Sasha Nichols | Global Corporate Associate (2015) | $835 | 1.00 | $0.00 |
| Katherine Pierucci | Litigation Associate (2014) | $835 | 41.50 | $34,652.50 |
| Raad Shawaf | Real Estate Associate (1992) | $995 | 0.30 | $0.00 |
| Christina Skaliks | Tax Associate (2015) | $790 | 14.20 | $9,243.00 |
| Jordan Weber | Financial Restructuring Associate (2015) | $835 | 66.50 | $54,191.50 |
| Christopher West | Global Corporate Associate (2016) | $700 | 15.80 | $0.00 |
| Oscar Castrillon | Case Manager | $340 | 0.50 | $0.00 |

[1] The amounts in this column include discounts reflected in Milbank's monthly statements filed during the First Compensation Period, as well as an additional discount of $3,152.00 applied to this First Interim Fee Application.

3

| Name | Practice Group (Year Admitted) | Hourly Rate | Total Hours | Discounted Fees[1] |
|---|---|---|---|---|
| Jenifer Gibbs | Case Manager | $340 | 51.40 | $15,504.00 |
| Jacqueline Brewster | Legal Assistant | $265 | 28.50 | $3,127.00 |
| Paul M. Butters | Legal Assistant | $305 | 3.50 | $0.00 |
| Emily Rose Eskin | Legal Assistant | $210 | 0.90 | $0.00 |
| David Francis | Legal Assistant | $210 | 5.00 | $0.00 |
| Lauren Giles | Legal Assistant | $200 | 12.20 | $0.00 |
| Cleopatra Gray | Legal Assistant | $210 | 11.10 | $0.00 |
| Ugochi Ihenatu | Legal Assistant | $200 | 2.00 | $0.00 |
| Michelle Olsson | Legal Assistant | $200 | 4.00 | $0.00 |
| Charmaine Thomas | Legal Assistant | $280 | 42.10 | $6,384.00 |
| Jillian Victor | Legal Assistant | $210 | 6.30 | $0.00 |
| Ricky Windom | Legal Assistant | $280 | 123.50 | $34,580.00 |
| **Less Courtesy Reduction** | | | | **($47,294.51)** |
| | | | | |
| **Total** | | **$965.54 (blended rate)[2]** | **2,327.30** | **$2,247,099.99[3]** |

[2] The blended rate excluding paraprofessionals is $1,103.52 per hour.
[3] This amount is net of an aggregate discount of **$126,941.51 (approximately 5.3%)**, which includes discounts reflected in Milbank's monthly statements filed during the First Compensation Period, as well as an additional discount of $3,152.00 applied to this First Interim Fee Application.

**FIRST INTERIM FEE APPLICATION OF MILBANK LLP
AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF VERITY HEALTH SYSTEM OF CALIFORNIA, INC., ET AL.
(SEPTEMBER 14, 2018 – DECEMBER 31, 2018)**

| BILLING CODE | ACTIVITY | HOURS | FEES |
|---|---|---|---|
| 44393.00003 | Asset Analysis and Recovery | 411.50 | $368,944.00 |
| 44393.00004 | Asset Disposition | 484.60 | $563,219.50 |
| 44393.00005 | Assumption and Rejection of Leases and Contracts | 75.40 | $62,722.50 |
| 44393.00006 | Avoidance Action Analysis | 36.70 | $51,080.50 |
| 44393.00008 | Business Operations | 43.40 | $42,097.50 |
| 44393.00009 | Case Administration | 186.70 | $68,465.00 |
| 44393.00010 | Claims Administration and Objections | 52.60 | $52,022.50 |
| 44393.00011 | Corporate Governance and Board Matters | 1.90 | $2,783.50 |
| 44393.00012 | Employee Benefits and Pensions | 167.40 | $185,252.50 |
| 44393.00013 | Employment and Fee Applications | 90.00 | $75,791.50 |
| 44393.00014 | Employment and Fee Application Objections | 8.20 | $7,175.00 |
| 44393.00015 | Financing and Cash Collateral | 428.10 | $503,254.50 |
| 44393.00016 | Hearings (Preparation and Attendance) | 71.50 | $86,346.50 |
| 44393.00017 | Litigation | 6.50 | $1,820.00 |
| 44393.00018 | Committee Meetings & Communications with Members | 81.60 | $95,197.00 |
| 44393.00019 | Committee Organizational Documents & Administration | 38.00 | $35,316.50 |
| 44393.00020 | Communications with Committee Advisors | 48.00 | $58,213.50 |
| 44393.00021 | Meetings & Communications with Creditors | 0.60 | $761.00 |
| 44393.00022 | Communications with Debtors | 36.60 | $47,094.00 |
| 44393.00023 | Communications with Other Constituencies | 1.40 | $2,051.00 |
| 44393.00024 | Non-Working Travel | 2.20 | $1,257.50 |
| 44393.00025 | Plan and Disclosure Statement | 6.40 | $7,370.00 |
| 44393.00027 | Regulatory Matters | 12.40 | $17,989.00 |
| 44393.00028 | Relief from Stay and Adequate Protection | 33.40 | $34,594.00 |
| 44393.00030 | Tax | 2.20 | $3,223.00 |
| | **Less Courtesy Reduction** | | **($47,294.51)** |
| | **Less Timekeeper Reductions from Monthly Fee Statements** | | **($76,495.00)** |
| | **Less Additional Discount Applied to this First Interim Fee Application** | | **($3,152.00)** |
| | | | |
| | **Total** | **2,327.30** | **$2,247,099.99[4]** |

---

[4] This amount is net of an aggregate discount of **$126,941.51 (approximately 5.3%)**, which includes discounts reflected in Milbank's monthly statements filed during the First Compensation Period, as well as an additional discount of $3,152.00 applied to this First Interim Fee Application.

1
2
3

**FIRST INTERIM FEE APPLICATION OF MILBANK LLP**
**AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**OF VERITY HEALTH SYSTEM OF CALIFORNIA, INC., ET AL.**
**(SEPTEMBER 14, 2018 – DECEMBER 31, 2018)**

4

| DISBURSEMENTS | AMOUNT |
|---|---|
| Air Travel | $533.97 |
| Color Copies | $492.00 |
| Court Search | $9,176.47 |
| Court/Clerical Services | $307.50 |
| Express Mail | $599.31 |
| Filing Fees | $437.59 |
| Ground Transportation - Local | $693.69 |
| Ground Transportation - Out Of Town | $506.23 |
| Lexis | $3,348.00 |
| Library Research | $85.00 |
| Lodging | $471.15 |
| Meals - Out Of Town | $55.24 |
| Outside Messenger | $419.32 |
| Photocopies | $1,213.60 |
| Printing | $5,552.70 |
| Telephone | $620.90 |
| Transcript/Deposition Fees | $114.00 |
| Westlaw | $12,185.15 |
| **TOTAL DISBURSEMENTS** | **$36,811.82**[5] |

---

[5] This amount reflects a voluntary expense reduction of $902.38 applied to this First Interim Fee Application.

1  GREGORY A. BRAY (Bar No. 115367)
   gbray@milbank.com
2  MARK SHINDERMAN (Bar No. 136644)
   mshinderman@milbank.com
3  JAMES C. BEHRENS (Bar No. 280365)
   jbehrens@milbank.com
4  MILBANK LLP
   2029 Century Park East, 33rd Floor
5  Los Angeles, CA 90067
   Telephone: (424) 386-4000/Facsimile: (213) 629-5063
6
   *Counsel for the Official Committee of*
7  *Unsecured Creditors of Verity Health System of*
   *California, Inc.*, *et al.*
8

9  **UNITED STATES BANKRUPTCY COURT**
   **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| 10  In re:<br><br>11  VERITY HEALTH SYSTEM OF CALIFORNIA,<br>12  INC., *et al.*,<br><br>13         Debtors and Debtors In Possession.<br><br>14<br>15  Affects:<br>16  ☑ All Debtors<br>   ☐ Verity Health System of California, Inc.<br>17  ☐ O'Connor Hospital<br>   ☐ Saint Louise Regional Hospital<br>18  ☐ St. Francis Medical Center<br>   ☐ St. Vincent Medical Center<br>19  ☐ Seton Medical Center<br>   ☐ O'Connor Hospital Foundation<br>20  ☐ Saint Louise Regional Hospital<br>21  Foundation<br>   ☐ St. Francis Medical Center of<br>22  Lynwood Foundation<br>   ☐ St. Vincent Foundation<br>23  ☐ St. Vincent Dialysis Center, Inc.<br>   ☐ Seton Medical Center Foundation<br>24  ☐ Verity Business Services<br>25  ☐ Verity Medical Foundation<br>   ☐ Verity Holdings, LLC<br>26  ☐ De Paul Ventures, LLC<br>   ☐ De Paul Ventures - San Jose Dialysis, LLC<br>27<br>       Debtors and Debtors In Possession.<br>28 | Lead Case No. 18-20151<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**FIRST INTERIM APPLICATON OF**<br>**MILBANK LLP FOR APPROVAL AND**<br>**ALLOWANCE OF COMPENSATION**<br>**FOR SERVICES RENDERED AND**<br>**REIMBURSEMENT OF EXPENSES**<br>**INCURRED**<br><br>Hearing:<br>Date:       April 3, 2019<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>           255 E. Temple St<br>           Los Angeles, CA |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

