GREGORY A. BRAY (Bar No. 115367)
gbray@milbank.com
MARK SHINDERMAN (Bar No. 136644)
mshinderman@milbank.com
JAMES C. BEHRENS (Bar No. 280365)
jbehrens@milbank.com
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000/Facsimile: (213) 629-5063

*Counsel for the Official Committee of
Unsecured Creditors of Verity Health System of
California, Inc., et al.*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>  Debtors and Debtors In Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Verity Health System of California, Inc.<br>☐ O'Connor Hospital<br>☐ Saint Louise Regional Hospital<br>☐ St. Francis Medical Center<br>☐ St. Vincent Medical Center<br>☐ Seton Medical Center<br>☐ O'Connor Hospital Foundation<br>☐ Saint Louise Regional Hospital Foundation<br>☐ St. Francis Medical Center of Lynwood Foundation<br>☐ St. Vincent Foundation<br>☐ St. Vincent Dialysis Center, Inc.<br>☐ Seton Medical Center Foundation<br>☐ Verity Business Services<br>☐ Verity Medical Foundation<br>☐ Verity Holdings, LLC<br>☐ De Paul Ventures, LLC<br>☐ De Paul Ventures - San Jose Dialysis, LLC<br><br>  Debtors and Debtors In Possession. | Lead Case No. 18-20151<br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**DECLARATION OF MICHAEL STROLLO IN SUPPORT OF INTERIM APPLICATIONS FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF MILBANK LLP AND FTI CONSULTING, INC., AS ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>Hearing:<br>Date:  April 3, 2019<br>Time:  10:00 a.m.<br>Location: Courtroom 1568 |

# DECLARATION OF MICHAEL STROLLO

I, Michael Strollo, declare:

1. I am a Supervisory Financial Analyst for Corporate Finance & Restructuring at the Pension Benefit Guaranty Corporation.

2. The Pension Benefit Guaranty Corporation is a co-chair of the Official Committee of Unsecured Creditors (the "Committee") of Verity Health System of California, Inc. and its affiliated debtors in possession in the above-captioned cases.

3. The Committee has retained Milbank LLP as its counsel and FTI Consulting, Inc., as its financial advisor in the above-captioned cases.

4. I have reviewed the *First Interim Application of Milbank LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* and the *First Interim Application of FTI Consulting, Inc. for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (collectively, the "Applications"), and I approve the Applications on behalf of the Committee.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2019 in Washington, DC.

_____
Michael Strollo

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2029 Century Park E, 33rd Floor, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*):    ***DECLARATION OF MICHAEL STROLLO IN SUPPORT OF INTERIM APPLICATIONS FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF MILBANK LLP AND FTI CONSULTING, INC., AS ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 13, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Ricky Windom | /s/ Ricky Windom |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**
(Via NEF)

- **Robert N Amkraut**  ramkraut@foxrothschild.com
- **Kyra E Andrassy**  kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Simon Aron**  saron@wrslawyers.com
- **Lauren T Attard**  lattard@bakerlaw.com, abalian@bakerlaw.com
- **Allison R Axenrod**  allison@claimsrecoveryllc.com
- **Keith Patrick Banner**  kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Cristina E Bautista**  cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **James Cornell Behrens**  jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Ron Bender**  rb@lnbyb.com
- **Bruce Bennett**  bbennett@jonesday.com
- **Peter J Benvenutti**  pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Elizabeth Berke-Dreyfuss**  edreyfuss@wendel.com
- **Steven M Berman**  sberman@slk-law.com
- **Alicia K Berry**  Alicia.Berry@doj.ca.gov
- **Stephen F Biegenzahn**  efile@sfblaw.com
- **Karl E Block**  kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- **Dustin P Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Michael D Breslauer**  mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Chane Buck**  cbuck@jonesday.com
- **Damarr M Butler**  butler.damarr@pbgc.gov, efile@pbgc.gov
- **Lori A Butler**  butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**  hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- **Shirley Cho**  scho@pszjlaw.com
- **Jacquelyn H Choi**  jchoi@swesq.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Kevin Collins**  kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- **David N Crapo**  dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**  md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**  bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**  aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Anthony Dutra**  adutra@hansonbridgett.com
- **Kevin M Eckhardt**  keckhardt@huntonak.com, keckhardt@hunton.com
- **Andy J Epstein**  taxcpaesq@gmail.com
- **Christine R Etheridge**  christine.etheridge@ikonfin.com
- **M Douglas Flahaut**  flahaut.douglas@arentfox.com
- **Michael G Fletcher**  mfletcher@frandzel.com, sking@frandzel.com
- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**  william.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**  efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Jeffrey K Garfinkle**  jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Lawrence B Gill**  lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

