1  GREGORY A. BRAY (Bar No. 115367)
   gbray@milbank.com
2  MARK SHINDERMAN (Bar No. 136644)
   mshinderman@milbank.com
3  JAMES C. BEHRENS (Bar No. 280365)
   jbehrens@milbank.com
4  MILBANK LLP
   2029 Century Park East, 33rd Floor
5  Los Angeles, CA 90067
   Telephone: (424) 386-4000 / Facsimile: (213) 629-5063
6
7  *Counsel for the Official Committee of*
   *Unsecured Creditors of Verity Health System of*
   *California, Inc., et al.*
8
                    **UNITED STATES BANKRUPTCY COURT**
9         **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

10 | In re: | Lead Case No. 18-20151-ER |
|---|---|

11 VERITY HEALTH SYSTEM OF CALIFORNIA,
   INC., *et al.*,
12
13          Debtors and Debtors In Possession.

14 Affects:

15 ☒  All Debtors
16 ☐  Verity Health System of California, Inc.
   ☐  Saint Louise Regional Hospital
17 ☐  St. Francis Medical Center
   ☐  St. Vincent Medical Center
18 ☐  Seton Medical Center
   ☐  O'Connor Hospital Foundation
19 ☐  Saint Louise Regional Hospital
20 Foundation
   ☐  St. Francis Medical Center of
21 Lynwood Foundation
   ☐  St. Vincent Foundation
22 ☐  St. Vincent Dialysis Center, Inc.
   ☐  Seton Medical Center Foundation
23 ☐  Verity Business Services
24 ☐  Verity Medical Foundation
   ☐  Verity Holdings, LLC
25 ☐  De Paul Ventures, LLC
   ☐  De Paul Ventures - San Jose
26 Dialysis, LLC

27          Debtors and Debtors In Possession.
28

Lead Case No. 18-20151-ER
Jointly Administered With:
CASE NO.: 2:18-bk-20162-ER
CASE NO.: 2:18-bk-20163-ER
CASE NO.: 2:18-bk-20164-ER
CASE NO.: 2:18-bk-20165-ER
CASE NO.: 2:18-bk-20167-ER
CASE NO.: 2:18-bk-20168-ER
CASE NO.: 2:18-bk-20169-ER
CASE NO.: 2:18-bk-20171-ER
CASE NO.: 2:18-bk-20172-ER
CASE NO.: 2:18-bk-20173-ER
CASE NO.: 2:18-bk-20175-ER
CASE NO.: 2:18-bk-20176-ER
CASE NO.: 2:18-bk-20178-ER
CASE NO.: 2:18-bk-20179-ER
CASE NO.: 2:18-bk-20180-ER
CASE NO.: 2:18-bk-20181-ER

Chapter 11 Cases

Hon. Ernest M. Robles

**NOTICE OF HEARING REGARDING
FIRST INTERIM APPLICATONS OF
MILBANK LLP AND FTI
CONSULTING, INC. FOR APPROVAL
AND ALLOWANCE OF
COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED**

Hearing:
Date:        April 3, 2019
Time:        10:00 a.m.
Courtroom: 1568
             255 E. Temple Street
             Los Angeles, CA 90012

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on April 3, 2019, at 10:00 a.m., or as soon thereafter as the matters may be heard, a hearing will be conducted before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568 of the United States Bankruptcy Court located in the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple St. Los Angeles, California 90012, to consider the following interim applications (collectively the "Applications") for approval and allowance of compensation for services rendered and reimbursement of expenses incurred for the professionals employed by the Official Committee of Unsecured Creditors (the "Committee") of Verity Health System of California, Inc. and each of its affiliated Debtors and Debtors in Possession (collectively, the "Debtors") in the above-captioned jointly administered chapter 11 cases (the "Cases"):

| Professional | Period Covered | Fees Requested | Expenses Requested |
|---|---|---|---|
| Counsel for the Committee:<br>Gregory A. Bray<br>MILBANK LLP<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br>gbray@milbank.com | September 14, 2018 – December 31, 2018 | **$2,247,099.99** | **$36,811.82** |
| Financial Advisor to the Committee:<br>Clifford A. Zucker<br>FTI CONSULTING, INC.<br>Three Times Square<br>9th Floor<br>New York, NY, 10036<br>Telephone: (212) 247-1010<br>Facsimile: (212) 841-9350<br>cliff.zucker@fticonsulting.com | September 14, 2018 – December 31, 2018 | **$1,084,689.75** | **$14,553.04** |

