SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Judge: Hon. Ernest M. Robles<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATIONS FOR ALLOWANCE AND PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date:  April 3, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>  Royal Federal Building<br>  255 East Temple Street<br>  Los Angeles, California 90012 |

- 1 -

110489749\V-1

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on April 3, 2019 at 10:00 a.m., in Courtroom 1568, of the United States Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Ernest Robles, the following professionals will seek an order for the allowance and payment of fees and reimbursement of expenses (the "Applications") in the following amounts on an interim basis:

| Professionals | Position | Time Period/Docket No. | Fees | Expenses |
|---|---|---|---|---|
| Dentons US LLP<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017 | Counsel to the Debtors | 8/31/18 - 12/31/18<br>[Docket No. 1799] | $4,119,393.59 | $97,077.27 |
| Berkeley Research Group, LLC<br>810 7th Avenue, Suite 4100<br>New York, NY 10019 | Financial and Restructuring Advisor to the Debtors | 8/31/18 - 12/31/18<br>[Docket No. 1791] | $3,717,941.00 | $251,437.49 |
| Pachulski Stang Ziehl & Jones, LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111 | Conflict Counsel to the Debtors | 9/1/18 - 12/31/18<br>[Docket No. 1792] | $146,252.70 | $2,200.18 |
| Milbank Tweed<br>2029 Century Park E., 33rd Floor<br>Los Angeles, CA 90067 | Counsel to the Official Committee of Unsecured Creditors ("UCC") | 9/14/18 - 12/31/18<br>[Docket No. 1795] | $2,247,099.99 | $36,811.82 |
| FTI Consulting, Inc.<br>Three Times Square, 9th Floor<br>New York, NY 10036 | Financial Advisor to the UCC | 9/14/18 - 12/31/18<br>[Docket No. 1796] | $1,084,689.75 | $14,553.04 |

**PLEASE TAKE FURTHER NOTICE** that copies of the Applications filed by the Professionals identified above are on file with the Clerk of the United States Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, and available for inspection during the Court's normal business hours. Copies of the Applications may also be obtained by a party in interest upon specific request to Kathryn Howard, Paralegal, Dentons US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017; telephone: (213) 623-9300, email: kathryn.howard@dentons.com. Additionally, copies of the Applications can be found on the following webpage: www.kccllc.net/verityhealth.

- 1 -

110489749\V-1

**PLEASE TAKE FURTHER NOTICE** that any party objecting to the allowance and payment of interim compensation and reimbursement of expenses as requested must file a written objection with the Court no later than fourteen (14) days prior to the above-captioned hearing and serve a copy of that objection at the addresses shown above unless otherwise noted, upon (a) the Professional whose Application is the subject of the objection, (b) the Office of the United States Trustee, Attn: Hatty Yip, 915 Wilshire Blvd., Suite 1850 Los Angeles, California 90017, (c) Verity Health System of California, Inc., Attn: Elspeth Paul, General Counsel, 2040 E Mariposa Avenue, El Segundo, CA 90245, (d) Debtors' counsel at the address shown above, and (e) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, Attn: Mark Shinderman, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067-3019. Any objection must be a complete written statement of all reasons in opposition thereto, declarations and copies of all evidence on which the objecting party intends to rely, and any responding memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE** that the failure to timely file an opposition or other response to the Applications may be deemed acceptance of the relief requested, as set forth in Local Bankruptcy Rules 2016-1(a)(3) and 9013-1(f).

Dated: March 13, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
JOHN A. MOE, II
TANIA M. MOYRON

By ___/s/*John A. Moe, II*___
JOHN A. MOE, II
Attorneys for Chapter 11 Debtors and Debtors In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

110489749\V-1