Michael Hogue (SBN 272083)
GREENBERG TAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
Email: hoguem@gtlaw.com

*Counsel for Workday, Inc.*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*.,<br><br>Debtors and Debtors in Possession. | CASE NO.: 18-bk-20151-ER<br><br>Chapter 11<br><br>**OBJECTION TO CURE AMOUNT ALLEGED BY DEBTORS UNDER THE EXECUTORY CONTRACT WITH WORKDAY, INC.** |

COMES NOW, Workday, Inc. ("Workday") and files this objection to the proposed cure amount ("Cure Objection") designated for Workday in the *Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* (the "Cure Notice") filed by Debtors Verity Health System of California, Inc., *et al*., (collectively, the "Debtors") on March 5, 2019 [Docket No. 1704].

**PROCEDURAL BACKGROUND**

1. The Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on August 31, 2018 (the "Petition Date").

2. The Debtors have continued to operate their businesses and manage their affairs as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. On March 5, 2019, the Debtors filed the Cure Notice.

4. Workday and Debtor Verity Health Systems of California, Inc. ("Verity") are parties to a Professional Services Agreement (the "PSA") dated October 31, 2017.

5.    Workday provided consulting and software services as provided in the statements of work referenced in the PSA (each, a "<u>Statement of Work</u>").

6.    Workday and Verity are also parties to a Master Subscription Agreement (the "<u>MSA</u>") dated October 31, 2017.

## GROUNDS FOR OBJECTION

7.    Workday objects to the $329,904.70 cure amount proposed in the Cure Notice for the PSA and MSA (collectively, the "<u>Agreements</u>").

8.    Verity owes Workday $1,879,780.55 for unpaid services performed and related expenses under the PSA.

9.    Verity owes Workday $1,469,000.00 for unpaid subscription and training fees due under the MSA.

10.    Workday objects to the assumption of the Agreements absent payment of all cure amounts owed thereunder through the effective date of assumption, as well as attorneys' fees and costs.

11.    11 U.S.C. § 365(b) provides that:

(b)(1) If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee–

(A) cures, or provides adequate assurance that the trustee will promptly cure, such default other than a default that is a breach of a provision relating to the satisfaction of any provision (other than a penalty rate or penalty provision) relating to a default arising from any failure to perform nonmonetary obligations under an unexpired lease of real property, if it is impossible for the trustee to cure such default by performing nonmonetary acts at and after the time of assumption . . . .

(B) compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and

(C) provides adequate assurance of future performance under such contract or lease.

## RESERVATION OF RIGHTS

12.    Workday hereby reserves its rights to make such other and further objections as may be appropriate, including, but not limited to, objections regarding adequate assurance of future performance under Section 365. Workday further reserves the right to file administrative expense claims, general unsecured claims, and any other claims against the Debtors' bankruptcy estates.

/ / /

# CONCLUSION

13.     For the reasons set forth above, Workday respectfully requests that this Court (i) sustain this Cure Objection; (ii) require that any order authorizing the assumption of the Agreements affirmatively require the Debtors to pay all amounts owing thereunder through the effective date of any assumption, including attorneys' fees and expenses; and (iii) grant Workday such further relief as it deems proper.

Dated: March 14, 2019                                   GREENBERG TRAURIG, LLP


/s/*Michael R. Hogue*
Michael Hogue (SBN 272083)
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
HogueM@gtlaw.com

- and –

John D. Elrod
Georgia Bar No. 246604
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
ElrodJ@gtlaw.com

*Counsel for Workday, Inc.*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **Four Embarcadero Center, Suite 3000, San Francisco, CA 94111.**

On March 14, 2019, I served the **OBJECTION TO CURE AMOUNT ALLEGED BY DEBTORS UNDER THE EXECUTORY CONTRACT WITH WORKDAY, INC.** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

*See Attached Service List*

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at San Francisco, California, in the ordinary course of such business.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 14, 2019, at San Francisco, California.

*/s/ Linny Frazier*
Linny Frazier

SERVICE LIST

| **Verity Health System of California, Inc.**<br>2040 E. Mariposa Avenue<br>El Segundo, CA 90245<br>LOS ANGELES-CA | **Represented by:**<br><br>**Sam J Alberts**<br>DENTONS US LLP<br>1900 K Street NW<br>Washington, DC 20006<br>202-408-7004<br>Fax : 202-496-7756<br><br>**Samuel R Maizel**<br>Dentons US LLP<br>601 South Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017<br>213-892-2910<br>Email: samuel.maizel@dentons.com<br><br>**John A Moe, II**<br>Dentons US LLP<br>601 S. Figueroa Street<br>Suite 2500<br>Los Angeles, CA 90017-5704<br>213-892-4905<br>Fax : 213-623-9924<br>Email: john.moe@dentons.com<br><br>**Claude D Montgomery**<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>212-768-6700<br><br>**Tania M Moyron**<br>Dentons US LLP<br>601 South Figuerora Street<br>Suite 2500<br>Los Angeles, CA 90017-5704<br>213-623-9300<br>Fax : 213-623-9924<br>Email: tania.moyron@dentons.com |
|---|---|

WORKDAY, INC.'S OBJECTION TO CURE AMOUNT

| | |
|---|---|
| *U.S. Trustee*<br>**United States Trustee (LA)**<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017<br>(213) 894-6811 | **Represented by:**<br><br>**Alvin Mar**<br>915 Wilshire Boulevard, Ste 1850<br>Los Angeles, CA 90017<br>213-894-4219<br>Fax : 213-894-2603<br>Email: alvin.mar@usdoj.gov<br><br>**Hatty K Yip**<br>Office of the UST/DOJ<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017<br>213-894-1507<br>Fax : 213-894-2603<br>Email: hatty.yip@usdoj.gov |
| *Creditor Committee*<br>**Proposed Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California,Inc., et al.** | **Represented by:**<br><br>**James Cornell Behrens**<br>Milbank, Tweed, Hadley & McCloy<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>424-386-4436<br>Fax : 213-892-4736<br>Email: jbehrens@milbank.com |
| *Creditor Committee*<br>**Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.** | **Represented by:**<br><br>**James Cornell Behrens**<br>Milbank, Tweed, Hadley & McCloy<br>2029 Century Park East<br>33rd Floor<br>Los Angeles, CA 90067<br>424-386-4436<br>Fax : 213-892-4736<br>Email: jbehrens@milbank.com |