Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/277-6910
Facsimile: 415/201-0760
E-mail: hkevane@pszjlaw.com
scho@pszjlaw.com

Co-Counsel for Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**DECLARATION OF ELSPETH D. PAUL IN SUPPORT OF PACHULSKI STANG ZIEHL & JONES LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2018 – DECEMBER 31, 2018** |

DOCS_SF:95361.1 06080/001

I, Elspeth D. Paul, declare and state as follows:

1. I am the General Counsel of Verity Health System of California, one of the above captioned debtors. I make this declaration in support of the *Pachulski Stang Ziehl & Jones LLP's First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses, For the Period September 1, 2018 – December 31, 2018* (the "Application").

2. If called upon to testify, I would testify to the facts set forth in this declaration. This declaration is filed in accordance with Local Bankruptcy Rule 2016-1(a)(1)(J).

3. I have reviewed the Application and have no objection to the Application nor the services rendered and compensation requested by Pachulski Stang Ziehl & Jones LLP.

4. I support Court approval for the payment of fees and costs as set forth in the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March, 2019 at El Segundo, California.

_____
Elspeth D. Paul

2

DOCS_SF:95361.1 06080/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**150 California Street, 15th Floor, San Francisco, CA 94111**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ELSPETH D. PAUL IN SUPPORT OF PACHULSKI STANG ZIEHL & JONES LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2018 – DECEMBER 31, 2018** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 1, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 1, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FedEx OVERNIGHT DELIVERY**

| | |
|---|---|
| Honorable Ernest M. Robles | United States Trustee |
| U.S. Bankruptcy Court | Hatty K Yip |
| 255 E. Temple Street, Suite 1560 / Courtroom 1568 | Office of the UST/DOJ |
| Los Angeles, CA 90012 | 915 Wilshire Blvd., Suite 1850 |
| | Los Angeles CA 90017 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2019 | Patricia Jeffries | /s/ Patricia Jeffries |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:319406.4 89566/002

**MAILING INFORMATION FOR CASE NO. 2:18-bk-20151-ER**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Melinda Alonzo**  ml7829@att.com
- **Robert N Amkraut**  ramkraut@foxrothschild.com
- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Simon Aron**  saron@wrslawyers.com
- **Lauren T Attard**  lattard@bakerlaw.com, abalian@bakerlaw.com
- **Allison R Axenrod**  allison@claimsrecoveryllc.com
- **Keith Patrick Banner**  kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Cristina E Bautista**  cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **James Cornell Behrens**  jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Ron Bender**  rb@lnbyb.com
- **Bruce Bennett**  bbennett@jonesday.com
- **Peter J Benvenutti**  pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Elizabeth Berke-Dreyfuss**  edreyfuss@wendel.com
- **Steven M Berman**  sberman@slk-law.com
- **Alicia K Berry**  Alicia.Berry@doj.ca.gov
- **Stephen F Biegenzahn**  efile@sfblaw.com
- **Karl E Block**  kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com
- **Dustin P Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Michael D Breslauer**  mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Chane Buck**  cbuck@jonesday.com
- **Damarr M Butler**  butler.damarr@pbgc.gov, efile@pbgc.gov
- **Lori A Butler**  butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**  hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- **Shirley Cho**  scho@pszjlaw.com
- **Jacquelyn H Choi**  jchoi@swesq.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Kevin Collins**  kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- **David N Crapo**  dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**  md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**  bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**  aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Anthony Dutra**  adutra@hansonbridgett.com
- **Kevin M Eckhardt**  keckhardt@huntonak.com, keckhardt@hunton.com
- **Andy J Epstein**  taxcpaesq@gmail.com
- **Christine R Etheridge**  christine.etheridge@ikonfin.com
- **M Douglas Flahaut**  flahaut.douglas@arentfox.com
- **Michael G Fletcher**  mfletcher@frandzel.com, sking@frandzel.com
- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**  william.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**  efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com
- **Amir Gamliel**  amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com;JDerosier@perkinscoie.com
- **Jeffrey K Garfinkle**  jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
DOCS_LA:319406.4 89566/002

