SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession



**FILED & ENTERED**

APR 05 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20171-ER<br><br>Chapter 11 Cases<br><br>Hon. Judge Ernest M. Robles<br><br>**ORDER GRANTING DEBTORS' NOTICE OF MOTION AND MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), CERTAIN O'CONNOR HOSPITAL AND SAINT LOUISE REGIONAL HOSPITAL EXECUTORY CONTRACTS AND UNEXPIRED LEASES [RELATED DOCKET NOS. 1673, 1960, 2007, 2011]**<br><br><u>HEARING:</u><br>Date:  April 3, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>           U.S. Bankruptcy Court<br>           Los Angeles, CA 90012 |

102415126\V-1
BN 27994949v2

1

The *Debtors' Notice of Motion and Motion to Reject, Pursuant to 11 U.S.C. § 365(a), Certain O'Connor Hospital and Saint Louise Regional Hospital Executory Contracts and Unexpired Leases* [Docket No. 1673] (the "Motion"), which was re-filed on March 29, 2019 to correct an event code [*see* Docket No. 1960], came on regularly for hearing on April 3, 2019 (the "Hearing") before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568, United States Bankruptcy Court, Edward R. Roybal Building, 255 E. Temple Street, Los Angeles, CA 90012. Appearances were made as set forth on the record.

The Court, having reviewed the Motion and the Memorandum of Points and Authorities and Declaration of Richard G. Adcock in support of the Motion as well as the *Supplement to Debtors' Motion to Reject, Pursuant to 11 U.S.C. § 365(a), Certain O'Connor Hospital and Saint Louise Regional Hospital Executory Contracts and Unexpired Leases* [Docket No. 2011] (the "Supplement"), and having considered the arguments of counsel at the Hearing, finds that (i) notice of the Motion was sufficient under the circumstances, as evidenced by the declaration of service [Docket No. 2007], and (ii) the Debtors exercised their reasonable business judgment in rejecting the Agreements specified in this Order, and good cause appearing to grant the relief requested in the Motion, and for the reasons set forth in the Court's tentative ruling [Doc. No. 2037], which the Court adopts as its final ruling and which is incorporated herein by reference,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED to the extent set forth herein.

2. The Agreements (as defined in the Motion and the Supplement) are rejected as of February 28, 2019 or as of the date of entry of this Order, as to be determined by the Debtors.

3. The Debtors are authorized to take any action necessary or appropriate to implement the terms of this Order and the rejection without further order from this Court.

4. This Court shall retain exclusive jurisdiction and power to resolve any dispute arising from or related to this Order.

**IT IS SO ORDERED.**

110626010\V-3

###

Date: April 5, 2019

Ernest M. Robles
United States Bankruptcy Judge

3

110626010\V-3