SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Judge: Hon. Ernest M. Robles<br><br>**DENTONS US LLP'S SEVENTH PROFESSIONAL MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 2019** |

1

110814321\V-1

1.    Dentons US LLP (the "Firm") submits its *Seventh Professional Monthly Fee Application For Allowance and Payment of Interim Compensation and Reimbursement of Expenses For The Period Of March 2019* (the "Application") for services rendered for Verity Health System of California, Inc. and the above-referenced affiliated debtors (collectively, the "Debtors"), in the above-captioned chapter 11 bankruptcy cases (the "Cases"), during the period of March 1-31, 2019 (the "Application Period"). In support of the Application, the Firm respectfully represents as follows:

2.    The Firm is counsel of record for the Debtors. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

3.    The Firm billed a total of **$656,880.99** in fees and expenses during the Application Period. The total fees represent **1,229.50 hours** expended during the period covered by this Application. These fees and expenses break down as follows:

| Period | Fees[1] | Expenses | Total |
|---|---|---|---|
| **March 2019** | **$652,718.20** | **$4,162.79** | **$656,880.99** |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of a total of **$526,337.35** at this time. This total is comprised as follows: **$522,174.56** (80% of the fees for services rendered) plus **$4,162.79** (100% of the expenses incurred).

5.    For the postpetition period, the Firm has been paid to date as follows:

| Application Period | Amount | Description |
|---|---|---|
| First (Aug. 31, 2018-Sept. 31, 2018) | $ 979,859.55 | 80% of fees and 100% of expenses |
| Second (October 2018) | $1,153,245.80 | 80% of fees and 100% of expenses |
| Third (November 2018) | $ 633,779.47 | 80% of fees and 100% of expenses |
| Fourth (December 2018) | $ 625,707.35 | 80% of fees and 100% of expenses |
| Fifth (January 2019) | $ 767,889.24 | 80% of fees and 100% of expenses |
| First Interim Fee Application | $ 813,859.14 | 20% fee holdback[2] |
| Sixth (February 2019) | $ 709,119.00 | 80% of fees and 100% of expenses |
| **Total Paid to the Firm to Date** | **$5,683,459.55** | 80% of fees and 100% of expenses |

---

[1] This amount reflects a fee reduction of $42,203.25.

[2] This payment represents the 20% holdback for August 31, 2018 through December 31, 2018.

- 2 -

110814321\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6. To date, the Firm is owed as follows (excluding amounts owed pursuant to this Application):

| Application Period | Amount | Description |
|---|---|---|
| First (Aug. 31, 2018-Sept. 20, 2018) | $ -0- | 20% fee holdback |
| Second (October 2018) | $ -0- | 20% fee holdback |
| Third (November 2018) | $ -0- | 20% fee holdback |
| Fourth (December 2018) | $ -0- | 20% fee holdback |
| Fifth (January 2019) | $188,595.35 | 20% fee holdback |
| Sixth (February 2019) | $176,056.52 | 20% fee holdback |
| **Total Owed to the Firm to Date** | **$364,651.87** | 20% fee holdback |

7. Attached as **Exhibit "A"** hereto is a Summary of Hours and Fees for Dentons' Professionals who performed services in connection with the Cases during the Application Period and the hourly rate for each such professional. Attached hereto as **Exhibit "B"** is a (1) Summary of Time, Fees and Expenses by Debtor for the Application Period, and the (2) Firm's billing statements for March 2019.

8. The Firm has served a copy of this Application on the Office of the United States Trustee, the Debtors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in these Cases. The Application was mailed by first class mail, postage prepaid, on or about April 26, 2019. Notice of the filing of this Application will be served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of the Notice. The Notice will be mailed by first class mail, postage prepaid, on or about April 26, 2019.

9. Pursuant to this Court's *Order Authorizing Interim Fee Procedures* [Docket No. 661], the Debtors are authorized to make the payment requested herein without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served upon the Notice Parties within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtors are authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court. If no objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Application and 100% of the uncontested expenses without further order of the Court.

110814321\V-1

10.   The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of these cases, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in these Cases. Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

**WHEREFORE**, the Firm respectfully requests that the Debtors pay compensation to the Firm as requested herein pursuant to and in accordance with the terms of the *Order Authorizing Interim Fee Procedures*.

Dated: April 26, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
JOHN A. MOE, II
TANIA R. MOYRON


By   /s/*Samuel R. Maizel*
         SAMUEL R. MAIZEL

Attorneys for Chapter 11 Debtors and Debtors In Possession

- 4 -

110814321\V-1