SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
NICHOLAS A. KOFFROTH (Bar No. 287854)
nicholas.koffroth@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20171-ER<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**NOTICE OF SUBMISSION OF (I) NOTICE TO CALIFORNIA ATTORNEY GENERAL AND RELATED SUPPLEMENT AND (II) HART-SCOTT-RODINO NOTIFICATION AND REPORT FORM [RELATES TO DKT. NO. 2306]** |

110983615\V-1

**PLEASE TAKE NOTICE** that Verity Health System of California, Inc. ("VHS") and the above-referenced affiliated debtors (collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases, hereby provide notice of the following submissions in connection with the sale contemplated pursuant to the *Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Strategic Global Management, Inc. Fee and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of an Unexpired Lease Relating Thereto; and (C) Granting Related Relief* [Dkt. No. 2306]:

1. On May 7, 2019, pursuant to California Corporations Code, Section 5914, and Title 11 of the California Code of Regulations ("CCR"), Section 999.5, VHS provided notice to, and requested written consent from, the California Office of the Attorney General (the "AG") for the proposed sale of the assets of St. Francis Medical Center, St. Vincent Medical Center (including its St. Vincent Dialysis Center), and Seton Medical Center to Strategic Global Management, Inc. and/or one or more of its affiliates (the "AG Notice"). VHS requested that the AG review the submission as both a request for approval of the proposed sale and, concurrently, a request to amend the conditions imposed by the AG on December 3, 2015. On May 8, 2019, the AG's office received this submission.

2. On May 9, 2019, VHS submitted its Hart-Scott-Rodino Notification and Report Form (the "HSR Report") to the Federal Trade Commission, Premerger Notification Office (the "FTC"). On May 13, 2019, VHS received notice from the FTC that the waiting period required by Section 7A(b)(1) of the Clayton Act, 15 U.S.C. Section 18a(b)(1), will commence on May 10, 2019, and expire on May 28, 2019, unless extended by a request for additional information or documentary material.

3. On May 10, 2019, VHS submitted the HSR Report as a supplement to Section 6 (11 CCR § 999.5(d)(6)(B)) of the AG Notice to the AG. On May 13, 2019, the AG's office received this submission.

- 1 -

110983615\V-1

1 | Dated:  May 14, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON
NICHOLAS A. KOFFROTH

By  */s/ Nicholas A. Koffroth*
      Nicholas A. Koffroth

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

- 2 -

110983615\V-1