SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**FILED & ENTERED**

**JUN 07 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Ernest M. Robles<br><br>**ORDER GRANTING DEBTORS' SECOND MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**<br><br>**[RELATES TO DOCKET NO. 2274]**<br><br>Hearing:<br><br>Date: May 21, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 1568, 255 E. Temple St., Los Angeles, CA |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

The Court, having read and considered the *Debtors' Second Motion for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending the Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances* [Docket No. 2274] (the "Motion") and the papers in support thereof, the *Response to Debtors' Motion to Reject Certain Executory Contracts Pursuant to 11 U.S.C. Section 365(a)* [Docket No. 2316] filed by the Official Committee of Unsecured Creditors (the "Committee"), and no other objection or response having been filed; it further appearing that proper notice of the Motion had been provided; and for the reasons set forth in the Court's tentative ruling on the Motion [Docket No. 2413-1] (the "Ruling"), which the Court adopts as its final ruling and which is incorporated herein by reference; and good and sufficient cause having been shown,

IT IS HEREBY ORDERED:

A. The exclusivity period under 11 U.S.C. § 1121 for the Debtors is extended through and including July 27, 2019 (for filing a plan) and September 25, 2019 (for obtaining acceptances).

B. If the Committee objects by the Committee Objection Deadline (as defined in the Ruling), the Debtors shall notice the Motion for a further hearing. If the Committee fails to object by the Committee Objection Deadline, the Committee's objection to the Motion shall be deemed withdrawn and the exclusivity period under 11 U.S.C. § 1121 shall then be extended through and including August 26, 2019 (filing a plan) and October 25, 2019 (obtaining acceptances) without further notice or hearing.

///
///
///
///
///
///
///
///

- 2 -

111043542\V-2

**IT IS SO ORDERED.**

###

Date: June 7, 2019

Ernest M. Robles
United States Bankruptcy Judge

- 3 -

111043542\V-2