GARY E. KLAUSNER (SBN 69055)
gek@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Strategic Global Management, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al*.,<br><br>    Debtors and Debtors in Possession.<br><br>─────────────────────────<br>☒ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures – San Jose ASC, LLC<br><br>    Debtors and Debtors in Possession. | LEAD CASE NO.: 2:18-bk-20151-ER<br><br>CHAPTER: 11<br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>**RESPONSE OF STRATEGIC GLOBAL MANAGEMENT, INC. TO "MOTION TO COMPEL COMPLIANCE WITH ORDER APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES" [DOC. NO. 2563]**<br><br><u>Hearing</u>:<br>Date:  July 10, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

Strategic Global Management, Inc. ("SGM") submits the following response to the "*Motion To Compel Compliance With Order Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases*" (the "Motion") filed by UnitedHealthcare Insurance Company (the "Movant")[1], and respectfully represents as follows:

## I.

## RESPONSE

Movant seeks a Court order compelling the debtors (the "Debtors") and SGM to "immediately" make an "irrevocable designation" as to whether the United Provider Agreements[2] (consisting of the St. Vincent and St. Francis Capitation Agreements, and St. Vincent and St. Francis Facility Participation Agreements) will be assumed or rejected. Movant primarily relies on paragraph 7 of the Court's Bid Procedures Order [Doc. No. 1572], which provides, in relevant part:

> The objection of Cigna Healthcare of California, Inc. ("Cigna") [Doc. Nos. 1349 and 1459] is sustained. The Debtors shall, no later than the earlier of (i) 48 hours after the conclusion of the Auction, or (ii) thirty (30) days prior to the Closing Date, provide Cigna with written notice of its irrevocable decision as to whether or not the Debtors propose to assume and assign any or all of the Cigna Provider Agreements as part of the Sale; provided, however, that such notice shall be irrevocable only to the extent that the Successful Bidder's transaction is approved by this Court and an order thereon becomes final and non-appealable. The Debtors shall provide the same notice to UnitedHealthcare Insurance Company.

(Bid Procedures Order, Doc. No. 1572, ¶ 7).[3] Despite acknowledging that the United Provider Agreements have been designated for assumption and assignment, Movant seeks an "irrevocable" decision so that it can provide at least "60 days' notice to members prior to the termination of a contract with a health care provider." (Mot. 12).

---

[1] On June 20, 2019, Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company, and Life Insurance Company of North America (collectively, "Cigna") filed a joinder to the Motion [Doc. No. 2577]. Where applicable, this Response is also a response to the joinder filed by Cigna.

[2] All capitalized but undefined terms herein shall have the same meanings ascribed to them in the Motion.

[3] As noted in the Court's tentative ruling for the Bid Procedures Motion, *see* (Goldstein Decl. Ex. 1, Doc. No. 2564, Cigna contended that the "Debtors' concerns could be resolved with the following language " . . . *provided, however, that such notice shall be irrevocable only to the extent that the Successful Bidder's transaction is approved by this Court, and the Successful Bidder's transaction **survives any potential litigation with the Attorney General of California**.") (emphasis, in bold, added).

1  However – given the: (1) complexity of pending issues related to the Debtors' sales

2  transaction with SGM (the "Sale"), which the Debtors and SGM are currently working to address;

3  and (2) thousands of the Debtors' contracts and unexpired leases (the "Executory Contracts"),

4  that require review and analysis by SGM – SGM is not prepared to make an "irrevocable"

5  decision with regard to the United Provider Agreements at this time.

6  As an initial matter, it cannot be reasonably disputed that Healthcare facilities are

7  enormously complicated businesses.  They consist of a multi-dimensional array of complex

8  relationships involving, among others: (1) multiple sources of revenue that are ever-changing,

9  including government reimbursements from various state and federal sources, insurance

10  companies, health plans and private payers; (2) a regulatory overlay, requiring compliance with a

11  mind numbingly amalgam of federal, state and local regulations, requiring extraordinary expense;

12  (3) thousands of contractual relationships with pharmaceutical companies, suppliers, vendors,

13  equipment lessors, unions, employees, practice groups, IPAs, physicians, nurses, professional

14  staff and technicians; (4) responsibilities and risks associated with all facets of patient care; (5)

15  voluminous record keeping; (6) compliance with regulatory audits; (7) management and

16  administration of thousands of employees; (8) care and maintenance of health care facilities

17  encompassing multiple buildings; (9) compliance with environmental laws and regulations; and

18  (10) capital expenditures including required seismic retrofits.

