# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly Administered With: |
| Debtor and Debtor In Possession. | CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER |

☒ Affects All Debtors

☐ Affects Verity Health System of California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital Foundation
☐ Affects St. Francis Medical Center of Lynwood Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose Dialysis, LLC

Debtors and Debtors In Possession

CASE NO.: 2:18-bk-20165-ER
CASE NO.: 2:18-bk-20167-ER
CASE NO.: 2:18-bk-20168-ER
CASE NO.: 2:18-bk-20169-ER
CASE NO.: 2:18-bk-20171-ER
CASE NO.: 2:18-bk-20172-ER
CASE NO.: 2:18-bk-20173-ER
CASE NO.: 2:18-bk-20175-ER
CASE NO.: 2:18-bk-20176-ER
CASE NO.: 2:18-bk-20178-ER
CASE NO.: 2:18-bk-20179-ER
CASE NO.: 2:18-bk-20180-ER
CASE NO.: 2:18-bk-20181-ER
Chapter 11 Cases

Hon. Judge Ernest M. Robles

**DECLARATION OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC REGARDING DOCKET NUMBERS 2665, 2669, 2670, 2671, 2672 AND 2673**

**[NO HEARING REQUIRED]**

I, Travis R. Buckingham, do declare and state as follows:

1.    I am a Consultant at Kurtzman Carson Consultants, LLC,  the claims and noticing agent for the debtor and debtor-in-possession Verity Health Systems of California, Inc. (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2.    On July 3, 2019, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email upon the service list attached hereto as **Exhibit A**; via First Class mail upon the service list attached hereto as **Exhibit B**; and via Overnight mail upon the service list attached hereto as **Exhibit C**:

- 1 -

108982275\V-1

- *Berkeley Research Group, LLC's Ninth Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 1, 2019 Through May 31, 2019* [Docket No. 2665]

- *Omnibus Stipulation Continuing Hearing on Objections re Cure and Other Issues re Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Strategic Global Management, Inc. [...]* [Docket No. 2669]

- *Debtors' Notice and Motion for Approval of Compromise with the County of Los Angeles Department of Mental Health Pursuant to Federal Rule of Bankruptcy Procedure 9019 Nunc Pro Tunc; Declaration of Anita Chou in Support Thereof* [Docket No. 2670]

- *Supplement to the Notice of Ninth Monthly Fee Applications of Professionals Paid by the Debtors for Allowance and Payment of Interim Compensation and Reimbursement of Expenses* [Docket No. 2671]

- *Supplemental Insurance Motion for Authorization to Make Capital Contribution to Marillac Insurance Company, Ltd.; Memorandum of Points and Authorities and Declaration of Richard G. Adcock in Support Thereof* [Docket No. 2672]

- *Stipulation Between the Debtors, DHCS, and HHS Continuing Hearing Regarding Transfer of Medi-Cal Provider Agreements and Medicare Provider Agreements to Strategic Global Management, Inc. [Related Docket Nos. 1572, 1879, 2278, 2377, 2606]* [Docket No. 2673]

3.    On July 3, 2019, at my direction and under my supervision, employees of KCC caused to be served the following documents via Email upon the service list attached hereto as **Exhibit D**; and via First Class mail upon the service list attached hereto as **Exhibit E**:

- *Berkeley Research Group, LLC's Ninth Monthly Fee Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period May 1, 2019 Through May 31, 2019* [Docket No. 2665]

- *Supplement to the Notice of Ninth Monthly Fee Applications of Professionals Paid by the Debtors for Allowance and Payment of Interim Compensation and Reimbursement of Expenses* [Docket No. 2671]

4.    On July 3, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit F**; and via First Class mail upon the service list attached hereto as **Exhibit G**:

- *Omnibus Stipulation Continuing Hearing on Objections re Cure and Other Issues re Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Strategic Global Management, Inc. [...]* [Docket No. 2669]

108982275\V-1

5.     On July 3, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class mail upon the service list attached hereto as **Exhibit H**:

- *Debtors' Notice and Motion for Approval of Compromise with the County of Los Angeles Department of Mental Health Pursuant to Federal Rule of Bankruptcy Procedure 9019 Nunc Pro Tunc; Declaration of Anita Chou in Support Thereof* [Docket No. 2670]

6.     On July 3, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Email upon the service list attached hereto as **Exhibit I**; and via First Class mail upon the service list attached hereto as **Exhibit J**:

- *Stipulation Between the Debtors, DHCS, and HHS Continuing Hearing Regarding Transfer of Medi-Cal Provider Agreements and Medicare Provider Agreements to Strategic Global Management, Inc. [Related Docket Nos. 1572, 1879, 2278, 2377, 2606]* [Docket No. 2673]

7.     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 10th day of July, 2019, at El Segundo, CA.

