1   Henry C. Kevane (CA Bar No. 125757)
    Shirley S. Cho (CA Bar No. 192616)
2   PACHULSKI STANG ZIEHL & JONES LLP
    150 California Street, 15th Floor
3   San Francisco, CA  94111
    Telephone: 415/263-7000
4   Facsimile: 415/263-7010
    E-mail:  hkevane@pszjlaw.com
5            scho@pszjlaw.com

6   Co-Counsel for Chapter 11 Debtors and
    Debtors In Possession

7

8                    UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

10  In re,                                      Lead Case No. 2:18-bk-20151-ER

11  VERITY HEALTH SYSTEM OF                     Jointly administered with:
    CALIFORNIA, INC., *et al.*,                 Case No. 2:18-bk-20162-ER
12                                              Case No. 2:18-bk-20163-ER
            Debtors and Debtors In Possession.  Case No. 2:18-bk-20164-ER
13                                              Case No. 2:18-bk-20165-ER
                                                Case No. 2:18-bk-20167-ER
14  ☒ Affects All Debtors                       Case No. 2:18-bk-20168-ER
                                                Case No. 2:18-bk-20169-ER
15  ☐ Affects O'Connor Hospital                 Case No. 2:18-bk-20171-ER
    ☐ Affects Saint Louise Regional Hospital    Case No. 2:18-bk-20172-ER
16  ☐ Affects St. Francis Medical Center        Case No. 2:18-bk-20173-ER
    ☐ Affects St. Vincent Medical Center        Case No. 2:18-bk-20175-ER
17  ☐ Affects Seton Medical Center              Case No. 2:18-bk-20176-ER
    ☐ Affects O'Connor Hospital Foundation      Case No. 2:18-bk-20178-ER
18  ☐ Affects Saint Louise Regional Hospital    Case No. 2:18-bk-20179-ER
       Foundation                               Case No. 2:18-bk-20180-ER
19  ☐ Affects St. Francis Medical Center of     Case No. 2:18-bk-20181-ER
       Lynwood Medical Foundation
20  ☐ Affects St. Vincent Foundation            Chapter 11 Cases
    ☐ Affects St. Vincent Dialysis Center, Inc.
21  ☐ Affects Seton Medical Center Foundation   Hon. Ernest M. Robles
    ☐ Affects Verity Business Services
22  ☐ Affects Verity Medical Foundation         **PACHULSKI STANG ZIEHL & JONES LLP'S**
    ☐ Affects Verity Holdings, LLC              **MONTHLY FEE APPLICATION FOR**
23  ☐ Affects DePaul Ventures, LLC              **ALLOWANCE AND PAYMENT OF INTERIM**
    ☐ Affects DePaul Ventures - San Jose        **COMPENSATION AND REIMBURSEMENT OF**
24     Dialysis, LLC                            **EXPENSES FOR THE PERIOD JUNE 1 – 30,**
    ☐ Affects DePaul Ventures-San Jose ASC,     **2019**
25     LLC

26           Debtors and Debtors In Possession.

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Pachulski Stang Ziehl & Jones LLP (the "Firm") submits its ninth monthly fee statement (the "Ninth Fee Statement") for the period from June 1 through June 30, 2019 (the "Fee Period") for services rendered and expenses incurred on behalf of the above-captioned debtors and debtors in possession (the "Debtors"). In support of this Ninth Fee Statement, the Firm respectfully represents as follows:

1.    The Firm is bankruptcy co-counsel to the Debtors in the above-referenced jointly administered Chapter 11 cases (the "Cases"). The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Fee Period.

2.    As set forth in the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 421] (the "Retention Application"), the Firm has agreed to a 15% reduction of its charges for services rendered on account of the Debtors' non-profit status. The Court entered an order granting the Retention Application on November 14, 2018, *nunc pro tunc* to the Petition Date [Docket No. 818].

3.    During the Fee Period, the Firm incurred a total of $134,645.00 in fees and $1,252.47 expenses. During the Fee Period, the Firm recorded 146.70 hours for services rendered. After application of the 15% non-profit adjustment of $20,196.75, and application of an overpayment of $29.99, the fees and expenses requested by the Firm in this Ninth Fee Statement are:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 06/01/19 – 06/30/19 | $114,418.26 | $1,252.47 | $115,670.73 |

4.    Accordingly, the Firm seeks allowance of interim compensation in the amount of $92,787.08 at this time. This total is comprised of: $91,534.61 in fees (80% of fees sought) plus $1,252.47 in expenses (100% of expenses incurred).

5.    For the postpetition period from September 1, 2018 through December 31, 2018, the Firm has received payment of 100% of its fees and 100% of its expenses on account of the Firm's prior monthly fee statements in the aggregate amount of $148,452.88.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

DOCS_SF:101548.1 89566/001

6.      For the postpetition period from January 1, 2019 through April 30, 2019, the Firm has received payment of 80% of its fees and 100% of its expenses on account of the Firm's prior monthly fee statements in the aggregate amount of $394,519.29.

7.      Attached hereto as **Exhibit A** is the name of each professional who performed services in connection with this case during the Fee Period and the standard hourly rate for each such professional.  Attached hereto as **Exhibit B** is the detailed time and expense statement for the Fee Period.

8.      The Firm has served a copy of this Ninth Fee Statement on counsel to the Office of the United States Trustee, the above-captioned Debtors, and the Official Committee of Unsecured Creditors.  The statement was mailed by first class mail, postage prepaid, on the date hereof.  The notice of this Ninth Fee Statement will be given by lead counsel for the Debtors pursuant to the terms of the Interim Compensation Order (defined below).

9.      Pursuant to the *Amended Order on Debtors' Motion Establishing Procedures for Monthly Payment of Fees and Expense Reimbursement* [Docket No. 826] ("Interim Compensation Order"), the Debtors are authorized, at the times set forth in such order with respect to the Firm, to make the payment requested herein without a further hearing or order of this Court unless an objection to this Ninth Fee Statement is filed with the Court and served upon the undersigned and the Notice Parties (as defined in the Interim Compensation Order) within ten (10) calendar days after the date of mailing of the notice of this statement.  If such an objection is filed, the Debtors are authorized to pay (again, at the times set forth in the order with respect to the Firm) 80% of the uncontested fees and 100% of the uncontested expenses without further order of the Court.  If no objection is filed, the Debtors are authorized to pay 80% of all fees requested in the Ninth Fee Statement and 100% of the uncontested expenses without further order of the Court at the times set forth in the Interim Compensation Order with respect to the Firm.

10.      The interim compensation and reimbursement of expenses sought in this Ninth Fee Statement is not final.  The Firm will seek approval from the Court of the fees and expenses incurred in these Cases in further fee applications to be filed on a quarterly and final basis as required

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1    pursuant to the Interim Compensation Order and the Bankruptcy Code.  Any compensation received

2    by the Firm pursuant to the Interim Compensation Order will be credited towards the final fees and

3    expenses as may be allowed by the Court.

4         **WHEREFORE**, the Firm respectfully requests that the Debtors pay compensation to the

5    Firm as requested herein pursuant to and in accordance with the terms of the Interim Compensation

6    Order.

7    Dated:  July 24, 2019                    PACHULSKI STANG ZIEHL & JONES LLP

8                                    */s/ Shirley S. Cho*
                                     _____
9                                    Henry C. Kevane
                                     Shirley S. Cho
10                                   Co-Counsel for the Debtors and
                                     Debtors in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4

**EXHIBIT A**

| Timekeeper | Rate | Hours | Total Fees |
|---|---|---|---|
| Henry C. Kevane | $975.00 | 89.30 | $87,067.50 |
| James K.T. Hunter | $975.00 | 0.30 | $292.50 |
| James K.T. Hunter | $925.00 | 3.60 | $3,330.00 |
| Steven J. Kahn | $925.00 | 26.40 | $24,420.00 |
| Shirley S. Cho | $850.00 | 1.10 | $935.00 |
| Gail S. Greenwood | $750.00 | 23.60 | $17,700.00 |
| Patricia J. Jeffries | $375.00 | 2.40 | $900.00 |
| **Grand Total** | | **146.70** | **$134,645.00** |

**EXHIBIT B**

DOCS_SF:101548.1 89566/001

# Pachulski Stang Ziehl & Jones LLP

150 California St.
Floor 15th
San Francisco, CA 94111

Elspeth D. Paul
Verity Health Systems
2040 East Mariposa Avenue
El Segundo, CA   90245

July 16, 2019
Invoice    122625
Client      89566
Matter      00002

**HCK**

RE: Conflicts Counsel - Post Pet.

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2019**

| | |
|---|---|
| FEES | $134,645.00 |
| EXPENSES | $1,252.47 |
| LESS NONPROFIT ADJUSTMENT | $20,196.75 |
| LESS PREPAID APPLIED | $29.99 |
| **TOTAL CURRENT CHARGES** | **$115,670.73** |
| **BALANCE FORWARD** | **$233,793.18** |
| **TOTAL BALANCE DUE** | **$349,463.91** |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:    2
Invoice122625
July 16, 2019

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| GSG | Greenwood, Gail S. | Counsel | 750.00 | 23.60 | $17,700.00 |
| HCK | Kevane, Henry C. | Partner | 975.00 | 89.30 | $87,067.50 |
| JKH | Hunter, James K. T. | Counsel | 925.00 | 3.60 | $3,330.00 |
| JKH | Hunter, James K. T. | Counsel | 975.00 | 0.30 | $292.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 375.00 | 2.40 | $900.00 |
| SJK | Kahn, Steven J. | Counsel | 925.00 | 26.40 | $24,420.00 |
| SSC | Cho, Shirley S. | Partner | 850.00 | 1.10 | $935.00 |
| | | | | 146.70 | $134,645.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566     -00002

Page:       3
Invoice122625
July 16, 2019

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis/Recovery[B120] | 40.60 | $35,207.50 |
| AD | Asset Disposition [B130] | 4.00 | $3,900.00 |
| BL | Bankruptcy Litigation [L430] | 23.70 | $20,785.00 |
| BO | Business Operations | 54.80 | $53,425.00 |
| CA | Case Administration [B110] | 6.20 | $5,985.00 |
| CO | Claims Admin/Objections[B310] | 0.40 | $390.00 |
| EC | Executory Contracts [B185] | 10.20 | $9,812.50 |
| FN | Financing [B230] | 2.10 | $2,047.50 |
| PC | PSZ&J Compensation | 3.70 | $2,490.00 |
| PR | PSZ&J Retention | 1.00 | $602.50 |
|  |  | 146.70 | $134,645.00 |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:      4

Invoice122625

July 16, 2019

### Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $61.64 |
| CourtLink | $169.85 |
| Federal Express [E108] | $9.92 |
| Lexis/Nexis- Legal Research [E | $2.40 |
| Legal Vision Atty Mess Service | $192.50 |
| Outside Services | $500.00 |
| Pacer - Court Research | $72.40 |
| Postage [E108] | $102.66 |
| Reproduction/ Scan Copy | $141.10 |
| | $1,252.47 |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:    5

