LOEB & LOEB LLP
KARL E. BLOCK (SBN 112739)
DANIEL B. BESIKOF (*Pro Hac Vice* Pending)
LISA E. RUBIN (SBN 317355)
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California  90067
Telephone:    310.282.2000
Facsimile:    310.282.2200
kblock@loeb.com; dbesikof@loeb.com; lrubin@loeb.com

Attorneys for Creditor
SCAN Health Plan, a California nonprofit
public benefit corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.,*<br><br>   Debtors and Debtors in Possession. | Lead Case No.:  2:18-bk-20151-ER<br>**CHAPTER: 11**<br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER |
| ☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures – San Jose Dialysis, LLC,<br><br>   Debtors and Debtors in Possession. | **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS OF SCAN HEALTH PLAN**<br><br>**Hearing:**<br>Date:          NO HEARING SET<br>Time:<br>Location: |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

SCAN Health Plan, a California nonprofit public benefit corporation ("SCAN"), by and through its undersigned counsel, hereby submits this request for payment of administrative expense claims (this "Request for Payment").  In support of this Request for Payment, SCAN respectfully submits as follows.

## I.    BACKGROUND

### A.    The SCAN Agreements.

SCAN is a California nonprofit corporation headquartered in Long Beach, California.  Since its formation in the 1970's, SCAN has played a material part in seeking favorable healthcare outcomes for seniors.  Until the program was ended in 2004, SCAN was a social HMO (health maintenance organization), providing health care benefits to seniors by way of long term and acute care in order to minimize institutionalization of its members.  At the conclusion of the social HMO program, SCAN was designated as a Medicare Advantage Organization by the Centers for Medicare & Medicaid Services ("CMS") of the United States Department of Health & Human Services.

SCAN is under contract with CMS pursuant to Section 402 of the 1967 Amendments to the Social Security Act and the Department of Health Services of the State of California pursuant to Article 1 (commencing with Section 14490) of the California Welfare and Institutions Code, and is licensed by the State of California's Department of Managed Health Care as a health care service plan pursuant to the Knox-Keene Health Care Service Plan Act of 1975, as amended.

As a result of its Federal and State licensing, SCAN continues to offer benefit plans to Medicare beneficiaries who choose to enroll with SCAN.  SCAN also provides important community benefits to its members.  These benefits include the Independence at Home program (IAH) that provides long term and personal care coordination for low-income seniors and functionally disabled adults.  SCAN also sponsors the Volunteer Action for Aging (VAA) program, a community service that provides individuals with the ability to volunteer for episodic events and ongoing opportunities and engage isolated seniors in community activities.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

SCAN has more than 200,000 members in Northern and Southern California. SCAN has contracts with many of the Debtors, including St. Vincent's Medical Center ("St. Vincent"), St. Francis Medical Center ("St. Francis"), O'Connor Hospital and Seton Medical Center ("Seton"). The SCAN agreement with O'Connor Hospital was assumed. The remaining five contracts are the subject of the pending sale and of this Request for Payment.

Two of the five relevant SCAN agreements are "capitation" agreements: (i) the Agreement Between SCAN Health Plan and St. Francis Medical Center for the Provision of SCAN Hospital Services to St. Francis IPA Medical Group, Inc., dated February 1, 2002 (as amended, the "St. Francis Capitation Agreement"); and (ii) the Agreement Between SCAN Health Plan and St. Vincent Medical Center for the Provision of SCAN Hospital Services to St. Vincent IPA Medical Corporation, dated March 1, 2002 (as amended, the "St. Vincent Capitation Agreement" and, together with the St. Francis Capitation Agreement, the "Capitation Agreements").

Pursuant to the Capitation Agreements, SCAN contracts to make monthly payments to St. Francis and St. Vincent for each of the SCAN health plan members assigned to receive care through St. Francis and St. Vincent (the "Capitation Payments"). In exchange for the Capitation Payments, St. Francis and St. Vincent agree to provide certain medical services to the SCAN members that are subject to the Capitation Agreements, to assume financial risk for the care of the members and to perform certain delegated services for such members.

Each of the Capitation Agreements includes a division of financial responsibility between St. Francis and St. Vincent (as applicable) on the one hand, and SCAN on the other hand, that specifies which party is financially responsible for the provision of certain services to SCAN's members. The Capitation Payments are fixed in amount, per member, and are paid by SCAN whether or not any SCAN plan members actually are provided services by St. Francis and St. Vincent.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

SCAN is also party to three "fee for service" agreements:  (i) the Interim Per Diem Hospital Services Agreement Between SCAN Health Plan and St. Francis Medical Center, for the Provision of SCAN Hospital Services to SCAN Members, dated December 1, 2009 (as amended, the "St. Francis Per Diem Agreement"); the (ii) Agreement between Scan Health Plan and Seton Medical Center, for the Provision of Hospital Services (Fee for Service), dated October 1, 2012 (as amended, the "Seton Agreement"); and (iii) the Agreement Between SCAN Health Plan and St. Vincent Medical Center for the Provision of SCAN Health Plan Hospital and Other Services (as amended, the "St. Vincent Per Diem Agreement," and collectively with the St. Francis Per Diem Agreement and the Seton Agreement, the "Fee for Service Agreements" and collectively with the Capitation Agreements, the "SCAN Agreements").[1]

Pursuant to the Fee for Service Agreements, SCAN agreed to pay certain agreed-upon fees to the Debtors in exchange for the provision of certain covered medical services to SCAN's members.  These fees are paid by SCAN ("Service Payments") only upon, among other things, the services actually having been rendered to SCAN's members.

**B.    The Bankruptcy Case And Sale Process.**

On August 31, 2018 ("Petition Date"), each of the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

On February 19, 2019, the Court entered the *Order (1) Approving Form of Asset Purchase Agreement for Stalking Horse Bidder and for Prospective Overbidders, (2) Approving Auction Sale Format, Bidding Procedures and Stalking Horse Bid Protections, (3) Approving Form of Notice to be Provided to Interested Parties, (4) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest Bidder and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order (A) Authorizing the Sale of Property Free and*

---

[1] The SCAN Agreements are voluminous, contain highly confidential and proprietary business terms and thus are not attached hereto.  Redacted copies (unless otherwise agreed) will be made available upon written request to SCAN's counsel.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

1     *Clear of All Claims, Liens and Encumbrances; Memorandum of Points and Authorities in*

2     *Support Thereof* [Docket No. 1572] (the "<u>Bidding Procedures Order</u>"),**[2]** authorizing

3     Debtors to conduct an auction to select the party (the "<u>Successful Bidder</u>") to purchase

4     certain assets, including the APA Facilities and the other Assets (the "<u>Sale Assets</u>").

