|   |   |
|---|---|
| Giovanni Orantes, Esq. 190060<br>Luis A. Solorzano, Esq. 310278<br>**THE ORANTES LAW FIRM, P.C.**<br>3435 Wilshire Blvd. – Suite 2920<br>Los Angeles, CA 90010<br>Tel: 213-389-4362<br>Fax: 877-789-5776<br>go@gobklaw.com<br><br>Counsel for Movant<br>Seoul Medical Group Inc. | **FILED & ENTERED**<br><br>OCT 22 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY gonzalez  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**VERITY HEALTH SYSTEM OF CALIFORNIA, INC.,** *et al.,*<br><br>        Debtor and Debtor-In-Possession.<br><br>☐ Affects All Debtors<br>☒ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☒ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>        Debtors and Debtors In Possession. | **Lead Case No. 2:18-bk-20151-ER**<br><br>Jointly Administered with:<br><br>Case No.: 2:18-bk-20162-ER<br>Case No.: 2:18-bk-20163-ER<br>**Case No.: 2:18-bk-20164-ER**<br>Case No.: 2:18-bk-20165-ER<br>Case No.: 2:18-bk-20167-ER<br>Case No.: 2:18-bk-20168-ER<br>Case No.: 2:18-bk-20169-ER<br>Case No.: 2:18-bk-20171-ER<br>Case No.: 2:18-bk-20172-ER<br>Case No.: 2:18-bk-20173-ER<br>Case No.: 2:18-bk-20175-ER<br>Case No.: 2:18-bk-20176-ER<br>Case No.: 2:18-bk-20178-ER<br>Case No.: 2:18-bk-20179-ER<br>Case No.: 2:18-bk-20180-ER<br>Case No.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>Hon. Judge Ernest M. Robles<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING ON AMENDED MOTION FOR SPECIFIED PERIOD TO ASSUME OR REJECT EXECUTORY CONTRACT BETWEEN ST. VINCENT MEDICAL CENTER AND SEOUL MEDICAL GROUP, INC.**<br><br>Continued Hearing:<br><br>Date:   November 6, 2019<br>Time:  10:00 AM<br>Place:  Crtrm. 1568 |

The Court, having read and considered the stipulation [Doc. No. 3420] (the "Stipulation") continuing the hearing on the Amended Motion for Specified Period to Assume or Reject Executory Contract Between St. Vincent Medical Center And Seoul Medical Group, Inc. (Doc. No. 2579) (the "Motion") and good and sufficient cause otherwise appearing,

**IT IS HEREBY ORDERED THAT** the Stipulation is **APPROVED**.

The hearing on the Motion shall be continued to **November 6, 2019 at 10:00 a.m.** ~~October 22, 2019 at 10:00 A.M. at the same time and place or _____ at _____ __.M.~~

###

Date: October 22, 2019

Ernest M. Robles
United States Bankruptcy Judge