SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
NICHOLAS A. KOFFROTH (Bar. No. 287854)
nicholas.koffroth@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER |
| ☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Chapter 11 Cases<br>Hon. Judge Ernest M. Robles<br><br>**MOTION TO CONTINUE HEARING ON MOTION OF THE DEBTORS FOR AN ORDER APPROVING: (I) PROPOSED DISCLOSURE STATEMENT; (II) SOLICITATION AND VOTING PROCEDURES; (III) NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF DEBTORS' PLAN; AND (IV) GRANTING RELATED RELIEF; DECLARATION OF RICHARD G. ADCOCK IN SUPPORT THEREOF [RELATES TO DOCKET NOS. 2994, 2995, 3120, 3193, 3260, 3389]**<br><br>Proposed Continued Hearing Date and Time:<br>Date: November 20, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 1568<br>255 E. Temple St.<br>Los Angeles, CA 90012 |

1

Verity Health System of California, Inc. ("VHS") and the affiliated debtors, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases, respectfully request (the "Motion") that the Court approve a continuance of the hearing on the *Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement; (II) Solicitation and Voting Procedures; (III) Notice and Objection Procedures for Confirmation of Debtors' Plan; and (IV) Granting Related Relief* [Docket No. 2995] (the "Disclosure Statement Motion") to November 20, 2019, at 10:00 a.m. (Pacific Time). In support of the Motion, the Debtors submit the attached *Declaration of Richard G. Adcock* (the "Adcock Declaration") and respectfully state as follows:

## I.

## INTRODUCTION

The Debtors request another short continuance of the hearing on the Motion to continue to address matters related to the sale (the "SGM Sale") to Strategic Global Management, Inc. ("SGM") and related conditions. The Debtors anticipate that the continuance will allow them time to resolve various open issues related to the SGM Sale, the resolution of which will advance the closing of the SGM Sale and the disclosure and confirmation process.

## II.

## JURISDICTION AND VENUE

This Court has jurisdiction over this Motion under 28 U.S.C. § 157(b)(2)(A) and (L). Venue of these proceedings and this Motion is proper pursuant to 28 U.S.C. § 1409. The statutory predicate for this Motion is 11 U.S.C. § 105[1] and LBR 9013-1(m).

## III.

## BACKGROUND FACTS

**A.      General Background**

1.        On August 31, 2018, ("Petition Date"), the Debtors each filed a voluntary petition

---

[1] All references to "§" herein are to sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et. seq*; "LBR" references the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

US_Active\113528937\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1 for relief under chapter 11 of the Bankruptcy Code (the "Cases"). By entry of an order, the Cases

2 are currently being jointly administered before the Bankruptcy Court. [Docket No. 17]. Since the

3 commencement of their Cases, the Debtors have been operating their businesses as debtors in

4 possession pursuant to §§ 1107 and 1108.

5 **B.** **The Plan and Disclosure Statement**

6 2. On September 3, 2019, the Debtors filed the *Debtors' Chapter 11 Plan of*

7 *Liquidation (Dated September 3, 2019)* [Docket No. 2993] (the "Plan") and related *Disclosure*

8 *Statement Describing Debtors' Chapter 11 Plan of Liquidation (Dated September 3, 2019)*

9 [Docket No. 2994] (the "Disclosure Statement").

10 3. On September 4, 2019, the Debtors filed the Disclosure Statement Motion. In the

11 Disclosure Statement Motion, the Debtors seek approval of (i) the Disclosure Statement,

12 (ii) proposed solicitation and voting procedures, (iii) proposed notice and objection procedures for

13 confirmation of the Plan, and (iv) related relief. The Debtors also requested [Docket No. 2996]

14 an order setting a hearing and briefing schedule on shortened notice.

15 4. On September 4, 2019, the Court entered an *Order Setting Hearing On Motion for*

16 *Approval of Disclosure Statement for October 2, 2019, at 10:00 a.m.* [Docket No. 2998] (the

17 "Disclosure Statement Scheduling Order"). The Disclosure Statement Scheduling Order set a

18 hearing on the Disclosure Statement Motion for October 2, 2019 at 10:00 a.m., and provided that

19 any oppositions to the Disclosure Statement Motion must be filed not later than September 18,

20 2019. *See* Scheduling Order at 2.

21 5. On September 18, 2019, certain parties in interest filed responses and oppositions

22 to the Disclosure Statement Motion. *See* Docket Nos. 3079, 3084, 3086, 3087, 3089, 3090, 3092,

23 3094. Further, the Debtors have continued the opposition deadline by stipulation as they continue

24 negotiations with certain other parties with respect to the Disclosure Statement Motion and

25 Disclosure Statement. *See* Docket Nos. 3076, 3077, 3082, 3098, 3119, 3122, 3126, 3195.

26 6. On September 20, 2019, the Debtors filed the *Motion to Continue Hearing on*

27 *Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement; (II)*

28 *Solicitation and Voting Procedures; (III) Notice and Objection Procedures for Confirmation of*

*Debtors' Plan; and (IV) Granting Related Relief* [Docket No. 3103] (the "<u>First Continuance</u> <u>Motion</u>"). On September 24, 2019, the Court entered an order [Docket No. 3120] approving the First Continuance Motion, which set the Debtors' reply deadline as October 7, 2019, and scheduled a continued hearing on the Motion for October 15, 2019, at 10:00 a.m. (Pacific Time).

