1  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
2  TANIA M. MOYRON (Bar No. 235736)
   tania.moyron@dentons.com
3  NICHOLAS A. KOFFROTH (Bar No. 287854)
   nicholas.koffroth@dentons.com
4  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
5  Los Angeles, California 90017-5704
   Tel: (213) 623-9300 / Fax: (213) 623-9924
6
   Attorneys for the Chapter 11 Debtors and
7  Debtors In Possession

**FILED & ENTERED**

**NOV 20 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

8

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

CHANGES MADE BY COURT

| In re | Lead Case No. 2:18-bk-20151-ER |
|---|---|

9

VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., *et al.*,

    Debtors and Debtors In Possession.

☒ Affects All Debtors

☐ Affects Verity Health System of California,
  Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital
  Foundation
☐ Affects St. Francis Medical Center of Lynwood
  Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose ASC,
  LLC

    Debtors and Debtors In Possession.

Jointly Administered With:
Case No. 2:18-bk-20162-ER
Case No. 2:18-bk-20163-ER
Case No. 2:18-bk-20164-ER
Case No. 2:18-bk-20165-ER
Case No. 2:18-bk-20167-ER
Case No. 2:18-bk-20168-ER
Case No. 2:18-bk-20169-ER
Case No. 2:18-bk-20171-ER
Case No. 2:18-bk-20172-ER
Case No. 2:18-bk-20173-ER
Case No. 2:18-bk-20175-ER
Case No. 2:18-bk-20176-ER
Case No. 2:18-bk-20178-ER
Case No. 2:18-bk-20179-ER
Case No. 2:18-bk-20180-ER
Case No. 2:18-bk-20181-ER

Hon. Judge Ernest M. Robles

**ORDER GRANTING MOTION TO (A) CONTINUE
HEARING ON MOTION OF THE DEBTORS FOR AN
ORDER APPROVING: (I) PROPOSED DISCLOSURE
STATEMENT; (II) SOLICITATION AND VOTING
PROCEDURES; (III) NOTICE AND OBJECTION
PROCEDURES FOR CONFIRMATION OF DEBTORS'
PLAN, AND (IV) GRANTING RELATED RELIEF; (B)
CONTINUE THE DEBTORS' REPLY DEADLINE WITH
RESPECT TO DISCLOSURE STATEMENT
OBJECTIONS, AND (C) USE THE NOVEMBER 26,
2019, 10:00 A.M. HEARING DATE FOR A STATUS
CONFERENCE ON THIS MATTER; DECLARATION
OF RICHARD G. ADCOCK IN SUPPORT THEREOF
[RELATES TO DOCKET NOS. 2994, 2995, 3120, 3193,
3260, 3389, 3594, 3621, 3623, 3633, 3644]**

**Proposed Status Conference:**
Date:  November 26, 2019
Time: 10:00 a.m. (Pacific Time)
Place: 255 East Temple St., Ctrm. 1568, Los Angeles,
    CA 90012

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 1 -

US_Active\113693284\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1    The Court, having reviewed the *Motion to (A) Continue Hearing on Motion of the*

2  *Debtors for an Order Approving: (I) Proposed Disclosure Statement, (II) Solicitation and Voting*

3  *Procedures, (III) Notice and Objection Procedures for Confirmation of Debtors' Plan, and (IV)*

4  *Granting Related Relief; (B) Continue the Reply Deadline with Respect to Disclosure Statement*

5  *Objections; and (C) Use the November 26, 2019, 10:00 a.m. Hearing Date for a Status*

6  *Conference on This Matter* [Docket No. 3644] (the "<u>Motion</u>")[1] and the *Declaration of Richard*

7  *G. Adcock* filed concurrently therewith; it further appearing that the Motion complies with Local

8    Bankruptcy Rule 9013-1(m); and good cause appearing therefor,

9    HEREBY ORDERS AS FOLLOWS:

10    1.    The Motion is GRANTED in its entirety.

11    2.    The Court shall hold a status conference in the above-captioned bankruptcy cases

12    on November 26, 2019, at 10:00 a.m. (Pacific Time) (the "<u>Status Conference</u>").

13    3.    The Hearing on the Disclosure Statement Motion shall be continued from

14    November 26, 2019, at 10:00 a.m. (Pacific Time), to a date and time set by the Court on the

15    record at the Status Conference.

16    4.    The deadline to file any reply in support of the Disclosure Statement Motion shall

17    be continued from November 21, 2019, to a date and time set by the Court on the record at the

18    Status Conference.

19    5.    By no later than **November 24, 2019**, the Debtors shall file a Status Report, which

20    shall discuss (a) the status of the closing of the SGM Sale and (b) the Debtors' plan for

21    expeditiously resolving these cases in the event that the SGM Sale does not close.

---

[1] Unless otherwise noted herein, all capitalized terms have the definitions set forth in the Motion.

- 2 -

1     **IT IS SO ORDERED.**

2                                              ###

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: November 20, 2019

25                                              Ernest M. Robles
                                               United States Bankruptcy Judge
26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

US_Active\113693284\V-1