SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,

    Debtors and Debtors In Possession.

☒ Affects All Debtors
☐ Affects Verity Health System of California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital Foundation
☐ Affects St. Francis Medical Center of Lynwood Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose Dialysis, LLC

Debtors and Debtors In Possession.

Lead Case No. 2:18-bk-20151-ER

Jointly Administered With:

CASE NO.: 2:18-bk-20162-ER
CASE NO.: 2:18-bk-20163-ER
CASE NO.: 2:18-bk-20164-ER
CASE NO.: 2:18-bk-20165-ER
CASE NO.: 2:18-bk-20167-ER
CASE NO.: 2:18-bk-20168-ER
CASE NO.: 2:18-bk-20169-ER
CASE NO.: 2:18-bk-20171-ER
CASE NO.: 2:18-bk-20172-ER
CASE NO.: 2:18-bk-20173-ER
CASE NO.: 2:18-bk-20175-ER
CASE NO.: 2:18-bk-20176-ER
CASE NO.: 2:18-bk-20178-ER
CASE NO.: 2:18-bk-20179-ER
CASE NO.: 2:18-bk-20180-ER
CASE NO.: 2:18-bk-20181-ER

Chapter 11 Cases

Hon. Judge Ernest M. Robles

**OMNIBUS STIPULATION CONTINUING HEARING ON OBJECTIONS RE CURE AND OTHER ISSUES RE ORDER (A) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS TO STRATEGIC GLOBAL MANAGEMENT, INC. […] [RELATED TO DKT. NOS. 1704, 1836, 2065, 2131, 2306, 2472, 2685, 2823, 2964, 3040, 3123, 3125, 3366, 3456, 3564]**

<u>Original Hearing:</u>
Date:   December 4, 2019

<u>Continued Hearing:</u>
Date:   December 18, 2019
Time:   10:00 a.m.
Place:   United States Bankruptcy Court, Courtroom 1568
           255 East Temple Street
           Los Angeles, California 90012

US_Active\113485560\V-2

This stipulation is entered between Verity Health System of California, Inc. and the above-referenced affiliated debtors, the debtors and debtors in possession in the above-captioned chapter 11 bankruptcy case (collectively, the "Debtors"), on the one hand, and UnitedHealthcare Insurance Company, Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company of North America, Abbott Laboratories Inc. and Alere Informatics, Inc., Health Net, LLC, Kaiser Foundation Hospitals, Smith & Nephew, Inc., Aetna Life Insurance Company, St. Vincent IPA Medical Corporation, SCAN Health Plan, QuadraMed Affinity Corporation, Picis Clinical Solutions Inc., Premier, Inc. and its subsidiaries, Roche Diagnostics Corporation, AppleCare Medical Group, Inc., AppleCare Medical Group, St. Francis Inc., AppleCare Medical Management LLC and GE HFS, LLC (together, the "Counterparties"), on the other, in the above-captioned jointly administered cases with respect to the following:

1. On February 19, 2019, the Court entered its *Order (1) Approving Form Of Asset Purchase Agreement For Stalking Horse Bidder And For Prospective Overbidders, (2) Approving Auction Sale Format, Bidding Procedures And Stalking Horse Bid Protections, (3) Approving Form Of Notice To Be Provided To Interested Parties, (4) Scheduling A Court Hearing To Consider Approval Of The Sale To The Highest Bidder, And (5) Approving Procedures Related To The Assumption Of Certain Executory Contracts And Unexpired Leases; And (II) An Order (A) Authorizing The Sale Of Property Free And Clear Of All Claims, Liens And Encumbrances* [Docket No. 1572] the ("Bidding Procedures Order"), which set a deadline for counterparties to executory contracts and unexpired leases to object to the cure amounts, identified by the Debtors, on or before March 22, 2019, at 4:00 p.m. (PST) (the "Objection Deadline").

