| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GARY E. KLAUSNER (SBN 69077)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>EmailL gek@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Strategic Global Management, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Verity Health System of California, Inc., et al.,<br><br>Debtor(s). | CASE NO.:2:18-bk-20151-ER<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 11 |
|---|---|
| <br>Plaintiff(s) (*if applicable*).<br>vs.<br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1:  Identify the appellant(s)**

1.  Name(s) of appellant(s):  Strategic Global Management, Inc

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☒ Other (*describe*):

For appeals in a bankruptcy case and not in an  adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☒ Other (*describe*): Party in Interest and proposed buyer in Section 363 sale

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:
   Order (1) Finding that SGM Is Obligated to Close the SGM Sale by No Later Than December 5, 2019
   and (2) Setting Continued Hearing on Debtors' Motion for Approval of Disclosure Statement [Dkt. 3724]

2. The date the judgment, order, or decree was entered:  11/27/2019
   See Exhibit A attached hereto.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Verity Health System of California, Inc.

   Attorney:

   Samuel R. Maizel; Tania M. Moyron; and Nicholas A. Kiffroth
   Dentons US LLP
   601 South Figueroa Street, Suite 2500
   Los Angeles, CA 90017
   Tel: 213-623-9300

2. Party:
   Attorney:

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Gary E. Klausner                                                      Date: 12/03/2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION



FILED & ENTERED

NOV 27 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis      DEPUTY CLERK

| | |
|---|---|
| In re: Verity Health System of California, Inc., *et al.*,<br><br>    Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors in Possession., | Lead Case No.:    2:18-bk-20151-ER<br>Chapter:    11<br><br>Jointly Administered With:<br> Case No. 2:18-bk-20162-ER;<br> Case No. 2:18-bk-20163-ER;<br> Case No. 2:18-bk-20164-ER;<br> Case No. 2:18-bk-20165-ER;<br> Case No. 2:18-bk-20167-ER;<br> Case No. 2:18-bk-20168-ER;<br> Case No. 2:18-bk-20169-ER;<br> Case No. 2:18-bk-20171-ER;<br> Case No. 2:18-bk-20172-ER;<br> Case No. 2:18-bk-20173-ER;<br> Case No. 2:18-bk-20175-ER;<br> Case No. 2:18-bk-20176-ER;<br> Case No. 2:18-bk-20178-ER;<br> Case No. 2:18-bk-20179-ER;<br> Case No. 2:18-bk-20180-ER;<br> Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases.<br><br>**ORDER (1) FINDING THAT SGM IS OBLIGATED TO CLOSE THE SGM SALE BY NO LATER THAN DECEMBER 5, 2019 AND (2) SETTING CONTINUED HEARING ON DEBTORS' MOTION FOR APPROVAL OF DISCLOSURE STATEMENT**<br><br>Date:    November 26, 2019<br>Time:    10:00 a.m.<br>Location:    Ctrm. 1568<br>    Roybal Federal Building<br>    255 East Temple Street<br>    Los Angeles, CA 90012 |

  For the reasons set forth in the concurrently-issued *Memorandum of Decision Finding that SGM is Obligated to Close the SGM Sale By No Later than December 5, 2019* (the "Memorandum of Decision"), the Court **HEREBY FINDS AND ORDERS AS FOLLOWS:**

1) Pursuant to § 1.3 of the APA,[1] SGM is obligated to close the SGM Sale by no later than December 5, 2019.
2) A continued hearing on the Debtors' motion to approve the adequacy of the Debtors' proposed Disclosure Statement (the "Disclosure Statement Motion") shall take place on **December 12, 2019, at 10:00 a.m.** The Debtors shall file a reply in support of the Disclosure Statement Motion by no later than **December 9, 2019**.

IT IS SO ORDERED.

