| | |
|---|---|
| SAMUEL R. MAIZEL (Bar No. 189301)<br>samuel.maizel@dentons.com<br>TANIA M. MOYRON (Bar No. 235736)<br>tania.moyron@dentons.com<br>NICHOLAS A. KOFFROTH (Bar No. 287854)<br>nicholas.koffroth@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Tel: (213) 623-9300 / Fax: (213) 623-9924<br><br>Attorneys for the Chapter 11 Debtors and<br>Debtors In Possession | **FILED & ENTERED**<br><br>DEC 10 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** gonzalez **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Judge Ernest M. Robles<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION OF THE DEBTORS FOR AN ORDER APPROVING: (I) PROPOSED DISCLOSURE STATEMENT; (II) SOLICITATION AND VOTING PROCEDURES; (III) NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF DEBTORS' PLAN, AND (IV) GRANTING RELATED RELIEF; DECLARATION OF RICHARD G. ADCOCK IN SUPPORT THEREOF**<br><br>**[RELATES TO DOCKET NOS. 2994, 2995, 3120, 3193, 3260, 3389, 3594, 3632, 3633, 3644, 3724, 3788]**<br><br>**Continued Hearing Date and Time:**<br>Date: December 30, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: 255 E. Temple St., Courtroom 1568<br>       Los Angeles, CA 90012 |

- 1 -

The Court, having reviewed the *Motion to Continue Hearing on Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Notice and Objection Procedures for Confirmation of Debtors' Plan, and (IV) Granting Related Relief* [Docket No. 3788] (the "Motion")[1] and the *Declaration of Richard G. Adcock* filed concurrently therewith; it further appearing that the Motion complies with Local Bankruptcy Rule 9013-1(m); and good cause appearing therefor,

HEREBY ORDERS AS FOLLOWS:

1. The Motion is GRANTED in its entirety.

2. The Hearing on the Disclosure Statement Motion shall be continued from December 12, 2019, at 10:00 a.m. (Pacific Time), to December 30, 2019, at 10:00 a.m. (Pacific Time).

3. The deadline to file any reply in support of the Disclosure Statement Motion shall be continued from December 9, 2019, to December 23, 2019.

**IT IS SO ORDERED.**

###

Date: December 10, 2019

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Unless otherwise noted herein, all capitalized terms have the definitions set forth in the Motion.

US_Active\113821002\V-1