Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: skahn@pszjlaw.com

Co-Counsel to Chapter 11 Debtors and Debtors In Possession

**FILED & ENTERED**

**DEC 19 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**ORDER GRANTING DEBTORS' MOTION TO APPROVE COMPROMISE AMONG VERITY HEALTH SYSTEM OF CALIFORNIA, INC., ST. FRANCIS MEDICAL CENTER, ST. VINCENT MEDICAL CENTER AND LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY D/B/A L.A. CARE HEALTH PLAN**<br><br>[Relates to Docket No. 3667]<br><br>HEARING:<br>Date:  December 18, 2019<br>Time:  10:00 a.m.<br>Place:  Courtroom 1568 |

1

DOCS_LA:326661.1 89566/002

The Court has considered the *Motion to Approve Compromise Among Verity Health System of California, Inc., St. Francis Medical Center, St. Vincent Medical Center and Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan* (the "Motion")[1] [Docket No. 3667], through which the Debtors seek approval of entry into a settlement agreement and general release executed on November 19, 2019 (the "Settlement Agreement"). The terms and conditions of the compromise and settlement agreement are specifically set forth in the Settlement Agreement between the parties thereto, a copy of which is attached to the Declaration of Richard G. Adcock filed in support of the motion. No opposition to the Motion has been filed or served.

Based upon the Court's review of the Motion, for good cause shown, and for the reasons set forth in the Court's tentative ruling [Docket No. 3826], which the Court adopts as its final ruling and which is incorporated herein by reference,

**IT IS HEREBY ORDERED:**

1. The Motion is granted and the Settlement Agreement is approved in its entirety; and

2. The parties to the Settlement Agreement are authorized to enter into the Settlement Agreement and take any and all actions reasonably necessary to consummate the terms thereof.

####

Date: December 19, 2019

Ernest M. Robles
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

DOCS_LA:326661.1 89566/002