**FILED & ENTERED**

**DEC 26 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: Verity Health System of California, Inc., *et al.*, <br><br>                      Debtors and Debtors in Possession. | Lead Case No.:        2:18-bk-20151-ER<br>Chapter:       11 |

☒ Affects All Debtors

☐ Affects Verity Health System of California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital Foundation
☐ Affects St. Francis Medical Center of Lynwood
    Medical Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose Dialysis, LLC

              Debtors and Debtors in Possession.,

Jointly Administered With:
  Case No. 2:18-bk-20162-ER;
  Case No. 2:18-bk-20163-ER;
  Case No. 2:18-bk-20164-ER;
  Case No. 2:18-bk-20165-ER;
  Case No. 2:18-bk-20167-ER;
  Case No. 2:18-bk-20168-ER;
  Case No. 2:18-bk-20169-ER;
  Case No. 2:18-bk-20171-ER;
  Case No. 2:18-bk-20172-ER;
  Case No. 2:18-bk-20173-ER;
  Case No. 2:18-bk-20175-ER;
  Case No. 2:18-bk-20176-ER;
  Case No. 2:18-bk-20178-ER;
  Case No. 2:18-bk-20179-ER;
  Case No. 2:18-bk-20180-ER;
  Case No. 2:18-bk-20181-ER;

Chapter 11 Cases.

**ORDER VACATING HEARING ON DEBTORS' MOTION FOR APPROVAL OF DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF LIQUIDATION**

**[RELATES TO DOC. NO. 2995]**

**VACATED HEARING DATE:**

Date:        December 30, 2019

Time:       10:00 a.m.

Location:    Ctrm. 1568
            Roybal Federal Building
            255 East Temple Street
            Los Angeles, CA 90012

The Debtors have filed a notice[1] stating that they will not file an omnibus reply in support of their motion (the "Motion") [Doc. No. 2995] for approval of the Disclosure Statement [Doc. No. 2994] describing the *Debtors' Chapter 11 Plan of Liquidation (Dated September 3, 2019)* (the "Plan") [Doc. No. 2993]. Instead, the Debtors intend to file a motion to extend their exclusive periods to file and solicit an amended and restated plan of liquidation.

Based upon the foregoing, the Court **HEREBY ORDERS AS FOLLOWS:**

1) Given the likelihood that the Debtors will be filing an amended and restated plan of liquidation, it is not appropriate for the Court to conduct a hearing regarding the adequacy of the Disclosure Statement describing the current Plan. The hearing on the Motion, set for December 30, 2019, at 10:00 a.m., is **VACATED**.

2) In the event the Debtors determine not to file an amended and restated plan of liquidation, the hearing on the Motion will be restored to the Court's calendar.

IT IS SO ORDERED.

###

Date: December 26, 2019

Ernest M. Robles
United States Bankruptcy Judge

---

[1] *See* Notice Re Motion of the Debtors for an Order Approving: (I) Proposed Disclosure Statement; (II) Solicitation and Voting Procedures; (III) Notice and Objection Procedures for Confirmation of Debtors' Plan; and (IV) Granting Related Relief [Doc. No. 3853].