SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>CASE NO.: 2:18-bk-20162-ER<br>CASE NO.: 2:18-bk-20163-ER<br>CASE NO.: 2:18-bk-20164-ER<br>CASE NO.: 2:18-bk-20165-ER<br>CASE NO.: 2:18-bk-20167-ER<br>CASE NO.: 2:18-bk-20168-ER<br>CASE NO.: 2:18-bk-20169-ER<br>CASE NO.: 2:18-bk-20171-ER<br>CASE NO.: 2:18-bk-20172-ER<br>CASE NO.: 2:18-bk-20173-ER<br>CASE NO.: 2:18-bk-20175-ER<br>CASE NO.: 2:18-bk-20176-ER<br>CASE NO.: 2:18-bk-20178-ER<br>CASE NO.: 2:18-bk-20179-ER<br>CASE NO.: 2:18-bk-20180-ER<br>CASE NO.: 2:18-bk-20181-ER<br><br>Chapter 11 Cases<br><br>**SUPPLEMENTAL DECLARATION OF PEGGY J. OPP IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT OF KANSAS CITY SERIES OF LOCKTON COMPANIES, LLC, AS ADVISOR TO THE DEBTORS IN THE DISPOSITION OF MARILLAC INSURANCE COMPANY, LTD.** *NUNC PRO TUNC* **TO SEPTEMBER 6, 2019**<br><br>[RELATES TO DOCKET NO. 3601] |

US_Active\114043781\V-1
112809530\V-2

I, Peggy J. Opp, hereby declare as follows:

1. I am a Vice President—Senior Account Executive for Kansas City Series of Lockton Companies, LLC ("Lockton"). I submit this supplemental declaration in support of the *Debtors' Application for Entry of an Order Authorizing Employment of Lockton, as Advisor to the Debtors in the Disposition of Marillac Insurance Company, Ltd. Nunc Pro Tunc to September 6, 2019* (the "Application") [Docket No. 3601].[1]

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and, if called as a witness, I would testify thereto. Certain of the disclosures herein, however, relate to matters within the personal knowledge of other professionals at Lockton and are based on information provided by such professionals.

3. In connection with the Application, I submitted an initial declaration (the "Initial Declaration") describing Lockton's connections with the Debtors and other Potential Parties in Interest in these Chapter 11 Cases. The Initial Declaration was appended to the Application.

4. As noted in the Initial Declaration, Lockton had completed an initial review of potential parties in interest. Lockton has now had an opportunity to search all 17,000+ scheduled and filed claimants in these bankruptcy cases for potential matches against Lockton clients in the past three years and those relationships have been identified on a list annexed hereto as Exhibit A (the "Client Match List"). Through the information generated from the aforementioned inquiry and though follow-up inquiries to Lockton professionals listed on the Client Match List, Lockton has determined that Lockton's representations of the clients on the Client Match List concerned matters unrelated to the Debtors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

US_Active\114043781\V-1
112809530\V-2

Dated: January 15, 2020

*(signature)*

Peggy J. Opp
VP—Senior Account Executive
Kansas City Series of Lockton
Companies, LLC

US_Active\114043781\V-1
112809530\V-2

# EXHIBIT A

## Client Match List

| |
|---|
| AAA Auto Club Enterprises |
| AAF International |
| Abbott Laboratories |
| ABM Government Services, LLC |
| Adrian Kaiser |
| AHMC Healthcare Inc. |
| Alegis Revenue Group, LLC |
| All Care Medical Group |
| Allied Electronics, Inc |
| Allina Health and Aetna Insurance Holding Company LLC |
| Ambulatory Care Management, LLC |
| Anesthesia Care Consultants, Inc. |
| Anixter Inc. |
| AT&T Services Inc. |
| Athens Services |
| Aya Healthcare, Inc. |
| Backstage Connection, LLC |
| Bayer HealthCare LLC |
| BC Technical, Inc. |
| BDO USA, LLP |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | |
|---|---|
| 1 | Berkshire Hathaway Specialty Insurance |
| 2 | Biocare Holdings, LLC |
| 3 | Blue Cross & Blue Shield of Kansas City |
| 4 | Bush, John Ryan |
| 5 | CareFusion Corporation |
| 6 | |
| 7 | Centinela Radiology Medical Group |
| 8 | Central Health Plan of California - INACTIVE |
| 9 | Cerner Corporation - INACTIVE |
| 10 | Certified Supply,Inc dba Johnstone Supply of Denver |
| 11 | Champion Medical Technologies Inc. |
| 12 | Charter Communications |
| 13 | Christy Dickson |
| 14 | |
| 15 | Cigna Individual, Individual |
| 16 | City National Bank of Shenandoah |
| 17 | CO Architects |
| 18 | Coca-Cola Bottlers' Sales & Service Company LLC |
| 19 | Cochlear Americas-INACTIVE |
| 20 | |
| 21 | Cox Air Systems, Inc. |
| 22 | Culver West Health Center, LLC |
| 23 | Darling Ingredients Inc. et al. |
| 24 | Tommy Lee |
| 25 | |
| 26 | DISH Network Corporation |
| 27 | Dorel Juvenile Group, Inc. |
| 28 | |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

