Lawrence B. Gill, # 180157
Rosa A. Shirley, # 310455
Kristina Sherry, # 294975
**NELSON HARDIMAN, LLP**
1100 Glendon Ave. 14th Floor
Los Angeles, CA  90024
Telephone: (310) 203-2800
Facsimile: (310) 203-2727
E-Mail:    lgill@nelsonhardiman.com
rshirley@nelsonhardiman.com
ksherry@nelsonhardiman.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Chapter  11 Cases<br><br>Judge:  Hon. Ernest M. Robles<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROSA A. SHIRLEY AND REQUEST TO BE REMOVED FROM SERVICE LISTS** |

1
**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROSA A. SHIRLEY
AND REQUEST TO BE REMOVED FROM SERVICE LISTS**

746001.v1

**PLEASE TAKE NOTICE** that Rosa A. Shirley is no longer associated with the law firm of Nelson Hardiman, LLP and hereby withdraws her appearance on behalf of the Debtors and Debtors in possession in the above-captioned cases. Nelson Hardiman, LLP will continue to represent the Debtors and Debtors in possession as their special healthcare regulatory counsel [ECF 713].

**PLEASE TAKE FURTHER NOTICE**, that Rosa A. Shirley hereby requests to be removed from: (1) the service list for the above-captioned cases; (2) the mailing matrix; and (3) the Court's CM/ECF notice system in the above-captioned cases.

Dated January 15, 2020                              Respectfully Submitted,

                                                    NELSON HARDIMAN, LLP

                                                    By: /s/ Rosa A. Shirley
                                                        Rosa A. Shirley
                                                        1100 Glendon Avenue, 14th Fl.
                                                        Los Angeles, CA 90024

2

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROSA A. SHIRLEY
AND REQUEST TO BE REMOVED FROM SERVICE LISTS**

746001.v1