Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: skahn@pszjlaw.com

Co-Counsel to Chapter 11 Debtors and
Debtors In Possession

**FILED & ENTERED**

**JAN 31 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☒ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**ORDER GRANTING MOTION OF DEBTOR, ST. VINCENT MEDICAL CENTER, AUTHORIZING THE EXAMINATION OF LEE SUYENAGA PURSUANT TO FED. R. BANKR. P. 2004**<br><br>[No Hearing Required] |

On January 30, 2020, Debtor St. Vincent Medical Center (the "Debtor"), filed its *Notice of Motion and Motion of Debtor, St. Vincent Medical Center, for Order Authorizing the Examination of Lee Suyenaga Pursuant to Fed. R. Bankr. P. 2004; Memorandum of Points and Authorities; Declarations of Peter Chadwick and Steven J. Kahn in Support Thereof* (the "Motion") [Docket No.

DOCS_LA:324314.1 89566/002            1

4015]. The Court has considered the Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Peter Chadwick and Steven J. Kahn in support of the Motion, and the exhibit thereto. Based on its review and consideration, the Court finds that (i) notice of the Motion was adequate and appropriate, and no further or other notice need be given; (ii) the authority requested by the Debtor to issue a subpoena substantially in the form identified in the Motion is appropriate; and (iii) good cause exists to grant the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety;

2. The Debtor is authorized, pursuant to sections 105(a) and 1106(a)(3) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2004-1, to issue and serve a subpoena substantially in the form attached to the Motion to compel the attendance of the Proposed Examinee, Lee Suyenaga ("Suyenaga"), for testimony on the date stated therein or such other date as is mutually agreed between Suyenaga and the Debtor.[1]

3. The Debtor shall serve the Rule 2004 Subpoena and a copy of this Order on (i) Suyenaga, who has agreed to accept service by email, and (ii) the United States Trustee for the Central District of California;

4. The Debtor shall file with the Court an affidavit or declaration of service of the Rule 2004 Subpoena;

5. In the event of any discovery dispute in relation hereto, counsel and Suyenaga shall first meet and confer in an effort to resolve the dispute in accordance with Local Bankruptcy Rule 7026-1(c);

6. This order is without prejudice to the Debtor's right to file further motions seeking additional documents or testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable Bankruptcy Rules; and

---

[1] Capitalized terms used herein shall have the same meanings ascribed to them in the Motion.

DOCS_LA:324314.1 89566/002                    2

7.  This Court shall retain jurisdiction to resolve any dispute arising from or related to this order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and otherwise enforce the provisions of this order.

####

Date: January 31, 2020

Ernest M. Robles
United States Bankruptcy Judge