CAROL IGOE (SBN 267673)
KYRSTEN B. SKOGSTAD (SBN 281583)
NICOLE J. DARO (SBN 276948)
CALIFORNIA NURSES ASSOCIATION
155 Grand Avenue
Oakland, CA 94612
(510) 273-2200 (telephone)/(510) 663-4822 (facsimile)
kskogstad@calnurses.org
ndaro@calnurses.org
cigoe@calnurses.org
Attorneys for Plaintiff
CALIFORNIA NURSES ASSOCIATION

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re | Lead Case No.: 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et. al.*, | Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER |
| Debtors and Debtors in Possession. | Case No. 2:18-bk-20166-ER<br>Case No. 2:18-bk-20167-ER |
| ☐ Affects All Debtors | Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER |
| ■ Affects Verity Health System of California, Inc. | Case No. 2:18-bk-20170-ER |
| ☐ Affects O'Connor Hospital | Case No. 2:18-bk-20171-ER |
| ☐ Affects Saint Louise Regional Hospital | Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER |
| ■ Affects St. Francis Medical Center | Case No. 2:18-bk-20175-ER |
| ■ Affects St. Vincent Medical Center | Case No. 2:18-bk-20176-ER |
| ■ Affects Seton Medical Center | Case No. 2:18-bk-20177-ER |
| ☐ Affects O'Connor Hospital Foundation | Case No. 2:18-bk-20178-ER |
| ☐ Affects Saint Louise Regional Hospital Foundation | Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER |
| ☐ Affects St. Francis Medical Center of Lynwood Foundation | Case No. 2:18-bk-20181-ER |
| ☐ Affects St. Vincent Foundation | Chapter 11 Cases |
| ■ Affects St. Vincent Dialysis Center, Inc. | |
| ☐ Affects Seton Medical Center Foundation | Hon. Ernest M. Robles |
| ☐ Affects Verity Business Services | |
| ☐ Affects Verity Medical Foundation | Adversary No. _____. |
| ■ Affects Verity Holdings, LLC | |
| ■ Affects De Paul Ventures, LLC | **COMPLAINT FOR DAMAGES, CIVIL PENALTIES, ATTORNEYS FEES** |
| ■ Affects De Paul Ventures – San Jose ASC, LLC | |
| Debtors and Debtors in Possession. | 1. **Workers Adjustment Training and Notification Act ("Warn Act") 29 U.S.C. §§ 2101,** *et. seq.* |
| | 2. **California WARN Act, California** |

Labor Code § 1400, *et. seq.*

3.  **Intentional Misrepresentation by Concealment**

4.  **Negligent Misrepresentation**

    **JURY TRIAL DEMANDED**

CALIFORNIA NURSES ASSOCIATION (CNA)

                Plaintiff,

v.

VERITY HEALTH SYSTEMS OF CALIFORNIA, INC., a California Corporation; ST. FRANCIS MEDICAL CENTER, an Affiliate; ST. VINCENT MEDICAL CENTER, an Affiliate; SETON MEDICAL CENTER, an Affiliate; ST. FRANCIS MEDICAL CENTER OF LYNWOOD, an Affiliate; ST. VINCENT DIALYSIS CENTER, INC., an Affiliate; VERITY HOLDINGS, LLC, an Affiliate; DEPAUL VENTURES, LLC, an Affiliate; RICHARD ADCOCK, an Individual; STEVEN SHARRER, an Individual, and DOES 1 through 500,

                Defendants.

Plaintiff California Nurses Association ("CNA"), alleges as follows:

**PRELIMINARY STATEMENT**

Well after they knew it was not true and that closure of St. Vincent Medical Center was imminent, Defendants continued to lead the St. Vincent Medical Center registered nurses and their labor representative, CNA, to believe that the hospital's operations, and therefore the nurses' continued employment, was secure.  By this deception, Defendants avoided the risk that when nurses learned the truth, they would seek other employment, thereby forcing Defendants to incur additional costs to maintain the nursing staff necessary to keep the hospital going until the Defendants were prepared to close it entirely.  By stringing the nurses along in this way, Defendants failed to give the required state and federal WARN Act disclosures and notices.  By these actions Defendants also committed fraud in the form of Intentional Misrepresentation by Concealment, as well as Negligent Misrepresentation directly harming both CNA and the nurses.

**JURISDICTION AND VENUE**

1.      This is an action arising under the Federal Worker Adjustment and Retraining Notification Act ("Federal WARN Act"), 29 U.S.C. §§ 2101, et seq., under the California WARN Act, California Labor Code §§ 1400, et seq., and California state tort law for damages resulting from the Defendants' failure to provide sixty days' notice, as required by both the Federal WARN Act and the California WARN Act, prior to laying off nearly 400 nurses who were employed at St. Vincent Medical Center in Los Angeles, California and related misrepresentations to them about the future operations of the hospital.

2.      The Bankruptcy Court has jurisdiction over this adversary proceeding (the "Action"), pursuant to 28 U.S.C. §§ 157 and 1334.

3.      The Action involves related proceedings pursuant to 28 U.S.C. § 157(b)(2).

4.      Venue is proper pursuant to 28 U.S.C. § 1409 because the Action is related to the above captioned bankruptcy cases (the "Bankruptcy Cases") pending in the United States Bankruptcy Court of the Central District of California, Los Angeles Division (the "Bankruptcy Court").

5.      The Court has jurisdiction over the Defendants because they did business in this District and a substantial part of the events giving rise to Plaintiff's claim occurred in this District.

6.      Having demanded a jury trial, Plaintiff does not consent to this Bankruptcy Court trying the case.  Plaintiff instead requests trial before the District Court.

## THE PARTIES

Plaintiff

7.      CNA is a "representative" as defined in 29 U.S.C. § 2101(a)(4), of a unit of affected nurses who were employed by Defendants until they were terminated without proper notice as part of mass layoffs and/or plant closings that began on about January 14, 2020. Defendants' actions directly harmed both CNA and the affected nurses.  CNA brings this Action on behalf of itself and, in its representative capacity, on behalf of the affected nurses.

Defendants

8.      Verity Health Systems, Inc. ("Verity") is a California nonprofit public benefit corporation located at 601 S. Figueroa, Suite 4050, Los Angeles, California, and the sole corporate member of St. Vincent Medical Center, St. Vincent Dialysis Center, St. Francis Medical Center, and Seton Medical Center ("Defendant Hospitals").

9.      St. Vincent Medical Center ("St. Vincent") is a California nonprofit public benefit corporation located at 2131 West Third Street in Los Angeles, California, doing business in the County of Los Angeles.  Until the middle of January of 2019, St. Vincent provided hospital and ancillary medical services on an inpatient and outpatient basis.

10.      St. Vincent Dialysis Center is a California nonprofit public benefit corporation and wholly owned subsidiary of St. Vincent Medical Center located at 201 S. Alvarado Street in Los Angeles, California doing business in the County of Los Angeles.  Until the middle of January of 2019, St. Vincent Dialysis Center provided dialysis medical services.  Unless otherwise indicated, the term "St. Vincent" will also encompass St. Vincent Dialysis Center.

11.      St. Francis Medical Center ("St. Francis") is a California nonprofit public benefit corporation located at 3630 East Imperial Highway in Lynwood, California, doing

business in the County of Los Angeles.  St. Francis provides hospital and ancillary medical services on an inpatient and outpatient basis.

12.     Seton Medical Center ("Seton") is a California nonprofit public benefit corporation with two hospitals located at 1900 Sullivan Avenue in Daly City, California and at 600 Marine Boulevard, Moss Beach, California.  Seton does business at each of these locations in the County of San Mateo, providing hospital and ancillary medical services on an inpatient and outpatient basis.

13.     Verity Holdings, LLC ("Holdings") is a California limited liability company, located at 1850 Sullivan Avenue in Daly City, California.  Holdings was created in 2016 to hold and finance Verity's interest in medical office buildings whose tenants are primarily physicians, medical groups, healthcare providers, and some of the Defendant Hospitals. Holdings is a direct subsidiary of its sole member Verity.

14.     DePaul Ventures, LLC ("DePaul Ventures") is a wholly-owned and operated holding company of Verity Health Systems, Inc.  DePaul Ventures was formed in 2010 for the purpose of investing in a freestanding surgery center and other healthcare entities.

15.     This Complaint refers to Verity, St. Vincent, St. Vincent Dialysis Center, St. Francis, Seton, Holdings, and DePaul Ventures as the "Institutional Defendants."

16.     At all times relevant herein, the Institutional Defendants have been and are an employer as defined in the Worker Adjustment and Retraining Notification Act ("WARN"), 29 U.S.C. § 2101(a)(1)(A) and California Labor Code § 1400, et seq. ("Cal-WARN Act").

17.     At all times relevant herein, the Institutional Defendants have been and are joint employers.

18.     At all times relevant herein, the Institutional Defendants have been and are a single employer/integrated enterprise.

19.     Richard Adcock is an individual.  At all times relevant herein, he was the Chief Executive Officer of Verity and exercised control and influence over key decisions at issue in this Complaint.

20.     Steven Sharrer is an individual.  At all times relevant herein, he was the Chief

Human Resources Officer of Verity and exercised control and influence over key decisions at issue in this Action.

21.     This Complaint refers to Richard Adcock and Steven Sharrer as the "Individual Defendants."

22.     Plaintiffs are ignorant of the true names or capacities of the defendants sued under fictitious names Does 1 through 500, inclusive.  Plaintiffs are informed and believe that each of the defendants designated as a Doe is responsible in some manner for the events and happenings alleged herein.

**FACTUAL BACKGROUND**

23.     On about August 31, 2018, the Institutional Defendants filed a bankruptcy petition for Chapter 11 relief in this Court.

24.     On about May 2, 2019, this Court issued an order, inter alia, approving the Asset Purchase Agreement ("APA") entered into between Strategic Global Management ("SGM") and Verity, St. Vincent, St. Francis, Seton, and Holdings [Docket No. 2306[1]].  Under the APA, SGM would acquire St. Vincent, St. Francis, and Seton [*Id.*].

25.     Under Section 5.3 of the APA, as a condition of closing, SGM was required to offer employment "to substantially all persons (whether such person are full time employees, part-time employees, on short-terms or long-term disability or on leave of absence, military leave or workers compensation leave) who . . . are: (i) employees of any Seller; (ii) employees of any affiliate of any Seller. . . (iii) employed by an affiliate of any Seller . . ." [Docket No. 1279].

26.     The terms and conditions of the St. Vincent nurses' employment were governed by a collective bargaining agreement ("CBA") between St. Vincent and CNA.  The CBA is effective December 22, 2016 to December 21, 2020.

27.      Beginning on about July 25, 2019, CNA, Verity, and SGM negotiated a new

---

[1] All docket references refer to *In re Verity Health Systems*, Case No. 2:18-bk-20151 (Bankr. C.D. Cal. 2018) unless otherwise noted.

CBA that would govern the terms and conditions of employment of the St. Vincent nurses after SGM took over ownership of the hospital.

28.     On August 12, 2019, Verity provided a "Notice Pursuant to Worker Adjustment and Retraining Notification Act and the California WARN Act" signed by Mr. Steven Sharrer to CNA Representative Andrew Prediletto and the St. Vincent nurses [See attached Exhibit 1]. This initial notice advised that the Bankruptcy Court had entered an order approving the sale of St. Vincent to SGM and that they expected the sale to close between October 18 and October 31, 2019.

29.     The August 12 notice also stated: "The closing of the Sale is subject to certain regulatory and other approvals and the satisfaction of certain other conditions agreed to between the Debtors and the Purchaser. While the Debtors are optimistic that the Sale will close, there is a possibility that the Sale will be unsuccessful."

30.     The August 12 notice further stated that SGM agreed "to make offers of employment to substantially all of St. Vincent's employees" but that "[f]or those employees, *if any*, who are not hired by the Purchaser, the employment loss is expected to be permanent" [emphasis added].  The notice contained a list of 401 positions and names of nurses in the bargaining unit then currently holding jobs to be affected by the sale [*Id.*].  CNA and the nurses reasonably understood this notice to mean that substantially all 401 nurses should expect their employment to continue upon closure of the sale to SGM.

31.     On August 23, 2019, as part of its opposition to any additional conditions imposed by the California Attorney General on the sale of Defendant Hospitals to SGM, Verity represented to this Court that failure to consummate the SGM sale would likely result in the closure of St. Vincent and Seton hospitals [Docket No. 2946].

32.     On September 19, 2019, CNA, SGM, and Verity reached agreement on a new CBA that would apply once SGM acquired St. Vincent and Seton [Docket No. 3604].

33.     On October 23, 2019, Verity issued a WARN extension notice (the "October WARN Notice").  That notice stated: "Verity Health System of California, Inc. and certain affiliates entered into a Court approved agreement ("Agreement") to sell substantially all of the

assets of [the hospitals, including St. Vincent,] to Strategic Global Management, Inc."  The notice further stated: "The Agreement requires satisfaction of certain milestones to complete the Sale.  Not all of the milestones have been met.  Consequently, the separations of employment must be postponed and will not occur at the time originally anticipated.  At this time, we anticipate the Sale and separations of employment will occur between November 17, 2019 and November 30, 2019."  And that notice assured CNA that "[w]e will continue to keep you apprised of any new developments and will provide you with updated information should circumstances change with respect to the Sale and the separations of employment."  [See attached Exhibit 2].

