Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/277-6910
Facsimile: 415/201-0760
E-mail: hkevane@pszjlaw.com
     scho@pszjlaw.com

Samuel R. Maizel (CA Bar No. 189301)
Tania M. Moyron (CA Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213/623-9300 / Facsimile: 213/623-9924
Email: samuel.maizel@dentons.com
     tania.moyron@dentons.com

Attorneys for Debtors and Debtors In Possession

**FILED & ENTERED**

**MAR 06 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER.<br><br>**ORDER GRANTING DEBTORS' THIRD OMNIBUS MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), HOSPITAL SERVICES AND VENDOR AGREEMENTS WITH ST. VINCENT MEDICAL CENTER**<br><br>**[Related to Docket No. 4073]**<br><br>Date:       March 4, 2020<br>Time:      10:00 a.m.<br>Place:     Courtroom 1568<br>           255 E. Temple St., Los Angeles, CA 90012 |

DOCS_LA:327575.3 89566/002

The Court having reviewed the *Debtors' Third Omnibus Motion to Reject, Pursuant To 11 U.S.C. § 365(A), Hospital Services and Vendor Agreements with St. Vincent Medical Center* filed on February 11, 2020 [Docket No. 4073] (the "Motion"),[1] by Verity Health System of California, Inc., and the above-referenced affiliated debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases, seeking the entry of an order, pursuant to 11 U.S.C. § 365(a) rejecting certain vendor agreements with SVMC as set forth therein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted for the reasons set forth in the tentative ruling [Doc. No. 4209], which the Court adopts as its final ruling and which is incorporated herein by reference.

2. Each of the Agreements listed on <u>Exhibit A</u> attached to this Order (a "Rejected Agreement") is deemed rejected pursuant to Section 365(a) of the Bankruptcy Code as of January 31, 2020.

3. The last day for the counterparty to a contract or lease to file a claim, if any, arising from the rejection of the applicable Rejected Agreement under Bankruptcy Rule 3002(c)(4) shall be May 1, 2020 (the "Rule 3002(c)(4) Claims Bar Date").  Debtors shall provide notice of the Rule 3002(c)(4) Claims Bar Date by service of this Order so that it is actually received by counterparties no later than March 18, 2020.  Debtors shall file a proof of service of such notice by no later than March 18, 2020.

4. Notwithstanding the possible applicability of Bankruptcy Rule 6006(d), this Order shall be effective immediately upon entry.

5. The Court shall retain jurisdiction over any dispute regarding enforcement or implementation of this Order.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Stipulation.

