Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/277-6910
Facsimile: 415/201-0760
E-mail: hkevane@pszjlaw.com
scho@pszjlaw.com

Samuel R. Maizel (CA Bar No. 189301)
Tania M. Moyron (CA Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213/623-9300 / Facsimile: 213/623-9924
Email: samuel.maizel@dentons.com
tania.moyron@dentons.com

Attorneys for Debtors and Debtors In Possession

**FILED & ENTERED**

**MAR 06 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER.<br><br>**ORDER GRANTING DEBTORS' FIRST OMNIBUS MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), CERTAIN ST. VINCENT MEDICAL CENTER HOSPITAL EXECUTORY CONTRACTS AND UNEXPIRED LEASES**<br><br>**[Related to Docket No. 4054]**<br><br>Date:    March 4, 2020<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>255 E. Temple St., Los Angeles, CA 90012 |

DOCS_LA:327572.4 89566/002

The Court having reviewed the *Debtors' First Omnibus Motion To Reject, Pursuant To 11 U.S.C. § 365(A), Certain St. Vincent Medical Center Hospital Executory Contracts And Unexpired Leases* filed on February 7, 2020 [Docket No. 4054] (the "Motion"),[1] by Verity Health System of California, Inc., and the above-referenced affiliated debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases seeking the entry of an order, pursuant to 11 U.S.C. § 365(a), authorizing SVMC to reject certain executory contracts and unexpired leases as set forth therein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted for the reasons set forth in the tentative ruling [Doc. No. 4211], which the Court adopts as its final ruling and which is incorporated herein by reference.

2. Each of the Agreements listed on <u>Exhibit A</u> attached to this Order (a "Rejected Agreement") is deemed rejected pursuant to Section 365(a) of the Bankruptcy Code as of January 31, 2020.

3. The last day for the counterparty to a contract or lease to file a claim, if any, arising from the rejection of the applicable Rejected Agreement under Bankruptcy Rule 3002(c)(4) shall be May 1, 2020 (the "Rule 3002(c)(4) Claims Bar Date"). Debtors shall provide notice of the Rule 3002(c)(4) Claims Bar Date by service of this Order so that it is actually received by counterparties no later than March 18, 2020. Debtors shall file a proof of service of such notice by no later than March 18, 2020.

4. Any lessor of equipment under a Rejected Agreement that is an unexpired lease of personal property shall coordinate with Joy Dicey Phillips, Executive Director of Supply Chain Management at SVMC (email: joydiceyphillips@verity.org and/or telephone number: (310) 900-4752) to make arrangements to retrieve its leased equipment by no later than March 31, 2020 (the "Retrieval Deadline"). Debtors shall provide notice of the Retrieval Deadline by service of this Order so that it is actually received by equipment lessors by no later than March 9, 2020. Debtors

---

[1] Capitalized terms not defined herein have the meaning set forth in the Stipulation.

DOCS_LA:327572.4 89566/002

shall file a proof of service of such notice by no later than March 9, 2020. Any leased equipment that is not retrieved by the Retrieval Deadline shall be deemed abandoned to the estates.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6006(d), this Order shall be effective immediately upon entry.

