Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/277-6910
Facsimile: 415/201-0760
E-mail: hkevane@pszjlaw.com
scho@pszjlaw.com

Samuel R. Maizel (CA Bar No. 189301)
Tania M. Moyron (CA Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213/623-9300 / Facsimile: 213/623-9924
Email: samuel.maizel@dentons.com
tania.moyron@dentons.com

Attorneys for Debtors and Debtors In Possession

**FILED & ENTERED**

**MAR 06 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER.<br><br>**ORDER GRANTING DEBTORS' SECOND OMNIBUS MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), CERTAIN ST. VINCENT MEDICAL CENTER HOSPITAL EXECUTORY CONTRACTS AND UNEXPIRED LEASES**<br><br>**[Related to Docket No. 4055]**<br><br>Date:     March 4, 2020<br>Time:    10:00 a.m.<br>Place:    Courtroom 1568<br>             255 E. Temple St., Los Angeles, CA 90012 |

DOCS_LA:327574.3 89566/002

The Court having reviewed the *Debtors' Second Omnibus Motion To Reject, Pursuant To 11 U.S.C. § 365(A), Certain St. Vincent Medical Center Hospital Executory Contracts And Unexpired Leases* filed on February 7, 2020 [Docket No. 4055] (the "Motion"),[1] by Verity Health System of California, Inc. and the above-referenced affiliated debtors and debtors in possession in the above-captioned chapter 11 bankruptcy cases, seeking the entry of an order, pursuant to 11 U.S.C. § 365(a) authorizing SVMC to reject certain executory contracts and unexpired leases as set forth therein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted for the reasons set forth in the tentative ruling [Doc. No. 4210], which the Court adopts as its final ruling and which is incorporated herein by reference.

2. Each of the Agreements listed on <u>Exhibit A</u> attached to this Order (a "Rejected Agreement") is deemed rejected pursuant to Section 365(a) of the Bankruptcy Code as of January 31, 2020.

3. The last day for the counterparty to a contract or lease to file a claim, if any, arising from the rejection of the applicable Rejected Agreement under Bankruptcy Rule 3002(c)(4) shall be May 1, 2020 (the "Rule 3002(c)(4) Claims Bar Date"). Debtors shall provide notice of the Rule 3002(c)(4) Claims Bar Date by service of this Order on counterparties so that it is actually received by counterparties no later than March 18, 2020. Debtors shall file a proof of service of such notice by no later than March 18, 2020.

4. Any lessor of equipment under a Rejected Agreement that is an unexpired lease of personal property shall coordinate with Joy Dicey Phillips, Executive Director of Supply Chain Management at SVMC (email: joydiceyphillips@verity.org and/or telephone number: (310) 900-4752) to make arrangements to retrieve its leased equipment by no later than March 31, 2020 (the "Retrieval Deadline"). Debtors shall provide notice of the Retrieval Deadline by service of this Order so that it is actually received by equipment lessors by no later than March 9, 2020. Debtors

---

[1] Capitalized terms not defined herein have the meaning set forth in the Stipulation.

DOCS_LA:327574.3 89566/002

shall file a proof of service of such notice by no later than March 9, 2020. Any leased equipment that is not retrieved by the Retrieval Deadline shall be deemed abandoned to the estates.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6006(d), this Order shall be effective immediately upon entry.

