Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:   hkevane@pszjlaw.com
            scho@pszjlaw.com

Co-Counsel for Chapter 11 Debtors and
Debtors In Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Medical Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects DePaul Ventures, LLC<br>☐ Affects DePaul Ventures - San Jose Dialysis, LLC<br>☐ Affects DePaul Ventures-San Jose ASC, LLC<br><br>    Debtors and Debtors In Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly administered with:<br>Case No. 2:18-bk-20162-ER;<br>Case No. 2:18-bk-20163-ER;<br>Case No. 2:18-bk-20164-ER;<br>Case No. 2:18-bk-20165-ER;<br>Case No. 2:18-bk-20167-ER;<br>Case No. 2:18-bk-20168-ER;<br>Case No. 2:18-bk-20169-ER;<br>Case No. 2:18-bk-20171-ER;<br>Case No. 2:18-bk-20172-ER;<br>Case No. 2:18-bk-20173-ER;<br>Case No. 2:18-bk-20175-ER;<br>Case No. 2:18-bk-20176-ER;<br>Case No. 2:18-bk-20178-ER;<br>Case No. 2:18-bk-20179-ER;<br>Case No. 2:18-bk-20180-ER;<br>Case No. 2:18-bk-20181-ER;<br><br>Chapter 11 Cases<br><br>Hon. Ernest M. Robles<br><br>**TWELFTH SUPPLEMENTAL DECLARATION OF HENRY C. KEVANE IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS BANKRUPTCY CO-COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE** |

DOCS_SF:103266.1 89566/002

I, Henry C. Kevane, declare and state as follows:

1. I am a partner with Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") located at 150 California Street, 15th Floor, San Francisco, CA 94111. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

2. This twelfth supplemental declaration is made in further support of the *Application to Retain PSZJ as Co-Counsel to the Debtors Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Rule 2014-1(b) of the Local Bankruptcy Rules* [Docket No. 421] (the "Application").

3. On November 2, 2018, PSZJ filed the *Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 752].

4. On December 5, 2018, PSZJ filed the *Second Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 982].

5. On January 24, 2019, PSZJ filed the *Third Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 1336].

6. On February 25, 2019, PSZJ filed the *Fourth Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 1619].

7. On May 23, 2019, PSZJ filed the *Fifth Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 2425].

8. On June 21, 2019, PSZJ filed the *Sixth Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 2585].

9. On July 24, 2019, PSZJ filed the *Seventh Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 2766].

10. On August 15, 2019, PSZJ filed the *Eighth Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 2917].

11. On September 25, 2019, PSZJ filed the *Ninth Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 3131].

12. On November 22, 2019, PSZJ filed the *Tenth Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 3681].

13. On February 25, 2020, PSZJ filed the *Eleventh Supplemental Declaration of Henry C. Kevane in Support of Debtors' Application to Employ Pachulski Stang Ziehl & Jones LLP as Bankruptcy Co-Counsel Nunc Pro Tunc to the Petition Date* [Docket No. 4155].

**Services to be Provided**

14. In accordance with Part F.1.b of the 2013 UST Guidelines, the Firm hereby discloses that, as contemplated by the Application and the Supplemental Declaration, the Debtors have requested that the Firm undertake the representation of the Debtors in these Chapter 11 cases with respect to matters involving the following parties in interest:

    a. Daughters of Charity Foundation

    b. Daughters of Charity Ministry Services Corporation

    c. Greater Los Angeles Cardiology

    d. Bay Area Surgical Specialist Services, LLC

    e. BOSS Surgical Group LLC

15. PSZ&J may be asked in the future to handle further matters as conflicts counsel, in which case it will file periodic supplemental declarations.

