SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
JOHN A. MOE, II (Bar No. 066893)
john.moe@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>　　Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br><br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose ASC, LLC<br><br>　　Debtors and Debtors In Possession. | Lead Case No. 18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20171-ER<br><br>Chapter 11 Cases<br>Hon. Judge Ernest M. Robles<br><br>**NOTICE TO PROFESSIONALS OF SCHEDULED HEARING DATE FOR INTERIM FEE APPLICATIONS**<br><br>**Hearing:**<br><br>Date:　August 5, 2020<br>Time:　10:00 a.m.<br>Place:　United States Bankruptcy Court<br>　　　　255 East Temple Street<br>　　　　Courtroom 1568<br>　　　　Los Angeles, California 90012<br>Judge:　Hon. Ernest M. Robles |

114728755\V-1

**TO ALL PROFESSIONALS EMPLOYED PURSUANT TO COURT ORDERS IN THE ABOVE-CAPTIONED BANKRUPTCY CASES:**

**PLEASE TAKE NOTICE** that, on **Wednesday, August 5, 2020, at 10:00 a.m.**, the Court, will consider interim applications for the allowance of fees and reimbursement of expenses by professionals in this case for the period from January 1, 2020 through April 30, 2020, in Courtroom 1568 of the United States Bankruptcy Court, Los Angeles Division, located at 255 East Temple Street, Los Angeles, California 90012. Pursuant to Rule 2016-1, of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California ("LBR"), all professionals retained pursuant to Court approval may seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that any professional seeking interim fees at this time must comply with the Federal Rules of Bankruptcy Procedure, the LBR, the Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that interim fee applications must be filed with the Clerk of the above-captioned court on or before July 15, 2020. Any opposition or other responsive pleadings to one or more of the interim fee applications must be in the form required by LBR 9013-1(f) and filed with the Clerk of the above-captioned Court and served on the respective professional no later than fourteen (14) days prior to the above-captioned hearing.

Dated: June 12, 2020

DENTONS US LLP
SAMUEL R. MAIZEL
JOHN A. MOE, II
TANIA M. MOYRON

By  */s/ John A. Moe, II*
      JOHN A. MOE, II

Attorneys for the Chapter 11 Debtors
and Debtors In Possession

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -

114728755\V-1