1  Thomas E. Patterson (State Bar No. 130723)
   Sasha M. Gurvitz (State Bar No. 301650)
2  KTBS LAW LLP
   1999 Avenue of the Stars, Thirty-Ninth Floor
3  Los Angeles, California 90067
   Telephone: 310-407-4000; Facsimile: 310-407-9090
4  Email: tpatterson@ktbslaw.com; sgurvitz@ktbslaw.com
   Attorneys for Prospect Medical Holdings, Inc.
5

6              **UNITED STATES BANKRUPTCY COURT**

7              **CENTRAL DISTRICT OF CALIFORNIA**

8                 **LOS ANGELES DIVISION**

9  In re                                  Lead Case No. 2:18-bk-20151-ER
                                           Jointly administered with:
10 VERITY HEALTH SYSTEM OF                 Case No. 2:18-bk-20162-ER;
   CALIFORNIA, INC., et al.,,              Case No. 2:18-bk-20163-ER;
11                                         Case No. 2:18-bk-20164-ER;
        Debtors and Debtors In Possession. Case No. 2:18-bk-20165-ER;
12                                         Case No. 2:18-bk-20167-ER;
                                           Case No. 2:18-bk-20168-ER;
13 ☒ Affects All Debtors                   Case No. 2:18-bk-20169-ER;
   ☐ Affects O'Connor Hospital             Case No. 2:18-bk-20171-ER;
14 ☐ Affects Saint Louise Regional Hospital Case No. 2:18-bk-20172-ER;
   ☐ Affects St. Francis Medical Center    Case No. 2:18-bk-20173-ER;
15 ☐ Affects St. Vincent Medical Center    Case No. 2:18-bk-20175-ER;
   ☐ Affects Seton Medical Center          Case No. 2:18-bk-20176-ER;
16 ☐ Affects O'Connor Hospital Foundation  Case No. 2:18-bk-20178-ER;
   ☐ Affects Saint Louise Regional Hospital Case No. 2:18-bk-20179-ER;
17   Foundation                            Case No. 2:18-bk-20180-ER;
   ☐ Affects St. Francis Medical Center of Case No. 2:18-bk-20181-ER
18   Lynwood Foundation
   ☐ Affects St. Vincent Foundation        Chapter 11 Cases
19 ☐ Affects St. Vincent Dialysis Center, Inc. Hon. Judge Ernest M. Robles
   ☐ Affects Seton Medical Center Foundation
20 ☐ Affects Verity Business Services      **PROSPECT MEDICAL'S RESPONSE TO**
   ☐ Affects Verity Medical Foundation     **DEBTORS' EMERGENCY MOTION FOR THE**
21 ☐ Affects Verity Holdings, LLC          **ENTRY OF AN ORDER: (I) ENFORCING THE**
   ☐ Affects De Paul Ventures, LLC         **ORDER AUTHORIZING THE SALE TO PRIME**
22 ☐ Affects De Paul Ventures - San Jose   **HEALTHCARE SERVICES, INC.; (II) FINDING**
     Dialysis, LLC,                        **THAT THE SALE IS FREE AND CLEAR OF**
23                                         **ADDITIONAL CONDITIONS; (III) FINDING**
        Debtors and Debtors In Possession. **THAT THE ATTORNEY GENERAL ABUSED HIS**
24                                         **DISCRETION IN IMPOSING ADDITIONAL**
                                           **CONDITIONS ON THE ST. FRANCIS MEDICAL**
25                                         **CENTER SALE; AND (IV) GRANTING RELATED**
                                           **RELIEF; DECLARATION OF FARIBORZ**
                                           **SAIDARA**
26                                         <u>**Hearing Date and Time:**</u>
                                           Date: August 12, 2020
27                                         Time: 10:00 a.m.
                                           Place: Courtroom 1568
28                                         255 E. Temple Street
                                           Los Angeles, CA 90012

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Prospect Medical Holdings, Inc. ("Prospect") hereby responds to the Debtors' Emergency Motion for the Entry of an Order (I) Enforcing the Order Authorizing the Sale to Prime Healthcare Services, Inc.; (II) Finding that the Sale is Free and Clear of Additional Conditions; (III) Finding that the Attorney General Abused His Discretion in Imposing Additional Conditions on the St. Francis Medical Center Sale; and (IV) Granting Related Relief [Dkt. No. 5199] ("Emergency Motion").  This Response is based on the attached Declaration of Fariborz "Frank" Saidara.

1.    The Emergency Motion seeks to overturn the California Attorney General's careful review and disposition of the application to approve the change of control of the St. Francis Medical Center ("SFMC") to the for-profit entity, Prime Healthcare Services, Inc. ("Prime").

2.    Prospect is an interested party in this proceeding, and has standing to appear in this matter as an active and ongoing participant in the sale process by which SFMC is being disposed. *See, e.g.*, *In re Family Christian, LLC*, 533 B.R. 600, 621 (Bankr. W.D. Mich. 2015) ("[A]n aggrieved bidder has standing to object to a sale where it either has a pecuniary interest or alleges that the sale process was flawed.").[1]  It files this pleading for the purpose of pointing out that the Emergency Motion and Prime's hardball refusal to accept conditions beyond those that it has determined are in its own interest are based on two fundamentally false premises:  that the failure of Prime to acquire SMFC would result in a threat to the viability of the hospital, and that the so-called Additional Conditions are so outrageous as to be unreasonable on their face and this Court should interpose its judgment in the place of that of Attorney General.

3.    Neither assertion is true.  Prospect is prepared to acquire SFMC, and has been prepared to do so, for months, at a price materially higher than the Prime price, and is prepared to accept all of the conditions identified by the Attorney General, including the Additional Conditions, without exception or modification.

---

[1]  *See also In re Canton*, 2007 Bankr. LEXIS 3352, at *4 (Bankr. W.D. Wash. Mar. 21, 2007) (bidder has standing "if the sale was either fraudulent or unfair and property was sold for an improperly low price." (internal quotation marks and citations omitted)); *Wine Group v. Diamante (In re Hat)*, 310 B.R. 752, 758 (Bankr. E.D. Cal. 2004) (bidder has standing to object to a sale when the bidder "attacks a bankruptcy sale on equitable grounds related to the intrinsic structure of the sale").

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

4.      Prospect was preparing, like many bidders, to make a bid at the auction, but the Debtors made the decision to proceed with the auction in the face of the crisis brought on the onset of Covid-19.  Ironically, although the corona virus created an increase in hospital utilization attributable to the spread of the virus, it was devastating to the financial health of hospitals, because it lead to an extraordinary and unprecedented decrease in overall hospital utilization attributable to any other condition, particularly procedures that were in any way elective.

5.      Based on discussions with the Debtors' retained investment bankers, there were several parties actively pursuing bids; the prevailing conditions at the time of the auction forced all but one party to back out and not present a qualifying offer at the auction; some bidders and other entities urged the Debtors to reschedule the auction, but obviously they did not.

6.      The effect was that there was no auction, and Prime was awarded the bid.  This Court understandably, based on what the Debtors represented to it, approved the sale.

7.      Shortly after, the environment for hospitals stabilized with federal legislation that provided financial resources for hospitals, and Prospect was once again in a position to bid.  It reviewed the Prime proposal that had been approved and realized two things:  (i) Prospect was prepared to offer an enhanced proposal for the hospital, and, importantly, (ii) the Prime sale contract (the "Prime APA"), as approved, gave the Debtors the discretion to terminate the approved Prime bid in the face of a superior bid.

8.      The latter point deserves emphasis:  absent a termination right on the part of the Debtors, Prospect appreciates that neither the Debtors nor the Court would be inclined to upset an approved sale simply because of a superior offer, and Prime would be able to acquire the assets at the stated price.  But that is not the case here.  Section 9.1(g) of the approved Prime APA provides, in full as follows:

9.1      Termination.    This Agreement may be terminated at any time prior to Closing:

.       .       .

(g)      by Sellers in the event Sellers in the exercise of their fiduciary duties determine that they have received a higher and better offer for Sellers' assets and the

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

> Bankruptcy Court has authorized the Sellers to accept and implement the terms of such offer in accordance with the Bankruptcy Code[.]"

Motion, at 158 [Prime APA, at 35].

There is no limitation in time or scope on the part of the Debtors to terminate the Prime proposal, so long as they receive a bid that Debtors determine is "higher and better" in the exercise of their fiduciary duties. The Debtors may seek Court approval to terminate the Prime bid and enter into a higher and better one.

9.     Based on the foregoing, Prospect formulated a proposal and sent it to the Debtors' investment bankers over two months ago. It received no response.

10.     Prospect reached out to the Creditors' Committee, who have a direct interest in an enhanced recovery, and to Debtors' counsel. There was some discussion back and forth as to whether Prospect's offer was truly superior, as Prospect intended. Prospect clarified with a letter, dated June 18, that fully clarified that it intended a superior offer:  its proposal increases the purchase price by $20,000,000 over the Prime APA, eliminates a provision in the Prime contract that provides for up to a $30,000,000 negative purchase price adjustment based on the EBITDA performance of SFMC pre-closing, and otherwise accepts the terms of the Prime sale. Saidara Declaration, Exhibit 1. The Debtors' disclosure statement estimated that Prime will take a $15,000,000 purchase price adjustment at closing based on the foregoing provision; Prospect believes that it is more likely that the entire adjustment of $30,000,000 will be taken.

