> **THIS IS A SUPPLEMENT TO THE EMERGENCY OMNIBUS MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AS OF THE CLOSING DATE OF THE SALE OF ST. FRANCIS MEDICAL CENTER**
>
> **PARTIES RECEIVING THIS SUPPLEMENT SHOULD LOCATE THEIR NAMES AND CONTRACTS ON THE AMENDED EXHIBIT ATTACHED TO THIS MOTION. YOUR RIGHTS MAY BE AFFECTED BY THE EMERGENCY MOTION AND YOU SHOULD THEREFORE READ IT CAREFULLY.**

HENRY C. KEVANE (CA Bar No. 125757)
hkevane@pszjlaw.com
SHIRLEY S. CHO (CA Bar No. 192616)
scho@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Tel: (415) 263-7000 / Fax: (415) 263-7010

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☒ Affects All Debtors<br>☐ Affects Verity Health System of California, Inc.<br>☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital<br>☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center<br>☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation<br>☐ Affects Saint Louise Regional Hospital Foundation<br>☐ Affects St. Francis Medical Center of Lynwood Foundation<br>☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc.<br>☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services<br>☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC<br>☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:18-bk-20151-ER<br><br>Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER<br>Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER<br>Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER<br>Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER<br>Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER<br>Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER<br>Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER<br>Case No. 2:18-bk-20181-ER<br><br>Hon. Ernest M. Robles<br><br>Chapter 11 Cases<br><br>**SUPPLEMENT TO DEBTORS' EMERGENCY MOTION AND SEVENTH OMNIBUS MOTION TO REJECT, PURSUANT TO 11 U.S.C. § 365(A), CERTAIN PAYOR, ADMINISTRATIVE AND RISK-SHARING AGREEMENTS** |

| | |
|---|---|
| | [Relates to Docket Nos. 4511, 4634, 4873, 4993, 5266, 5424, 5441] |
| | Hearing:<br>Date: August 12, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 1568<br>225 E. Temple Street<br>Los Angeles, CA 90012 |

Verity Health System of California, Inc. ("VHS") and the affiliated debtors, the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 bankruptcy cases (the "Cases"), hereby file this supplement (the "Supplement") to the *Debtors' Emergency Motion and Seventh Omnibus Motion to Reject, Pursuant to 11 U.S.C. § 365(a), Certain Payor, Administrative and Risk-Sharing Agreements* [5424] ("Motion"),[1] for the entry of an order rejecting certain agreements between St. Francis Medical Center ("SFMC" or "Hospital") and the various health benefit plan payors and medical groups (collectively, the "Payors"), pursuant to § 365(a),[2] effective as of the closing date (the "Closing Date") of the sale (the "Sale") of SFMC.

## I.

## SUPPLEMENT

The Motion seeks rejection of certain agreements between SFMC and the Payors[3] listed on Exhibit "A" to the Motion (collectively, the "Agreements"). Exhibit "A" reflected one agreement with DaVita, Inc. Based on communications with counsel to DaVita, Inc., the Debtors hereby modify Exhibit "A" to correctly identify two agreements with DaVita, Inc. and DaVita Healthcare Partners.[4]

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

[2] Unless specified otherwise, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and all "Rule" references are to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. All "LBR" references are to the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California.

[3] Pachulski Stang Ziehl & Jones LLP will address any objections or response to the relief sought in this Motion filed by clients of Dentons US LLP.

[4] Any counter-party to a contract listed on **Exhibit "A"** hereto that is uncertain of the agreement being rejected by the Motion should contact counsel for the Debtors. The Debtors will attach a final exhibit to the order entered on the Motion with any updated or revised information.

- 2 -

US_Active\115289808\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# II.

# **CONCLUSION**

**WHEREFORE**, for the reasons set forth in the Motion, the Debtors respectfully request that this Court enter an order (i) authorizing them to reject[5] the Agreements effective as of the Closing Date of the Sale, (ii) fixing the last day for the applicable contract counterparty to file a proof of claim arising from the rejection of its Agreement under Bankruptcy Rule 3002(c), and (iii) granting such other and further relief as is proper under the circumstances.

Dated: August 12, 2020

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON
NICHOLAS A. KOFFROTH

By  */s/ Tania M. Moyron*
    Tania M. Moyron

Attorneys for Verity Health Systems of California, Inc., *et al.*

---

[5] Nothing in the Motion precludes or otherwise affects one or more Debtors from asserting (a) any claim it may have against a party to an Agreement for the recovery of any outstanding unpaid or underpaid reimbursement or other compensation, or (b) that any Agreement is no longer executory.