Milbank LLP, formerly Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP ("Milbank"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of Verity Health System of California, Inc. and its affiliated debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby submits its application (the "Application"), pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Local Bankruptcy Rule 2016-1 (the "Local Rules"), the United States Trustee Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "U.S. Trustee Guidelines"), and the Amended Order on Debtors' Motion Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement [Docket No. 826] (the "Interim Compensation Order"), for interim approval and allowance of (i) compensation for professional services rendered to the Committee from September 14, 2018 through and including December 31, 2018 (the "First Interim Compensation Period"), and (ii) reimbursement of expenses incurred in connection with such services; and in support thereof respectfully represents as follows:

**I.**
**INTRODUCTION**

**A.      Preliminary Statement**

1.      Milbank has worked with purpose and diligence in advocating on behalf of the Committee.  As set forth in detail below, Milbank quickly worked to become up to speed regarding the various aspects of the Debtors' cases, beginning with striving to protect unsecured creditors' interests with regard to the Debtors' proposed DIP financing motion.  Milbank went on to spend significant time and effort working to ensure that the Debtors' sale of O'Connor Hospital and Saint

Louise Medical Center was as fair as possible and generated the highest or otherwise best return possible for the Debtors' estates.  In addition to these significant matters, Milbank performed the daily diligence and advocacy necessary to address various issues, including those related to key employee incentive plans and key employee retention plans, collective bargaining agreements, Quality Assurance Fees, and the assumption and assignment of executory contracts and unexpired leases.  Milbank attorneys also devoted significant time to performing a lien analysis in an effort to discover unencumbered assets.   Toward the end of the First Interim Compensation Period, Milbank worked to help ensure that the Debtors' marketing process for their Seton, Seton Coastside, St. Francis, and St. Vincent assets was adequate.  All of these efforts have required Milbank to work closely with the Committee and to keep the Committee informed throughout the case.  Milbank has also worked extensively with the Committee's financial advisor, FTI Consulting, Inc., as well as with the Debtors and the Debtors' advisors, as well as with other stakeholders in these cases, always with the goal of maximizing returns for unsecured creditors.

**B.     Jurisdiction**

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of the chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

**C.     Background**

3.     Debtors.  On August 31, 2018 (the "Petition Date"), the Debtors commenced the above-captioned chapter 11 cases in this Court.  The Debtors' chapter 11 cases have been consolidated for procedural purposes and are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

9

No trustee or examiner has been appointed in the chapter 11 cases.  The Debtors' Monthly Operating Report for January 2019 [Docket No. 1670] indicates that the Debtors are being operated at a loss and that the Debtors ended the month of January 2019 with a bank balance of $100,719,000.  No chapter 11 plan has yet been filed in these cases.

4.    Creditors' Committee.  On September 14, 2018, the United States Trustee for the Central District of California (the "U.S. Trustee") appointed the Committee.[6]

5.    Authorization for Milbank's Retention.  On November 6, 2018, the Court issued its *Order Under 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002, Authorizing Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel to Official Committee of Unsecured Creditors, Effective as of September 14, 2018* [Docket No. 778] (the "Retention Order"), authorizing Milbank's retention as counsel for the Committee in these cases. The Retention Order authorized Milbank to receive compensation pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the Interim Compensation Order, and the orders of this Court.

6.    First Interim Compensation Period.  In accordance with the Interim Compensation Order, Milbank submitted the following monthly fee statements (each, a "Fee Statement") seeking interim compensation and reimbursement of expenses:

(a)    On November 26, 2018, Milbank filed and served on the Notice Parties (as defined in the Interim Compensation Order) its first fee statement for the period from September 14, 2018 through and including September 30, 2018 (the "First Fee Statement") [Docket No. 871], incorporated herein by this reference.  The First Fee Statement sought (i) allowance of $609,301.02[7] as compensation for services rendered and (ii) reimbursement of $3,581.63 in expenses.  As of the date hereof, Milbank has received a total of $491,022.45, which represents payment of (i) 80% of Milbank's fees; and (ii) 100% of the expenses incurred pursuant to the First Fee Statement.

---

[6] The Committee is currently comprised of the following entities: (1) Aetna Life Insurance Company; (2) Allscripts Healthcare, LLC; (3) California Nurses Association; (4) Iris Lara; (5) Medline Industries; (6) the Pension Benefit Guaranty Corporation; (7) SEIU United Healthcare Workers West; (8) Sodexo Operations, LLC; and (9) St. Vincent IPA Medical Corporation.

[7] Milbank voluntarily reduced its fees by 5% (i.e., $32,068.48). The $609,301.02 amount is net of this 5% reduction.

(b)    On November 26, 2018, Milbank filed and served on the Notice Parties its second fee statement for the period from October 1, 2018 through and including October 31, 2018 (the "Second Fee Statement") [Docket No. 872], incorporated herein by this reference.  The Second Fee Statement sought (i) allowance of $781,308.97[8] as compensation for services rendered and (ii) reimbursement of $14,590.16 in expenses.  As of the date hereof, Milbank has received a total of $639,637.34, which represents payment of (i) 80% of Milbank's fees and (ii) 100% of the expenses incurred pursuant to the Second Fee Statement.

(c)    On January 2, 2019, Milbank filed and served on the Notice Parties its third fee statement for the period from November 1, 2018 through and including November 30, 2018 (the "Third Fee Statement") [Docket No. 1177], incorporated herein by this reference.  The Third Fee Statement sought (i) allowance of $418,759.00[9] as compensation for services rendered and (ii) reimbursement of $14,547.16 in expenses.  As of the date hereof, Milbank has received a total of $349,554.36, which represents payment of (i) 80% of Milbank's fees and (ii) 100% of the expenses incurred pursuant to the Third Fee Statement.

(d)    On January 30, 2019, Milbank filed and served on the Notice Parties its fourth fee statement for the period from December 1, 2018 through and including December 31, 2018 (the "Fourth Fee Statement") [Docket No. 1420], incorporated herein by this reference.  The Fourth Fee Statement sought (i) allowance of $440,883.00[10] as compensation for services rendered and (ii) reimbursement of $4,995.25 in expenses. As of the date hereof, Milbank has received a total of $357,701.65, which represents payment of (i) 80% of Milbank's fees and (ii) 100% of the expenses incurred pursuant to the Fourth Fee Statement.

7.    In accordance with the Interim Compensation Order and as reflected in the foregoing summary, in the First Interim Compensation Period Fee Statements, Milbank has requested an aggregate payment of $1,837,915.80, and has received $1,837,915.80.

8.    No Fee Sharing Agreement.  Milbank has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

---

[8] Milbank voluntarily reduced its fees by 5% (i.e., $41,121.53). The $781,308.97 amount is net of this 5% reduction.
[9] Milbank voluntarily reduced its fees by 6.2% (i.e., $27,877.50). The $418,759.00 amount is net of this 6.2% reduction.
[10] Milbank voluntarily reduced its fees by 4.9% (i.e., $22,722.00). The $440,883.00 amount is net of this 4.9% reduction. In addition to the voluntary reductions in the First, Second, Third, and Fourth Fee Statements, Milbank has elected to apply a further voluntary reduction of $3,152.00 to this First Interim Fee Application for a total voluntary reduction in fees of **$126,941.51 (approximately 5.3%)**.  Milbank has also voluntarily reduced its expenses by $902.38.

9.      No promises have been received by Milbank or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

10.      <u>Efficiency and Staffing</u>.  Milbank has made every effort to be efficient in these cases.  Milbank holds weekly telephonic meetings with the Committee to keep the Committee informed, and in order to make these meetings as efficient as possible, it is Milbank's practice to circulate an agenda in advance that includes summaries of relevant pleadings.  Milbank also holds a weekly pre-call with the Committee's financial advisors, FTI Consulting, Inc., in order to narrow the issues for discussion and otherwise streamline the weekly Committee meetings.

11.      Milbank has staffed its team leanly, with four core restructuring attorneys: Gregory Bray, Mark Shinderman, Dennis O'Donnell, and James Behrens.  Milbank will occasionally bring in specialists on an as-needed basis to assist with specific issues such as employee benefit questions.  Milbank has frequently written off time for attorneys who billed only a small number of hours with regard to these cases in any particular month.

12.      The experience of Milbank's core team has allowed Milbank to work efficiently.  Milbank has avoided preparing extraneously detailed memoranda.  Milbank attorneys have had conversations and meetings with the Debtors' advisors about how to move these cases along as quickly and efficiently as possible.  Such conversations and meetings are kept at a high level, with only the minimum number of Milbank attorneys in attendance.  Finally, Milbank has made efforts to negotiate compromises where possible, in order to avoid costly disputes that would drain money from the estate and result in lower returns to creditors.

**II.**
**APPLICATION**

13.      By this Application, Milbank seeks interim allowance of (a) compensation for professional services rendered by Milbank, as counsel for the Committee, during the First Interim

Compensation Period and (b) reimbursement of expenses incurred by Milbank in connection with such services.

14. Specifically, Milbank seeks approval of $2,247,099.99 as compensation for legal services rendered on behalf of the Committee during the First Interim Compensation Period and $36,811.82 for reimbursement of expenses incurred in connection with the rendering of such services, for a total award of $2,283,911.81.[11]

15. Pursuant to the Interim Compensation Order, Milbank has received payment of $1,837,915.80 during the First Interim Compensation Period. Pursuant to this Application, Milbank seeks further payment of $445,996.01, which amount represents the portion of Milbank's fees for legal services rendered and expenses incurred during the First Interim Compensation Period not previously paid to Milbank.

16. The fees sought by Milbank in this Application reflect an aggregate of 2,327.30 hours of attorney and paraprofessional time spent and recorded in performing services for the Committee during the First Interim Compensation Period, at a blended average hourly rate of $965.54 for both professionals and paraprofessionals. The blended hourly rate solely for professionals is $1,103.52. These blended rates exclude time written off for attorneys and paralegals who billed only a small number of hours each month; had the time for these attorneys and paralegals not been written off, Milbank's blended rates would be lower.