- **Paul R. Glassman**     pglassman@sycr.com
- **Eric D Goldberg**     eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Anna Gumport**     agumport@sidley.com
- **Mary H Haas**     maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- **James A Hayes**     jhayes@jamesahayesaplc.com
- **Michael S Held**     mheld@jw.com
- **Lawrence J Hilton**     lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- **Robert M Hirsh**     Robert.Hirsh@arentfox.com
- **Florice Hoffman**     fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Michael Hogue**     hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- **Marsha A Houston**     mhouston@reedsmith.com
- **Brian D Huben**     hubenb@ballardspahr.com, carolod@ballardspahr.com
- **John Mark Jennings**     johnmark.jennings@kutakrock.com
- **Monique D Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory R Jones**     gjones@mwe.com, rnhunter@mwe.com
- **Lance N Jurich**     ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Jeff D Kahane**     jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**     skahn@pszyjw.com
- **Cameo M Kaisler**     salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**     ikallick@manatt.com, ihernandez@manatt.com
- **Jane Kim**     jkim@kellerbenvenutti.com
- **Monica Y Kim**     myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Gary E Klausner**     gek@lnbyb.com
- **Joseph A Kohanski**     jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- **Jeffrey C Krause**     jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Darryl S Laddin**     bkrfilings@agg.com
- **Robert S Lampl**     advocate45@aol.com, rlisarobinsonr@aol.com
- **Richard A Lapping**     richard@lappinglegal.com
- **Paul J Laurin**     plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **David E Lemke**     david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Elan S Levey**     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Tracy L Mainguy**     bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**     samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- **Alvin Mar**     alvin.mar@usdoj.gov
- **Craig G Margulies**     Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- **Hutchison B Meltzer**     hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Christopher Minier**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**     john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com
- **Monserrat Morales**     mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- **Kevin H Morse**     kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- **Marianne S Mortimer**     mmortimer@sycr.com, tingman@sycr.com
- **Tania M Moyron**     tania.moyron@dentons.com, chris.omeara@dentons.com
- **Alan I Nahmias**     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jennifer L Nassiri**     jennifernassiri@quinnemanuel.com
- **Charles E Nelson**     nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson**     shedoesbklaw@aol.com

- **Mark A Neubauer**   mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- **Nancy Newman**   nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- **Bryan L Ngo**   bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Melissa T Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Abigail V O'Brient**   avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- **John R OKeefe**   jokeefe@metzlewis.com, slohr@metzlewis.com
- **Keith C Owens**   kowens@venable.com, khoang@venable.com
- **Paul J Pascuzzi**   ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- **Lisa M Peters**   lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**   cjpetersen@blankrome.com, gsolis@blankrome.com
- **Mark D Plevin**   mplevin@crowell.com, cromo@crowell.com
- **David M Poitras**   dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- **Steven G. Polard**   spolard@ch-law.com, cborrayo@ch-law.com
- **David M Powlen**   david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Lori L Purkey**   bareham@purkeyandassociates.com
- **William M Rathbone**   wrathbone@grsm.com, jmydlandevans@grsm.com
- **Jason M Reed**   Jason.Reed@Maslon.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**   arhim@hrhlaw.com
- **Emily P Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Lesley A Riis**   lriis@dpmclaw.com
- **Debra Riley**   driley@allenmatkins.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Julie H Rome-Banks**   julie@bindermalter.com
- **Mary H Rose**   mrose@buchalter.com, salarcon@buchalter.com
- **Megan A Rowe**   mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Nathan A Schultz**   nschultz@foxrothschild.com
- **William Schumacher**   wschumacher@jonesday.com
- **Mark A Serlin**   ms@swllplaw.com, mor@swllplaw.com
- **Seth B Shapiro**   seth.shapiro@usdoj.gov
- **Joseph Shickich**   jshickich@riddellwilliams.com
- **Rosa A Shirley**   rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Kyrsten Skogstad**   kskogstad@calnurses.org, rcraven@calnurses.org
- **Michael St James**   ecf@stjames-law.com
- **Andrew Still**   astill@swlaw.com, kcollins@swlaw.com
- **Jason D Strabo**   jstrabo@mwe.com, ahoneycutt@mwe.com
- **Sabrina L Streusand**   Streusand@slollp.com
- **Ralph J Swanson**   ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Gary F Torrell**   gft@vrmlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Matthew S Walker**   matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Jason Wallach**   jwallach@ghplaw.com, g33404@notify.cincompass.com

- **Kenneth K Wang**  kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**  phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Gerrick Warrington**  gwarrington@frandzel.com, sking@frandzel.com
- **Adam G Wentland**  awentland@tocounsel.com, lkwon@tocounsel.com
- **Latonia Williams**  lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**  mike@winsten.com
- **Jeffrey C Wisler**  jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**  nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- **Hatty K Yip**  hatty.yip@usdoj.gov
- **Andrew J Ziaja**  aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**  rzimmerman@dalycity.org

## SERVICE LIST
(Via First Class Mail)

**Verity Health System of California, Inc.**
2040 E. Mariposa Avenue
El Segundo, CA 90245

**Samuel R. Maizel**
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

**Attorney General of California**
Xavier Becerra
California Department of Justice
1300 "I" Street
Sacramento, CA 95814

**U.S. Dept. of Health & Human Services**
Angela M. Belgrove, Esq.
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

**United States Department of Justice**
Ben Franklin Station
PO Box 683
Washington DC 20044

**United States Attorney's Office**
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

**Office of the United States Trustee**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

## SERVICE LIST
(Via Personal Delivery)

**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

## SERVICE LIST
(Via Email)

**Attorneys for Chapter 11 Debtors and Debtors in Possession**
Samuel R. Maizel – samuel.maizel@dentons.com
John A. Moe, II – john.moe@dentons.com
Tania M. Moyron – tania.moyron@dentons.com

**Attorneys for the Office of the United States Trustee**
Hatty K. Yip – hatty.yip@usdoj.gov