1    Copies of the Applications and documents filed in support thereof may be obtained by

2    accessing PACER through the United States Bankruptcy Court website for the Central District of

3    California at www.cacb.uscourts.gov, or by contacting the Committee's counsel, Milbank LLP,

4    Attn: Gregory A. Bray, by telephone at (424) 386-4000 or email at gbray@milbank.com.

5    **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule

6    9013-1(f), any response or opposition to the Applications must be in writing in the form required by

7    Local Bankruptcy Rule 9013-1(f) and must be filed with the Clerk of the above-captioned Court and

8    served upon (1) the affected applicant, (2) counsel for the Committee: Milbank LLP, Attn: Gregory

9    A. Bray, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067, and (3) the Office of the

10   United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017 at least fourteen (14)

11   days prior to the date of the hearing on the Applications.

12   **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a),

13   the failure to file and serve a timely objection to the Applications may be deemed by the Court to be

14   consent to the relief requested herein.

15

16   DATED:  March 13, 2019                    MILBANK LLP

17                                             _ /s/ Gregory A. Bray_
                                              GREGORY A. BRAY
18                                            MARK SHINDERMAN
                                              JAMES C. BEHRENS
19
                                              Counsel for the Official Committee of
20                                            Unsecured Creditors of Verity Health System of
                                              California, Inc., et al.
21

22

23

24

25

26

27

28

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**2029 Century Park E, 33rd Floor, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*):  ___ ***NOTICE OF HEARING REGARDING FIRST INTERIM APPLICATONS OF MILBANK LLP AND FTI CONSULTING, INC. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED***
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 13, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2019 | Ricky Windom | /s/ Ricky Windom |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST
(Via NEF)

- **Robert N Amkraut**   ramkraut@foxrothschild.com
- **Kyra E Andrassy**   kandrassy@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Simon Aron**   saron@wrslawyers.com
- **Lauren T Attard**   lattard@bakerlaw.com, abalian@bakerlaw.com
- **Allison R Axenrod**   allison@claimsrecoveryllc.com
- **Keith Patrick Banner**   kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Cristina E Bautista**   cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **James Cornell Behrens**   jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Ron Bender**   rb@lnbyb.com
- **Bruce Bennett**   bbennett@jonesday.com
- **Peter J Benvenutti**   pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Elizabeth Berke-Dreyfuss**   edreyfuss@wendel.com
- **Steven M Berman**   sberman@slk-law.com
- **Alicia K Berry**   Alicia.Berry@doj.ca.gov
- **Stephen F Biegenzahn**   efile@sfblaw.com
- **Karl E Block**   kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- **Dustin P Branch**   branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Michael D Breslauer**   mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Chane Buck**   cbuck@jonesday.com
- **Damarr M Butler**   butler.damarr@pbgc.gov, efile@pbgc.gov
- **Lori A Butler**   butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**   hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- **Shirley Cho**   scho@pszjlaw.com
- **Jacquelyn H Choi**   jchoi@swesq.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Kevin Collins**   kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- **David N Crapo**   dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**   md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**   bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**   aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Anthony Dutra**   adutra@hansonbridgett.com
- **Kevin M Eckhardt**   keckhardt@huntonak.com, keckhardt@hunton.com
- **Andy J Epstein**   taxcpaesq@gmail.com
- **Christine R Etheridge**   christine.etheridge@ikonfin.com
- **M Douglas Flahaut**   flahaut.douglas@arentfox.com
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com
- **Joseph D Frank**   jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**   william.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**   efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Jeffrey K Garfinkle**   jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Lawrence B Gill**   lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

- **Paul R. Glassman**    pglassman@sycr.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Anna Gumport**    agumport@sidley.com
- **Mary H Haas**    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- **James A Hayes**    jhayes@jamesahayesaplc.com
- **Michael S Held**    mheld@jw.com
- **Lawrence J Hilton**    lhilton@onellp.com,
  lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- **Robert M Hirsh**    Robert.Hirsh@arentfox.com
- **Florice Hoffman**    fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Michael Hogue**    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- **Marsha A Houston**    mhouston@reedsmith.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **John Mark Jennings**    johnmark.jennings@kutakrock.com
- **Monique D Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory R Jones**    gjones@mwe.com, rnhunter@mwe.com
- **Lance N Jurich**    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Jeff D Kahane**    jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Cameo M Kaisler**    salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Gary E Klausner**    gek@lnbyb.com
- **Joseph A Kohanski**    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Darryl S Laddin**    bkrfilings@agg.com
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **Richard A Lapping**    richard@lappinglegal.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **David E Lemke**    david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Elan S Levey**    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Tracy L Mainguy**    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- **Alvin Mar**    alvin.mar@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- **Hutchison B Meltzer**    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**    john.moe@dentons.com,
  glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com
- **Monserrat Morales**    mmorales@marguliesfaithlaw.com,
  Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- **Kevin H Morse**    kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- **Marianne S Mortimer**    mmortimer@sycr.com, tingman@sycr.com
- **Tania M Moyron**    tania.moyron@dentons.com, chris.omeara@dentons.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jennifer L Nassiri**    jennifernassiri@quinnemanuel.com
- **Charles E Nelson**    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson**    shedoesbklaw@aol.com