**F 9013-3.1.PROOF.SERVICE**

- **Lawrence B Gill**   lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- **Paul R. Glassman**   pglassman@sycr.com
- **Eric D Goldberg**   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Marshall F Goldberg**   mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **David Guess**   dguess@bmkattorneys.com, 4579179420@filings.docketbird.com
- **Anna Gumport**   agumport@sidley.com
- **Mary H Haas**   maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- **James A Hayes**   jhayes@jamesahayesaplc.com
- **Michael S Held**   mheld@jw.com
- **Lawrence J Hilton**   lhilton@onellp.com, lthomas@onellp.com;info@onellp.com;evescance@onellp.com;nlichtenberger@onellp.com;rgolder@onellp.com
- **Robert M Hirsh**   Robert.Hirsh@arentfox.com
- **Florice Hoffman**   fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Michael Hogue**   hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- **Matthew B Holbrook**   mholbrook@sheppardmullin.com, mmanns@sheppardmullin.com
- **David I Horowitz**   david.horowitz@kirkland.com, keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com
- **Marsha A Houston**   mhouston@reedsmith.com
- **Brian D Huben**   hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Lawrence A Jacobson**   laj@cohenandjacobson.com
- **John Mark Jennings**   johnmark.jennings@kutakrock.com
- **Monique D Jewett-Brewster**   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Crystal Johnson**   M46380@ATT.COM
- **Gregory R Jones**   gjones@mwe.com, rnhunter@mwe.com
- **Lance N Jurich**   ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- **Jeff D Kahane**   jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**   skahn@pszyjw.com
- **Cameo M Kaisler**   salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**   ikallick@manatt.com, ihernandez@manatt.com
- **Ori Katz**   okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- **Payam Khodadadi**   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Jane Kim**   jkim@kellerbenvenutti.com
- **Monica Y Kim**   myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Gary E Klausner**   gek@lnbyb.com
- **Joseph A Kohanski**   jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- **Jeffrey C Krause**   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Darryl S Laddin**   bkrfilings@agg.com
- **Robert S Lampl**   advocate45@aol.com, rlisarobinsonr@aol.com
- **Richard A Lapping**   richard@lappinglegal.com
- **Paul J Laurin**   plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **David E Lemke**   david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Elan S Levey**   elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- **Tracy L Mainguy**   bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com
- **Alvin Mar**   alvin.mar@usdoj.gov
- **Craig G Margulies**   Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.com
- **Hutchison B Meltzer**   hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.4 89566/002

- **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com,derry.kalve@dentons.com,andy.jinnah@dentons.com
- **Susan I Montgomery**   susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- **Monserrat Morales**   mmorales@marguliesfaithlaw.com, Victoria@marguliesfaithlaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com
- **Kevin H Morse**   kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- **Marianne S Mortimer**   mmortimer@sycr.com, tingman@sycr.com
- **Tania M Moyron**   tania.moyron@dentons.com, chris.omeara@dentons.com
- **Alan I Nahmias**   anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jennifer L Nassiri**   jennifernassiri@quinnemanuel.com
- **Charles E Nelson**   nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson**   shedoesbklaw@aol.com
- **Mark A Neubauer**   mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- **Nancy Newman**   nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- **Bryan L Ngo**   bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Melissa T Ngo**   ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Abigail V O'Brient**   avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- **John R OKeefe**   jokeefe@metzlewis.com, slohr@metzlewis.com
- **Scott H Olson**   solson@vedderprice.com, jcano@vedderprice.com,jparker@vedderprice.com;scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com
- **Aram Ordubegian**   ordubegian.aram@arentfox.com
- **Keith C Owens**   kowens@venable.com, khoang@venable.com
- **Paul J Pascuzzi**   ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- **Lisa M Peters**   lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**   cjpetersen@blankrome.com, gsolis@blankrome.com
- **Mark D Plevin**   mplevin@crowell.com, cromo@crowell.com
- **David M Poitras**   dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- **Steven G. Polard**   spolard@ch-law.com, cborrayo@ch-law.com
- **David M Powlen**   david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com
- **Lori L Purkey**   bareham@purkeyandassociates.com
- **William M Rathbone**   wrathbone@grsm.com, jmydlandevans@grsm.com
- **Jason M Reed**   Jason.Reed@Maslon.com
- **Michael B Reynolds**   mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**   arhim@hrhlaw.com
- **Emily P Rich**   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Lesley A Riis**   lriis@dpmclaw.com
- **Debra Riley**   driley@allenmatkins.com
- **Christopher O Rivas**   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **Julie H Rome-Banks**   julie@bindermalter.com
- **Mary H Rose**   mrose@buchalter.com, salarcon@buchalter.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:319406.4 89566/002

- **Megan A Rowe**  mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Nathan A Schultz**  nschultz@foxrothschild.com
- **William Schumacher**  wschumacher@jonesday.com
- **Mark A Serlin**  ms@swllplaw.com, mor@swllplaw.com
- **Seth B Shapiro**  seth.shapiro@usdoj.gov
- **David B Shemano**  dshemano@shemanolaw.com
- **Joseph Shickich**  jshickich@riddellwilliams.com
- **Rosa A Shirley**  rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;jwilson@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Kyrsten Skogstad**  kskogstad@calnurses.org, rcraven@calnurses.org
- **Michael St James**  ecf@stjames-law.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Jason D Strabo**  jstrabo@mwe.com, ahoneycutt@mwe.com
- **Sabrina L Streusand**  Streusand@slollp.com
- **Ralph J Swanson**  ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Gary F Torrell**  gft@vrmlaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Matthew S Walker**  matthew.walker@pillsburylaw.com, candy.kleiner@pillsburylaw.com
- **Jason Wallach**  jwallach@ghplaw.com, g33404@notify.cincompass.com
- **Kenneth K Wang**  kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**  phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Gerrick Warrington**  gwarrington@frandzel.com, sking@frandzel.com
- **Adam G Wentland**  awentland@tocounsel.com, lkwon@tocounsel.com
- **Latonia Williams**  lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**  mike@winsten.com
- **Jeffrey C Wisler**  jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**  nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- **Hatty K Yip**  hatty.yip@usdoj.gov
- **Andrew J Ziaja**  aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**  rzimmerman@dalycity.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                F 9013-3.1.PROOF.SERVICE

DOCS_LA:319406.4 89566/002