19  As a result, SGM's decisions with respect to the assumption or rejection of the various

20  healthcare-related Executory Contracts, including the United Provider Agreements, necessarily

21  present complex issues and analysis.  In addition to analyzing the Executory Contracts, SGM is

22  also working with the Debtors, among other parties in interest in the Debtors' bankruptcy cases,

23  to address the other various and pending issues related to the closing of the Sale.  Accordingly,

24  the Court should allow the Debtors and SGM sufficient time to complete their analysis of the

25  Executory Contracts before making "irrevocable" decisions to assume or reject them.  *See In re*

26  *Wheeling-Pittsburgh Steel Corp.*, 54 B.R. 385, 388 (Bankr. W.D. Pa. 1985) ("[T]he enormity and

27  complexity of this bankruptcy proceeding is such that the Debtor's limited time and personnel

28  resources are necessarily concentrated on more pressing, though not necessarily more important,

1    matters.").

2        SGM is still evaluating and conducting its analysis related to the United Provider

3    Agreements, and needs additional time to complete its review and analysis of such agreements'

4    contractual details and replacement options, if any, that are available.  Although SGM has every

5    intention of expeditiously making decisions on whether to assume or reject the United Provider

6    Agreements – given the factual complexities and uncertainties surrounding closing of the Sale

7    (*e.g.*, the AG's decision on approval of the Sale) – it is not prepared to make "irrevocable"

8    decisions on these agreements at this time.

9        SGM understands the Movant's concern that it be allowed at least "60 days' notice to [its]

10    members prior to the termination of a contract with a health care provider."  (Mot. 8).  However,

11    the factual realities surrounding the Sale are that: (1) the Sale Order, approving the Sale, was

12    entered on May 2, 2019; (2) the application requesting the California attorney general's (the

13    "AG") approval of the Sale was submitted on May 13, 2019; (3) as acknowledged by the Movant,

14    the AG's decision with regard to approval of the Sale is anticipated to be made between August

15    11, 2019 and September 25, 2019 pursuant to Cal. Cor. Code § 5915 (*i.e.*, decision within 90

16    days, with an addition 45 days extension under certain conditions); and (4) if the Sale is approved

17    by the AG (*i.e.*, where consent is not withheld, or consent is given with conditions), the Sale can

18    then proceed to closing.  SGM will make every attempt to make a final decision with respect to

19    the assumption of the United Provider Agreements before the AG renders its decision.

20    **II.**

21    **<u>CONCLUSION</u>**

22        For the foregoing reasons, SGM respectfully requests that the Court deny the Motion, and

23    grant such other and further relief as is just and appropriate.

24    Dated: June 26, 2019        LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

25

26

27                   By:   */s/ Gary E. Klausner*
                    Gary E. Klausner

28                        Counsel for Strategic Global Management, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **RESPONSE OF STRATEGIC GLOBAL MANAGEMENT, INC. TO "MOTION TO COMPEL COMPLIANCE WITH ORDER APPROVING PROCEDURES RELATED TO THE ASSUMPTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES" [DOC. NO. 2563]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 26, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Melinda Alonzo     ml7829@att.com
- Robert N Amkraut     ramkraut@foxrothschild.com
- Kyra E Andrassy     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Simon Aron     saron@wrslawyers.com
- Lauren T Attard     lattard@bakerlaw.com, agrosso@bakerlaw.com
- Allison R Axenrod     allison@claimsrecoveryllc.com
- Keith Patrick Banner     kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Cristina E Bautista     cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James Cornell Behrens     jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Ron Bender     rb@lnbyb.com
- Bruce Bennett     bbennett@jonesday.com
- Peter J Benvenutti     pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Michael Jay Berger     michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Steven M Berman     sberman@slk-law.com
- Alicia K Berry     Alicia.Berry@doj.ca.gov
- Stephen F Biegenzahn     efile@sfblaw.com
- Karl E Block     kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- Dustin P Branch     branchd@ballardspahr.com, carold@ballardspahr.com;hubenb@ballardspahr.com
- Michael D Breslauer     mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Chane Buck     cbuck@jonesday.com
- Lori A Butler     butler.lori@pbgc.gov, efile@pbgc.gov
- Howard Camhi     hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Shirley Cho     scho@pszjlaw.com
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Louis J. Cisz     lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- Kevin Collins     kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- David N Crapo     dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- Mariam Danielyan     md@danielyanlawoffice.com, danielyan.mar@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

1
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com

2
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Anthony Dutra    adutra@hansonbridgett.com

3
- Kevin M Eckhardt    kevin.eckhardt@gmail.com, keckhardt@hunton.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