/s/ Travis R. Buckingham

Travis R. Buckingham

108982275\V-1

# Exhibit A

Exhibit A
Core 2002 Service List
Email

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Top 50 Creditor/Creditor Committee | Aetna Life Insurance Company | Attn: Paul Weller, Head of Provider Litigation | PDWELLER@AETNA.COM |
| Attorneys for California Statewide Communities Development Authority | Allen Matkins Leck Gamble Mallory & Natsis LLP | Debra A. Riley, Esq. | driley@allenmatkins.com |
| Attorney for Sysco Los Angeles, Inc. | Arnall Golden Gregory LLP | Darryl S. Laddin | darryl.laddin@agg.com |
| Attorneys for Creditor  SpecialtyCare Cardiovascular Resources, LLC | Baker & Hostetler LLP | Lauren T. Attard | lattard@bakerlaw.com |
| Attorneys for Wells Fargo Bank, National Association, as indenture trustee | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq.  Nicholas M. Gross, Esq. | branchd@ballardspahr.com; grossn@ballardspahr.com |
| Attorneys for Landlord Creditor Southeast Medical Center, LLC and Slauson Associates of Huntington Park, LLC | Ballard Spahr LLP | Brain D. Huben, Michael S. Meyers | hubenb@ballardspahr.com |
| Attorneys for Wells Fargo Bank, National Association, as indenture trustee | Ballard Spahr LLP | William P. Wassweiler, Esq. and Charles E. Nelson, Esq. | wassweilerw@ballardspahr.com; nelsonc@ballardspahr.com |
| Attorneys for Roche Diagnostics Corporation | Barnes & Thornburg LLP | David M. Powlen, Kevin G. Collins | kevin.collins@btlaw.com; david.powlen@btlaw.com |
| Attorneys for Roche Diagnostics Corporation | Barnes & Thornburg LLP | Paul J. Laurin | paul.laurin@btlaw.com |
| Stationary Engineers Local 39 Trust - Defined Benefit Plan | Bart Florence | | bflorence@local39.org |
| | BDO USA, LLP | Laurence W. Golberg Director, Receivables Management | lgoldberg@bdo.com |
| Attorney for Universal Hospital Services, Inc. | Blakeley LLP | Scott E. Blakeley | seb@blakeleyllp.com |
| Attorneys for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | Attn: Joseph A. Kohanski, David E. Ahdoot, Kirk M. Prestegard | jkohanski@bushgottlieb.com; dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Top 50 Creditor/Creditor Committee; Attorneys for California Nurses Association | California Nurses Association (CNA) | Attn: Kyrsten Skogstad, In-House Counsel; Nicole J. Daro, Esq | kskogstad@calnurses.org; ndaro@calnurses.org |
| Top 50 Creditor/Creditor Committee; Attorneys for St. Vincent IPA Medical Corporation; Attorneys for Angeles IPA A Medical Corporation | Carlton Fields Jordan Burt, LLP | Mark Neubauer and Donald Kirk | mneubauer@carltonfields.com; ljohnson@stvincentipa.com; dkirk@carltonfields.com |
| Attorneys for Creditor St. Vincent IPA Medical Corporation; Attorneys for Angeles IPA A Medical Corporation | Carlton Fields Jorden Burt PA | Donald R Kirk & John Ryan Yant | DKirk@carltonfields.com; ryant@carltonfields.com |
| Attorney's for Daly City | City of Daly City | Rose Zimmerman | rzimmerman@dalycity.org |
| Counsel for the Debtors | Dentons US LLP | Samuel R. Maizel, John A. Moe, II, Tania M. Moyron | tania.moyron@dentons.com; samuel.maizel@dentons.com; john.moe@dentons.com |
| Attorneys for Otsuka Pharmaceutical Development & Commercialization, Inc. | DLA Piper LLP (US) | Eric D. Goldberg | eric.goldberg@dlapiper.com |
| Attorneys for Otsuka Pharmaceutical Development & Commercialization, Inc. | DLA Piper LLP (US) | Jade M. Williams | jade.williams@dlapiper.com |
| Attorneys for the Chubb Companies | Duane Morris LLP | Jeff D. Kahane | JKahane@duanemorris.com |
| Attorneys for the Chubb Companies | Duane Morris LLP | Wendy M. Simkulak and Drew S. McGehrin | DSMcGehrin@duanemorris.com; WMSimkulak@duanemorris.com |
| Attorneys for Toyon Associates, Inc. | Felderstein Fitzgerald  Willoughby & Pascuzzi Llp | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Attorneys for Swinerton Builders | Fox Rothschild LLP | Attn:  Michael A. Sweet, Nathan A. Schultz | msweet@foxrothschild.com |
| Attorneys for Swinerton Builders | Fox Rothschild LLP | Attn: Robert N. Amkraut, Esq | ramkraut@foxrothschild.com |
| Attorneys for Creditor, Sharp Electronics Corporation | Gibbons P.C. | Attn: David N. Crapo, Esq. | dcrapo@gibbonslaw.com |
| Attorneys for Aetna Life Insurance Company | Gibson Dunn & Crutcher LLP | Jeffery C. Krause | jkrause@gibsondunn.com |
| Attorneys for Medical Anesthesia Consultants Medical Group, Inc. (MACMG) | Greenberg Traurig, LLP | David Eastlake | eastlaked@gtlaw.com |
| Attorneys for Workday, Inc. and Medical Anesthesia Consultants Medical Group, Inc. (MACMG) | Greenberg Traurig, LLP | Michael R. Hogue | hoguem@gtlaw.com |
| Attorney for San Jose Medical Group, Inc.;Attorneys for Sports, Orthopedic and Rehabilitation Associates | Hanson Bridgett LLP | Neal L. Wolf | NWolf@hansonbridgett.com |
| Top 50 Creditor/Creditor Committee | Iris Lara | c/o Trisha Monesi | trisha.monesi@capstonelawyers.com |

Exhibit A
Core 2002 Service List
Email

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for Sodexo, Inc. & Affiliates aka Sodexo CTM Biomed Srvs | JD Thompson Law | c/o Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| Counsel to Nant Capital, LLC and NatWorks, LLC Series 2017 Noteholder | Jones Day | Bruce Bennett,William J. Schumacher | bbennett@jonesday.com; wschumacher@jonesday.com |
| Claims and Noticing Agent | KCC | Andres A. Estrada | verityinfo@kccllc.com |
| Attorneys for the County of San Mateo | Keller & Benvenutti LLP | Attn: Jane Kim | jkim@kellerbenvenutti.com |
| Attorneys for the County of San Mateo | Keller & Benvenutti LLP | Attn: Peter J. Benvenutti, Jane Kim | jkim@kellerbenvenutti.com |
| Counsel for GE HFS, LLC | Kutak Rock LLP | Lisa M. Peters | lisa.peters@kutakrock.com |
| Attorneys for Creditor, National Union of Healthcare Workers | Law Office of Florice Hoffman. L.C. | Florice Hoffman | fhoffman@socal.rr.com |
| Attorneys for Interested Party Engineers and Scientists of California Local 20, IFPTE, and Its members | Leonard Carder, LLP | Shawn C. Groff, Mollie Simons, Andrew J. Ziaja | sgroff@leonardcarder.com; msimons@leonardcarder.com; aziaja@leonardcarder.com |
| Attorneys for Ally Bank | Loeb & Loeb LLP | Lance N. Jurich, Esq | ljurich@loeb.com |
| Counsel to US Bank as Master Note/Bond Trustee; and US Bank National Association, as Series 2017 Note Collateral Agent and Note Trustee | Maslon LLP | Clark T Whitmore | clark.whitmore@maslon.com |
| Attorneys for U.S. Bank National Association, notindividually, but as Indenture Trustee | McDermott Will & Emery | Jason D. Strabo; James F. Owens | jstrabo@mwe.com; JFowens@mwe.com |
| Counsel to US Bank as Master Note/Bond Trustee and Rosemawr Series 2015 Noteholder;Attorneys for U.S. Bank National Association, not individually, but as Indenture Trustee; Counsel to U.S. Bank National Association, as Series 2015 Note Collateral Agent an | McDermott Will & Emery | William Smith Nathan Coco Megan Preusker | Wsmith@mwe.com; ncoco@mwe.com; mpreusker@mwe.com |
| Counsel for Santa Clara County | McDermott Will & Emery LLP | Gregory R. Jones | gjones@mwe.com |
| Counsel for Santa Clara County | McDermott Will & Emery LLP | James Kapp | jkapp@mwe.com |
| Top 50 Creditor/Creditor Committee | Medline Industries, Inc. | Shane Reed | SReed@medline.com |
| Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. | Milbank LLP | Gregory A. Bray, Mark Shinderman, James C. Behrens, Robert J. Liubicic and Alexandra Achamallah | gbray@milbank.com; mshinderman@milbank.com; jbehrens@milbank.com; rliubicic@milbank.com; aachamallah@milbank.com |
| Counsel to Nuveen Series 2005 Bond holder; Attorneys for UMB Bank, N.A., as Successor Master Trustee for the Master Indenture Obligations and Wells Fargo Bank, National Association, as Series 2005 Bond Trustee | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn:  Daniel Bleck, Ian Hammel and Leonard Weiser-Varon | DSBleck@mintz.com; LWeiser-Varon@mintz.com; IAHammel@mintz.com |
| Counsel to Nuveen Series 2005 Bond holder; Attorneys for UMB Bank, N.A., as Successor Master Trustee for the Master Indenture Obligations and Wells Fargo Bank, National Association, as Series 2005 Bond Trustee | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Paul J. Ricotta | PJRicotta@mintz.com |
| Prepetition Secured Creditor (2017 Noteholder) | NantWorks, LLC and Nant Capital, LLC | Charles Kim | Charles.Kim@nantworks.com |
| Attorneys for El Camino Hospital and El Camino Medical Associates, P.C. | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | lcisz@nixonpeabody.com |
| Counsel for Attorney General Xavier Becerra | Office of the Attorney General | Alicia Berry, Deputy Attorney General | alicia.berry@doj.ca.gov |
| Deputy General Counsel to California Department of Health Care Services | Office of the California  Attorney General | Department of Justice | Kenneth.Wang@doj.ca.gov |
| Top 50 Creditor/Creditor Committee | Pension Benefit Guaranty Corporation ("PBGC") | Attn: Michael Strollo and Emily Lesniewski | strollo.michael@pbgc.gov |
| Counsel to Stryker Corporation, Stryker Endoscopy, Stryker Instruments, Stryker Medical, Stryker Neurovascular, Stryker Orthopaedics, Stryker Orthobiologies, Stryker Sales, Stryker Spine, Stryker Sustainability Solutions and Stryker Communications | Purkey & Associates, P.L.C. | c/o Lori L. Purkey, Esq | purkey@purkeyandassociates.com |