Invoice 122625

July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery [B120]** | | | | | | |
| 06/03/2019 | HCK | AA | Review status re CHP / SMG document analysis. | 0.70 | 975.00 | $682.50 |
| 06/03/2019 | SJK | AA | Telephone conference with G. Greenwood regarding initial discovery results and deficiencies regarding Heritage. | 0.20 | 925.00 | $185.00 |
| 06/03/2019 | SJK | AA | Review chronology from G. Greenwood from documents produced by CHP -- open and missing items. | 0.70 | 925.00 | $647.50 |
| 06/03/2019 | SJK | AA | Review draft meet and confer letter regarding CHP. | 0.30 | 925.00 | $277.50 |
| 06/03/2019 | SJK | AA | Revise and augment meet and confer letter regarding CHP. | 0.20 | 925.00 | $185.00 |
| 06/03/2019 | GSG | AA | Confer with S. Kahn re CHP production. | 0.10 | 750.00 | $75.00 |
| 06/03/2019 | GSG | AA | Review additional CHP documents re communications by contract coordinator. | 1.10 | 750.00 | $825.00 |
| 06/03/2019 | GSG | AA | Revise and finalize meet and confer letter to CHP re document production. | 0.50 | 750.00 | $375.00 |
| 06/07/2019 | HCK | AA | Memos to / from E. Paul et al. re BASM / Aetna analysis and review files and follow-up with S. Kahn. | 0.80 | 975.00 | $780.00 |
| 06/07/2019 | SJK | AA | Review memorandum from E. Paul regarding BASM. | 0.10 | 925.00 | $92.50 |
| 06/07/2019 | SJK | AA | Memoranda to and from H. Kevane regarding same; begin issue analysis regarding BASM. | 0.20 | 925.00 | $185.00 |
| 06/11/2019 | HCK | AA | Telephone call with S. Kahn re BASM / Aetna litigation analysis. | 0.20 | 975.00 | $195.00 |
| 06/14/2019 | HCK | AA | Review Committee lien challenge AVPs. | 0.20 | 975.00 | $195.00 |
| 06/14/2019 | HCK | AA | Memos to / from E. Paul re health plan causes of | 0.80 | 975.00 | $780.00 |

action and analyze SGM APA.

| 06/17/2019 | HCK | AA | Review files re BASM avoidance analysis. | 1.30 | 975.00 | $1,267.50 |
| 06/19/2019 | HCK | AA | Prepare for call with E. Paul re excluded causes of action and review notes. | 0.30 | 975.00 | $292.50 |
| 06/19/2019 | HCK | AA | Conference call with E. Paul, S. Maizel, S. Kahn and T. Moyron re health plan claims. | 0.70 | 975.00 | $682.50 |
| 06/19/2019 | HCK | AA | Telephone calls with S. Kahn re health plan claims and strategy. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    6

Verity Health Systems of Calif

Invoice122625

89566    -00002

July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/19/2019 | HCK | AA | Memos to / from T. Moyron and S. Kahn re health plan claims. | 0.20 | 975.00 | $195.00 |
| 06/19/2019 | HCK | AA | Confer with G. Greenwood re health plan litigation. | 0.10 | 975.00 | $97.50 |
| 06/19/2019 | JKH | AA | Telephone call from Steven J. Kahn regarding background of adversary complaints against Health Plans, review L.A. Care complaint. | 0.50 | 925.00 | $462.50 |
| 06/19/2019 | SJK | AA | Telephone conference with client and co-counsel regarding actions v. healthplans--issues and strategy. | 0.80 | 925.00 | $740.00 |
| 06/19/2019 | SJK | AA | Telephone conference with H. Kevane regarding same. | 0.10 | 925.00 | $92.50 |
| 06/19/2019 | SJK | AA | Telephone conference with James K. T. Hunter regarding litigation assist. | 0.20 | 925.00 | $185.00 |
| 06/19/2019 | SJK | AA | Memorandum to client regarding new litigation. | 0.10 | 925.00 | $92.50 |
| 06/19/2019 | GSG | AA | Search / review database re discussions of shared risk continuity of care, etc.; notes re same. | 2.50 | 750.00 | $1,875.00 |
| 06/20/2019 | HCK | AA | Memos to / from S. Kahn re health plan causes of action and telephone call with Mr. Kahn re same and review SGM files. | 0.40 | 975.00 | $390.00 |
| 06/20/2019 | JKH | AA | Emails from Steven J. Kahn, Gail S. Greenwood, Elspeth, H. Kevane regarding preparation for Health Plan litigation call, data room access. | 0.30 | 925.00 | $277.50 |
| 06/20/2019 | SJK | AA | Memorandum to client regarding new litigation contract access. | 0.10 | 925.00 | $92.50 |
| 06/20/2019 | SJK | AA | Memorandum to G. Greenwood and James K. T. Hunter regarding litigation issues and call setting. | 0.20 | 925.00 | $185.00 |
| 06/20/2019 | SJK | AA | Review memoranda from James K. T. Hunter and G. Greenwood regarding call setting. | 0.10 | 925.00 | $92.50 |
| 06/21/2019 | HCK | AA | Research re health plan claims / stay violation and | 0.60 | 975.00 | $585.00 |

| | | | prepare for internal call. | | | |
|---|---|---|---|---|---|---|
| 06/21/2019 | HCK | AA | Conference call with S. Kahn, J. Hunter and G. | 0.70 | 975.00 | $682.50 |
| | | | Greenwood re health plan causes of action. | | | |
| 06/21/2019 | JKH | AA | Conference call with Steven J. Kahn, H. Kevane, | 1.30 | 925.00 | $1,202.50 |
| | | | Gail S. Greenwood regarding Health Plan litigation and emails regarding same, Fulton opinion and review same. | | | |
| 06/21/2019 | SJK | AA | Review of dataroom regarding contracts and | 0.40 | 925.00 | $370.00 |
| | | | memorandum to James K. T. Hunter and G. | | | |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:    7

Invoice122625

July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | Greenwood regarding legal entity identifications. | | | |
| 06/21/2019 | SJK | AA | Review new case summary on stay violation and memorandum to H. Kevane and team regarding same. | 0.20 | 925.00 | $185.00 |
| 06/21/2019 | SJK | AA | Review memorandum from G. Greenwood regarding pleadings/stay violation. | 0.10 | 925.00 | $92.50 |
| 06/21/2019 | SJK | AA | Conference call with H. Kevane, G. Greenwood and James K. T. Hunter regarding complaint preparation; documents and issues. | 1.10 | 925.00 | $1,017.50 |
| 06/21/2019 | GSG | AA | Review pleadings re stay violation based on exercise of control; review LA Care complaint re same. | 0.50 | 750.00 | $375.00 |
| 06/21/2019 | GSG | AA | Conference call with S. Kahn, H. Kevane, and JH re turnover claims and backup documentation. | 1.00 | 750.00 | $750.00 |
| 06/21/2019 | GSG | AA | Research re auto stay under Fulton and 9th Circuit cases re turnover. | 0.90 | 750.00 | $675.00 |
| 06/21/2019 | GSG | AA | Begin draft of Aetna complaint re turnover. | 0.90 | 750.00 | $675.00 |
| 06/24/2019 | HCK | AA | Memos to / from E. Paul re health plan litigation and telephone call with S. Kahn re initial matters. | 0.50 | 975.00 | $487.50 |
| 06/24/2019 | HCK | AA | Further follow-up with S. Kahn and E. Paul re health plan claims. | 0.20 | 975.00 | $195.00 |
| 06/24/2019 | JKH | AA | Emails from, to Gail S. Greenwood, Steven J. Kahn regarding draft complaint for Health Plan litigation and review, revise same. | 1.00 | 925.00 | $925.00 |
| 06/24/2019 | SJK | AA | Review memorandum from E. Paul regarding healthcare litigation; Telephone conference with H. Kevane regarding same and respond to client. | 0.30 | 925.00 | $277.50 |
| 06/24/2019 | SJK | AA | Review and revise draft Aetna complaint and memorandum to Gail S. Greenwood and James K. T. Hunter regarding same. | 0.50 | 925.00 | $462.50 |
| 06/24/2019 | SJK | AA | Memorandum to A. Chou regarding request for | 0.30 | 925.00 | $277.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Aetna and Care 1 data. |  |  |  |
| 06/24/2019 | SJK | AA | Telephone conference with Gail S. Greenwood regarding Aetna facts for complaint revisions. | 0.20 | 925.00 | $185.00 |
| 06/24/2019 | SJK | AA | Review and respond to memorandum from E. Paul regarding healthcare claim issues. | 0.30 | 925.00 | $277.50 |
| 06/24/2019 | GSG | AA | Draft Aetna complaint re turnover. | 3.30 | 750.00 | $2,475.00 |
| 06/24/2019 | GSG | AA | Email S. Kahn and JH re Aetna claims and | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    8
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | outstanding info. | | | |
| 06/25/2019 | HCK | AA | Memos to / from S. Kahn re health plan claims and review due diligence requests. | 0.60 | 975.00 | $585.00 |
| 06/25/2019 | HCK | AA | Memos to / from A. Chou, N. Coppinger et al. re health plan claim / overpayment analysis. | 0.40 | 975.00 | $390.00 |
| 06/25/2019 | JKH | AA | Emails from Gail S. Greenwood, Chou, Sharma, Coppinger regarding Health Plan litigation issues. | 0.10 | 925.00 | $92.50 |
| 06/25/2019 | SJK | AA | Telephone conference with N. Coppinger regarding Aetna/Care 1st schedule issues; demands. | 0.10 | 925.00 | $92.50 |
| 06/25/2019 | GSG | AA | Confer with S. Kahn and draft / revise Aetna complaint; review docket re service of notice of bankruptcy. | 0.80 | 750.00 | $600.00 |
| 06/25/2019 | GSG | AA | Review data room re Care 1st contracts and payment provisions. | 1.10 | 750.00 | $825.00 |
| 06/25/2019 | GSG | AA | Review CFR re prompt payment and statutory guidelines re timing of Medicare payments. | 0.80 | 750.00 | $600.00 |
| 06/25/2019 | GSG | AA | Draft Care 1st complaint re turnover. | 1.60 | 750.00 | $1,200.00 |
| 06/26/2019 | HCK | AA | Memos to / from N. Coppinger and E. Paul re BS / SV patient dispute. | 0.40 | 975.00 | $390.00 |
| 06/26/2019 | HCK | AA | Various follow-up with S. Kahn et al. re litigation assessment. | 0.30 | 975.00 | $292.50 |
| 06/26/2019 | JKH | AA | Emails from Steven J. Kahn, Gail S. Greenwood regarding Health Plan litigation developments, telephone conference with Steven J. Kahn regarding preparation of revised complaint. | 0.30 | 975.00 | $292.50 |
| 06/26/2019 | SJK | AA | Review memoranda from N. Coppinger and E. Paul regarding BS long term patient issues. | 0.10 | 925.00 | $92.50 |
| 06/27/2019 | HCK | AA | Confer with G. Greenwood re Promise / Care First analysis and plan contracts and review files. | 0.60 | 975.00 | $585.00 |