5         The status of the SCAN Agreements in connection with the sale has not yet been

6     determined.  The Debtors have neither rejected nor assumed the SCAN Agreements.

7     SCAN has submitted cure objections relating to the assumption of the SCAN Agreements,

8     which remain unresolved.

9             **i.**       **Claims Under The Capitation Agreements.**

10         From time to time, SCAN members that are the subject of the Capitation

11     Agreements obtain care from providers other than St. Francis and St. Vincent, despite the

12     provision of that care being the financial responsibility of St. Francis and St. Vincent (as

13     applicable).  Circumstances exist where SCAN could be required to pay for those services

14     on behalf of its members, and St. Francis and St. Vincent would be obligated to reimburse

15     SCAN for those amounts.

16         Since the Petition Date, certain claims that have been made for services rendered on

17     behalf of SCAN's members by providers other than St. Francis for which St. Francis is

18     financially responsible (the "<u>St. Francis Amounts</u>").  St. Francis is obligated to reimburse

19     SCAN in respect of the St. Francis Amounts to the extent those amounts are paid to the

20     non-St. Francis provider by SCAN.  To the extent any St. Francis Amounts arising after

21     the Petition Date SCAN have been paid by SCAN and have not been reimbursed by St.

22     Francis, SCAN asserts an administrative expense claim in respect thereof (the "<u>St. Francis</u>

23     <u>Reimbursement Amounts</u>").  The amount of St. Francis Reimbursement Amounts owed to

24     SCAN currently is unliquidated.

25         Since the Petition Date, certain claims that have been made for services rendered on

26     behalf of SCAN's members by providers other than St. Vincent for which St. Vincent is

27

28       **[2]** Capitalized terms used but not defined herein shall have the meanings ascribed to those terms in the Bidding Procedures Order.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

financially responsible (the "St. Vincent Amounts").  St. Vincent is obligated to reimburse SCAN in respect of the St. Vincent Amounts to the extent those amounts are paid to the non-St. Vincent provider by SCAN.  To the extent any St. Vincent Amounts arising after the Petition Date SCAN have been paid by SCAN and have not been reimbursed by St. Vincent, SCAN asserts an administrative expense claim in respect thereof (the "St. Vincent Reimbursement Amounts").  The amount of St. Vincent Reimbursement Amounts owed to SCAN currently is unliquidated.

In addition, SCAN is owed money under the Capitation Agreements in an unliquidated amount due to, among other things, (i) overpayments by SCAN, (ii)  breaches or potential breaches by St. Francis and St. Vincent of their respective Capitation Agreements; (iii) for indemnification obligations owed by the applicable Debtors to SCAN under the Capitation Agreements; and (iv) otherwise as provided in the Capitation Agreements (the "Ancillary Capitation Amounts").  SCAN asserts an administrative expense claim for all Ancillary Capitation Amounts arising after the Petition Date (the "Postpetition Ancillary Capitation Amounts"), which amount is presently unliquidated.

SCAN has rights of recoupment under each of the Capitation Agreements and reserves the right to recoup all amounts owed to SCAN against future Capitation Payments owed under the Capitation Agreements in accordance with the terms of the Capitation Agreements and/or applicable law.

ii.    **Claims Under The Fee For Service Agreements.**

From time to time, the Debtors owe money to SCAN under the Fee for Service Agreements as a result of, among other things, (i) overpayment by SCAN of Service Payments; (ii) payments made in error by SCAN for services that were not subject to the Fee for Service Agreements; (iii) breaches by the applicable Debtors under the Fee for Service Agreements; (iv) indemnification obligations owed by the applicable Debtors to SCAN under the Fee for Service Agreements; and (v) otherwise as provided in the Fee for Service Agreements (the "Fee for Service Amounts").  To the extent SCAN is owed any Fee for Service Amounts arising after the Petition Date (the "Postpetition Fee for Service

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

Amounts"), SCAN hereby asserts an administrative expense claim, the amount of which is presently unliquidated.

SCAN has rights of recoupment under each of the Fee for Service Agreements and reserves the right to recoup all amounts owed to SCAN against future Service Payments owed under the Fee for Service Agreements in accordance with the terms of the Fee for Service Agreements and/or applicable law.

**C.    SCAN is Entitled to Payment of Administrative Expense Claims.**

SCAN asserts that it has a claim under the SCAN Agreements, presently unliquidated, for all St. Francis Reimbursement Amounts, St. Vincent Reimbursement Amounts, Postpetition Ancillary Capitation Amounts, and Postpetition Fee for Service Amounts (the "Postpetition Amounts").

The Debtors have not assumed or rejected any of the SCAN Agreements.  It is well settled that "[i]f the debtor-in-possession elects to continue to receive benefits from the other party to an executory contract pending a decision to reject or assume the contract, the debtor-in-possession is obligated to pay for the reasonable value of" those benefits.  *NLRB v. Bildisco and Bildisco*, 465 U.S. 513, 531 (1984).