**C.  The Emergency Motion and SGM Sale**

7.  On May 2, 2019, the Court entered an order [Docket No. 2306] (the "<u>Sale Order</u>") approving the SGM APA concerning the sale (the "<u>SGM Sale</u>") of certain of the Debtors' assets to SGM. On September 25, 2019, the California Attorney General (the "<u>Attorney General</u>") conditionally approved the SGM Sale subject to certain conditions (the "<u>2019 Conditions</u>"). Certain of the 2019 Conditions (the "<u>Additional Conditions</u>") are materially different than those to which SGM agreed under the Schedule 8.6 to the SGM APA.

8.  On September 30, 2019, the Debtors filed the motion [Docket No. 3188] (the "<u>Enforcement Motion</u>") for entry of an order finding (i) that the Debtors could sell their assets pursuant to the SGM Sale free and clear of the Additional Conditions, or, alternatively, (ii) that the Attorney General abused his discretion when imposing the Additional Conditions. As discussed in greater detail in the Enforcement Motion, the Additional Conditions recently issued by the Attorney General threaten the SGM Sale. The Additional Conditions trigger SGM's termination rights under the APA unless the Debtors obtain the relief requested by the Enforcement Motion. *See* SGM APA, § 8.6.

9.  On October 1, 2019, the Court entered the *Order Setting Hearing on Emergency Motion for the Entry of an Order Enforcing the Order Authorizing the Sale to Strategic Global Management for October 15, 2019, at 10:00 a.m.* [Docket No. 3193] (the "<u>Scheduling Order</u>"), which scheduled a hearing on the Enforcement Motion on October 15, 2019, at 10:00 a.m. (Pacific Time)—the same date and time as the hearing on the Disclosure Statement Motion. *See* Scheduling Order at 2.

10.  On October 4, 2019, the Debtors filed the *Motion to Continue Hearing on Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement; (II) Solicitation and Voting Procedures; (III) Notice and Objection Procedures for Confirmation of Debtors' Plan;*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

*and (IV) Granting Related Relief in Light of the Courts' Ruling on Emergency Motion* [Docket No. 3238] (the "Second Continuance Motion"). As set forth more fully in the Second Continuance Motion, the Debtors requested a continuance to ensure that any amended Disclosure Statement and Plan include "adequate information" regarding the state of the SGM Sale and the outcome of the hearing on the Enforcement Motion. *See* Second Continuance Mot. at 5. The Debtors also emphasized the importance that the Plan go effective no later than mid-December 2019 in light of liquidity concerns. *See id.*

11.     On October 7, 2019, the Court entered an order [Docket No. 3260] approving the Second Continuance Motion, which set the Debtors' reply deadline as October 16, 2019, and scheduled a continued hearing on the Motion for October 23, 2019, at 10:00 a.m. (Pacific Time).

12.     On October 14, 2019, the Debtors filed the *Motion to Continue Hearing on Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement; (II) Solicitation and Voting Procedures; (III) Notice and Objection Procedures for Confirmation of Debtors' Plan; and (IV) Granting Related Relief* [Docket No. 3384] (the "Third Continuance Motion"). As set forth more fully in the Third Continuance Motion, the Debtors requested a continuance in light of the impact the Court's ruling on the Enforcement Motion would have on the Cases and to avoid the time and expense of multiple amendments to the Disclosure Statement. *See* Third Continuance Mot. at 5-6.

13.     On October 15, 2019, at 10:00 a.m. (Pacific Time), the Court held the hearing on the Enforcement Motion and took the matter under submission.

14.     On October 16, 2019, the Court entered an order [Docket No. 3389] approving the Third Continuance Motion, which set the Debtors' reply deadline as October 30, 2019, and scheduled a continued hearing on the Motion for November 6, 2019, at 10:00 a.m. (Pacific Time) (the "Hearing").

15.     On October 23, 2019, the Court entered the *Memorandum of Decision Granting Debtors' Emergency Motion to Enforce the Sale Order [Doc. No. 3188]* (the "Memorandum Decision"). The Memorandum Decision granted the Enforcement Motion and further provided that the Court will enter an order certifying the matter for direct appeal to the Ninth Circuit. *See*

5

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Mem. Dec. at 24. The Court requested that the Debtors submit an order on the Enforcement Motion consistent with the Memorandum Decision not later than October 30, 2019. *See id.* As of the date of this motion, the Debtors are in the process of negotiating the language of a proposed order with the Attorney General, SGM, and other interested parties.