2. On March 5, 2019, the Debtors filed a *Notice of Counterparties to Executory Contracts and Unexpired Leases of the Debtors That May Be Assumed and Assigned* [Docket No. 1704]. On March 18, 2019, the Debtors filed a *Supplemental Notice re Notice to Counterparties to Executory Contracts and Unexpired Leases of the Debtors that May be Assumed and Assigned* [Docket No. 1836].

113084179\V-1
US_Active\113485560\V-2

3. The Counterparties each timely filed objections, objecting to, among other things, proposed cure amounts and assumption and assignment of their executory contracts and unexpired leases (the "Cure Objections").[1]

4. On May 2, 2019, the Court entered its *Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Strategic Global Management, Inc. Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (B) Approving the Assumption and Assignment of an Unexpired Lease Related Thereto; and (C) Granting Related Relief* [Docket No. 2306] (the "Sale Order"), which set a hearing for June 5, 2019, at 10:00 a.m., for Cure Objections (the "Hearing Date"), and set a deadline for the Debtors to reply to the Cure Objections for May 29, 2019, at 4:00 p.m. (PT) (the "Reply Deadline"). Sale Order at ¶ 34.

5. On May 30, 2019, the Court entered its *Order Approving Omnibus Stipulation Continuing Hearing on Objections re Cure and Other Issues re Order (A) Authorizing the Sale of Certain of the Debtors' Assets to Strategic Global Management, Inc.* [Docket No. 2472], continuing the Hearing Date to July 10, 2019, at 10:00 a.m. and the Reply Deadline to July 3, 2019, at 4:00 p.m. (PT). Thereafter, the Court entered several orders approving additional continuances of the Hearing Date and Reply Deadline. [*See* Docket Nos. 2685, 2823, 2964, 3040, 3123, 3125, 3366, 3456, 3564]. The current Hearing Date is December 4, 2019, at 10:00 a.m., and the Reply Deadline is November 27, 2019, at 4:00 p.m. (PT).

6. The Debtors have resolved various objections to proposed cure amounts and assumption and assignment of their executory contracts and unexpired leases. Other such objections have been resolved as moot. There have been various objections that have been resolved and are otherwise moot.

---

[1] The docket numbers of each Cure Objection are as follows: UnitedHealthcare Insurance Company [Docket Nos. 1858, 2145], Kaiser Foundation Hospitals [Docket No. 1866], Smith & Nephew, Inc. [Docket No. 1873], QuadraMed Affinity Corporation and Picis Clinical Solutions Inc. [Docket No. 1882], Abbott Laboratories Inc. and Alere Informatics, Inc. [Docket No. 1890], Aetna Life Insurance Company [Docket No. 1930], Health Net, LLC [Docket No. 1940], St. Vincent IPA Medical Corporation [Docket No. 1949], SCAN Health Plan [Docket Nos. 1965, 2162], Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company of North America [Docket No. 1850], Premier, Inc. and its subsidiaries [Docket Nos. 1954, 2066], Roche Diagnostics Corporation [Docket No. 1849], AppleCare Medical Group, Inc., AppleCare Medical Group, St. Francis Inc., AppleCare Medical Management LLC [Docket Nos. 1857, 2144] and GE HFS, LLC [Docket No. 1863].

113084179\V-1
US_Active\113485560\V-2

7.  As to the remaining Cure Objections, the Debtors and the Counterparties have (i) continued discussions regarding disputed cure amounts related to executory contracts and unexpired leases and the assumption and assignment of the same to Strategic Global Management, Inc. and (ii) agreed to continue the Hearing Date to allow additional time to resolve such issues.