### 

Date: November 27, 2019

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein have the meaning set forth in the Memorandum of Decision.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **NOTICE OF APPEAL AND STATEMENT OF ELECTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **December 3, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 3, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Served via Attorney Service**
The Honorable Ernest M. Robles
United States Bankruptcy Court
Edward R. Roybal Federal Building
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 3, 2019** | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | - Alexandra Achamallah    aachamallah@milbank.com, rliubicic@milbank.com |
| | - Melinda Alonzo    ml7829@att.com |
| 2 | - Robert N Amkraut    ramkraut@foxrothschild.com |
| | - Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| 3 | - Simon Aron    saron@wrslawyers.com |
| 4 | - Lauren T Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com |
| | - Allison R Axenrod    allison@claimsrecoveryllc.com |
| 5 | - Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com |
| 6 | - Cristina E Bautista    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com |
| 7 | - James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com |
| 8 | - Ron Bender    rb@lnbyb.com |
| | - Bruce Bennett    bbennett@jonesday.com |
| 9 | - Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com |
| | - Leslie A Berkoff    lberkoff@moritthock.com, hmay@moritthock.com |
| 10 | - Steven M Berman    sberman@slk-law.com |
| | - Stephen F Biegenzahn    efile@sfblaw.com |
| 11 | - Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com |
| 12 | - Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com |
| 13 | - Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com |
| 14 | - Chane Buck    cbuck@jonesday.com |
| | - Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov |
| 15 | - Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com |
| | - Barry A Chatz    barry.chatz@saul.com, jurate.medziak@saul.com |
| 16 | - Shirley Cho    scho@pszjlaw.com |
| | - Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com |
| 17 | - Louis J. Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com |
| 18 | - Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com |
| | - Marcus Colabianchi    mcolabianchi@duanemorris.com |
| 19 | - Kevin Collins    kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com |
| | - Joseph Corrigan    Bankruptcy2@ironmountain.com |
| 20 | - David N Crapo    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com |
| | - Mariam Danielyan    md@danielyanlawoffice.com, danielyan.mar@gmail.com |
| 21 | - Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com |
| 22 | - Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com |
| | - Lauren A Deeb    lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com |
| 23 | - Daniel Denny    ddenny@milbank.com |
| | - Anthony Dutra    adutra@hansonbridgett.com |
| 24 | - Kevin M Eckhardt    kevin.eckhardt@gmail.com, keckhardt@hunton.com |
| 25 | - Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| | - David K Eldan    david.eldan@doj.ca.gov, teresa.depaz@doj.ca.gov |
| 26 | - Andy J Epstein    taxcpaesq@gmail.com |
| | - Richard W Esterkin    richard.esterkin@morganlewis.com |
| 27 | - Christine R Etheridge    christine.etheridge@ikonfin.com |
| | - M Douglas Flahaut    flahaut.douglas@arentfox.com |
| 28 | - Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | • Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com |
| 2 | • William B Freeman    bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com |
| 3 | • Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com;sschuster@tocounsel.com |
| 4 | • Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com |
| 5 | • Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com |
| 6 | • Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com |
| 7 | • Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com;mmarkwell@nelsonhardiman.com |
| 8 | • Paul R. Glassman    pglassman@sycr.com |
|  | • Matthew A Gold    courts@argopartners.net |
|  | • Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 9 | • Marshall F Goldberg    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com |
| 10 | • Richard H Golubow    rgolubow@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com |
|  | • David M. Guess    guessd@gtlaw.com |
| 11 | • Anna Gumport    agumport@sidley.com |
|  | • Melissa T Harris    harris.melissa@pbgc.gov, efile@pbgc.gov |
| 12 | • James A Hayes    jhayes@zinserhayes.com, jhayes@jamesahayesaplc.com |
|  | • Michael S Held    mheld@jw.com |
| 13 | • Lawrence J Hilton    lhilton@onellp.com, lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com |
| 14 | • Robert M Hirsh    Robert.Hirsh@arentfox.com |
| 15 | • Florice Hoffman    fhoffman@socal.rr.com, floricehoffman@gmail.com |
|  | • Lee F Hoffman    leehoffmanjd@gmail.com, lee@fademlaw.com |
| 16 | • Michael Hogue    hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com |
|  | • Matthew B Holbrook    mholbrook@sheppardmullin.com, mmanns@sheppardmullin.com |
| 17 | • David I Horowitz    david.horowitz@kirkland.com, keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com |
| 18 | • Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com |
| 19 | • Joan Huh    joan.huh@cdtfa.ca.gov |
|  | • Benjamin Ikuta    bikuta@hml.law |
| 20 | • Lawrence A Jacobson    laj@cohenandjacobson.com |
|  | • John Mark Jennings    johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com |
| 21 | • Monique D Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
|  | • Crystal Johnson    M46380@ATT.COM |
| 22 | • Gregory R Jones    gjones@mwe.com, rnhunter@mwe.com |
|  | • Jeff D Kahane    jkahane@duanemorris.com, dmartinez@duanemorris.com |
| 23 | • Steven J Kahn    skahn@pszyjw.com |
|  | • Cameo M Kaisler    salembier.cameo@pbgc.gov, efile@pbgc.gov |
| 24 | • Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com |
| 25 | • Ori Katz    okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com;lsegura@sheppardmullin.com |
|  | • Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com |
| 26 | • Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com |
|  | • Jane Kim    jkim@kellerbenvenutti.com |
| 27 | • Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com |
|  | • Gary E Klausner    gek@lnbyb.com |
| 28 | • David A Klein    david.klein@kirkland.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