| 1 | **DS Waters of America, Inc.-INACTIVE** |
| --- | --- |
| 2 | **ECMC Group** |
| 3 | **EMD Millipore Corporation** |
| 4 | **Galls -INACTIVE** |
| 5 | **Graybar Electric Company, Inc.** |
| 6 | **Haven Health Group, LLC** |
| 7 | **Advanced Surgical Institute** |
| 8 | **Henry Mayo Newhall Memorial Hospital** |
| 9 | **Heritage Food Service Group, Inc** |
| 10 | **Hillyard, Inc.** |
| 11 | **HSS Inc - NQDC** |
| 12 | **IHP Capital Partners** |
| 13 | **Summit Medical Group LLC** |
| 14 | **Iridex Corporation** |
| 15 | **James Loomis** |
| 16 | **James Thomas** |
| 17 | **Jeremiah & Jocelyn Cockrum** |
| 18 | **Johnson & Johnson-Comp** |
| 19 | **K2M Group Holdings, Inc.** |
| 20 | **Kaiser Foundation Health Plan of Colorado** |
| 21 | **KCI Incorporated** |
| 22 | **Konica Minolta Business Solutions U.S.A., Inc.-LIA** |
| 23 | **Kronos (US), Inc.** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 3 -

US_Active\114043781\V-1
112809530\V-2

| | |
|---|---|
| 1 | **Liberty Mutual Holdings Company, Inc.** |
| 2 | **LinkedIn Corporation** |
| 3 | **Lisa Reed** |
| 4 | **Luminex Corporation** |
| 5 | **Main Street Clinical Laboratory** |
| 6 | **Martha Perez-Mugg, Violet Mugg, Michael Mugg** |
| 7 | **Medical Solutions, LLC** |
| 8 | **Medical Waste Management** |
| 9 | **Medline Industries, Inc.** |
| 10 | **MGC Diagnostics Corporation** |
| 11 | **Mission Linen Supply** |
| 12 | **Molnlycke Health Care US, LLC** |
| 13 | **Mood Media** |
| 14 | **Mountain View Hospital LLC** |
| 15 | **NAVEX Global, Inc.** |
| 16 | **Nekoosa Coated Products LLC** |
| 17 | **Neogenomics Laboratories Inc.** |
| 18 | **NeoGenomics Laboratories, Inc. - LIA** |
| 19 | **Nestle USA, Inc.** |
| 20 | **Office Depot, Inc.** |
| 21 | **Omnicare, Inc. INACTIVE** |
| 22 | **Optum Energy Solutions** |
| 23 | **OsteoMed, LLC** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 4 -

US_Active\114043781\V-1
112809530\V-2

| | |
|---|---|
| 1 | **Polsinelli PC** |
| 2 | **Premier Healthcare Solutions, Inc.** |
| 3 | **Rhinotek Computer Products** |
| 4 | **Rhythmlink International, LLC** |
| 5 | **Robert and Katherine Hoyt** |
| 6 | **Robert Bennett** |
| 7 | **RPC Feast, LLC** |
| 8 | **RTI Surgical, Inc.** |
| 9 | **Sagent Pharmaceuticals, Inc** |
| 10 | **Savvy Travelers, Inc.** |
| 11 | **SCAN Health Plan** |
| 12 | **Sedgwick LLP** |
| 13 | **Sprint Corporation** |
| 14 | **Stratus Video LLC** |
| 15 | **Technical Safety Services Inc.-LIA** |
| 16 | **Technical Safety Services, LLC** |
| 17 | **Tenet Healthcare Corporation** |
| 18 | **The Hartford Financial Services Group** |
| 19 | **U.S. HealthWorks Medical Group** |
| 20 | **Uline, Inc.** |
| 21 | **USAA Mutual Funds Trust** |
| 22 | **Valley Presbyterian Hospital** |
| 23 | **Verity Health System of California, Inc.** |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 5 -

US_Active\114043781\V-1
112809530\V-2

| |
|---|
| VHAGS-FMOL - St. Francis Medical Center |
| Vitalant |
| Vizient, Inc. |
| Vyaire Medical Payroll LLC - LIA |
| Windstream |
| York Risk Services Group Inc. |

US_Active\114043781\V-1
112809530\V-2