34.    Nothing in the October Warn Notice indicated any uncertainty about whether the sale would close, only when.  Because the October WARN Notice plainly stated that the Defendants anticipated close of the sale and because Defendants had previously represented that SGM would continue to employ substantially all the nurses, this notice effectively communicated to CNA and the St. Vincent nurses that substantially all the nurses' employment would continue.

35.    On November 13, 2019, Verity filed a motion to approve the modifications to the CBA and resolve other issues between the parties [Docket No. 3604].

36.    Between about November 13 and November 26, 2019, Verity engaged in approximately four to five effects bargaining sessions with CNA over severance for the nurses who would not be hired by SGM at the close of the sale.  In this process, Verity identified around nine nurses whose employment it expected would not be continued after closing the sale.  Verity communicated to CNA that all other employees would be hired by SGM.  At no time during these bargaining sessions did Verity express doubt or concern that SGM would consummate the sale.  Based on these bargaining sessions, CNA and the nurses believed that "substantially all" meant at all but nine of the nurses would continue employment once the SGM sale closed, and the approximately nine nurses whose employment did not continue would receive severance pay.

37.    Based on information and belief, on about November 18, SGM's CEO, Peter

Baronoff, telephoned Verity's Investment Banker, Carsten Beith, to inform Verity that SGM could not obtain sufficient financing to close the sale [*Verity Health Systems, Inc. v. Strategic Global Management*, 2:20-ap-01001-ER (Bankr. C.D. Cal. January 22, 2020), Docket No. 1]. Immediately after receiving this information, Verity requested a continuance of the hearing for its motion to approve its disclosure statement [*Id.*]. This Court granted Verity's request for continuance and ordered that Verity submit a "Plan B" to the Court regarding Verity's plan for resolving the bankruptcy case should SGM fail to close the sale.

38.     On November 20, 2019, Verity sent a letter to SGM representing that all of the conditions in the APA had been met on November 19, and, consequently, SGM was obligated to close by December 5, 2019 [*Id.*].

39.     On November 22, 2019, SGM responded to Verity complaining of various issues which amounted to a "Material Adverse Effect" under the APA and that prevented SGM from closing [*Id.*].

40.     On November 22, 2019, Verity filed a motion with this Court for permission to file its "Plan B" should SGM not consummate the sale. The motion was filed under seal and represented that "SGM has yet to provide the Debtors with specific information regarding their intentions for the SGM sale" [Docket No. 3678]. In this same motion, Verity also noted that it did not want to file Plan B publicly because it "may have an adverse impact on operations and employee morale" [*Id.*]. This admission reveals that Verity did not want its employees to learn that Verity planned to permanently shut down St. Vincent if, as by then Verity believed to be likely, the SGM sale fell through.

41.     On about November 25, 2019, Mr. Steven Sharrer, Verity's Chief Human Resources Officer, sent a WARN extension notice ("November WARN Notice") to CNA representative Andrew Prediletto informing him that it anticipated the sale of St. Francis, St. Vincent, and Seton to SGM would close between December 6, 2019 and December 19, 2019 [See Attached Exhibit 3].

42.     Defendants' November WARN Notice also stated that the Defendants were continuing "to work expeditiously for a prompt close of the sale with SGM" [*Id.*]. Verity also

advised that in support of its efforts to promptly close the sale, Defendants had obtained a court

order regarding the Attorney General conditions and reached settlement with the U.S.

Department of Health and Human Services, two crucial matters that had to be resolved for sale

closing [*Id*.].

43.    Defendants' November WARN Notice failed to disclose the fact that SGM had

already informed Verity it did not have the financing to close and, in any event, believed it was

not required to close [*Id*.].  Furthermore, while the notice proudly announced its settlement

agreement with the U.S. Department of Health and Human Services, it neglected to mention

that Verity did not yet have a settlement agreement with the California Department of

Healthcare Services (DCHS).  Based on information and belief, if Verity failed to execute a

settlement agreement with DCHS, DCHS would have a potential recoupment claim against

SGM (as the purchaser) for $80 million.  This outstanding liability and lack of funds would and

ultimately did impact SGM's ability and willingness to close the sale.  Because Defendants had

already represented to CNA that SGM would continue the employment of substantially all

CNA members, Defendants' November WARN Notice amounted to false assurance that CNA

members would likely keep their jobs because of the impending sale, when in fact Defendants

already knew that the sale was unlikely to close.

44.    By the actions described in Paragraphs 27-30, 32-36, and 40-43, Defendants led

CNA to believe that closure of the SGM sale was imminent and that substantially all of CNA's

members at St. Vincent would retain their jobs after SGM purchased the hospital [Docket No.

36042].  By these same actions, Defendants led the nurses working at St. Vincent to believe

that closure of the SGM sale was imminent and that as a result, substantially all the nurses at St.

Vincent would retain their jobs.  Upon information and belief, St. Vincent registered nurses

relied on Defendants' repeated assurances that it expected to promptly close the sale to SGM,

and as a result, did not seek other employment when they otherwise would have.

45.    On November 26, 2019, this Court ordered that SGM close the sale by

December 5, 2019 [Docket No. 3724].

46.     On December 4, 2019, this Court held a hearing on Verity' motion to approve the modifications to the CBA and granted said motion in its entirety [Docket No. 3755].

47.     On December 5, 2019, SGM failed to close the sale by the deadline in the APA, and there was no reason to expect that it would do so in the future.  The Defendants did not amend the November WARN Notice at that time or take any other action to inform CNA or the St. Vincent nurses that it was increasingly likely that the SGM sale would not close or that if the sale to SGM did not close, it was likely that Defendants would permanently shut down the St. Vincent Medical Center in very short order.

48.     By December 16, 2019, at the latest, Defendants had already begun meeting with professional consultants to develop plans to permanently shut down St. Vincent.

49.     On December 17, 2019, Verity called SGM and advised SGM that Verity was terminating the APA, effective December 27, 2019, as a result of SGM's failure to close the sale on December 5 [*Verity Health Systems, Inc. v. Strategic Global Management*, 2:20-ap-01001-ER (Bankr. C.D. Cal. January 22, 2020), Docket No. 20].  The Defendants did not amend the November WARN Notice at that time or take any other action to inform CNA or the St. Vincent nurses that the SGM sale would not close or that because the SGM would not close, it was likely that Defendants would permanently shut down the St. Vincent Medical Center.

50.     On December 18, 2019, Rich Adcock emailed the nurses, informing them that SGM did not close the sale as required by the bankruptcy court, and so their employment with Verity would "NOT end on December 19, 2019" as Verity had previously anticipated.  This email communication did not disclose that Defendants anticipated permanently closing St. Vincent because the sale to SGM had fallen though.  It did not disclose that it was likely that the St. Vincent nurses would all lose their jobs as a result.  The notice merely stated that Verity would advise them of "any further developments relating to [their] employment" [See attached Exhibit 4].

51.     Upon information and belief, St. Vincent registered nurses relied on Defendants' December 18 assurance that their employment with Verity would "NOT end," and as a result,

did not seek other employment.

52.     By December 19, 2019, at the latest, Defendants' counsel began researching whether they could shoe-horn the planned permanent closure of St. Vincent into an exception to the WARN Acts, which would enable them to avoid civil penalties for having failed to timely disclose the planned shutdown.

53.     Effective December 27, 2019, Verity terminated the APA between it and SGM [Docket No. 3899].  Defendants did not amend the November WARN Notice at that time or take any other action to inform CNA or the St. Vincent nurses that because the SGM would not close, it was likely that Defendants would permanently shut down the St. Vincent Medical Center.

54.     On January 6, 2020, Verity filed an emergency motion with this Court to shut down St. Vincent [Docket No. 3906].  In this Motion Verity expressed concern that once the fact that it was seeking authorization to shut down St. Vincent was public, the turnover of nursing staff would be "likely to accelerate, making maintenance of high quality patient care more difficult, and, to the extent that temporary nursing replacements are required, significantly more expensive" [Docket No. 3906].  Defendants did not amend the November WARN Notice at that time.

55.     On January 8, 2020, this Court granted Defendants' emergency motion to shut down St. Vincent.  Defendants did not amend the November WARN Notice at that time.

56.     On January 9, 2020 at 7:00 a.m., Defendants permanently shut down St. Vincent's emergency department [Docket No. 3982].  Defendants did not amend the November WARN Notice at that time.

57.     On January 13, 2020, Verity's Chief Human Resources Officer, Mr. Steven Sharrer, emailed Mr. Prediletto a new WARN notice dated January 10, 2020 ("January WARN Notice").  This notice did not refer to itself as an extension to the November WARN Notice [See attached Exhibit 5].  The January WARN Notice stated that closure and separations of employment at St. Vincent Medical Center would occur between January 14, 2019 and January 27, 2020 [Id.].  The January WARN Notice asserted that Defendants had previously expected

the SGM sale to close, but that it did not, and stated that the permanent closure of St. Vincent was a result of the failure of SGM to close.  The January notice included an Exhibit A, which listed the names of approximately 365 nurses who would be terminated as a result of the closure [*Id.*].

58.    As of January 18, 2020, St. Vincent had no patients [Docket No. 3982].

59.    As of January 27, 2020, only approximately 20 employees remained at Saint Vincent to complete winddown operations [*Id.*].

## INTERGRATED ENTERPRISE & JOINT EMPLOYER

### Common Ownership & Financial Control

60.    Upon information and belief, all Institutional Defendants are owned and/or controlled by Defendant Verity.  As previously stated, Verity is the sole corporate member of St. Vincent, Seton, and St. Francis.

61.    Upon information and belief, Richard Adcock serves as the CEO and Peter Chadwick serve as the Secretary and CFO of St. Vincent, Seton and St. Francis.  The only difference in Verity's officers is that Terry Belmont serves as its Secretary instead of Mr. Chadwick.

62.    The manager of Holdings is Verity and the manager of DePaul Ventures is Richard Adcock.

### Common Management, Directors, and Officers

63.    Upon information and belief, the bylaws of Verity and each of the Defendant Hospitals vest ultimate authority over major decisions to the Verity board of directors such as whether to change the mission of a hospital, amend a hospital's bylaws, appoint and remove its directors, approve the incurrence of debt and, inter alia, approve the operating budget.

64.    Upon information and belief, business plans are developed by Verity, rather than individual Defendant Hospitals.

65.    Upon information and belief, per each Defendant Hospitals' bylaws, at least one member of Defendant Hospitals' board of directors must be a member of Verity's Board of Directors.

66.    Upon information and belief, outside consultants are retained at the system-level for all Defendant Hospitals and Verity.

67.    Elspeth D. Paul serves as the General Counsel for all the Institutional Defendants.

## De Facto Control

68.    Upon information and belief, Verity makes all major decisions for St. Vincent, St. Francis, Seton, Holdings, and DePaul Ventures including the decision to place these entities into bankruptcy.

69.    Upon information and belief, Verity made the determination to shut down St. Vincent.

70.    Upon information and belief, Verity sent the WARN notices to Defendant Hospitals' employees.

71.    Upon information and belief, Verity and the Individual Defendants determined when and how to provide or not provide notification to employees regarding the imminent closure of St. Vincent.

## Interrelation Between & Dependency of Operations

72.    Upon information and belief, Verity and Defendant Hospitals hold themselves out to the public as an integrated and unified health system.  Per its own representations to this Court, Verity operates Defendant Hospitals [Docket No. 8, p. 7].

73.    Upon information and belief, Verity and Defendant Hospitals share insurance policies for workers' compensation coverage, general liability, storage tank liability, commercial property, commercial automobile, and helipad liability.

74.    Upon information and belief, Verity and Defendant Hospitals are part of an obligated group whereby the prepetition loans they received imposed joint and several liability upon them and allowed all obligated group members use of such loan proceeds.

75.    Upon information and belief, Verity negotiated numerous system-wide agreements for all the Defendant Hospitals.

76.    Upon information and belief, capital improvements were financed for Defendant

Hospitals based on financings undertaken on a joint and several basis.

77.    Upon information and belief, Verity routinely transferred funds between all Institutional Defendants.

78.    Upon information and belief, all Institutional Defendants list the same business address on their filings with the California Secretary of State: 601 S. Figueroa Suite 4050, Los Angeles, CA 90017 which is the physical location of Verity.

79.    Upon information and belief, all employees of Verity and Defendant Hospitals have an email address that is not specific to each entity and instead is in the form of employeesname@verity.com.

**Centralized Control of Labor Relations**

80.    Upon information and belief, Verity's Chief Human Resources Officer, Mr. Steven Sharrer, oversees the labor relations at all Defendant Hospitals.

81.    Upon information and belief, negotiations for CBAs at Defendant Hospitals are performed by Verity management on a system-wide basis.

82.    Upon information and belief, prior to the sale of O'Connor Regional Hospital ("O'Connor) and Saint Louise Regional Hospitals ("Saint Louise") to Santa Clara County and the closure of St. Vincent, Verity recognized a single unit of CNA-represented registered nurses comprised of those who worked at St. Vincent, O'Connor, St. Louise, and Seton.  These nurses' terms and conditions were covered by a single master CBA and supplemental local agreements for each hospital.