DOCS_LA:327575.3 89566/002

### #

Date: March 6, 2020

*Ernest M. Robles*
United States Bankruptcy Judge

DOCS_LA:327575.3 89566/002

# EXHIBIT A

**St. Vincent Medical Center**
**Other Plan Agreements (Managed Care and Fee-For-Service Agreements)**

| Ref # | Debtor | Contract Counterparty | Contract Date | Contract Title | Notice Party |
|---|---|---|---|---|---|
| 1 | St. Vincent Medical Center | 1100 South Alvarado Street, LLC dba Olympia Convalescent Hospital | 1/1/2018 | Managed Care Vendor Agreement | 1100 South Alvarado Street., LLC dba Olympia Convalescent Hospital, 1334 Ventura Blvd., Sherman Oaks, CA 91423 Attn: Administrator |
| 2 | St. Vincent Medical Center | 13000 Victory Boulevard, LLC dba Windsor Gardens Healthcare Center of the Valley | 9/1/2013 | Managed Care Vendor Agreement | S&F Management Company, LLC 9200 West Sunset Boulevard 7th Floor West Hollywood, CA 90069 Attention: Tanya Newton |
| 3 | St. Vincent Medical Center | 13400 Sherman Way LLC dba Valley Palms Care Center | 1/1/2018 | Managed Care Vendor Agreement | Cambridge Healthcare Services 6722 Orangethorpe Avenue, Suite 300 Buena Park, CA 90620 Attn: CEO |
| 4 | St. Vincent Medical Center | Absolute Home Health Care, Inc. dba ApexCare Home Health | 1/1/2017 | Managed Care Vendor Agreement | Absolut Home Health Care, Inc. dba ApexCare Home Health 20301 Ventura Blvd., Suite 351 Woodland Hills, CA 91364 Attn: Administrator |
| 5 | St. Vincent Medical Center | Access Senior Healthcare, Inc. | 12/1/2016 | Hospital Services Agreement Between Access Senior Healthcare, Inc. and St. Vincent Medical Center | Access Senior Health Care, Inc. 5000 Airport Plaza Drive, Suite 150 Long Beach, CA 90815 Attn: Dr. Mukesh Bhatia, President and C.E.O. |
| 6 | St. Vincent Medical Center | Accredited Home Health | 1/1/2011 | Managed Care Vendor Agreement | Accredited Home Health 5955 De Soto Ave., Suite 160 Woodland Hills, CA 91367 Attention: President |
| 7 | St. Vincent Medical Center | Action Orthopedic Co., LLC | 6/1/2016 | Managed Care Vendor Agreement | Sarola Lucy Gomes Vice President Action Orthopedic Company 637 Lucas Ave Suite 609 Los Angeles, CA 90017 |
| 8 | St. Vincent Medical Center | Active Life, Inc. | 2/15/2017 | Managed Care Vendor Agreement | Active Life, Inc. 1577 E. Chevy Chase Drive, Suite 210 Glendale, CA 91206 Attn: Spencer Doty, President & CEO |
| 9 | St. Vincent Medical Center | Aetna Health Managment, LLC | 4/10/2010 | Hospital Services Agreement | Aetna Health of California Inc. Regional Network Contracting & Operations F953 2625 Shadelands Drive Walnut Creek, CA 94596 |
| 10 | St. Vincent Medical Center | AltaMed Health Services Corporation | 8/15/2016 | Hospital Services Agreement | AltaMed Senior BucnaCare Corporation 2040 Camfield Avenue Los Angeles, CA 90040 Attn: VP, Managed Care |
| 11 | St. Vincent Medical Center | Ambulnz Health LLC | 8/1/2016 | Managed Care Vendor Agreement | Ambulnz Health, LLC 12527 Vanowen Street North Hollywood, CA 91605 Attn: CEO |
| 12 | St. Vincent Medical Center | Ambuserve, Inc. | 1/1/2011 | Managed Care Vendor Agreement | Ambuserve Ambulance Services 15105 South Broadway Gardena, CA 90248 Attention: President |