6. The Court shall retain jurisdiction over any dispute regarding enforcement or implementation of this Order.

### #

Date: March 6, 2020

Ernest M. Robles
United States Bankruptcy Judge

DOCS_LA:327572.4 89566/002

# EXHIBIT A

**St. Vincent Medical Center**
**Non-Managed Care Contracts - Physician Agreements**

| Ref # | Debtor | Contract Counterparty | Type | Nature |
|---|---|---|---|---|
| 1 | St. Vincent Medical Center | Ahn Medical Group, Inc. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Spine Institute |
| 2 | St. Vincent Medical Center | Ahn, Phillip M.D. | Physicians-On Call | Call Coverage Agreement-Neurology |
| 3 | St. Vincent Medical Center | Amstutz, Harlan C., M. D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 4 | St. Vincent Medical Center | Arase, Randal P MD | Physicians-On Call | Physician On Call Coverage Medical Administrator, ED Panel |
| 5 | St. Vincent Medical Center | Axiom Anesthesia Group, Inc. | Physicians-Professional and Administrative Services Agreement | Professional, Administrative and Coverage Service Agreement |
| 6 | St. Vincent Medical Center | Bach, Thuc M.D. | Physicians-On Call | Call Coverage Agreement |
| 7 | St. Vincent Medical Center | Bae, Ho, MD, Inc | Physicians-Directorship | Medical Director, APLC |
| 8 | St. Vincent Medical Center | Bae, Ho, MD, Inc | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - APLC |
| 9 | St. Vincent Medical Center | Bassam Omari M.D. | Physicians-On Call | Call Coverage Agreement |
| 10 | St. Vincent Medical Center | Batra Narinder M.D. | Physicians-On Call | Call Coverage Agreement-STEMI |
| 11 | St. Vincent Medical Center | Berenji, Gholam Reza | Physicians-Services Agreement | Consulting Services - Nuclear Medicine |
| 12 | St. Vincent Medical Center | Bouzaglou, Armand MD | Physicians-Directorship | Medical Director - CTC |
| 13 | St. Vincent Medical Center | Bragin Stephen M.D. | Physicians-On Call | Call Coverage Agreement-UROLOGY |
| 14 | St. Vincent Medical Center | Brian H. Itagaki, M. D., Inc. | Physicians-On Call | Physician On Call Coverage / Medical Administrator, ED Panel |
| 15 | St. Vincent Medical Center | California Emergency Physicians Medical Group | Physicians-Professional and Administrative Services Agreement | Emergency Services |
| 16 | St. Vincent Medical Center | California Heart and Lung Surgery Medical Center, Inc. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Cardiac Clinic |
| 17 | St. Vincent Medical Center | Capouya Eli, M.D. | Physicians-On Call | Call Coverage Agreement |
| 18 | St. Vincent Medical Center | Carabello, Gabriel, M.D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Cardiology |
| 19 | St. Vincent Medical Center | Chad Hilld DO | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 20 | St. Vincent Medical Center | Cosenza, Carlos, M.D. | Physicians-On Call | Physician On Call ED Panel |
| 21 | St. Vincent Medical Center | Dian Kim M.D. | Physicians-On Call | Indigent Care Contract |
| 22 | St. Vincent Medical Center | Faramarz Tehrani | Physicians-On Call | Call Coverage Agreement |
| 23 | St. Vincent Medical Center | Fong, Tse-Ling MD | Physicians-Physician Staffing Agreement | Physician Staffing - APLC |
| 24 | St. Vincent Medical Center | GCH Medical Group | Physicians-Professional and Administrative Services Agreement | Professional, Administrative and Coverage Service Agreement |
| 25 | St. Vincent Medical Center | Gheissari Ali M.D. | Physicians-On Call | Call Coverage Agreement |
| 26 | St. Vincent Medical Center | Girsky, Marc MD | Physicians-Directorship | Medical Director, Cardiac Services |
| 27 | St. Vincent Medical Center | Goring, Christopher | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 28 | St. Vincent Medical Center | Gottner Robert, M.D. | Physicians-On Call | Call Coverage Agreement |
| 29 | St. Vincent Medical Center | Goykhman Pavel | Physicians-On Call | Call Coverage Agreement |
| 30 | St. Vincent Medical Center | Goykhman, Pavel M.D. | Physicians-Directorship | Medical Directorship |
| 31 | St. Vincent Medical Center | Han Orthopaedics, Inc. | Physicians-On Call | Physician On Call Coverage - ED Panel |
| 32 | St. Vincent Medical Center | HNI Medical Services of California, P.C. | Physicians-Professional Services Agreement | service agreement-ER |