6. The Court shall retain jurisdiction over any dispute regarding enforcement or implementation of this Order.

### #

Date: March 6, 2020

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

DOCS_LA:327574.3 89566/002

# EXHIBIT A

**St. Vincent Medical Center**
**Non-Managed Care Contracts - Other**

| Ref # | Debtor | Contract Counterparty | Type | Nature |
|---|---|---|---|---|
| 1 | St. Vincent Medical Center | Allscripts LLC (FKA Misys Healthcare Systems, LLC) | Services-Hardware and Software Maintenance | Software License & Services |
| 2 | St. Vincent Medical Center | AM-COM Services, Inc. | Services-Equipment Maintenance | |
| 3 | St. Vincent Medical Center | American College of Cardiology Foundation | Services-Survey | CathPCI and ICD Registry Surveys |
| 4 | St. Vincent Medical Center | American Heart Association | Teaching Services Agreement | Training - Education |
| 5 | St. Vincent Medical Center | Aqua Vitae | Services-Equipment Maintenance | |
| 6 | St. Vincent Medical Center | Ascend Clinical Lab Services (fka Nationwide Laboratory) | Services-Outside Lab | Laboratory Services |
| 7 | St. Vincent Medical Center | Becton, Dickinson and Company | Equipment-Lease/Rental | |
| 8 | St. Vincent Medical Center | BiologicTx, LLC | Business Associate Agreement | Master Subscription Agreement |
| 9 | St. Vincent Medical Center | Brian Huh, M. D., Inc. | Letter of Agreement | Research |
| 10 | St. Vincent Medical Center | Brier Oak On Sunset, LLC | Patient Transfer Agreement | Dialysis Services |
| 11 | St. Vincent Medical Center | Buena Ventura Post Acute Care Center | Patient Transfer Agreement | Patient Transfer Agreement |
| 12 | St. Vincent Medical Center | Burlington Care Center | Patient Transfer Agreement | Patient Transfer Agreement |
| 13 | St. Vincent Medical Center | California Business Bureau, Inc. | Services-Collections | Collection Services - PFS |
| 14 | St. Vincent Medical Center | Caritas Business Services | Business Associate Agreement | Business Associate Agreement |
| 15 | St. Vincent Medical Center | Citiguard | Services-Security | Facility Services Agreement |
| 16 | St. Vincent Medical Center | County of Los Angeles Hospital Preparedness Program | Partnership | Hospital Preparedness Program - H-705549 |
| 17 | St. Vincent Medical Center | Crenshaw Nursing Home | Patient Transfer Agreement | Transfer Agreement |
| 18 | St. Vincent Medical Center | DE LAGE LANDEN FINANCIAL SERVICES | Services-Equipment Maintenance | |
| 19 | St. Vincent Medical Center | Degenkolb Engineers | Services-Construction | Structural Engineering |
| 20 | St. Vincent Medical Center | DVA Renal Healthcare, Inc. | Patient Transfer Agreement | Patient Transfer - SVDC |
| 21 | St. Vincent Medical Center | Emerald Health Services | Services-Staffing | Staffing Services |
| 22 | St. Vincent Medical Center | Epax Systems, Inc. | Services-Housekeeping | Housekeeping Services |
| 23 | St. Vincent Medical Center | Exeter Dialysis | Patient Transfer Agreement | Patient Transfer Services |
| 24 | St. Vincent Medical Center | Financial Pacific Leasing | Equipment Lease | |
| 25 | St. Vincent Medical Center | Fountain View Subacute & Nursing Center | Patient Transfer Agreement | Patient Transfer Agreement |
| 26 | St. Vincent Medical Center | Fusion Medical Staffing | Services-Staffing | Employment |
| 27 | St. Vincent Medical Center | Grace Hospice, Inc | Services-Hospice | Hospice services |
| 28 | St. Vincent Medical Center | Grant & Weber | Services-Collections | Collection Services, Workers' Compensation |
| 29 | St. Vincent Medical Center | Healthcare Transformation, INC (HCT) | Student Intern Agreement | Intern Agreement |
| 30 | St. Vincent Medical Center | Hospital Association of Southern California (REDDINET/BAY STATION) | Membership | Emergency Communications Network Link |
| 31 | St. Vincent Medical Center | House Ear Clinic - Audiologists | Co-Management Agreement | Co-Management Agreement |
| 32 | St. Vincent Medical Center | Icon Clinical Research, LLC | Services-Clinical Care | Research |
| 33 | St. Vincent Medical Center | IHS Global, Inc. | License-Software Subscription | Software License & Services |
| 34 | St. Vincent Medical Center | Inotherapy | Services-Clinical Care | service agreement |
| 35 | St. Vincent Medical Center | iRhythm Technologies, Inc. | Services-Consulting | Monitoring Services - Cardiology |
| 36 | St. Vincent Medical Center | Jensen + Partners | Services-Consulting | SVMC Seismic Compliance |
| 37 | St. Vincent Medical Center | Khwarg, Steven MD | Letter of Agreement | Research |
| 38 | St. Vincent Medical Center | Kidney Center of Los Angeles, LLC | Patient Transfer Agreement | Patient Transfer - Dialysis Treatments |
| 39 | St. Vincent Medical Center | Kidney Center, Inc. | Business Associate Agreement | BAA |
| 40 | St. Vincent Medical Center | Korean American Medical Group, Inc. (IPA) | Services-Clinical Care | Ancillary Services |
| 41 | St. Vincent Medical Center | Lawndale Healthcare and Wellness | Patient Transfer Agreement | Transfer Agreement |
| 42 | St. Vincent Medical Center | Lerman & Sons, Inc. | Implants-Devices | Custom Prosthetics Devices |
| 43 | St. Vincent Medical Center | LifeWatch Services | Services-Consulting | Consulting Services |
| 44 | St. Vincent Medical Center | Los Angeles Dialysis Center, DaVita | Patient Transfer Agreement | Patient Transfer |
| 45 | St. Vincent Medical Center | Macro Helix LLC | License-Software Subscription | License agreement |
| 46 | St. Vincent Medical Center | Mc Morran, William C. Green Oak Consulting Group | Services-Consulting | Consulting Services, Foundation |
| 47 | St. Vincent Medical Center | MedFinManager, LLC | Services-Collections | Medical Lien Purchase |
| 48 | St. Vincent Medical Center | Medical Acquisition Company, Inc. | Services-Professional | Provider Agreement |
| 49 | St. Vincent Medical Center | National Renal Administrators Association | Subscriptions | Software License & Services |
| 50 | St. Vincent Medical Center (VHS) | Olympus America Inc | Equipment-Lease/Rental | |
| 51 | St. Vincent Medical Center | OneLegacy | Services-Professional | Organ Procurement |
| 52 | St. Vincent Medical Center | OVAG International AG | Services-Collections | Collection Services |
| 53 | St. Vincent Medical Center | Pacific Coast Perfusion Group, Inc. | Services-Professional | Perfusionist Services |
| 54 | St. Vincent Medical Center | PharMEDium Services, LLC | Pharmaceutical | Pharmacutecial Standard Services Agreement |
| 55 | St. Vincent Medical Center | PICC RN's | Services-Staffing | Staffing Services |
| 56 | St. Vincent Medical Center | Plaza Home Care Pharmacy | Patient Transfer Agreement | Pharmacy Services |
| 57 | St. Vincent Medical Center | Primary Care Associates of California | Services-Clinical Care | Provider Agreement |
| 58 | St. Vincent Medical Center | Priority Neopost Southwest | Services-Document Delivery | Meter for mail system |
| 59 | St. Vincent Medical Center | QS/1 Data Systems | Services-Telecommunications | Phone-In Hardware Support - Pharmacy |
| 60 | St. Vincent Medical Center | Radadvantage | Services-Radiology | Professional and Administrative Service Agreement |
| 61 | St. Vincent Medical Center | Radiation Therapy Service Agreement - H702799-County Health Services | Partnership | Partnership with County for Radiation Therapy |
| 62 | St. Vincent Medical Center | Rehab Alliance | Partnership | Rehabilitation Services |
| 63 | St. Vincent Medical Center | RehabCare Group of California, LLC | Partnership | Partnership. Acute rehab care services |
| 64 | St. Vincent Medical Center | RISARC Consulting, LLC | Services-Hardware and Software Maintenance | Collection services, software/hardware maintenance |
| 65 | St. Vincent Medical Center | RISARC Consulting, LLC | Services-Collections | Collection services |
| 66 | St. Vincent Medical Center | Ronsin Litigation Support Services | Business Associate Agreement | Copying of patients' charts |
| 67 | St. Vincent Medical Center | Signius Investment Corporation | Services-Telecommunications | Answering Services for Doctors - Spine & Orthopedic |
| 68 | St. Vincent Medical Center | Silver Lake Dialysis Center | Patient Transfer Agreement | Patient Transfer Agreement |
| 69 | St. Vincent Medical Center | Skyline Healthcare | Patient Transfer Agreement | Patient Transfer Agreement |
| 70 | St. Vincent Medical Center | Sodexo America, LLC | Student Intern Agreement | Dietetic Internship Program |
| 71 | St. Vincent Medical Center | Sodexo America, LLC | Partnership | Outsouring of Departments |
| 72 | St. Vincent Medical Center | Sodexo America, LLC | Transport Services Agreement | Transport Services Agreement |
| 73 | St. Vincent Medical Center | Southern California Gas | Services-Utility | Utilities services |