///

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 28, 2020

_____
Henry C. Kevane

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **TWELFTH SUPPLEMENTAL DECLARATION OF HENRY C. KEVANE IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS BANKRUPTCY CO-COUNSEL NUNC PRO TUNC TO THE PETITION DATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 28, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **April 28, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA  90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2020 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327257.1 89566/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:18-bk-20151-ER**

- Alexandra Achamallah    aachamallah@milbank.com, rliubicic@milbank.com
- Melinda Alonzo    ml7829@att.com
- Robert N Amkraut    ramkraut@foxrothschild.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Simon Aron    saron@wrslawyers.com
- Lauren T Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Cristina E Bautista    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Jacob Beiswenger    jbeiswenger@omm.com, jacob-beiswenger-5566@ecf.pacerpro.com;swarren@omm.com
- Ron Bender    rb@lnbyb.com
- Bruce Bennett    bbennett@jonesday.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Leslie A Berkoff    lberkoff@moritthock.com, hmay@moritthock.com
- Steven M Berman    sberman@slk-law.com, mceriale@shumaker.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Chane Buck    cbuck@jonesday.com
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Barry A Chatz    barry.chatz@saul.com, jurate.medziak@saul.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Louis J. Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- Marcus Colabianchi    mcolabianchi@duanemorris.com
- Kevin Collins    kevin.collins@btlaw.com, Kathleen.lytle@btlaw.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- David N Crapo    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- Mariam Danielyan    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Lauren A Deeb    lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com
- Daniel Denny    ddenny@milbank.com
- Anthony Dutra    adutra@hansonbridgett.com
- Kevin M Eckhardt    kevin.eckhardt@gmail.com, keckhardt@hunton.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- David K Eldan    david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov
- Andy J Epstein    taxcpaesq@gmail.com
- Richard W Esterkin    richard.esterkin@morganlewis.com
- Christine R Etheridge    christine.etheridge@ikonfin.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- William B Freeman    bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Eric J Fromme    efromme@tocounsel.com, lchapman@tocounsel.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Lawrence B Gill    lgill@nelsonhardiman.com, rrange@nelsonhardiman.com;ksherry@nelsonhardiman.com;mmarkwell@nelsonhardiman.com
- Paul R. Glassman    pglassman@sycr.com
- Aaron Matthew Gober-Sims    aarongobersims@paulhastings.com
- Matthew A Gold    courts@argopartners.net
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327257.1 89566/001

- *Richard H Golubow*   rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- *David M. Guess*   guessd@gtlaw.com
- *Anna Gumport*   agumport@sidley.com
- *Melissa T Harris*   harris.melissa@pbgc.gov, efile@pbgc.gov
- *James A Hayes*   jhayes@zinserhayes.com, jhayes@jamesahayesaplc.com
- *Michael S Held*   mheld@jw.com
- *Lawrence J Hilton*   lhilton@onellp.com, lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
- *Robert M Hirsh*   rhirsh@lowenstein.com
- *Florice Hoffman*   fhoffman@socal.rr.com, floricehoffman@gmail.com
- *Lee F Hoffman*   leehoffmanjd@gmail.com, lee@fademlaw.com
- *Marshall J Hogan*   mhogan@swlaw.com, knestuk@swlaw.com
- *Michael Hogue*   hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com
- *Matthew B Holbrook*   mholbrook@sheppardmullin.com, mmanns@sheppardmullin.com,amartin@sheppardmullin.com
- *David I Horowitz*   david.horowitz@kirkland.com, keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com
- *Virginia Hoyt*   scif.legal.bk@scif.com
- *Brian D Huben*   hubenb@ballardspahr.com, carolod@ballardspahr.com
- *Joan Huh*   joan.huh@cdtfa.ca.gov
- *Carol A Igoe*   cigoe@calnurses.org, ttschneaux@calnurses.org
- *Benjamin Ikuta*   bikuta@hml.law
- *Lawrence A Jacobson*   laj@cohenandjacobson.com
- *John Mark Jennings*   johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com
- *Monique D Jewett-Brewster*   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- *Crystal Johnson*   M46380@ATT.COM
- *Gregory R Jones*   gjones@mwe.com, rnhunter@mwe.com
- *Jeff D Kahane*   jkahane@duanemorris.com, dmartinez@duanemorris.com
- *Steven J Kahn*   skahn@pszyjw.com
- *Cameo M Kaisler*   salembier.cameo@pbgc.gov, efile@pbgc.gov
- *Ivan L Kallick*   ikallick@manatt.com, ihernandez@manatt.com
- *Ori Katz*   okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- *Payam Khodadadi*   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- *Christian T Kim*   ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- *Jane Kim*   jkim@kellerbenvenutti.com
- *Monica Y Kim*   myk@lnbrb.com, myk@ecf.inforuptcy.com
- *Gary E Klausner*   gek@lnbyb.com
- *David A Klein*   david.klein@kirkland.com
- *Nicholas A Koffroth*   nick.koffroth@dentons.com, chris.omeara@dentons.com
- *Joseph A Kohanski*   jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com;gmccoy@bushgottlieb.com
- *Jolene E Kramer*   bankruptcycourtnotices@unioncounsel.net, jkramer@unioncounsel.net
- *David S Kupetz*   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- *Jeffrey S Kwong*   jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- *Darryl S Laddin*   bkrfilings@agg.com
- *Robert S Lampl*   advocate45@aol.com, rlisarobinsonr@aol.com
- *Richard A Lapping*   richard@lappinglegal.com
- *Paul J Laurin*   plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- *Nathaniel M Leeds*   nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
- *David E Lemke*   david.lemke@wallerlaw.com, chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- *Lisa Lenherr*   llenherr@wendel.com, bankruptcy@wendel.com
- *Elan S Levey*   elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- *Kerri A Lyman*   klyman@mwe.com, lbates@mwe.com
- *Tracy L Mainguy*   bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- *Samuel R Maizel*   samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- *Alvin Mar*   alvin.mar@usdoj.gov, dare.law@usdoj.gov
- *Craig G Margulies*   Craig@MarguliesFaithlaw.com, Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- *Kevin Meek*   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- *Hutchison B Meltzer*   hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- *John J Menchaca (TR)*   jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- *Christopher Minier*   becky@ringstadlaw.com, arlene@ringstadlaw.com
- *John A Moe*   john.moe@dentons.com, glenda.spratt@dentons.com
- *Susan I Montgomery*   susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf@gmail.com;montgomerysr71631@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                     **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327257.1 89566/001