11.     Prospect also discussed with the Creditors' Committee a proposal to offer up to $10 million to the unsecured creditors of SFMC who agree to reinstate normal trade terms with SFMC to reduce their unsecured claims, and to consider a mechanism to compensate the estate for any delay associated with consummating the Prospect offer.

12.     Prospect requested a short period to do confirmatory due diligence to assure itself that its bid could be maintained as it had not had access to the data room for three months. It also suggested its bid could be considered as a back-up bid, if Prime proved unable to close. Had the Debtors agreed to do that, there would have been no reason for this Response.

13.     Nothing in the Prime APA prevents the Debtors from considering other proposals or giving possible bidders access to due diligence; indeed, it is hard to imagine how the Debtors could exercise their contractual right under section 9.1(g) without considering other proposals or sharing due diligence.

14.     Nonetheless, despite the absence of any restriction on the part of the Debtors to consider an opportunity to enhance creditors' recovery by tens of millions of dollars, the Debtors insisted they would not give Prospect any due diligence.  Saidara Declaration,  Exhibit 2.

15.     To be clear, Prospect's "higher and better" offer is still good and was renewed on July 28, 2020.  Saidara Declaration, Exhibit 3.

16.     This proposal should be considered in light of the fact that there is no indication that Prime has obtained financing necessary to consummate its acquisition of SFMC, even if this Court overrules the AG's determination regarding the conditions for approving this transfer.

17.     Whether there is still an opportunity for Prospect to better these estates' recovery through the multiple proposals it has made over the past two months is not clear, but what is clear is that Prime's bluster that it will walk away and leave the hospital and the community destitute unless everyone accepts its idiosyncratic view of whether the Attorney General is acting reasonably in trying to assure that SFMC will continue to play its important role in the community is simply that—bluster.  Prime may walk or lack the financing to close, but if that happens, Prospect stands ready and able to consummate a superior transaction, even taking into account the losses SFMC estimates it is incurring.  The sooner the Debtors give Prospect the due diligence it needs, the sooner it will be in a position to confirm its offer.

18.     Prospect believes the conditions that Prime seeks to have this Court reject are reasonable.  They are not backward looking—seeking to secure the payment of a pre-existing obligation or correct a wrong perpetrated by the Debtors—but designed to assure the community in which SFMC operates that the acquisition by a for-profit entity will not impair the nature and quality of health care provided by the hospital to its community.  Prospect would accept all the conditions Prime is asking this Court to overrule.

KTBS Law LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000

19. Under these circumstances, granting the Emergency Motion would result in sanctioning an inherently unfair sale transaction, in the face of a higher and better alternative. For these reasons, we urge the Court allow the Attorney General to perform its statutory function.

DATED:  August 5, 2020                    KTBS LAW LLP


By:      /s/ Sasha M. Gurvitz
    Sasha M. Gurvitz
    Thomas E. Patterson
    Attorneys for Prospect Medical Holdongs, Inc.

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

### DECLARATION OF FRANK SAIDARA

I, Fariborz ("Frank") Saidara, declare that, if called as a witness, I could and would competently testify, of my personal knowledge as follows:

1.    I am Vice President, Corporate Development for Prospect Medical Holdings, Inc. ("Prospect"), a position I have held since February 2012.  My responsibilities include identifying and executing on potential acquisitions for Prospect.  Prospect is a provider of healthcare services, operating 17 hospitals and over 140 primary and specialty clinics throughout the United States. Among those properties are several hospitals and clinics in Southern California.

2.    Prospect was approached by Cain Brothers, the Debtors' investment banker in these cases, in 2018 with respect to the possible acquisition of some or all of the hospitals owned by the Debtors.  Prospect made several proposals in the first round of bidding, but was outbid by SGM.  Following the failed sale to SGM, Cain Brothers again approached Prospect to solicit Prospect's interest in pursuing a bid for St. Francis Medical Center ("SFMC").  I indicated we were interested and we submitted a form asset purchase agreement and again conducted substantial due diligence.

3.    Shortly before the deadline to submit binding asset purchase agreements, Prospect made the decision that the then-prevailing environment for hospitals was too uncertain to make a bid for SFMC.  Representatives of Cain Brothers advised me at the time that there were several interested bidders; as we know, only one ended up presenting a qualified bid.  Our bid was not subject to a financing contingency, and at that time the effect of COVID-19 on hospitals was devastating; any medical activity other than COVID-19 treatment had effectively stopped, and the revenue expectations for hospitals like SFMC was very uncertain.

4.    Shortly after the sale of SFMC to Prime Healthcare Services, Inc. ("Prime") was approved by this Court, a series of federal legislation and administrative actions by federal healthcare payers was adopted, making the financial environment more predictable.  Accordingly, I approached Cain Brother with what we intended to be a higher and better offer than the Prime transaction.

KTBS LAW LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

5.    I submitted it personally to Cain Brothers in May 2020 and had one conversation with Cain Brothers in May.  Cain Brothers advised me that the Debtors would not entertain the proposal.  Following that, I asked our counsel to engage with the Debtors' counsel and with the Unsecured Creditors' Committee to see if our offer would be entertained.

6.    Those conversations took place in June 2020, and to clarify that our proposal was indeed superior, I sent a letter another dated June 18, 2020 to Cain Brothers.  A true and correct copy of our June 18, 2020 proposal is attached hereto as Exhibit 1.

7.    As we had made clear all along, we needed to do some confirmatory due diligence to make our proposal binding, as we had not had access to the Debtors' data room for nearly three months, but the Debtors declined to give us due diligence.

8.    Attached hereto as Exhibit 2 is the Debtors' response to our June 18 proposal.

9.    Attached hereto as Exhibit 3 is a letter I sent on behalf of Prospect on July 28.  As the letter indicates, the Prospect proposal is still open, and it is higher and better than the Prime transaction because (i) the purchase price is $15,000,000 higher, (ii) it removes the negative purchase price adjustment of $30,000,000, (iii) we are prepared to pay up to $10,000,000 over two years to unsecured creditors of SFMC who reinstate normal trade terms post-sale.

10.    As also indicated in the letter, Prospect would accept all of the conditions imposed on Prime by the Attorney General that Prime seeks to have this Court overrule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 3RD day of August, 2020 in Los Angeles, California.

Fariborz "Frank" Saidara

## **Exhibit 1**

**June 18, 2020 Letter**

DocuSign Envelope ID: A21364D2-4253-4303-A443-A409CFB3E57B



PROSPECT MEDICAL
HOLDINGS, INC.

3415 S. Sepulveda Blvd.
9th Floor
Los Angeles, CA 90034
Tel (310) 943-4500
Fax (310) 943-4501

VIA EMAIL ONLY

June 18, 2020

Mr. Carsten Beith
Managing Director
Cain Brothers
601 California Street, Suite 1505
San Francisco, CA 94108

Mr. Jim Moloney
Managing Director
Cain Brothers
601 California Street, Suite 1505
San Francisco, CA 94108

Dear Messrs., Beith and Moloney:

We are pleased to make an enhanced offer to purchase substantially all the assets of St.
Francis Medical Center and its subsidiaries ("SFMC") which is financially superior to,
and has higher certainty of close, than the current offer for SFMC.

In structuring this offer, it is our intent to propose a transaction that is a higher and better
offer for SFMC's assets, as determined in the reasonable exercise of SFMC's fiduciary
duties.

As you know, it had been our intent to participate in the auction for SFMC's assets, and
we have conducted considerable due diligence regarding SFMC's assets and operations.
Unfortunately, however, the timing of the auction, coinciding as it did with significant
uncertainty in the capital markets caused by COVID-19 impeded our ability to comply with
the timing contemplated by the bid procedures. Now that matters have stabilized, we are
once again in a position to make a proposal, one that is compellingly superior to the sale to
Prime Health Care.

178501.1

DocuSign Envelope ID: A2136409-4253-4393-A443-A409CFB3E57B

Mr. Carsten Beith
Mr. Jim Moloney
Cain Brothers
June 18, 2020
Page 2 of 4

As you know Prime Healthcare Services was unable to secure the California Attorney General's consent to purchase Verity Health Systems several years ago.  We believe the circumstances that led to that non-approval have not changed given Prime Health Care Service's (i) continued hostility to other participants in the managed health care system, (including Medicaid plans) which includes termination of health plan contracts, (ii) history of federal sanctions due to healthcare compliance matters (iii) opposition from employee groups, (iv) opposition from major Medi-Cal health plans in SFMC's service area, and (v) the federal government sanctions and fines imposed on Prime that have resulted in a five-year Corporate Integrity Agreement .  Furthermore, to our knowledge, Prime has not yet secured financing for the transaction.

Our offer is not only backed by Medical Properties Trust, the largest hospital REIT, but it is also strongly supported by LA Care, the largest Medi-Cal managed care provider in Los Angeles County.  Additionally, we have not been sanctioned by any federal or state authority for violations of healthcare fraud and abuse laws.  As such, our proposal does not raise the same risks of non-closing as Prime Health Care's proposal.