## Exhibit A

**Amended Exhibit of Agreements**

**Verity Health System**
**St. Francis Medical Center - Amended Fee for Service, Managed Care and Other Payor Agreements to be Rejected**

| Ref # | Debtor | Contract Counterparty | Nature of Contact (1) |
|---|---|---|---|
| **Risk Agreements:** | | | |
| 1 | SFMC | APPLECARE MEDICAL GROUP ST. FRANCIS, INC. ("AMGSF") | RISK SHARING AGREEMENT DATED AS OF JANUARY 1, 2004 |
| 2 | SFMC | APPLECARE MEDICAL GROUP, INC. ("AMGDO") | RISK SHARING AGREEMENT DATED AS OF JUNE 1, 2007 |
| 3 | SFMC | APPLECARE MEDICAL GROUP, INC. / APPLECARE MEDICAL GROUP ST. FRANCIS, INC. | ANCILLARY PROVIDER SERVICES AGREEMENT DATED AS OF FEBRUARY 1, 2000 |
| 4 | SFMC | APPLECARE MEDICAL MANAGEMENT, LLC | CAPITATION MANAGEMENT AGREEMENT DATED AS OF AUGUST 1, 2010 |
| **Capitation Agreements:** | | | |
| 5 | SFMC | ALIGNMENT HEALTH SENIOR | MEDICARE ADVANTAGE HOSPITAL SERVICE AGREEMENT: AMGSF / AMGDO |
| 6 | SFMC | BLUE CROSS SENIOR | CAPITATION AGREEMENT: AMGSF / AMGDO |
| 7 | SFMC | BLUE SHIELD SENIOR | CAPITATION AGREEMENT: AMGSF / AMGDO |
| 8 | SFMC | EASY CHOICE SENIOR | CAPITATION AGREEMENT: AMGSF / AMGDO |
| 9 | SFMC | HEALTH NET | PROVIDER PARTICIPATION AGREEMENT EFFECTIVE MAY 1, 2008 |
| 10 | SFMC | HUMANA SENIOR | CAPITATION AGREEMENT: AMGSF / AMGDO |
| 11 | SFMC | L.A. CARE CMC | CAPITATION AGREEMENT: AMGSF / AMGDO |
| 12 | SFMC | SCAN SENIOR | CAPITATION AGREEMENT: AMGSF / AMGDO |
| 13 | SFMC | MOLINA MEDICAL | CAPITATION AGREEMENT: ANGELES |
| 14 | SFMC | CARE 1ST | CARE 1ST FULL RISK CONTRACT WITH ANGELES IPA MEDI-CAL EFFECTIVE 1-1-2017 |
| 15 | SFMC | CARE 1ST | CARE 1ST FULL RISK CONTRACT WITH APPLECARE MEDICAL GROUP DOWNEY-SELECT MEDICARE EFFECTIVE 7-1-2014 |
| 16 | SFMC | CARE 1ST | CARE 1ST FULL RISK CONTRACT WITH APPLECARE MEDICAL GROUP ST. FRANCIS MEDICARE EFFECTIVE 7-1-2014 |
| 17 | SFMC | CARE 1ST | CARE 1ST HOSPITAL SERVICES AGREEMENT EFFECTIVE 1-1-2013, INCLUDING MEDICARE FEE FOR SERVICE 1-1-2013 AMENDMENT (ADDING MEDICARE FULL RISK FOR APPLECARE MEDICAL GROUP DOWNEY 7-1-2013) |
| **Other Related Agreements: Hospital Services, Fee for Service, Facility Services, Ancillary Services, Provider Agreements, Managed Care Vendor** | | | |
| 18 | SFMC | AETNA | CALIFORNIA NON-CAPITATED HOSPITAL SERVICES AGREEMENT / MEDICARE AMENDMENT EFFECTIVE 4/10/10 |
| 19 | SFMC | AHMC HEALTHCARE INC. | HOSPITAL SERVICES AGREEMENT |
| 20 | SFMC | AMERICA'S CHOICE PROVIDER NETWORK | HOSPITAL SERVICES AGREEMENT |
| 21 | SFMC | ANTHEM BLUE CROSS | FACILITY SERVICES AGREEMENT |
| 22 | SFMC | ANTHEM BLUE CROSS MEDICAL | HOSPITAL SERVICES AGREEMENT |
| 23 | SFMC | ALTAMED COMMERCIAL, SENIORCAP, MEDICAL | PARTICIPATING PROVIDER AGREEMENT |
| 24 | SFMC | ALTAMED SENIOR BUENA CARE | PARTICIPATING PROVIDER AGREEMENT |
| 25 | SFMC | BLUE SHIELD OF CALIFORNIA | HOSPITAL SERVICES AGREEMENT |
| 26 | SFMC | BRAND NEW DAY HMO - UNIVERSAL CARE | LETTER OF AGREEMENT |
| 27 | SFMC | CARE 1ST HEALTH PLAN HMO | HOSPITAL SERVICES AGREEMENT |
| 28 | SFMC | CENTRAL HEALTH PLAN | HOSPITAL SERVICES AGREEMENT |
| 29 | SFMC | DAVITA HEALTHCARE PARTNERS | HOSPITAL SERVICES AGREEMENT |
| 30 | SFMC | DAVITA INC. | DIALYSIS MANAGED CARE AGREEMENT |
| 31 | SFMC | DVA RENAL HEALTHCARE, INC. | ACUTE SERVICES AGREEMENT |
| 32 | SFMC | FIRST HEALTH GROUP CORP | FEE FOR SERVICE AGREEMENT |
| 33 | SFMC | HEALTH NET, INC. | PROVIDER PARTICIPATION AGREEMENT EFFECTIVE MAY 1, 2008 (FEE FOR SERVICE) |
| 34 | SFMC | CHOICE CARE - HUMANA HEALTH PLAN | FEE FOR SERVICE AGREEMENT |
| 35 | SFMC | HEALTH VALUE MANAGEMENT DBA CHOICE CARE NETWORK (HUMANA) | FEE FOR SERVICE AGREEMENT |
| 36 | SFMC | HERITAGE PROVIDER NETWORK INC | HOSPITAL SERVICES AGREEMENT |
| 37 | SFMC | HONORED CITIZENS CHOICE HEALTH PLAN MA (ALSO CITIZENS CHOICE HEALTHPLAN) | FEE FOR SERVICE AGREEMENT |
| 38 | SFMC | KAISER FOUNDATION HOSPITALS | HOSPITAL SERVICES AGREEMENT |
| 39 | SFMC | L.A. CARE HEALTH PLAN | HOSPITAL SERVICES AGREEMENT |