17. Milbank rendered to the Committee all services for which compensation is sought solely in connection with these cases and in furtherance of the duties and functions of the Committee.

---

[11] The foregoing amounts reflect certain voluntary reductions of Milbank's fees totaling $126,941.51 (approximately 5.3%) and a voluntary reduction of expenses totaling $902.38. However, Milbank reserves the right to seek the allowance of all or a portion of such reduced fees and expenses at a later date.

18.     Milbank maintains computerized records of the time expended in the rendering of the professional services required by the Committee.  These records are maintained in the ordinary course of Milbank's practice.  For the convenience of the Court and parties in interest, a billing summary for services rendered during the First Interim Compensation Period is attached as part of the cover sheet to this Application, setting forth the name of each attorney and paraprofessional for whose work on these cases compensation is sought, each attorney's year of bar admission, the aggregate amount of time expended by each such attorney or paraprofessional, the hourly billing rate for each such attorney or paraprofessional at Milbank's current billing rates, and an indication of the individual amounts requested as part of the total amount of compensation requested.  In addition, set forth in the billing summary is additional information indicating whether each attorney is a partner, of counsel, senior attorney, or associate, and each attorney's area of concentration.  The compensation requested by Milbank is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

19.     Milbank also maintains computerized records of all expenses incurred in connection with the performance of professional services.  A billing summary for expenses incurred during the First Interim Compensation Period is attached as part of the cover sheet to this Application, setting forth the amounts for which reimbursement is sought by type of expense.

## III.
## SUMMARY OF PROFESSIONAL SERVICES RENDERED

20.     To provide an orderly summary of the services rendered on behalf of the Committee by Milbank, and in accordance with the U.S. Trustee Guidelines, Milbank has established the following separate project billing categories in connection with these cases:

    44393.00002 – Expenses
    44393.00003 – Asset Analysis and Recovery
    44393.00004 – Asset Disposition
    44393.00005 – Assumption and Rejection of Leases and Contracts
    44393.00006 – Avoidance Action Analysis
    44393.00007 – Budgeting (Case)

44393.00008 – Business Operations
44393.00009 – Case Administration
44393.00010 – Claims Administration and Objections
44393.00011 – Corporate Governance and Board Matters
44393.00012 – Employee Benefits and Pensions
44393.00013 – Employment and Fee Applications
44393.00014 – Employment and Fee Application Objections
44393.00015 – Financing and Cash Collateral
44393.00016 – Hearings (Preparation and Attendance)
44393.00017 – Litigation
44393.00018 – Committee Meetings and Communications with Members
44393.00019 – Committee Organizational Documents and Administration
44393.00020 – Communications with Committee Advisors
44393.00021 – Meetings and Communications with Creditors
44393.00022 – Communications with Debtors
44393.00023 – Communications with Other Constituencies
44393.00024 – Non-Working Travel
44393.00025 – Plan and Disclosure Statement
44393.00026 – Real Estate
44393.00027 – Regulatory Matters
44393.00028 – Relief from Stay and Adequate Protection
44393.00029 – Reporting
44393.00030 – Tax
44393.00031 – Valuation

21.    The following summary is intended only to highlight key services rendered by Milbank in certain project billing categories where Milbank has expended a considerable number of hours on behalf of the Committee and is not meant to be a detailed description of all of the work performed.  Detailed descriptions of the day-to-day services provided by Milbank and the time expended performing such services in each project billing category were attached to and filed as exhibits to the First Interim Compensation Period Fee Statements, which are incorporated herein by reference.  Such detailed descriptions show that Milbank was heavily involved in the performance of services for the Committee on a daily basis, including night and weekend work.

A.    **Asset Analysis and Recovery - 00003**

22.    During the First Interim Compensation Period, Milbank attorneys reviewed and analyzed what assets the Debtors had in their estates, how these assets related to each other, which assets were encumbered by liens, which assets were unencumbered, and how best these assets

could be monetized in order to bring money into the Debtors' estates and maximize returns to

creditors.

23.     Milbank attorneys also spent time performing a general lien and perfection

analysis of the collateral pledged in favor of the Debtors' secured creditors.  This work involved

numerous communications with the Debtors' advisors and advisors for the Debtors' secured

creditors regarding access to certain information related to the collateral, the review of various

collateral documents, and general legal diligence related to the foregoing.  Milbank also coordinated

with the Committee's other professionals regarding tasks related to analysis of the Debtors'

collateral.

**B.     Asset Disposition - 00004**

24.     This category includes time Milbank attorneys, in conjunction with the

Committee's financial advisors at FTI Consulting, Inc. ("FTI"), spent related to the sale of the

O'Connor Hospital and Saint Louise Regional Hospital to Santa Clara County.  These efforts

included (i) reviewing the and negotiating the proposed asset purchase agreement, bidding

procedures, and related documents; (ii) reviewing related pleadings filed by the California Attorney

General, California Department of Health Care Services, U.S. Department of Health and Human

Services, and many other parties; (iii) researching issues related to the sale, such as the transfer of

Medicare provider agreement and the Debtors' rights to Quality Assurance Fee payments;

(iv) reviewing collective bargaining issues related to the sale; (v) apprising the Committee of

developments regarding the sale; (vi) performing legal research regarding related issues such as the

proposed break-up fee, expense reimbursement, and bid increments; (vii) litigating these issues

before the Court; (viii) reviewing and commenting on the bidding procedures order and sale order;

and (ix) preparing for and appearing at hearings related to the bidding procedures and sale.

25.    In addition, Milbank attorneys also engaged in frequent communications with FTI and the Debtors' advisors regarding issues related to the Debtors' marketing of their Seton, Seton Coastside, St. Francis, and St. Vincent assets in anticipation of the Debtors' proposed sale of those assets.

**C.    Assumption and Rejection of Leases and Contracts - 00005**

26.    Milbank attorneys devoted time to analyzing various pleadings related to executory contracts and unexpired leases, including with regard to the Debtors' agreements with St. Vincent IPA, Integrity Healthcare, LLC, Hunt Spine Institute, Stanford Health Care, SOAR, and All Care Medical Group.

**D.    Case Administration - 00009**

27.    During the First Interim Compensation Period, Milbank paraprofessionals maintained internal filing, record-keeping, docket-monitoring and calendaring systems in order to organize and keep track of the documents filed in these cases, ongoing projects, and upcoming deadlines.  Milbank paraprofessionals organized pleadings in order to ensure easy access by Milbank attorneys.

28.    During the First Interim Compensation Period, Milbank attorneys reviewed and summarized first-day motions and other pleadings filed by the Debtors and other parties. Milbank also performed necessary research and reviewed orders entered by the Court.  Milbank kept the relevant parties informed regarding developments in the case in order to ensure effective case administration.

29.    Milbank also devoted time during the First Interim Compensation Period to developing and refining a strategy for the chapter 11 cases.  In doing so, Milbank performed case law research in order to evaluate alternative paths and engaged in internal discussions and

17

communications with the Committee and its professionals to develop a strategy that would maximize recoveries for unsecured creditors.

**E.**    **Employee Benefits and Pensions - 00012**

30.    During the First Interim Compensation Period, Milbank attorneys reviewed and analyzed the Debtors' motion seeking to pay employee wages and benefits, as well as pleadings related thereto.  Milbank also worked with the Committee's advisors at FTI to evaluate the Debtors' proposed Key Employee Incentive Plan and Key Employee Retention Plan.

31.    In addition, Milbank attorneys performed research and engaged in discussions related to collective bargaining agreements, severance issues, and other employee benefits issues. Milbank enlisted its attorneys with expertise regarding employee benefits issues in order to assist with regard to collective bargaining questions related to the Debtors' sale of assets to Santa Clara County.

**F.**    **Financing and Cash Collateral - 00015**

32.    During the First Interim Compensation Period, Milbank attorneys were involved in numerous discussions with the Debtors' counsel and financial advisors, as well as FTI, with respect to the Debtors' request for debtor in possession financing ("DIP Financing") and use of cash collateral.  Milbank attorneys advised the Committee regarding the Debtors' proposals and the pleadings filed by the Debtors' secured creditors, and the Committee elected to file an objection with regard to the Debtors' DIP Financing motion.  Milbank drafted the objection and presented oral argument in an effort to help preserve the Committee's rights with regard to the Debtors' assets and the Committee's ability to bring causes of action.

33.    Following the Bankruptcy Court's ruling on the Debtors' DIP financing motion, Milbank's attorneys prepared a notice of appeal on behalf of the Committee.  Milbank also

18

drafted a statement of issues and devoted time to preparing to litigate on behalf of the Committee on appeal.

**G.    Hearings (Preparation and Attendance) - 00016**

34.    During the First Interim Compensation Period, Milbank attorneys prepared for and appeared at a number of court hearings.  To prepare for each hearing, Milbank attorneys reviewed and analyzed pleadings and related documents and correspondence, conducted factual and legal research and, in certain instances, prepared responsive pleadings, exhibits, and argument outlines.  Following each hearing, Milbank promptly advised the Committee of the pertinent rulings.

**H.    Committee Meetings and Communications with Members - 00018**

35.    During the First Interim Compensation Period, the Committee regularly held weekly telephonic meetings during which Milbank provided updates to the Committee on the chapter 11 process and developments in the cases and solicited input from Committee members with respect to various matters pending before the Court.  As the circumstances warranted, from time to time, Milbank also organized additional meetings with the Committee.

36.    In connection with these meetings, Milbank typically prepared proposed agenda for the discussion.  Milbank also prepared and distributed for the Committee's review various materials and also reviewed and commented on other materials prepared by FTI.