- **Mark A Neubauer**    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- **Nancy Newman**    nnewman@hansonbridgett.com,
  ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- **Bryan L Ngo**    bngo@fortislaw.com,
  BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Melissa T Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Abigail V O'Brient**    avobrient@mintz.com,
  docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- **John R OKeefe**    jokeefe@metzlewis.com, slohr@metzlewis.com
- **Keith C Owens**    kowens@venable.com, khoang@venable.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- **Lisa M Peters**    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**    cjpetersen@blankrome.com, gsolis@blankrome.com
- **Mark D Plevin**    mplevin@crowell.com, cromo@crowell.com
- **David M Poitras**    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- **Steven G. Polard**    spolard@ch-law.com, cborrayo@ch-law.com
- **David M Powlen**    david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Lori L Purkey**    bareham@purkeyandassociates.com
- **William M Rathbone**    wrathbone@grsm.com, jmydlandevans@grsm.com
- **Jason M Reed**    Jason.Reed@Maslon.com
- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Lesley A Riis**    lriis@dpmclaw.com
- **Debra Riley**    driley@allenmatkins.com
- **Christopher O Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Julie H Rome-Banks**    julie@bindermalter.com
- **Mary H Rose**    mrose@buchalter.com, salarcon@buchalter.com
- **Megan A Rowe**    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Nathan A Schultz**    nschultz@foxrothschild.com
- **William Schumacher**    wschumacher@jonesday.com
- **Mark A Serlin**    ms@swllplaw.com, mor@swllplaw.com
- **Seth B Shapiro**    seth.shapiro@usdoj.gov
- **Joseph Shickich**    jshickich@riddellwilliams.com
- **Rosa A Shirley**    rshirley@nelsonhardiman.com,
  ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Kyrsten Skogstad**    kskogstad@calnurses.org, rcraven@calnurses.org
- **Michael St James**    ecf@stjames-law.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Jason D Strabo**    jstrabo@mwe.com, ahoneycutt@mwe.com
- **Sabrina L Streusand**    Streusand@slollp.com
- **Ralph J Swanson**    ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Gary F Torrell**    gft@vrmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Matthew S Walker**    matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Jason Wallach**    jwallach@ghplaw.com, g33404@notify.cincompass.com

- **Kenneth K Wang**    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Gerrick Warrington**    gwarrington@frandzel.com, sking@frandzel.com
- **Adam G Wentland**    awentland@tocounsel.com, lkwon@tocounsel.com
- **Latonia Williams**    lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**    mike@winsten.com
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**    nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- **Hatty K Yip**    hatty.yip@usdoj.gov
- **Andrew J Ziaja**    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**    rzimmerman@dalycity.org

## SERVICE LIST
(Via First Class Mail)

**Verity Health System of California, Inc.**
2040 E. Mariposa Avenue
El Segundo, CA 90245

**Samuel R. Maizel**
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

**Attorney General of California**
Xavier Becerra
California Department of Justice
1300 "I" Street
Sacramento, CA 95814

**U.S. Dept. of Health & Human Services**
Angela M. Belgrove, Esq.
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

**United States Department of Justice**
Ben Franklin Station
PO Box 683
Washington DC 20044

**United States Attorney's Office**
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

**Office of the United States Trustee**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

## SERVICE LIST
(Via Personal Delivery)

**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300

<u>**SERVICE LIST**</u>
(Via Email)

**Attorneys for Chapter 11 Debtors and Debtors in Possession**
Samuel R. Maizel – <u>samuel.maizel@dentons.com</u>
John A. Moe, II – <u>john.moe@dentons.com</u>
Tania M. Moyron – <u>tania.moyron@dentons.com</u>

**Attorneys for the Office of the United States Trustee**
Hatty K. Yip – <u>hatty.yip@usdoj.gov</u>