4
- Andy J Epstein    taxcpaesq@gmail.com

5
- Christine R Etheridge    christine.etheridge@ikonfin.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com

6
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

7
- William B Freeman    bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com, ecf.lax.docket@kattenlaw.com

8
- Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com

9
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

10
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

11
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com
- Paul R. Glassman    pglassman@sycr.com

12
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

13
- Marshall F Goldberg    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com

14
- David Guess    dguess@bienertkatzman.com, 4579179420@filings.docketbird.com
- Anna Gumport    agumport@sidley.com

15
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;vanessapalma@dwt.com

16
- James A Hayes    jhayes@jamesahayesaplc.com
- Michael S Held    mheld@jw.com

17
- Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com

18
- Robert M Hirsh    Robert.Hirsh@arentfox.com

19
- Florice Hoffman    fhoffman@socal.rr.com, floricehoffman@gmail.com
- Lee F Hoffman    leehoffmanjd@gmail.com, lee@fademlaw.com

20
- Michael Hogue    hoguem@gtlaw.com, fernandezc@gtlaw.com;SFOLitDock@gtlaw.com
- Matthew B Holbrook    mholbrook@sheppardmullin.com, mmanns@sheppardmullin.com

21
- David I Horowitz    david.horowitz@kirkland.com, keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com

22
- Marsha A Houston    mhouston@reedsmith.com

23
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- Benjamin Ikuta    bikuta@hml.law, aoremus@hml.law

24
- Lawrence A Jacobson    laj@cohenandjacobson.com
- John Mark Jennings    johnmark.jennings@kutakrock.com

25
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- Crystal Johnson    M46380@ATT.COM

26
- Gregory R Jones    gjones@mwe.com, rnhunter@mwe.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com

27
- Jeff D Kahane    jkahane@duanemorris.com, dmartinez@duanemorris.com

28
- Steven J Kahn    skahn@pszyjw.com
- Cameo M Kaisler    salembier.cameo@pbgc.gov, efile@pbgc.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