Exhibit A
Core 2002 Service List
Email

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for Creditor O'Connor Health Center 1 a California Limited Partnership | Randick O'Dea & Tooliatos, LLP | Phillip G. Vermont | pvermont@randicklaw.com |
| Prepetition Secured Creditor (2015 Noteholder) | RCB Equities #1 LLC | Brian Dror / Zvi Ryzman | Brian@brdcpas.com |
| Attorneys for Healthcare Transformation Inc. | Reed Smith LLP | Marsha A. Houston,Christopher O. Rivas | mhouston@reedsmith.com; crivas@reedsmith.com |
| Counsel for Creditor Golden Gate Perfusion Inc. | Resolution Law Firm P. C. | Sheila Gropper Nelson, Esq. | shedoesbklaw@aol.com |
| Attoreys For Creditor Delta Dental of California | Rimon, P.C. | Phillip K. Wang, Esq. | phillip.wang@rimonlaw.com |
| Prepetition Secured Creditor (2015 Noteholder) | Rosemawr Municipal Partners Fund LP, Rosemawr Capital II LP, RMA Capital Partners LP | Greg Shlionsky Julie Morrone Elyse Levesque | gshlionsky@rosemawr.com; jmorrone@rosemawr.com; elevesque@rosemawr.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top 50 Creditor/Creditor Committee | SEIU United Healthcare Workers West | Attn: David Miller | dmiller@seiu-uhw.org |
| Attorneys for Creditor RightSourcing, Inc. | Serlin & Whiteford, LLP | Mark A. Serlin, Esq. | ms@swllplaw.com |
| Attorney for KForce, Inc. | Shumaker, Loop, & Kendrick, LLP | Steven M. Berman | sberman@slk-law.com |
| Attorneys for Medical Office Buildings of California, LLC | Sidley Austin LLP | Anna Gumport  John Patrick White | agumport@sidley.com; john.white@sidley.com |
| Attorneys for Medical Office Buildings of California, LLC | Sidley Austin LLP | Dennis M. Twomey,Matthew E. Linder | mlinder@sidley.com; dtwomey@sidley.com |
| Top 50 Creditor/Creditor Committee | Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC | Attn: Brad Hamman | brad.hamman@sodexo.com |
| Counsel for the Medical Staff of Seton Medical Center | St. James Law, P.C. | Michael St. James, Esq. | Ecf@stjames-law.com; michael@stjames-law.com |
| Attorneys for Premier, Inc., and certain of its subsidiaries; Attorneys for Long Beach Memorial Medical Center | Stradling Yocca Carlson & Rauth, P.C. | Attn: Marianne S. Mortimer; Paul R. Glassman; Jeremy H. Rothstein;Fred Neufeld | mmortimer@sycr.com; pglassman@sycr.com; jrothstein@sycr.com; fneufeld@sycr.com |
| Attorneys for Long Beach Memorial Medical Center | Stradling Yocca Carlson & Rauth, P.C. | Paul R. Glassman, Esq. and Jeremy H. Rothstein, Esq | virginia.housum@umb.com; jrothstein@sycr.com |
| Attorney for Creditor  NTT DATA Services Holding Corporation | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | streusand@slollp.com |
| Attorneys for Gardena Hospital, L.P., Eladh, L.P., CPH Hospital Management, LLC, and CHHP Holdings II, LLC | Theodora Oringher PC | Scott Schoeffel, Eric J. Fromme, Adam G Wentland | sschoeffel@tocounsel.com; efromme@tocounsel.com; awentland@tocounsel.com |
| Attorneys for Retirement Plan for Hospital Employees | Trodella & Lapping LLP | Richard A. Lapping | Rich@TrodellaLapping.com |
| Attorneys for the United States of America, on behalf of the U.S. Department of Health and Human Services | U.S. Department of Justice, Civil Division | Seth B Shapiro | seth.shapiro@usdoj.gov |
| Successor Master Trustee for the Prepetition Secured Revenue Bonds, Series 2005 A, G and H | UMB Bank, N.A. | Attn.: Virginia Anne Housum, Senior Vice President | virginia.housum@umb.com; mark.kalla@umb.com |
| Office of the United States Trustee | United States Trustee | Hatty K Yip | hatty.yip@usdoj.gov |
| Note Trustee and Collateral Agent for the Revenue Bonds Series 2005 ("2005 Bonds") and Series 2015 and 2017 Revenue Notes (2015 and 2017 collectively the "Working Capital Notes") | US Bank NA | Sandra Spivey, VP | sandra.spivey@usbank.com |
| Prepetition Secured Creditor (2005 Bondholder) | Van Eck Associates Corporation | Charles Cameron | ccameron@vaneck.com |
| Attorneys for Creditor NFS Leasing, Inc. | Vedder Price P.C. | Mitchell D. Cohen | mcohen@vedderprice.com |
| Attorneys for Creditor NFS Leasing, Inc. | Vedder Price P.C. | Scott H. Olson | solson@vedderprice.com |
| Attorneys for Messiahic Inc., a California corporation d/b/a PayJunction | Venable LLP | Keith C. Owens, Nicholas A. Koffroth | nkoffroth@venable.com; kowens@venable.com |
| Counsel to DIP Lender Ally Bank | Waller Lansden Dortch & Davis, LLP | David E. Lemke, Melissa W. Jones | david.lemke@wallerlaw.com; melissa.jones@wallerlaw.com |