| 06/27/2019 | HCK | AA | Further review health plan litigation memos / background. | 0.20 | 975.00 | $195.00 |
| 06/27/2019 | JKH | AA | Emails from Steven J. Kahn, Gail S. Greenwood and telephone conference with Steven J. Kahn regarding Health Plan litigation issues, developments. | 0.20 | 925.00 | $185.00 |
| 06/27/2019 | SJK | AA | Memorandum to Gail S. Greenwood regarding complaint preparation. | 0.10 | 925.00 | $92.50 |
| 06/27/2019 | SJK | AA | Telephone conference with James K. T. Hunter | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    9
Invoice 122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | regarding complaint preparation. | | | |
| 06/27/2019 | SJK | AA | Review memoranda from client regarding Kaiser A/R and memorandum to James K. T. Hunter and Gail S. Greenwood regarding same. | 0.30 | 925.00 | $277.50 |
| 06/27/2019 | SJK | AA | Review memoranda from E. Paul and N. Coppinger regarding A/R data range for Blue Shield. | 0.10 | 925.00 | $92.50 |
| 06/27/2019 | SJK | AA | Further revise draft Aetna complaint. | 0.30 | 925.00 | $277.50 |
| 06/27/2019 | SJK | AA | Telephone conference with Gail S. Greenwood regarding Care 1st issues. | 0.10 | 925.00 | $92.50 |
| 06/27/2019 | SJK | AA | Review memorandum from Gail S. Greenwood regarding Care 1st contracts. | 0.10 | 925.00 | $92.50 |
| 06/27/2019 | SJK | AA | Follow up memorandum to T. Moyron regarding healthcare claims. | 0.10 | 925.00 | $92.50 |
| 06/27/2019 | SJK | AA | Review document from N. Coppinger regarding BS and memorandum to N. Coppinger regarding same. | 0.30 | 925.00 | $277.50 |
| 06/27/2019 | GSG | AA | Review additional contracts re Care First; email S. Kahn re turnover issues. | 0.90 | 750.00 | $675.00 |
| 06/27/2019 | GSG | AA | Revise Aetna complaint per S. Kahn comments. | 0.50 | 750.00 | $375.00 |
| 06/28/2019 | HCK | AA | Memos to / from S. Kahn et al. re health plan claims and litigation diligence. | 0.80 | 975.00 | $780.00 |
| 06/28/2019 | JKH | AA | Emails from Steven J. Kahn, Gail S. Greenwood, H. Kevane regarding Health Plans conflicts, preparation of complaints. | 0.20 | 925.00 | $185.00 |
| 06/28/2019 | SJK | AA | Memorandum to client regarding data compilation. | 0.20 | 925.00 | $185.00 |
| 06/28/2019 | SJK | AA | Review and respond to memorandum from T. Moyron regarding healthplan targets. | 0.10 | 925.00 | $92.50 |
| 06/28/2019 | SJK | AA | Telephone conference with T. Moyron regarding healthplan claims. | 0.10 | 925.00 | $92.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **40.60** | | | | | | **$35,207.50** |

**Asset Disposition [B130]**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/04/2019 | HCK | AD | All-hands workstream conference call with Verity / KPC teams re risk-share arrangements. | 0.90 | 975.00 | $877.50 |
| 06/04/2019 | HCK | AD | Follow-up call with S. Sharma re outcome of KPC risk-share call. | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:    10
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/05/2019 | HCK | AD | Further review SGM sale and contract designation pleadings and edit risk-share agreements. | 0.90 | 975.00 | $877.50 |
| 06/06/2019 | HCK | AD | Review accumulated paperflow re June 5 continued sale hearing. | 0.50 | 975.00 | $487.50 |
| 06/10/2019 | HCK | AD | Memos to / from S. Sharma et al. re risk share / KPC call. | 0.20 | 975.00 | $195.00 |
| 06/11/2019 | HCK | AD | All-hands call with KPC re risk-share agreements. | 0.40 | 975.00 | $390.00 |
| 06/18/2019 | HCK | AD | All-hands call with KPK / Verity re risk-share workstream. | 0.20 | 975.00 | $195.00 |
| 06/28/2019 | HCK | AD | Further review SGM sale updates re treatment of contracts. | 0.60 | 975.00 | $585.00 |
| **4.00** | | | | | **$3,900.00** | |

### Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/02/2019 | SJK | BL | Memorandum to N. Coppinger regarding L.A. Care next meeting preparation. | 0.10 | 925.00 | $92.50 |
| 06/02/2019 | SJK | BL | Memorandum to Leslie Cohen requesting additional mediator names. | 0.10 | 925.00 | $92.50 |
| 06/02/2019 | SJK | BL | Memorandum to N. Coppinger regarding L.A. Care -- preparation for Monday call. | 0.10 | 925.00 | $92.50 |
| 06/02/2019 | SJK | BL | Continue work on Heritage discovery requests. | 0.40 | 925.00 | $370.00 |
| 06/02/2019 | SJK | BL | Memorandum to Leslie Cohen requesting additional mediator names. | 0.10 | 925.00 | $92.50 |
| 06/03/2019 | HCK | BL | Review files re LA Care status and reconciliation. | 0.50 | 975.00 | $487.50 |
| 06/03/2019 | SJK | BL | Review memorandum from N. Coppinger regarding payments and status of reports regarding L.A. Care. | 0.10 | 925.00 | $92.50 |
| 06/03/2019 | SJK | BL | Proof, revise and augment L.A. Care status report. | 0.20 | 925.00 | $185.00 |

| 06/03/2019 | SJK | BL | Prepare for L.A. Care call. | 0.10 | 925.00 | $92.50 |
| 06/03/2019 | SJK | BL | Participate in L.A. Care call regarding status of claim processing. | 0.20 | 925.00 | $185.00 |
| 06/03/2019 | SJK | BL | Memorandum to N. Wolf regarding L.A. Care status report. | 0.10 | 925.00 | $92.50 |
| 06/04/2019 | SJK | BL | Follow up to Heritage counsel regarding mediator selections. | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    11
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/04/2019 | SJK | BL | Telephone conference with Heritage counsel regarding additional mediator names. | 0.30 | 925.00 | $277.50 |
| 06/04/2019 | SJK | BL | Research mediator names and memorandum to client regarding same regarding Heritage and review reply. | 0.50 | 925.00 | $462.50 |
| 06/04/2019 | SJK | BL | Review memorandum from L.A. Care counsel regarding change to status report and memorandum to L. Arian regarding same; review reply. | 0.20 | 925.00 | $185.00 |
| 06/04/2019 | SJK | BL | Revise L.A. Care status report and memorandum to L.A. Care counsel regarding same. | 0.10 | 925.00 | $92.50 |
| 06/05/2019 | SJK | BL | Telephone conference with L. Cohen regarding mediators and finalize app and order. | 0.40 | 925.00 | $370.00 |
| 06/05/2019 | SJK | BL | Proof and revise mediation application and order and circulate to client and Defendant's counsel. | 0.40 | 925.00 | $370.00 |
| 06/06/2019 | SJK | BL | Memorandum to A. Chou regarding mediation documents for execution. | 0.10 | 925.00 | $92.50 |
| 06/06/2019 | SJK | BL | Review memorandum from L. Cohen regarding approval of form of mediation stipulation and order; signing status. | 0.10 | 925.00 | $92.50 |
| 06/06/2019 | SJK | BL | Review memorandum from A. Chou regarding executed stipulation. | 0.10 | 925.00 | $92.50 |
| 06/07/2019 | SJK | BL | Review memorandum from A. Chou regarding mediation signature and ready for filing. | 0.10 | 925.00 | $92.50 |
| 06/10/2019 | SJK | BL | Memorandum to N. Coppinger regarding report review status. | 0.10 | 925.00 | $92.50 |
| 06/10/2019 | SJK | BL | Telephone conference with N. Coppinger regarding preliminary report review findings regarding L.A. Care. | 0.20 | 925.00 | $185.00 |
| 06/10/2019 | SJK | BL | Operations call with L.A. Care regarding claim discrepancies - moving forward. | 0.30 | 925.00 | $277.50 |

| 06/10/2019 | SJK | BL | Review and respond to memorandum from S. Muller regarding attorney call involvement in L.A. Care. | 0.10 | 925.00 | $92.50 |
| 06/11/2019 | SJK | BL | Review memorandum from Heritage counsel regarding mediation signatures and direct filing. | 0.10 | 925.00 | $92.50 |
| 06/11/2019 | GSG | BL | Review letter from CHP re response to meet and confer / status. | 0.20 | 750.00 | $150.00 |
| 06/13/2019 | SJK | BL | Review entered mediation order. | 0.10 | 925.00 | $92.50 |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:    12

Invoice122625

July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/14/2019 | HCK | BL | Various follow-up re LA Care, Heritage and CHP status. | 0.50 | 975.00 | $487.50 |
| 06/17/2019 | SJK | BL | Memorandum to N. Coppinger regarding L.A. Care status and review reply. | 0.10 | 925.00 | $92.50 |
| 06/17/2019 | SJK | BL | Weekly WIP call with L.A. Care. | 0.20 | 925.00 | $185.00 |
| 06/17/2019 | GSG | BL | Emails from / to CHP counsel re further document production and password; download documents and confer re database. | 0.40 | 750.00 | $300.00 |
| 06/17/2019 | GSG | BL | Review privilege and redaction logs from CHP. | 0.50 | 750.00 | $375.00 |
| 06/18/2019 | HCK | BL | Memos to / from S. Kahn   and N. Coppinger et al. re LA Care contract rates / stop loss. | 0.20 | 975.00 | $195.00 |
| 06/18/2019 | SJK | BL | Check Court calendar regarding 6/19 status hearing regarding L.A. Care. | 0.10 | 925.00 | $92.50 |
| 06/18/2019 | SJK | BL | Review L.A. Care Stop Loss provisions and memorandum to M. Schweitzer, S. Muller and N. Coppinger regarding same. | 1.00 | 925.00 | $925.00 |
| 06/18/2019 | GSG | BL | Revise / Update CHP chron re SMG agreements and contentions re termination. | 1.70 | 750.00 | $1,275.00 |
| 06/18/2019 | GSG | BL | Review supplemental CHP document production and tag critical documents. | 3.70 | 750.00 | $2,775.00 |
| 06/19/2019 | SJK | BL | Review L.A. Care tentative and memorandum to counsel regarding submission on tentative review reply. | 0.20 | 925.00 | $185.00 |
| 06/19/2019 | SJK | BL | Submit on tentative ruling. | 0.10 | 925.00 | $92.50 |
| 06/19/2019 | GSG | BL | Email S. Kahn re CHP / SMG status and chronology. | 0.40 | 750.00 | $300.00 |
| 06/20/2019 | SJK | BL | Review L.A. Care Docket entry and memorandum to Melisa DesJardien regarding same. | 0.10 | 925.00 | $92.50 |