The SCAN Agreements provided benefit to the estates that would entitle SCAN to an administrative expense claim in the full amount of the Postpetition Amounts.  With respect to the St. Francis Reimbursement Amounts and the St. Vincent Reimbursement Amounts, SCAN provided value to the Debtors' estates, on a dollar for dollar basis, by satisfying claims on which the Debtors are liable.  Likewise, the Postpetition Ancillary Capitation Amounts and the Postpetition Fee for Service Amounts largely represent overpayments made by SCAN to the Debtors under the applicable agreements.  Those overpayments and the other benefits under the SCAN Agreements giving rise to the Postpetition Ancillary Capitation Amounts and the Postpetition Fee for Service Amounts enriched the Debtors' estates and are sufficient benefit to the Debtors' estates to justify the payment of an administrative expense claim to SCAN.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

Because the Debtors benefited postpetition from the Postpetition Amounts, such amounts are entitled to administrative expense priority as actual and necessary costs of preserving the Debtors' estates under Section 503(b)(1) of the Bankruptcy Code. However, even if the Debtors were, somehow, not benefitted by the Postpetition Amounts, the Debtors would still be obligated to SCAN for the Postpetition Amounts as an administrative claim because, absent such payment, SCAN would be damaged from the Debtors' continued operation after the Petition Date, a result that is inappropriate under the seminal case of *Reading Co. v. Brown*, 391 U.S. 471, 88 S.Ct. 1759, 20 L.Ed.2d 751 (1968) (administrative claim is appropriate where it arises out of the operation of a debtor's business during bankruptcy, as a matter of fundamental fairness").

**D.    Supporting Documents And Reservation of Rights.**

This Request for Payment is supported by (i) the SCAN Agreements, (ii) certain correspondence, (iii) the books and records of SCAN and (upon information and belief) the Debtors, and (iv) other supporting documentation.  The SCAN Agreements are voluminous, contain highly confidential commercial terms and are in the possession of the Debtors, upon information and belief.  The remaining supporting documentation is also voluminous, contains confidential health information regarding SCAN's members and may also be in the Debtor's possession.  None of the foregoing documents is attached hereto for the reasons articulated.  SCAN will provide redacted copies to any party in interest, upon request, of such documents, unless agreed otherwise.

The execution and filing of this Request for Payment is not (i) a waiver by SCAN of the right to assert any and all other claims of whatever kind or nature that it has, may have, or that come to SCAN's attention or arise after the filing of this Request for Payment (and the filing of this Request for Payment shall not be deemed a waiver of any such rights); (ii) a consent or submission by SCAN to the jurisdiction of any Court with respect to any proceeding commenced in this or any other case against or otherwise involving SCAN; (iii) an election of remedy that waives or otherwise affects any other remedy; (iv) a waiver of any rights or remedies under, relating to or in connection with any transactional

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

documents between SCAN and the Debtor or otherwise in respect of the Debtors, their affiliates or any other person or entity; or (vi) a waiver of or limitation on any rights or remedies of SCAN, at law or in equity.

SCAN expressly reserves the right (i) to respond to any objection to this Request for Payment, including by providing additional documentary support for the amounts asserted hereby; and (ii) to amend or supplement this Request for Payment in any respect, including, but not limited to, the filing of additional Requests for Payment of claims not covered by this Request for Payment or supplemental Requests for Payment to liquidate amounts set forth herein as unliquidated.

## II.    CONCLUSION

**WHEREFORE**, for the foregoing reasons, SCAN respectfully requests that the Court grant SCAN an administrative expense claim under Section 503(b)(1) in an amount consistent with this Request for Payment.

Dated:    October 7, 2019

LOEB & LOEB LLP
KARL E. BLOCK
DANIEL B. BESIKOF
LISA E. RUBIN

By: /s/ Karl E. Block
Karl E. Block
Daniel B. Besikof
Lisa E. Rubin
Attorneys for Creditor
SCAN Health Plan, a California nonprofit
public benefit corporation

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

18229655.2
209585-10011

REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS
OF SCAN HEALTH PLAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS OF SCAN HEALTH PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 7, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Federal Express</u>
Honorable Earnest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2019 | | *Tannette Gates* | |
|---|---|---|---|
| *Date* | *Printed Name* | *Signature* | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

<u>Service List</u>

<u>Overnight Delivery</u>

Sam J Alberts
DENTONS US LLP
1900 K Street NW
Washington, DC 20006

Shirley Cho
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl 13th Fl
Los Angeles, CA 90067-4100

Steven J Kahn
10100 Santa Monica Blvd Ste 13th Flr
Los Angeles, CA 90067-4003

Nicholas A Koffroth
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

Samuel R Maizel
Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

Patrick Maxcy
Dentons US LLP
233 S Wacker Dr Ste 5900
Chicago, IL 60606

John A Moe, II
Dentons US LLP
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704

Claude D Montgomery
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1001

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

Tania M Moyron
Dentons US LLP
601 South Figuerora Street
Suite 2500
Los Angeles, CA 90017-5704

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Electronic Mail Notice

Service List

Alexandra Achamallah on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.; aachamallah@milbank.com, rliubicic@milbank.com

Alexandra Achamallah on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. aachamallah@milbank.com, rliubicic@milbank.com

Melinda Alonzo on behalf of Creditor AT&T; ml7829@att.com

Robert N Amkraut on behalf of Creditor Swinerton Builders ramkraut@foxrothschild.com

Kyra E Andrassy on behalf of Creditor MGH Painting, Inc.; kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com

Kyra E Andrassy on behalf of Creditor Transplant Connect, Inc.; kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF; kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com; jchung@swelawfirm.com

Simon Aron on behalf of Interested Party RCB Equities #1, LLC saron@wrslawyers.com

Lauren T Attard on behalf of Creditor SpecialtyCare Cardiovascular Resources, LLC lattard@bakerlaw.com, agrosso@bakerlaw.com

Allison R Axenrod on behalf of Creditor CRG Financial LLC allison@claimsrecoveryllc.com

Keith Patrick Banner on behalf of Creditor Abbott Laboratories Inc. kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner on behalf of Interested Party CO Architects; kbanner@greenbergglusker.com, sharper@greenbergglusker.com; calendar@greenbergglusker.com

Cristina E Bautista on behalf of Creditor Health Net of California, Inc. cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com

James Cornell Behrens on behalf of Attorney Milbank, Tweed, Hadley & Mccloy jbehrens@milbank.com, gbray@milbank.com; mshinderman@milbank.com; dodonnell@milbank.com;jbrewster@milbank.com; JWeber@milbank.com

James Cornell Behrens on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. jbehrens@milbank.com, gbray@milbank.com; mshinderman@milbank.com; dodonnell@milbank.com; jbrewster@milbank.com; JWeber@milbank.com