**D.** **Facts Relevant to the Motion**

16. On October 10, 2019, SGM filed the *Statement of Strategic Global Management, Inc. in Support of "Debtors' Emergency Motion for the Entry of an Order: (I) Enforcing the Order Authorizing the Sale to Strategic Global Management, Inc.' (II) Finding that the Sale is Free and Clear of Conditions Materially Different Than Those Approved by the Court . . ."* [Docket No. 3356] (the "SGM Statement"). In the SGM Statement, SGM indicated that "it will not close the Sale unless the Debtors timely obtain a Free and Clear order from the Court." SGM Statement at 4. The SGM APA further provides that such order must be final and non-appealable, that is, an order "which has been affirmed or the appeal of which has been dismissed by any appellate court and for which the relevant appeal period has expired (other than any right of appeal to the U.S. Supreme Court)." *See* SGM APA § 8.6.

17. The Debtors continue to address matters related to the SGM Sale and related conditions. The Debtors anticipate that the continuance will allow them time to resolve various open issues related to the SGM Sale, including negotiation of the proposed order on the Enforcement Motion, the resolution of which will advance the closing of the SGM Sale and the disclosure and confirmation process. The outcome also could result in further amendments to the Disclosure Statement and Plan if the Debtors were required to file papers by the current October 30, 2019 deadline. Given their limited resources, the Debtors seek to avoid the unnecessary expenses associated with multiple amendments to their Disclosure Statement and Plan. Accordingly, the Debtors respectfully request a two-week continuance of the Hearing.

**IV.**

**ARGUMENT**

LBR 9013-1(m)(1) governs motions for continuance and sets forth various general requirements. The Motion satisfies the requirements of the LBRs because it is filed more than

US_Active\113528937\V-1

1  three days prior to the Hearing, sets forth the reasons for the proposed continuance in detail, and

2  is supported by the Adcock Declaration.  *See* LBR 9013-1(m)(1).

3      The Debtors require a continuance of the hearing on the Disclosure Statement Motion

4  Debtors to allow the Debtors to continue to address matters related to the SGM Sale and related

5  conditions.  A two-week continuance of the Hearing will serve the best interests of the estates and

6  creditors because it will ensure that the Debtors avoid the expense of unnecessary amendments to

7  their Plan and Disclosure Statement.  In light of the benefit to the Debtors' Cases, the Debtors

8  respectfully request that the Court continue the Hearing on the Disclosure Statement Motion from

9  November 6, 2019, at 10:00 a.m., to **November 20, 2019, to 10:00 a.m.** (the "Continued Hearing

10  Date"), or such other date and time as may be convenient to the Court.  In accordance with the

11  LBR 9013-1(m)(4), the Continued Hearing Date will automatically extend the reply dates until

12  November 13, 2019.

**V.**

**CONCLUSION**

15      In light of the foregoing, the Debtors respectfully request that this Court enter an Order

16  (i) granting this Motion, (ii) continuing the hearing on the Disclosure Statement Motion to

17  November 20, 2019 at 10:00 a.m. (Pacific Time), and (iii) granting such other relief as the Court

18  deems just and proper under the circumstances.

Dated:  October 29, 2019

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON
NICHOLAS A. KOFFROTH


By___*/s/ Tania M. Moyron*_____
Tania M. Moyron
Attorneys for Verity Health Systems of
California, Inc., *et al.*

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

7

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## **DECLARATION OF RICHARD G. ADCOCK**

I, Richard G. Adcock, submit this Declaration in support of the *Motion to Continue Hearing on Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement; (II) Solicitation and Voting Procedures; (III) Notice and Objection Procedures for Confirmation of Debtors' Plan; and (IV) Granting Related Relief* (the "Motion"),[1] and hereby state as follows:

1.    I am, and have been since January 2018, the Chief Executive Officer of Verity Health System of California, Inc. ("VHS"). Prior thereto, I served as VHS's Chief Operating Officer since August 2017.

2.    I have extensive senior-level experience in the nonprofit healthcare arena, especially in the areas of healthcare delivery, hospital acute care services, health plan management, budgeting, disease management, and medical devices. I have meaningful experience in both the technology and healthcare industries in the areas of product development, business development, mergers and acquisitions, marketing, financing, strategic and tactical planning, human resources, and engineering.

3.    I have personal knowledge of the facts stated in this declaration, except as to those stated on information and believe, and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

4.    The Debtors continue to address matters related to the SGM Sale and related conditions. The Debtors anticipate that the continuance will allow them time to resolve various open issues related to the SGM Sale, including negotiation of the proposed order on the Enforcement Motion, the resolution of which will advance the closing of the SGM Sale and the disclosure and confirmation process.

5.    In my declaration filed in support of the Second Continuance Motion, I addressed the Debtors liquidity, including daily cash losses and accelerating negative cash flow. *See* Docket No. 3238 (Adcock Decl. ¶¶ 5-7) Given their limited resources, the Debtors seek to avoid the unnecessary expenses associated with multiple amendments to their Disclosure Statement and

---

[1]    Capitalized terms not otherwise defined in this Declaration have the definitions set forth in the Motion.

1

Plan.    The Debtors respectfully request that the Court continue the hearing on the Disclosure Statement Motion to November 20, 2019 at 10:00 a.m. (Pacific Time).

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.


Dated:  October 29, 2019                           By: _____
        Los Angeles, California                              Richard G. Adcock

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2