NOW, THEREFORE, all of the parties to this Stipulation hereby stipulate as follows:

A.  The Hearing Date will be continued to December 18, 2019, at 10:00 a.m. (PT).

B.  The Debtors' Reply Deadline is extended to December 11, 2019, at 4:00 p.m. (PT).

**Verity Health System of California, Inc.** *et al.*

DATED: November 27, 2019    DENTONS US LLP

By: */s/ Tania M. Moyron*
Samuel Maizel
Tania M. Moyron
Counsel to Debtors and Debtors in Possession

**UnitedHealthcare Insurance Company**

DATED: November 27, 2019    SHIPMAN & GOODWIN LLP

By: _____
Eric Goldstein
Counsel to UnitedHealthcare Insurance Company

**AppleCare Medical Group, Inc.,**
**AppleCare Medical Group, St. Francis Inc.,**
**AppleCare Medical Management LLC**

DATED: November 27, 2019    SHIPMAN & GOODWIN LLP

By: _____
Eric Goldstein
Counsel to AppleCare Medical Group, Inc.,
AppleCare Medical Group, St. Francis Inc.,
AppleCare Medical Management LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4

113084179\V-1
US_Active\113485560\V-2

7. As to the remaining Cure Objections, the Debtors and the Counterparties have (i) continued discussions regarding disputed cure amounts related to executory contracts and unexpired leases and the assumption and assignment of the same to Strategic Global Management, Inc. and (ii) agreed to continue the Hearing Date to allow additional time to resolve such issues.

NOW, THEREFORE, all of the parties to this Stipulation hereby stipulate as follows:

A. The Hearing Date will be continued to December 18, 2019, at 10:00 a.m. (PT).

B. The Debtors' Reply Deadline is extended to December 11, 2019, at 4:00 p.m. (PT).

**Verity Health System of California, Inc.** *et al.*

DATED: November 27, 2019        DENTONS US LLP

By: */s/ Tania M. Moyron*
Samuel Maizel
Tania M. Moyron
Counsel to Debtors and Debtors in Possession

**UnitedHealthcare Insurance Company**

DATED: November 27, 2019        SHIPMAN & GOODWIN LLP

By: [signature]
Eric Goldstein
Counsel to UnitedHealthcare Insurance Company

**AppleCare Medical Group, Inc.,**
**AppleCare Medical Group, St. Francis Inc.,**
**AppleCare Medical Management LLC**

DATED: November 27, 2019        SHIPMAN & GOODWIN LLP

By: [signature]
Eric Goldstein
Counsel to AppleCare Medical Group, Inc.,
AppleCare Medical Group, St. Francis Inc.,
AppleCare Medical Management LLC

**Kaiser Foundation Hospitals**

DATED: November 27, 2019

LESNICK PRINCE & PAPPAS LLP

By: _____
Christopher E. Prince
Counsel to Kaiser Foundation Hospitals

**Smith & Nephew, Inc.**

DATED: November 27, 2019

HUNTON ANDREWS KURTH LLP

By: _____
Robert A. Rich
Counsel to Smith & Nephew, Inc.

**QuadraMed Affinity Corporation and Picis Clinical Solutions Inc.**

DATED: November 27, 2019

LOEB & LOEB LLP

By: _____
Schuyler G. Carroll
Counsel to QuadraMed Affinity Corporation
and Picis Clinical Solutions Inc.

**Abbott Laboratories Inc. and Alere Informatics, Inc.**

DATED: November 27, 2019

KOHNER, MANN & KAILAS, S.C.

By: _____
Samuel C. Wisotzkey
Counsel to Abbott Laboratories Inc. and Alere
Informatics, Inc.

**Health Net, LLC**

DATED: November 27, 2019

KATTEN MUCHIN ROSENMAN LLP

By: _____
William B. Freeman
Counsel to Health Net, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

113084179\V-1
US_Active\113485560\V-2

**Kaiser Foundation Hospitals**

DATED: November 27, 2019          LESNICK PRINCE & PAPPAS LLP

                                  By: _____
                                  Christopher E. Prince
                                  Counsel to Kaiser Foundation Hospitals

**Smith & Nephew, Inc.**

DATED: November 27, 2019          HUNTON ANDREWS KURTH LLP

                                  By: /s/ Robert A. Rich
                                  Robert A. Rich
                                  Counsel to Smith & Nephew, Inc.