- Nicholas A Koffroth    nick.koffroth@dentons.com, chris.omeara@dentons.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com
- Darryl S Laddin    bkrfilings@agg.com
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Richard A Lapping    richard@lappinglegal.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Nathaniel M Leeds    nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
- David E Lemke    david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- Samuel R Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov, dare.law@usdoj.gov
- Craig G Margulies    Craig@MarguliesFaithlaw.com, Victoria@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Dana@marguliesfaithlaw.com
- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- John A Moe    john.moe@dentons.com, derry.kalve@dentons.com
- Susan I Montgomery    susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- Monserrat Morales    Monsi@MarguliesFaithLaw.com, Victoria@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Dana@marguliesfaithlaw.com
- Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
- Marianne S Mortimer    mmartin@jmbm.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Akop J Nalbandyan    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Charles E Nelson    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- Sheila Gropper Nelson    shedoesbklaw@aol.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- Fred Neufeld    fneufeld@sycr.com, tingman@sycr.com
- Nancy Newman    nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- Bryan L Ngo    bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- John R OKeefe    jokeefe@metzlewis.com, slohr@metzlewis.com
- Scott H Olson    solson@vedderprice.com, jcano@vedderprice.com,jparker@vedderprice.com;scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- Keith C Owens    kowens@venable.com, khoang@venable.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

| | |
|---|---|
| 1 | - R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com |
| 2 | - Paul J Pascuzzi    ppascuzzi@ffwplaw.com |
| | - Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| 3 | - Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com |
| | - Mark D Plevin    mplevin@crowell.com, cromo@crowell.com |
| 4 | - Steven G. Polard    spolard@ch-law.com, calendar-lao@rmkb.com;melissa.tamura@rmkb.com;anthony.arriola@rmkb.com |
| 5 | - David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com |
| | - Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com |
| 6 | - Lori L Purkey    bareham@purkeyandassociates.com |
| 7 | - William M Rathbone    wrathbone@grsm.com, jmydlandevans@grsm.com;sdurazo@grsm.com |
| | - Jason M Reed    Jason.Reed@Maslon.com |
| 8 | - Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com |
| | - J. Alexandra Rhim    arhim@hrhlaw.com |
| 9 | - Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| | - Robert A Rich    , candonian@huntonak.com |
| 10 | - Lesley A Riis    lriis@dpmclaw.com |
| | - Debra Riley    driley@allenmatkins.com |
| 11 | - Jason E Rios    jrios@ffwplaw.com, scisneros@ffwplaw.com |
| | - Julie H Rome-Banks    julie@bindermalter.com |
| 12 | - Mary H Rose    mrose@buchalter.com |
| | - Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com |
| 13 | - Nathan A Schultz    nschultz@goodwinlaw.com |
| | - Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com |
| 14 | - Seth B Shapiro    seth.shapiro@usdoj.gov |
| | - David B Shemano    dshemano@shemanolaw.com |
| 15 | - Joseph Shickich    jshickich@riddellwilliams.com |
| | - Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com |
| 16 | |
| 17 | - Rosa A Shirley    rshirley@nelsonhardiman.com, ksherry@nelsonhardiman.com;lgill@nelsonhardiman.com;rrange@nelsonhardiman.com |
| 18 | - Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org |
| | - Michael St James    ecf@stjames-law.com |
| 19 | - Andrew Still    astill@swlaw.com, kcollins@swlaw.com |
| | - Jason D Strabo    jstrabo@mwe.com, cfuraha@mwe.com |
| 20 | - Sabrina L Streusand    Streusand@slollp.com |
| | - Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com |
| 21 | - Michael A Sweet    msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com |
| 22 | - James Toma    james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov |
| | - Gary F Torrell    gtorrell@health-law.com |
| 23 | - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov |
| | - Cecelia Valentine    cecelia.valentine@nlrb.gov |
| 24 | - Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com |
| | - Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov |
| 25 | - Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com |
| | - Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com |
| 26 | - Adam G Wentland    awentland@tocounsel.com, lkwon@tocounsel.com |
| | - Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com |
| 27 | - Michael S Winsten    mike@winsten.com |
| 28 | - Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

- Neal L Wolf  nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- Hatty K Yip  hatty.yip@usdoj.gov
- Andrew J Ziaja  aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- Rose Zimmerman  rzimmerman@dalycity.org

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**