83.    Upon information and belief, all of the Institutional Defendants' employees participate in common retirement plans, healthcare plans and other employee benefit plans.

84.    Upon information and belief, Verity and Defendant Hospitals maintain common personnel policies, a shared employee recruitment website, and human resources portal.

**COUNT I: VIOLATION OF THE FEDERAL WARN ACT**

85.    Plaintiff restates and realleges paragraphs 1-84 as if fully set forth herein.

86.    The Federal WARN Act, 29 U.S.C. § 2101, et. seq., regulates the amount of

notice an employer must provide to employees who will be terminated due to the employer's closing of a plant or mass layoffs, as well as the back pay and other associated benefits an affected employee is due based on a violation of the required notice period.

87.    The Federal WARN Act prohibits an employer from ordering a mass layoff for at least 60 days after it serves written notice of the pending layoff to affected employees, each representative of the affected employees, the entity designated by the State to carry out rapid response activities, and the chief elected official of the unit of local government within which the layoff is to occur.

88.    The Institutional Defendants were, and are, subject to the notice and back pay requirements of the Federal WARN Act because they are individually and collectively a business enterprise that employs 100 or more employees, excluding part-time employees, as defined in the Act.  29 U.S.C. § 2101(1)(A).

89.    At all times material herein, the St. Vincent registered nurses have been entitled to the rights, protections, and benefits provided under the Federal WARN Act, 29 U.S.C. § 2101, et. seq.

90.    The Institutional Defendants violated the Federal WARN Act by ordering a mass layoff and closing without providing 60 days' written notice to CNA, affected employees, or any State of California or City of Los Angeles agency or official of the permanent closure of St. Vincent.

91.    The St. Vincent nurse-employees of the Institutional Defendants who were terminated and/or laid off without 60 days' notice are aggrieved and entitled to the remedies provided by law.

92.    As a result of the Institutional Defendants' actions, each aggrieved employee has suffered damages in an amount to be proven at trial.

## COUNT II: VIOLATION OF THE CALIFORNIA WARN ACT

93.    Plaintiff restates and realleges paragraphs 1-84 as if fully set forth herein.

94.    At all times material herein, the St. Vincent registered nurses have been entitled to the rights, protections, and benefits provided under the California WARN Act, California

Labor Code § 1401, et seq.

95.    The California WARN Act regulates the amount of notice an employer must provide to employees who will be terminated due to the employer's closing of a plant or mass layoffs, as well as the back pay and other associated benefits an affected employee is due based on a violation of the required notice period.

96.    The Institutional Defendants were, and are, subject to the notice and back pay requirements of the California WARN Act because they are individually and collectively a business enterprise that employs 75 or more employees, excluding part-time employees, as defined in the Act.  Cal. Labor Code § 1400, et. seq.

97.    The Institutional Defendants violated the California WARN Act by failing to provide the required notice to the affected employees and/or any of the various government agencies to which they were required by law to give notice, in writing, at least 60 days prior to the terminations and/or layoffs of the permanent closure of St. Vincent.

98.    The St. Vincent nurse-employees of the Institutional Defendants who were terminated and/or laid off without 60 days' notice are aggrieved and entitled to the remedies provided by law.

99.    As a result of the Institutional Defendants' actions, each aggrieved employee has suffered damages in an amount to be proven at trial.

**COUNT III: INTENTIONAL MISREPRESENTATION BY CONCEALMENT**

100.    Plaintiff restates and realleges paragraphs 1-84 as if fully set forth herein.

101.    Beginning in August 2019, Defendants disclosed some facts to CNA and the St. Vincent nurses about the bankruptcy and planned sale of Defendant Hospitals to SGM. However, for extended periods of time beginning in November 2019, Defendants intentionally failed to timely disclose that:

      a.  New information had arisen and then continued to arise that made it increasingly unlikely the sale would close;

      b.  Defendants anticipated permanently shutting down St. Vincent entirely and expeditiously in the increasingly likely event that the sale did not close;

      c.  The sale fell through;

      d.  Defendants were planning to permanently shut down St. Vincent entirely and expeditiously because the sale fell through.

102.    Prior to Defendants' late disclosure on December 18, 2019 that SGM did not close the sale on the date ordered by this Court, CNA and the St. Vincent nurses believed that the St. Vincent nurses' employment was likely to continue because the SGM sale was going to close and SGM was going to continue operating the hospital.  Defendants had not disclosed to the nurses or CNA, and the nurses and CNA did not know that:

      a.  New information had been arising for weeks that made it increasingly unlikely the sale would close;

      b.  Defendants anticipated permanently shutting down St. Vincent entirely and expeditiously in the increasingly likely event that the sale did not close;

      c.  The sale fell through;

      d.  Defendants were planning to permanently shut down St. Vincent entirely and expeditiously because the sale fell through.

103.    In the December 18, 2019 email in which Defendants notified the St. Vincent nurses that the sale to SGM had not occurred as ordered, Defendants also stated that the nurses' employment would "<u>NOT</u> end."  As a result, prior to Defendants' public disclosure in January 2020, CNA and the CNA-represented nurses believed that the nurses' employment at St. Vincent was likely to continue even though the sale to SGM appeared to have fallen through. They did not know that Defendants were planning to permanently shut down St. Vincent entirely, and they certainly did not expect hospital departments to shut down in less than a month.

104.    Defendants' deliberately concealed these material facts to lead nurses and CNA to the false conclusion that the nurses' employment was very likely to continue despite the bankruptcy.  Defendants misled the nurses and CNA in this way to avoid incurring additional expenses to secure the necessary nursing staff to keep St. Vincent running until they were ready to close it and to avoid the possibility of effective organized opposition to the planned closure.

105.    St. Vincent nurses who would have looked for other work if they had known that the hospital was likely to shut down did not do so because they were intentionally kept ignorant of these facts.  As a result, those nurses only began to look for work when the news of shut down reached the general public after Verity finally disclosed its shutdown plans in a filing with this Court on January 6, 2020.  This was less than two weeks before the nurses lost their jobs.

106.    Because of Defendants' deliberate concealment of these material facts, nurses experienced periods of unemployment, financial hardship, and emotional hardship that they would not otherwise have experienced.

107.    CNA would have engaged in different bargaining and organizing strategies if it had known that the hospital was likely to permanently shut down but did not do so because Defendants intentionally kept CNA ignorant of these facts.

108.    Because of Defendants' deliberate concealment of these material facts, CNA incurred expenses and wasted time engaging in bargaining based on false pretenses.

### COUNT IV: NEGLIGENT MISREPRESENTATION

109.    Plaintiff restates and realleges paragraphs 1-84 as if fully set forth herein.

110.    Beginning in August 2019, Defendants disclosed some facts to CNA and the CNA-represented nurses at St. Vincent about the bankruptcy and planned sale of Defendant Hospitals to SGM.  However, for extended periods of time beginning in November 2019, Defendants failed to timely disclose the facts that:

    a.  New information had arisen and then continued to arise that made it increasingly unlikely the sale would close;

    b.  Defendants anticipated permanently shutting down St. Vincent entirely and expeditiously in the increasingly likely event that the sale did not close;

    c.  The sale fell through;

    d.  Defendants were planning to shut down St. Vincent entirely and expeditiously because the sale fell through.

111.    Prior to Defendants' late disclosure on December 18, 2019 that the SGM sale

did not close on the date ordered by this Court, CNA and the St. Vincent nurses believed that the nurses' employment was likely to continue because the SGM sale was going to close and SGM was going to continue operating the hospital.  Defendants had not disclosed to the nurses or CNA, and the nurses and CNA did not know that:

    a.  New information had been arising for weeks that made it increasingly unlikely the sale would close;

    b.  Defendants anticipated shutting down St. Vincent entirely and expeditiously in the increasingly likely event that the sale did not close;

    c.  The sale fell through;

    d.  Defendants were planning to shut down St. Vincent entirely and expeditiously because the sale fell through.

112.    In the December 18, 2019 email in which Defendants notified the CNA-represented nurses that the sale to SGM had not occurred as ordered, Defendants also stated that the nurses' employment would "<u>NOT</u> end."  As a result, prior to Defendants' public disclosure in January 2020, CNA and the CNA-represented nurses believed that the nurses' employment at St. Vincent was likely to continue even though the sale to SGM had not occurred as ordered.  They did not know that Defendants were planning to permanently shut down St. Vincent entirely and expeditiously because the sale fell through.

113.    Defendants previous representations about the likely future of St. Vincent became misrepresentations when Defendants failed to advise CNA and the CNA-represented nurses of these changes in circumstances.  And Defendants had no reasonable grounds for believing their prior representations remained true after they learned that sale to SGM was increasingly unlikely and decided that they would permanently shut down St. Vincent if the sale fell through.

114.    St. Vincent nurses who would have looked for other work if they had known that the hospital was likely to shut down did not do so because they reasonably relied on Defendants' representations that the hospital would keep operating.  As a result, those nurses only began to look for work when the news of shut down reached the general public after

Verity finally disclosed its plans in its filing with this Court on January 6, 2020.  This was less than two weeks before the nurses lost their jobs.

115.    Because of Defendants' misrepresentation of material facts, nurses experienced periods of unemployment, financial hardship, and emotional hardship that they would not otherwise have experienced.

116.    CNA would have engaged in different bargaining and organizing strategies if it had known that the hospital was likely to shut down but did not do so because it reasonably relied on Defendants' misrepresentations.

117.    Because of Defendants' misrepresentations of material facts, CNA incurred expenses and wasted time engaging in bargaining based on false pretenses.

## **PRAYER**

Plaintiff prays for judgment against Defendants, and each of them as follows:

118.    A judgment in favor of the Plaintiff and each of the "affected employees" under the State and Federal WARN Acts equal to the sum of sixty-days of: their unpaid wages, accrued holiday pay, accrued vacation pay, health and life insurance, and other ERISA benefits that would have been covered and paid under the then-applicable employee benefit plans had that coverage continued for that period, all determined in accordance with the California and Federal WARN Acts;

119.    Civil penalties for each day of the WARN Act violations;

120.    Compensatory damages, including lost wages and lost employee benefits, damages to CNA related to bargaining expenses and missed organizing opportunities;

121.    Damages for mental pain and anguish and emotional distress;

122.    Punitive damages;

123.    Liquidated damages, as allowed by law;

124.    Interest as allowed by law on the amounts owed under the preceding paragraphs;

125.    Treatment of all damage claims as first priority administrative expense pursuant to 11 U.S.C. § 503(b)(l)(A)(i)-(ii).  For such other and further relief as Bankruptcy Court deems just and proper.

126.    Plaintiff's reasonable attorneys' fees and the costs and disbursements that the Plaintiff incurred in prosecuting this action, as authorized by the WARN Acts;

127.    An allowed administrative-expense priority claim under 11 U.S.C. § 503 for the reasonable attorneys' fees and the costs and disbursements that the Plaintiff incurs in prosecuting this action, as authorized by the WARN Act, 29 U.S.C. § 2104(a)(6); and

128.    Such other and further relief as this Court may deem just and proper.

Dated: March 5, 2020                    Respectfully submitted,

                                        CALIFORNIA NURSES ASSOCIATION
                                        LEGAL DEPARTMENT

                                        By _____
                                        Kyrsten B. Skogstad
                                        Attorneys for Plaintiff
                                        CALIFORNIA NURSES ASSOCIATION

### Demand for Jury Trial

Plaintiff California Nurses Association, by and through their attorneys of record, hereby demand a trial by jury as to all issues so triable in this action.

Dated:  March 5, 2020

Respectfully submitted,

CALIFORNIA NURSES ASSOCIATION
LEGAL DEPARTMENT

By _____
Kyrsten B. Skogstad
Attorneys for Plaintiff
CALIFORNIA NURSES ASSOCIATION

# Exhibit 1

# Exhibit 1



August 12, 2019

<u>By U.S. Mail</u>

Andy Prediletto
C.N.A.
225 West Broadway
Suite 500
Glendale, CA  91204
818-637-7129 (office) | 213-810-8222 (mobile)
aprediletto@calnurses.org

**Re:    <u>Notice Pursuant to Worker Adjustment and Retraining Notification Act
and the California WARN Act</u>**

Dear Mr. Andy Prediletto:

This notice is being issued to you under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§2101 et seq. (the "WARN Act") and the California WARN Act, California Labor Code §§1400-1408 ("Cal-WARN Act").  The purpose of this notice is to inform you of the sale of St. Vincent Medical Center, located at 2131 West Third Street, Los Angeles, CA 90057 and St. Vincent Dialysis Center, located at 201 S. Alvarado St., Los Angeles, CA 90057 (together, "St. Vincent").

On August 31, 2018, Verity Health System of California, Inc. ("VHS") and sixteen of its affiliates, including St. Francis (referred to collectively with VHS and other debtor affiliates as the "Debtors") filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), and are being jointly administered under Lead Case No. 2:18-bk-20151.  The Debtors have entered into an agreement to sell substantially all of the assets of St. Francis to Strategic Global Management, Inc. (the "Purchaser"), pursuant to which the Purchaser will purchase St. Vincent and related assets (the "Sale").  On April 17, 2019, the Bankruptcy Court entered an order approving the Sale.