| 13 | St. Vincent Medical Center | America's Choice Provider Network, Inc. dba ACPN | 8/27/2013 | Participating Provider Agreement | America's Choice Provider Network, Inc. 303 A Street, Suite 401 San Diego, CA 92101 |
| 14 | St. Vincent Medical Center | Angel Medical Group, Inc. dba Superior Choice Medical Group | 10/1/2008 | Hospital Ancillary Services Agreement | Superior Choice Medical Group, Inc. c/o HealthSmart MSO, Inc P.O. Box 7110 Newport Beach, CA 92658-7110 Attention: President |
| 15 | St. Vincent Medical Center | Applecare Medical Group, Inc. | 4/1/2007 | Managed Care Vendor Agreement | AppleCare Medical Group, Inc. 6131 Orangethorpe Ave., Suite 280 Buena Park, CA 90620 Attention: CEO |
| 16 | St. Vincent Medical Center | Avalon Villa Health Care, LLC | 8/1/2016 | Managed Care Vendor Agreement | Avalon Villa Care Center 12029 Avalon Blvd. Los Angeles, CA 90061 Attn: Director of Contracting |
| 17 | St. Vincent Medical Center | Biomed California, dba Soleo Health | 10/1/2017 | Managed Care Vendor Agreement | Biomed California, Inc., dba Soleo Health 721 S. Glasgow Avenue, Suite C Inglewood, CA 90301-3016 Attn: Administrator |
| 18 | St. Vincent Medical Center | Blue Cross of California dba Anthem Blue Cross | 1/1/2012 | Anthem Blue Cross Facility Agreement | 11050 Olson Drive, Suite 110 Rancho Cordova, CA 95670 |
| 19 | St. Vincent Medical Center | Bright Sky Home Health Care, Inc. | 12/1/2017 | Managed Care Vendor Agreement | Bright Sky Home Health Care, Inc. 414 Tennessee Street, Suite E Redlands, CA 92373 Attn: Eleanor I. Posner, CEO |
| 20 | St. Vincent Medical Center | Care 1st Health Plan | 1/1/2013 | Hospital Services Agreement Between Care 1st Health Plan and St. Vincent Medical Center | Care 1st Health Plan 601 Polrcro Grande Drive Monterey Park, CA 91755 Attn: Director, Provider Network Operations |
| 21 | St. Vincent Medical Center | CareNet Health System, Inc. | 1/1/2011 | Managed Care Vendor Agreement | CareNet Health System 3176 Pullman St, Suite 101 Costa Mesa, CA 92626 Attention: President |
| 22 | St. Vincent Medical Center | Central Health MSO, Inc. | 5/1/2017 | Management Services Agreement | Central Health MSO, Inc, 1540 Bridgegate Drive Diamond Bar, CA 91765 Attention: President |
| 23 | St. Vincent Medical Center | Central Health Plan of California | 5/1/2016 | Hospital Services Agreement | Central Health Plan of California 1540 Bridgegate Dr. Diamond Bar, CA 91765 Attention: Chief Executive Officer |
| 24 | St. Vincent Medical Center | Choice Home Medical Supplies Inc. | 6/15/2017 | Managed Care Vendor Agreement | Choice Home Medical Supplies, Inc. 800 E. Wardlow Road, Suite A Long Beach, CA 90807 Attn: Charles Ume, CEO |
| 25 | St. Vincent Medical Center | College Hospital, Inc. CHCM, Inc., CHLB, LLC | 1/1/2017 | Managed Care Vendor Agreement | College Health Enterprises/College Hospitals, Inc., CHCM, Inc., CHLB, LLC. 11627 Telegraph Road, Suite 200 Santa Fe Springs, CA 90670 Attn: VP, Government Operations & Managed Care |