| 33 | St. Vincent Medical Center | Hoffman, Richard L. , M. D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Cardiac Clinic |
| 34 | St. Vincent Medical Center | Hom Philip M.D. (kidney Service) | Physicians-Clinical Services | Service Agreement (kidney) |
| 35 | St. Vincent Medical Center | Hooman Madyoon M.D. | Physicians-On Call | Call Coverage Agreement-STEMI |
| 36 | St. Vincent Medical Center | Hunter, Charles, M. D. | Physicians-On Call | Physician On Call ED Panel |
| 37 | St. Vincent Medical Center | Jeffrey Hendel | Physicians-On Call | Call Coverage Agreement |
| 38 | St. Vincent Medical Center | Jonathan R. Saluta, M. D., Inc. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Ortho Clinic |
| 39 | St. Vincent Medical Center | Khodaverdian Reza M.D. | Physicians-On Call | Call Coverage Agreement |
| 40 | St. Vincent Medical Center | Kim, Cynthia M.D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 41 | St. Vincent Medical Center | Korula Jacob M.D. (kidney Services) | Physicians-Clinical Services | Kidney Service |
| 42 | St. Vincent Medical Center | Kowalczyk, John | Physicians-On Call | Call Coverage Agreement-UROLOGY |
| 43 | St. Vincent Medical Center | Landis Bradley M.D. | Physicians-On Call | Call Coverage Agreement |
| 44 | St. Vincent Medical Center | Lee Samuel M.D. | Physicians-On Call | Call Coverage Agreement-UROLOGY |
| 45 | St. Vincent Medical Center | Lee, Jai, M. D. | Physicians-On Call | Physician On Call ED Panel |
| 46 | St. Vincent Medical Center | Long William M.D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 47 | St. Vincent Medical Center | Los Angeles Cardiovascular and Thoracic Surgery Group | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Cardiac Clinic |
| 48 | St. Vincent Medical Center | Marc J. Girsky, M. D., Inc. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Cardiac Clinic |
| 49 | St. Vincent Medical Center | Marmureanu, Alexander MD | Physicians-On Call | Call Coverage Agreement |
| 50 | St. Vincent Medical Center | Marmureanu, Alexander MD | Physicians-Directorship | Medical Director, Thoracic Surgery |
| 51 | St. Vincent Medical Center | McPherson James M.D. | Physicians-On Call | Call Coverage Agreement |
| 52 | St. Vincent Medical Center | Myo Aung M.D. | Physicians-Directorship | Medical Directorship |
| 53 | St. Vincent Medical Center | Myunghea Choi | Physicians-On Call | Call Coverage Agreement |
| 54 | St. Vincent Medical Center | Naraghi Robert (kidney Service) | Physicians-Clinical Services | Clinical Service |
| 55 | St. Vincent Medical Center | Naraghi, Robert MD | Physicians-Directorship | Medical Director, MOTC |
| 56 | St. Vincent Medical Center | Naraghi, Robert MD | Physicians-On Call | Physician Call Coverage - Pancreas Transplant Program |
| 57 | St. Vincent Medical Center | Naraghi, Robert MD | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 58 | St. Vincent Medical Center | Parham, Parto M.D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 59 | St. Vincent Medical Center | Parto Parham M.D. | Physicians-On Call | Call Coverage Agreement |
| 60 | St. Vincent Medical Center | Pavel Goykhman M.D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 61 | St. Vincent Medical Center | Sang H. Choi M.D. | Physicians-On Call | Call Coverage Agreement-Neurology |
| 62 | St. Vincent Medical Center | Shah A. Jalaal DO | Physicians-Physician Staffing Agreement | Staffing Agreement |
| 63 | St. Vincent Medical Center | Shah A. Jalaal DO | Physicians-On Call | Call Coverage-Orthopedic |
| 64 | St. Vincent Medical Center | Shah Teriq (kidney Service) | Physicians-Clinical Services | service agreement |
| 65 | St. Vincent Medical Center | Shah, Tariq MD | Physicians-Directorship | Co-Medical Director, MOTC |
| 66 | St. Vincent Medical Center | Shidban Hamid M.D. | Physicians-On Call | Call Coverage Agreement |
| 67 | St. Vincent Medical Center | Shidban, Hamid, M. D. | Physicians-Physician Staffing Agreement | Physician Staffing Services - MOTC |
| 68 | St. Vincent Medical Center | Shin, Tae M., M. D., Inc. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement - Spine |
| 69 | St. Vincent Medical Center | Song, Benjamin I, M. D. | Physicians-On Call | Physician On Call Coverage - ED Panel |
| 70 | St. Vincent Medical Center | Southern California Transplantation Associates, Inc. (Wahlstrom, Hakan E. M. D) | Physicians-On Call | On Call Coverage |