**St. Vincent Medical Center**
**Non-Managed Care Contracts - Other**

| Ref # | Debtor | Contract Counterparty | Type | Nature |
|---|---|---|---|---|
| 74 | St. Vincent Medical Center | Su Park Consulting, Inc. fka TCC Answering Services LLC | Services-Telecommunications | Telephone answering services |
| 75 | St. Vincent Medical Center | Sun Clinical Laboratories | Services-Outside Lab | Laboratory Services |
| 76 | St. Vincent Medical Center | Surgical Staff (JCAHO) | Services-Professional | Professional Services |
| 77 | St. Vincent Medical Center | TeleMed Communications, Inc. | Services-Telecommunications | Answering Services |
| 78 | St. Vincent Medical Center | Total Joint Orthopedics, Inc. | Equipment-Lease/Rental | |
| 79 | St. Vincent Medical Center | Transplant Connect, Inc. | Services-Software Maintenance and Support | Software License & Services |
| 80 | St. Vincent Medical Center | TriMedx Healthcare Equipment Services | Services-Professional | Healthcare Equipment Maintenance / Service |
| 81 | St. Vincent Medical Center | Us Renal Care Inc. | Confidentiality & Non-Disclosure | Non Disclosure Agreement |
| 82 | St. Vincent Medical Center | Viracor-IBT Laboratories, Inc. | Software Agreement Dated 5/5/11 | Software - Tran-Track |
| 83 | St. Vincent Medical Center | Viracor-IBT Laboratories, Inc. | Clinical Laboratory Services Agreement Dated 10/13/15 | Laboratory Services HLA |
| 84 | St. Vincent Medical Center | Vista Energy Marketing, LP | Services-Utility | Gas Sales & Transportation |
| 85 | St. Vincent Medical Center | Vitas Healthcare Corp. | Services-Professional | Hospice Services |
| 86 | St. Vincent Medical Center | Wilson & Welles Ent., Inc. fka CW Communications | Services-Telecommunications | Answering Service |