- *Monserrat Morales   Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com*
- *Kevin H Morse   kmorse@clarkhill.com, blambert@clarkhill.com*
- *Marianne S Mortimer   mmartin@jmbm.com*
- *Tania M Moyron   tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.com;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;Jacqueline.whipple@dentons.com*
- *Alan I Nahmias   anahmias@mbnlawyers.com, jdale@mbnlawyers.com*
- *Akop J Nalbandyan   jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com*
- *Jennifer L Nassiri   jennifernassiri@quinnemanuel.com*
- *Charles E Nelson   nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com*
- *Sheila Gropper Nelson   shedoesbklaw@aol.com*
- *Mark A Neubauer   mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com*
- *Fred Neufeld   fneufeld@sycr.com, tingman@sycr.com*
- *Nancy Newman   nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com*
- *Bryan L Ngo   bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com*
- *Abigail V O'Brient   avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com*
- *John R OKeefe   jokeefe@metzlewis.com, slohr@metzlewis.com*
- *Matthew J Olson   olson.matthew@dorsey.com, stell.laura@dorsey.com*
- *Scott H Olson   solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com*
- *Giovanni Orantes   go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com*
- *Keith C Owens   kowens@foxrothschild.com, khoang@foxrothschild.com*
- *R Gibson Pagter   gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com*
- *Paul J Pascuzzi   ppascuzzi@ffwplaw.com, sdarms@ffwplaw.com;jfluken@ffwplaw.com*
- *Lisa M Peters   lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com*
- *Christopher J Petersen   cjpetersen@blankrome.com, gsolis@blankrome.com*
- *Mark D Plevin   mplevin@crowell.com, cromo@crowell.com*
- *Steven G. Polard   spolard@ch-law.com, calendar-lao@rmkb.com;melissa.tamura@rmkb.com;timothy.lepore@rmkb.com;anthony.arriola@rmkb.com*
- *David M Powlen   david.powlen@btlaw.com, pgroff@btlaw.com*
- *Christopher E Prince   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com*
- *Lori L Purkey   bareham@purkeyandassociates.com*
- *William M Rathbone   wrathbone@grsm.com, jmydlandevans@grsm.com;sdurazo@grsm.com*
- *Jason M Reed   Jason.Reed@Maslon.com*
- *Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com*
- *J. Alexandra Rhim   arhim@hrhlaw.com*
- *Emily P Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net*
- *Robert A Rich   , candonian@huntonak.com*
- *Lesley A Riis   lriis@dpmclaw.com*
- *Debra Riley   driley@allenmatkins.com*
- *Jason E Rios   jrios@ffwplaw.com, sdarms@ffwplaw.com;jfluken@ffwplaw.com*
- *Julie H Rome-Banks   julie@bindermalter.com*
- *Mary H Rose   mrose@buchalter.com*
- *Douglas B Rosner   drosner@goulstonstorrs.com*
- *Gregory A Rougeau   grougeau@brlawsf.com*
- *Megan A Rowe   mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com*
- *Nathan A Schultz   nschultz@goodwinlaw.com*
- *Mark A Serlin   ms@swllplaw.com, mor@swllplaw.com*
- *Seth B Shapiro   seth.shapiro@usdoj.gov*
- *David B Shemano   dshemano@shemanolaw.com*
- *Joseph Shickich   jshickich@riddellwilliams.com*
- *Mark Shinderman   mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com*
- *Kyrsten Skogstad   kskogstad@calnurses.org, rcraven@calnurses.org*
- *Michael St James   ecf@stjames-law.com*
- *Andrew Still   astill@swlaw.com, kcollins@swlaw.com*
- *Jason D Strabo   jstrabo@mwe.com, cfuraha@mwe.com*
- *Sabrina L Streusand   Streusand@slollp.com*
- *Ralph J Swanson   ralph.swanson@berliner.com, sabina.hall@berliner.com*
- *Michael A Sweet   msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com*
- *James M Toma   james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov*
- *Gary F Torrell   gtorrell@health-law.com*
- *United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov*
- *Cecelia Valentine   cecelia.valentine@nlrb.gov*
- *Jason Wallach   jwallach@ghplaw.com, g33404@notify.cincompass.com*
- *Kenneth K Wang   kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov*
- *Phillip K Wang   phillip.wang@rimonlaw.com, david.kline@rimonlaw.com*
- *Sharon Z. Weiss   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327257.1 89566/001