Our proposal is financially superior to the current proposal by Prime Healthcare Services, all to the benefit of the Bankruptcy estate and its creditors.  Our offer is as follows:

### a.  Assets Acquired

We propose to form one or more new entities to purchase substantially all right, title and interest in and to the tangible and intangible assets owned or used by SFMC in its operations. We contemplate that the assets would be conveyed and assigned free and clear of all liens, claims, charges or other encumbrances other than (i) easements, rights of way, restrictions and other matters of record that do not materially affect the use or value of the assets, and (ii) such encumbrances expressly assumed by Prospect in connection with the acquisition of the SFMC assets as the parties mutually agree to enter into as part of Definitive Agreements.

### b.  Purchase Price

1.  $220,000,000 for all the assets described above;

2.  Assumption of all cure costs;

3.  Assumption of all PTO and payroll related liabilities. The total PTO and payroll related liabilities as of balance sheet date of 12/3/2019 totaled approximately $13.4 million;

4.  Payment for all collectible accounts receivable as of the closing date;

5.  SFMC to retain all QAF 5 net payments; and

DocuSign Envelope ID: A2136402-4253-4393-A443-A409CFB2E57B

Mr. Carsten Beith
Mr. Jim Moloney
Cain Brothers
June 18, 2020
Page 3 of 4

6. SFMC to retain pro-rata portion of QAF 6 net payment as of the closing date

There will be no reduction in purchase price due to lower financial performance of SFMC as of the closing date as compared to any prior period.

**c. AG Conditions**

We would agree to recommendations / potential conditions set forth in the JD Healthcare, Inc. report as may be appropriately modified by the AG except that we will commit to $50 million of capital expenditures over five years (excluding seismic) after the closing. Please note that this amount is $15 million higher than the recommendations set forth in the JD Healthcare, Inc. report and substantially higher than the commitment for capital expenditures in the Prime Bid, which total only $47 million in total, including seismic.

**d. Certain Employee Matters**

We anticipate acquiring the assets subject to any existing collective bargaining units, but not the existing collective bargaining agreements. We do not intend to assume any single or multi-employer retirement or medical plan associated with SFMC.

We anticipate conducting final confirmatory due diligence in connection with this transaction. Assuming timely receipt of the requested information, we anticipate that final confirmatory diligence to be concluded within 10 days. We would then close the transaction as soon as possible after receiving the necessary regulatory and Bankruptcy Court approvals.

Please note that Prospect is flexible with respect to the structure of the transaction and its ultimate relationship with SFMC. If SFMC seeks an alternate structure or has other requirements, please let us know as we are confident that we will be able to structure a transaction that will meet SFMC's needs.

In addition to the foregoing enhancements, which total some $50 million over the Prime transaction, we are prepared to discuss (i) offering trade creditors of St Francis who reinstate normal trade terms up to $10 million over two years to reduce their unsecured claims, and (ii) a mechanism to compensate the estate if the move to a Prospect transaction delays the expected closing from the current timeframe under Prime.

Please also note Sections 6.1(b) and 9.1(g) of the current APA with Prime which permit the Debtors to terminate the APA if they determine "in the exercise of their fiduciary duties . . . that they have received a higher and better offer for Sellers' assets and the Bankruptcy Court has authorized the Sellers to accept and implement the terms of such offer in accordance with the Bankruptcy Code."

DocuSign Envelope ID: A2136409-4253-4393-A443-A409CFB35E7B

Mr. Carsten Beith
Mr. Jim Moloney
Cain Brothers
June 18, 2020
Page 4 of 4

There's no question that this offer is substantially better ($50 million better not including capital commitments) than that of Prime.  Furthermore, given our willingness to close on this transactions within the timeframes of the Debtor's current APA or to compensate the Bankruptcy Estate and creditors in the event of a delay, the debtors can, and should, permit the Prospect to conduct its short diligence period and upon presentation of an APA with superior terms and conditions than the current bid, the Debtors should accept such bid.

If you have questions, please do not hesitate to contact me.


We look forward to working with you.

Very truly yours,
**PROSPECT MEDICAL HOLDINGS, INC.**

*Samuel S. Lee*

Samuel S. Lee
Chief Executive Officer


cc: Mark Shinderman, Esq.

178501.1

**<u>Exhibit 2</u>**

**June 19, 2020 Letter**

大成 DENTONS

Tania M. Moyron
Partner

tania.moyron@dentons.com
D    +1 213-243-6101

Dentons US LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA  90017-5704
United States

dentons.com

June 19, 2020

**<u>VIA EMAIL</u>**

Thomas E. Patterson
KTBS Law LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067-6049
tpatterson@ktbslaw.com

Re:    St. Francis Medical Center
       Prospect Correspondence

Dear Mr. Patterson:

This letter responds to correspondence received by Verity Health System of California, Inc. ("<u>VHS</u>"), St. Francis Medical Center, a California nonprofit public benefit corporation ("<u>SFMC</u>"), and certain of their affiliates (collectively, the "<u>Debtors</u>"), the debtors and debtors in possession in the jointly administered chapter 11 bankruptcy cases (the "<u>Bankruptcy Cases</u>") currently pending before the United States Bankruptcy Court for the Central District of California (the "<u>Bankruptcy Court</u>"), from your client, Prospect Medical Holdings, Inc. ("<u>Prospect</u>"), on May 18, 2020, and June 16, 2020, as amended on June 18, 2020 (collectively, the "<u>Correspondence</u>").

In the Correspondence, Prospect purports to submit a "higher and better offer" than Prime Healthcare Services, Inc. ("<u>Prime</u>"), and a subsequent "enhanced" offer (collectively, the "<u>Proposal</u>"), for the assets of SFMC, and, based thereon, requests that the Debtors accept such offer after a short due diligence period.  The Debtors greatly appreciate Prospect's continued interest in SFMC, but cannot accept such offer, as requested by Prospect.  As you know, the Court approved the sale (the "<u>Sale</u>") of the assets to Prime, on April 9, 2020, and the Debtors are currently working with Prime to close that Sale.

Even assuming *arguendo* the Debtors could consider Prospect's Proposal, the non-binding nature of the Proposal exposes the Debtors' estates to the serious risk of litigation from Prime without any certainty that Prospect's Proposal terms would be honored as final deal terms.  Among other things, Prospect's Proposal continues to contemplate a due diligence period, after which Prospect

Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ►
Cohen & Grigsby ► Sayarh & Menjra ► Larraín Rencoret ► Hamilton Harrison & Mathews ► Mardemootoo Balgobin ► HPRP ► Zain & Co. ►
Delany Law ► Dinner Martin ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Thomas E. Patterson
June 19, 2020
Page 2

could refuse to proceed or renegotiate the terms.  *See* May 18, 2020 Correspondence at 3 (providing for a 10-day "confirmatory" due diligence period); *see also* June 16, 2020 Correspondence at 3.

We are available at your convenience should you have any questions.

Very truly yours,

Tania M. Moyron
Partner

cc:    Peter C. Chadwick (pchadwick@thinkbrg.com)
       Hope R. Levy-Biehl (hopelevybiehl@dwt.com)
       Samuel R. Maizel (samuel.maizel@dentons.com)
       Carsten Beith (cbieth@cainbrothers.com)
       Jim Moloney (jmoloney@cainbrothers.com)
       Mark Shinderman (mshinderman@milbank.com)

## **Exhibit 3**

**July 28, 2020 Letter**


**PROSPECT MEDICAL HOLDINGS, INC.**

3415 S. Sepulveda Blvd.
9th Floor
Los Angeles, CA 90034
Tel (310) 943-4500
Fax (310) 943-4501

VIA EMAIL ONLY

July 28, 2020

Mr. Carsten Beith
Managing Director
Cain Brothers
601 California Street, Suite 1505
San Francisco, CA 94108

Mr. Jim Moloney
Managing Director
Cain Brothers
601 California Street, Suite 1505
San Francisco, CA 94108

Dear Messrs., Beith and Moloney:

We understand that Prime Healthcare Services ("Prime") is making numerous objections to conditions imposed by the California Attorney General 's office ("AG"). We further understand that if modifications to the AG conditions are not made, that Prime will terminate the agreement to purchase the assets of SFMC.

We are yet again renewing our offer (which continues to be superior to that of Prime) to purchase SFMC's assets pursuant to the APA currently in place in accordance with the terms and conditions outlined in this letter.

Our offer to purchase (which you previously rejected even as a back-up offer) is superior to that of Prime, as our offer:

1.  is $50 million better that of Prime;
2.  has no reduction in purchase price due to EBITDA performance at closing;
3.  has no financing contingency (Prime's agreement is subject to financing contingency pursuant to Section 3.9 of the Agreement); and

178501.1

Mr. Carsten Beith
Mr. Jim Moloney
Cain Brothers
July 28, 2020
Page 2 of 4

> 4. adopts and approves the conditions imposed by the AG in the sale of SMFC's assets to Prime without any modifications.

In addition to the above, we were (and continue to be) prepared to discuss and offer trade creditors of SFMC who reinstate normal trade terms up to $10 million over two years to reduce their unsecured claims.  Furthermore, we are prepared to discuss a mechanism to compensate the estate if the move to a Prospect transaction delays the expected closing from the current timeframe.