**Verity Health System**

**St. Francis Medical Center - Amended Fee for Service, Managed Care and Other Payor Agreements to be Rejected**

| Ref # | Debtor | Contract Counterparty | Nature of Contact (1) |
|---|---|---|---|
| 40 | SFMC | LATINO HEALTH CARE | FEE FOR SERVICE AGREEMENT |
| 41 | SFMC | LATINO HEALTH CARE | ANCILLARY SERVICES AGREEMENT |
| 42 | SFMC | MANAGED HEALTH NETWORK, INC. DBA MHN INC | FEE FOR SERVICE AGREEMENT |
| 43 | SFMC | MOLINA HEALTHCARE OF CALIFORNIA | HOSPITAL SERVICES AGREEMENT |
| 44 | SFMC | MULTIPLAN, INC. | FEE FOR SERVICE AGREEMENT |
| 45 | SFMC | SCAN HEALTH PLAN | FEE FOR SERVICE AGREEMENT |
| 46 | SFMC | IMPERIAL HEALTH PLAN VHS | FEE FOR SERVICE AGREEMENT |
| 47 | SFMC | NX HEALTH NETWORK | PARTICIPATING FACILITY AGREEMENT |
| 48 | SFMC | TRICARE HEALTH NET FEDERAL | FACILITY SERVICES AGREEMENT |
| 49 | SFMC | INTERPLAN | FEE FOR SERVICE AGREEMENT |
| 50 | SFMC | INTEGRATED HEALTH PLAN | FEE FOR SERVICE AGREEMENT |
| 51 | SFMC | COUNTY OF LOS ANGELES DEPARTMENT OF MENTAL HEALTH | PARTICIPATING PROVIDER AGREEMENT |
| 52 | SFMC | COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH | PARTICIPATING PROVIDER AGREEMENT |
| 53 | SFMC | LONG BEACH MEMORIAL MEDICAL CENTER | PROVIDER SERVICES AGREEMENT |
| 54 | SFMC | UNIVERSITY OF SOUTHERN CALIFORNIA | PROVIDER SERVICES AGREEMENT |
| 55 | SFMC | CEDARS SINAI MEDICAL CENTER | PROVIDER SERVICES AGREEMENT |
| 56 | SFMC | SOUTHERN CALIFORNIA CROSSROADS | PARTICIPATING PROVIDER AGREEMENT |
| 57 | SFMC | BEVERLY HEALTHCARE COMMUNITY CARE CENTER DBA BEVERLY HEALTHCARE-CALIFORNIA, INC. | MANAGED CARE VENDOR AGREEMENT |
| 58 | SFMC | J&S HOME HEALTH SERVICES, INC. | MANAGED CARE VENDOR AGREEMENT |
| 59 | SFMC | M/S SURGERY CENTER, LLC | PARTICIPATING PROVIDER AGREEMENT |
| 60 | SFMC | BLOOMFIELD EAST | MANAGED CARE VENDOR AGREEMENT |

(1) Agreements may have been amended and supplemented from time to time