**I.    Communications with Committee Advisors - 00020**

37.    Milbank regularly engaged in communications with the Committee's financial advisor, FTI, regarding various issues in order to discuss responses to pleadings, craft and revise strategies, and coordinate workflow.

**IV.
ALLOWANCE OF COMPENSATION**

38.    The professional services rendered by Milbank have required a high degree of professional competence and expertise to address, with skill and dispatch, the numerous issues

19

requiring evaluation and action by the Committee.  The services rendered to the Committee were

performed efficiently, effectively, and economically, and the results obtained to date have benefited

the unsecured creditors of each of the Debtors' estates.

39.    The allowance of interim compensation for services rendered and

reimbursement of expenses in chapter 11 cases is expressly provided for in section 331 of the

Bankruptcy Code:

> Any professional person . . . may apply to the court not more than once every
> 120 days after an order for relief in a case under this title, or more often if the
> court permits, for such compensation for services rendered . . . as is provided
> under section 330 of this title.

40.    With respect to the level of compensation, section 330(a)(1)(A) of the

Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person

"reasonable compensation for actual, necessary services rendered[.]"  Section 330(a)(3), in turn,

provides that:

> In determining the amount of reasonable compensation to be awarded to
> . . . [a] professional person, the court shall consider the nature, the extent, and
> the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or
> beneficial at the time which the service was rendered toward the
> completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of
> time commensurate with the complexity, importance, and nature of the
> problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board
> certified or otherwise has demonstrated skill and expertise in the
> bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases
> other than cases under this title.

41.     The Congressional policy expressed above provides for adequate

compensation in order to continue to attract competent professionals to bankruptcy cases.  In re

Drexel Burnham Lambert Group, Inc., 133 B.R. 13, 20 (Bankr. S.D.N.Y. 1991) ("Congress'

objective on requiring that the market, not the Court, establish attorneys' rates was to ensure that

bankruptcy cases were staffed by appropriate legal specialists."); In re Busy Beaver Bldg. Ctrs., Inc.,

19 F.3d 833, 850 (3d Cir. 1994) ("Congress rather clearly intended to provide sufficient economic

incentive to lure competent bankruptcy specialists to practice in the bankruptcy courts.") (citation

and internal quotation marks omitted).

42.     In the Ninth Circuit, the primary method used to determine a reasonable fee in

bankruptcy cases is to calculate a "lodestar" by multiplying the number of hours reasonably

expended by a reasonable hourly rate.  See, e.g., In re Manoa Fin. Co., Inc., 853 F.2d 687, 691 (9th

Cir. 1988) ("A compensation award based on a reasonable hourly rate multiplied by the number of

hours actually and reasonably expended is presumptively a reasonable fee.").  Courts are permitted

to adjust the lodestar up or down using a "multiplier" based on the criteria listed in section 330 and

consideration of the factors listed in Kerr v. Screen Extras Guild, Inc., 526 F.2d 67, 70 (9th Cir.

1975) to the extent that the Kerr factors are not already subsumed within the initial calculation of the

loadstar.  In re Buckridge, 367 B.R. 191, 202 (Bankr. C.D. Cal. 2007) (citing cases).  Milbank

respectfully submits that the hourly rates for its attorneys and paraprofessionals, and the number of

hours worked by its attorneys and professionals, are reasonable and appropriate in view of the

circumstances of these chapter 11 cases and the successful results Milbank has achieved on behalf of

the Committee thus far.  In addition, Milbank respectfully submits that the consideration of the Kerr

factors should result in this Court's allowance of the full compensation requested:

(A)     The Time and Labor Required.  The professional services rendered by Milbank on
behalf of the Committee have required the continuous expenditure of substantial time
and effort, under time pressures that sometimes required the performance of services
late into the evening and, on a number of occasions, over weekends and holidays.

21

The services rendered required a high degree of professional competence and expertise in order to be administered with skill and dispatch.

(B)     The Novelty and Difficulty of Questions.  Novel and complex issues have arisen, and will continue to arise, in the course of the chapter 11 cases.  In these cases, as in many others in which the firm is involved, Milbank's effective advocacy and creative approach to problem-solving have helped to clarify and resolve difficult issues and will continue to prove beneficial.

(C)     The Skill Requisite to Perform the Legal Services Properly.  Milbank believes that its recognized expertise in the area of financial restructuring, its ability to draw from highly-experienced professionals in other areas of its practice such as employment, asset divestiture, litigation, tax, intellectual property, and finance and its practical approach to the resolution of issues help maximize the distributions to the unsecured creditors of each of the Debtors.

(D)     The Preclusion of Other Employment by Applicant Due to Acceptance of the Case.  Due to the size of Milbank's financial restructuring department and the firm as a whole, Milbank's representation of the Committee has not precluded the acceptance of new clients.  However, the number of matters needing attention on a continuous basis has required numerous Milbank attorneys, across multiple practice groups, to commit significant portions of their time to the chapter 11 cases.

(E)     The Customary Fee.  The compensation sought herein is based upon Milbank's normal hourly rates for services of this kind.  Milbank respectfully submits that the compensation sought herein is not unusual given the magnitude of the chapter 11 cases and the time dedicated to the representation of the Committee.  Such compensation is commensurate with fees Milbank has been awarded in other cases, as well as with fees charged by other attorneys of comparable experience.

(F)     Whether the Fee Is Fixed or Contingent.  Milbank charges customary hourly rates, as adjusted annually, for the time expended by its attorneys and paraprofessionals in representing the Committee, and Milbank's fee is not outcome dependent.

(G)     Time Limitations Imposed by Client or Other Circumstances.  As stated above, Milbank has been required to attend to various issues as they have arisen in the chapter 11 cases.  Often, Milbank has had to perform these services under significant time constraints requiring attorneys and paraprofessionals assigned to the chapter 11 cases to work evenings and on weekends.

(H)     The Amount Involved and Results Obtained.  The Committee represents the interests of unsecured creditors of each of the Debtors that, in the aggregate, hold unsecured claims estimated to be valued in the hundreds of millions of dollars.  The Committee's participation, with Milbank's counsel and guidance, has greatly contributed to the efficient administration and prospects for reorganization of the chapter 11 cases.

(I)     The Experience, Reputation and Ability of the Attorneys.  Milbank has a sophisticated and nationally recognized corporate reorganization and financial

restructuring practice, and Milbank attorneys involved in this representation have played a major role in numerous complex restructurings including, for example, the chapter 11 cases of Lehman Brothers Holdings Inc., Pacific Gas & Electric Company, Breitburn Energy Partners LP, Remington Arms Company, California Proton Treatment Center, The Great Atlantic & Pacific Tea Company, Inc., Vertellus Specialties, Inc. Cengage Learning, Inc., Dex Media Holdings, Inc., and Relativity Media, Inc. Milbank's experience enables it to perform the services described herein competently and expeditiously.

(J)    <u>The "Undesirability" of the Case</u>.  The chapter 11 cases are not undesirable but, as already indicated, require a significant commitment of time from many Milbank attorneys.

(K)    <u>Nature and Length of Professional Relationship</u>.  Milbank was selected as the Committee's counsel shortly after the Committee's formation, on September 14, 2018, and was retained *nunc pro tunc* to that date pursuant to an order of the Court dated November 6, 2008.  Milbank has been rendering services continuously to the Committee since the Committee was formed, and Milbank has rendered such services in a necessary and appropriate manner.

(L)    <u>Awards in Similar Cases</u>.  As stated above, Milbank's requested compensation is commensurate with fees Milbank has been awarded in other cases, as well as with fees charged by other attorneys of comparable experience.

43.    The total time spent by Milbank attorneys and paraprofessionals during the First Interim Compensation Period was 2,327.30 hours and has a fair market value of $2,247,099.99. Milbank submits that, as demonstrated by this Application and supporting exhibits, its services were rendered economically and without unnecessary duplication of efforts.  In addition, the work involved, and thus the time expended, was carefully assigned in consideration of the experience and expertise required for each particular task.

## V.
## EXPENSES

44.    Milbank has incurred a total of $36,811.82 in expenses in connection with representing the Committee during the First Interim Compensation Period.[12]  Milbank records all expenses incurred in connection with its performance of professional services.  Detailed descriptions

---

[12] This amount reflects a voluntary expense reduction of $902.38 applied to this First Interim Fee Application.

of these expenses were attached and filed as exhibits to the First Interim Compensation Period Fee Statements, which are incorporated herein by this reference.

45.    Throughout the First Interim Compensation Period, Milbank has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estates.

46.    Milbank's policy is to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its clients. The expenses charged to Milbank's clients include, among other things, telephone toll and other charges, regular mail and express mail charges, special or hand delivery charges, photocopying charges, out-of-town travel expenses, local transportation expenses, expenses for working meals, computerized research charges, and transcription costs.

47.    Milbank charges the Committee for these expenses at rates consistent with those charged to Milbank's other bankruptcy clients, which rates are equal to or less than the rates charged by Milbank to its non-bankruptcy clients.  Milbank seeks reimbursement from the Debtors at the following rates for the following expenses:  (i) ten cents ($0.10) per page for photocopying; (ii) ten cents ($0.10) per page for black and white printing; and (iii) twenty-five cents ($.25) per page for color printing.

48.    In accordance with section 330 of the Bankruptcy Code and the U.S. Trustee Guidelines, Milbank seeks reimbursement only for the actual cost of such expenses to Milbank.[13]

49.    In providing or obtaining from third parties services which are reimbursable by clients, Milbank does not include in such reimbursable amount any costs of investment, equipment or capital outlay.