1
- Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
- Ori Katz     okatz@sheppardmullin.com,
2     cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- Payam Khodadadi     pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
3
- Christian T Kim     ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Jane Kim     jkim@kellerbenvenutti.com
4
- Monica Y Kim     myk@lnbrb.com, myk@ecf.inforuptcy.com
- Gary E Klausner     gek@lnbyb.com
5
- Nicholas A Koffroth     nick.koffroth@dentons.com, chris.omeara@dentons.com
6
- Joseph A Kohanski     jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- Jeffrey C Krause     jkrause@gibsondunn.com,
7     dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- Darryl S Laddin     bkrfilings@agg.com
8
- Robert S Lampl     advocate45@aol.com, rlisarobinsonr@aol.com
- Richard A Lapping     richard@lappinglegal.com
9
- Paul J Laurin     plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
10
- Nathaniel M Leeds     nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
- David E Lemke     david.lemke@wallerlaw.com,
     chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
11
- Elan S Levey     elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy     bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
12
- Samuel R Maizel     samuel.maizel@dentons.com,
     alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;k
     athryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
13
- Alvin Mar     alvin.mar@usdoj.gov
14
- Craig G Margulies     Craig@MarguliesFaithlaw.com,
     Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com;Helen@MarguliesFaithlaw.co
     m;Dana@marguliesfaithlaw.com
15
- Hutchison B Meltzer     hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- Christopher Minier     becky@ringstadlaw.com, arlene@ringstadlaw.com
16
- John A Moe     john.moe@dentons.com,
     glenda.spratt@dentons.com;derry.kalve@dentons.com;andy.jinnah@dentons.com
17
- Susan I Montgomery     susan@simontgomerylaw.com,
     assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@
18     notify.bestcase.com
- Monserrat Morales     Monsi@MarguliesFaithLaw.com,
19     Victoria@MarguliesFaithLaw.com;David@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.co
     m;Dana@marguliesfaithlaw.com
20
- Kevin H Morse     kevin.morse@saul.com, rmarcus@AttorneyMM.com;sean.williams@saul.com
- Marianne S Mortimer     mmortimer@sycr.com, tingman@sycr.com
21
- Tania M Moyron     tania.moyron@dentons.com,
     chris.omeara@dentons.com;nick.koffroth@dentons.com
22
- Alan I Nahmias     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Jennifer L Nassiri     jennifernassiri@quinnemanuel.com
23
- Charles E Nelson     nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- Sheila Gropper Nelson     shedoesbklaw@aol.com
24
- Mark A Neubauer     mneubauer@carltonfields.com,
     mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn
25     @carltonfields.com;ecfla@carltonfields.com
- Nancy Newman     nnewman@hansonbridgett.com,
26     ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- Bryan L Ngo     bngo@fortislaw.com,
27     BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluec
     apitallaw.com
28
- Melissa T Ngo     ngo.melissa@pbgc.gov, efile@pbgc.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | • Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com |
| 2 | • John R OKeefe    jokeefe@metzlewis.com, slohr@metzlewis.com |
| 3 | • Scott H Olson    solson@vedderprice.com, jcano@vedderprice.com,jparker@vedderprice.com;scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com |
| 4 | • Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com |
| 5 | |
| 6 | • Aram Ordubegian    ordubegian.aram@arentfox.com |
| | • Keith C Owens    kowens@venable.com, khoang@venable.com |
| 7 | • R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com |
| 8 | • Paul J Pascuzzi    ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com |
| | • Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| 9 | • Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com |
| | • Mark D Plevin    mplevin@crowell.com, cromo@crowell.com |
| 10 | • David M Poitras    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com |
| 11 | • Steven G. Polard    spolard@ch-law.com, cborrayo@ch-law.com |
| | • David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com |
| 12 | • Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;mlampton@lesnickprince.com;cprince@ecf.courtdrive.com |
| 13 | • Lori L Purkey    bareham@purkeyandassociates.com |
| | • William M Rathbone    wrathbone@grsm.com, jmydlandevans@grsm.com;sdurazo@grsm.com |
| 14 | • Jason M Reed    Jason.Reed@Maslon.com |
| | • Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com |
| 15 | • J. Alexandra Rhim    arhim@hrhlaw.com |
| | • Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| 16 | • Lesley A Riis    lriis@dpmclaw.com |
| | • Debra Riley    driley@allenmatkins.com |
| 17 | • Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| 18 | • Julie H Rome-Banks    julie@bindermalter.com |
| | • Mary H Rose    mrose@buchalter.com |
| 19 | • Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com |
| | • Nathan A Schultz    nschultz@goodwinlaw.com |
| 20 | • William Schumacher    wschumacher@jonesday.com |
| | • Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com |
| 21 | • Seth B Shapiro    seth.shapiro@usdoj.gov |
| | • David B Shemano    dshemano@shemanolaw.com |
| 22 | • Joseph Shickich    jshickich@riddellwilliams.com |
| | • Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com |
| 23 | • Rosa A Shirley    rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;rrange@nelsonhardiman.com |
| 24 | • Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org |
| | • Michael St James    ecf@stjames-law.com |
| 25 | • Andrew Still    astill@swlaw.com, kcollins@swlaw.com |
| | • Jason D Strabo    jstrabo@mwe.com, cfuraha@mwe.com |
| 26 | • Sabrina L Streusand    Streusand@slollp.com |
| | • Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com |
| 27 | • Gary F Torrell    gft@vrmlaw.com |
| | • United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| 28 | • Cecelia Valentine    cecelia.valentine@nlrb.gov |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

1  - Matthew S Walker    matthew.walker@pillsburylaw.com,
     renee.evans@pillsburylaw.com,docket@pillsburylaw.com
2  - Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com
   - Kenneth K Wang    kenneth.wang@doj.ca.gov,
3    Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
   - Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
4  - Adam G Wentland    awentland@tocounsel.com, lkwon@tocounsel.com
   - Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
5  - Michael S Winsten    mike@winsten.com
   - Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
6  - Neal L Wolf    nwolf@hansonbridgett.com,
     calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
7  - Hatty K Yip    hatty.yip@usdoj.gov
   - Andrew J Ziaja    aziaja@leonardcarder.com,
8    sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
   - Rose Zimmerman    rzimmerman@dalycity.org
9
   **2. SERVED BY UNITED STATES MAIL**: On **June 26, 2019**, I served the following persons and/or
10 entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true
   and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
11 addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u>
   <u>completed</u> no later than 24 hours after the document is filed.
12
                                                    ☐ Service information continued on attached page
13
   **3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR**
14 **EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR,
   on **June 26, 2019**, I served the following persons and/or entities by personal delivery, overnight mail
15 service, or (for those who consented in writing to such service method), by facsimile transmission and/or
   email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight
16 mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

17 <u>**Served via Attorney Service**</u>
   The Honorable Ernest M. Robles
18 United States Bankruptcy Court
   Edward R. Roybal Federal Building
19 255 E. Temple Street, Suite 1560
   Los Angeles, CA 90012
20
   I declare under penalty of perjury under the laws of the United States of America that the foregoing is
   true and correct.
21
22 | **June 26, 2019** | Lisa Masse | /s/ Lisa Masse |
   | *Date* | *Type Name* | *Signature* |
23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**