**Exhibit A**
**Core 2002 Service List**
**Email**

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for Stationary Engineers Local 39;Attorneys for SEIU United Healthcare Workers-West;Attorneys for Creditor Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Trust Fund | Weinberg Roger & Rosenfeld | c/o Emily P. Rich;Tracy L. Mainguy;Caitlin E. Gray | bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net |
| Bond Trustee - 2005 Bonds | Wells Fargo Bank, N.A. | Mark V Birkholz;Corbin Connell | Mark.v.birkholz@wellsfargo.com; Corbin.B.Connell@wellsfargo.com |
| Top 50 Creditor | Workday, Inc. | John Elrod;Ann Sandor | ann.sandor@workday.com; ElrodJ@gtlaw.com |

# Exhibit B

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor/Creditor Committee | Aetna Life Insurance Company | Attn: Paul Weller, Head of Provider Litigation | 1425 Union Meeting Rd. | Mail Stop U23S | | Blue Bell | PA | 19422 |
| Attorneys for California Statewide Communities Development Authority | Allen Matkins Leck Gamble Mallory & Natsis LLP | Debra A. Riley, Esq. | One America Plaza | 600 West Broadway, 27th Floor | | San Diego | CA | 92101-0903 |
| Top 50 Creditor/Creditor Committee | Allscripts Healthcare LLC | c/o Greg Bianchi | 5995 Windward Pkwy | | | Alpharetta | GA | 30005-4184 |
| Attorney for Sysco Los Angeles, Inc. | Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW, Suite 2100 | | | Atlanta | GA | 30363-1031 |
| Attorney General of California | Attorney General of California | Xavier Becerra | California Department of Justice | 1300 "I" Street | | Sacramento | CA | 95814 |
| Office of the Attorney General of the United States | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| Attorneys for Creditor  SpecialtyCare Cardiovascular Resources, LLC | Baker & Hostetler LLP | Lauren T. Attard | 11601 Wilshire Boulevard, Suite 1400 | | | Los Angeles | CA | 90025-0509 |
| Attorneys for Wells Fargo Bank, National  Association, as indenture trustee | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. Nicholas M. Gross, Esq. | 2029 Century Park East, Suite 800 | | | Los Angeles | CA | 90067-2909 |
| Attorneys for Landlord Creditor Southeast Medical Center, LLC and Slauson Associates of Huntington Park, LLC | Ballard Spahr LLP | Brain D. Huben, Michael S. Meyers | 2029 Century Park East, Suite 800 | | | Los Angeles | CA | 90067-2909 |
| Attorneys for Wells Fargo Bank, National Association, as indenture trustee | Ballard Spahr LLP | William P. Wassweiler, Esq. and Charles E. Nelson, Esq. | 2000 IDS Center | 80 South Eighth Street | | Minneapolis | MN | 55402 |
| Attorneys for Roche Diagnostics Corporation | Barnes & Thornburg LLP | David M. Powlen, Kevin G. Collins | 1000 N. West St., Suite 1500 | | | Wilmington | DE | 19801 |
| Attorneys for Roche Diagnostics Corporation | Barnes & Thornburg LLP | Paul J. Laurin | 2029 Century Park E, Suite 300 | | | Los Angeles | CA | 90067 |
| Stationary Engineers Local 39 Trust -Defined Benefit Plan | Bart Florence | | 1620 North Market Blvd | | | Sacramento | CA | 95834 |
| Attorney for Universal Hospital Services, Inc. | Blakeley LLP | Scott E. Blakeley | 18500 Von Karman Avenue, Suite 530 | | | Irvine | CA | 92612 |
| Attorneys for United Nurses Associations of California/Union of Health Care Professionals | Bush Gottlieb, A Law Corporation | Attn: Joseph A. Kohanski, David E. Ahdoot, Kirk M. Prestegard | 801 North Brand Boulevard, Suite 950 | | | Glendale | CA | 91203 |
| California Department of Health Care Services | California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Secretary of State | California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| Top 50 Creditor/Creditor Committee; Attorneys for St. Vincent IPA Medical Corporation; Attorneys for Angeles IPA A Medical Corporation | Carlton Fields Jordan Burt, LLP | Mark Neubauer and Donald Kirk | 2000 Avenue of the Stars Suite 530N | | | Los Angeles | CA | 90067-4707 |
| Attorneys for Creditor St. Vincent IPA Medical Corporation; Attorneys for Angeles IPA A Medical Corporation | Carlton Fields Jorden Burt PA | Donald R Kirk & John Ryan Yant | 4221 W Boy Scout Blvd Ste 1000 | | | Tampa | FL | 33607-5780 |
| Attorney's for Daly City | City of Daly City | Rose Zimmerman | City Attorney's Office | 333 90th Street | | Daly City | CA | 94015 |
| Attorneys for Creditor NFS Leasing, Inc. | Devaney Pate Morris & Cameron, LLP | c/o Lesley A. Riis | 402 W. Broadway, Suite 1300 | | | San Diego | CA | 92101 |
| Attorneys for Otsuka Pharmaceutical Development & Commercialization, Inc. | DLA Piper LLP (US) | Eric D. Goldberg | 2000 Avenue of the Stars | Suite 400 North Tower | | Los Angeles | CA | 90067-4704 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for Otsuka Pharmaceutical Development & Commercialization, Inc. | DLA Piper LLP (US) | Jade M. Williams | 444 W. Lake Street, Suite 900 | | | Chicago | IL | 60606-0089 |
| Attorneys for the Chubb Companies | Duane Morris LLP | Jeff D. Kahane | 865 S. Figueroa Street, Suite 3100 | | | Los Angeles | CA | 90017-5450 |
| Attorneys for the Chubb Companies | Duane Morris LLP | Wendy M. Simkulak and Drew S. McGehrin | 30 S. 17th Street | | | Philadelphia | PA | 19103 |
| Employment Development Dept. | Employment Development Dept. | | 722 Capitol Mall | | | Sacramento | CA | 95814 |
| Engineers and Scientists of California IFPTE Local 20 AFL-CIO & CLC | Engineers and Scientists of California  IFPTE Local 20 AFL-CIO & CLC | Danielle Lucido Chief Counsel | 810 Clay St | | | Oakland | CA | 94607 |
| Attorneys for Toyon Associates, Inc. | Felderstein Fitzgerald Willoughby & Pascuzzi Llp | Paul J. Pascuzzi | 400 Capitol Mall, Suite 1750 | | | Sacramento | CA | 95814 |