| 06/21/2019 | HCK | BL | Memos to / from S. Kahn / N. Coppinger re LA Care stop loss exclusion. | 0.20 | 975.00 | $195.00 |
| 06/21/2019 | SJK | BL | Review memorandum from main mediator regarding potential conflicts. | 0.10 | 925.00 | $92.50 |
| 06/21/2019 | SJK | BL | Continue work on Heritage discovery. | 1.40 | 925.00 | $1,295.00 |
| 06/21/2019 | SJK | BL | Review work on Heritage disclosures. | 0.10 | 925.00 | $92.50 |
| 06/21/2019 | SJK | BL | Review and respond to memoranda from N. | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | Coppinger regarding L.A. Care/Stop Loss Issues. | | | |
| 06/21/2019 | SJK | BL | Review and respond to additional emails from N. Coppinger regarding L.A. Care/Stop Loss. | 0.10 | 925.00 | $92.50 |
| 06/23/2019 | SJK | BL | Memorandum to L. Arian regarding L.A.. Care/Stop Loss issues. | 0.20 | 925.00 | $185.00 |
| 06/23/2019 | SJK | BL | Proof and continue drafting Heritage Requests for Production of Documents. | 1.50 | 925.00 | $1,387.50 |
| 06/24/2019 | SJK | BL | Review memorandum from L. Arian regarding arbitration status. | 0.10 | 925.00 | $92.50 |
| 06/24/2019 | SJK | BL | Check data room regarding conformity of L.A. Care Ex. D and listed amendments. | 0.20 | 925.00 | $185.00 |
| 06/24/2019 | SJK | BL | Review and respond to memoranda from E. Paul and N. Coppinger regarding stop loss issues regarding L.A. Care. | 0.20 | 925.00 | $185.00 |
| 06/24/2019 | SJK | BL | Review L.A. Care FSS amendments regarding amendments/policy letters. | 0.20 | 925.00 | $185.00 |
| 06/24/2019 | SJK | BL | Memorandum to O. Rosenthal regarding stop loss document. | 0.10 | 925.00 | $92.50 |
| 06/24/2019 | SJK | BL | Prepare for call with L.A. Care. | 0.20 | 925.00 | $185.00 |
| 06/24/2019 | SJK | BL | Review and respond to memoranda from E. Paul regarding stop loss issues regarding L.A. Care. | 0.10 | 925.00 | $92.50 |
| 06/24/2019 | SJK | BL | Telephone conference with L.A. Care regarding pending issues. | 0.40 | 925.00 | $370.00 |
| 06/24/2019 | SJK | BL | Review and respond to memorandum regarding L.A. Care hearing preparation/binders. | 0.20 | 925.00 | $185.00 |
| 06/24/2019 | SJK | BL | Memorandum to E. Paul regarding results of call with L.A. Care regarding stop loss. | 0.30 | 925.00 | $277.50 |
| 06/24/2019 | SJK | BL | Proof and further revise Heritage Requests for | 1.60 | 925.00 | $1,480.00 |

| | | | Production of Documents and Interrogatories. | | | |
|---|---|---|---|---|---|---|
| 06/24/2019 | SJK | BL | Review and respond to memorandum from L. Arian regarding L.A. Care issues. | 0.10 | 925.00 | $92.50 |
| 06/24/2019 | SJK | BL | Finalize Heritage Requests for Production of Documents and Interrogatories. | 0.90 | 925.00 | $832.50 |
| 06/25/2019 | SJK | BL | Telephone conference with N. Coppinger regarding L.A. Care stop loss issues. | 0.20 | 925.00 | $185.00 |
| 06/27/2019 | SJK | BL | Memorandum to Heritage counsel regarding | 0.20 | 925.00 | $185.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    14
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | discovery and protective order. | | | |
| 06/28/2019 | SJK | BL | Telephone conference with L. Arian regarding L.A. Care/Stop Loss issues. | 0.20 | 925.00 | $185.00 |
| **23.70** | | | | **$20,785.00** | | |

## Business Operations

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/2019 | HCK | BO | Review R. Yant memo re AIPA risk-share extension and analyze issues / review documents. | 1.60 | 975.00 | $1,560.00 |
| 06/03/2019 | HCK | BO | Various follow-up re OmniCare / Alta Med risk share treatment. | 1.30 | 975.00 | $1,267.50 |
| 06/03/2019 | HCK | BO | Review M. Schweitzer memos with updated Conifer reports. | 0.20 | 975.00 | $195.00 |
| 06/04/2019 | HCK | BO | Memo to group re AIPA extension and follow-up with A. Chou et al. and review files. | 0.80 | 975.00 | $780.00 |
| 06/04/2019 | HCK | BO | Memos to / from G. Klausner re risk-share agreement discussion. | 0.10 | 975.00 | $97.50 |
| 06/04/2019 | HCK | BO | Further review / analyze M. Schweitzer / S. Sharma and S. Ved AIPA risk-share updated computation and follow-up re extension / review prior Conifer reports. | 1.60 | 975.00 | $1,560.00 |
| 06/04/2019 | HCK | BO | Further review AIPA / Conifer final settlement and follow-up with M. Schweitzer re AIPA extension. | 1.40 | 975.00 | $1,365.00 |
| 06/04/2019 | HCK | BO | Telephone call with Dr. Schweitzer re AIPA extension. | 0.10 | 975.00 | $97.50 |
| 06/05/2019 | HCK | BO | Review / analyze Alta Med files to prepare for call with Dr. Schweitzer et al. re risk-share treatment. | 1.20 | 975.00 | $1,170.00 |
| 06/05/2019 | HCK | BO | Draft assumption and assignment for OmniCare. | 0.50 | 975.00 | $487.50 |
| 06/05/2019 | HCK | BO | Review memo from M. Schweitzer with OmniCare agreement and amendments. | 0.40 | 975.00 | $390.00 |
| 06/05/2019 | HCK | BO | Telephone call with M. Schweitzer re AIPA | 0.10 | 975.00 | $97.50 |

|            |     |    | extension.                                                      |      |        |          |
|------------|-----|----|-----------------------------------------------------------------|------|--------|----------|
| 06/05/2019 | HCK | BO | Telephone call with M. Schweitzer and S. Muller re OmniCare reconciliation. | 0.30 | 975.00 | $292.50  |
| 06/05/2019 | HCK | BO | Further revise / edit OmniCare A&A agreement.                    | 0.40 | 975.00 | $390.00  |
| 06/05/2019 | HCK | BO | Memos to / from S. O'Brien re risk-share status.                | 0.10 | 975.00 | $97.50   |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    15
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/05/2019 | HCK | BO | Telephone call with Dr. Schweitzer re AIPA interim payment and extension. | 0.50 | 975.00 | $487.50 |
| 06/05/2019 | HCK | BO | Memos to / from M. Schweitzer re Alta / Omni risk share update. | 0.30 | 975.00 | $292.50 |
| 06/05/2019 | HCK | BO | Memos to / from M. Schweitzer re AIPA interim settlement and review documents. | 0.60 | 975.00 | $585.00 |
| 06/06/2019 | HCK | BO | Review E. Paul memo re SVIPA ER response. | 0.10 | 975.00 | $97.50 |
| 06/06/2019 | HCK | BO | Memos to / from A. Chou re OmniCare draft agreement and follow-up with team. | 0.20 | 975.00 | $195.00 |
| 06/06/2019 | HCK | BO | Conference call with R. Adcock, A. Chou, S. Sumer and M. Schweitzer re AIPA extension, OmniCare treatment. | 0.50 | 975.00 | $487.50 |
| 06/06/2019 | HCK | BO | Telephone call with R. Yant re AIPA extension and other issues. | 0.40 | 975.00 | $390.00 |
| 06/06/2019 | HCK | BO | Telephone call with M. Schweitzer re AIPA call with counsel. | 0.10 | 975.00 | $97.50 |
| 06/06/2019 | HCK | BO | Memos to / from M. Schweitzer re OmniCare counsel. | 0.10 | 975.00 | $97.50 |
| 06/06/2019 | HCK | BO | Further draft / finalize OmniCare A&A agreement and circulate to risk-share team. | 1.20 | 975.00 | $1,170.00 |
| 06/06/2019 | SJK | BO | Review memorandum from H. Kevane to Risk Pool Team regarding A&A and other agreement terms. | 0.10 | 925.00 | $92.50 |
| 06/07/2019 | HCK | BO | Memos to / from M. Schweitzer et al. re OmniCare risk-share. | 0.40 | 975.00 | $390.00 |
| 06/07/2019 | HCK | BO | Telephone call with M. Schweitzer re OmniCare follow-up and review contracts. | 0.50 | 975.00 | $487.50 |
| 06/07/2019 | HCK | BO | Review E. Goldstein memo re AppleCare proposal and memos to / from risk-share team re same. | 0.70 | 975.00 | $682.50 |

| 06/07/2019 | HCK | BO | Telephone call with M. Schweitzer re AppleCare inquiry re 2017 risk pool. | 0.10 | 975.00 | $97.50 |
| 06/07/2019 | HCK | BO | Research / analyze AKS / Stark law provision under IPA risk-share arrangements. | 1.60 | 975.00 | $1,560.00 |
| 06/10/2019 | HCK | BO | Memos to / from M. Schweitzer et al. OmniMed and follow-up re extension. | 0.60 | 975.00 | $585.00 |
| 06/10/2019 | HCK | BO | Memos to / from M. Schweitzer re HCLA and analyze documents. | 1.40 | 975.00 | $1,365.00 |

Pachulski Stang Ziehl & Jones LLP  
Verity Health Systems of Calif  
89566    -00002