James Cornell Behrens on behalf of Financial Advisor FTI Consulting, Inc. jbehrens@milbank.com, gbray@milbank.com; mshinderman@milbank.com; dodonnell@milbank.com; jbrewster@milbank.com; JWeber@milbank.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

James Cornell Behrens on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al. jbehrens@milbank.com, gbray@milbank.com; mshinderman@milbank.com; dodonnell@milbank.com; jbrewster@milbank.com; JWeber@milbank.com

Ron Bender on behalf of Health Care Ombudsman J. Nathan Ruben rb@lnbyb.com

Ron Bender on behalf of Health Care Ombudsman Jacob Nathan Rubin rb@lnbyb.com

Bruce Bennett on behalf of Creditor NantHealth, Inc. bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Nantworks, LLC bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Verity MOB Financing II LLC bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Verity MOB Financing LLC bbennett@jonesday.com

Peter J Benvenutti on behalf of Creditor County of San Mateo pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com

Leslie A Berkoff on behalf of Creditor Centinel Spine LLC lberkoff@moritthock.com, hmay@moritthock.com

Steven M Berman on behalf of Creditor KForce, Inc. sberman@slk-law.com

Stephen F Biegenzahn on behalf of Creditor Josefina Robles efile@sfblaw.com

Stephen F Biegenzahn on behalf of Interested Party Courtesy NEF efile@sfblaw.com

Scott E Blakeley on behalf of Creditor Universal Hospital Services, Inc. seb@blakeleyllp.com, ecf@blakeleyllp.com

Karl E Block on behalf of Creditor SCAN Health Plan; kblock@loeb.com, jvazquez@loeb.com; ladocket@loeb.com; kblock@ecf.courtdrive.com

Karl E Block on behalf of Interested Party Courtesy NEF; kblock@loeb.com, jvazquez@loeb.com; ladocket@loeb.com; kblock@ecf.courtdrive.com

Dustin P Branch on behalf of Interested Party Wells Fargo Bank, National Association, as indenture trustee branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com

Michael D Breslauer on behalf of Creditor Hunt Spine Institute, Inc.; mbreslauer@swsslaw.com, wyones@swsslaw.com; mbreslauer@ecf.courtdrive.com; wyones@ecf.courtdrive.com

Chane Buck on behalf of Interested Party Courtesy NEF cbuck@jonesday.com

Lori A Butler on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov, efile@pbgc.gov

Howard Camhi on behalf of Creditor The Huntington National Bank hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com

Barry A Chatz on behalf of Creditor Alcon Vision, LLC barry.chatz@saul.com, jurate.medziak@saul.com

Shirley Cho on behalf of Attorney Pachulski Stang Ziehl & Jones LLP scho@pszjlaw.com

Shirley Cho on behalf of Debtor Verity Health System of California, Inc. scho@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Shawn M Christianson on behalf of Creditor Oracle America, Inc. cmcintire@buchalter.com, schristianson@buchalter.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com, schristianson@buchalter.com

Louis J. Cisz, III on behalf of Creditor El Camino Hospital lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Louis J. Cisz, III on behalf of Creditor El Camino Medical Associates, P.C. lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Leslie A Cohen on behalf of Defendant HERITAGE PROVIDER NETWORK, INC., a California corporation, leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com

Kevin Collins on behalf of Creditor Roche Diagnostics Corporation kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com

David N Crapo on behalf of Creditor Sharp Electronics Corporation dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com

Mariam Danielyan on behalf of Creditor Aida Iniguez md@danielyanlawoffice.com, danielyan.mar@gmail.com

Mariam Danielyan on behalf of Creditor Francisco Iniguez md@danielyanlawoffice.com, danielyan.mar@gmail.com

Brian L Davidoff on behalf of Creditor Abbott Laboratories Inc. bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com

Brian L Davidoff on behalf of Interested Party Alere Informaties, Inc. bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com

Brian L Davidoff on behalf of Interested Party CO Architects bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com; jking@greenbergglusker.com

Aaron Davis on behalf of Creditor US Foods, Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com

Lauren A Deeb on behalf of Creditor McKesson Corporation lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com

Lauren A Deeb on behalf of Creditor McKesson Technologies, Inc. n/k/a Change Health Care Technologies, LLC lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com

Daniel Denny on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.; ddenny@milbank.com

Anthony Dutra on behalf of Creditor Local Initiative Health Authority for Los Angeles County, operating and doing business as L.A. Care Health Plan; adutra@hansonbridgett.com

Anthony Dutra on behalf of Defendant LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY DBA L.A. CARE HEALTH PLAN, an independent local public agency adutra@hansonbridgett.com

Kevin M Eckhardt on behalf of Creditor C. R. Bard, Inc., kevin.eckhardt@gmail.com, keckhardt@hunton.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Kevin M Eckhardt on behalf of Creditor Eurofins VRL, Inc., kevin.eckhardt@gmail.com, keckhardt@hunton.com

Kevin M Eckhardt on behalf of Creditor Smith & Nephew, Inc., kevin.eckhardt@gmail.com, keckhardt@hunton.com

Lei Lei Wang Ekvall on behalf of Creditor Cardinal Health; lekvall@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com

David K Eldan on behalf of Interested Party Attorney General For The State Of Ca, david.eldan@doj.ca.gov, teresa.depaz@doj.ca.gov

David K Eldan on behalf of Interested Party Xavier Becerra, Attorney General of California david.eldan@doj.ca.gov, teresa.depaz@doj.ca.gov

Andy J Epstein on behalf of Creditor Ivonne Engelman taxcpaesq@gmail.com

Andy J Epstein on behalf of Creditor Rosa Carcamo taxcpaesq@gmail.com

Andy J Epstein on behalf of Interested Party Courtesy NEF taxcpaesq@gmail.com

Richard W Esterkin on behalf of Creditor Zimmer US, Inc. richard.esterkin@morganlewis.com

Christine R Etheridge on behalf of Creditor Fka GE Capital Wells Fargo Vendor Financial Services, LLC christine.etheridge@ikonfin.com

M Douglas Flahaut on behalf of Creditor Medline Industries, Inc. flahaut.douglas@arentfox.com