**QuadraMed Affinity Corporation and Picis Clinical Solutions Inc.**

DATED: November 27, 2019          LOEB & LOEB LLP

                                  By: _____
                                  Schuyler G. Carroll
                                  Counsel to QuadraMed Affinity Corporation
                                  and Picis Clinical Solutions Inc.

**Abbott Laboratories Inc. and Alere Informatics, Inc.**

DATED: November 27, 2019          KOHNER, MANN & KAILAS, S.C.

                                  By: _____
                                  Samuel C. Wisotzkey
                                  Counsel to Abbott Laboratories Inc. and Alere
                                  Informatics, Inc.

**Health Net, LLC**

DATED: November 27, 2019          KATTEN MUCHIN ROSENMAN LLP

                                  By: _____
                                  William B. Freeman
                                  Counsel to Health Net, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

113084179\V-1

**Kaiser Foundation Hospitals**

DATED: November 27, 2019     LESNICK PRINCE & PAPPAS LLP

By: _____
Christopher E. Prince
Counsel to Kaiser Foundation Hospitals

**Smith & Nephew, Inc.**

DATED: November 27, 2019     HUNTON ANDREWS KURTH LLP

By: _____
Robert A. Rich
Counsel to Smith & Nephew, Inc.

**QuadraMed Affinity Corporation and Picis Clinical Solutions Inc.**

DATED: November 27, 2019     LOEB & LOEB LLP

By: _____/s/_____
Schuyler G. Carroll
Counsel to QuadraMed Affinity Corporation
and Picis Clinical Solutions Inc.

**Abbott Laboratories Inc. and Alere Informatics, Inc.**

DATED: November 27, 2019     KOHNER, MANN & KAILAS, S.C.

By: _____
Samuel C. Wisotzkey
Counsel to Abbott Laboratories Inc. and Alere Informatics, Inc.

**Health Net, LLC**

DATED: November 27, 2019     KATTEN MUCHIN ROSENMAN LLP

By: _____
William B. Freeman
Counsel to Health Net, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**Kaiser Foundation Hospitals**

DATED: November 27, 2019    LESNICK PRINCE & PAPPAS LLP

By: _____
Christopher E. Prince
Counsel to Kaiser Foundation Hospitals

**Smith & Nephew, Inc.**

DATED: November 27, 2019    HUNTON ANDREWS KURTH LLP

By: _____
Robert A. Rich
Counsel to Smith & Nephew, Inc.

**QuadraMed Affinity Corporation and Picis Clinical Solutions Inc.**

DATED: November 27, 2019    LOEB & LOEB LLP

By: _____
Schuyler G. Carroll
Counsel to QuadraMed Affinity Corporation
and Picis Clinical Solutions Inc.

**Abbott Laboratories Inc. and Alere Informatics, Inc.**

DATED: November 27, 2019    KOHNER, MANN & KAILAS, S.C.

By: /s/ Samuel C. Wisotzkey
Samuel C. Wisotzkey
Counsel to Abbott Laboratories Inc. and Alere
Informatics, Inc.

**Health Net, LLC**

DATED: November 27, 2019    KATTEN MUCHIN ROSENMAN LLP

By: _____
William B. Freeman
Counsel to Health Net, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

113084179\V-1

**Kaiser Foundation Hospitals**

DATED: November 27, 2019  LESNICK PRINCE & PAPPAS LLP

By: _____
Christopher E. Prince
Counsel to Kaiser Foundation Hospitals

**Smith & Nephew, Inc.**

DATED: November 27, 2019  HUNTON ANDREWS KURTH LLP

By: _____
Robert A. Rich
Counsel to Smith & Nephew, Inc.