In connection with the Sale, the Debtors will be separating the employment of all of St. Vincent's employees, which may result in an "employment loss" within the meaning of the WARN Act and the Cal-WARN Act.  Under the Asset Purchase Agreement between the Debtors and the Purchaser, the Purchaser has agreed to make offers of employment to substantially all of St. Vincent's employees, subject to the other terms and conditions contained in such Asset Purchase Agreement.

The closing of the Sale is subject to certain regulatory and other approvals and the satisfaction of certain other conditions agreed to between the Debtors and the Purchaser.  While the Debtors are optimistic that the Sale will close, there is a possibility that the Sale will be unsuccessful.  In that event, St. Vincent may close and none of its employees may be hired by the Purchaser.  Even if the Sale closes and St. Vincent remains open, employees at St. Vincent may suffer an "employment loss" within the meaning of the WARN Act and Cal-WARN Act because the Debtors will separate the employment of all of St. Vincent's

 **Verity Health**

employees upon the closing of the Sale. For those employees, if any, who are not hired by the Purchaser, the employment loss is expected to be permanent.

Based on the best information available to date, we believe the Sale and separations of employment will occur between October 18, 2019 and October 31, 2019. A list of the job titles of positions affected and the names of the workers currently holding the affected jobs is attached hereto as Exhibit A. Pursuant to the WARN Act and Cal-WARN Act, this notice is being provided to you as soon as possible prior to any separations of employment.

Should circumstances change any of our plans with respect to the Sale, VHS will provide you with updated information. If you have any questions or require additional information, please do not hesitate to contact me at (424) 367-0733.

Sincerely,

Steven Sharrel
Chief Human Resources Officer


Enclosure: Exhibit A


**Verity Health**

2040 E Mariposa Avenue
El Segundo, CA 90245

## EXHIBIT A

### List of Represented St. Vincent Employees - California Nurses Association

| Employee Name | Job Title |
|---|---|
| ABAD,JENNIFER K | RN, POB DIALYSIS PD-3 |
| ABAD,ROMEO G | RN, MED/SURG 7 |
| ABRISHAMIAN,MANDANA | RN, MED/SURG 6 |
| ACOYMO,KERWIN M | RN, EMERGENCY ROOM PD-3 |
| ADARO,VIDA T | RN, MED/SURG 6 |
| ADLAWAN-DOBLE,MARIA ROSELIE I | RN, AUDITOR - EMER. ROOM 10/40 |
| ADRAYAN,GILBERT C | RN, EMERGENCY ROOM PD-3 |
| ADRINEDA,LORINNE M | RN, ICU |
| AGUILAR,JUSTIN E | RN, EMERGENCY ROOM PD-1 |
| AGUSTIN,RACHELLE ANN C | RN, ICU |
| ALDANA,MARCO P | RN, ICU |
| ALDRETE,MANUEL M | CHARGE NURSE, SHORT STAY |
| ALIBUTOD,RODERICK H | RN, MED/SURG 6 |
| ALQUIROZ,JHOANNA M | RN, TELEMETRY |
| ALWAN,ALEXZANDRIA | RN, CASE MANAGEMENT PD-3 |
| AMADOR,PAMELA M | RN, ICU |
| AMPONG,GRANVILLE H | RN, ACUTE REHAB |
| APELIZAN,PAULA LORENA H | RN, ACUTE REHAB |
| APOLINAR,JOCELYN L | CHARGE NURSE, ICU |
| AQUINO,HILDA L | EDUCATOR, LEAD CLINICAL RN |
| ARGUETA-CORDERO,FRANCISCO J | RN, SHORT STAY |
| ARREGLO,VICTORIA A | RN, TELEMETRY |
| ARSUA,AILEEN E | RN, MED/SURG 7 |
| ASSADI,AMIR H | RN, INTERVENTIONAL RADIOLOGY |
| ASTAKHINA,LYUDMYLA | RN, EMERGENCY ROOM |
| ATIENZA,JORDAN | RN, EMERGENCY ROOM |
| BAE,STELLA N | RN, MED/SURG 7 KP |
| BAE,YEAHEUN | RN, ACUTE REHAB |
| BAL,JENNIFER JOY L | RN, TELEMETRY |
| BALCRUZ,THERESA I | RN, MED/SURG 6 |

verity.org



| Employee Name | Job Title |
|---|---|
| BALINGIT,CORAZON I | CHARGE NURSE, SURG & RECOVERY |
| BALINGIT,NORMITA V | RN, MED/SURG 6 |
| BALLADA,GLENDA S | RN, ICU |
| BALUYOT,VANESSA FAYE P | RN, CASE MANAGEMENT |
| BATAC,AIMEE A | RN, TELEMETRY |
| BATISTA,CRYSTAL L | RN, ICU |
| BAUTISTA,DINO LOREN M | RN, EMERGENCY ROOM |
| BAUTISTA PALANOG,MARICEL | RN, CATH LAB PD-1 |
| BAYLON,RONEL D | RN, MED/SURG 6 |
| BAZAN,GERARDO | CHARGE NURSE, INTER. RADIOLOGY |
| BELL,JESSICA M | RN, ICU |
| BELL,KENNETHA | RN, RECOVERY ROOM |
| BELLOSO,FRANCINE E | RN, TELEMETRY PD-1 |
| BERANGO,NICOMEDES | RN, MED/SURG 6 |
| BERNARDO,KATHLEEN A | RN, ICU |
| BIGASIN,JHOANNA | RN, MED/SURG 7 |
| BIRIOUKOV,LEONID | RN, ACUTE DIALYSIS PD-2 |
| BOESSI,CHRISTOPHINE K | RN, ICU |
| BOONE,LASHANDA | RN, MED/SURG 6 |
| BOTE,III,ROMERO P | RN, ACUTE REHAB |
| BRACAMONTE,JESSICA K | RN, ONCOLOGY |
| BUENO,REGINALD C | RN, MED/SURG 7 |
| BURCH,KATALEE | RN, MED/SURG 6 |
| BURRELL,LISA D | RN, TELEMETRY |
| CABALLERO,JEFFREY E | RN, EMERGENCY ROOM |
| CABANAS,JEANETTE A | RN, MED/SURG 6 |
| CABAUATAN DUMAG,MICHELLE | CHARGE NURSE, MED/SURG 6 |
| CAISIP,THADEUS B | RN, ACUTE DIALYSIS |
| CALIBOSO,MITCH DATOR | RN, EMERGENCY ROOM PD-2 |
| CALZADO,JANET O | RN, TELEMETRY |
| CAMPOS,YASMINI V | RN, ONCOLOGY |
| CANLAS,MICHAEL | RN, EMERGENCY ROOM PD-3 |
| CAO,JENNIFER T | RN, MED/SURG 6 |

verity.org


**Verity Health**

| Employee Name | Job Title |
|---|---|
| CARO,ALYSSA L | RN, ICU |
| CARREIRO,ANNIE E | RN, TELEMETRY |
| CARRILLO,MARICELA | CHARGE NURSE, MED/SURG 7 |
| CASCONE,FRANCHESCA M | RN, ICU |
| CASTELLTORT,MARIE C | RN, ACUTE REHAB |
| CEBALLOS,VILMAR M | RN, ONCOLOGY |
| CEMANESEVANGELISTA,CLARISSE M | RN, MED/SURG 6 |
| CENTENO,MARIA LIBERTY C | RN, ICU |
| CERAOS,JERIC | RN, NURSING ADMIN |
| CERVANTES,REDENTOR T | CHARGE NURSE, EMERGENCY ROOM |
| CHAE,JEONG R | RN, EMERGENCY ROOM |
| CHAN,ELAINE M | RN, EMERGENCY ROOM PD-1 |
| CHAN,LINH N | RN, TELEMETRY |
| CHANG,AH YEON | RN, CASE MANAGEMENT |
| CHANG,MARY W | RN, SURG & RECOVERY |
| CHANG,SUN Y | RN, TELEMETRY |
| CHAVEZ,SILVIA M | RN, ICU |
| CHEA,DAVY | RN, ICU |
| CHO,ANDY S | RN, EMERGENCY ROOM |
| CHO,JUNG H | RN, TELEMETRY |
| CHO,MEONGHEE | RN, RECOVERY ROOM |
| CHOI,ALICIA A | RN, MED/SURG 7 |
| CHOI,BO YEON H | RN, CASE MANAGEMENT PD-1 |
| CHOI,EUN AH | RN, TELEMETRY |
| CHOI,IN H | RN, MED/SURG 6 |
| CHOI,MIRAN | RN, POB DIALYSIS |
| CHOI,PILL | RN, SHORT STAY |
| CHOI,SOONKI | RN, TELEMETRY |
| CHOTAROONVIPHAT,LADDA | RN, EMERGENCY ROOM |
| CHUA,HONEE L | EDUCATOR, CLINICAL RN 10HR |
| CHUA,MA SHEILA G | RN, MED/SURG 7 |
| CHUNG,HA NIE C | RN, MED/SURG 6 |
| CLARK,ELIZABETH A | RN, ICU |

verity.org

**Verity Health**

| Employee Name | Job Title |
| --- | --- |
| CONCEPCION,RODEN B | RN, ICU |
| CORONA,DAISY | RN, MED/SURG 7 |
| CORTADA,DANA O | RN, CASE MANAGEMENT |
| CORTES-MORA,YESENIA | RN, MED/SURG 6 |
| CRISOSTOMO,TABETHA P | RN, POB DIALYSIS |
| CROWLEY,VALERIE J | RN, RECOVERY ROOM |
| CROWLEY,VERONICA M | RN, CATH LAB |
| CRUDUP,IMANI M | RN, SURG & RECOVERY |
| CRUZ,LIEZL Q | RN, CASE MANAGEMENT PD-1 |
| CRUZ,SYLVIA P | RN, ICU |
| CUARESMA,DENICE K | RN, ONCOLOGY |
| CUBE,REALLINE M | RN, MED/SURG 7 |
| CUELLAR,MATTHEW S | RN, TELEMETRY |
| CUPP,CHRISTINE J | RN, RECOVERY ROOM 10HR |
| DADASHYAN,INNA | RN, TELEMETRY PD-1 |
| DADHANIA,AKRUTI J | RN, ACUTE REHAB |
| DANG,PAULINE L | RN, ACUTE DIALYSIS |
| DANIEL,JOANNA | RN, EMERGENCY ROOM |
| DAO,CONNIE P | RN, ICU |
| DATOR,COSSETTE P | RN, ONCOLOGY |
| DAVIDSON,ALTHIA J | RN, EMERGENCY ROOM |
| DE LEON,BRENNA A | RN, TELEMETRY |
| DE QUIROS,IVY LEE V | RN, POB DIALYSIS PD-1 |
| DEEGAN,GERARD J | RN, SURG & RECOVERY |
| DEL FIERRO,JOSEPH ARNEL M | RN, ACUTE DIALYSIS |
| DERECI,MARY ANN | RN, SHORT STAY |
| DINSAY,ANNABELLE D | RN, MED/SURG 7 |
| DIONISIO,BERNARD S | RN, EMERGENCY ROOM PD-1 |
| DORAN,CHARLES C | RN, ACUTE DIALYSIS |
| DORIA,MIRIAM S | RN, MED/SURG 6 PD-1 |
| DUMANSKY,ELENA | RN GI LAB-8/80 |
| DUMLAO,TERESITA A | RN, SURG & RECOVERY |
| DUTTON,NOELLE M | RN, CATH LAB (STEMI) |

verity.org



| Employee Name | Job Title |
|---|---|
| EHSAN,RAHAL | RN, MED/SURG 7 |
| ENRIQUEZ,VERE JONAS S | RN CASE MANAGEMENT |
| EOM,HOKYOUNG | RN, SURG & RECOVERY |
| ESTELL,CORNELIA S | CHARGE NURSE, GI LAB |
| ESTRADA,MARTIN A | RN, ONCOLOGY |
| EUSEBIO,CECILIA | RN, POB DIALYSIS |
| EVANGELISTA,ALLAN F | CHARGE NURSE, ONCOLOGY |
| FABROS,NASH A | RN, MED/SURG 7 |
| FAMILARA,MYRA B | RN, SURG & RECOVERY PD-3 |
| FERNANDEZ,NOLIE V | RN, TELEMETRY |
| FERNANDEZ,RODIERAECA C | RN, ICU |
| FERRER,RONALD M | RN, ICU |
| FINLEY,KASUMI | RN, TELEMETRY |
| FITKOWSKI,ANDREW E | RN, MED/SURG 6 |
| FONSECA,ANDRES | RN, TELEMETRY |
| GAMUROT,ANNE CAROLINE E | RN, TELEMETRY |
| GANZ,JEFFREY A | RN, TELEMETRY |
| GARCIA,DOROTHY E | RN, MED/SURG 6 |
| GARCIA,MARIA ROSARIO C | RN, ICU |
| GARCIA,RHODORA D | RN, SHORT STAY |
| GARCIA,SHERWIN R | CHARGE NURSE, MED/SURG 7 |
| GEMZON,JOPHE A | CHARGE NURSE, ICU |
| GERMINAL,GLADYS F | RN, CATH LAB |
| GHIRMAY,MICKY | RN, EMERGENCY ROOM |
| GILL,JAGVEER S | RN, ONCOLOGY |
| GO,EDWIN L | RN, MED/SURG 7 |
| GOLORAN,PATRICIA M | RN, NURSING ADMIN |
| GOMEZ,AARON I | RN, ICU |
| GONZALES,KRISTINE M | RN, MED/SURG 7 |
| GONZALES,YVETTE | CHARGE NURSE, MED/SURG 6 |
| GROEHLER,MIRA | RN, ACUTE DIALYSIS |
| GUMAYAGAY,VINA N | RN, ACUTE REHAB |
| GUTIERREZ,LUZ M | RN, TELEMETRY |