**St. Vincent Medical Center**
**Other Plan Agreements (Managed Care and Fee-For-Service Agreements)**

| Ref # | Debtor | Contract Counterparty | Contract Date | Contract Title | Notice Party |
|---|---|---|---|---|---|
| 26 | St. Vincent Medical Center | Coram Healthcare Corporation of Southern California, Coram Alternate Site Services, Inc., Ken Home Health Resources, and CoramRx, LLC | 1/1/2011 | Managed Care Vendor Agreement | Apria Healthcare, Inc. 26220 Enterprise Court Lake Forest, CA 92630 Attn: General Counsel<br><br>Coram Specialty Infusion Services 555 17th Street, Suite 1500 Denver, CO 80202 Attn: Associate General Counsel |
| 27 | St. Vincent Medical Center | Crystal Home Health Care Services, Inc. | 12/1/2016 | Managed Care Vendor Agreement | Crystal Home Health Care Services, Inc. 3939 Atlantic Avenue Suite 202 Long Beach, CA 90807 Attn: Administrator |
| 28 | St. Vincent Medical Center | Culver West Health Center, LLC | 8/1/2016 | Managed Care Vendor Agreement | Culver West Health Center 4035 Grand View Blvd. Los Angeles, CA 90066 Attn: Director of Contracting |
| 29 | St. Vincent Medical Center | DaVita Inc. | 1/1/2012 | Dialysis Managed Care Vendor Agreement | VP of Payor Contracting Da Vita, Inc. 21250 Hawthorne Blvd, #800 Torrance, CA 90503 |
| 30 | St. Vincent Medical Center | Del Amo Gardens Convalescent | 9/1/2017 | Managed Care Vendor Agreement | Del Amo Gardens Convalescent Center 22419 Kent Avenue Torrance, CA 90505 Attn: Administrator |
| 31 | St. Vincent Medical Center | East West Proto, Inc. dba Lifeline Ambulance | 8/1/2014 | Managed Care Vendor Agreement | Lifeline Ambulance 1120 S. Maple Avenue Montebello, CA 90640 |
| 32 | St. Vincent Medical Center | Excellent In-Home Care, Inc. | 1/1/2011 | Managed Care Vendor Agreement | Excellent In-Home Care 16601 Ventura Blvd., Suite 506 Encino, CA 91436 Attention: Administrator |
| 33 | St. Vincent Medical Center | Five Star Home Hospice, Inc. | 2/1/2017 | Managed Care Vendor Agreement | Five Star Home Hospice 1028 N. Lake Avenue Suite 106 Pasadena, CA 91104 Attn: Mark Jaratanian |
| 34 | St. Vincent Medical Center | Front Porch Communities and Services dba Kingsley Manor Care Center | 3/1/2014 | Managed Care Vendor Agreement | Kingsley Manor 1055 N. Kingsley Drive Los Angeles, CA 90029 Attn.: Mary Perez, Executive Director |
| 35 | St. Vincent Medical Center | Garden Crest Convalescent Hospital, Inc. | 5/1/2018 | Managed Care Vendor Agreement | Garden Crest Convalescent Hospital, Inc. 909 Lucile Avenue Los Angeles, CA 90026 Attn: Administrator |
| 36 | St. Vincent Medical Center | Gardena Convalescent Center | 9/1/2017 | Managed Care Vendor Agreement | Gardena Convalescent Center 14819 S. Vermont Avenue Gardena, CA 90247 Attn: Administrator |
| 37 | St. Vincent Medical Center | Genesis HealthCare, Inc. | 2/2/2015 | Managed Care Vendor Agreement Amendment (#2) | Not Specified |
| 38 | St. Vincent Medical Center | Graceful Palms Hospice and Palliative Care Corp. | 2/1/2018 | Managed Care Vendor Agreement | Graceful Palms Hospice and Palliative Care Corp. 40015 Sierra Highway Suite B280 Palmdale, CA 93550 |
| 39 | St. Vincent Medical Center | Hancock Park Surgery Center, LLC | 2/1/2017 | Managed Care Vendor Agreement | Hancock Park Surgery Center, LLC 321 N. Larchmont Blvd., #101 Los Angeles, CA 90004 Office Manager |
| 40 | St. Vincent Medical Center | Hanger Prosthetics & Orthotics, Inc. | 11/1/2010 | Managed Care Vendor Agreement | Hanger Prosthetics & Oithotics Inc. 4155 E. La Palma Ave. B400 Anaheim, CA 92807 Attention: Contracts Department |
| 41 | St. Vincent Medical Center | Haven Healthcare | 6/1/2016 | Managed Care Vendor Agreement | Sarah Castillo, Finance and Contracts Manager 2 895 Temple Avenue Signal Hill, CA 90755 |
| 42 | St. Vincent Medical Center | Hidden Hills Hospice and Palliative Care, LLC dba Caremax Hospice | 2/1/2018 | Managed Care Vendor Agreement | Hidden Hills Hospice and Palliative Care, EEC dba Caremax Hospice 1100 E. Broadway Suite 304 Glendale, CA 91205 Attn: Administrator |
| 43 | St. Vincent Medical Center | Honored Citizens Choice Health Plan dba Citizens Choice Health Plan | 9/1/2012 | Medicare Advantage Hospital Service Agreement Between Honored Citizens Choice Health Plan dba Citizens Choice Health Plan and St. Vincent Medical Center | Citizens Choice HealthPlan Attention: President & CEO 17315 Studebaker Road, Ste 200 Cerritos, CA 90703 |
| 44 | St. Vincent Medical Center | Humana Health Plan, Inc. | 10/15/2013 | Hospital Participation Agreement | Humana Inc. 970 W. 190th Street, #810 Torrance, CA 90502 Attn: Vice President Network Management |
| 45 | St. Vincent Medical Center | IV League Pharmacy | 1/1/2011 | Managed Care Vendor Agreement | IV League Pharmacy 6076 Bristol Parkway, Suite 104 Culver City, CA 90230 Attention: President |
| 46 | St. Vincent Medical Center | J and S Home Health Services, Inc. | 2/1/2018 | Managed Care Vendor Agreement | J and S Home Health Services, Inc. 2525 E. Colorado Blvd., Suite 108 Pasadena, CA 91107 Attn: Administrator |
| 47 | St. Vincent Medical Center | Kaiser Foundation Hospitals | 5/1/2017 | Health Care Services Agreement | KAISER FOUNDATION HOSPITALS 393 East Walnut Street Pasadena, California 91188 |
| 48 | St. Vincent Medical Center | KF Sunray LLC, dba Sunray Healthcare Center | 1/1/2018 | Managed Care Vendor Agreement | Cambridge Healthcare Services 6722 Orangethorpe Avenue, Suite 300 Buena Park, CA 90620 Attn: CEO |
| 49 | St. Vincent Medical Center | KSM Healthcare Inc., Dreier's Nursing Care Center | 12/1/2017 | Managed Care Vendor Agreement | KSM Healthcare, Inc. dba Dreier's Nursing Care Center 1400 W. Glenoaks Blvd. Glendale, CA 91201 Attn: Administrator |
| 50 | St. Vincent Medical Center | Lakeview Terrace Skilled Nursing Facility | 3/1/2016 | Managed Care Vendor Agreement | Elliot Zemel, Administrator 801 S. Lake St. Los Angeles, CA 90057 |
| 51 | St. Vincent Medical Center | Lavanda Home Health Care Agency, Inc. | 2/1/2017 | Managed Care Vendor Agreement | Lavanda Home Health Care Agency, Inc. 3033 N. Avon Street, Suite A Burbank, CA 91504 Attn: Administrator |