**St. Vincent Medical Center**
**Non-Managed Care Contracts - Physician Agreements**

| Ref # | Debtor | Contract Counterparty | Type | Nature |
|---|---|---|---|---|
| 71 | St. Vincent Medical Center | Symonian, Margarita MD, Inc | Physicians-Physician Staffing Agreement | Physician Staffing - MOTC |
| 72 | St. Vincent Medical Center | Tannenbaum, Barton M.D. | Physicians-On Call | Call Coverage Agreement-UROLOGY |
| 73 | St. Vincent Medical Center | Tariq Shah, M.D., Inc. | Physicians-Physician Staffing Agreement | Physician Staffing Services - MOTC |
| 74 | St. Vincent Medical Center | USC Care Medical Group, Inc. (fka University of Southern California Radiology Associates, Inc.) | Physicians-Professional Services Agreement | Professional / Administrative Services - Radiology |
| 75 | St. Vincent Medical Center | Verity Med. Fndtn/Dr. Eskenazi M.D. | Physicians-On Call | Call Coverage Agreement-Neurology |
| 76 | St. Vincent Medical Center | Verity Med. Fndtn-Dr. Trask | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 77 | St. Vincent Medical Center | Winsor, David MD | Physicians-Professional and Administrative Services Agreement | Prof. & Admin. Services - Nuclear Med & Vascular Lab |
| 78 | St. Vincent Medical Center | Yokoyama Taro M.D. | Physicians-Physician Staffing Agreement | Physician Staffing Agreement |
| 79 | St. Vincent Medical Center | Yokoyama, Taro MD | Physicians-On Call | Call Coverage Agreement |
| 80 | St. Vincent Medical Center | Zablan, Augusto, M. D. | Physicians-On Call | Physician On Call ED Panel |
| 81 | St. Vincent Medical Center | Zangiabadi Amir M.D. | Physicians-Services Agreement | service agreement |

**St. Vincent Medical Center**
**Non-Managed Care Contracts - Affiliation Agreements**

| Ref # | Debtor | Contract Counterparty | Type | Nature |
|---|---|---|---|---|
| 1 | St. Vincent Medical Center | American Career College | Student Affiliation Agreement | Student Affiliation/Intern |
| 2 | St. Vincent Medical Center | Archdiocesan Youth Employment Services | Student Affiliation Agreement | Student Intern / Affiliation |
| 3 | St. Vincent Medical Center | Barry University Inc. | Student Affiliation Agreement | Affiliation Agreement |
| 4 | St. Vincent Medical Center | Biola University Inc. | Student Affiliation Agreement | Affiliation Agreement |
| 5 | St. Vincent Medical Center | California State University, Long Beach | Student Affiliation Agreement | Student Affiliation Agreement |
| 6 | St. Vincent Medical Center | Chapman University Physician Assistant Program | Student Affiliation Agreement | Student Affiliation Agreement |
| 7 | St. Vincent Medical Center | Mount Saint Mary's University | Student Affiliation Agreement | Mount St. Mary's University Department of Nursing, Clinical Training Agreement |
| 8 | St. Vincent Medical Center | New Village Girls Academy | Student Affiliation Agreement | Student Intern / Affiliation |
| 9 | St. Vincent Medical Center | Pasadena Foothills Dialysis Center | Kidney Transplant Affiliation Agreement | Affiliation Agreement, Kidney Transplant |
| 10 | St. Vincent Medical Center | Sanger Sequoia Dialysis Center | Kidney Transplant Affiliation Agreement | Kidney Transplant Services/Affiliation |
| 11 | St. Vincent Medical Center | Total Renal Care Inc.-UCLA Dialysis Center | Kidney Transplant Affiliation Agreement | Transfer Affiliation (Kidney) |
| 12 | St. Vincent Medical Center | Total Renal Care, Exeter Dialysis Center | Kidney Transplant Affiliation Agreement | Kidney affiliation agreement to assist with the processing and identifying of kidney transplant patients |
| 13 | St. Vincent Medical Center | University of Southern California (Pharmacy) | Student Affiliation Agreement | Student Affiliation |
| 14 | St. Vincent Medical Center | University of Southern California OT/PT | Student Affiliation Agreement | Student Affiliation |
| 15 | St. Vincent Medical Center | USC Primary Care Physician Assistant Program | Student Affiliation Agreement | Student Affiliation Agreement |
| 16 | St. Vincent Medical Center | VRL Eurofins | Laboratory Services Agreement Dated 8/17/2018 | Affiliation Agreement |
| 17 | St. Vincent Medical Center | West Coast University | Student Affiliation Agreement | Student Affiliation |
| 18 | St. Vincent Medical Center | Western Uni/College of Pharmacy | Student Affiliation Agreement | Student Affiliation |