- *Adam G Wentland*  awentland@tocounsel.com, lkwon@tocounsel.com
- *Latonia Williams*  lwilliams@goodwin.com, bankruptcy@goodwin.com
- *Michael S Winsten*  mike@winsten.com
- *Rebecca J Winthrop*  rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- *Jeffrey C Wisler*  jwisler@connollygallagher.com, dperkins@connollygallagher.com
- *Neal L Wolf*  nwolf@hansonbridgett.com, calendarclerk@hansonbridgett.com,lchappell@hansonbridgett.com
- *Claire K Wu*  ckwu@sulmeyerlaw.com, mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com; ckwu@ecf.inforuptcy.com
- *Steven D Wyllie*  steven.wyllie@nlrb.gov
- *Hatty K Yip*  hatty.yip@usdoj.gov
- *Andrew J Ziaja*  aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- *Rose Zimmerman*  rzimmerman@dalycity.org
- 

## 2. SERVED BY UNITED STATES MAIL:

Aetna Life Insurance Company
Attn: Paul Weller, Head of Provider Litigation
1425 Union Meeting Rd.
Mail Stop U23S
Blue Bell, PA 19422

Allscripts Healthcare LLC
c/o Greg Bianchi
5995 Windward Pkwy
Alpharetta, GA 30005-4184

Arnall Golden Gregory LLP
Darryl S. Laddin
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Attorney General of California
Xavier Becerra
California Department of Justice
1300 "I" Street
Sacramento, CA 95814

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Bart Florence
1620 North Market Blvd
Sacramento, CA 95834

BDO USA, LLP
Laurence W. Golberg Director, Receivables Management
4135 Mendenhall Oaks Parkway, Suite 140
High Point, NC 27265

Blakeley LLP
Scott E. Blakeley
18500 Von Karman Avenue, Suite 530
Irvine, CA 92612