For whatever reason, not only did you reject our offer, but you did not even engage in any discussion regarding the trade creditors and losses to the estate in the event of a delay.

As we have pointed to you in the past, pursuant to Sections 6.1(b) and 9.1(g) of the current APA with Prime the Debtors are permitted to terminate the APA if they determine "in the exercise of their fiduciary duties . . . that they have received a higher and better offer for Sellers' assets and the Bankruptcy Court has authorized the Sellers to accept and implement the terms of such offer in accordance with the Bankruptcy Code."

We urge you to accept our offer as our bid is clearly higher and better than that of Prime and is supported by LA Care Health Plan and other organizations experienced in managed care as Prospect's healthcare delivery model is the best interests of underserved patients and communities served by SMFC. For your reference, attached are letters that support Prospect's offer to purchase SFMC.

We note that during the AG public hearing, Prime as a purchaser was opposed by:

1. SEIU;
2. Nurses' union;
3. The Mayor of Lynwood; and
4. Other community organizations that provide services to the surrounding communities.

Prospect's offer is as follows:

**a.  Assets Acquired**

We propose to form one or more new entities to purchase substantially all right, title and interest in and to the tangible and intangible assets owned or used by SFMC in its operations. We contemplate that the assets would be conveyed and assigned free and clear of all liens, claims, charges or other encumbrances other than (i) easements, rights of way, restrictions and other matters of record that do not materially affect the use or value of the assets, and (ii) such encumbrances expressly assumed by Prospect in connection with the

178501.1

Mr. Carsten Beith
Mr. Jim Moloney
Cain Brothers
July 28, 2020
Page 3 of 4

acquisition of the SFMC assets as the parties mutually agree to enter into as part of Definitive Agreements.

**b. Purchase Price**

1. $220,000,000 for all the assets described above;

2. Assumption of all cure costs;

3. Assumption of all PTO and payroll related liabilities. The total PTO and payroll related liabilities as of balance sheet date of 12/3/2019 totaled approximately $13.4 million;

4. Payment for all collectible accounts receivable as of the closing date;

5. SFMC to retain all QAF 5 net payments; and

6. SFMC to retain pro-rata portion of QAF 6 net payment as of the closing date

There will be no reduction in purchase price due to lower financial performance of SFMC as of the closing date as compared to any prior period.

**c. AG Conditions**

We with all conditions imposed by the AG in the proposed Prime transaction

**d.** Financing

There is not financing contingency to the closing.

**e. Certain Employee Matters**

We anticipate acquiring the assets subject to any existing collective bargaining units, but not the existing collective bargaining agreements. We do not intend to assume any single or multi-employer retirement or medical plan associated with SFMC.

We anticipate conducting final confirmatory due diligence in connection with this transaction. Assuming timely receipt of the requested information, we anticipate that final confirmatory diligence to be concluded within 10 days. We would then close the transaction as soon as possible after receiving the necessary regulatory and Bankruptcy Court approvals.

Please note that Prospect is flexible with respect to the structure of the transaction and its ultimate relationship with SFMC. If SFMC seeks an alternate structure or has other

178501.1

Mr. Carsten Beith
Mr. Jim Moloney
Cain Brothers
July 28, 2020
Page 4 of 4

requirements, please let us know as we are confident that we will be able to structure a transaction that will meet SFMC's needs.

Please also note Sections 6.1(b) and 9.1(g) of the current APA with Prime which permit the Debtors to terminate the APA if they determine "in the exercise of their fiduciary duties . . . that they have received a higher and better offer for Sellers' assets and the Bankruptcy Court has authorized the Sellers to accept and implement the terms of such offer in accordance with the Bankruptcy Code."

If you have questions, please do not hesitate to contact me.

We look forward to working with you.

Very truly yours,
**PROSPECT MEDICAL HOLDINGS, INC.**

Frank Saidara
Vice President, Corporate Development

cc: Mark Shinderman, Esq.

178501.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1999 Avenue of the Stars, Thirty-Ninth Floor, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*):  PROSPECT MEDICAL'S RESPONSE TO DEBTORS' EMERGENCY MOTION FOR THE ENTRY OF AN ORDER: (I) ENFORCING THE ORDER AUTHORIZING THE SALE TO PRIME HEALTHCARE SERVICES, INC.; (II) FINDING THAT THE SALE IS FREE AND CLEAR OF ADDITIONAL CONDITIONS; (III) FINDING THAT THE ATTORNEY GENERAL ABUSED HIS DISCRETION IN IMPOSING ADDITIONAL CONDITIONS ON THE ST. FRANCIS MEDICAL CENTER SALE; AND (IV) GRANTING RELATED RELIEF; DECLARATION OF FARIBORZ SAIDARA  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  August 5, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  August 5, 2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2020 | Sasha M. Gurvitz | /s/ Sasha M. Gurvitz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING

Alexandra Achamallah on behalf of Creditor Committee Official Committee of
Unsecured Creditors of Verity Health System of California, Inc., et al.
aachamallah@milbank.com, rliubicic@milbank.com

Alexandra Achamallah on behalf of Plaintiff Official Committee of Unsecured
Creditors of Verity Health System of California, Inc., et al.
aachamallah@milbank.com, rliubicic@milbank.com

Melinda Alonzo on behalf of Creditor AT&T
ml7829@att.com

Robert N Amkraut on behalf of Creditor Swinerton Builders
ramkraut@foxrothschild.com

Kyra E Andrassy on behalf of Creditor MGH Painting, Inc.
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Creditor Transplant Connect, Inc.
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Simon Aron on behalf of Interested Party RCB Equities #1, LLC
saron@wrslawyers.com

Lauren T Attard on behalf of Creditor SpecialtyCare Cardiovascular Resources, LLC
lattard@bakerlaw.com, agrosso@bakerlaw.com

Allison R Axenrod on behalf of Creditor CRG Financial LLC
allison@claimsrecoveryllc.com

Keith Patrick Banner on behalf of Creditor Abbott Rapid Diagnostics Informatics,
Inc. fka Alere Informatics, Inc.
kbanner@greenbergglusker.com,
sharper@greenbergglusker.com;calendar@greenbergglusker.com

Cristina E Bautista on behalf of Creditor Health Net of California, Inc.

cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com

James Cornell Behrens on behalf of Attorney Milbank, Tweed, Hadley & Mccloy
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens on behalf of Creditor Committee Official Committee of
Unsecured Creditors of Verity Health System of California, Inc., et al.
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens on behalf of Financial Advisor FTI Consulting, Inc.
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens on behalf of Interested Party Courtesy NEF
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens on behalf of Plaintiff Official Committee of Unsecured
Creditors of Verity Health System of California, Inc., et al.
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

Jacob Beiswenger on behalf of Interested Party California Governor's Office of
Emergency Services
jbeiswenger@omm.com, jacob-beiswenger-
5566@ecf.pacerpro.com;swarren@omm.com

Ron Bender on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.
rb@lnbyb.com

Ron Bender on behalf of Health Care Ombudsman J. Nathan Ruben
rb@lnbyb.com

Ron Bender on behalf of Health Care Ombudsman Jacob Nathan Rubin

179522.1

rb@lnbyb.com

Bruce Bennett on behalf of Creditor NantHealth, Inc.
bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Nantworks, LLC
bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Verity MOB Financing II LLC
bbennett@jonesday.com

Bruce Bennett on behalf of Creditor Verity MOB Financing LLC
bbennett@jonesday.com

Bruce Bennett on behalf of Interested Party The Purchaser
bbennett@jonesday.com

Peter J Benvenutti on behalf of Creditor County of San Mateo
pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com

Peter J Benvenutti on behalf of Interested Party Health Plan of San Mateo
pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com

Leslie A Berkoff on behalf of Creditor Centinel Spine LLC
lberkoff@moritthock.com, hmay@moritthock.com

Steven M Berman on behalf of Creditor KForce, Inc.
sberman@slk-law.com, mceriale@shumaker.com

Stephen F Biegenzahn on behalf of Creditor Josefina Robles
efile@sfblaw.com

Stephen F Biegenzahn on behalf of Interested Party Courtesy NEF
efile@sfblaw.com

Karl E Block on behalf of Creditor SCAN Health Plan
kblock@loeb.com,
jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com

Karl E Block on behalf of Interested Party Courtesy NEF
kblock@loeb.com,

jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com

Karl E Block on behalf of Interested Party SCAN Health Plan
kblock@loeb.com,
jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com

J Scott Bovitz on behalf of Creditor Children's Hospital Los Angeles
bovitz@bovitz-spitzer.com

Dustin P Branch on behalf of Interested Party Wells Fargo Bank, National
Association, as indenture trustee
branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com

Michael D Breslauer on behalf of Creditor Hunt Spine Institute, Inc.
mbreslauer@swsslaw.com,
wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com

Chane Buck on behalf of Interested Party Courtesy NEF
cbuck@jonesday.com

Lori A Butler on behalf of Creditor Pension Benefit Guaranty Corporation
butler.lori@pbgc.gov, efile@pbgc.gov