---

[13] The cost of expenses Milbank is seeking reflects any discounted rates based on volume or other discounts which Milbank anticipates receiving from certain outside vendors; however, Milbank does not perform a retrospective reconciliation of any "year-end" adjustments (positive or negative) to the actual discounted cost of such expenses.

50.    Milbank regularly charges its non-bankruptcy clients for ordinary business hourly fees and expenses for secretarial, library, word processing, and other staff services because such items are not included in the firm's overhead for the purpose of setting billing rates.  However, Milbank is not seeking reimbursement of hourly fees of its secretarial services.

## VI.
## NOTICE

51.    No trustee or examiner has been appointed in the chapter 11 cases.  Pursuant to the Interim Compensation Order, notice of this Application and a copy of this application have been served upon the Notice Parties (as defined in the Interim Compensation Order).  Milbank submits that, in light of the relief requested, no other or further notice need be provided.

## VII.
## ATTORNEY STATEMENT PURSUANT TO APPENDIX B GUIDELINES

52.    The following statement is provided pursuant to ¶ C.5. of the Appendix B Guidelines.

(a)    **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

**Answer**: No.

(b)    **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Answer**: While the Committee has not requested a formal budget, Milbank has kept the Committee apprised of Milbank's fees during the First Interim Compensation Period—which included significant time devoted to getting up to speed, working to protect the Committee's interests with regard to the Debtor's DIP Financing motion, and representing the Committee's interests with regard to the Santa Clara Sale—and the Committee has not objected to Milbank's fees.

(c)    **Question**: Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Answer**: No.

(d)    **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to

25

work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

**Answer**: Yes.  Milbank incurred fees for approximately 8.8 hours for time spent preparing and filing monthly fee statements with the content and in the format required by the Interim Compensation Order, at a cost of approximately $7,826.  The amount of fees for time spent preparing and filing monthly fee statements represents less than 1% of the total fees requested for the Compensation Period.

(e)    **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

**Answer**: No.

(f)    **Question**: If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer**: Milbank did not change its rates for this matter during the applicable period.

**VIII.**
**CONCLUSION**

WHEREFORE, Milbank respectfully requests that the Court enter an order:

(i) allowing Milbank (a) interim compensation for professional services rendered as counsel for the

Committee during the First Interim Compensation Period in the amount of $2,247,099.99; and (b)

reimbursement of expenses incurred in connection with rendering such services in the aggregate

amount of $36,811.82, for a total award of $2,283,911.81; (ii) authorizing and directing the Debtors

to pay (to the extent not previously paid in accordance with the Interim Compensation Order) to

Milbank $445,996.01 which is an amount equal to the difference between (a) this $2,283,911.81

award; and (b) $1,837,915.80, the total of all amounts that the Debtors have previously paid to

Milbank pursuant to the Interim Compensation Order for services rendered and expenses incurred

during the First Interim Compensation Period; and (iii) granting such further relief as is just.

DATED:  March 13, 2019                MILBANK LLP

                                      ___/s/ Gregory A. Bray
                                      GREGORY A. BRAY
                                      MARK SHINDERMAN
                                      JAMES C. BEHRENS

                                      Counsel for the Official Committee of
                                      Unsecured Creditors of Verity Health System of
                                      California, Inc., et al.

# DECLARATION OF GREGORY A. BRAY

I, Gregory A. Bray, declare as follows:

1.      I am a partner in the law firm of Milbank LLP ("Milbank"), attorneys of record for the Official Committee of Unsecured Creditors (the "Committee") of Verity Health System of California, Inc. and its affiliated debtors in possession in the above-captioned cases (collectively, the "Debtors").  The following is within my personal knowledge and if called upon as a witness I could and would testify competently thereto.  I am submitting this declaration in support of the *First Interim Application of Milbank LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application").

2.      I have reviewed the requirements of Local Bankruptcy Rule 2016-1 and believe that the Application complies with the requirements of that rule.

3.      In the ordinary course of its business, Milbank keeps a record of all time expended by its professionals and para-professionals in the rendering of professional services on a computerized billing system as follows: at or near the time the professional services are rendered, attorneys and other professionals of Milbank either (i) record in writing on a time sheet the client name and/or internally-assigned matter number, the duration of time expended, and a description of the nature of the services performed, or (ii) input the time record, including the client/matter number, duration of time expended, and description of the nature of the services performed directly into Milbank's computer billing system.  For the professionals who record their time on a written time sheet as set forth in (i) above, the information contained on the time sheets is subsequently entered into Milbank's computer billing system.  Milbank's computer billing system computes the time expended by each professional by their applicable billing rate to calculate the associated fee.  Milbank conducts its business in reliance on the accuracy of these business records.

4.      Milbank tracks reimbursable expenses in a similar manner as set forth above for professional services (i.e., Milbank enters the expenses into its computer billing system at or around the time the expense is incurred).

1        5.       I have reviewed Milbank's monthly fee statements for chapter 11 services rendered in

2   connection with its representation of the Committee in these cases (Docket Nos. 871, 872, 1177, and

3   1420), which include detailed time entries and descriptions of reimbursable expenses.

4        6.       Attached as <u>Exhibit 1</u> hereto are the firm biographies of the attorneys responsible for

5   services in this case.

6        7.       I participated in preparing the Application.  To the best of my knowledge,

7   information, and belief, the facts in the Application are true and correct.

8

9        I declare under penalty of perjury of the laws of the United States of America that the

10   foregoing is true and correct.

11        Executed this 13th day of March, 2019 in Los Angeles, California.

12

13                         Gregory A. Bray

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**



## Gregory A. Bray
Partner

gbray@milbank.com
T: +1.424.386.4470

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019



Gregory Bray is a partner in the Los Angeles office of Milbank LLP and a member of the firm's Financial Restructuring Group.

### Primary Focus & Experience

Gregory Bray has a diverse national practice and extensive experience representing debtors and creditors in out-of-court workouts and reorganization cases in a wide variety of industries including education, defense, automotive, media, construction, retail, apparel, healthcare, oil and gas, telecommunications, project finance, energy, subprime lending and leasing, franchises, manufacturing and high technology. Mr. Bray plays a key role in his matters often representing the company or committees comprised of creditors that are the "fulcrum" holders of debt of the Company.

His clients include hedge funds, private equity funds, money center banks, financial institutions, lender syndicates comprised of first and second lien lenders, trustees and receivers, creditors' committees and equity securities holders. He frequently advises funds making control investments in, and potential purchasers of, financially distressed companies, both in and out of court. He also advises lenders in the structuring and documentation of high risk loans and debtor-in-possession loans, and the board of directors of public companies in financial distress with respect to corporate governance and fiduciary duty issues. He has also advised the FDIC on certain policy and structuring matters with respect to Title II of the Dodd-Frank Reform Act.

### Education

*Loyola Law School, J.D.*

*University of California at Los Angeles, B.A.*

### Admissions

*California*

*New York*

*US Court of Appeals for the Second Circuit*

*US Court of Appeals for the Ninth Circuit*

Mr. Bray has more than thirty years' experience in transactions and litigations related to the restructuring of companies in numerous industries. His clients frequently engage him for matters with unique issues that do not have precedent and require creative thinking, consensus building and good judgment. He has prevailed for his clients in cases leading to published decisions concerning valuation, reinstatement, new value and "loan to own" lender liability. His representative experience includes matters such as:

- Verity Health System (Official Committee of Unsecured Creditors)

- Remington Arms Company (Company)

- California Proton Treatment Center (Senior Secured Lenders)

- Walter Industries (Ad Hoc Committee of Senior Noteholders)

- Breitburn Energy Partners LP (Official Committee of Unsecured Creditors)

- Seadrill Partners LLC (Agent and Steering Committee of Senior Secured Lenders)

- Verso Corporation (Informal Committee of First Lien Lenders)

- Haggen Holdings, LLC, et al. (Purchaser)

- The Great Atlantic & Pacific Tea Company, Inc. (A&P) (Purchaser)

- Education Management Company, Inc. (Senior Secured Lenders)

- IAP Worldwide Services (Company)

- Cengage Learning, Inc. (Senior Secured Lenders)

- Evergreen International (Agent and Senior Secured Lenders)

- Contech Construction Products Inc. (Senior Secured Lenders)

- Hawker Beechcraft (Senior Noteholders)

- Heckler & Koch (Senior Noteholders)

- Spansion, Inc. (Plan Investor)

- JL French (Debtors)

- Young Broadcasting (Senior Secured Lenders)

- Midway Games (Official Creditors Committee)

- WL Homes (Agent and Lenders)

- Lehman Brothers (Official Unsecured Creditors Committee)

- America Home Mortgage (Repo Party; Lender)

Milbank | **Gregory A. Bray**
Partner

2

- Delphi Corporation (Plan Investor)

- General Motors Acceptance Corporation (Investor)

- Nellson Nutraceutical, Inc. (Agent for First and Second Lien Credit Facilities)

- Radnor Holdings (Secured Creditor/Credit Bidder)

- AES Londonderry (Granite Ridge) (Lenders and Investors)

- NEG/Brazos (Agent)

- WorldCom, Inc (Ad Hoc Committee and Creditor)

- Delta Airlines (Aircraft Lender)

- Northwest Airlines (Aircraft Lender)

**Recognition & Accomplishments**

Mr. Bray's reputation in the legal marketplace has earned him top rankings from publications and directories, including: *The Best Lawyers in America*; *Guide to the World's Leading Insolvency and Restructuring Lawyers*; *IFLR 1000*; *Chambers USA* (restructuring and finance); *Law & Politics Magazine* as one of the Super Lawyers in Southern California (restructuring); and *The Legal 500 USA*. He is AV rated by Martindale-Hubbell and was selected as an "Outstanding Restructuring Lawyer" for 2007 by *Turnarounds & Workouts*.