| Attorneys for Swinerton Builders | Fox Rothschild LLP | Attn:  Michael A. Sweet, Nathan A. Schultz | 345 California Street, Suite 2200 | | | San Francisco | CA | 94104 |
| Attorneys for Swinerton Builders | Fox Rothschild LLP | Attn: Robert N. Amkraut, Esq | 1001 Fourth Ave. Suite 4500 | | | Seattle | WA | 98154 |
| Attorneys for Creditor, Sharp Electronics Corporation | Gibbons P.C. | Attn: David N. Crapo, Esq. | One Gateway Center | | | Newark | NJ | 07102-5310 |
| Attorneys for Aetna Life Insurance Company | Gibson Dunn & Crutcher LLP | Jeffery C. Krause | 333 South Grand Avenue | | | Los Angeles | CA | 90071-3197 |
| Attorneys for Medical Anesthesia Consultants Medical Group, Inc. (MACMG) | Greenberg Traurig, LLP | David Eastlake | 1000 Louisana Street | Suite 1700 | | Houston | TX | 77002 |
| Attorneys for Workday, Inc. and Medical Anesthesia Consultants Medical Group, Inc. (MACMG) | Greenberg Traurig, LLP | Michael R. Hogue | Four Embarcadero Center, Suite 3000 | | | San Francisco | CA | 94111 |
| Attorney for San Jose Medical Group, Inc.;Attorneys for Sports, Orthopedic and  Rehabilitation Associates | Hanson Bridgett LLP | Neal L. Wolf | 425 Market Street, 26th Floor | | | San Francisco | CA | 94105 |
| Attorneys for Smith & Nephew, Inc.;C.R Bard, Inc. and Subsidiaries | Hunton Andrews Kurth LLP | Kevin M. Eckhardt | 550 South Hope Street, Suite 2000 | | | Los Angeles | CA | 90071 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| IRS | Internal Revenue Service | | 600 Arch Street | | | Philadelphia | PA | 19101 |
| Top 50 Creditor/Creditor Committee | Iris Lara | c/o Trisha Monesi | 1875 Century Park East, Suite 100 | | | Los Angeles | CA | 90067 |
| Attorneys for Sodexo, Inc. & Affiliates aka Sodexo CTM Biomed Srvs | JD Thompson Law | c/o Judy D. Thompson, Esq. | PO Box 33127 | | | Charlotte | NC | 28233 |
| Counsel to Nant Capital, LLC and NatWorks, LLC Series 2017 Noteholder | Jones Day | Bruce Bennett,William J. Schumacher | 555 South Flower Street | Fiftieth Floor | | Los Angeles | CA | 90071 |
| Attorneys for the County of San Mateo | Keller & Benvenutti LLP | Attn: Jane Kim | 650 California Street, Suite 1900 | | | San Francisco | CA | 94108 |
| Attorneys for the County of San Mateo | Keller & Benvenutti LLP | Attn: Peter J. Benvenutti, Jane Kim | 650 California Street, Suite 1900 | | | San Francisco | CA | 94108 |
| Counsel for GE HFS, LLC | Kutak Rock LLP | Lisa M. Peters | 1650 Farnam St | | | Omaha | NE | 68102 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Attorneys for Creditor, National Union of Healthcare Workers | Law Office of Florice Hoffman. L.C. | Florice Hoffman | 8502 E. Chapman Avenue, Suite 353 | | | Orange | CA | 92869 |
| Attorneys for Interested Party Engineers and Scientists of California Local 20, IFPTE, and its members | Leonard Carder, LLP | Shawn C. Groff, Mollie Simons, Andrew J. Ziaja | 1330 Broadway, Ste 1450 | | | Oakland | CA | 94612 |
| Attorneys for Ally Bank | Loeb & Loeb LLP | Lance N. Jurich, Esq | 10100 Santa Monica Blvd., Suite 2200 | | | Los Angeles | CA | 90067-4120 |
| Los Angeles County Tax Collector | Los Angeles County Tax Collector | | PO Box 54110 | | | Los Angeles | CA | 90054-0110 |
| Counsel to US Bank as Master Note/Bond Trustee; and US Bank National Association, as Series 2017 Note Collateral Agent and Note Trustee | Maslon LLP | Clark T Whitmore | 3300 Wells Fargo Center | 90 South Seventh Street | | Minneapolis | MN | 55402 |
| Attorneys for U.S. Bank National Association, notindividually, but as Indenture Trustee | McDermott Will & Emery | Jason D. Strabo; James F. Owens | 2049 Century Park East, 38th Floor | | | Los Angeles | CA | 90067-3218 |
| Counsel to US Bank as Master Note/Bond Trustee and Rosemawr Series 2015 Noteholder;Attorneys for U.S. Bank National Association, not individually, but as Indenture Trustee; Counsel to U.S. Bank National Association, as Series 2015 Note Collateral Agent an | McDermott Will & Emery | William Smith Nathan Coco Megan Preusker | 444 West Lake St | Suite 4000 | | Chicago | IL | 60606-0029 |
| Counsel for Santa Clara County | McDermott Will & Emery LLP | Gregory R. Jones | 2049 Century Park East, Suite 3800 | | | Los Angeles | CA | 90067-3218 |
| Counsel for Santa Clara County | McDermott Will & Emery LLP | James Kapp | 444 West Lake Street, Suite 4000 | | | Chicago | IL | 60606-0029 |
| Top 50 Creditor/Creditor Committee | Medline Industries, Inc. | Shane Reed | Three Lakes Drive | | | Northfield | IL | 60093 |
| Counsel for the Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. | Milbank LLP | Gregory A. Bray, Mark Shinderman, James C. Behrens, Robert J. Liubicic and Alexandra Achamallah | 2029 Century Park East, 33rd Floor | | | Los Angeles | CA | 90067 |
| Counsel to Nuveen Series 2005 Bond holder; Attorneys for UMB Bank, N.A., as Successor Master Trustee for the Master Indenture Obligations and Wells Fargo Bank, National Association, as Series 2005 Bond Trustee | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn:  Daniel Bleck, Ian Hammel and Leonard Weiser-Varon | One Financial Center | | | Boston | MA | 02111 |
| Counsel to Nuveen Series 2005 Bond holder; Attorneys for UMB Bank, N.A., as Successor Master Trustee for the Master Indenture Obligations and Wells Fargo Bank, National Association, as Series 2005 Bond Trustee | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Paul J. Ricotta | 666 Third Avenue | | | New York | NY | 10017 |
| Prepetition Secured Creditor (2017 Noteholder) | NantWorks, LLC and Nant Capital, LLC | Charles Kim | 9920 Jefferson Boulevard | | | Culver City | CA | 90232 |
| Attorneys for El Camino Hospital and El Camino Medical Associates, P.C. | Nixon Peabody LLP | Louis J. Cisz, III, Esq. | One Embarcadero Center, 32nd Floor | | | San Francisco | CA | 94111 |