Page:    16  
Invoice 122625  
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/10/2019 | HCK | BO | Further review / analyze E. Goldstein memo re AppleCare risk pool and research re Stark / AKS. | 1.30 | 975.00 | $1,267.50 |
| 06/11/2019 | HCK | BO | Memos to / from R. Yant et al. re AIPA / SVIPA discussions and follow-up M. Schweitzer. | 0.30 | 975.00 | $292.50 |
| 06/11/2019 | HCK | BO | Review updated AIPA spreadsheets from M. Schweitzer. | 0.30 | 975.00 | $292.50 |
| 06/11/2019 | HCK | BO | Telephone call with E. Goldstein at AppleCare. | 0.10 | 975.00 | $97.50 |
| 06/11/2019 | HCK | BO | Telephone call with S. Kamal at OmniCare and follow-up re draft agreement. | 0.50 | 975.00 | $487.50 |
| 06/12/2019 | HCK | BO | Prepare for today's conference call with AIPA / SVIPA. | 0.40 | 975.00 | $390.00 |
| 06/12/2019 | HCK | BO | Further analyze updated AIPA charts from Dr. Schweitzer. | 0.40 | 975.00 | $390.00 |
| 06/12/2019 | HCK | BO | Conference call with D. Kirk and R. Yant re AIPA / SVIPA proposal. | 0.50 | 975.00 | $487.50 |
| 06/12/2019 | HCK | BO | Telephone call with M. Schweitzer and S. Muller re outcome of my call with AIPA / SVIPA counsel. | 0.30 | 975.00 | $292.50 |
| 06/12/2019 | HCK | BO | Further review updated AIPA / SVIPA risk pool settlement reports. | 1.20 | 975.00 | $1,170.00 |
| 06/13/2019 | HCK | BO | Long memo to risk-share team re yesterday's call with SVIPA / AIPA counsel and various follow-up re same. | 1.20 | 975.00 | $1,170.00 |
| 06/13/2019 | HCK | BO | Memos to / from T. Moyron and E. Paul re SVIPA / AIPA risk-share agreements. | 0.30 | 975.00 | $292.50 |
| 06/13/2019 | HCK | BO | Further review Conifer / PWC risk-pool updates and compare to prior reports and annotate agreements. | 1.40 | 975.00 | $1,365.00 |
| 06/13/2019 | HCK | BO | Analyze HCLA risk-share treatment options based on M. Schweitzer materials. | 0.80 | 975.00 | $780.00 |

| 06/14/2019 | HCK | BO | Memo to T. Moyron re discussions with AIPA / SVIPA counsel. | 0.70 | 975.00 | $682.50 |
| 06/14/2019 | HCK | BO | Telephone call with S. Maizel and T. Moyron re risk-share call later today. | 0.30 | 975.00 | $292.50 |
| 06/14/2019 | HCK | BO | Prepare for internal conference call re risk pool settlements. | 0.20 | 975.00 | $195.00 |
| 06/14/2019 | HCK | BO | Conference call with R. Adcock, E. Paul, A. Chou, S. Maizel et al. re risk-share settlements. | 0.50 | 975.00 | $487.50 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    17
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/14/2019 | HCK | BO | Various follow-up re risk-share updated settlement inserts. | 1.20 | 975.00 | $1,170.00 |
| 06/17/2019 | HCK | BO | Memos to / from M. Schweitzer re OmniCare extension and review files. | 0.60 | 975.00 | $585.00 |
| 06/18/2019 | HCK | BO | Review / analyze M. Schweitzer memo re Apple Care invoices and post petition accounting. | 0.60 | 975.00 | $585.00 |
| 06/18/2019 | HCK | BO | Draft / finalize long memo to risk-share team re A&A agreement cure estimates. | 1.60 | 975.00 | $1,560.00 |
| 06/18/2019 | HCK | BO | Further review / analyze Apple Care amendment re CMS risk-share and research CMS HCC earn back. | 1.30 | 975.00 | $1,267.50 |
| 06/18/2019 | HCK | BO | Telephone call with E. Goldstein (AppleCare) re risk share expenses. | 0.20 | 975.00 | $195.00 |
| 06/18/2019 | HCK | BO | Memos to M. Schweitzer, S. Sharma and S. Muller re Apple Care HCC payment. | 0.60 | 975.00 | $585.00 |
| 06/18/2019 | HCK | BO | Memos to / from S. Sharma re risk-share discussions. | 0.20 | 975.00 | $195.00 |
| 06/18/2019 | HCK | BO | Memos to / from S. Muller re Apple Care CMS risk-share allocation. | 0.20 | 975.00 | $195.00 |
| 06/18/2019 | HCK | BO | Prepare for call with M. Schweitzer / S. Muller re risk-share floor / ceiling. | 0.30 | 975.00 | $292.50 |
| 06/18/2019 | HCK | BO | Conference call with M. Schweitzer and S. Muller re Apple Care, SVIPA and risk-share 2018 pool compensation. | 1.00 | 975.00 | $975.00 |
| 06/19/2019 | HCK | BO | Review M. Schweitzer memo re risk pool financials update and review documents. | 1.10 | 975.00 | $1,072.50 |
| 06/19/2019 | HCK | BO | Prepare for today's call re risk pool settlements open amounts. | 0.60 | 975.00 | $585.00 |
| 06/19/2019 | HCK | BO | Conference call with all-hands re risk pool | 0.80 | 975.00 | $780.00 |

| | | | settlements open amounts. | | | |
|---|---|---|---|---|---|---|
| 06/19/2019 | HCK | BO | Review S. Sharma memo re updated SVIPA final settlement. | 0.40 | 975.00 | $390.00 |
| 06/19/2019 | HCK | BO | Memos to / from S. O'Brien re SVIPA risk-pool updates. | 0.10 | 975.00 | $97.50 |
| 06/19/2019 | HCK | BO | Telephone call with S. Sharma re June 5 Conifer / SVIPA report. | 0.30 | 975.00 | $292.50 |
| 06/19/2019 | HCK | BO | Memos to / from S. Kamal and telephone call with | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    18
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | Ms. Kamal re OmniCare assumption and assignment agreement. | | | |
| 06/19/2019 | HCK | BO | Telephone call with S. O'Brien re SVIPA updated reports. | 0.10 | 975.00 | $97.50 |
| 06/19/2019 | HCK | BO | Telephone call with D. Kirk re AIPA follow-up. | 0.10 | 975.00 | $97.50 |
| 06/19/2019 | HCK | BO | Telephone call with S. Sharma re OmniCare update and follow-up with S. Kamal and Mr. Sharma re same. | 0.30 | 975.00 | $292.50 |
| 06/20/2019 | HCK | BO | Telephone call with Stephen O'Brien re SVIPA update and further discussions. | 0.20 | 975.00 | $195.00 |
| 06/20/2019 | HCK | BO | Prepare for conference call with OmniCare re risk-share. | 0.30 | 975.00 | $292.50 |
| 06/20/2019 | HCK | BO | Conference call with Seema Kamal and Remi de la Rocha re OmniCare A&A agreement. | 0.40 | 975.00 | $390.00 |
| 06/20/2019 | HCK | BO | Telephone call with D. Kirk re AIPA feedback. | 0.30 | 975.00 | $292.50 |
| 06/20/2019 | HCK | BO | Follow-up email with S. Sharma et al. re AIPA 2017 / 2018 IBNR. | 0.30 | 975.00 | $292.50 |
| 06/20/2019 | HCK | BO | Memos to / from R. Yant, et al. re SVIPA follow-up. | 0.30 | 975.00 | $292.50 |
| 06/20/2019 | HCK | BO | Revise A&A agreements re administrative expense ROR. | 0.30 | 975.00 | $292.50 |
| 06/20/2019 | HCK | BO | Further review M. Schweitzer reports re SVIPA / AIPA final settlement computations. | 0.80 | 975.00 | $780.00 |
| 06/21/2019 | HCK | BO | Prepare for today's conference call with SVIPA counsel and outline open issues. | 0.60 | 975.00 | $585.00 |
| 06/21/2019 | HCK | BO | Conference call with S. O'Brien and R. Yant re SVIPA / AIPA follow-up. | 0.40 | 975.00 | $390.00 |
| 06/21/2019 | HCK | BO | Follow-up memos to / from S. Sharma et al. re SVIPA / AIPA questions and analyze updated cure | 0.70 | 975.00 | $682.50 |

| | | | calculation. | | | |
|---|---|---|---|---|---|---|
| 06/21/2019 | HCK | BO | Memos to / from S. Kamal and A. Chou et al. re Omni Care update and extension. | 0.40 | 975.00 | $390.00 |
| 06/24/2019 | HCK | BO | Further follow-up re Angeles floor / ceiling compromise. | 0.40 | 975.00 | $390.00 |
| 06/25/2019 | HCK | BO | Memos to / from E. Goldstein re AppleCare reply. | 0.30 | 975.00 | $292.50 |
| 06/25/2019 | HCK | BO | Memos to / from S. Sharma et al. re Apple Care cure options. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    19
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/25/2019 | HCK | BO | Follow-up to / from S. Sharma re AIPA open question. | 0.20 | 975.00 | $195.00 |
| 06/26/2019 | HCK | BO | Memos to / from S. Muller and telephone call with S. Muller re SVIPA / UNH DOFR matter. | 0.50 | 975.00 | $487.50 |
| 06/26/2019 | HCK | BO | Review R. Yant memo re AIPA risk-share markup. | 0.40 | 975.00 | $390.00 |
| 06/26/2019 | HCK | BO | Analyze AIPA cure revisions. | 0.10 | 975.00 | $97.50 |
| 06/27/2019 | HCK | BO | Review AIPA revisions to draft A&A agreement and follow-up with R. Yant. | 0.60 | 975.00 | $585.00 |
| 06/27/2019 | HCK | BO | Memos to / from S. Sharma and A. Chou re AIPA redline and bridge calculations. | 0.50 | 975.00 | $487.50 |
| 06/27/2019 | HCK | BO | Conference call with R. Yant re AIPA redline and review bridge calculations. | 1.20 | 975.00 | $1,170.00 |
| 06/27/2019 | HCK | BO | Memos to / from S. Sharma et al. re further PWC / AIPA analysis. | 0.20 | 975.00 | $195.00 |
| 06/27/2019 | HCK | BO | Memos to / from S. Sharma et al. re AppleCare follow-up. | 0.20 | 975.00 | $195.00 |
| 06/27/2019 | HCK | BO | Memos to / from E. Goldstein re AppleCare Stark / AKS issues and follow-up with E. Paul. | 0.80 | 975.00 | $780.00 |
| 06/27/2019 | HCK | BO | Memos to / from A. Chou re Apple Care and AIPA developments. | 0.20 | 975.00 | $195.00 |
| 06/28/2019 | HCK | BO | Review E. Paul memos re SVIPA arbitration. | 0.20 | 975.00 | $195.00 |
| 06/28/2019 | HCK | BO | Further review / analyze SVIPA / AIPA risk-share compensation reports. | 0.70 | 975.00 | $682.50 |
| 06/28/2019 | HCK | BO | Further review Apple Care draft agreement and revise same. | 0.70 | 975.00 | $682.50 |

**54.80**                                             **$53,425.00**

**Case Administration [B110]**

| 06/03/2019 | HCK | CA | Review accumulated paperflow over past week. | 0.50 | 975.00 | $487.50 |
|---|---|---|---|---|---|---|
| 06/04/2019 | HCK | CA | All-hands conference call with M. Schweitzer, S. Sharma and S. Kahn re status of pending matters. | 0.70 | 975.00 | $682.50 |
| 06/04/2019 | SJK | CA | Participate in weekly WIP call regarding litigation. | 0.70 | 925.00 | $647.50 |
| 06/10/2019 | HCK | CA | Review accumulated paperflow over past week. | 0.40 | 975.00 | $390.00 |
| 06/11/2019 | HCK | CA | Prepare for today's all-hands call re pending matters. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    20
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/11/2019 | HCK | CA | All-hands call with S. Sharma, A. Chou, M. Schweitzer and S. Muller re review all pending matters. | 0.70 | 975.00 | $682.50 |
| 06/11/2019 | SJK | CA | Weekly WIP call with client regarding litigation matters. | 0.30 | 925.00 | $277.50 |
| 06/17/2019 | HCK | CA | Review accumulated paperflow over past week. | 0.40 | 975.00 | $390.00 |
| 06/18/2019 | HCK | CA | All-hands conference call re review of pending litigation and managed care matters. | 0.70 | 975.00 | $682.50 |
| 06/18/2019 | SJK | CA | Weekly WIP call with clients and H. Kevane. | 0.20 | 925.00 | $185.00 |
| 06/25/2019 | HCK | CA | Review accumulated paperflow over past week. | 0.60 | 975.00 | $585.00 |
| 06/25/2019 | HCK | CA | All-hands call with S. Sharma, Sonia Ved, et al. re pending matters. | 0.50 | 975.00 | $487.50 |
| 06/28/2019 | HCK | CA | Review accumulated paperflow. | 0.30 | 975.00 | $292.50 |
| **6.20** | | | | **$5,985.00** | | |

### Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/17/2019 | HCK | CO | Telephone call with T. Moyron re claims register and briefly review same. | 0.40 | 975.00 | $390.00 |
| **0.40** | | | | **$390.00** | | |

### Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/2019 | HCK | EC | Memos to / from Messrs. Vizzini and Schweitzer re Care First contract designation and review files. | 0.60 | 975.00 | $585.00 |
| 06/04/2019 | HCK | EC | Memos to / from M. Reynolds re Care First agreements. | 0.10 | 975.00 | $97.50 |
| 06/05/2019 | HCK | EC | Research paperflow re SGM / OmniCare contract designation and cure amounts. | 0.60 | 975.00 | $585.00 |
| 06/05/2019 | HCK | EC | Follow-up re Avanti and other FFS cure | 0.40 | 975.00 | $390.00 |

|            |     |    |                                                              |      |        |          |
|------------|-----|----|--------------------------------------------------------------|------|--------|----------|
|            |     |    | reconciliation.                                              |      |        |          |
| 06/05/2019 | HCK | EC | All-hands call with J. Vizzini, M. Schweitzer, S.            | 0.50 | 975.00 | $487.50  |
|            |     |    | Sharma and S. Muller re Care First, other contract designations. |      |        |          |
| 06/06/2019 | HCK | EC | Follow-up with M. Schweitzer and J. Vizzini re Care          | 0.40 | 975.00 | $390.00  |
|            |     |    | First designated contracts and review files.                |      |        |          |
| 06/06/2019 | HCK | EC | Telephone call with M. Reynolds re CareFirst                 | 0.20 | 975.00 | $195.00  |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    21
Invoice 122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| | | | agreements for assumption / assignment. | | | |
| 06/07/2019 | HCK | EC | Memos to / from E. Paul re IPA diligence requests re KPC future performance. | 0.40 | 975.00 | $390.00 |
| 06/10/2019 | HCK | EC | Memos to / from J. Vizzini re Aetna reconciliation. | 0.20 | 975.00 | $195.00 |
| 06/11/2019 | HCK | EC | Memos to / from J. Vizzini et al. re Aetna cure stipulation. | 0.20 | 975.00 | $195.00 |
| 06/11/2019 | HCK | EC | Telephone call J. Vizzini re Aetna cure stipulations. | 0.40 | 975.00 | $390.00 |
| 06/12/2019 | HCK | EC | Follow-up with T. Moyron et al. re Aetna cure stipulation. | 0.10 | 975.00 | $97.50 |
| 06/12/2019 | HCK | EC | Follow-up with Dr. Schweitzer re AIPA extension and memos to / from A. Chou et al. | 0.20 | 975.00 | $195.00 |
| 06/13/2019 | HCK | EC | Follow-up re BRG payor overpayment review. | 0.20 | 975.00 | $195.00 |
| 06/13/2019 | SJK | EC | Review memorandum from H. Kevane regarding status of SVIPA and AIPA discussions. | 0.20 | 925.00 | $185.00 |
| 06/19/2019 | HCK | EC | Follow up with T. Moyron re draft Aetna cure stipulation. | 0.20 | 975.00 | $195.00 |
| 06/19/2019 | HCK | EC | Review United motion to compel compliance with assignment procedures. | 0.20 | 975.00 | $195.00 |
| 06/20/2019 | HCK | EC | Further review UNH motion re assignment notice. | 0.20 | 975.00 | $195.00 |
| 06/21/2019 | HCK | EC | Memos to / from P. Khodadadi and S. Cho re Aetna cure dispute. | 0.20 | 975.00 | $195.00 |
| 06/21/2019 | HCK | EC | Memos to / from S. Cho and T. Moyron re Aetna and other cure hearings. | 0.20 | 975.00 | $195.00 |
| 06/21/2019 | SJK | EC | Review memoranda from Shirley S. Cho and T. Moyson regarding cure hearing scheduling. | 0.10 | 925.00 | $92.50 |
| 06/21/2019 | SSC | EC | Review and respond to emails from H. Kevane and P. Khodadi re Aetna cure dispute. | 0.10 | 850.00 | $85.00 |

| 06/21/2019 | SSC | EC | Correspond with J. Vizzini re Aetna cure objection. | 0.10 | 850.00 | $85.00 |
| 06/21/2019 | SSC | EC | Telephone conference with J. Vizzini re Aetna cure objection. | 0.10 | 850.00 | $85.00 |
| 06/21/2019 | SSC | EC | Correspond with Denton's re cure objection. | 0.10 | 850.00 | $85.00 |
| 06/24/2019 | HCK | EC | Review SMG motion to compel A/R re capitation agreement and review files. | 0.60 | 975.00 | $585.00 |
| 06/24/2019 | HCK | EC | Follow-up with T. Moyron re Aetna cure template. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566     -00002

Page:     22
Invoice 122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/25/2019 | HCK | EC | Further review SMG motion to compel assumption / rejection of risk -share agreement. | 0.60 | 975.00 | $585.00 |
| 06/25/2019 | HCK | EC | Memos to / from T. Moyron and S. Sharma re SMG analysis and review declaration. | 0.50 | 975.00 | $487.50 |
| 06/25/2019 | SJK | EC | Review SMG motion. | 0.30 | 925.00 | $277.50 |
| 06/25/2019 | SJK | EC | Review emails from H. Kevane, Dentons and Sumer regarding SMG issues. | 0.30 | 925.00 | $277.50 |
| 06/27/2019 | HCK | EC | Follow-up with T. Moyron re Aetna cure stipulation. | 0.10 | 975.00 | $97.50 |
| 06/27/2019 | HCK | EC | Review SMG risk-share reply and memos to / from T. Moyron re same. | 0.70 | 975.00 | $682.50 |
| 06/27/2019 | HCK | EC | Review UHC reply papers filed by SGM and Debtor re assumption deadline. | 0.20 | 975.00 | $195.00 |
| 06/28/2019 | HCK | EC | Follow-up re July 10 continued cure hearing, further extension. | 0.20 | 975.00 | $195.00 |
| 06/28/2019 | SSC | EC | Correspond with T. Moyron re cure objection hearing date. | 0.10 | 850.00 | $85.00 |
| 06/28/2019 | SSC | EC | Telephone conference with T. Moyron re cure objection hearing date. | 0.10 | 850.00 | $85.00 |
| 06/28/2019 | SSC | EC | Correspond with P. Khodadi re cure objection hearing date. | 0.10 | 850.00 | $85.00 |
| **10.20** | | | | | **$9,812.50** | |

### Financing [B230]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/17/2019 | HCK | FN | Telephone call with T. Moyron re UCC challenge complaints. | 0.20 | 975.00 | $195.00 |
| 06/17/2019 | HCK | FN | Review / analyze QAF lien perfection analysis and brief research re same. | 1.60 | 975.00 | $1,560.00 |
| 06/21/2019 | HCK | FN | Further research / analyze QAF security interest. | 0.30 | 975.00 | $292.50 |

**2.10**                                                                                        **$2,047.50**

### PSZ&J Compensation

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/2019 | HCK | PC | Follow-up re interim compensation notice and quarterly fee application. | 0.20 | 975.00 | $195.00 |
| 06/13/2019 | HCK | PC | Prepare monthly interim compensation statement pursuant to guidelines. | 0.70 | 975.00 | $682.50 |

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    23
Invoice122625
July 16, 2019

| Hours | | | | Rate | Amount | |
|---|---|---|---|---|---|---|
| 06/19/2019 | PJJ | PC | Draft May fee statement. | 0.80 | 375.00 | $300.00 |
| 06/20/2019 | HCK | PC | Review / revise PSZ&J monthly fee statement and review further edits to same from P. Jeffries. | 0.40 | 975.00 | $390.00 |
| 06/20/2019 | HCK | PC | Further review / finalize May monthly statement and reconcile prior periods. | 0.20 | 975.00 | $195.00 |
| 06/20/2019 | PJJ | PC | Revise May fee statement (.5); research payments (.3). | 0.80 | 375.00 | $300.00 |
| 06/20/2019 | SSC | PC | Review several emails from P. Jeffries and H. Kevane re 8th monthly fee statement. | 0.20 | 850.00 | $170.00 |
| 06/21/2019 | HCK | PC | Finalize 8th monthly fee statement. | 0.10 | 975.00 | $97.50 |
| 06/21/2019 | PJJ | PC | Prepare May fee statement for service and filing. | 0.20 | 375.00 | $75.00 |
| 06/21/2019 | SSC | PC | Review final 8th monthly fee statement for filing. | 0.10 | 850.00 | $85.00 |
| **3.70** | | | | | **$2,490.00** | |

### PSZ&J Retention

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/20/2019 | HCK | PR | Memos to / from P. Jeffries re PSZ&J supplemental declaration and review / revise draft. | 0.20 | 975.00 | $195.00 |
| 06/20/2019 | PJJ | PR | Revise supplemental disclosure declaration. | 0.20 | 375.00 | $75.00 |
| 06/21/2019 | HCK | PR | Finalize sixth supplemental disclosure declaration. | 0.10 | 975.00 | $97.50 |
| 06/21/2019 | PJJ | PR | Prepare sixth supplement | 0.40 | 375.00 | $150.00 |
| 06/21/2019 | SSC | PR | Review final H. Kevane supplemental declaration for filing. | 0.10 | 850.00 | $85.00 |
| **1.00** | | | | | **$602.50** | |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$134,645.00**

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    24
Invoice122625
July 16, 2019