Michael G Fletcher on behalf of Interested Party Courtesy NEF mfletcher@frandzel.com, sking@frandzel.com

Joseph D Frank on behalf of Creditor Experian Health fka Passport Health Communications Inc jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Joseph D Frank on behalf of Creditor Experian Health, Inc.; jfrank@fgllp.com, mmatlock@fgllp.com; csmith@fgllp.com; jkleinman@fgllp.com;csucic@fgllp.com

William B Freeman on behalf of Creditor Health Net of California, Inc. bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com; ecf.lax.docket@kattenlaw.com

Eric J Fromme on behalf of Creditor CHHP Holdings II, LLC efromme@tocounsel.com, lchapman@tocounsel.com; sschuster@tocounsel.com

Eric J Fromme on behalf of Creditor CPH Hospital Management, LLC efromme@tocounsel.com; lchapman@tocounsel.com; sschuster@tocounsel.com

Eric J Fromme on behalf of Creditor Eladh, L.P.; efromme@tocounsel.com; lchapman@tocounsel.com;sschuster@tocounsel.com

Eric J Fromme on behalf of Creditor Gardena Hospital L.P. efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com

Amir Gamliel on behalf of Creditor Parallon Revenue Cycle Services, Inc. f/k/a The Outsource Group, Inc. amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Amir Gamliel on behalf of Creditor Quadramed Affinity Corporation and Picis Clinical Solutions Inc. amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Jeffrey K Garfinkle on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com;  docket@buchalter.com; dcyrankowski@buchalter.com

Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com; docket@buchalter.com; dcyrankowski@buchalter.com

Thomas M Geher on behalf of Special Counsel Jeffer Mangles Butler & Mitchell LLP tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Lawrence B Gill on behalf of Interested Party Courtesy NEF lgill@nelsonhardiman.com, rrange@nelsonhardiman.com

Paul R. Glassman on behalf of Creditor Long Beach Memorial Medical Center pglassman@sycr.com

Matthew A Gold on behalf of Creditor Argo Partners courts@argopartners.net

Eric D Goldberg on behalf of Creditor Otsuka Pharmaceutical Development & Commercialization, Inc. eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Marshall F Goldberg on behalf of Attorney c/o Glass & Goldberg PHILLIPS MEDICAL CAPITAL mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com

Richard H Golubow on behalf of Creditor Anil Jain

rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Catherine Wolferd

rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Roseann Gonzalez

rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com

David Guess on behalf of Creditor Medtronic USA, Inc. dguess@bienertkatzman.com, 4579179420@filings.docketbird.com

David Guess on behalf of Creditor NTT DATA Services Holding Corporation dguess@bienertkatzman.com, 4579179420@filings.docketbird.com

Anna Gumport on behalf of Interested Party Medical Office Buildings of California, LLC agumport@sidley.com

Melissa T Harris on behalf of Creditor Pension Benefit Guaranty Corporation harris.melissa@pbgc.gov, efile@pbgc.gov

James A Hayes, Jr on behalf of Creditor Royal West Development, Inc. jhayes@jamesahayesaplc.com

Michael S Held on behalf of Creditor Medecision, Inc. mheld@jw.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

lhilton@onellp.com,
lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com

Robert M Hirsh on behalf of Creditor Medline Industries, Inc. Robert.Hirsh@arentfox.com

Robert M Hirsh on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California, Inc., et al.

Robert.Hirsh@arentfox.com

Florice Hoffman on behalf of Creditor National Union of Healthcare Workers fhoffman@socal.rr.com,
floricehoffman@gmail.com

Lee F Hoffman on behalf of Creditor Anthony Barajas leehoffmanjd@gmail.com, lee@fademlaw.com

Lee F Hoffman on behalf of Creditor Sydney Thomson leehoffmanjd@gmail.com, lee@fademlaw.com

Michael Hogue on behalf of Creditor Medical Anesthesia Consultants Medical Group, Inc. hoguem@gtlaw.com,
SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Michael Hogue on behalf of Creditor Workday, Inc. hoguem@gtlaw.com,
SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Matthew B Holbrook on behalf of Interested Party Courtesy NEF mholbrook@sheppardmullin.com,
mmanns@sheppardmullin.com

David I Horowitz on behalf of Creditor Conifer Health Solutions, LLC david.horowitz@kirkland.com,

keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com

Brian D Huben on behalf of Creditor Southeast Medical Center, LLC and Slauson Associates of Huntington Park, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Joan Huh on behalf of Creditor California Dept. of Tax and Fee Administration joan.huh@cdtfa.ca.gov

Benjamin Ikuta on behalf of Creditor Bill Ma bikuta@hml.law, aoremus@hml.law

Lawrence A Jacobson on behalf of Creditor Michael Pacelli laj@cohenandjacobson.com

John Mark Jennings on behalf of Creditor GE HFS, LLC johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com

Monique D Jewett-Brewster on behalf of Creditor Paragon Mechanical, Inc. mjb@hopkinscarley.com,
eamaro@hopkinscarley.com

Crystal Johnson on behalf of Debtor Verity Medical Foundation M46380@ATT.COM

Gregory R Jones on behalf of Interested Party County of Santa Clara gjones@mwe.com, rnhunter@mwe.com

Jeff D Kahane on behalf of Creditor The Chubb Companies jkahane@duanemorris.com, dmartinez@duanemorris.com

Jeff D Kahane on behalf of Interested Party The Chubb Companies jkahane@duanemorris.com,
dmartinez@duanemorris.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                    **F 9013-3.1.PROOF.SERVICE**

Steven J Kahn on behalf of Debtor Verity Health System of California, Inc. skahn@pszyjw.com

Steven J Kahn on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER, a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn on behalf of Plaintiff ST. VINCENT MEDICAL CENTER, a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn on behalf of Plaintiff VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation

skahn@pszyjw.com

Cameo M Kaisler on behalf of Creditor Pension Benefit Guaranty Corporation salembier.cameo@pbgc.gov, efile@pbgc.gov

Ivan L Kallick on behalf of Interested Party Ivan Kallick ikallick@manatt.com, ihernandez@manatt.com


Ori Katz on behalf of Creditor Sunquest Information Systems, Inc.