**QuadraMed Affinity Corporation and Picis Clinical Solutions Inc.**

DATED: November 27, 2019  LOEB & LOEB LLP

By: _____
Schuyler G. Carroll
Counsel to QuadraMed Affinity Corporation
and Picis Clinical Solutions Inc.

**Abbott Laboratories Inc. and Alere Informatics, Inc.**

DATED: November 27, 2019  KOHNER, MANN & KAILAS, S.C.

By: _____
Samuel C. Wisotzkey
Counsel to Abbott Laboratories Inc. and Alere Informatics, Inc.

**Health Net, LLC**

DATED: November 27, 2019  KATTEN MUCHIN ROSENMAN LLP

By: /s/ William B. Freeman
William B. Freeman
Counsel to Health Net, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

113084179\V-1

**St. Vincent IPA Medical Corporation**

DATED: November 27, 2019                     CARLTON FIELDS, LLP

By: /s/ John Ryan Yant
    Mark A. Neubauer / John Ryan Yant
    Counsel to St. Vincent IPA Medical Corporation

**Aetna Life Insurance Company**

DATED: November 27, 2019                     MCGUIREWOODS LLP

By: _____
    Payam Khodadadi
    Counsel to Aetna Life Insurance Company

**SCAN Health Plan**

DATED: November 27, 2019                     LOEB & LOEB LLP

By: _____
    Daniel B. Besikof
    Counsel to SCAN Health Plan

**Cigna Healthcare of California, Inc.,
Cigna Health and Life Insurance Company
of North America**

DATED: November 27, 2019                     GORDON REES SCULLY MANSUKHANI, LLP

By: _____
    William M. Rathbone
    Counsel to Cigna Healthcare of California, Inc.,
    Cigna Health and Life Insurance Company of
    North America

**Premier, Inc. and its subsidiaries**

DATED: November 27, 2019                     STRADLING YOCCA CARLSON & RAUTH, P.C.

By: _____
    Fred Neufeld
    Counsel to Premier, Inc. and its subsidiaries

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6

113084179\V-1

**St. Vincent IPA Medical Corporation**

DATED: November 27, 2019                    CARLTON FIELDS, LLP

By: _____
Mark A. Neubauer
Counsel to St. Vincent IPA Medical Corporation

**Aetna Life Insurance Company**

DATED: November 27, 2019                    MCGUIREWOODS LLP

By: _____/s/ Payam Khodadadi_____
Payam Khodadadi
Counsel to Aetna Life Insurance Company

**SCAN Health Plan**

DATED: November 27, 2019                    LOEB & LOEB LLP

By: _____
Daniel B. Besikof
Counsel to SCAN Health Plan

**Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company of North America**

DATED: November 27, 2019                    GORDON REES SCULLY MANSUKHANI, LLP

By: _____
William M. Rathbone
Counsel to Cigna Healthcare of California, Inc.,
Cigna Health and Life Insurance Company of
North America

**Premier, Inc. and its subsidiaries**

DATED: November 27, 2019                    STRADLING YOCCA CARLSON & RAUTH, P.C.

By: _____
Fred Neufeld
Counsel to Premier, Inc. and its subsidiaries

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6

113084179\V-1

**St. Vincent IPA Medical Corporation**

DATED: November 27, 2019      CARLTON FIELDS, LLP

By: _____
Mark A. Neubauer
Counsel to St. Vincent IPA Medical Corporation

**Aetna Life Insurance Company**

DATED: November 27, 2019      MCGUIREWOODS LLP

By: _____
Payam Khodadadi
Counsel to Aetna Life Insurance Company

**SCAN Health Plan**

DATED: November 27, 2019      LOEB & LOEB LLP

By: _/s/_____
Daniel B. Besikof, Lisa Rubin
Counsel to SCAN Health Plan

**Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company of North America**

DATED: November 27, 2019      GORDON REES SCULLY MANSUKHANI, LLP

By: _____
William M. Rathbone
Counsel to Cigna Healthcare of California, Inc., Cigna Health and Life Insurance Company of North America

**Premier, Inc. and its subsidiaries**

DATED: November 27, 2019      STRADLING YOCCA CARLSON & RAUTH, P.C.