verity.org



| Employee Name | Job Title |
|---|---|
| GUZMAN,JAMES BRIAN S | RN, MED/SURG 6 |
| HA,DA YEONG | RN, MED/SURG 7 KP |
| HAKOPIAN,MELINA D | RN, ICU PD-3 |
| HAMILTON,KADE | RN, NURSING ADMIN |
| HAN,BONA I | RN, MED/SURG 6 |
| HEARN,TAYLOR | RN, TELEMETRY |
| HEO,GJIYOUNG | RN, SURG & RECOVERY |
| HERTZ,ALEXANDRA L | RN, TELEMETRY |
| HIPUS,JOSEFINA C | RN, CATH LAB |
| HO,THERESE T | RN, ICU |
| IBARRA,JACOB | RN, EMERGENCY ROOM PD-3 |
| IMAYSAY,GENEVIEVE | RN, SHORT STAY |
| INNOCENT,COURTNEY N | RN, TELEMETRY |
| INTAL,MARIVIC GRACE D | RN, MED/SURG 7 |
| ITANI,KAZUMI | RN, MED/SURG 6 |
| IZUCHUKWU-MUONAGOR,RITA U | RN, TELEMETRY |
| JANG,EUNHAE | RN, ICU |
| JANG,JI-YOUNG | RN, ACUTE REHAB |
| JANG,JONGSOOK | RN, MED/SURG 7 KP |
| JAVIER,CAROL D | RN, TELEMETRY |
| JIMENEZ,EVANGELINE B | RN, SHORT STAY 12HR |
| JUAREZ,MARIANA | RN, ICU |
| JUNG,JU YOUNG | RN, ICU PD-1 |
| KANG,MISEON | RN, TELEMETRY |
| KANG,SANDY | RN, ICU |
| KANG,SO HEE | RN, SURG & RECOVERY 2 |
| KATIGBAK,AGNES M | RN, MED/SURG 6 |
| KILALA,MARY JANE C | RN, SHORT STAY |
| KIM,AIMEE K | RN, ICU |
| KIM,BOOYOUNG | RN, MED/SURG 7 |
| KIM,GEUMCHUL | RN, ACUTE DIALYSIS |
| KIM,HEEJUNG | RN, TELEMETRY |
| KIM,HYANGHEE | RN, SHORT STAY |

verity.org



| Employee Name | Job Title |
|---|---|
| KIM,HYEON SOO | RN, MED/SURG 6 |
| KIM,JUNGMIN | RN, ACUTE REHAB |
| KIM,JUNGWOO | RN, TELEMETRY |
| KIM,KAREN Y | RN, ICU |
| KIM,KUNTHY K | CHARGE NURSE, TELEMETRY |
| KIM,MEEYUN | RN, MED/SURG 7 KP |
| KIM,SINSIL | RN, CATH LAB |
| KO,HYANGMI | RN, MED/SURG 7 KP |
| KUSAKARI,TOYOMI | RN, MED/SURG 6 |
| LAGUMBAY,SUZETTE O | RN, TELEMETRY |
| LARGAESPADA,FRANCES | RN GI LAB-8/80 |
| LAY,XUANANH T | RN, ICU |
| LEE,BO K | RN, MED/SURG 6 |
| LEE,EUNJIN J | RN, CATH LAB |
| LEE,GINA J | RN, TELEMETRY |
| LEE,HYAE JIN | RN, SHORT STAY |
| LEE,JOMAR C | RN, MED/SURG 6 |
| LEE,NAM S | RN, MED/SURG 6 |
| LEE,ROBIN M | RN, MED/SURG 6 |
| LEE,SARAH SO-YOUNG Y | RN, MED/SURG 6 |
| LEE,YEONHEE | RN, MED/SURG 7 KP |
| LEE,YUN J | RN, POB DIALYSIS PD-2 |
| LEGASPI,ROMMEL E | RN, MED/SURG 7 |
| LEMUS,LITA A | RN, CASE MANAGEMENT |
| LENON,AUDREY Q | RN, CASE MANAGEMENT |
| LEON,CINZIA | RN, MED/SURG 6 |
| LEYRAN,NOEL V | RN, ACUTE DIALYSIS |
| LICAYAN,SORIANO B | RN, ACUTE DIALYSIS |
| LICUP,RONALD A | CHARGE NURSE, TELEMETRY |
| LIM,HYO K | RN, SHORT STAY |
| LIM,REBECCA A | RN, POB DIALYSIS |
| LIM,ROWENA A | RN, MED/SURG 6 |
| LIM,SEOKSOON | RN, POB DIALYSIS |

verity.org

 **Verity Health**

| Employee Name | Job Title |
|---|---|
| LIM,SEUNGAE | RN, MED/SURG 7 KP |
| LIM,TERESA | RN, EMERGENCY ROOM |
| LITTLE,MARIA F | RN, SHORT STAY 12HR |
| LO,CELINA Y | RN, MED/SURG 6 |
| LOPES,STEVEN N | RN, TELEMETRY |
| LOPEZ,ANGELA T | RN, TELEMETRY |
| LOPEZ,MA VICTORIA T | RN, MED/SURG 6 |
| LORENZO,JASMINE R | RN, TELEMETRY |
| LORICA,RHODA R | RN, MED/SURG 7 |
| LOZANO,CARMEN C | RN, ICU |
| LUISTRO,ROMEO C | RN, CASE MANAGEMENT |
| LUZURIAGA,RYAN S | RN, MED/SURG 6 |
| LYON,LORNA C | RN, SURG & RECOVERY |
| MACAPAGAL,YOLANDA L | RN, ONCOLOGY |
| MACASERO,BEN REAGAN T | RN, ICU |
| MADLANGBAYAN,HAYCELYN O | RN, MED/SURG 7 |
| MALIT,CHERYL JOY L | RN, MED/SURG 7 KP |
| MANALO,ALEXIS P | RN, EMERGENCY ROOM PD-2 |
| MANALO,ARLENE B | RN, ICU |
| MANALO,EVELYN M | RN, ONCOLOGY |
| MANALO,MARIA CECILIA | RN, MED/SURG 6 |
| MANAYTAY,NELLAFLOR G | RN, ICU |
| MARQUEZ,JESSICA P | RN, ICU |
| MARTINEZ,KAREN KAYE R | RN, MED/SURG 7 KP |
| MAYFIELD,CHRIS E | RN, INTERVENTIONAL RADIOLOGY |
| MCFARLAND,ALLEN GRACE C | RN, CASE MANAGEMENT |
| MENDOZA,JOCELYN S | RN, ICU |
| MENDOZA,KEIR | RN, EMERGENCY ROOM |
| MENDOZA,MARILOU M | RN, SURG & RECOVERY |
| MESA,ROCIO | RN, EMERGENCY ROOM |
| MILIAN,RAMIRO A | RN, MED/SURG 6 |
| MINGUEZ,MARY MAE T | RN, MED/SURG 7 PD-1 |
| MISOLA,GABRIELLE P | RN, ONCOLOGY |

verity.org



| Employee Name | Job Title |
|---|---|
| MOJARRO,YARETH M | RN, CASE MANAGEMENT PD-2 |
| MOORE,PORTIA | RN, EMERGENCY ROOM |
| MORRIS,JENNIFER S | RN, TELEMETRY |
| MUNOZ,TAMARA M | RN, TELEMETRY |
| MUZYCHUK,NELLI A | RN, SURG & RECOVERY 2 |
| MYUNG,JESSICA J | RN, ACUTE REHAB |
| NAJARRO,NANCY T | CHARGE NURSE, EMERGENCY ROOM |
| NAM,JISUN | RN, TELEMETRY |
| NATIVIDAD,PAUL J | RN, ICU |
| NGUYEN,DON M | RN, TELEMETRY |
| NGUYEN,KELLY THUY-KHANH S | RN, ACUTE REHAB |
| NICOLAS,ELI JOHN L | RN, EMERGENCY ROOM PD-2 |
| NICOLAS,EMILY A | RN, TELEMETRY |
| NILO,VIDAL P | RN, RECOVERY ROOM |
| NOBLEFRANCA,CHITA O | RN, ACUTE REHAB |
| NOTARIO,ZACHARY | RN, TELEMETRY PD-1 |
| NYE,HAYLEY S | RN, TELEMETRY |
| OANDASAN,JAYCEL J | RN, CASE MANAGEMENT |
| OBILLE,MARK A | RN, MED/SURG 7 |
| OCAMPO,GEORGE R | RN, MED/SURG 7 |
| ODIA,IRENE | RN, ICU |
| OH,KYUNG SOON | RN, POB DIALYSIS |
| OH,YESUL | RN, ACUTE DIALYSIS PD-3 |
| OLYNYK,CELESTE A | RN, EMERGENCY ROOM |
| ONYEJIJI,IJEOMA | RN, EMERGENCY ROOM |
| ORAIS,GRECITA PRIMA D | RN, RECOVERY ROOM |
| ORANTE,CHRISTIAN P | RN, MED/SURG 6 |
| ORELLANA,GABRIELLA | RN, EMERGENCY ROOM |
| ORIENZA,MINA RIA S | RN, ICU |
| ORIS,JACQUELINE A | RN, MED/SURG 6 |
| OSE,TATIANA R | RN, MED/SURG 6 |
| OUATTARA,NAGNINLTAHA N | RN, TELEMETRY |
| PAINAGA,MARY DIVINE GRACE D | RN, EMERGENCY ROOM |

verity.org

 **Verity Health**

| Employee Name | Job Title |
|---|---|
| PALANCA,RYAN P | RN, MED/SURG 6 |
| PARK,CHUNG AH | RN, TELEMETRY |
| PARK,ELLEN Y | RN, ACUTE REHAB |
| PARK,JINSUN | RN, SHORT STAY |
| PARK,KI | RN, ACUTE DIALYSIS |
| PARK,SUE A | RN, TELEMETRY |
| PARUNGAO,ARLENE P | RN, TELEMETRY |
| PASCUA,JULIA B | RN, ACUTE REHAB |
| PENSERGA,MA BRENDA | RN, EMERGENCY ROOM |
| PERALTA,VIOLETA A | RN, ACUTE REHAB |
| PEREIRA,JOSUE | RN, ICU PD-1 |
| PESA,EVELYN T | RN, TELEMETRY |
| PETERSON,MA ARSENIA S | RN, ICU |
| PLAZO,JONATHAN C | RN, ONCOLOGY |
| PONCE,BELKI G | RN, ICU |
| POSADAS,NIDA J | RN, MED/SURG 6 |
| POSUELOZ,ARIEL S | RN, TELEMETRY |
| POSUELOZ,ARIEL | RN, SURG & RECOVERY |
| PRYOR,VINCENT F | RN, TELEMETRY |
| QUILA,REMIEL A | CHARGE NURSE, EMERGENCY ROOM |
| QUITZON,MARIA N | RN, EMERGENCY ROOM PD-3 |
| RAMIREZ,EVELYN B | RN, TELEMETRY |
| RAMIREZ PONCE,LUCIO S | CHARGE NURSE, ICU |
| RAMOS,SHEILA A | RN, CASE MANAGEMENT |
| RAMOS GIL,JULIO C | RN, ICU |
| RANGEL,SANDRA | RN, ACUTE REHAB |
| REBUYACO,ARIANNA | RN, ONCOLOGY |
| REBUYACO,TRISTAN L | RN, ICU |
| REDDIX,TRACY J | CHARGE NURSE, TELEMETRY |
| REYES,JENNIE | RN, NURSING ADMIN |
| REYES,KAYLA LYNN T | RN, ICU |
| RINGPIS,MARYLOU B | RN, ICU |
| RODRIGUEZ,DENISE A | RN, ONCOLOGY |