**St. Vincent Medical Center**
**Other Plan Agreements (Managed Care and Fee-For-Service Agreements)**

| Ref # | Debtor | Contract Counterparty | Contract Date | Contract Title | Notice Party |
|---|---|---|---|---|---|
| 52 | St. Vincent Medical Center | Le Meilleur Health Care Services | 5/1/2016 | Managed Care Vendor Agreement | Kevin Snustead<br>316 W. Carson St, Suite 203 Carson, CA 90745 |
| 53 | St. Vincent Medical Center | Long Beach Memorial Medical Center | 5/1/2000 | Managed Care Vendor Agreement | Long Beach Memorial Medical Center<br>2801 Atlantic Avenue, Suite 228<br>Long Beach, CA 90806<br>Attention: Vice President, Managed Health Care |
| 54 | St. Vincent Medical Center | Managed Care Vendor Agreement | 3/1/2016 | Managed Care Vendor Agreement | Yudi Schmukler, Administrator<br>2312 West 8th Street<br>Los Angeles, CA 90057-3906 |
| 55 | St. Vincent Medical Center | Managed Care Vendor Agreement | 8/1/2018 | Managed Care Vendor Agreement | US Skilled Serve<br>4115 E. Broadway<br>Long Beach, CA 90803<br>Attn: Contracts Manager |
| 56 | St. Vincent Medical Center | Maple Healthcare Center | 11/15/2016 | Managed Care Vendor Agreement | Maple Healthcare Center<br>2526 Maple Avenue Los Angeles, CA 90011-1430<br>Attn: Administrator |
| 57 | St. Vincent Medical Center | Miracle Home Health Care, Inc. | 8/15/2016 | Managed Care Vendor Agreement | Miracle Home Health Care Inc.<br>6399 Wilshire Blvd. Suite 810<br>Los Angeles, CA 90048<br>Attn: Felix DeGuzman |
| 58 | St. Vincent Medical Center | Mission Home Health Services, Inc. | 6/1/2017 | Managed Care Vendor Agreement | Mission Home Health Services, Inc.<br>505 S. Virgil Avenue, Suite 305 Los Angeles, CA 90020 |
| 59 | St. Vincent Medical Center | Molina Healthcare of California | 4/1/2015 | Molina Healthcare of California Hospital Services Agreement | Molina Healthcare of California<br>200 Oceangate, Suite 100<br>Long Beach, CA 90802 |
| 60 | St. Vincent Medical Center | North Coast Medical Supply dba Advanced Diabetes Supply | 3/1/2017 | Managed Care Vendor Agreement | North Coast Medical Supply, Inc. dba Advanced Diabetes Supply<br>P.O. Box 9041<br>Carlsbad, CA 92018<br>Attn: Tim Cady, President |
| 61 | St. Vincent Medical Center | Norwalk Meadows Nursing Center | 9/15/2016 | Managed Care Vendor Agreement | Norwalk Meadows Nursing Center<br>10625 Leffingwell Road<br>Norwalk, CA 90650<br>Attn: Carlos Munoz, Administrator |
| 62 | St. Vincent Medical Center | Orthopaedic Institute for Children Ambulatory Surgery Center, LLC | 7/1/2018 | Managed Care Vendor Agreement | Orthopaedic Institute for Children Ambulatory Surgery Center<br>403 West Adams Blvd.<br>Los Angeles CA 90007<br>Attn: Administrator: Natalie Bayoud |
| 63 | St. Vincent Medical Center | Pacific Haven Subacute & Healthcare Center | 12/1/2017 | Managed Care Vendor Agreement | Pacific Haven Subacute & Healthcare Center<br>12072 Trask Avenue Garden Grove, CA 92843<br>Attn: Administrator |
| 64 | St. Vincent Medical Center | Panorama Meadows Nursing Center | 9/15/2016 | Managed Care Vendor Agreement | Panorama Meadows Nursing Center<br>14857 Roscoe Blvd.<br>Panorama City, CA 91402<br>Attn: Meir Graff, Administrator |