Bush Gottlieb, A Law Corporation
Attn: Joseph A. Kohanski, David E. Ahdoot, Kirk M. Prestegard
801 North Brand Boulevard, Suite 950
Glendale, CA 91203

California Department of Health Care Services
Jennifer Kent, Director
1501 Capitol Avenue, Suite 4510
Sacramento, CA 95814

California Nurses Association (CNA)
Attn: Kyrsten Skogstad, In-House Counsel; Nicole J. Daro, Esq
Legal Department
155 Grand Avenue
Oakland, CA 94612

California Secretary of State
1500 11th Street
Sacramento, CA 95814

California State Board of Pharmacy
1625 North Market Boulevard
Sacramento, CA 95834

Carlton Fields Jorden Burt PA
Donald R Kirk & John Ryan Yant
4221 W Boy Scout Blvd Ste 1000
Tampa, FL 33607-5780

DLA Piper LLP (US)
Jade M. Williams
444 W. Lake Street, Suite 900
Chicago, IL 60606-0089

Duane Morris LLP
Wendy M. Simkulak and Drew S. McGehrin
30 S. 17th Street
Philadelphia, PA 19103

Employment Development Dept.
722 Capitol Mall
Sacramento, CA 95814

Engineers and Scientists of California
IFPTE Local 20 AFL-CIO & CLC
Danielle Lucido Chief Counsel
810 Clay St
Oakland, CA 94607

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327257.1 89566/001

| | | |
|---|---|---|
| Greenberg Traurig, LLP<br>David Eastlake<br>1000 Louisana Street<br>Suite 1700<br>Houston, TX 77002 | Internal Revenue Service<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | Internal Revenue Service<br>600 Arch Street<br>Philadelphia, PA 19101 |
| Internal Revenue Service<br>Attn Susanne Larson<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Iris Lara<br>c/o Trisha Monesi<br>1875 Century Park East, Suite 100<br>Los Angeles, CA 90067 | JD Thompson Law<br>c/o Judy D. Thompson, Esq.<br>PO Box 33127<br>Charlotte, NC 28233 | Loeb & Loeb LLP<br>Lance N. Jurich, Esq<br>10100 Santa Monica Blvd., Suite 2200<br>Los Angeles, CA 90067-4120 |
| Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | McDermott Will & Emery LLP<br>James Kapp<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029 | McDermott Will & Emery<br>William Smith Nathan Coco Megan Preusker<br>444 West Lake St<br>Suite 4000<br>Chicago, IL 60606-0029 |
| Medline Industries, Inc.<br>Shane Reed<br>Three Lakes Drive<br>Northfield, IL 60093 | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>Attn: Daniel Bleck, Ian Hammel and Leonard Weiser-Varon<br>One Financial Center<br>Boston, MA 02111 | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>Attn: Paul J. Ricotta<br>666 Third Avenue<br>New York, NY 10017 |
| NantWorks, LLC and Nant Capital, LLC<br>Charles Kim<br>9920 Jefferson Boulevard<br>Culver City, CA 90232 | Office of the Attorney General<br>Consumer Law Section<br>Attn Bankruptcy Notices<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | Pension Benefit Guaranty Corporation ("PBGC")<br>Attn: Michael Strollo and Emily Lesniewski<br>1200 K Street, NW<br>Washington, DC 20005 |
| Perkins Coie LLP<br>Schuyler G. Carroll<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112-0085 | Randick O'Dea & Tooliatos, LLP<br>Phillip G. Vermont<br>5000 Hopyard Road<br>Suite 225<br>Pleasanton, CA 94588 | RCB Equities #1 LLC<br>Brian Dror / Zvi Ryzman<br>5967 West 3rd Street, Suite 102<br>Los Angeles, CA 90036 |
| Reed Smith LLP<br>Marsha A. Houston, Christopher O. Rivas<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071-1514 | Resolution Law Firm P. C.<br>Sheila Gropper Nelson, Esq.<br>50 Osgood Place, 5th Fl.<br>San Francisco, CA 94133 | Rosemawr Municipal Partners Fund LP, Rosemawr Capital II LP, RMA Capital Partners LP<br>Greg Shlionsky Julie Morrone Elyse Levesque<br>810 Seventh Avenue, 27th Floor<br>New York, NY 10019 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327257.1 89566/001