Howard Camhi on behalf of Creditor The Huntington National Bank
hcamhi@mrllp.com,
bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;echun@mrllp.com;jkissi
nger@mrllp.com

Barry A Chatz on behalf of Creditor Alcon Vision, LLC
barry.chatz@saul.com, jurate.medziak@saul.com

Barry A Chatz on behalf of Creditor Bausch Health US, LLC
barry.chatz@saul.com, jurate.medziak@saul.com

Shirley Cho on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
scho@pszjlaw.com

Shirley Cho on behalf of Debtor Verity Health System of California, Inc.
scho@pszjlaw.com

Shawn M Christianson on behalf of Creditor Oracle America, Inc.

cmcintire@buchalter.com, schristianson@buchalter.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Louis J. Cisz, III on behalf of Creditor El Camino Hospital
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Louis J. Cisz, III on behalf of Creditor El Camino Medical Associates, P.C.
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Leslie A Cohen on behalf of Defendant HERITAGE PROVIDER NETWORK, INC.,
a California corporation
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com

Marcus Colabianchi on behalf of Creditor Chubb Companies
mcolabianchi@duanemorris.com

Kevin Collins on behalf of Creditor Roche Diagnostics Corporation
kevin.collins@btlaw.com, Tabitha.davis@btlaw.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
Bankruptcy2@ironmountain.com

David N Crapo on behalf of Creditor Sharp Electronics Corporation
dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com

Mariam Danielyan on behalf of Creditor Aida Iniguez
md@danielyanlawoffice.com, danielyan.mar@gmail.com

Mariam Danielyan on behalf of Creditor Francisco Iniguez
md@danielyanlawoffice.com, danielyan.mar@gmail.com

Brian L Davidoff on behalf of Creditor Abbott Rapid Diagnostics Informatics, Inc. fka
Alere Informatics, Inc.
bdavidoff@greenbergglusker.com,
calendar@greenbergglusker.com;jking@greenbergglusker.com

Aaron Davis on behalf of Creditor US Foods, Inc.
aaron.davis@bryancave.com, kat.flaherty@bryancave.com

179522.1

Lauren A Deeb on behalf of Creditor McKesson Corporation
lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com

Lauren A Deeb on behalf of Creditor McKesson Technologies, Inc. n/k/a Change
Health Care Technologies, LLC
lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com

Daniel Denny on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Verity Health System of California, Inc., et al.
ddenny@milbank.com

Kerry L Duffy on behalf of Debtor Verity Health System of California, Inc.
kduffy@bzbm.com, cchou@bzbm.com

Kerry L Duffy on behalf of Special Counsel BARTKO ZANKEL BUNZEL &
MILLER
kduffy@bzbm.com, cchou@bzbm.com

Anthony Dutra on behalf of Creditor Local Initiative Health Authority for Los
Angeles County, operating and doing business as L.A. Care Health Plan
adutra@hansonbridgett.com

Anthony Dutra on behalf of Defendant LOCAL INITIATIVE HEALTH
AUTHORITY FOR LOS ANGELES COUNTY DBA L.A. CARE HEALTH PLAN,
an independent local public agency
adutra@hansonbridgett.com

Kevin M Eckhardt on behalf of Creditor C. R. Bard, Inc.
kevin.eckhardt@gmail.com, keckhardt@hunton.com

Kevin M Eckhardt on behalf of Creditor Eurofins VRL, Inc.
kevin.eckhardt@gmail.com, keckhardt@hunton.com

Kevin M Eckhardt on behalf of Creditor Smith & Nephew, Inc.
kevin.eckhardt@gmail.com, keckhardt@hunton.com

Lei Lei Wang Ekvall on behalf of Creditor Cardinal Health
lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

David K Eldan on behalf of Interested Party Attorney General For The State Of Ca

david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov

David K Eldan on behalf of Interested Party Xavier Becerra, Attorney General of
California
david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov

Andy J Epstein on behalf of Creditor Ivonne Engelman
taxcpaesq@gmail.com

Andy J Epstein on behalf of Creditor Renee Elizabeth Capizzi
taxcpaesq@gmail.com

Andy J Epstein on behalf of Creditor Rosa Carcamo
taxcpaesq@gmail.com

Andy J Epstein on behalf of Interested Party Courtesy NEF
taxcpaesq@gmail.com

Richard W Esterkin on behalf of Creditor Zimmer US, Inc.
richard.esterkin@morganlewis.com

Christine R Etheridge on behalf of Creditor Fka GE Capital Wells Fargo Vendor
Financial Services, LLC
christine.etheridge@ikonfin.com

M Douglas Flahaut on behalf of Creditor Medline Industries, Inc.
flahaut.douglas@arentfox.com

Michael G Fletcher on behalf of Interested Party Courtesy NEF
mfletcher@frandzel.com, sking@frandzel.com

Joseph D Frank on behalf of Creditor Experian Health fka Passport Health
Communications Inc
jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Joseph D Frank on behalf of Creditor Experian Health, Inc
jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

William B Freeman on behalf of Creditor Health Net of California, Inc.

bill.freeman@kattenlaw.com,
nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com

John-Patrick M Fritz on behalf of Interested Party Strategic Global Management, Inc.
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Eric J Fromme on behalf of Creditor CHHP Holdings II, LLC
efromme@tocounsel.com, stena@tocounsel.com

Eric J Fromme on behalf of Creditor CPH Hospital Management, LLC
efromme@tocounsel.com, stena@tocounsel.com

Eric J Fromme on behalf of Creditor Eladh, L.P.
efromme@tocounsel.com, stena@tocounsel.com

Eric J Fromme on behalf of Creditor Gardena Hospital L.P.
efromme@tocounsel.com, stena@tocounsel.com

Amir Gamliel on behalf of Creditor Parallon Revenue Cycle Services, Inc. f/k/a The
Outsource Group, Inc.
amir-gamliel-9554@ecf.pacerpro.com,
cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Amir Gamliel on behalf of Creditor Quadramed Affinity Corporation and Picis
Clinical Solutions Inc.
amir-gamliel-9554@ecf.pacerpro.com,
cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Jeffrey K Garfinkle on behalf of Creditor McKesson Corporation
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF
jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com

Thomas M Geher on behalf of Special Counsel Jeffer Mangles Butler & Mitchell LLP
tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Lawrence B Gill on behalf of Interested Party Courtesy NEF
lgill@nelsonhardiman.com,
rrange@nelsonhardiman.com;ksherry@nelsonhardiman.com;mmarkwell@nelsonhard
iman.com

Lawrence B Gill on behalf of Special Counsel Nelson Hardiman LLP
lgill@nelsonhardiman.com,
rrange@nelsonhardiman.com;ksherry@nelsonhardiman.com;mmarkwell@nelsonhardiman.com

Paul R. Glassman on behalf of Creditor Long Beach Memorial Medical Center
pglassman@sycr.com

Matthew A Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D Goldberg on behalf of Creditor Otsuka Pharmaceutical Development &
Commercialization, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Marshall F Goldberg on behalf of Attorney c/o Glass & Goldberg PHILLIPS
MEDICAL CAPITAL
mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com

Richard H Golubow on behalf of Creditor Anil Jain
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Anupam Aditi
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Catherine Wolferd
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Creditor Roseann Gonzalez
rgolubow@wghlawyers.com,
pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Barbara R Gross on behalf of Interested Party Courtesy NEF
barbara@bgross.law, luz@bgross.law

David M. Guess on behalf of Creditor Medtronic USA, Inc.
guessd@gtlaw.com

David M. Guess on behalf of Creditor NTT DATA Services Holding Corporation
guessd@gtlaw.com

Anna Gumport on behalf of Interested Party Medical Office Buildings of California,
LLC
agumport@sidley.com

Mary H Haas on behalf of Special Counsel Davis Wright Tremaine, LLP
maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com

Craig N Haring on behalf of Creditor Infor (US), Inc.
charing@blankrome.com, arc@blankrome.com

Melissa T Harris on behalf of Creditor Pension Benefit Guaranty Corporation
harris.melissa@pbgc.gov, efile@pbgc.gov

James A Hayes, Jr on behalf of Creditor Royal West Development, Inc.
jhayes@zinserhayes.com, jhayes@jamesahayesaplc.com

Michael S Held on behalf of Creditor Medecision, Inc.
mheld@jw.com

Lawrence J Hilton on behalf of Creditor Cerner Corporation
lhilton@onellp.com,
lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlic
htenberger@onellp.com

Lawrence J Hilton on behalf of Creditor Maxim Healthcare Services, Inc.
lhilton@onellp.com,
lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlic
htenberger@onellp.com

Robert M Hirsh on behalf of Creditor Medline Industries, Inc.
rhirsh@lowenstein.com

Robert M Hirsh on behalf of Creditor Committee Official Committee of Unsecured
Creditors of Verity Health System of California, Inc., et al.
rhirsh@lowenstein.com

Florice Hoffman on behalf of Creditor National Union of Healthcare Workers

179522.1

fhoffman@socal.rr.com, floricehoffman@gmail.com

Lee F Hoffman on behalf of Creditor Anthony Barajas
leehoffmanjd@gmail.com, lee@fademlaw.com