Mr. Bray is a Fellow in the American College of Bankruptcy. He has spoken and written on various restructuring topics, including valuation, reinstatement, distressed investing and "loan to own" lender liability. He recently co-authored a chapter entitled "Evaluating strategic debt buybacks: How to pursue effective de-leveraging strategies" in *Navigating Today's Environment: The Directors' and Officers' Guide to Restructuring*. He is admitted to practice in the State of California, the District of Columbia and the State of New York.

# Milbank

## Joel I. Krasnow
Partner

jkrasnow@milbank.com
T: +1.212.530.5681

55 Hudson Yards
New York, NY 10001-2163



Joel Krasnow is a partner in the New York office of Milbank LLP and a member of the firm's Executive Compensation and Employee Benefits Group.

### Primary Focus & Experience

Mr. Krasnow's practice includes all aspects of compensation and benefits law, with a particular focus on ERISA's fiduciary rules. He regularly advises clients concerning the ERISA aspects of investment products designed for pension plans and the structuring of such products, representing sponsors, underwriters and investors. He also advises clients on the fiduciary obligations imposed on plan fiduciaries, including the impact of ERISA's prohibited transaction rules, and has obtained, on behalf of clients, Department of Labor exemptions from ERISA's prohibited transaction rules.

Mr. Krasnow also has significant experience in executive compensation matters, the benefit aspects of merger and acquisition transactions and ERISA-related litigation.

### Recognition & Accomplishments

Mr. Krasnow co-authored "Application of Plan Asset Rules to Plan Investments and Contributions" in the ERISA Fiduciary Law treatise (BNA Books 2006, Supp. 2011) and "ERISA's New '25%' Test -- What's in it for Private Equity Fund Sponsors and Institutional Investors?" in the *Venture Capital and Private Equity Yearbook 2006/07* (Euromoney Yearbooks, 2006). He is listed in *The Best Lawyers in America* for Employee Benefits Law.

### Education

*Columbia Law School, J.D.*
*Touro College, B.S.*

### Admissions

*New York*





# Robert J. Liubicic
Partner

rliubicic@milbank.com
T: +1.424.386.4525

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019

Robert Liubicic is a partner in the Los Angeles office of Milbank LLP and a member of the firm's Litigation & Arbitration Group.

## Primary Focus & Experience

Mr. Liubicic's practice is diversified, with an emphasis on complex commercial, securities, corporate control and bankruptcy litigation. He has extensive experience representing a broad range of financial institutions, as well as corporations in industries including energy, chemicals, telecommunications, gaming, insurance, manufacturing, retailing and pharmaceuticals, in all manner of disputes before courts, arbitral tribunals and self-regulatory organizations.

Some of Mr. Liubicic's representative matters include:

- Representation of numerous US subsidiaries of Vitro S.A.B. de C.V., one of the world's largest manufacturers of glass products, in defending against involuntary chapter 11 bankruptcy petitions brought by a group of institutional bondholders in the Northern District of Texas. The petitions were held invalid by the US Bankruptcy Court following expedited discovery and trial

- Representation of some of the nation's leading mutual fund advisors in various litigation and pre-litigation matters involving the 1933 Act, 1934 Act,

### Education

*Columbia Law School, J.D.*
*Cornell University, B.S.*

### Admissions

*California*
*New York*
*US Court of Appeals for the Second Circuit*
*US Court of Appeals for the Ninth Circuit*
*US Court of Appeals for the Eleventh Circuit*
*US District Court for the Southern District of New York*
*US District Court for the Central District of California*

### Clerkships

*Honorable Wilfred Feinberg, US Court of Appeals for the Second Circuit (1998-1999)*
*Honorable Robert A. Katzmann, US Court of Appeals for the Second Circuit (1999-2000)*

and claims of excessive fees under the Investment Company Act of 1940

- Representation of the Official Committee of Unsecured Creditors in the Lehman Brothers bankruptcy

- Representation of private equity fund Cerberus Capital Management and its affiliates in defending a claim brought by United Rentals, which sought to compel Cerberus' affiliates to close on a $7 billion merger.  Following an expedited trial, the Delaware Chancery Court held that Cerberus' affiliates were not obligated to close the transaction.  See *United Rentals, Inc. v. RAM Holdings, Inc., C.A. No. 3360-CC, 937 A.2d 810* (Del. Ch. 2007)

- Representation of major energy producers in a UNCITRAL price reopener arbitration involving hundreds of millions of dollars, including presentation of evidence at an eleven-day hearing before an arbitral panel

- Representation of a boutique investment bank and broker-dealer in a NASD (FINRA) disciplinary proceeding alleging unlawful profit-sharing in connection with the allocation of "hot" IPO shares, resulting in the dismissal of all claims following a seventeen-day hearing before a NASD panel

- Representation of a major wireless communication provider in an expedited merger litigation in Delaware Chancery Court, resulting in a complete victory following trial

- Multiple arbitrations for a leading investment bank taken to hearing in connection with various corporate control, executive employment and international law issues

## Recognition & Accomplishments

Mr. Liubicic was a James Kent Scholar at Columbia Law School, where he received the *Whitney North Seymour Medal* for trial practice. He was appointed to the pro bono panel of the US Court of Appeals for the Second Circuit in 2009.



# Melainie Mansfield

Partner

**Milbank**

mmansfield@milbank.com
T: +1.424.386.4611

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019

Melainie Mansfield is a partner in the Los Angeles office of Milbank LLP and a member of the firm's Global Corporate Group.

## Primary Focus & Experience

Ms. Mansfield represents investment funds, private equity firms, hedge funds, companies and various lending sources. Her practice specializes in acting for hedge funds and distressed financial sponsors on all aspects of their investments including stressed and distressed investments, loan-to-own transactions, restructurings, mergers and acquisitions, and general corporate and securities law matters. Her practice also encompasses direct lending and special situations financings. In addition, her experience also runs across many industries including technology and software, education, health care, manufacturing, chemicals, retail, natural resources, energy and media and telecommunications.

Ms. Mansfield's practice also includes transactional and general corporate representations, securities financings, and mergers and acquisitions, for both public and private companies. Many of these representations are for formerly distressed companies.

Her recent representations include:

- Distressed investment reorganizations inside and outside of bankruptcy for companies, lenders and private equity investors, including representation of lender groups in Breitburn Energy, Walter

## Education

*University of Michigan, J.D.*
*University of Michigan, A.B.*

## Admissions

*California*

Investment Management, Sierra Hamilton, Cengage, and Education Management
Corporation

- General corporate representation of public and private companies in the US and abroad,
  including Purple Communications (formerly GoAmerica), Oneida Inc. (formerly
  EveryWare Global), and Vertellus Holdings

- Debt and equity financing, including for acquisitions of public and private companies such
  as Purple Communications, ITC Deltacom, Encompass Digital Media, First Advantage,
  Shopzilla, Dialogic Corporation and Dex Media

- Acquisitions by investment funds of assets in bankruptcy (363 sales) and other
  reorganization-based acquisitions, including Radnor Holdings and Vertellus Global

- Offerings of high yield debt securities in US capital markets, including acting in debt
  offerings by companies such as Integra Telecom Holdings, Inc. and Prospect Medical
  Holdings, Inc

- Mergers, acquisitions and investments generally on behalf of private equity investors

**Recognition & Accomplishments**

Ms. Mansfield is consistently named as one of America's leading Finance and Banking Lawyers
by *Chambers USA*. She was also nominated by clients as a "Stand-Out Lawyer" in the Acritas
Stars Survey 2018. In addition, she served as the managing editor of the *Michigan Journal of
International Law*.



## Mark Shinderman
Partner

mshinderman@milbank.com
T: +1.424.386.4411

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019



Mark Shinderman is a partner in the Los Angeles office of Milbank LLP and a member of the firm's Financial Restructuring Group.

### Primary Focus & Experience

Mark Shinderman has almost 30 years of experience restructuring companies inside and outside of bankruptcy in numerous industries, directing bankruptcy-related litigation, and handling the purchase of assets out of bankruptcy. He often represents ad hoc committees of lenders and bondholders and creditors' committees, as well as debtors, purchasers of assets from troubled companies, key vendors, equity sponsors, and other important constituents in insolvency situations. He also has represented numerous clients involved in litigation and transactions in which the counterparty may be in financial distress, helping the clients mitigate potential insolvency risk. *Chambers USA* 2017 reports that a client has called him "top-notch".

Mr. Shinderman's engagements have involved companies in a diverse group of industries such as apparel, consumer products and services, ecommerce, energy, finance, healthcare, media and entertainment, real estate, retail, technology, and transportation. He has played a significant role in numerous high profile insolvency cases and out-of-court restructurings, such as: Vertellus Specialties Inc., Cengage, Dex Media, Ocean Rig, Blockbuster; William Lyon Homes; American Capital; MSR Resort Golf; Relativity Media; Real Mex; Gatehouse; EveryWare; and Select Staffing, among other engagements. Mr. Shinderman also represents Fortune 500 companies, banks, hedge funds, and other financial institutions throughout the country.

### Education

*Harvard University, J.D.*
*Georgetown University, B.S. / B.A.*

### Admissions

*California*
*US Court of Appeals for the Ninth Circuit*

*IFLR1000* cites Mr. Shinderman as a "…strong, organized team leader who can get the different constituents in a deal to the finish line, a finish line that represents the best for his client. Supremely accessible, persuasive and commercial, Mark is tops in terms of technical expertise and innovation, but excels to an even greater extent in managing the process of restructuring."