Exhibit B
Core 2002 Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Attorney General Xavier Becerra | Office of the Attorney General | Alicia Berry, Deputy Attorney General | 300 South Spring Street, Suite 1702 | | | Los Angeles | CA | 90013 |
| Office of the Attorney General | Office of the Attorney General | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave., Suite 11000 | | San Francisco | CA | 94102 |
| Deputy General Counsel to California Department of Health Care Services | Office of the California Attorney General | Department of Justice | Kenneth K. Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Office of the CA Attorney General | Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Top 50 Creditor/Creditor Committee | Pension Benefit Guaranty Corporation ("PBGC") | Attn: Michael Strollo and Emily Lesniewski | 1200 K Street, NW | | | Washington | DC | 20005 |
| Attorneys for Quadramed Affinity Corporation and Picis Clinical Solutions Inc. | Perkins Coie LLP | Schuyler G. Carroll | 30 Rockefeller Plaza, 22nd Floor | | | New York | NY | 10112-0085 |
| Counsel to Stryker Corporation, Stryker Endoscopy, Stryker Instruments, Stryker Medical, Stryker Neurovascular, Stryker Orthopaedics, Stryker Orthobiologics, Stryker Sales, Stryker Spine, Stryker Sustainability Solutions and Stryker Communications | Purkey & Associates, P.L.C. | c/o Lori L. Purkey, Esq | 5050 Cascade Road, SE, Suite A | | | Grand Rapids | MI | 49546 |
| Attorneys for Creditor O'Connor Health Center 1 a California Limited Partnership | Randick O'Dea & Tooliatos, LLP | Phillip G. Vermont | 5000 Hopyard Road | Suite 225 | | Pleasanton | CA | 94588 |
| Prepetition Secured Creditor (2015 Noteholder) | RCB Equities #1 LLC | Brian Dror / Zvi Ryzman | 5967 West 3rd Street, Suite 102 | | | Los Angeles | CA | 90036 |
| Attorneys for Healthcare Transformation Inc. | Reed Smith LLP | Marsha A. Houston,Christopher O. Rivas | 355 South Grand Avenue, Suite 2900 | | | Los Angeles | CA | 90071-1514 |
| Counsel for Creditor Golden Gate Perfusion Inc. | Resolution Law Firm P. C. | Sheila Gropper Nelson, Esq. | 50 Osgood Place, 5th Fl. | | | San Francisco | CA | 94133 |
| Attoreys For Creditor Delta Dental of California | Rimon, P.C. | Phillip K. Wang, Esq. | One Embarcadero Center, Suite 400 | | | San Francisco | CA | 94111 |
| Prepetition Secured Creditor (2015 Noteholder) | Rosemawr Municipal Partners Fund LP, Rosemawr Capital II LP, RMA Capital Partners LP | Greg Shilonsky Julie Morrone Elyse Levesque | 810 Seventh Avenue, 27th Floor | | | New York | NY | 10019 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| SEC | Securities and Exchange Commission | | 200 Vesey Street, #400 | | | New York | NY | 10281 |
| Top 50 Creditor/Creditor Committee | SEIU United Healthcare Workers West | Attn: David Miller | 560 Thomas L Berkeley Way | | | Oakland | CA | 94612-1602 |
| Attorneys for Creditor RightSourcing, Inc. | Serlin & Whiteford, LLP | Mark A. Serlin, Esq. | 701 E Street | | | Sacramento | CA | 95814 |
| Attorney for KForce, Inc. | Shumaker, Loop, & Kendrick, LLP | Steven M. Berman | 101 E. Kennedy Blvd., Suite 2800 | | | Tampa | FL | 33602 |
| Attorneys for Medical Office Buildings of California, LLC | Sidley Austin LLP | Anna Gumport  John Patrick White | 555 West Fifth Street Suite 4000 | | | Los Angeles | CA | 90013 |
| Attorneys for Medical Office Buildings of California, LLC | Sidley Austin LLP | Dennis M. Twomey,Matthew E. Linder | One South Dearborn Street | | | Chicago | Il | 60603 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Exhibit B
**Core 2002 Service List**
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 50 Creditor/Creditor Committee | Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC | Attn: Brad Hamman | 2301 Maitland Center Pkwy Ste 350 | | | Maitland | FL | 32751-7417 |
| Counsel for the Medical Staff of Seton Medical Center | St. James Law, P.C. | Michael St. James, Esq. | 22 Battery Street, Suite 888 | | | San Francisco | CA | 94111 |
| State of California Board of Equalization - All Other Service and Bankruptcy Notices | State of California Board of Equalization | Account Information Group, MIC: 29 | P.O. Box 942879 | | | Sacramento | CA | 94279-0029 |
| State of California Board of Equalization - Service of Adversary Proceedings | State of California Board of Equalization | Executive Director | 450 N Street, MIC: 73 | | | Sacramento | CA | 95814-0073 |
| State of California Board of Equalization - Bankruptcy Code Section 505 Requests | State of California Board of Equalization | Special Operations Bankruptcy Team MIC: 74 | P.O. Box 942879 | | | Sacramento | CA | 94279-0074 |
| State of California Employment Development Department | State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacramento | CA | 94280-0001 |
| State of California Franchise Tax Board - Bankruptcy Code Section 505 Requests and All Other Service and Notices | State of California Franchise Tax Board | Franchise Tax Board Bankruptcy Section | MS: A-340 | P. O. Box 2952 | | Sacramento | CA | 95812-2952 |