### Expenses

| | | | |
|---|---|---|---:|
| 05/02/2019 | CC | Conference Call [E105] AT&T Conference Call, HCK | 5.66 |
| 05/02/2019 | CC | Conference Call [E105] AT&T Conference Call, SJK | 7.51 |
| 05/03/2019 | CC | Conference Call [E105] AT&T Conference Call, HCK | 19.94 |
| 05/06/2019 | CC | Conference Call [E105] AT&T Conference Call, hCK | 1.52 |
| 05/08/2019 | CC | Conference Call [E105] AT&T Conference Call, HCK | 2.17 |
| 05/09/2019 | CC | Conference Call [E105] AT&T Conference Call, SJK | 1.56 |
| 05/31/2019 | CC | Conference Call [E105] AT&T Conference Call, HCK | 17.98 |
| 05/31/2019 | CC | Conference Call [E105] AT&T Conference Call, HCK | 5.30 |
| 06/04/2019 | LV | Legal Vision Atty/Mess. Service- Inv. 05949, Los Angeles Bankruptcy Court, SJK | 55.00 |
| 06/04/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/05/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/05/2019 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/05/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/05/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/05/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/05/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/05/2019 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | 6.50 |
| 06/05/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/05/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/06/2019 | CL | 89566.00002 CourtLink charges for 06-06-19 | 169.85 |
| 06/07/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/10/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 06/10/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/10/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/12/2019 | LV | Legal Vision Atty/Mess. Service- Inv. 06014, Los Angeles Bankruptcy Court, SJK | 82.50 |
| 06/12/2019 | PO | 89566.00002 :Postage Charges for 06-12-19 | 4.35 |
| 06/12/2019 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 06/12/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 06/12/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |

Pachulski Stang Ziehl & Jones LLP                          Page:    25
Verity Health Systems of Calif                            Invoice122625
89566    -00002                                           July 16, 2019

| 06/12/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/13/2019 | PO | 89566.00002 :Postage Charges for 06-13-19 | 2.85 |
| 06/13/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/13/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 06/13/2019 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 06/14/2019 | LV | Legal Vision Atty/Mess. Service- Inv. 06018, Los Angeles Bankruptcy, SJK | 55.00 |
| 06/14/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/14/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 06/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/17/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/17/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/17/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/17/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/17/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/17/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/17/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/17/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/17/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/18/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/18/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 06/18/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/18/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 06/18/2019 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 06/18/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/19/2019 | PO | 89566.00002 :Postage Charges for 06-19-19 | 81.07 |
| 06/19/2019 | PO | 89566.00002 :Postage Charges for 06-19-19 | 6.09 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                            Page:    26
Verity Health Systems of Calif                              Invoice122625
89566    -00002                                             July 16, 2019

| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
|---|---|---|---|
| 06/19/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 83 @0.10 PER PG) | 8.30 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/19/2019 | RE2 | SCAN/COPY ( 83 @0.10 PER PG) | 8.30 |
| 06/19/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/19/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/19/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 06/19/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/20/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/20/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/20/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP

Verity Health Systems of Calif

89566    -00002

Page:    27

Invoice122625

July 16, 2019

| 06/20/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
|---|---|---|---|
| 06/21/2019 | FE | 89566.00002 FedEx Charges for 06-21-19 | 9.92 |
| 06/21/2019 | LN | 89566.00002 Lexis Charges for 06-21-19 | 2.40 |
| 06/21/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 06/21/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 06/21/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/21/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/21/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/21/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 06/24/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 06/25/2019 | RE2 | SCAN/COPY ( 105 @0.10 PER PG) | 10.50 |
| 06/25/2019 | RE2 | SCAN/COPY ( 103 @0.10 PER PG) | 10.30 |
| 06/25/2019 | RE2 | SCAN/COPY ( 105 @0.10 PER PG) | 10.50 |
| 06/25/2019 | RE2 | SCAN/COPY ( 103 @0.10 PER PG) | 10.30 |
| 06/26/2019 | PO | 89566.00002 :Postage Charges for 06-26-19 | 8.30 |
| 06/27/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/27/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 06/27/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/27/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 06/27/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 06/30/2019 | OS | Everlaw, Inv. 18884 | 500.00 |
| 06/30/2019 | PAC | Pacer - Court Research | 72.40 |

**Total Expenses for this Matter**                                    **$1,252.47**

Pachulski Stang Ziehl & Jones LLP
Verity Health Systems of Calif
89566    -00002

Page:    28
Invoice122625
July 16, 2019

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**      **06/30/2019**

| | |
|---|---|
| **Total Fees** | **$134,645.00** |
| **Total Expenses** | **1,252.47** |
| **Less Nonprofit Adjustment** | **$20,196.75** |
| **Total Due on Current Invoice** | **$115,670.73** |

**Outstanding Balance from prior invoices as of      07/16/2019**      (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 121529 | 01/31/2019 | $72,430.62 | $1,709.19 | $14,486.12 |
| 121668 | 02/28/2019 | $123,541.12 | $3,925.22 | $24,708.22 |
| 121963 | 03/31/2019 | $129,846.00 | $1,282.19 | $25,969.20 |
| 122175 | 04/30/2019 | $155,844.52 | $2,272.87 | $31,168.90 |
| 122376 | 05/31/2019 | $136,386.75 | $1,073.99 | $137,460.74 |

**Total Amount Due on Current and Prior Invoices:**                    **$349,463.91**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **PACHULSKI STANG ZIEHL & JONES LLP'S MONTHLY FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1 – 30, 2019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 24, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **July 24, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for <u>each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 24, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**By FedEx Overnight Mail**
The Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA  90012

☐

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  July 24, 2019          Nancy H. Brown                          */s/ Nancy H. Brown*
                                                  *Printed Name*                                  *Signature*

In re: Verity Health System of California, Inc., et al.
Case No.  2:18-bk-20151-ER

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Alexandra Achamallah
  aachamallah@milbank.com

- Melinda Alonzo    ml7829@att.com

- Robert N Amkraut
  ramkraut@foxrothschild.com

- Kyra E Andrassy
  kandrassy@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfir
  m.com;jchung@swelawfirm.com

- Simon Aron    saron@wrslawyers.com

- Lauren T Attard    lattard@bakerlaw.com,
  agrosso@bakerlaw.com

- Allison R Axenrod
  allison@claimsrecoveryllc.com

- Keith Patrick Banner
  kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@g
  reenbergglusker.com

- Cristina E Bautista
  cristina.bautista@kattenlaw.com,
  ecf.lax.docket@kattenlaw.com

- James Cornell Behrens
  jbehrens@milbank.com,
  gbray@milbank.com,mshinderman@milbank
  .com;dodonnell@milbank.com;jbrewster@m
  ilbank.com;JWeber@milbank.com

- Ron Bender    rb@lnbyb.com

- Bruce Bennett    bbennett@jonesday.com

- Peter J Benvenutti
  pbenvenutti@kellerbenvenutti.com,
  pjbenven74@yahoo.com

- Michael Jay Berger
  michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;micha
  el.berger@ecf.inforuptcy.com

- Steven M Berman    sberman@slk-law.com

- Alicia K Berry    Alicia.Berry@doj.ca.gov

- Stephen F Biegenzahn    efile@sfblaw.com

- Scott E Blakeley    seb@blakeleyllp.com,
  ecf@blakeleyllp.com

- Karl E Block    kblock@loeb.com,
  jvazquez@loeb.com;ladocket@loeb.com;kbl
  ock@ecf.courtdrive.com

- Dustin P Branch
  branchd@ballardspahr.com,
  carolod@ballardspahr.com;hubenb@ballard
  spahr.com

- Michael D Breslauer
  mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.cour
  tdrive.com;wyones@ecf.courtdrive.com

- Chane Buck    cbuck@jonesday.com

- Lori A Butler    butler.lori@pbgc.gov,
  efile@pbgc.gov

- Howard Camhi    hcamhi@ecjlaw.com,
  tcastelli@ecjlaw.com;amatsuoka@ecjlaw.co
  m

- Shirley Cho    scho@pszjlaw.com

- Shawn M Christianson
  cmcintire@buchalter.com,
  schristianson@buchalter.com

- Louis J. Cisz    lcisz@nixonpeabody.com,
  jzic@nixonpeabody.com

- Leslie A Cohen    leslie@lesliecohenlaw.com,
  jaime@lesliecohenlaw.com;odalys@lesliecoh
  enlaw.com

- Kevin Collins    kevin.collins@btlaw.com,
  Kathleen.lytle@btlaw.com

- David N Crapo    dcrapo@gibbonslaw.com,
  elrosen@gibbonslaw.com

- Mariam Danielyan
  md@danielyanlawoffice.com,
  danielyan.mar@gmail.com

- Brian L Davidoff
  bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@gree
  nbergglusker.com

- Aaron Davis    aaron.davis@bryancave.com,
  kat.flaherty@bryancave.com

- Anthony Dutra
  adutra@hansonbridgett.com
- Kevin M Eckhardt
  kevin.eckhardt@gmail.com,
  keckhardt@hunton.com
- Lei Lei Wang Ekvall
  lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfir
  m.com;jchung@swelawfirm.com
- Andy J Epstein    taxcpaesq@gmail.com
- Christine R Etheridge
  christine.etheridge@ikonfin.com
- M Douglas Flahaut
  flahaut.douglas@arentfox.com
- Michael G Fletcher
  mfletcher@frandzel.com,
  sking@frandzel.com
- Joseph D Frank    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jklei
  nman@fgllp.com;csucic@fgllp.com
- William B Freeman
  bill.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket
  @kattenlaw.com
- Eric J Fromme    efromme@tocounsel.com,
  lchapman@tocounsel.com;sschuster@tocou
  nsel.com
- Amir Gamliel    amir-gamliel-
  9554@ecf.pacerpro.com,
  cmallahi@perkinscoie.com;DocketLA@perki
  nscoie.com
- Jeffrey K Garfinkle
  jgarfinkle@buchalter.com,
  docket@buchalter.com;dcyrankowski@buch
  alter.com
- Lawrence B Gill    lgill@nelsonhardiman.com,
  rrange@nelsonhardiman.com
- Paul R. Glassman    pglassman@sycr.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg
  eric.goldberg@dlapiper.com, eric-goldberg-
  1103@ecf.pacerpro.com

- Marshall F Goldberg
  mgoldberg@glassgoldberg.com,
  jbailey@glassgoldberg.com
- David Guess    dguess@bienertkatzman.com,
  4579179420@filings.docketbird.com
- Anna Gumport    agumport@sidley.com
- Melissa T Harris    harris.melissa@pbgc.gov,
  efile@pbgc.gov
- James A Hayes
  jhayes@jamesahayesaplc.com
- Michael S Held    mheld@jw.com
- Lawrence J Hilton    lhilton@onellp.com,
  lthomas@onellp.com,info@onellp.com,rgold
  er@onellp.com,lhyska@onellp.com,nlichten
  berger@onellp.com
- Robert M Hirsh
  Robert.Hirsh@arentfox.com
- Florice Hoffman    fhoffman@socal.rr.com,
  floricehoffman@gmail.com
- Lee F Hoffman    leehoffmanjd@gmail.com,
  lee@fademlaw.com
- Michael Hogue    hoguem@gtlaw.com,
  fernandezc@gtlaw.com;SFOLitDock@gtlaw.c
  om
- Matthew B Holbrook
  mholbrook@sheppardmullin.com,
  mmanns@sheppardmullin.com
- David I Horowitz
  david.horowitz@kirkland.com,
  keith.catuara@kirkland.com;terry.ellis@kirkl
  and.com;elsa.banuelos@kirkland.com;ivon.g
  ranados@kirkland.com
- Brian D Huben    hubenb@ballardspahr.com,
  carolod@ballardspahr.com
- Benjamin Ikuta    bikuta@hml.law,
  aoremus@hml.law
- Lawrence A Jacobson
  laj@cohenandjacobson.com
- John Mark Jennings
  johnmark.jennings@kutakrock.com
- Monique D Jewett-Brewster
  mjb@hopkinscarley.com,
  eamaro@hopkinscarley.com
- Crystal Johnson    M46380@ATT.COM