okatz@sheppardmullin.com,
cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com;lsegura@sheppardmullin.com

Payam Khodadadi on behalf of Creditor Aetna Life Insurance Company pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com

Christian T Kim on behalf of Creditor Irene Rodriguez ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Jane Kim on behalf of Creditor County of San Mateo jkim@kellerbenvenutti.com

Monica Y Kim on behalf of Health Care Ombudsman Jacob Nathan Rubin myk@lnbrb.com, myk@ecf.inforuptcy.com

Gary E Klausner on behalf of Interested Party Courtesy NEF gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Strategic Global Management, Inc. gek@lnbyb.com

Nicholas A Koffroth on behalf of Debtor Verity Health System of California, Inc. nick.koffroth@dentons.com, chris.omeara@dentons.com

Nicholas A Koffroth on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation

nick.koffroth@dentons.com, chris.omeara@dentons.com

Nicholas A Koffroth on behalf of Debtor In Possession Verity Health System of California, Inc. nick.koffroth@dentons.com, chris.omeara@dentons.com

Joseph A Kohanski on behalf of Creditor California Nurses Association jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Joseph A Kohanski on behalf of Creditor United Nurses Associations of CA/Union of Health Care Professionals
jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com

Darryl S Laddin on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles, Inc. bkrfilings@agg.com

Robert S Lampl on behalf of Creditor Surgical Information Systems, LLC advocate45@aol.com, rlisarobinsonr@aol.com

Robert S Lampl on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles, Inc. advocate45@aol.com,
rlisarobinsonr@aol.com

Richard A Lapping on behalf of Creditor Retirement Plan for Hospital Employees richard@lappinglegal.com

Paul J Laurin on behalf of Creditor 3M Corporation plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com


Paul J Laurin on behalf of Creditor Roche Diagnostics Corporation plaurin@btlaw.com,
slmoore@btlaw.com;jboustani@btlaw.com

Nathaniel M Leeds on behalf of Creditor Christopher Steele nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com

David E Lemke on behalf of Creditor ALLY BANK

david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com

Lisa Lenherr on behalf of Creditor Varian Medical Systems, Inc. llenherr@wendel.com, bankruptcy@wendel.com

Elan S Levey on behalf of Creditor Centers for Medicare and Medicaid Services elan.levey@usdoj.gov,
louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor Federal Communications Commission elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor Pension Benefit Guaranty Corporation elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor United States Department of Health and Human Services elan.levey@usdoj.gov,
louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor United States Of America elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Elan S Levey on behalf of Creditor United States of America, on behalf of the Federal Communications Commission
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 bankruptcycourtnotices@unioncounsel.net,
tmainguy@unioncounsel.net

Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 Health and Welfare Trust Fund
bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net

Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund
bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net

Samuel R Maizel on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC samuel.maizel@dentons.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor De Paul Ventures, LLC samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor O'Connor Hospital Foundation samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor St. Francis Medical Center of Lynwood Foundation samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor St. Vincent Foundation samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor Verity Business Services samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor Verity Health System of California, Inc. samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor Verity Holdings, LLC samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor Verity Medical Foundation samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California nonprofit public benefit corporation

samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack

Samuel R Maizel on behalf of Debtor In Possession Verity Health System of California, Inc.
samuel.maizel@dentons.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

alicia.aguilar@dentons.com; docket.general.lit.LOS@dentons.com;
tania.moyron@dentons.com;kathryn.howard@dentons.com; joan.mack

Samuel R Maizel on behalf of Financial Advisor Berkeley Research Group LLC samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.
com;joan.mack

Samuel R Maizel on behalf of Plaintiff Verity Health System of California, Inc. samuel.maizel@dentons.com,

alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.
com;joan.mack

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov

Craig G Margulies on behalf of Creditor Hooper Healthcare Consulting LLC

Craig@MarguliesFaithlaw.com,
Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Dana@marguliesfaithlaw.com

Craig G Margulies on behalf of Interested Party Courtesy NEF

Craig@MarguliesFaithlaw.com,
Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Dana@marguliesfaithlaw.com

Hutchison B Meltzer on behalf of Interested Party Attorney General For The State Of Ca hutchison.meltzer@doj.ca.gov,
Alicia.Berry@doj.ca.gov

Christopher Minier on behalf of Creditor Belfor USA Group, Inc. becky@ringstadlaw.com, arlene@ringstadlaw.com

John A Moe, II on behalf of Attorney Dentons US LLP john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor O'Connor Hospital john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor O'Connor Hospital Foundation john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor Seton Medical Center john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center of Lynwood Foundation john.moe@dentons.com,
derry.kalve@dentons.com

John A Moe, II on behalf of Debtor St. Louise Regional Hospital john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor St. Vincent Dialysis Center, Inc. john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor St. Vincent Foundation john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Debtor Verity Health System of California, Inc. john.moe@dentons.com,
derry.kalve@dentons.com

John A Moe, II on behalf of Debtor Verity Medical Foundation john.moe@dentons.com, derry.kalve@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

John A Moe, II on behalf of Defendant St. Francis Medical Center john.moe@dentons.com, derry.kalve@dentons.com

John A Moe, II on behalf of Defendant Verity Health System of California Inc john.moe@dentons.com, derry.kalve@dentons.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Group susan@simontgomerylaw.com,

assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Group St. Francis, Inc. susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Group, Inc. susan@simontgomerylaw.com,

assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Management, LLC susan@simontgomerylaw.com,

assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Interested Party All Care Medical Group, Inc. susan@simontgomerylaw.com,

assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Monserrat Morales on behalf of Interested Party Courtesy NEF

Monsi@MarguliesFaithLaw.com, Victoria@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Dana@marguliesfaithlaw.com

Kevin H Morse on behalf of Creditor Alcon Vision, LLC kmorse@clarkhill.com, blambert@clarkhill.com

Kevin H Morse on behalf of Creditor Shared Imaging, LLC kmorse@clarkhill.com, blambert@clarkhill.com

Kevin H Morse on behalf of Interested Party Courtesy NEF kmorse@clarkhill.com, blambert@clarkhill.com