By: _____
Fred Neufeld
Counsel to Premier, Inc. and its subsidiaries

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6

113084179\V-1

**St. Vincent IPA Medical Corporation**

DATED: November 27, 2019     CARLTON FIELDS, LLP

By: _____
Mark A. Neubauer
Counsel to St. Vincent IPA Medical Corporation

**Aetna Life Insurance Company**

DATED: November 27, 2019     MCGUIREWOODS LLP

By: _____
Payam Khodadadi
Counsel to Aetna Life Insurance Company

**SCAN Health Plan**

DATED: November 27, 2019     LOEB & LOEB LLP

By: _____
Daniel B. Besikof
Counsel to SCAN Health Plan

**Cigna Healthcare of California, Inc.,
Cigna Health and Life Insurance Company
of North America**

DATED: November 27, 2019     GORDON REES SCULLY MANSUKHANI, LLP

By: _/s/ William M. Rathbone_____
William M. Rathbone
Counsel to Cigna Healthcare of California, Inc.,
Cigna Health and Life Insurance Company of
North America

**Premier, Inc. and its subsidiaries**

DATED: November 27, 2019     STRADLING YOCCA CARLSON & RAUTH, P.C.

By: _____
Fred Neufeld
Counsel to Premier, Inc. and its subsidiaries

113084179\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**St. Vincent IPA Medical Corporation**

DATED: November 27, 2019                    CARLTON FIELDS, LLP

By: _____
Mark A. Neubauer
Counsel to St. Vincent IPA Medical Corporation

**Aetna Life Insurance Company**

DATED: November 27, 2019                    MCGUIREWOODS LLP

By: _____
Payam Khodadadi
Counsel to Aetna Life Insurance Company

**SCAN Health Plan**

DATED: November 27, 2019                    LOEB & LOEB LLP

By: _____
Daniel B. Besikof
Counsel to SCAN Health Plan

**Cigna Healthcare of California, Inc.,
Cigna Health and Life Insurance Company
of North America**

DATED: November 27, 2019                    GORDON REES SCULLY MANSUKHANI, LLP

By: _____
William M. Rathbone
Counsel to Cigna Healthcare of California, Inc.,
Cigna Health and Life Insurance Company of
North America

**Premier, Inc. and its subsidiaries**

DATED: November 27, 2019                    STRADLING YOCCA CARLSON & RAUTH, P.C.

By: /s/ Fred Neufeld
Fred Neufeld
Counsel to Premier, Inc. and its subsidiaries

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

6

113084179\V-1

| | | |
|---|---|---|
| 1 | | |
| 2 | **Roche Diagnostics Corporation** | |
| 3 | DATED: November 27, 2019 | BARNES & THORNBURG LLP |
| 4 | | |
| 5 | | By: _/s/ Kevin Collins_ |
| 6 | | Kevin Collins<br>Counsel to Roche Diagnostics Corporation |
| 7 | | |
| 8 | **GE HFS, LLC** | |
| 9 | DATED: November 27, 2019 | KUTAK ROCK LLP |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Lisa M. Peters<br>Counsel to GE HFS, LLC |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

7

113084179\V-1

**Roche Diagnostics Corporation**

DATED: November 27, 2019                BARNES & THORNBURG LLP

By: _____
Kevin Collins
Counsel to Roche Diagnostics Corporation

**GE HFS, LLC**

DATED: November 27, 2019                KUTAK ROCK LLP

By: _/s/ Lisa M. Peters_____
Lisa M. Peters
Counsel to GE HFS, LLC

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

7

113084179\V-1
US_Active\113485560\V-2