verity.org


**Verity Health**

| Employee Name | Job Title |
|---|---|
| ROH,HAE S | RN, ACUTE DIALYSIS |
| RUANTO,ROZALDO C | RN, CATH LAB |
| RUIZ,JENNIE L | RN, MED/SURG 7 |
| SADEK,SHERINE | RN, ICU |
| SALAZAR,GUSTAVO P | RN, EMERGENCY ROOM PD-1 |
| SALCEDO,CHERYL ANN P | CHARGE NURSE, MED/SURG 6 |
| SALDANA,MARIA V | RN, EMERGENCY ROOM PD-1 |
| SAMSON,TIFFANY A | RN, CASE MANAGEMENT PD-1 |
| SANCHEZ,BEATRIZ A | RN, SURG & RECOVERY |
| SANDIGAN,ULYSSES M | CHARGE NURSE, EMERGENCY ROOM |
| SANTIAGO,PATRICIA E | RN, NURSING ADMIN |
| SANTIAGO,ZAYRA A | RN, NURSING ADMIN |
| SANTOS,DONNABEL J | RN, MED/SURG 6 |
| SANTOS,ROSEMARIE A | RN, CASE MANAGEMENT |
| SATO,ASAMI | RN, TELEMETRY |
| SEGISMUNDO,MAXINE G | RN, TELEMETRY |
| SENATIN,VADA FRANCEZCA | RN, TELEMETRY |
| SEO,MOON HYANG | CHARGE NURSE, MED/SURG 6 |
| SHEBELYAN,KRISTINA | RN, EMERGENCY ROOM |
| SHIM,GEMMA S | RN, MED/SURG 7 KP |
| SHIMASAKI,SAYURI H | RN, ICU |
| SHIN,ALICE S | RN, TELEMETRY |
| SHIN,ANNIE J | RN, TELEMETRY |
| SHIN,SUNGMIN | RN, SHORT STAY |
| SHIN,YOUNG SUK | RN, ACUTE DIALYSIS |
| SHORT,JENNIFER L | RN, TELEMETRY |
| SIA,MARY ANN P | RN, MED/SURG 6 |
| SIAPNO,JOANN P | RN, ACUTE REHAB |
| SMITH-ANDERSON,EMMA D | RN, TELEMETRY |
| SOK,MICHELLE M | CHARGE NURSE, TELEMETRY |
| SOLIS,KARINA | RN, MED/SURG 6 |
| SONG,EUN O | RN, MED/SURG 6 |
| SONG,JOO Y | RN, EMERGENCY ROOM |

verity.org



| Employee Name | Job Title |
| --- | --- |
| STANWOOD,TERRICA | RN, ICU |
| STUTZMAN,SHELBY | RN, TELEMETRY |
| SUH,YURI | RN, MED/SURG 6 |
| TAI,ELLEN P | RN, SHORT STAY |
| TAKAMATSU,RIEKO | RN, TELEMETRY |
| TAMANAHA,MA CORAZON S | RN, SURG & RECOVERY |
| TAN,JENNIFER J | RN, ICU |
| TAN,JULIE ANN K | RN, SURG & RECOVERY |
| TEVES,RIA A | RN, CASE MANAGEMENT PD-1 |
| THOMAS,CRISTINA | RN, ACUTE DIALYSIS |
| TICON-GALLARDO,MARY GRACE R | RN, ACUTE REHAB |
| TOLEDO,MA KHARISMA D | CHARGE NURSE, ICU |
| TOLENTINO,CHONA N | CHARGE NURSE, ONCOLOGY |
| TRAN,DIEM T | RN, MED/SURG 6 PD-3 |
| TREADWELL,JULITA S | RN, ICU |
| TRINH,KATHY | RN, ICU |
| TULANDA,NSIMBA | RN, ACUTE DIALYSIS |
| UCHE,PATRICIA I | RN, MED/SURG 7 |
| UMALI,MARY KRISTINE L O | RN, MED/SURG 7 |
| UMALI,ROSANNE O | RN, ICU |
| VALISNO SANCHEZ,MARIA V | RN, EMERGENCY ROOM |
| VALLES,GIL | RN, SURG & RECOVERY |
| VALMEO,JAN MICHAEL A | RN, ICU |
| VARDANYAN,KARMEN | RN, MED/SURG 6 |
| VASQUEZ,GRISELDA | RN, MED/SURG 6 |
| VERGARA,HERMIE M | RN, MED/SURG 6 |
| VIDRIO,MARISELA M | RN, TELEMETRY |
| VILLAR,MARNIT N | RN, POB DIALYSIS |
| VILLAROMAN,CHIQUI G | RN, CATH LAB |
| WEBB-FRANCOIS,WENDY | RN, ICU |
| WILLIAMS,JULIE V | RN, MED/SURG 7 |
| WILLIAMS,MARIA B | RN, TELEMETRY |
| WILSON,MICHELLE | RN, NURSING ADMIN |

verity.org


**Verity Health**

| Employee Name | Job Title |
| --- | --- |
| WU,DEBORAH | RN, TELEMETRY |
| YAMZON,ARMI O | RN, ICU |
| YANG,MARIA ROSELLE | RN, CASE MANAGEMENT PD-1 |
| YANG-SERPAS,AMY F | RN, ICU |
| YAO,SUJUE | RN, ACUTE REHAB |
| YU,FERNANDO II L | RN, MED/SURG 7 |
| YUN,CHRISTINA S | RN, SURG & RECOVERY 2 |
| ZABLAN,RODERICK D | RN, EMERGENCY ROOM PD-1 |

verity.org

# Exhibit 2

# Exhibit 2



2040 E Mariposa Avenue
El Segundo, CA 90245

October 23, 2019

VIA EMAIL

Andy Prediletto
C.N.A.
225 West Broadway
Suite 500
Glendale, CA  91204
818-637-7129 (office) | 213-810-8222 (mobile)
aprediletto@calnurses.org

**Re:** **Postponement of Terminations of Employment - WARN Extension**

Dear Mr. Andy Prediletto:

This notice is being provided in follow up to the August 12, 2019 notice you received under the Worker Adjustment and Retraining Notification Act and the California WARN Act advising that separations of employment would occur between October 18, 2019 and October 31, 2019.

As you know, Verity Health System of California, Inc. and certain affiliates entered into a Court approved agreement ("Agreement") to sell substantially all of the assets of St. Francis Medical Center, St. Vincent Medical Center, St. Vincent Dialysis Center, Seton Medical Center and Seton Medical Center Coastside (together, the "Hospitals") to Strategic Global Management, Inc. ("SGM"), pursuant to which SGM will purchase the Hospitals and related assets (the "Sale").

The Agreement requires satisfaction of certain milestones to complete the Sale. Not all of the milestones have been met. Consequently, the separations of employment must be postponed and will not occur at the time originally anticipated. At this time, we anticipate the Sale and separations of employment will occur between **November 17, 2019 and November 30, 2019**.

We will continue to keep you apprised of any new developments and will provide you with updated information should circumstances change with respect to the Sale and the separations of employment. If you have any questions or require additional information, please do not hesitate to contact me at (424) 367-0733.

We appreciate your understanding during this time of transition.

Sincerely,

Steven Sharrer
Chief Human Resources Officer

# Exhibit 3

# Exhibit 3



2040 E Mariposa Avenue
El Segundo, CA 90245

November 25, 2019

By E-Mail

Andy Prediletto
CNA
Email: aprediletto@calnurses.org

**Re:      Further Postponement of Terminations of Employment - WARN Extension**

Dear Mr. Prediletto:

You were initially notified that separations of employment would occur between October 18, 2019 and
October 31, 2019, pursuant to the notice under the Worker Adjustment and Retraining Notification Act
and the California WARN Act, dated August 12, 2019.  This termination window was subsequently
extended to November 17 - November 30, 2019.  We are now writing to notify you that the separations
of employment will be further postponed due to the circumstances described below.

As you know, Verity Health System of California, Inc. and certain affiliates ("Debtors") entered into a
Court approved agreement ("Agreement") to sell substantially all of the assets of St. Francis Medical
Center, St. Vincent Medical Center, St. Vincent Dialysis Center, Seton Medical Center and Seton
Medical Center Coastside (together, the "Hospitals") to Strategic Global Management, Inc. ("SGM"),
pursuant to which SGM will purchase the Hospitals and related assets (the "Sale").

The Debtors continue to work expeditiously for a prompt close of the Sale with SGM.  For example, the
Debtors obtained an order from the court regarding the Attorney General conditions and reached a
settlement with the U.S. Department of Health and Human Services.  We are notifying you that we
anticipate the Sale and separations of employment will occur between **December 6, 2019 and
December 19, 2019.**

We will keep you apprised with respect to the Sale and the separations of employment.  If you have any
questions or require additional information, please do not hesitate to contact me at (424) 367-0733.

We appreciate your continued understanding during this time of transition.


                              Sincerely,


                              Steven Sharrer
                              Chief Human Resources Officer

# Exhibit 4

# Exhibit 4

---------- Forwarded message ---------

**From:** Adcock, Rich <RichAdcock@verity.org>
**Sent:** Wednesday, December 18, 2019 2:50:17 PM
**Subject:** Important Update

1

Dear Colleagues,

The KPC Group (aka Strategic Global Management, Inc.) failed to close the sale transaction, as ordered by the Bankruptcy Court.  As a result, your employment will <u>NOT</u> end on December 19, 2019, as we had anticipated.

This communication is to follow up on our most recent letter pursuant to the Worker Adjustment and Retraining Notification Act and the California WARN Act, notifying you that we anticipated the sale of St. Francis Medical Center, St. Vincent Medical Center, St. Vincent Dialysis Center, Seton Medical Center and Seton Medical Center Coastside to The KPC Group and the separation of your employment to occur between December 6, 2019 and December 19, 2019.

We will keep you apprised with respect to any further developments relating to your employment.  We sincerely appreciate your service and dedication to our patients.

Thanks,

Rich

# Exhibit 5

# Exhibit 5



January 10, 2020


<u>By U.S. Mail and Email</u>

Andrew Prediletto
C.N.A.
225 West Broadway, Suite 500
Glendale, CA 91204
aprediletto@calnurses.org


Re:    <u>Notice Pursuant to Worker Adjustment and Retraining Notification Act
and the California WARN Act</u>

Dear Mr. Andrew Predilleto:

This notice is being issued to you under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§2101 et seq. (the "WARN Act") and the California WARN Act, California Labor Code §§1400-1408 ("Cal-WARN Act"). The purpose of this notice is to inform you of the permanent closure of St. Vincent Medical Center, located at 2131 West Third Street, Los Angeles, CA 90057, and St. Vincent Dialysis Center, located at 201 S. Alvarado St., Los Angeles, CA 90057 (together, "St. Vincent").

On August 31, 2018, Verity Health System of California, Inc. ("VHS") and sixteen of its affiliates, including St. Vincent (referred to collectively with VHS and other debtor affiliates as the "Debtors"), filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Central District of California, and are being jointly administered under Lead Case No. 2:18-bk-20151.

The Debtors entered an agreement to sell St. Vincent and other assets to KPC Group, aka Strategic Global Management, Inc. (together, "SGM"), which was approved by the Bankruptcy Court. In connection with the planned sale, we previously noticed you of the anticipated separations of employment in accordance with the WARN Act and Cal-WARN Act. The timing of that WARN notice was based upon the agreement with SGM. The Debtors expected the sale to be completed because the Bankruptcy Court approved the sale and entered an order providing that SGM was obligated to close the sale. SGM, however, did not close the sale. Given SGM's failure to close the sale transaction, and there being no feasible alternative for continued operations, the Debtors made the difficult decision to close St. Vincent. The Court granted the Debtors' emergency motion for authority to close St. Vincent on January 9, 2020 (the "Order"). Consequently, you are receiving this WARN notice.

We know that you were aware of the separations of employment at St. Vincent based on the prior WARN notice you received. We had hoped there would be an opportunity for continued employment with SGM when the sale closed. In light of the unforeseen circumstances relating to the sale and the



unexpected need to close St. Vincent as a last resort, this additional WARN notice is being provided to you as soon as practicable after the Order.

In connection with the closure, the Debtors will be separating the employment of all of St. Vincent's employees.  Based on the best information available to date, we believe the closure and separations of employment will occur between **January 14, 2020 and January 27, 2020**.  A list of the job titles of positions affected and the names of the workers currently holding the affected jobs is attached hereto as Exhibit A.

If you have any questions or require additional information, please do not hesitate to contact me at (424) 367-0733.