| 65 | St. Vincent Medical Center | Paramount Meadows Nursing Center | 9/15/2016 | Managed Care Vendor Agreement | Paramount Meadows Nursing Center 7039 Alondra Blvd.<br>Paramount, CA 90723<br>Attn: Glenn Padama, Administrator |
| 66 | St. Vincent Medical Center | Pasadena Meadows Nursing Center | 9/15/2016 | Managed Care Vendor Agreement | Pasadena Meadows Nursing Center<br>150 Bellefontaine Street<br>Pasadena, CA 91105<br>Attn: John Black, Administrator |
| 67 | St. Vincent Medical Center | Premier Infusion Care | 9/1/2015 | Managed Care Vendor Agreement | Premier Infusion Care<br>19500 Normandie Avenue<br>Torrance, CA 90502<br>Attention: Elizabeth Schmidt |
| 68 | St. Vincent Medical Center | ProHealth Home Care Services, Inc. | 11/1/2018 | Managed Care Vendor Agreement | ProHealth Home Care Services, Inc.<br>4221 Wilshire Blvd., #275<br>Los Angeles, CA 90010 |
| 69 | St. Vincent Medical Center | Riviera HealthCare Center | 8/1/2016 | Managed Care Vendor Agreement | Riviera Healthcare Center<br>8203 Telegraph Road<br>Pico Rivera, CA 90660<br>Attn: Director of Contracting |
| 70 | St. Vincent Medical Center | Royal Majesty Home Care, Inc. | 1/1/2011 | Managed Care Vendor Agreement | Royal Majesty Home Care, Inc.<br>3939 Atlantic Ave., Suite 209<br>Long Beach, CA 90807<br>Attention: Rommel Alcantara, Administrator |
| 71 | St. Vincent Medical Center | San Gabriel Valley Medical Center, LP dba San Gabriel Valley Medical Center | 4/1/2015 | Managed Care Vendor Agreement | AHMC Healthcare Inc.<br>55 S. Raymond Avenue, Suite 105<br>Alhambra, CA 91801<br>Attn: Linda Marsh Sr. Executive Vice President<br>Copy to:<br>AHMC Healthcare, Inc.<br>100 N. Stoneman Avenue Alhambra, CA 91801 Attn: Director of Managed Care |
| 72 | St. Vincent Medical Center | Skilled Health Care, LLC | 5/1/2011 | Managed Care Vendor Agreement | Skilled Health Care, LLC<br>15233 Ventura Blvd., Suite 304<br>Sherman Oaks, CA 91403<br>Attention: Ted Chigaros, VP-Bus Dev & Managed Care |
| 73 | St. Vincent Medical Center | Solartricity, Inc. dba Zoom Medical Transportation | 6/1/2017 | Managed Care Vendor Agreement | Solartricity Inc. dba Zoom Medical Transportation<br>12801 Corlett Ave.<br>Los Angeles, CA 90059-3434<br>Attn: Jesse Lucas, CEO |
| 74 | St. Vincent Medical Center | St. Francis Medical Center | 10/1/2011 | Hospital Services Agreement between St. Francis Medical Center and St. Vincent Medical Center | President St. Francis Medical Center<br>3630 E. Imperial Hwy<br>Lynwood, CA 90262 |
| 75 | St. Vincent Medical Center | SuperCare, Inc. | 12/1/2010 | Managed Care Vendor Agreement | Super Care<br>16017 Valley Blvd.<br>City of Industry, CA 91744<br>Wendy Canizal - Contracts Specialist |
| 76 | St. Vincent Medical Center | Town & Country Manor | 6/15/2017 | Managed Care Vendor Agreement | Town & Country Manor<br>555 East Memory Lane<br>Santa Ana, CA 92706 |
| 77 | St. Vincent Medical Center | True Care Hospice, Inc. | 2/1/2017 | Managed Care Vendor Agreement | True Care Hospice, Inc.<br>7355 Topanga Canyon Blvd #200<br>Canoga Park, CA 91303<br>Attn: Administrator |
| 78 | St. Vincent Medical Center | Unique Pharmacy Inc., dba MedicoRX Specialty | 11/1/2018 | Managed Care Vendor Agreement | Unique Pharmacy Inc., dba MedicoRX Specialty<br>7039 Valjean Avenue<br>Van Nuys, CA 91406<br>Attn: CEO |