| | | |
|---|---|---|
| Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | Securities and Exchange Commission<br>200 Vesey Street, #400<br>New York, NY 10281 | SEIU United Healthcare Workers West<br>Attn: David Miller<br>560 Thomas L Berkeley Way<br>Oakland, CA 94612-1602 |
| Sidley Austin LLP<br>Dennis M. Twomey,Matthew E. Linder<br>One South Dearborn Street<br>Chicago , Il 60603 | Sodexo Operations, LLC, a Delaware Limited Liability Company Sodexo CTM LLC<br>Attn: Brad Hamman<br>2301 Maitland Center Pkwy Ste 350<br>Maitland , FL 32751-7417 | State of California Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| State of California Board of Equalization<br>Executive Director<br>450 N Street, MIC: 73<br>Sacramento, CA 95814-0073 | State of California Board of Equalization<br>Special Operations Bankruptcy Team<br>MIC: 74<br>P.O. Box 942879<br>Sacramento, CA 94279-0074 | State of California Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 |
| State of California Franchise Tax Board<br>300 South Spring Street, #5704<br>Los Angeles, CA 90013 | State of California Franchise Tax Board<br>Franchise Tax Board Bankruptcy Section<br>MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | State of California Franchise Tax Board<br>Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720<br>MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| Streusand, Landon, Ozburn & Lemmon, LLP<br>Sabrina L. Streusand<br>1801 S. Mopac Expressway, Suite 320<br>Austin, TX 78746 | Theodora Oringher PC<br>Scott Schoeffel, Eric J. Fromme, Adam G Wentland<br>535 Anton Boulevard, 9th Floor<br>Costa Mesa, CA 92626-7109 | Trodella & Lapping LLP<br>Richard A. Lapping<br>540 Pacific Avenue<br>San Francisco, CA 94133 |
| U.S. Department of Health & Human Services<br>Alex M. Azar II, Secretary<br>200 Independence Avenue, S.W.<br>Washington, DC 20201 | U.S. Dept of Health and Human Services<br>Angela M. Belgrove, Assistant Regional Counsel<br>Office of the General Counsel, Region IX<br>90 7th Street, Suite 4-500<br>San Francisco, CA 94103-6705 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |
| UMB Bank, N.A.<br>Attn.: Virginia Anne Housum, Senior Vice President<br>UMB Financial Corporation<br>120 Sixth Street South, Suite 1400<br>Minneapolis, MN 55402 | United States Attorney's Office<br>Federal Building<br>Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | United States Attorneys Office<br>Central District of California<br>312 North Spring Street<br>Suite 1200<br>Los Angeles, CA 90012 |
| United States Attorneys Office<br>Northern District of California<br>150 Almaden Boulevard<br>Suite 900<br>San Jose, CA 95113 | United States Attorneys Office<br>Northern District of California<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:327257.1 89566/001

| | | |
|---|---|---|
| US Bank NA<br>Sandra Spivey, VP<br>Nevada Financial Center<br>2300 W. Sahara Ste 200<br>Las Vegas, NV 89102 | Vedder Price P.C.<br>Mitchell D. Cohen<br>1633 Broadway, 31st Floor<br>New York, NY 10019 | Verity Health System of California, Inc.;<br>Verity Holdings, LLC<br>Elspeth Paul<br>601 S. Figueroa Street, Suite 4050<br>Los Angeles, CA  90017 |
| Wells Fargo Bank, N.A.<br>Jeffrey K. Carlson or Current Officer<br>608 Second Avenue South<br>Minneapolis, MN 55402 | Wells Fargo Bank, N.A.<br>Mark V Birkholz;Corbin Connell<br>600 4th St. 6th Floor<br>MAC N9300-060<br>Minneapolis, MN 55415 | Workday, Inc.<br>John Elrod;Ann Sandor<br>6110 Stoneridge Mall Road<br>Pleasanton, CA 94588 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:327257.1 89566/001