Lee F Hoffman on behalf of Creditor Sydney Thomson
leehoffmanjd@gmail.com, lee@fademlaw.com

Marshall J Hogan on behalf of Interested Party AHMC Healthcare, Inc.
mhogan@swlaw.com, knestuk@swlaw.com

Michael Hogue on behalf of Creditor Medical Anesthesia Consultants Medical Group,
Inc.
hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Michael Hogue on behalf of Creditor Workday, Inc.
hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Matthew B Holbrook on behalf of Interested Party Courtesy NEF
mholbrook@sheppardmullin.com, amartin@sheppardmullin.com

David I Horowitz on behalf of Creditor Conifer Health Solutions, LLC
david.horowitz@kirkland.com,
keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;iv
on.granados@kirkland.com

Virginia Hoyt on behalf of Creditor STATE COMPENSATION INSURANCE FUND
scif.legal.bk@scif.com

Brian D Huben on behalf of Creditor Southeast Medical Center, LLC and Slauson
Associates of Huntington Park, LLC
hubenb@ballardspahr.com, carolod@ballardspahr.com

Joan Huh on behalf of Creditor California Dept. of Tax and Fee Administration
joan.huh@cdtfa.ca.gov

Carol A Igoe on behalf of Creditor California Nurses Association
cigoe@calnurses.org, ttschneaux@calnurses.org

Carol A Igoe on behalf of Plaintiff California Nurses Association
cigoe@calnurses.org, ttschneaux@calnurses.org

179522.1

Benjamin Ikuta on behalf of Creditor Bill Ma
bikuta@hml.law

Lawrence A Jacobson on behalf of Creditor Michael Pacelli
laj@cohenandjacobson.com

John Mark Jennings on behalf of Creditor GE HFS, LLC
johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com

Monique D Jewett-Brewster on behalf of Creditor Paragon Mechanical, Inc.
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

Crystal Johnson on behalf of Debtor Verity Medical Foundation
M46380@ATT.COM

Gregory R Jones on behalf of Interested Party County of Santa Clara
gjones@mwe.com, rnhunter@mwe.com

Jeff D Kahane on behalf of Creditor The Chubb Companies
jkahane@duanemorris.com, dmartinez@duanemorris.com

Jeff D Kahane on behalf of Interested Party The Chubb Companies
jkahane@duanemorris.com, dmartinez@duanemorris.com

Steven J Kahn on behalf of Debtor Verity Health System of California, Inc.
skahn@pszyjw.com

Steven J Kahn on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER, a
California nonprofit public benefit corporation
skahn@pszyjw.com

Steven J Kahn on behalf of Plaintiff ST. VINCENT MEDICAL CENTER, a
California nonprofit public benefit corporation
skahn@pszyjw.com

Steven J Kahn on behalf of Plaintiff VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., a California nonprofit public benefit corporation
skahn@pszyjw.com

Cameo M Kaisler on behalf of Creditor Pension Benefit Guaranty Corporation

179522.1

salembier.cameo@pbgc.gov, efile@pbgc.gov

Ivan L Kallick on behalf of Interested Party Ivan Kallick
ikallick@manatt.com, ihernandez@manatt.com

Ori Katz on behalf of Creditor Sunquest Information Systems, Inc.
okatz@sheppardmullin.com, lsegura@sheppardmullin.com

Gerald P Kennedy on behalf of Creditor Emerald Textiles
gerald.kennedy@procopio.com,
kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com

Gerald P Kennedy on behalf of Creditor Emerald Textiles, LLC
gerald.kennedy@procopio.com,
kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com

Payam Khodadadi on behalf of Creditor Aetna Life Insurance Company
pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com

Christian T Kim on behalf of Creditor Irene Rodriguez
ckim@dumas-law.com, ckim@ecf.inforuptcy.com

Jane Kim on behalf of Creditor County of San Mateo
jkim@kellerbenvenutti.com

Monica Y Kim on behalf of Attorney Levene, Neale, Bender, Yoo & Brill L.L.P.
myk@lnbrb.com, myk@ecf.inforuptcy.com

Monica Y Kim on behalf of Health Care Ombudsman Jacob Nathan Rubin
myk@lnbrb.com, myk@ecf.inforuptcy.com

Benjamin R King on behalf of Creditor Quadramed Affinity Corporation and Picis
Clinical Solutions Inc.
bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com

Gary E Klausner on behalf of Defendant KPC Global Management, LLC, a California
Limited Liability Company
gek@lnbyb.com

Gary E Klausner on behalf of Defendant KPC Health Plan Holdings, Inc., a California
Corporation

179522.1

gek@lnbyb.com

Gary E Klausner on behalf of Defendant KPC Healthcare Holdings, Inc., a California
Corporation
gek@lnbyb.com

Gary E Klausner on behalf of Defendant KPC Healthcare, Inc., a Nevada Corporation
gek@lnbyb.com

Gary E Klausner on behalf of Defendant Strategic Global Management, Inc., a
California corporation
gek@lnbyb.com

Gary E Klausner on behalf of Defendant Kali P. Chaudhuri, M.D., an individual
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Courtesy NEF
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party KPC Global Medical Center of San
Mateo County, LLC
gek@lnbyb.com

Gary E Klausner on behalf of Interested Party Strategic Global Management, Inc.
gek@lnbyb.com

David A Klein on behalf of Creditor Conifer Health Solutions, LLC
david.klein@kirkland.com

Nicholas A Koffroth on behalf of Debtor Verity Health System of California, Inc.
nick.koffroth@dentons.com, chris.omeara@dentons.com

Nicholas A Koffroth on behalf of Debtor In Possession VERITY HEALTH SYSTEM
OF CALIFORNIA, INC., a California nonprofit public benefit corporation
nick.koffroth@dentons.com, chris.omeara@dentons.com

Nicholas A Koffroth on behalf of Debtor In Possession Verity Health System of
California, Inc.
nick.koffroth@dentons.com, chris.omeara@dentons.com

Joseph A Kohanski on behalf of Creditor California Nurses Association

jkohanski@bushgottlieb.com,
kprestegard@bushgottlieb.com;gmccoy@bushgottlieb.com

Joseph A Kohanski on behalf of Creditor United Nurses Associations of CA/Union of
Health Care Professionals
jkohanski@bushgottlieb.com,
kprestegard@bushgottlieb.com;gmccoy@bushgottlieb.com

Jolene E Kramer on behalf of Creditor SEIU United Healthcare Workers - West
bankruptcycourtnotices@unioncounsel.net, jkramer@unioncounsel.net

David S Kupetz on behalf of Interested Party Courtesy NEF
dkupetz@sulmeyerlaw.com,
dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com

Jeffrey S Kwong on behalf of Defendant Strategic Global Management, Inc., a
California corporation
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Interested Party Strategic Global Management, Inc.
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Darryl S Laddin on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles, Inc.
bkrfilings@agg.com

Robert S Lampl on behalf of Creditor Surgical Information Systems, LLC
advocate45@aol.com, rlisarobinsonr@aol.com

Robert S Lampl on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles, Inc.
advocate45@aol.com, rlisarobinsonr@aol.com

Richard A Lapping on behalf of Creditor Retirement Plan for Hospital Employees
richard@lappinglegal.com

Paul J Laurin on behalf of Creditor 3M Corporation
plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com

Paul J Laurin on behalf of Creditor Roche Diagnostics Corporation
plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com

Nathaniel M Leeds on behalf of Creditor Christopher Steele

nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com

David E Lemke on behalf of Creditor ALLY BANK
david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.
com

Lisa Lenherr on behalf of Creditor Varian Medical Systems, Inc.
llenherr@wendel.com, bankruptcy@wendel.com

Elan S Levey on behalf of Creditor Centers for Medicare and Medicaid Services
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Elan S Levey on behalf of Creditor Federal Communications Commission
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Elan S Levey on behalf of Creditor Pension Benefit Guaranty Corporation
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Elan S Levey on behalf of Creditor United States Department of Health and Human
Services
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Elan S Levey on behalf of Creditor United States Of America
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Elan S Levey on behalf of Creditor United States of America, on behalf of the Federal
Communications Commission
elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov

Kerri A Lyman on behalf of Interested Party Prime Healthcare Management, Inc.
klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com

Tracy L Mainguy on behalf of Creditor SEIU United Healthcare Workers - West
bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net

Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39
bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net

Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 Health and
Welfare Trust Fund

bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net

Tracy L Mainguy on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund
bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net

Samuel R Maizel on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel on behalf of Debtor De Paul Ventures, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel on behalf of Debtor O'Connor Hospital Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel on behalf of Debtor St. Francis Medical Center of Lynwood Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel on behalf of Debtor St. Vincent Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel on behalf of Debtor Verity Business Services
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento

ns.com

Samuel R Maizel on behalf of Debtor Verity Health System of California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Debtor Verity Holdings, LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Debtor Verity Medical Foundation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., a California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Debtor In Possession Verity Health System of
California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Financial Advisor Berkeley Research Group LLC
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER, a