Mr. Shinderman is a member of the Board of Directors of Students Run L.A., a nonprofit organization committed to serving at-risk youth in Los Angeles. He previously served as Board President for five (5) years. He serves on the Board of Trustees of Kehillat Israel.


**Recognition & Accomplishments**

Mr. Shinderman is a Fellow of the American College of Bankruptcy, and was named by *Turnarounds & Workouts* as one of the nation's dozen 'Outstanding Restructuring Lawyers' of 2013 and again in 2017. He has been recognized in *Chambers USA*, *The Best Lawyers in America*, and in *California Super Lawyer*. He is a frequent lecturer at bankruptcy and distressed investing conferences throughout the country and has authored numerous articles on bankruptcy-related issues.

Mr. Shinderman received his law degree from Harvard Law School (*cum laude*), and his B.S.B.A. from Georgetown University (*summa cum laude*). He is a member of the State Bar of California, Los Angeles County Bar Association, Financial Lawyers Conference, Panel of Bankruptcy Mediators, California Bankruptcy Forum, and the American Bankruptcy Institute. For the last 18 years, he has served as a mediator in the Los Angeles Bankruptcy Court's pro bono mediation program.

# Milbank

## Jennifer Harris
Special Counsel

jharris@milbank.com
T: +1.424.386.4344

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019



Jennifer Harris is special counsel in the Los Angeles office of Milbank LLP and a member of the firm's Alternative Investments Practice.

### Primary Focus & Experience

Ms. Harris's practice focuses on finance transactions, including structured financings, secured lending and debt restructuring both in and outside of bankruptcy. She represents financial institutions, corporations, issuers, special servicers, and official and ad hoc creditors' committees. Recent areas of particular focus include workouts of troubled structured finance transactions (commercial mortgage-backed security and structured investment vehicle transactions), special situation lending and secured lending (2nd lien structures, DIPs and exit facilities). Ms. Harris's experience spans a wide-array of industries that include automotive, gaming, hospitality, media, telecommunications, broadcasting, shipping, healthcare, and sports.

### Education

*American University Washington College of Law, J.D.*

*American University, M.A.*

*Occidental College, A.B.*

### Admissions

*California*

### Clerkships

*District of Columbia Court of Appeals (August 2001 – August 2002)*

*Superior Court, District of Columbia (August 2002 – August 2003)*

# Milbank

## Dennis C. O'Donnell
Of Counsel

dodonnell@milbank.com
T: +1.212.530.5287

55 Hudson Yards
New York, NY 10001-2163



Dennis O'Donnell has been of counsel in Milbank's Financial Restructuring Group since 2007 and is based in the firm's New York office.

## Primary Focus & Experience

Mr. O'Donnell has extensive experience in corporate reorganization and bankruptcy-related litigation matters, and has represented debtors, lenders, official and unofficial committees, significant creditors, equity holders, examiners, and acquirors in chapter 11 cases, loan restructurings and out-of-court workouts.

His representations have included the following:

- Representing the official committee of unsecured creditors in the chapter 11 cases of Lehman Brothers Holdings, Inc., Refco Inc., Enron Corp., Winn-Dixie Stores, and Intermet Corp.

- Representing the debtors and debtors in possession in the Lernout & Hauspie, Rexene Corp., RCM Global Long Term Capital Appreciation Fund, Hagerstown Fiber, and WRT Energy Corp. chapter 11 cases

- Representing ad hoc committees (of note holders or lenders) in the chapter 11 cases or out-of-court restructurings related to MPower Corp., Maxim Crane, Horizon Natural Resources Co., Geo Specialty Chemicals, Inc, Delta Air Lines, Inc., and Transeastern LLC

### Education

*Benjamin N. Cardozo School of Law, J.D.*
*Haverford College, B.A.*

### Admissions

*New York*
*US District Court for the Southern District of New York*
*US District Court for the Eastern District of Michigan*
*US District Court for the Western District of Wisconsin*

- Representing agents and/or secured lenders in various out-of-court restructurings or chapter 11 cases, including that of BLT, Great Basin Gold, Interco, Inc., Zale Corp., Leslie Fay Cos., Polymer, Inc., HomeBanc Corp., Journal Register Co., and Grede Foundries, Inc.

- Representing hedge fund clients as significant stakeholder and/or potential plan funders in the chapter 11 cases of Magellan Health Services, Inc., WestPoint Stevens, Inc., Interstate Bakeries Corp., and Seitel, Inc.

- Representing avoidance action defendants, including (i) a group of 19 major financial institutions in the chapter 11 cases of TOUSA, Inc.; and (ii) a major UK financial institution in the chapter 11 cases of Maxwell Communications plc

- Representing the corporate governance examiner in the Olympia & York chapter 11 cases

**Recognition & Accomplishments**

Mr. O'Donnell has appeared in federal courts throughout the United States, including before the United States Supreme Court, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals, the Fourth Circuit Court of Appeals, the Ninth Circuit Court of Appeals and numerous district and bankruptcy courts. He has spoken widely on bankruptcy topics and is a contributor to *Colliers on Bankruptcy*. Mr. O'Donnell received his Juris Doctor from Benjamin R. Cardozo School of Law in 1991, where he was articles editor for the *Cardozo Law Review*. He received a B.A., in Classics and Philosophy, from Haverford College in 1979.

# Milbank

## Alexandra Achamallah
Associate

aachamallah@milbank.com
T: +1.424.386.4325

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019



Alexandra Achamallah is an associate in the Los Angeles office of Milbank LLP and a member of the firm's Litigation & Arbitration Group.

## Recognition & Accomplishments

Ms. Achamallah received a B.A. in Political Science from UCLA and a J.D. from UC Irvine School of Law. During law school, she was a Lead Article Editor for the *UC Irvine Law Review*, served as a judicial extern to Justice Raymond J. Ikola, and earned Pro Bono High Honors for completing over 200 hours of pro bono work.

## Education

*University of California, Irvine School of Law, J.D.*

*University of California at Los Angeles, B.A.*

## Admissions

*California*

# Milbank

## Najeh Baharun
Associate

nbaharun@milbank.com
T: +1.424.386.4346

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019



Najeh Baharun is an associate in the Los Angeles office of Milbank LLP and a member of the firm's Global Corporate Group, focusing his practice on transactional representations and general corporate matters.

### Recognition & Accomplishments

Mr. Baharun earned his J.D. from the University of Southern California Gould School of Law and earned his M.B.A. from the University of Southern California Marshall School of Business. While at the University of Southern California, he participated in the Hale Moot Court Honors Program and served as Vice President of the Student Bar Association and President of the Black Law Students Association. Mr. Baharun earned his B.S. in Finance, Real Estate, and Law, with honors, from California State University Long Beach. He is proficient in Arabic.

### Education

*USC Gould School of Law, J.D.*

*University of Southern California Marshall School of Business, M.B.A.*

*California State University at Long Beach, B.S.*

### Admissions

*California*



# James C. Behrens
Associate

jbehrens@milbank.com
T: +1.424.386.4436

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019

**Milbank**

James Behrens is an associate in the Los Angeles office of Milbank LLP and a member of the firm's Financial Restructuring Group.

## Primary Focus & Experience

Mr. Behrens specializes in bankruptcy and restructuring law and represents a wide variety of stakeholders in insolvency situations and in-court and out-of-court restructurings.

## Recognition & Accomplishments

Prior to joining Milbank, Mr. Behrens clerked for the Honorable Deborah J. Saltzman, United States Bankruptcy Court Central District of California. During law school, he externed for the Honorable Geraldine Mund, a bankruptcy judge in the Central District of California.

Mr. Behrens was named a Southern California Rising Star for Bankruptcy & Creditor/Debtor Rights by *Super Lawyers Magazine* for 2015 - 2018. He is a member of the American Bankruptcy Institute and the Turnaround Management Association. He recently served as Chairman of the Beverly Hills Bar Association's Bankruptcy Law Section.

Mr. Behrens received his J.D. from UCLA Law School, where he was Chief Managing Editor of the *UCLA Pacific Basin Law Journal*. Mr. Behrens earned an M.A. from University of Chicago and a B.A. from Princeton University.

## Education

*UCLA School of Law, J.D.*
*University of Chicago, M.A.*
*Princeton University, B.A.*

## Admissions

*California*
*US District Court for the Central District of California*
*US District Court for the Northern District of California*
*US District Court for the Eastern District of California*
*US District Court for the Southern District of California*
*US Court of Appeals for the Ninth Circuit*

## Clerkships

*Honorable Deborah J. Saltzman, United States Bankruptcy Court Central District of California (2011-2013)*

Mr. Behrens has participated in speaking engagements and authored numerous articles, including:

- Emerging and Settled (if any) Chapter 9 Issues, *Beverly Hills Bar Association* MCLE program, April 7, 2016 (moderator)

- 8 Reasons We Don't See More Chapter 9 Bankruptcies, *Law360*, December 5, 2014

- Shoulda Put A Lien On It – 4 Advantages of Security, *Law360*, November 26, 2014

- Don't Fear the 363 Sale, Fear the Delay that Follows It: Asset Sales and Confirmation Delays in Large Chapter 11s, *ABI Journal*, March 2014 (selected for republication in *Best of ABI 2014: The Year in Business Bankruptcy*)

# Milbank

## Melanie A. Miller
Associate

Mmiller1@milbank.com
T: +1.212.530.5454

55 Hudson Yards
New York, NY 10001-2163



Melanie Miller is an associate in the New York office of Milbank LLP and a member of the firm's Financial Restructuring Group.