| State of California Franchise Tax Board - Service of Adversary Proceedings | State of California Franchise Tax Board | Franchise Tax Board Chief Counsel | c/o General Counsel Section | P.O. Box 1720 | MS: A-260 | Rancho Cordova | CA | 95741-1720 |
| State of California Franchise Tax Board | State of California Franchise Tax Board | | 300 South Spring Street, #5704 | | | Los Angeles | CA | 90013 |
| Attorneys for Premier, Inc., and certain of its subsidiaries; Attorneys for Long Beach Memorial Medical Center Attorneys for Long Beach Memorial Medical Center | Stradling Yocca Carlson & Rauth, P.C. Stradling Yocca Carlson & Rauth, P.C. | Attn: Marianne S. Mortimer; Paul R. Glassman; Jeremy H. Rothstein;Fred Neufeld Paul R. Glassman, Esq. and Jeremy H. Rothstein, Esq | 100 Wilshire Boulevard, 4th Floor 100 Wilshire Boulevard, 4th Floor | | | Santa Monica Santa Monica | CA CA | 90401 90401 |
| Attorney for Creditor  NTT DATA Services Holding Corporation | Streusand, Landon, Ozburn & Lemmon, LLP | Sabrina L. Streusand | 1801 S. Mopac Expressway, Suite 320 | | | Austin | TX | 78746 |
| Attorneys for Gardena Hospital, L.P., Eladh, L.P., CPH Hospital Management, LLC, and CHHP Holdings II, LLC | Theodora Oringher PC | Scott Schoeffel, Eric J. Fromme, Adam G Wentland | 535 Anton Boulevard, 9th Floor | | | Costa Mesa | CA | 92626-7109 |
| Attorneys for Retirement Plan for Hospital Employees | Trodella & Lapping LLP | Richard A. Lapping | 540 Pacific Avenue | | | San Francisco | CA | 94133 |
| U.S. Department of Health & Human Services | U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washington | DC | 20201 |
| U.S. Department of Health and Human Services | U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| Attorneys for the United States of America, on behalf of the U.S. Department of Health and Human Services | U.S. Department of Justice, Civil Division | Seth B Shapiro | 1100 L Street, N.W., Room 7114, Seventh Floor | | | Washington | DC | 20005 |
| SEC | U.S. Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street, Suite 900 | | | Los Angeles | CA | 90071-9591 |
| Successor Master Trustee for the Prepetition Secured Revenue Bonds, Series 2005 A, G and H | UMB Bank, N.A. | Attn.: Virginia Anne Housum, Senior Vice President | UMB Financial Corporation | 120 Sixth Street South | Suite 1400 | Minneapolis | MN | 55402 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Exhibit B
**Core 2002 Service List**
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| United States of America | United States Attorney's Office | | Federal Building | Room 7516 | 300 North Los Angeles Street | Los Angeles | CA | 90012 |
| United States Attorney's Office | United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United States Attorney's Office | United States Attorneys Office | Northern District of California | Federal Courthouse | 450 Golden Gate Avenue | | San Francisco | CA | 94102 |
| United Stated States Attorney's Office | United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| Attorney General | United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washington | DC | 20044 |
| Office of the United States Trustee | United States Trustee | Hatty K Yip | Office of the UST/DOJ | 915 Wilshire Blvd., Suite 1850 | | Los Angeles | CA | 90017 |
| Note Trustee and Collateral Agent for the Revenue Bonds Series 2005 ("2005 Bonds") and Series 2015 and 2017 Revenue Notes (2015 and 2017 collectively the "Working Capital Notes") | US Bank NA | Sandra Spivey, VP | Nevada Financial Center | 2300 W. Sahara Ste 200 | | Las Vegas | NV | 89102 |
| Attorneys for Creditor NFS Leasing, Inc. | Vedder Price P.C. | Mitchell D. Cohen | 1633 Broadway, 31st Floor | | | New York | NY | 10019 |
| Attorneys for Creditor NFS Leasing, Inc. | Vedder Price P.C. | Scott H. Olson | 275 Battery Street, Suite 2464 | | | San Francisco | CA | 94111 |
| Attorneys for Messiahic Inc., a California corporation d/b/a PayJunction | Venable LLP | Keith C. Owens, Nicholas A. Koffroth | 2049 Century Park East, Suite 2300 | | | Los Angeles | CA | 90067 |
| Counsel to DIP Lender Ally Bank | Waller Lansden Dortch & Davis, LLP | David E. Lemke, Melissa W. Jones | 511 Union Street, Ste 2700 | | | Nashville | TN | 37219 |
| Attorneys for Stationary Engineers Local 39;Attorneys for SEIU United Healthcare Workers-West;Attorneys for Creditor Stationary Engineers Local 39 Pension Trust Fund and Stationary Engineers Local 39 Health & Welfare Trust Fund | Weinberg Roger & Rosenfeld | c/o Emily P. Rich;Tracy L. Mainguy;Caitlin E. Gray | 1001 Marina Village Parkway, Suite 200 | | | Alameda | CA | 94501-1091 |
| Wells Fargo Bank, N.A., Bond Trustee | Wells Fargo Bank, N.A. | Jeffrey K. Carlson or Current Officer | 608 Second Avenue South | | | Minneapolis | MN | 55402 |
| Bond Trustee - 2005 Bonds | Wells Fargo Bank, N.A. | Mark V Birkholz;Corbin Connell | 600 4th St. 6th Floor | MAC N9300-060 | | Minneapolis | MN | 55415 |
| Top 50 Creditor | Workday, Inc. | John Elrod;Ann Sandor | 6110 Stoneridge Mall Road | | | Pleasanton | CA | 94588 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