- Gregory R Jones    gjones@mwe.com,
  rnhunter@mwe.com

- Lance N Jurich    ljurich@loeb.com,
  karnote@loeb.com;ladocket@loeb.com;ljuri
  ch@ecf.courtdrive.com

- Jeff D Kahane    jkahane@duanemorris.com,
  dmartinez@duanemorris.com

- Steven J Kahn    skahn@pszyjw.com

- Cameo M Kaisler
  salembier.cameo@pbgc.gov, efile@pbgc.gov

- Ivan L Kallick    ikallick@manatt.com,
  ihernandez@manatt.com

- Ori Katz    okatz@sheppardmullin.com,
  cshulman@sheppardmullin.com;ezisholtz@s
  heppardmullin.com

- Payam Khodadadi
  pkhodadadi@mcguirewoods.com,
  dkiker@mcguirewoods.com

- Christian T Kim    ckim@dumas-law.com,
  ckim@ecf.inforuptcy.com

- Jane Kim    jkim@kellerbenvenutti.com

- Monica Y Kim    myk@lnbrb.com,
  myk@ecf.inforuptcy.com

- Gary E Klausner    gek@lnbyb.com

- Nicholas A Koffroth
  nick.koffroth@dentons.com,
  chris.omeara@dentons.com

- Joseph A Kohanski
  jkohanski@bushgottlieb.com,
  kprestegard@bushgottlieb.com

- Darryl S Laddin    bkrfilings@agg.com

- Robert S Lampl    advocate45@aol.com,
  rlisarobinsonr@aol.com

- Richard A Lapping
  richard@lappinglegal.com

- Paul J Laurin    plaurin@btlaw.com,
  slmoore@btlaw.com;jboustani@btlaw.com

- Nathaniel M Leeds
  nathaniel@mitchelllawsf.com,
  sam@mitchelllawsf.com

- David E Lemke
  david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@
  wallerlaw.com;cathy.thomas@wallerlaw.co
  m

- Elan S Levey    elan.levey@usdoj.gov,
  louisa.lin@usdoj.gov

- Tracy L Mainguy
  bankruptcycourtnotices@unioncounsel.net,
  tmainguy@unioncounsel.net

- Samuel R Maizel
  samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.li
  t.LOS@dentons.com;tania.moyron@dentons
  .com;kathryn.howard@dentons.com;joan.m
  ack@dentons.com;derry.kalve@dentons.co
  m

- Alvin Mar    alvin.mar@usdoj.gov

- Craig G Margulies
  Craig@MarguliesFaithlaw.com,
  Victoria@MarguliesFaithlaw.com;David@Ma
  rguliesFaithLaw.com;Helen@MarguliesFaithl
  aw.com;Dana@marguliesfaithlaw.com

- Hutchison B Meltzer
  hutchison.meltzer@doj.ca.gov,
  Alicia.Berry@doj.ca.gov

- Christopher Minier
  becky@ringstadlaw.com,
  arlene@ringstadlaw.com

- John A Moe    john.moe@dentons.com,
  glenda.spratt@dentons.com,derry.kalve@de
  ntons.com,andy.jinnah@dentons.com

- Susan I Montgomery
  susan@simontgomerylaw.com,
  assistant@simontgomerylaw.com;simontgo
  merylawecf.com@gmail.com;montgomerysr
  71631@notify.bestcase.com

- Monserrat Morales
  Monsi@MarguliesFaithLaw.com,
  Victoria@MarguliesFaithLaw.com;David@M
  arguliesFaithLaw.com;Helen@marguliesfaithl
  aw.com;Dana@marguliesfaithlaw.com

- Kevin H Morse    kevin.morse@saul.com,
  rmarcus@AttorneyMM.com;sean.williams@
  saul.com

- Marianne S Mortimer
  mmortimer@sycr.com, tingman@sycr.com

- Tania M Moyron
  tania.moyron@dentons.com,
  chris.omeara@dentons.com;nick.koffroth@d
  entons.com

- Alan I Nahmias
  anahmias@mbnlawyers.com,
  jdale@mbnlawyers.com

- Jennifer L Nassiri
  jennifernassiri@quinnemanuel.com

- Charles E Nelson
  nelsonc@ballardspahr.com,
  wassweilerw@ballardspahr.com

- Sheila Gropper Nelson
  shedoesbklaw@aol.com

- Mark A Neubauer
  mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin
  @carltonfields.com;schau@carltonfields.co
  m;NDunn@carltonfields.com;ecfla@carltonfi
  elds.com

- Nancy Newman
  nnewman@hansonbridgett.com,
  ajackson@hansonbridgett.com;calendarclerk
  @hansonbridgett.com

- Bryan L Ngo    bngo@fortislaw.com,
  BNgo@bluecapitallaw.com;SPicariello@fortis
  law.com;JNguyen@fortislaw.com;JNguyen@
  bluecapitallaw.com

- Abigail V O'Brient    avobrient@mintz.com,
  docketing@mintz.com;DEHashimoto@mintz.
  com;nleali@mintz.com;ABLevin@mintz.com;
  GJLeon@mintz.com

- John R OKeefe    jokeefe@metzlewis.com,
  slohr@metzlewis.com

- Scott H Olson    solson@vedderprice.com,
  jcano@vedderprice.com,jparker@vedderpric
  e.com;scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedde
  rprice.com

- Giovanni Orantes    go@gobklaw.com,
  gorantes@orantes-
  law.com,cmh@gobklaw.com,gobklaw@gmail
  .com,go@ecf.inforuptcy.com;orantesgr8912
  2@notify.bestcase.com

- Keith C Owens    kowens@venable.com,
  khoang@venable.com

- R Gibson Pagter    gibson@ppilawyers.com,
  ecf@ppilawyers.com;pagterrr51779@notify.
  bestcase.com

- Paul J Pascuzzi    ppascuzzi@ffwplaw.com,
  lnlasley@ffwplaw.com

- Lisa M Peters    lisa.peters@kutakrock.com,
  marybeth.brukner@kutakrock.com

- Christopher J Petersen
  cjpetersen@blankrome.com,
  gsolis@blankrome.com

- Mark D Plevin    mplevin@crowell.com,
  cromo@crowell.com

- David M Poitras    dpoitras@wedgewood-
  inc.com,
  dpoitras@jmbm.com;dmarcus@wedgewood
  -inc.com;aguisinger@wedgewood-inc.com

- Steven G. Polard    spolard@ch-law.com,
  Melissa.tamura@rmkb.com

- David M Powlen    david.powlen@btlaw.com,
  pgroff@btlaw.com

- Christopher E Prince
  cprince@lesnickprince.com,
  jmack@lesnickprince.com;erivas@lesnickpri
  nce.com;cprince@ecf.courtdrive.com

- Lori L Purkey
  bareham@purkeyandassociates.com

- William M Rathbone
  wrathbone@grsm.com,
  jmydlandevans@grsm.com;sdurazo@grsm.c
  om

- Jason M Reed    Jason.Reed@Maslon.com

- Michael B Reynolds
  mreynolds@swlaw.com,
  kcollins@swlaw.com

- J. Alexandra Rhim    arhim@hrhlaw.com

- Emily P Rich    erich@unioncounsel.net,
  bankruptcycourtnotices@unioncounsel.net

- Lesley A Riis    lriis@dpmclaw.com

- Debra Riley    driley@allenmatkins.com

- Julie H Rome-Banks
  julie@bindermalter.com

- Mary H Rose    mrose@buchalter.com

4

- Megan A Rowe    mrowe@dsrhealthlaw.com,
  lwestoby@dsrhealthlaw.com
- Nathan A Schultz
  nschultz@goodwinlaw.com
- William Schumacher
  wschumacher@jonesday.com
- Mark A Serlin    ms@swllplaw.com,
  mor@swllplaw.com
- Seth B Shapiro    seth.shapiro@usdoj.gov
- David B Shemano
  dshemano@shemanolaw.com
- Joseph Shickich
  jshickich@riddellwilliams.com
- Mark Shinderman
  mshinderman@milbank.com,
  dmuhrez@milbank.com;dlbatie@milbank.co
  m
- Rosa A Shirley
  rshirley@nelsonhardiman.com,
  ksherry@nelsonhardiman.com;lgill@nelsonh
  ardiman.com;rrange@nelsonhardiman.com
- Kyrsten Skogstad    kskogstad@calnurses.org,
  rcraven@calnurses.org
- Michael St James    ecf@stjames-law.com
- Andrew Still    astill@swlaw.com,
  kcollins@swlaw.com
- Jason D Strabo    jstrabo@mwe.com,
  cfuraha@mwe.com
- Sabrina L Streusand    Streusand@slollp.com
- Ralph J Swanson
  ralph.swanson@berliner.com,
  sabina.hall@berliner.com
- Gary F Torrell    gtorrell@health-law.com
- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov
- Cecelia Valentine
  cecelia.valentine@nlrb.gov
- Matthew S Walker
  matthew.walker@pillsburylaw.com,
  renee.evans@pillsburylaw.com,docket@pills
  burylaw.com
- Jason Wallach    jwallach@ghplaw.com,
  g33404@notify.cincompass.com

- Kenneth K Wang
  kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@do
  j.ca.gov;yesenia.caro@doj.ca.gov
- Phillip K Wang
  phillip.wang@rimonlaw.com,
  david.kline@rimonlaw.com
- Adam G Wentland
  awentland@tocounsel.com,
  lkwon@tocounsel.com
- Latonia Williams    lwilliams@goodwin.com,
  bankruptcy@goodwin.com
- Michael S Winsten    mike@winsten.com
- Jeffrey C Wisler
  jwisler@connollygallagher.com,
  dperkins@connollygallagher.com
- Neal L Wolf    nwolf@hansonbridgett.com,
  calendarclerk@hansonbridgett.com,lchappel
  l@hansonbridgett.com
- Hatty K Yip    hatty.yip@usdoj.gov
- Andrew J Ziaja    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonar
  dcarder.com;lbadar@leonardcarder.com
- Rose Zimmerman
  rzimmerman@dalycity.org

**To Be Served by U.S. First class Mail**

| United States Trustee<br>Hatty K Yip<br>Office of the UST/DOJ<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles CA 90017 | Debtors<br>Verity Health System<br>Elspeth D. Paul, Esq.<br>General Counsel<br>2040 East Mariposa Avenue<br>El Segundo, CA 90245 | Official Committee of<br>Unsecured Creditors<br>Milbank LLP<br>Gregory A. Bray, Esq.<br>2029 Century Park East, 33rd Fl<br>Los Angeles, CA 90067 |
|---|---|---|

DOCS_SF:101548.1 89566/001