Marianne S Mortimer on behalf of Creditor Premier, Inc. mmartin@jmbm.com

Tania M Moyron on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor De Paul Ventures, LLC tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor O'Connor Hospital tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor O'Connor Hospital Foundation tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor Saint Louise Regional Hospital Foundation tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Tania M Moyron on behalf of Debtor Seton Medical Center tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor Seton Medical Center Foundation tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor St. Francis Medical Center tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor St. Francis Medical Center of Lynwood Foundation tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor St. Louise Regional Hospital

tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Dialysis Center, Inc. tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Foundation tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Medical Center tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor Verity Business Services tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor Verity Health System of California, Inc. tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor Verity Holdings, LLC tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor Verity Medical Foundation tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF CALIFORNIA, INC., a California
nonprofit public benefit corporation

tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Debtor In Possession Verity Health System of California, Inc. tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

Tania M Moyron on behalf of Defendant St. Francis Medical Center tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Defendant Verity Health System of California Inc tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Tania M Moyron on behalf of Plaintiff Verity Health System of California, Inc. tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com

Alan I Nahmias on behalf of Creditor Experian Health fka Passport Health Communications Inc
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Creditor Experian Health, Inc anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Alan I Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Akop J Nalbandyan on behalf of Creditor Jason Michael Shank jnalbandyan@LNtriallawyers.com,
cbautista@LNtriallawyers.com

Jennifer L Nassiri on behalf of Creditor Old Republic Insurance Company, et al jennifernassiri@quinnemanuel.com

Charles E Nelson on behalf of Interested Party Wells Fargo Bank, National Association, as indenture trustee
nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com

Sheila Gropper Nelson on behalf of Creditor Golden GatePerfusion Inc shedoesbklaw@aol.com

Mark A Neubauer on behalf of Creditor Angeles IPA A Medical Corporation mneubauer@carltonfields.com,

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecf
la@carltonfields


Mark A Neubauer on behalf of Creditor St. Vincent IPA Medical Corporation mneubauer@carltonfields.com,

mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecf
la@carltonfields


Mark A Neubauer on behalf of Interested Party Courtesy NEF mneubauer@carltonfields.com,

mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecf
la@carltonfields


Fred Neufeld on behalf of Creditor Premier, Inc. fneufeld@sycr.com


Nancy Newman on behalf of Creditor SmithGroup, Inc.

nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com


Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc

bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com


Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc.

bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com


Abigail V O'Brient on behalf of Creditor UMB Bank, N.A., as master indenture trustee and Wells Fargo Bank, National
Association, as indenture trustee

avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com


Abigail V O'Brient on behalf of Defendant UMB Bank, National Association

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com


Abigail V O'Brient on behalf of Interested Party Courtesy NEF

avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com


John R OKeefe, Jr on behalf of Creditor The Huntington National Bank jokeefe@metzlewis.com, slohr@metzlewis.com


Scott H Olson on behalf of Creditor NFS Leasing Inc

solson@vedderprice.com, jcano@vedderprice.com,jparker@vedderprice.com;scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com


Giovanni Orantes on behalf of Creditor Seoul Medical Group Inc go@gobklaw.com, gorantes@orantes-

law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com


Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C. go@gobklaw.com, gorantes@orantes-

law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com


Keith C Owens on behalf of Creditor Messiahic Inc., a California corporation d/b/a PayJunction kowens@venable.com,
khoang@venable.com


R Gibson Pagter, Jr. on behalf of Creditor Princess & Kehau Naope gibson@ppilawyers.com,
ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com


Paul J Pascuzzi on behalf of Creditor Toyon Associates, Inc. ppascuzzi@ffwplaw.com


Lisa M Peters on behalf of Creditor GE HFS, LLC lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Christopher J Petersen on behalf of Creditor Infor (US), Inc. cjpetersen@blankrome.com, gsolis@blankrome.com

Mark D Plevin on behalf of Creditor Medimpact Healthcare Systems mplevin@crowell.com, cromo@crowell.com

Mark D Plevin on behalf of Interested Party Courtesy NEF mplevin@crowell.com, cromo@crowell.com

Steven G. Polard on behalf of Creditor Schwalb Consulting, Inc.

spolard@ch-law.com, calendar-lao@rmkb.com;melissa.tamura@rmkb.com;anthony.arriola@rmkb.com

David M Powlen on behalf of Creditor Roche Diagnostics Corporation david.powlen@btlaw.com, pgroff@btlaw.com

Christopher E Prince on behalf of Creditor Kaiser Foundation Hospitals

cprince@lesnickprince.com, jmack@lesnickprince.com;erivas@lesnickprince.com;cprince@ecf.courtdrive.com

Lori L Purkey on behalf of Creditor Stryker Corporation bareham@purkeyandassociates.com

William M Rathbone on behalf of Interested Party Cigna Healthcare of California, Inc., and Llife Insurance Company of North America wrathbone@grsm.com, jmydlandevans@grsm.com;sdurazo@grsm.com

Jason M Reed on behalf of Defendant U.S. Bank National Association Jason.Reed@Maslon.com

Jason M Reed on behalf of Interested Party Courtesy NEF Jason.Reed@Maslon.com

Michael B Reynolds on behalf of Creditor Blue Shield of California Promise Health Plan fka Care1st Health Plan mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com, kcollins@swlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Michael B Reynolds on behalf of Creditor Care 1st Health Plan mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Interested Party Courtesy NEF mreynolds@swlaw.com, kcollins@swlaw.com

J. Alexandra Rhim on behalf of Creditor University of Southern California arhim@hrhlaw.com

Emily P Rich on behalf of Creditor LYNN C. MORRIS, HILDA L. DAILY AND NOE GUZMAN erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor SEIU United Healthcare Workers - West erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Health and Welfare Trust Fund erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Robert A Rich on behalf of Creditor C. R. Bard, Inc., candonian@huntonak.com

Robert A Rich on behalf of Creditor Eurofins VRL, Inc., candonian@huntonak.com

Robert A Rich on behalf of Creditor Smith & Nephew, Inc., candonian@huntonak.com

Robert A Rich on behalf of Creditor VRL, Inc as successor to and assignee of Viracor-IBT Laboratories, Inc and Eurofins VRL Los Angeles, Inc., candonian@huntonak.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Lesley A Riis on behalf of Creditor Lesley c/o Riis lriis@dpmclaw.com