Sincerely,


Steven Sharrer
Chief Human Resources Officer



Enclosure:  Exhibit A



2040 E Mariposa Avenue
El Segundo, CA 90245

## EXHIBIT A

List of Represented St. Vincent Employees - CNA

| Employee Last Name | First Name | Job Title |
|---|---|---|
| ADRINEDA | LORINNE | RN, ICU |
| AGUSTIN | RACHELLE ANN | RN, ICU |
| ALDANA | MARCO | RN, ICU |
| AMADOR | PAMELA | RN, ICU |
| APOLINAR | JOCELYN | CHARGE NURSE, ICU |
| BALLADA | GLENDA | RN, ICU |
| BATISTA | CRYSTAL | RN, ICU |
| BERNARDO | KATHLEEN | RN, ICU |
| BOESSI | CHRISTOPHINE | RN, ICU |
| CARO | ALYSSA | RN, ICU |
| CENTENO | MARIA LIBERTY | RN, ICU |
| CHAVEZ | SILVIA | RN, ICU |
| CHEA | DAVY | RN, ICU |
| CLARK | ELIZABETH | RN, ICU |
| CRUZ | SYLVIA | RN, ICU |
| DAO | CONNIE | RN, ICU |
| FERNANDEZ | RODIERAECA | RN, ICU |
| FERRER | RONALD | RN, ICU |
| GEMZON | JOPHE | CHARGE NURSE, ICU |
| GOMEZ | AARON | RN, ICU |
| HAKOPIAN | MELINA | RN, ICU PD-3 |
| HO | THERESE | RN, ICU |
| JANG | EUNHAE | RN, ICU |
| JUAREZ | MARIANA | RN, ICU |
| JUNG | JU YOUNG | RN, ICU PD-1 |

Exhibit A - 1



| Employee Last Name | First Name | Job Title |
| --- | --- | --- |
| KANG | SANDY | RN, ICU |
| KIM | AIMEE | RN, ICU |
| KIM | KAREN | RN, ICU |
| LAY | XUANANH | RN, ICU |
| LOZANO | CARMEN | RN, ICU |
| MANALO | ARLENE | RN, ICU |
| MANAYTAY | NELLAFLOR | RN, ICU |
| NATIVIDAD | PAUL | RN, ICU |
| ODIA | IRENE | RN, ICU |
| ORIENZA | MINA RIA | RN, ICU |
| PEREIRA | JOSUE | RN, ICU PD-1 |
| PETERSON | MA ARSENIA | RN, ICU |
| PONCE | BELKI | RN, ICU |
| RAMIREZ PONCE | LUCIO | CHARGE NURSE, ICU |
| RAMOS GIL | JULIO | RN, ICU |
| REBUYACO | TRISTAN | RN, ICU |
| RESURRECCION | NINA GRACE | RN, ICU |
| REYES | KAYLA LYNN | RN, ICU |
| RINGPIS | MARYLOU | RN, ICU |
| SADEK | SHERINE | RN, ICU |
| SHIMASAKI | SAYURI | RN, ICU |
| STANWOOD | TERRICA | RN, ICU |
| TAN | JENNIFER | RN, ICU |
| TOLEDO | MA KHARISMA | CHARGE NURSE, ICU |
| TREADWELL | JULITA | RN, ICU |
| TRINH | KATHY | RN, ICU |

Exhibit A - 2



| Employee Last Name | First Name | Job Title |
| --- | --- | --- |
| UMALI | ROSANNE | RN, ICU |
| VALMEO | JAN MICHAEL | RN, ICU |
| YAMZON | ARMI | RN, ICU |
| ALQUIROZ | JHOANNA | RN, TELEMETRY |
| ARREGLO | VICTORIA | RN, TELEMETRY |
| BAL | JENNIFER JOY | RN, TELEMETRY |
| BATAC | AIMEE | RN, TELEMETRY |
| BELLOSO | FRANCINE | RN, TELEMETRY PD-1 |
| BURRELL | LISA | RN, TELEMETRY |
| CALZADO | JANET | RN, TELEMETRY |
| CARREIRO | ANNIE | RN, TELEMETRY |
| CHANG | SUN | RN, TELEMETRY |
| CHO | JUNG | RN, TELEMETRY |
| CHOI | EUN AH | RN, TELEMETRY |
| CHOI | SOONKI | RN, TELEMETRY |
| CORTEZ | SHANNON | RN, TELEMETRY |
| CUELLAR | MATTHEW | RN, TELEMETRY |
| DADASHYAN | INNA | RN, TELEMETRY PD-1 |
| DE LEON | BRENNA | RN, TELEMETRY |
| FERNANDEZ | NOLIE | RN, TELEMETRY |
| FINLEY | KASUMI | RN, TELEMETRY |
| GAGUAN | CHRISTINA | RN, TELEMETRY |
| GAMUROT | ANNE CAROLINE | RN, TELEMETRY |
| GUTIERREZ | LUZ | RN, TELEMETRY |
| HERTZ | ALEXANDRA | RN, TELEMETRY |
| INNOCENT | COURTNEY | RN, TELEMETRY |

Exhibit A - 3



| Employee Last Name | First Name | Job Title |
| --- | --- | --- |
| IZUCHUKWU-MUONAGOR | RITA | RN, TELEMETRY |
| KANG | MISEON | RN, TELEMETRY |
| KIM | JUNGWOO | RN, TELEMETRY |
| KIM | KUNTHY | CHARGE NURSE, TELEMETRY |
| LAGUMBAY | SUZETTE | RN, TELEMETRY |
| LEE | GINA | RN, TELEMETRY |
| LICUP | RONALD | CHARGE NURSE, TELEMETRY |
| LOPES | STEVEN | RN, TELEMETRY |
| LOPEZ | ANGELA | RN, TELEMETRY |
| MUNOZ | TAMARA | RN, TELEMETRY |
| NAM | JISUN | RN, TELEMETRY |
| NGUYEN | DON | RN, TELEMETRY |
| NICOLAS | EMILY | RN, TELEMETRY |
| NOTARIO | ZACHARY | RN, TELEMETRY PD-1 |
| NYE | HAYLEY | RN, TELEMETRY |
| OUATTARA | NAGNINLTAHA | RN, TELEMETRY |
| PARK | CHUNG AH | RN, TELEMETRY |
| PARK | SUE | RN, TELEMETRY |
| PARUNGAO | ARLENE | RN, TELEMETRY |
| PESA | EVELYN | RN, TELEMETRY |
| POSUELOZ | ARIEL | RN, TELEMETRY |
| PRYOR | VINCENT | RN, TELEMETRY |
| RAMIREZ | EVELYN | RN, TELEMETRY |
| REDDIX | TRACY | CHARGE NURSE, TELEMETRY |
| SATO | ASAMI | RN, TELEMETRY |
| SEGISMUNDO | MAXINE | RN, TELEMETRY |

Exhibit A - 4



| Employee Last Name | First Name | Job Title |
|---|---|---|
| SENATIN | VADA FRANCEZCA | RN, TELEMETRY |
| SHIN | ALICE | RN, TELEMETRY |
| SHIN | ANNIE | RN, TELEMETRY |
| SHORT | JENNIFER | RN, TELEMETRY |
| SMITH-ANDERSON | EMMA | RN, TELEMETRY |
| SOK | MICHELLE | CHARGE NURSE, TELEMETRY |
| STUTZMAN | SHELBY | RN, TELEMETRY |
| TAKAMATSU | RIEKO | RN, TELEMETRY |
| VIDRIO | MARISELA | RN, TELEMETRY |
| WILLIAMS | MARIA | RN, TELEMETRY |
| WU | DEBORAH | RN, TELEMETRY |
| ABRISHAMIAN | MANDANA | RN, MED/SURG 6 |
| ADARO | VIDA | RN, MED/SURG 6 |
| ALIBUTOD | RODERICK | RN, MED/SURG 6 |
| BALCRUZ | THERESA | RN, MED/SURG 6 |
| BALINGIT | NORMITA | RN, MED/SURG 6 |
| BAYLON | RONEL | RN, MED/SURG 6 |
| BERANGO | NICOMEDES | RN, MED/SURG 6 |
| BOONE | LASHANDA | RN, MED/SURG 6 |
| BURCH | KATALEE | RN, MED/SURG 6 |
| CABANAS | JEANETTE | RN, MED/SURG 6 |
| CABAUATAN DUMAG | MICHELLE | CHARGE NURSE, MED/SURG 6 |
| CAO | JENNIFER | RN, MED/SURG 6 |
| CEMANESEVANGELISTA | CLARISSE | RN, MED/SURG 6 |
| CHOI | IN | RN, MED/SURG 6 |
| CHUNG | HA NIE | RN, MED/SURG 6 |

Exhibit A - 5



| Employee Last Name | First Name | Job Title |
|---|---|---|
| DORIA | MIRIAM | RN, MED/SURG 6 PD-1 |
| FITKOWSKI | ANDREW | RN, MED/SURG 6 |
| GARCIA | DOROTHY | RN, MED/SURG 6 |
| GONZALES | YVETTE | CHARGE NURSE, MED/SURG 6 |
| GUZMAN | JAMES BRIAN | RN, MED/SURG 6 |
| HAN | BONA | RN, MED/SURG 6 |
| ITANI | KAZUMI | RN, MED/SURG 6 |
| KATIGBAK | AGNES | RN, MED/SURG 6 |
| KIM | HYEON SOO | RN, MED/SURG 6 |
| LEE | BO | RN, MED/SURG 6 |
| LEE | JOMAR | RN, MED/SURG 6 |
| LEE | NAM | RN, MED/SURG 6 |
| LEE | ROBIN | RN, MED/SURG 6 |
| LEE | SARAH SO-YOUNG | RN, MED/SURG 6 |
| LEON | CINZIA | RN, MED/SURG 6 |
| LIM | ROWENA | RN, MED/SURG 6 |
| LO | CELINA | RN, MED/SURG 6 |
| LOPEZ | MA VICTORIA | RN, MED/SURG 6 |
| LUZURIAGA | RYAN | RN, MED/SURG 6 |
| MANALO | MARIA CECILIA | RN, MED/SURG 6 |
| MILIAN | RAMIRO | RN, MED/SURG 6 |
| ORANTE | CHRISTIAN | RN, MED/SURG 6 |
| ORIS | JACQUELINE | RN, MED/SURG 6 |
| OSE | TATIANA | RN, MED/SURG 6 |
| PALANCA | RYAN | RN, MED/SURG 6 |
| POSADAS | NIDA | RN, MED/SURG 6 |

Exhibit A - 6



| Employee Last Name | First Name | Job Title |
|---|---|---|
| SALCEDO | CHERYL ANN | CHARGE NURSE, MED/SURG 6 |
| SEO | MOON HYANG | CHARGE NURSE, MED/SURG 6 |
| SIA | MARY ANN | RN, MED/SURG 6 |
| SOLIS | KARINA | RN, MED/SURG 6 |
| SONG | EUN | RN, MED/SURG 6 |
| SUH | YURI | RN, MED/SURG 6 |
| TRAN | DIEM | RN, MED/SURG 6 PD-3 |
| VASQUEZ | GRISELDA | RN, MED/SURG 6 |
| VERGARA | HERMIE | RN, MED/SURG 6 |
| ABAD | ROMEO | RN, MED/SURG 7 |
| ARSUA | AILEEN | RN, MED/SURG 7 |
| BIGASIN | JHOANNA | RN, MED/SURG 7 |
| BUENO | REGINALD | RN, MED/SURG 7 |
| CARRILLO | MARICELA | CHARGE NURSE, MED/SURG 7 |
| CHOI | ALICIA | RN, MED/SURG 7 |
| CHUA | MA SHEILA | RN, MED/SURG 7 |
| CORONA | DAISY | RN, MED/SURG 7 |
| CUBE | REALLINE | RN, MED/SURG 7 |
| DINSAY | ANNABELLE | RN, MED/SURG 7 |
| EHSAN | RAHAL | RN, MED/SURG 7 |
| GARCIA | SHERWIN | CHARGE NURSE, MED/SURG 7 |
| GO | EDWIN | RN, MED/SURG 7 |
| GONZALES | KRISTINE | RN, MED/SURG 7 |
| INTAL | MARIVIC GRACE | RN, MED/SURG 7 |
| KIM | BOOYOUNG | RN, MED/SURG 7 |
| LEGASPI | ROMMEL | RN, MED/SURG 7 |

Exhibit A - 7



| Employee Last Name | First Name | Job Title |
|---|---|---|
| LORICA | RHODA | RN, MED/SURG 7 |
| MINGUEZ | MARY MAE | RN, MED/SURG 7 PD-1 |
| OBILLE | MARK | RN, MED/SURG 7 |
| OCAMPO | GEORGE | RN, MED/SURG 7 |
| RUIZ | JENNIE | RN, MED/SURG 7 |
| UCHE | PATRICIA | RN, MED/SURG 7 |
| UMALI | MARY KRISTINE L | RN, MED/SURG 7 |
| YU | FERNANDO II | RN, MED/SURG 7 |
| BAE | STELLA | RN, MED/SURG 7 KP |
| HA | DA YEONG | RN, MED/SURG 7 KP |
| JANG | JONGSOOK | RN, MED/SURG 7 KP |
| KIM | MEEYUN | RN, MED/SURG 7 KP |
| KO | HYANGMI | RN, MED/SURG 7 KP |
| LIM | SEUNGAE | RN, MED/SURG 7 KP |
| MALIT | CHERYL JOY | RN, MED/SURG 7 KP |
| MARTINEZ | KAREN KAYE | RN, MED/SURG 7 KP |
| SHIM | GEMMA | RN, MED/SURG 7 KP |
| BRACAMONTE | JESSICA | RN, ONCOLOGY |
| CAMPOS | YASMINI | RN, ONCOLOGY |
| CEBALLOS | VILMAR | RN, ONCOLOGY |
| CUARESMA | DENICE | RN, ONCOLOGY |
| DATOR | COSSETTE | RN, ONCOLOGY |
| ESTRADA | MARTIN | RN, ONCOLOGY |
| EVANGELISTA | ALLAN | CHARGE NURSE, ONCOLOGY |
| GILL | JAGVEER | RN, ONCOLOGY |
| MACAPAGAL | YOLANDA | RN, ONCOLOGY |

Exhibit A - 8



| Employee Last Name | First Name | Job Title |
|---|---|---|
| MANALO | EVELYN | RN, ONCOLOGY |
| PLAZO | JONATHAN | RN, ONCOLOGY |
| REBUYACO | ARIANNA | RN, ONCOLOGY |
| RODRIGUEZ | DENISE | RN, ONCOLOGY |
| TOLENTINO | CHONA | CHARGE NURSE, ONCOLOGY |
| AMPONG | GRANVILLE | RN, ACUTE REHAB |
| APELIZAN | PAULA LORENA | RN, ACUTE REHAB |
| BAE | YEAHEUN | RN, ACUTE REHAB |
| BOTE | ROMERO | RN, ACUTE REHAB |
| DADHANIA | AKRUTI | RN, ACUTE REHAB |
| GUMAYAGAY | VINA | RN, ACUTE REHAB |
| JANG | JI-YOUNG | RN, ACUTE REHAB |
| KIM | JUNGMIN | RN, ACUTE REHAB |
| NGUYEN | KELLY THUY-KHANH | RN, ACUTE REHAB |
| NOBLEFRANCA | CHITA | RN, ACUTE REHAB |
| PARK | ELLEN | RN, ACUTE REHAB |
| PASCUA | JULIA | RN, ACUTE REHAB |
| PERALTA | VIOLETA | RN, ACUTE REHAB |
| RANGEL | SANDRA | RN, ACUTE REHAB |
| SIAPNO | JOANN | RN, ACUTE REHAB |
| TICON-GALLARDO | MARY GRACE | RN, ACUTE REHAB |
| YAO | SUJUE | RN, ACUTE REHAB |
| ACOYMO | KERWIN | RN, EMERGENCY ROOM PD-3 |
| ADLAWAN-DOBLE | MARIA ROSELIE | RN, AUDITOR - EMER. ROOM 10/40 |
| ADRAYAN | GILBERT | RN, EMERGENCY ROOM PD-3 |
| AGUILAR | JUSTIN | RN, EMERGENCY ROOM PD-1 |

Exhibit A - 9

**VERITY Health**

| Employee Last Name | First Name | Job Title |
|---|---|---|
| ASTAKHINA | LYUDMYLA | RN, EMERGENCY ROOM |
| ATIENZA | JORDAN | RN, EMERGENCY ROOM |
| BAUTISTA | DINO LOREN | RN, EMERGENCY ROOM |
| CALIBOSO | MITCH DATOR | RN, EMERGENCY ROOM PD-2 |
| CANLAS | MICHAEL | RN, EMERGENCY ROOM PD-3 |
| CERVANTES | REDENTOR | CHARGE NURSE, EMERGENCY ROOM |
| CHAE | JEONG | RN, EMERGENCY ROOM |
| CHAN | ELAINE | RN, EMERGENCY ROOM PD-1 |
| CHO | ANDY | RN, EMERGENCY ROOM |
| CHOTAROONVIPHAT | LADDA | RN, EMERGENCY ROOM |
| DANIEL | JOANNA | RN, EMERGENCY ROOM |
| DAVIDSON | ALTHIA | RN, EMERGENCY ROOM |
| DIONISIO | BERNARD | RN, EMERGENCY ROOM PD-1 |
| IBARRA | JACOB | RN, EMERGENCY ROOM PD-3 |
| LIM | TERESA | RN, EMERGENCY ROOM |
| MANALO | ALEXIS | RN, EMERGENCY ROOM PD-2 |
| MENDOZA | KEIR | RN, EMERGENCY ROOM |
| MESA | ROCIO | RN, EMERGENCY ROOM |
| MOORE | PORTIA | RN, EMERGENCY ROOM |
| NAJARRO | NANCY | CHARGE NURSE, EMERGENCY ROOM |
| NICOLAS | ELI JOHN | RN, EMERGENCY ROOM PD-2 |
| OLYNYK | CELESTE | RN, EMERGENCY ROOM |
| ONYEJIJI | IJEOMA | RN, EMERGENCY ROOM |
| ORELLANA | GABRIELLA | RN, EMERGENCY ROOM |
| PENSERGA | MA BRENDA | RN, EMERGENCY ROOM |
| QUILA | REMIEL | CHARGE NURSE, EMERGENCY ROOM |

Exhibit A - 10



| Employee Last Name | First Name | Job Title |
| --- | --- | --- |
| QUITZON | MARIA | RN, EMERGENCY ROOM PD-3 |
| SALAZAR | GUSTAVO | RN, EMERGENCY ROOM PD-1 |
| SALDANA | MARIA | RN, EMERGENCY ROOM PD-1 |
| SANDIGAN | ULYSSES | CHARGE NURSE, EMERGENCY ROOM |
| SONG | JOO | RN, EMERGENCY ROOM |
| VALISNO SANCHEZ | MARIA | RN, EMERGENCY ROOM |
| ZABLAN | RODERICK | RN, EMERGENCY ROOM PD-1 |
| ABAD | JENNIFER | RN, POB DIALYSIS PD-3 |
| CHOI | MIRAN | RN, POB DIALYSIS |
| DE QUIROS | IVY LEE | RN, POB DIALYSIS PD-1 |
| LEE | YUN | RN, POB DIALYSIS PD-2 |
| LIM | REBECCA | RN, POB DIALYSIS |
| LIM | SEOKSOON | RN, POB DIALYSIS |
| OH | KYUNG SOON | RN, POB DIALYSIS |
| VILLAR | MARNIT | RN, POB DIALYSIS |
| ALDRETE | MANUEL | CHARGE NURSE, SHORT STAY |
| ARGUETA-CORDERO | FRANCISCO | RN, SHORT STAY |
| CHOI | PILL | RN, SHORT STAY |
| DERECI | MARY ANN | RN, SHORT STAY |
| GARCIA | RHODORA | RN, SHORT STAY |
| JIMENEZ | EVANGELINE | RN, SHORT STAY 12HR |
| KILALA | MARY JANE | RN, SHORT STAY |
| KIM | HYANGHEE | RN, SHORT STAY |
| LEE | HYAE JIN | RN, SHORT STAY |
| LIM | HYO | RN, SHORT STAY |
| PARK | JINSUN | RN, SHORT STAY |

Exhibit A - 11

**VERITY Health**

| Employee Last Name | First Name | Job Title |
|---|---|---|
| SHIN | SUNGMIN | RN, SHORT STAY |
| TAI | ELLEN | RN, SHORT STAY |
| BALINGIT | CORAZON | CHARGE NURSE, SURG & RECOVERY |
| CHANG | MARY | RN, SURG & RECOVERY |
| CRUDUP | IMANI | RN, SURG & RECOVERY |
| DEEGAN | GERARD | RN, SURG & RECOVERY |
| DUMLAO | TERESITA | RN, SURG & RECOVERY |
| EOM | HOKYOUNG | RN, SURG & RECOVERY |
| FAMILARA | MYRA | RN, SURG & RECOVERY PD-3 |
| HEO | GJIYOUNG | RN, SURG & RECOVERY |
| LYON | LORNA | RN, SURG & RECOVERY |
| MENDOZA | MARILOU | RN, SURG & RECOVERY |
| POSUELOZ | ARIEL | RN, SURG & RECOVERY |
| SANCHEZ | BEATRIZ | RN, SURG & RECOVERY |
| TAMANAHA | MA CORAZON | RN, SURG & RECOVERY |
| TAN | JULIE ANN | RN, SURG & RECOVERY |
| KANG | SO HEE | RN, SURG & RECOVERY 2 |
| MUZYCHUK | NELLI | RN, SURG & RECOVERY 2 |
| YUN | CHRISTINA | RN, SURG & RECOVERY 2 |
| CHO | MEONGHEE | RN, RECOVERY ROOM |
| CROWLEY | VALERIE | RN, RECOVERY ROOM |
| CUPP | CHRISTINE | RN, RECOVERY ROOM 10HR |
| NILO | VIDAL | RN, RECOVERY ROOM |
| ORAIS | GRECITA PRIMA | RN, RECOVERY ROOM |
| BAUTISTA PALANOG | MARICEL | RN, CATH LAB PD-1 |
| CROWLEY | VERONICA | RN, CATH LAB |

Exhibit A - 12



| Employee Last Name | First Name | Job Title |
|---|---|---|
| DUTTON | NOELLE | RN, CATH LAB (STEMI) |
| GERMINAL | GLADYS | RN, CATH LAB |
| HIPUS | JOSEFINA | RN, CATH LAB |
| KIM | SINSIL | RN, CATH LAB |
| LEE | EUNJIN | RN, CATH LAB |
| RUANTO | ROZALDO | RN, CATH LAB |
| VILLAROMAN | CHIQUI | RN, CATH LAB |
| ASSADI | AMIR | RN, INTERVENTIONAL RADIOLOGY |
| BAZAN | GERARDO | CHARGE NURSE, INTER. RADIOLOGY |
| MAYFIELD | CHRIS | RN, INTERVENTIONAL RADIOLOGY |
| BIRIOUKOV | LEONID | RN, ACUTE DIALYSIS PD-2 |
| CAISIP | THADEUS | RN, ACUTE DIALYSIS |
| DANG | PAULINE | RN, ACUTE DIALYSIS |
| DEL FIERRO | JOSEPH ARNEL | RN, ACUTE DIALYSIS |
| DORAN | CHARLES | RN, ACUTE DIALYSIS |
| GROEHLER | MIRA | RN, ACUTE DIALYSIS |
| KIM | GEUMCHUL | RN, ACUTE DIALYSIS |
| LEYRAN | NOEL | RN, ACUTE DIALYSIS |
| LICAYAN | SORIANO | RN, ACUTE DIALYSIS |
| OH | YESUL | RN, ACUTE DIALYSIS PD-3 |
| PARK | KI | RN, ACUTE DIALYSIS |
| ROH | HAE | RN, ACUTE DIALYSIS |
| SHIN | YOUNG SUK | RN, ACUTE DIALYSIS |
| THOMAS | CRISTINA | RN, ACUTE DIALYSIS |
| TULANDA | NSIMBA | RN, ACUTE DIALYSIS |
| DUMANSKY | ELENA | RN GI LAB-8/80 |

Exhibit A - 13

**VERITY Health**

| Employee Last Name | First Name | Job Title |
| --- | --- | --- |
| ESTELL | CORNELIA | CHARGE NURSE, GI LAB |
| LARGAESPADA | FRANCES | RN GI LAB-8/80 |
| AQUINO | HILDA | EDUCATOR, LEAD CLINICAL RN |
| CHUA | HONEE | EDUCATOR, CLINICAL RN 10HR |
| CERAOS | JERIC | RN, NURSING ADMIN |
| GOLORAN | PATRICIA | RN, NURSING ADMIN |
| REYES | JENNIE | RN, NURSING ADMIN |
| SANTIAGO | PATRICIA | RN, NURSING ADMIN |
| SANTIAGO | ZAYRA | RN, NURSING ADMIN |
| WILSON | MICHELLE | RN, NURSING ADMIN |
| ALWAN | ALEXZANDRIA | RN, CASE MANAGEMENT PD-3 |
| BALUYOT | VANESSA FAYE | RN, CASE MANAGEMENT |
| CHANG | AH YEON | RN, CASE MANAGEMENT |
| CHOI | BO YEON | RN, CASE MANAGEMENT PD-1 |
| CRUZ | LIEZL | RN, CASE MANAGEMENT PD-1 |
| ENRIQUEZ | VERE JONAS | RN CASE MANAGEMENT |
| LEMUS | LITA | RN, CASE MANAGEMENT |
| LENON | AUDREY | RN, CASE MANAGEMENT |
| LUISTRO | ROMEO | RN, CASE MANAGEMENT |
| MADLANGBAYAN | HAYCELYN | RN, CASE MANAGEMENT |
| MCFARLAND | ALLEN GRACE | RN, CASE MANAGEMENT |
| MOJARRO | YARETH | RN, CASE MANAGEMENT PD-2 |
| OANDASAN | JAYCEL | RN, CASE MANAGEMENT |
| RAMOS | SHEILA | RN, CASE MANAGEMENT |
| SAMSON | TIFFANY | RN, CASE MANAGEMENT PD-1 |
| SANTOS | ROSEMARIE | RN, CASE MANAGEMENT |

Exhibit A - 14



| Employee Last Name | First Name | Job Title |
|---|---|---|
| TEVES | RIA | RN, CASE MANAGEMENT PD-1 |
| YANG | MARIA ROSELLE | RN, CASE MANAGEMENT PD-1 |

Exhibit A - 15

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS**

**DEFENDANTS**

**ATTORNEYS** (Firm Name, Address, and Telephone No.)

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
□ Debtor        □ U.S. Trustee/Bankruptcy Admin
□ Creditor     □ Other
□ Trustee

**PARTY** (Check One Box Only)
□ Debtor        □ U.S. Trustee/Bankruptcy Admin
□ Creditor     □ Other
□ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
□ 11-Recovery of money/property - §542 turnover of property
□ 12-Recovery of money/property - §547 preference
□ 13-Recovery of money/property - §548 fraudulent transfer
□ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
□ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
□ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
□ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
□ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
□ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
□ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
□ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
□ 61-Dischargeability - §523(a)(5), domestic support
□ 68-Dischargeability - §523(a)(6), willful and malicious injury
□ 63-Dischargeability - §523(a)(8), student loan
□ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
□ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
□ 71-Injunctive relief – imposition of stay
□ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
□ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
□ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
□ 01-Determination of removed claim or cause

**Other**
□ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
□ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ |

**Other Relief Sought**

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR | BANKRUPTCY CASE NO. | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.