**St. Vincent Medical Center**
**Other Plan Agreements (Managed Care and Fee-For-Service Agreements)**

| Ref # | Debtor | Contract Counterparty | Contract Date | Contract Title | Notice Party |
|---|---|---|---|---|---|
| 79 | St. Vincent Medical Center | United Labor Health Plan | 7/17/2017 | Memorandum of Understanding | Not Specified |
| 80 | St. Vincent Medical Center | Vitality Health Plan of California, Inc. | 1/1/2019 | Hospital Services Agreement (Fee for Service) betweeen Vitality Health Plan of California and Verity Health System of California | Vitality Health Plan<br>18000 Studebaker Road, Suite 700<br>Cerritos, CA 90703<br>Attention: President |
| 81 | St. Vincent Medical Center | Western Drug Medical Supply | 4/1/2011 | Managed Care Vendor Agreement | Western Drug Medical Supply<br>3661 San Fernando Rd.<br>Glendale, CA 91204<br>Attention: President |
| 82 | St. Vincent Medical Center | Windsor Cheviot Hills, LLC dba Windsor Care Center of Cheviot Hills | 9/1/2013 | Managed Care Vendor Agreement | S&F Management Company, LLC<br>9200 West Sunset Boulevard 7th Floor<br>West Hollywood, CA 90069<br>Attention: Tanya Newton |
| 83 | St. Vincent Medical Center | Windsor Gardens Care Center of Fullerton | 9/1/2018 | Managed Care Vendor Agreement | Windsor Gardens Care Center of Fullerton<br>245 East Wilshire Avenue<br>Fullerton, CA 92823<br>Attn: Administrator |
| 84 | St. Vincent Medical Center | Windsor Gardens Convalescent Center of Hawthorne | 9/1/2018 | Managed Care Vendor Agreement | Windsor Gardens Convalescent Center of Hawthorne<br>13922 Cerise Avenue<br>Hawthorne, CA 90250<br>Attn: Administrator |
| 85 | St. Vincent Medical Center | Windsor Gardens Convalescent Center of North Long Beach | 9/1/2018 | Managed Care Vendor Agreement | Windsor Convalescent Center of North Long Beach<br>260 East Market Street<br>Long Beach, CA 90805<br>Attn: Administrator |
| 86 | St. Vincent Medical Center | Windsor Gardens Convalescent Hospital of Los Angeles | 9/1/2018 | Managed Care Vendor Agreement | Windsor Gardens Convalescent Hospital of Los Angeles<br>915 Crenshaw Blvd.<br>Los Angeles, CA 90019<br>Attn: Administrator |
| 87 | St. Vincent Medical Center | Windsor Terrace Healthcare Center, LLC | 9/1/2018 | Managed Care Vendor Agreement | Windsor Terrace Healthcare, LLC<br>7747 Sepulveda Blvd.,<br>Van Nuys, CA 91405<br>Attn: Administrator |
| 88 | St. Vincent Medical Center | Windsor Twin Palms Healthcare Center, LLC dba Windsor Care Center of Artesia | 9/1/2018 | Managed Care Vendor Agreement | Windsor Twin Palms Care Center of Artesia<br>11900 East Artesia Blvd.<br>Artesia, CA 90701 |