179522.1

California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff ST. VINCENT MEDICAL CENTER, a
California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff Seton Medical Center, a California nonprofit
public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff St Vincent Dialysis Center, Inc., a California
nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., a California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff Verity Health System of California, Inc.
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Samuel R Maizel on behalf of Plaintiff Verity Holdings, LLC, a California limited

179522.1

liability company
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@den
tons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dento
ns.com

Lloyd S Mann on behalf of Creditor NHP/PMB St. Francis Lynwood Medical Plaza,
LLC
lmann@mannzarpas.com

Alvin Mar on behalf of U.S. Trustee United States Trustee (LA)
alvin.mar@usdoj.gov, dare.law@usdoj.gov

Craig G Margulies on behalf of Creditor Hooper Healthcare Consulting LLC
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@Margulies
Faithlaw.com

Craig G Margulies on behalf of Interested Party Courtesy NEF
Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@Margulies
Faithlaw.com

Kevin Meek on behalf of Creditor U.S. Bank National Association, not individually,
but as Indenture Trustee
kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Hutchison B Meltzer on behalf of Interested Party Attorney General For The State Of
Ca
hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov

John J Menchaca (TR)
jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com

Christopher Minier on behalf of Creditor Belfor USA Group, Inc.
becky@ringstadlaw.com, arlene@ringstadlaw.com

John A Moe, II on behalf of Attorney Dentons US LLP
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Creditor Mary Meeko

john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Creditor Roseann Gonzalez
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor O'Connor Hospital
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor O'Connor Hospital Foundation
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor Seton Medical Center
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor St. Francis Medical Center of Lynwood
Foundation
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor St. Louise Regional Hospital
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor St. Vincent Dialysis Center, Inc.
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor St. Vincent Foundation
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor Verity Health System of California, Inc.
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Debtor Verity Medical Foundation
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Defendant St. Francis Medical Center
john.moe@dentons.com, glenda.spratt@dentons.com

John A Moe, II on behalf of Defendant Verity Health System of California Inc
john.moe@dentons.com, glenda.spratt@dentons.com

179522.1

John A Moe, II on behalf of Financial Advisor Berkeley Research Group LLC
john.moe@dentons.com, glenda.spratt@dentons.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Group
susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomer
ysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Group St. Francis, Inc.
susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomer
ysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Group, Inc.
susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomer
ysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Creditor AppleCare Medical Management, LLC
susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomer
ysr71631@notify.bestcase.com

Susan I Montgomery on behalf of Interested Party All Care Medical Group, Inc.
susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomer
ysr71631@notify.bestcase.com

Monserrat Morales on behalf of Interested Party Courtesy NEF
Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@Margulies
Faithlaw.com

Kevin H Morse on behalf of Creditor Alcon Vision, LLC
kmorse@clarkhill.com, blambert@clarkhill.com

Kevin H Morse on behalf of Creditor Shared Imaging, LLC
kmorse@clarkhill.com, blambert@clarkhill.com

Kevin H Morse on behalf of Interested Party Courtesy NEF

179522.1

kmorse@clarkhill.com, blambert@clarkhill.com

Marianne S Mortimer on behalf of Creditor Premier, Inc.
mmartin@jmbm.com

Tania M Moyron on behalf of Debtor De Paul Ventures - San Jose Dialysis, LLC
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor De Paul Ventures, LLC
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor O'Connor Hospital
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor O'Connor Hospital Foundation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Saint Louise Regional Hospital Foundation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Seton Medical Center
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Seton Medical Center Foundation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor St. Francis Medical Center
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor St. Francis Medical Center of Lynwood
Foundation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor St. Louise Regional Hospital
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Dialysis Center, Inc.
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Foundation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor St. Vincent Medical Center
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;

Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Verity Business Services
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Verity Health System of California, Inc.
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Verity Holdings, LLC
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor Verity Medical Foundation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., a California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Debtor In Possession Verity Health System of
California, Inc.
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant De Paul Ventures, LLC

tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant Does 1 through 500
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant ST. FRANCIS MEDICAL CENTER, a
California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant ST. VINCENT MEDICAL CENTER, a
California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant Seton Medical Center, a California nonprofit
public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant St. Francis Medical Center
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant St. Francis Medical Center of Lynwood
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co

179522.1

m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant St. Vincent Dialysis Center, Inc.
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., a California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant Verity Health System of California Inc
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant Verity Holdings, LLC, a California limited
liability company
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant Richard Adcock
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Defendant Steven Sharrer
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

179522.1

Tania M Moyron on behalf of Financial Advisor Berkeley Research Group LLC
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER, a
California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Plaintiff ST. VINCENT MEDICAL CENTER, a
California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Plaintiff Seton Medical Center, a California nonprofit
public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Plaintiff St Vincent Dialysis Center, Inc., a California
nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Plaintiff VERITY HEALTH SYSTEM OF
CALIFORNIA, INC., a California nonprofit public benefit corporation
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

179522.1

Tania M Moyron on behalf of Plaintiff Verity Health System of California, Inc.
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Tania M Moyron on behalf of Plaintiff Verity Holdings, LLC, a California limited
liability company
tania.moyron@dentons.com,
chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.co
m;Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com;
Jacqueline.whipple@dentons.com

Alan I Nahmias on behalf of Creditor Experian Health fka Passport Health
Communications Inc
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Creditor Experian Health, Inc
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Courtesy NEF
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Alan I Nahmias on behalf of Interested Party Alan I Nahmias
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

Akop J Nalbandyan on behalf of Creditor Jason Michael Shank
jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com

Jennifer L Nassiri on behalf of Creditor Old Republic Insurance Company, et al
jennifernassiri@quinnemanuel.com

Charles E Nelson on behalf of Interested Party Wells Fargo Bank, National
Association, as indenture trustee
nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com

Sheila Gropper Nelson on behalf of Creditor Golden GatePerfusion Inc
shedoesbklaw@aol.com

Mark A Neubauer on behalf of Creditor Angeles IPA A Medical Corporation
mneubauer@carltonfields.com,

179522.1

mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.
com;NDunn@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer on behalf of Creditor St. Vincent IPA Medical Corporation
mneubauer@carltonfields.com,
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.
com;NDunn@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer on behalf of Interested Party Courtesy NEF
mneubauer@carltonfields.com,
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.
com;NDunn@carltonfields.com;ecfla@carltonfields.com

Fred Neufeld on behalf of Creditor Premier, Inc.
fneufeld@sycr.com, tingman@sycr.com

Nancy Newman on behalf of Creditor SmithGroup, Inc.
nnewman@hansonbridgett.com,
ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com

Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc
bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNg
uyen@bluecapitallaw.com

Bryan L Ngo on behalf of Interested Party All Care Medical Group, Inc.
bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNg
uyen@bluecapitallaw.com

Abigail V O'Brient on behalf of Creditor UMB Bank, N.A., as master indenture
trustee and Wells Fargo Bank, National Association, as indenture trustee
avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@min
tz.com

Abigail V O'Brient on behalf of Defendant UMB Bank, National Association
avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@min
tz.com

179522.1

Abigail V O'Brient on behalf of Interested Party Courtesy NEF
avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com

John R OKeefe, Jr on behalf of Creditor The Huntington National Bank
jokeefe@metzlewis.com, slohr@metzlewis.com

Matthew J Olson on behalf of Creditor Care Ambulance Service, Inc.
olson.matthew@dorsey.com, stell.laura@dorsey.com

Scott H Olson on behalf of Creditor NFS Leasing Inc
solson@vedderprice.com, scott-olson-
2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Giovanni Orantes on behalf of Creditor Seoul Medical Group Inc
go@gobklaw.com, gorantes@orantes-
law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr
89122@notify.bestcase.com

Giovanni Orantes on behalf of Other Professional Orantes Law Firm, P.C.
go@gobklaw.com, gorantes@orantes-
law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr
89122@notify.bestcase.com

Keith C Owens on behalf of Creditor GRM Information Management Services Inc.
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Creditor Messiahic Inc., a California corporation d/b/a
PayJunction
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens on behalf of Interested Party Microsoft Corporation
kowens@foxrothschild.com, khoang@foxrothschild.com

R Gibson Pagter, Jr. on behalf of Creditor Princess & Kehau Naope
gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

Paul J Pascuzzi on behalf of Creditor Toyon Associates, Inc.
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Lisa M Peters on behalf of Creditor GE HFS, LLC
lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

Christopher J Petersen on behalf of Creditor Infor (US), Inc.
cjpetersen@blankrome.com, gsolis@blankrome.com

Mark D Plevin on behalf of Creditor Alignment Health Plan
mplevin@crowell.com, cromo@crowell.com

Mark D Plevin on behalf of Creditor Medimpact Healthcare Systems
mplevin@crowell.com, cromo@crowell.com

Mark D Plevin on behalf of Interested Party Courtesy NEF
mplevin@crowell.com, cromo@crowell.com

Steven G. Polard on behalf of Creditor Schwalb Consulting, Inc.
steven.polard@ropers.com, calendar-
lao@ropers.com;melissa.tamura@ropers.com;anthony.arriola@ropers.com

David M Powlen on behalf of Creditor Roche Diagnostics Corporation
david.powlen@btlaw.com, pgroff@btlaw.com

Christopher E Prince on behalf of Creditor Kaiser Foundation Hospitals
cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

Lori L Purkey on behalf of Creditor Stryker Corporation
bareham@purkeyandassociates.com

William M Rathbone on behalf of Interested Party Cigna Healthcare of California,
Inc., and Llife Insurance Company of North America
wrathbone@grsm.com, jmydlandevans@grsm.com;sdurazo@grsm.com

Jason M Reed on behalf of Defendant U.S. Bank National Association
Jason.Reed@Maslon.com

Jason M Reed on behalf of Interested Party Courtesy NEF
Jason.Reed@Maslon.com

Jeffrey M. Reisner on behalf of Interested Party Prime Healthcare Management, Inc.
jreisner@steptoe.com, #-
FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com

179522.1

Michael B Reynolds on behalf of Creditor Blue Shield of California Promise Health
Plan fka Care1st Health Plan
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Creditor California Physicians' Service dba Blue
Shield of California
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Creditor Care 1st Health Plan
mreynolds@swlaw.com, kcollins@swlaw.com

Michael B Reynolds on behalf of Interested Party Courtesy NEF
mreynolds@swlaw.com, kcollins@swlaw.com

J. Alexandra Rhim on behalf of Creditor University of Southern California
arhim@hrhlaw.com

Emily P Rich on behalf of Creditor LYNN C. MORRIS, HILDA L. DAILY AND
NOE GUZMAN
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor SEIU United Healthcare Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Health and Welfare
Trust Fund
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P Rich on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Robert A Rich on behalf of Creditor C. R. Bard, Inc.
, candonian@huntonak.com

Robert A Rich on behalf of Creditor Eurofins VRL, Inc.
, candonian@huntonak.com

179522.1

Robert A Rich on behalf of Creditor Smith & Nephew, Inc.
, candonian@huntonak.com

Robert A Rich on behalf of Creditor VRL, Inc as successor to and assignee of
Viracor-IBT Laboratories, Inc and Eurofins VRL Los Angeles, Inc.
, candonian@huntonak.com

Lesley A Riis on behalf of Creditor Lesley c/o Riis
lriis@dpmclaw.com

Debra Riley on behalf of Creditor California Statewide Communities Development
Authority
driley@allenmatkins.com

Jason E Rios on behalf of Creditor Toyon Associates, Inc.
jrios@ffwplaw.com, docket@ffwplaw.com

Julie H Rome-Banks on behalf of Creditor Bay Area Surgical Management, LLC
julie@bindermalter.com

Mary H Rose on behalf of Interested Party Courtesy NEF
mrose@buchalter.com

Douglas B Rosner on behalf of Creditor Humana Inc and its affiliates
drosner@goulstonstorrs.com

Gregory A Rougeau on behalf of Creditor Bio-Medical Applications of California,
Inc.
grougeau@brlawsf.com

Gregory A Rougeau on behalf of Creditor Diem Anh Cao
grougeau@brlawsf.com

Gregory A Rougeau on behalf of Creditor Gregory Armand Spectra Laboratories
grougeau@brlawsf.com

Megan A Rowe on behalf of Interested Party INTERESTED PARTY
mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com

Gregory M Salvato on behalf of Creditor Cynthia Sorto
gsalvato@salvatolawoffices.com,

179522.1

calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inf
oruptcy.com

Nathan A Schultz on behalf of Creditor Swinerton Builders
nschultz@goodwinlaw.com

Nathan A Schultz on behalf of Interested Party Microsoft Corporation
nschultz@goodwinlaw.com

Mark A Serlin on behalf of Creditor RightSourcing, Inc.
ms@swllplaw.com, mor@swllplaw.com

Seth B Shapiro on behalf of Creditor United States Department of Health and Human
Services
seth.shapiro@usdoj.gov

David B Shemano on behalf of Creditor Bayer Healthcare LLC
dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Ernesto Madrigal
dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Iris Lara
dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Jarmaine Johns
dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Tanya Llera
dshemano@shemanolaw.com

David B Shemano on behalf of Creditor Waheed Wahidi
dshemano@shemanolaw.com

Joseph Shickich on behalf of Interested Party Microsoft Corporation
jshickich@riddellwilliams.com

Mark Shinderman on behalf of Defendant U.S. Bank National Association
mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Mark Shinderman on behalf of Plaintiff Official Committee of Unsecured Creditors of

Verity Health System of California, Inc., et al.
mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Kyrsten Skogstad on behalf of Creditor California Nurses Association
kskogstad@calnurses.org, rcraven@calnurses.org

Kyrsten Skogstad on behalf of Interested Party Courtesy NEF
kskogstad@calnurses.org, rcraven@calnurses.org

Kyrsten Skogstad on behalf of Plaintiff California Nurses Association
kskogstad@calnurses.org, rcraven@calnurses.org

Michael St James on behalf of Interested Party Medical Staff of Seton Medical Center
ecf@stjames-law.com

Andrew Still on behalf of Creditor California Physicians' Service dba Blue Shield of
California
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Creditor Care 1st Health Plan
astill@swlaw.com, kcollins@swlaw.com

Andrew Still on behalf of Interested Party Courtesy NEF
astill@swlaw.com, kcollins@swlaw.com

Jason D Strabo on behalf of Creditor U.S. Bank National Association, not
individually, but as Indenture Trustee
jstrabo@mwe.com, cfuraha@mwe.com

Jason D Strabo on behalf of Defendant U.S. Bank National Association
jstrabo@mwe.com, cfuraha@mwe.com

Sabrina L Streusand on behalf of Creditor NTT DATA Services Holding Corporation
Streusand@slollp.com

Ralph J Swanson on behalf of Creditor O'Connor Building LLC
ralph.swanson@berliner.com, sabina.hall@berliner.com

Michael A Sweet on behalf of Creditor Swinerton Builders
msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com

179522.1

Michael A Sweet on behalf of Interested Party Microsoft Corporation
msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com

James M Toma on behalf of Interested Party Xavier Becerra, Attorney General of
California
james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov

Gary F Torrell on behalf of Interested Party Courtesy NEF
gtorrell@health-law.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Cecelia Valentine on behalf of Creditor National Labor Relations Board
cecelia.valentine@nlrb.gov

Cecelia Valentine on behalf of Creditor National Labor Relations Board, Region 31
cecelia.valentine@nlrb.gov

Jason Wallach on behalf of Interested Party Courtesy NEF
jwallach@ghplaw.com, g33404@notify.cincompass.com

Kenneth K Wang on behalf of Creditor California Department of Health Care
Services
kenneth.wang@doj.ca.gov,
Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov

Phillip K Wang on behalf of Creditor Delta Dental of California
phillip.wang@rimonlaw.com, david.kline@rimonlaw.com

Sharon Z. Weiss on behalf of Creditor US Foods, Inc.
sharon.weiss@bclplaw.com, raul.morales@bclplaw.com

Adam G Wentland on behalf of Creditor CHHP Holdings II, LLC
awentland@tocounsel.com, lkwon@tocounsel.com

Adam G Wentland on behalf of Creditor CPH Hospital Management, LLC
awentland@tocounsel.com, lkwon@tocounsel.com

Adam G Wentland on behalf of Creditor Eladh, L.P.
awentland@tocounsel.com, lkwon@tocounsel.com

179522.1

Adam G Wentland on behalf of Creditor Gardena Hospital L.P.
awentland@tocounsel.com, lkwon@tocounsel.com

Latonia Williams on behalf of Creditor AppleCare Medical Group
lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Group, Inc.
lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor AppleCare Medical Management, LLC
lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams on behalf of Creditor St. Francis Inc.
lwilliams@goodwin.com, bankruptcy@goodwin.com

Michael S Winsten on behalf of Creditor DaVita Inc.
mike@winsten.com

Michael S Winsten on behalf of Interested Party Courtesy NEF
mike@winsten.com

Rebecca J Winthrop on behalf of Creditor AT&T Corp.
rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com

Rebecca J Winthrop on behalf of Creditor AT&T Corporation and AT&T Services,
Inc. and their affiliates
rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com

Jeffrey C Wisler on behalf of Interested Party Cigna Healthcare of California, Inc.,
and Llife Insurance Company of North America
jwisler@connollygallagher.com, dperkins@connollygallagher.com

Neal L Wolf on behalf of Creditor San Jose Medical Group, Inc.
nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

Neal L Wolf on behalf of Creditor Sports, Orthopedic and Rehabilitation Associates
nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

Neal L Wolf on behalf of Defendant LOCAL INITIATIVE HEALTH AUTHORITY
FOR LOS ANGELES COUNTY DBA L.A. CARE HEALTH PLAN, an independent

179522.1

local public agency
nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

Claire K Wu on behalf of Interested Party Courtesy NEF
ckwu@sulmeyerlaw.com,
mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com

Steven D Wyllie on behalf of Creditor National Labor Relations Board, Region 31
steven.wyllie@nlrb.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

Andrew J Ziaja on behalf of Interested Party Engineers and Scientists of California
Local 20, IFPTE
aziaja@leonardcarder.com,
sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com

Rose Zimmerman on behalf of Interested Party City of Daly City
rzimmerman@dalycity.org

179522.1