### Primary Focus & Experience

Ms. Miller's practice focuses on a variety of financial restructuring transactions, including representation of debtors, ad hoc groups, and official committees of unsecured creditors in complex chapter 11 bankruptcies, out-of-court workouts, and related transactions.

### Recognition & Accomplishments

Ms. Miller earned her J.D. from Georgetown University Law Center, where she served as staff editor of the *Georgetown Journal on Poverty Law and Policy*. She received her B.A. *summa cum laude*, from the University of Florida, and was a member of Phi Beta Kappa.

During law school, she served as a Law Clerk in the Tax Division of the US Department of Justice and an Honors Law Clerk at the US Securities and Exchange Commission.

### Education

*Georgetown Law, J.D.*
*University of Florida, B.A.*

### Admissions

*New York*
*US District Court for the Southern District of New York*



# Milbank

## Katie Pierucci
Associate

kpierucci@milbank.com
T: +1.424.386.4489

2029 Century Park East
33rd Floor
Los Angeles, CA 90067-3019

Katie Pierucci is an associate in the Los Angeles office of Milbank LLP and a member of the firm's Litigation and Arbitration Group.

### Primary Focus & Experience

Ms. Pierucci's practice focuses on complex commercial litigation in federal and state court.

### Recognition & Accomplishments

Ms. Pierucci graduated *magna cum laude* from UC Irvine School of Law where she served as a lead article editor for the *UC Irvine Law Review* and participated in the Moot Court program. She received an M.A. in Management from Wake Forest University Graduate School of Business and a B.A. in History from Davidson College.

### Education

*University of California, Irvine School of Law, J.D.*

*Wake Forest University, M.A.*

*Davidson College, B.A.*

### Admissions

*California*

*US Court of Appeals for the Tenth Circuit*

### Clerkships

*Honorable Jerome A. Holmes, US Court of Appeals for the Tenth Circuit (August 2015 – August 2016)*

# Milbank



## Christina Skaliks
Associate

cskaliks@milbank.com
T: +1.212.530.5282

55 Hudson Yards
New York, NY 10001-2163

Christina Skaliks is an associate in the New York office of Milbank LLP and a member of the firm's Tax Group.

**Primary Focus & Experience**

Ms. Skaliks counsels public and privately held companies, financial institutions, corporate executives, and creditors' committees on a broad array of executive compensation and employee benefit matters.

**Recognition & Accomplishments**

Ms. Skaliks received her J.D. from New York University School of Law, where she served as an Executive Editor for the *Journal of International Law and Politics* and a board member of the Latin American Law Students Association.

**Education**

*New York University School of Law, J.D.*

*University of Texas, B.A.*

**Admissions**

*New York*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2029 Century Park E, 33rd Floor, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): ___***FIRST INTERIM APPLICATON OF MILBANK LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 13, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Ricky Windom | /s/ Ricky Windom |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

(Via NEF)

- **Robert N Amkraut**    ramkraut@foxrothschild.com
- **Kyra E Andrassy**    kandrassy@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Simon Aron**    saron@wrslawyers.com
- **Lauren T Attard**    lattard@bakerlaw.com, abalian@bakerlaw.com
- **Allison R Axenrod**    allison@claimsrecoveryllc.com
- **Keith Patrick Banner**    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Cristina E Bautista**    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **James Cornell Behrens**    jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Ron Bender**    rb@lnbyb.com
- **Bruce Bennett**    bbennett@jonesday.com
- **Peter J Benvenutti**    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Elizabeth Berke-Dreyfuss**    edreyfuss@wendel.com
- **Steven M Berman**    sberman@slk-law.com
- **Alicia K Berry**    Alicia.Berry@doj.ca.gov
- **Stephen F Biegenzahn**    efile@sfblaw.com
- **Karl E Block**    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- **Dustin P Branch**    branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Michael D Breslauer**    mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Chane Buck**    cbuck@jonesday.com
- **Damarr M Butler**    butler.damarr@pbgc.gov, efile@pbgc.gov
- **Lori A Butler**    butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- **Shirley Cho**    scho@pszjlaw.com
- **Jacquelyn H Choi**    jchoi@swesq.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Kevin Collins**    kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- **David N Crapo**    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Anthony Dutra**    adutra@hansonbridgett.com
- **Kevin M Eckhardt**    keckhardt@huntonak.com, keckhardt@hunton.com
- **Andy J Epstein**    taxcpaesq@gmail.com
- **Christine R Etheridge**    christine.etheridge@ikonfin.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Joseph D Frank**    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**    william.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Lawrence B Gill**    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

- **Paul R. Glassman**    pglassman@sycr.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Anna Gumport**    agumport@sidley.com
- **Mary H Haas**    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- **James A Hayes**    jhayes@jamesahayesaplc.com
- **Michael S Held**    mheld@jw.com
- **Lawrence J Hilton**    lhilton@onellp.com,
  lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- **Robert M Hirsh**    Robert.Hirsh@arentfox.com
- **Florice Hoffman**    fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Michael Hogue**    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- **Marsha A Houston**    mhouston@reedsmith.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **John Mark Jennings**    johnmark.jennings@kutakrock.com
- **Monique D Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory R Jones**    gjones@mwe.com, rnhunter@mwe.com
- **Lance N Jurich**    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Jeff D Kahane**    jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Cameo M Kaisler**    salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Gary E Klausner**    gek@lnbyb.com
- **Joseph A Kohanski**    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Darryl S Laddin**    bkrfilings@agg.com
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **Richard A Lapping**    richard@lappinglegal.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **David E Lemke**    david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Tracy L Mainguy**    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@
  dentons.com;joan.mack@dentons.com
- **Alvin Mar**    alvin.mar@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- **Hutchison B Meltzer**    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**    john.moe@dentons.com,
  glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com
- **Monserrat Morales**    mmorales@marguliesfaithlaw.com,
  Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- **Kevin H Morse**    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- **Marianne S Mortimer**    mmortimer@sycr.com, tingman@sycr.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jennifer L Nassiri**    jennifernassiri@quinnemanuel.com
- **Charles E Nelson**    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson**    shedoesbklaw@aol.com

- **Mark A Neubauer**    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.
  com;ecfla@carltonfields.com
- **Nancy Newman**    nnewman@hansonbridgett.com,
  ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- **Bryan L Ngo**    bngo@fortislaw.com,
  BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Melissa T Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Abigail V O'Brient**    avobrient@mintz.com,
  docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- **John R OKeefe**    jokeefe@metzlewis.com, slohr@metzlewis.com
- **Keith C Owens**    kowens@venable.com, khoang@venable.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- **Lisa M Peters**    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**    cjpetersen@blankrome.com, gsolis@blankrome.com
- **Mark D Plevin**    mplevin@crowell.com, cromo@crowell.com
- **David M Poitras**    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-
  inc.com;aguisinger@wedgewood-inc.com
- **Steven G. Polard**    spolard@ch-law.com, cborrayo@ch-law.com
- **David M Powlen**    david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Lori L Purkey**    bareham@purkeyandassociates.com
- **William M Rathbone**    wrathbone@grsm.com, jmydlandevans@grsm.com
- **Jason M Reed**    Jason.Reed@Maslon.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Lesley A Riis**    lriis@dpmclaw.com
- **Debra Riley**    driley@allenmatkins.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Julie H Rome-Banks**    julie@bindermalter.com
- **Mary H Rose**    mrose@buchalter.com, salarcon@buchalter.com
- **Megan A Rowe**    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Nathan A Schultz**    nschultz@foxrothschild.com
- **William Schumacher**    wschumacher@jonesday.com
- **Mark A Serlin**    ms@swllplaw.com, mor@swllplaw.com
- **Seth B Shapiro**    seth.shapiro@usdoj.gov
- **Joseph Shickich**    jshickich@riddellwilliams.com
- **Rosa A Shirley**    rshirley@nelsonhardiman.com,
  ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardima
  n.com
- **Kyrsten Skogstad**    kskogstad@calnurses.org, rcraven@calnurses.org
- **Michael St James**    ecf@stjames-law.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Jason D Strabo**    jstrabo@mwe.com, ahoneycutt@mwe.com
- **Sabrina L Streusand**    Streusand@slollp.com
- **Ralph J Swanson**    ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Jason Wallach**    jwallach@ghplaw.com, g33404@notify.cincompass.com

- **Kenneth K Wang**    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **Adam G Wentland**    awentland@tocounsel.com, lkwon@tocounsel.com
- **Latonia Williams**    lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**    mike@winsten.com
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- **Hatty K Yip**    hatty.yip@usdoj.gov
- **Andrew J Ziaja**    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**    rzimmerman@dalycity.org

## SERVICE LIST
(Via First Class Mail)

**Verity Health System of California, Inc.**
2040 E. Mariposa Avenue
El Segundo, CA 90245

**Samuel R. Maizel**
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

**Attorney General of California**
Xavier Becerra
California Department of Justice
1300 "I" Street
Sacramento, CA 95814

**U.S. Dept. of Health & Human Services**
Angela M. Belgrove, Esq.
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

**United States Department of Justice**
Ben Franklin Station
PO Box 683
Washington DC 20044

**United States Attorney's Office**
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

**Office of the United States Trustee**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

**SERVICE LIST**
(Via Personal Delivery)

**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

## SERVICE LIST
(Via Email)

**Attorneys for Chapter 11 Debtors and Debtors in Possession**
Samuel R. Maizel – samuel.maizel@dentons.com
John A. Moe, II – john.moe@dentons.com
Tania M. Moyron – tania.moyron@dentons.com

**Attorneys for the Office of the United States Trustee**
Hatty K. Yip – hatty.yip@usdoj.gov