# Exhibit C

**Exhibit C**
**Chambers Service List**
**Overnight Mail**

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Chambers | USBC Central District of California | Ernest M. Robles | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1560 | Los Angeles | CA | 90012 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)                    Page 1 of 1

# Exhibit D

**Exhibit D**

**Debtor Service List**

**Email**

| Creditor Name | Creditor Notice Name | Email |
|---|---|---|
| Verity Health System of California, Inc.; Verity Holdings, LLC | Elspeth Paul | ElspethPaul@Verity.org |

# Exhibit E

**Exhibit B**
**Debtor Service List**
**First Class Mail**

| Creditor Name | Creditor Notice Name | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Verity Health System of California, Inc.; Verity Holdings, LLC | Elspeth Paul | 2040 East Mariposa Avenue | El Segundo | CA | 90245 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 1 of 1

# Exhibit F

**Exhibit F**
**Omnibus Stipulation Parties**
**Service List**
**Email**

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for NTT DATA Services Holding Corporation and Attorneys for Medtronic USA, Inc | Bienert Katzman PLC | David M Guess & Nancy J Sandoval & Nathan W. Reinhardt | nsandoval@bmkattorneys.com; dguess@bmkattorneys.com;nreinhardt@bmkattorneys.com |
| Attorneys for Philips Medical Capital | Glass & Goldberg | Marshall F. Goldberg | mgoldber@glassgoldberg.com |
| Attorneys for Cigna Healthcare of California, Inc. and Life Insurance Company of North America | Gordon Rees Scully Mansukhani LLP | William M Rathbone | wrathbone@grsm.com |
| Counsel to Health Net of California, Inc. | Katten Muchin Rosenman LLP | William B. Freeman | bill.freeman@kattenlaw.com |
| Attorneys for Abbott Laboratories Inc. and Alere Informatics, Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | swisotzkey@kmksc.com |
| Attorneys for Kaiser Foundation Hospitals | Lesnick Prince & Pappas LLP | Christopher E. Prince | cprince@lesnickprince.com |
| Counsel to SCAN Health Plan | Loeb & Loeb LLP | Karl E. Block, Daniel B. Besikof, and Lisa E. Rubin | lrubin@loeb.com;kblock@loeb.com;dbesikof@loeb.com |
| Attorney for Aetna Life Insurance Company | McGuire Woods LLP | Payam Khodadadi | pkhodadadi@mcguirewoods.com |
| Attorneys for Quadramed Affinity Corporation and Picis Clinical Solutions Inc. and Parallon Revenue Cycle Services, Inc. f/k/a The Outsource Group, Inc. | Perkins Coie LLP | Schuyler G. Carroll & Amir Gamliel & John Penn | scarroll@perkinscoie.com;agamliel@perkinscoie.com |
| Attorneys for the UnitedHealthcare Insurance Company, AppleCare Medical Group, Inc, AppleCare Medical Group, St. Francis; and AppleCare Medical Management LLC | Shipman & Goodwin LLP | Eric Goldstein, Latonia Williams | egoldstein@goodwin.com |
| Counsel for DaVita Inc. | Winsten Law Group | Michael S. Winsten | mike@winsten.com |

# Exhibit G

Exhibit G
Omnibus Stipulation Parties  Service List
First Class Mail

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Attorney for Aetna Life Insurance Company | McGuire Woods LLP | Payam Khodadadi | 1800 Century Park East, 8th Fl Washington Building Barnabas Business Center | | Los Angeles | CA | 90067-1501 |
| Attorneys for Abbott Laboratories Inc. and Alere Informatics, Inc. | Kohner, Mann & Kailas, S.C. | Samuel C. Wisotzkey | | 4650 N. Port Washington Rd. | Milwaukee | WI | 53212-1059 |
| Attorneys for Cigna Healthcare of California, Inc. and Life Insurance Company of North America | Gordon Rees Scully Mansukhani LLP | William M Rathbone | 101 W Broadwa Ste 2000 | | San Diego | CA | 92101 |
| Attorneys for Kaiser Foundation Hospitals | Lesnick Prince & Pappas LLP | Christopher E. Prince | 315 W. Ninth Street, Suite 705 | | Los Angeles | CA | 90015 |
| Attorneys for NTT DATA Services Holding Corporation and Attorneys for Medtronic USA, Inc | Bienert Katzman PLC | David M Guess & Nancy J Sandoval & Nathan W. Reinhardt | 903 Calle Amanecer Ste 350 | | San Clemente | CA | 92673 |
| Attorneys for Philips Medical Capital | Glass & Goldberg | Marshall F. Goldberg | 22917 Burbank Blvd. | | Woodland Hills | CA | 91367-4203 |
| Attorneys for Quadramed Affinity Corporation and Picis Clinical Solutions Inc. and Parallon Revenue Cycle Services, Inc. f/k/a The Outsource Group, Inc. | Perkins Coie LLP | Schuyler G. Carroll & Amir Gamliel & John Penn | 1888 Century Park East, Suite 1700 | | Los Angeles | CA | 90067 |
| Attorneys for the UnitedHealthcare Insurance Company, AppleCare Medical Group, Inc, AppleCare Medical Group, St. Francis; and AppleCare Medical Management LLC | Shipman & Goodwin LLP | Eric Goldstein, Latonia Williams | One Constitution Plaza | | Hartford | CT | 06103-1919 |
| Counsel for DaVita Inc. | Winsten Law Group | Michael S. Winsten | 27201 Puerta Real, Suite 140 | | Mission Viejo | CA | 92691 |
| Counsel for Experian Health Inc fka Passport Health Communications Inc | Frank Gecker LLP | Joseph D. Frank, Karen V. Newbury | 325 North LaSalle Street, #625 | | Chicago | IL | 60654 |
| Counsel to Health Net of California, Inc. | Katten Muchin Rosenman LLP | William B. Freeman | 515 South Flower Street Suite 1000 | | Los Angeles | CA | 90071-2212 |
| Counsel to SCAN Health Plan | Loeb & Loeb LLP | Karl E. Block, Daniel B. Besikof, and Lisa E. Rubin | 10100 Santa Monica Blvd., Suite 2200 | | Los Angeles | CA | 90067-4120 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 1 of 1

# Exhibit H

Exhibit H

**Los Angeles County - Department of Mental Health Service List**
**First Class Mail**

| Creditor Name | Creditor Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| County of Los Angeles - Depatment of Mental Health | Attn: Chief of Contracts | Contracts Development and Administration Division | 550 South Vermont Ave., 5th Floor | Los Angeles | CA | 90020 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 1 of 1

# Exhibit I

**Exhibit I**
**Counsel to U.S Department of Health and Human Services Party Service List**
**Email**

| Party Description | Creditor Name | Creditor Notice Name | Email |
|---|---|---|---|
| Attorneys for U.S. Department of Health and Human Services and Centers for Medicare and Medicaid Services | United States Attorney Office | Nicola T. Hanna, David M. Harris, Joanne S. Osinoff, Elan S. Levey | Elan.levey@usdoj.gov |

# Exhibit J

Exhibit J

**Counsel to U.S Department of Health and Human Services Party Service List**
**First Class Mail**

| Party Description | Creditor Name | Creditor Notice Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Attorneys for U.S. Department of Health and Human Services and Centers for Medicare and Medicaid Services | United States Attorney Office | Nicola T. Hanna, David M. Harris, Joanne S. Osinoff, Elan S. Levey | Room 7516, Federal Building | 300 North Los Angeles Street | Los Angeles | CA | 90012 |

In re VERITY HEALTH SYSTEM OF CALIFORNIA, INC., et al.,
Case No. 18-20151 (EMR)

Page 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2335 Alaska Ave, El Segundo, CA 90245**

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Service by Kurtzman Carson Consultants, LLC Regarding Docket Numbers 2665, 2669, 2670, 2671, 2672 and 2673** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 10, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT**
USBC Central District of California
Ernest M. Robles
Edward R. Roybal
Federal Building and U.S. Courthouse
255 East Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2019 | Travis R. Buckingham | /s/ Travis R. Buckingham |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**