Debra Riley on behalf of Creditor California Statewide Communities Development Authority driley@allenmatkins.com

Jason E Rios on behalf of Creditor Toyon Associates, Inc. jrios@ffwplaw.com, scisneros@ffwplaw.com

Julie H Rome-Banks on behalf of Creditor Bay Area Surgical Management, LLC julie@bindermalter.com

Mary H Rose on behalf of Interested Party Courtesy NEF mrose@buchalter.com

Megan A Rowe on behalf of Interested Party Courtesy NEF mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com

Nathan A Schultz on behalf of Creditor Swinerton Builders nschultz@goodwinlaw.com

Nathan A Schultz on behalf of Interested Party Microsoft Corporation nschultz@goodwinlaw.com

William Schumacher on behalf of Creditor Verity MOB Financing II LLC wschumacher@jonesday.com

William Schumacher on behalf of Creditor Verity MOB Financing LLC wschumacher@jonesday.com

Mark A Serlin on behalf of Creditor RightSourcing, Inc. ms@swllplaw.com, mor@swllplaw.com

Seth B Shapiro on behalf of Creditor United States Department of Health and Human Services seth.shapiro@usdoj.gov

David B Shemano on behalf of Creditor Ernesto Madrigal dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Iris Lara dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Jarmaine Johns dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Tanya Llera dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Waheed Wahidi dshemano@shemanolaw.com

Joseph Shickich on behalf of Interested Party Microsoft Corporation jshickich@riddellwilliams.com

Mark Shinderman on behalf of Defendant U.S. Bank National Association

mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Mark Shinderman on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of
California, Inc., et al. mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Rosa A Shirley on behalf of Interested Party Courtesy NEF

rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;rrange@nelsonhardiman.com

Rosa A Shirley on behalf of Special Counsel Nelson Hardiman LLP

rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;rrange@nelsonhardiman.com

Kyrsten Skogstad on behalf of Creditor California Nurses Association kskogstad@calnurses.org, rcraven@calnurses.org

Michael St James on behalf of Interested Party Medical Staff of Seton Medical Center ecf@stjames-law.com

Andrew Still on behalf of Creditor California Physicians' Service dba Blue Shield of California astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Creditor Care 1st Health Plan astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF astill@swlaw.com, kcollins@swlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank National Association, not individually, but as Indenture Trustee jstrabo@mwe.com, cfuraha@mwe.com

Jason D Strabo on behalf of Defendant U.S. Bank National Association jstrabo@mwe.com, cfuraha@mwe.com

Sabrina L Streusand on behalf of Creditor NTT DATA Services Holding Corporation Streusand@slollp.com

Ralph J Swanson on behalf of Creditor O'Connor Building LLC ralph.swanson@berliner.com, sabina.hall@berliner.com

Michael A Sweet on behalf of Creditor Swinerton Builders msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com

Michael A Sweet on behalf of Interested Party Microsoft Corporation msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com

Gary F Torrell on behalf of Interested Party Courtesy NEF gtorrell@health-law.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Cecelia Valentine on behalf of Creditor National Labor Relations Board cecelia.valentine@nlrb.gov

Matthew S Walker on behalf of Creditor Stanford Blood Center, LLC matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Creditor Stanford Health Care matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Creditor Stanford Health Care Advantage matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Creditor The Board of Trustees of the Leland Stanford Junior University, matthew.walker@pillsburylaw.com, renee.evans@pillsburylaw.com,docket@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Matthew S Walker on behalf of Creditor University Healthcare Alliance matthew.walker@pillsburylaw.com,
renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Matthew S Walker on behalf of Interested Party Matthew S Walker matthew.walker@pillsburylaw.com,
renee.evans@pillsburylaw.com,docket@pillsburylaw.com

Jason Wallach on behalf of Interested Party Courtesy NEF jwallach@ghplaw.com, g33404@notify.cincompass.com

Kenneth K Wang on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov,
Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov

Phillip K Wang on behalf of Creditor Delta Dental of California phillip.wang@rimonlaw.com,
david.kline@rimonlaw.com

Sharon Z. Weiss on behalf of Creditor US Foods, Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

Adam G Wentland on behalf of Creditor CHHP Holdings II, LLC awentland@tocounsel.com, lkwon@tocounsel.com

Adam G Wentland on behalf of Creditor CPH Hospital Management, LLC awentland@tocounsel.com,
lkwon@tocounsel.com

Adam G Wentland on behalf of Creditor Eladh, L.P. awentland@tocounsel.com, lkwon@tocounsel.com

Adam G Wentland on behalf of Creditor Gardena Hospital L.P. awentland@tocounsel.com, lkwon@tocounsel.com

Latonia Williams on behalf of Creditor AppleCare Medical Group lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Group, Inc. lwilliams@goodwin.com,
bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Management, LLC lwilliams@goodwin.com,
bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor St. Francis Inc. lwilliams@goodwin.com, bankruptcy@goodwin.com

Michael S Winsten on behalf of Creditor DaVita Inc. mike@winsten.com

Michael S Winsten on behalf of Interested Party Courtesy NEF mike@winsten.com

Jeffrey C Wisler on behalf of Interested Party Cigna Healthcare of California, Inc., and Llife Insurance Company of North
America jwisler@connollygallagher.com, dperkins@connollygallagher.com

Neal L Wolf on behalf of Creditor San Jose Medical Group, Inc.

nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com

Neal L Wolf on behalf of Creditor Sports, Orthopedic and Rehabilitation Associates nwolf@hansonbridgett.com,
calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com

Neal L Wolf on behalf of Defendant LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY
DBA L.A. CARE

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

HEALTH PLAN, an independent local public agency, nwolf@hansonbridgett.com,
calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov

Andrew J Ziaja on behalf of Interested Party Engineers and Scientists of California Local 20, IFPTE
aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com

Rose Zimmerman on behalf of Interested Party City of Daly City rzimmerman@dalycity.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE