1

**JONES DAY**
Bruce S. Bennett (Cal. Bar No. 105430)
2   555 South Flower St., Fiftieth Floor
Los Angeles, California 90071
3   Telephone: (213) 489-3939
Fax: (213) 243-2539
4   Email: bbennett@jonesday.com

**JONES DAY**
Benjamin Rosenblum (*Pro Hac Vice*)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Fax: (212) 755-7306
Email: brosenblum@jonesday.com

5   *Counsel for Verity MOB Financing LLC*
*and Verity MOB Financing II LLC*

6

7   **UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

8

9   In re:

VERITY HEALTH SYSTEM OF
10  CALIFORNIA, INC., *et al.*,

11          Debtors and Debtors In Possession.

12  ☒ Affects All Debtors
☐ Affects Verity Health System
13     of California, Inc.
☐ Affects O'Connor Hospital
14  ☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
15  ☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
16  ☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital
17     Foundation
☐ Affects St. Francis Medical Center of
18     Lynwood Foundation
☐ Affects St. Vincent Foundation
19  ☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
20  ☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
21  ☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
22  ☐ Affects De Paul Ventures - San Jose
Dialysis, LLC

Debtors and Debtors In Possession.

Lead Case No. 2:18-bk-20151-ER
Jointly Administered

CASE NO.: 2:18-bk-20162-ER
CASE NO.: 2:18-bk-20163-ER
CASE NO.: 2:18-bk-20164-ER
CASE NO.: 2:18-bk-20165-ER
CASE NO.: 2:18-bk-20167-ER
CASE NO.: 2:18-bk-20168-ER
CASE NO.: 2:18-bk-20169-ER
CASE NO.: 2:18-bk-20171-ER
CASE NO.: 2:18-bk-20172-ER
CASE NO.: 2:18-bk-20173-ER
CASE NO.: 2:18-bk-20175-ER
CASE NO.: 2:18-bk-20176-ER
CASE NO.: 2:18-bk-20178-ER
CASE NO.: 2:18-bk-20179-ER
CASE NO.: 2:18-bk-20180-ER
CASE NO.: 2:18-bk-20181-ER

Chapter 11 Cases
Hon. Judge Ernest M. Robles

**NOTICE OF WITHDRAWAL OF
APPEARANCE OF PETER S. SABA
AND REQUEST TO BE REMOVED
FROM THE (1) SERVICE LIST; (2)
MAILING MATRIX; AND (3) THE
COURT'S ECF SYSTEM**

1  TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN

2  INTEREST, PLEASE TAKE NOTICE AS FOLLOWS:

3

4        PLEASE TAKE NOTICE that Peter Saba, admitted *pro hac vice* in these cases to

   represent Verity MOB Financing LLC and Verity MOB Financing II LLC (Docket 3455), is no
5
   longer associated with the law firm of Jones Day and hereby withdraws his appearance in these
6
   cases.  Verity MOB Financing, LLC and Verity MOB Financing II, LLC, creditors and parties in
7
   interest in the above captioned bankruptcy cases, will continue to be represented by Jones Day
8
   attorneys Bruce Bennett and Benjamin Rosenblum, who have entered their appearances in this
9
   case.
10

11        PLEASE TAKE FURTHER NOTICE that Peter Saba requests to be removed from the

12  following: (1) Service List; (2) Mailing Matrix; and (3) the Court's Electronic Notice system in

13  this matter.

14
   Dated:  August 27, 2020
15

16

17

18  Peter Saba
   (Admitted *pro hac vice*)
19

20

21

22

23

24

25

26

27

28

/s/ *Bruce S. Bennett*
JONES DAY
Bruce S. Bennett (Cal. Bar. No. 105430)
555 South Flower St., Fiftieth Floor
Los Angeles, California 90071
Telephone:  (213) 489-3939
Fax:  (213) 243-2539
Email: bbennett@jonesday.com

and

Benjamin Rosenblum (Pro Hac Vice)
250 Vesey Street
New York, New York 10281 Telephone:
(212) 326-3939
Fax:  (212) 755-7306
Email: brosenblum@jonesday.com

*Counsel for Verity MOB Financing LLC
and Verity MOB Financing II LLC*

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Jones Day 250 Vesey Street, New York, New York 10281.**

A true and correct copy of the foregoing document entitled:  **Notice of Withdrawal of Appearance of Peter S. Saba and Request to be Removed From The (1) Service List; (2) Mailing Matrix; and (3) The Court's ECF System** will be served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 27, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 27, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2020 | Marguerite M. Melvin | */s/ Marguerite M. Melvin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

1. **VIA NEF**

- Alexandra Achamallah    aachamallah@milbank.com, rliubicic@milbank.com
- Melinda Alonzo    ml7829@att.com
- Robert N Amkraut    ramkraut@foxrothschild.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Simon Aron    saron@wrslawyers.com
- Lauren T Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Allison R Axenrod    allison@claimsrecoveryllc.com
- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Cristina E Bautista    cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Jacob Beiswenger    jbeiswenger@omm.com, jacob-beiswenger-5566@ecf.pacerpro.com;swarren@omm.com
- Ron Bender    rb@lnbyb.com
- Bruce Bennett    bbennett@jonesday.com
- Peter J Benvenutti    pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- Leslie A Berkoff    lberkoff@moritthock.com, hmay@moritthock.com
- Steven M Berman    sberman@slk-law.com, mceriale@shumaker.com
- Stephen F Biegenzahn    efile@sfblaw.com
- Karl E Block    kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Michael D Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- Chane Buck    cbuck@jonesday.com
- Lori A Butler    butler.lori@pbgc.gov, efile@pbgc.gov
- Howard Camhi    hcamhi@mrllp.com, bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;echun@mrllp.com;jkissinger@mrllp.com
- Barry A Chatz    barry.chatz@saul.com, jurate.medziak@saul.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Louis J. Cisz    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- Marcus Colabianchi    mcolabianchi@duanemorris.com
- Kevin Collins    kevin.collins@btlaw.com, Tabitha.davis@btlaw.com
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- David N Crapo    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- Mariam Danielyan    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Aaron Davis    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- Lauren A Deeb    lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Daniel Denny      ddenny@milbank.com
- Kerry L Duffy      kduffy@bzbm.com, cchou@bzbm.com
- Anthony Dutra      adutra@hansonbridgett.com
- Kevin M Eckhardt      kevin.eckhardt@gmail.com, keckhardt@hunton.com
- Lei Lei Wang Ekvall      lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- David K Eldan      david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov
- Andy J Epstein      taxcpaesq@gmail.com
- Richard W Esterkin      richard.esterkin@morganlewis.com
- Christine R Etheridge      christine.etheridge@ikonfin.com
- M Douglas Flahaut      flahaut.douglas@arentfox.com
- Michael G Fletcher      mfletcher@frandzel.com, sking@frandzel.com
- Joseph D Frank      jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- William B Freeman      bill.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- John-Patrick M Fritz      jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Eric J Fromme      efromme@tocounsel.com, stena@tocounsel.com
- Amir Gamliel      amir-gamliel-9554@ecf.pacerpro.com,
  cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Jeffrey K Garfinkle      jgarfinkle@buchalter.com,
  docket@buchalter.com;dcyrankowski@buchalter.com
- Thomas M Geher      tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- Lawrence B Gill      lgill@nelsonhardiman.com,
  rrange@nelsonhardiman.com;ksherry@nelsonhardiman.com;mmarkwell@nelsonhardiman.com
- Paul R. Glassman      pglassman@sycr.com
- Matthew A Gold      courts@argopartners.net
- Eric D Goldberg      eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Marshall F Goldberg      mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- Richard H Golubow      rgolubow@wghlawyers.com,
  pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Barbara R Gross      barbara@bgross.law, luz@bgross.law
- David M. Guess      guessd@gtlaw.com
- Anna Gumport      agumport@sidley.com
- Mary H Haas      maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com
- Craig N Haring      charing@blankrome.com, arc@blankrome.com
- Melissa T Harris      harris.melissa@pbgc.gov, efile@pbgc.gov
- James A Hayes      jhayes@zinserhayes.com, jhayes@jamesahayesaplc.com
- Michael S Held      mheld@jw.com
- Lawrence J Hilton      lhilton@onellp.com,
  lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com;
  nlichtenberger@onellp.com
- Robert M Hirsh      rhirsh@lowenstein.com
- Florice Hoffman      fhoffman@socal.rr.com, floricehoffman@gmail.com
- Lee F Hoffman      leehoffmanjd@gmail.com, lee@fademlaw.com
- Marshall J Hogan      mhogan@swlaw.com, knestuk@swlaw.com
- Michael Hogue      hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com
- Matthew B Holbrook      mholbrook@sheppardmullin.com, amartin@sheppardmullin.com
- David I Horowitz      david.horowitz@kirkland.com,
  keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granad
  os@kirkland.com
- Virginia Hoyt      scif.legal.bk@scif.com

1  
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
2  
- Joan Huh    joan.huh@cdtfa.ca.gov
- Carol A Igoe    cigoe@calnurses.org, ttschneaux@calnurses.org
3  
- Benjamin Ikuta    bikuta@hml.law
- Lawrence A Jacobson    laj@cohenandjacobson.com
4  
- John Mark Jennings    johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com
- Monique D Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
5  
- Crystal Johnson    M46380@ATT.COM
- Gregory R Jones    gjones@mwe.com, rnhunter@mwe.com
6  
- Jeff D Kahane    jkahane@duanemorris.com, dmartinez@duanemorris.com
- Steven J Kahn    skahn@pszyjw.com
7  
- Cameo M Kaisler    salembier.cameo@pbgc.gov, efile@pbgc.gov
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
8  
- Ori Katz    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- Gerald P Kennedy    gerald.kennedy@procopio.com,
9  
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- Payam Khodadadi    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
10  
- Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- Jane Kim    jkim@kellerbenvenutti.com
11  
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Benjamin R King    bking@loeb.com,
12  
  karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- Gary E Klausner    gek@lnbyb.com
13  
- David A Klein    david.klein@kirkland.com
- Nicholas A Koffroth    nick.koffroth@dentons.com, chris.omeara@dentons.com
14  
- Joseph A Kohanski    jkohanski@bushgottlieb.com,
15  
  kprestegard@bushgottlieb.com;gmccoy@bushgottlieb.com
- Jolene E Kramer    bankruptcycourtnotices@unioncounsel.net, jkramer@unioncounsel.net
16  
- David S Kupetz    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
17  
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Darryl S Laddin    bkrfilings@agg.com
18  
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Richard A Lapping    richard@lappinglegal.com
19  
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Nathaniel M Leeds    nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
20  
- David E Lemke    david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
21  
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Elan S Levey    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
22  
- Kerri A Lyman    klyman@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com
23  
- Tracy L Mainguy    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
24  
- Samuel R Maizel    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;
25  
  kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- Alvin Mar    alvin.mar@usdoj.gov, dare.law@usdoj.gov
26  
- Craig G Margulies    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;
27  
  Angela@MarguliesFaithlaw.com
- Kevin Meek    kmeek@robinskaplan.com,
28  
  kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

- Hutchison B Meltzer    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- John J Menchaca (TR)    jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Susan I Montgomery    susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com; montgomerysr71631@notify.bestcase.com
- Monserrat Morales    Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com; Angela@MarguliesFaithlaw.com
- Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com
- Marianne S Mortimer    mmartin@jmbm.com
- Tania M Moyron    tania.moyron@dentons.com, chris.omeara@dentons.com;nick.koffroth@dentons.com;kathryn.howard@dentons.com; Sonia.martin@dentons.com;Isabella.hsu@dentons.com;lee.whidden@dentons.com; Jacqueline.whipple@dentons.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Akop J Nalbandyan    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Charles E Nelson    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- Sheila Gropper Nelson    shedoesbklaw@aol.com
- Mark A Neubauer    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- Fred Neufeld    fneufeld@sycr.com, tingman@sycr.com
- Nancy Newman    nnewman@hansonbridgett.com, ajackson@hansonbridgett.com;calendarclerk@hansonbridgett.com
- Bryan L Ngo    bngo@fortislaw.com, BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- John R OKeefe    jokeefe@metzlewis.com, slohr@metzlewis.com
- Matthew J Olson    olson.matthew@dorsey.com, stell.laura@dorsey.com
- Scott H Olson    solson@vedderprice.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- Giovanni Orantes    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com; orantesgr89122@notify.bestcase.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- R Gibson Pagter    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- Lisa M Peters    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com
- Mark D Plevin    mplevin@crowell.com, cromo@crowell.com
- Steven G. Polard    spolard@ch-law.com, calendar-lao@rmkb.com;melissa.tamura@rmkb.com;anthony.arriola@rmkb.com
- David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

1
- Lori L Purkey    bareham@purkeyandassociates.com

2
- William M Rathbone    wrathbone@grsm.com, jmydlandevans@grsm.com;sdurazo@grsm.com
- Jason M Reed    Jason.Reed@Maslon.com

3
- Jeffrey M. Reisner    jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com

4
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- J. Alexandra Rhim    arhim@hrhlaw.com

5
- Emily P Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Robert A Rich    , candonian@huntonak.com

6
- Lesley A Riis    lriis@dpmclaw.com
- Debra Riley    driley@allenmatkins.com

7
- Jason E Rios    jrios@ffwplaw.com, docket@ffwplaw.com
- Julie H Rome-Banks    julie@bindermalter.com

8
- Mary H Rose    mrose@buchalter.com
- Douglas B Rosner    drosner@goulstonstorrs.com

9
- Gregory A Rougeau    grougeau@brlawsf.com
- Megan A Rowe    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com

10
- Gregory M Salvato    gsalvato@salvatolawoffices.com, calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;

11
  gsalvato@ecf.inforuptcy.com
- Nathan A Schultz    nschultz@goodwinlaw.com

12
- Mark A Serlin    ms@swllplaw.com, mor@swllplaw.com
- Seth B Shapiro    seth.shapiro@usdoj.gov

13
- David B Shemano    dshemano@shemanolaw.com
- Joseph Shickich    jshickich@riddellwilliams.com

14
- Mark Shinderman    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

15
- Kyrsten Skogstad    kskogstad@calnurses.org, rcraven@calnurses.org

16
- Michael St James    ecf@stjames-law.com
- Andrew Still    astill@swlaw.com, kcollins@swlaw.com

17
- Jason D Strabo    jstrabo@mwe.com, cfuraha@mwe.com
- Sabrina L Streusand    Streusand@slollp.com

18
- Ralph J Swanson    ralph.swanson@berliner.com, sabina.hall@berliner.com
- Michael A Sweet    msweet@foxrothschild.com,

19
  swillis@foxrothschild.com;pbasa@foxrothschild.com
- James M Toma    james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov

20
- Gary F Torrell    gtorrell@health-law.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

21
- Cecelia Valentine    cecelia.valentine@nlrb.gov
- Jason Wallach    jwallach@ghplaw.com, g33404@notify.cincompass.com

22
- Kenneth K Wang    kenneth.wang@doj.ca.gov, Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov

23
- Phillip K Wang    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com

24
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Adam G Wentland    awentland@tocounsel.com, lkwon@tocounsel.com

25
- Latonia Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com
- Michael S Winsten    mike@winsten.com

26
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com

27
- Jeffrey C Wisler    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- Neal L Wolf    nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

28
- Claire K Wu    ckwu@sulmeyerlaw.com,

mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com
- Steven D Wyllie    steven.wyllie@nlrb.gov
- Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- Andrew J Ziaja    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- Rose Zimmerman    rzimmerman@dalycity.org

1
2

**SERVICE LIST**
2. **VIA USPS**

3

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Aetna Life Insurance Company | Attn: Paul Weller, Head of Provider Litigation | 1425 Union Meeting Rd. | Mail Stop U23S | | Blue Bell | PA | 19422 |
| Allscripts Healthcare LLC | c/o Greg Bianchi | 5995 Windward Pkwy | | | Alpharetta | GA | 30005-4184 |
| Attorney General of California | Xavier Becerra | California Department of Justice | 1300 "I" Street | | Sacramento | CA | 95814 |
| Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| California Department of Health Care Services | Jennifer Kent, Director | 1501 Capitol Avenue, Suite 4510 | | | Sacramento | CA | 95814 |
| California Secretary of State | | 1500 11th Street | | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | | 1625 North Market Boulevard | | | Sacramento | CA | 95834 |
| Department of Health Care Services | Tanya Homman, Chief of Provider Enrollment Division | MS 4704, P.O. Box 997412 | | | Sacramento | CA | 95899-7412 |
| Devaney Pate Morris & Cameron, LLP | c/o Lesley A. Riis | 402 W. Broadway, Suite 1300 | | | San Diego | CA | 92101 |
| Employment Development Dept. | | 722 Capitol Mall, MIC 92E | | | Sacramento | CA | 95814 |
| Engineers and Scientists of California  IFPTE Local 20 AFL-CIO & CLC | Danielle Lucido Chief Counsel | 810 Clay St | | | Oakland | CA | 94607 |
| Hunton Andrews Kurth LLP | Kevin M. Eckhardt | 550 South Hope Street, Suite 2000 | | | Los Angeles | CA | 90071 |
| Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Addre ss 3 | City | Stat e | Zip |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | | Philadel phia | PA | 19101-7346 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadel phia | PA | 19104 |
| Internal Revenue Service | | 300 North Los Angeles Street | | | Los Angeles | CA | 90012 |
| Internal Revenue Service | | 600 Arch Street | | | Philadel phia | PA | 19101 |
| Loeb & Loeb LLP | Lance N. Jurich, Esq | 10100 Santa Monica Blvd., Suite 2200 | | | Los Angeles | CA | 90067-4120 |
| Lord, Abbett & Co LLC | Robert Gerber | | | | | | |
| Los Angeles County Tax Collector | | PO Box 54110 | | | Los Angeles | CA | 90054-0110 |
| Office of the California Attorney General | Department of Justice | Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Perkins Coie LLP | Schuyler G. Carroll | 30 Rockefeller Plaza, 22nd Floor | | | New York | NY | 10112-0085 |
| Securities and Exchange Commission | | 200 Vesey Street, #400 | | | New York | NY | 10281 |
| State of California Board of Equalization | Account Information Group, MIC: 29 | P.O. Box 942879 | | | Sacrame nto | CA | 94279-0029 |
| State of California Board of Equalization | Executive Director | 450 N Street, MIC: 73 | | | Sacrame nto | CA | 95814-0073 |
| State of California Board of Equalization | Special Operations Bankruptcy Team MIC: 74 | P.O. Box 942879 | | | Sacrame nto | CA | 94279-0074 |
| State of California Employment Development Department | Bankruptcy Group MIC 92E | P. O. Box 826880 | | | Sacrame nto | CA | 94280-0001 |
| State of California | Franchise Tax Board Bankruptcy Section | MS: A-340 | P. O. Box 2952 | | Sacrame nto | CA | 95812-2952 |

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Addre ss 3 | City | Stat e | Zip |
|---|---|---|---|---|---|---|---|
| Franchise Tax Board | | | | | | | |
| State of California Franchise Tax Board | Franchise Tax Board Chief Counsel | c/o General Counsel Section | P.O. Box 1720 | MS: A-260 | Rancho Cordova | CA | 95741-1720 |
| State of California Franchise Tax Board | | 300 South Spring Street, #5704 | | | Los Angeles | CA | 90013 |
| The Vanguard Group, Inc. | Robert Auwaerter | | | | | | |
| U.S. Department of Health & Human Services | Alex M. Azar II, Secretary | 200 Independence Avenue, S.W. | | | Washing ton | DC | 20201 |
| U.S. Department of Health and Human Services | Angela M. Belgrove, Assistant Regional Counsel | Office of the General Counsel, Region IX | 90 7th Street, Suite 4-500 | | San Francisc o | CA | 94103-6705 |
| U.S. Securities and Exchange Commission | Attn: Bankruptcy Counsel | 444 South Flower Street, Suite 900 | | | Los Angeles | CA | 90071-9591 |
| United States Attorney's Office | | Federal Building | Room 7516 | 300 North Los Angel es Street | Los Angeles | CA | 90012 |
| United States Attorneys Office | Central District of California | 312 North Spring Street | Suite 1200 | | Los Angeles | CA | 90012 |
| United States Attorneys Office | Northern District of California | Federal Courthouse | 450 Golden Gate Avenue | | San Francisc o | CA | 94102 |
| United States Attorneys Office | Northern District of California | 150 Almaden Boulevard | Suite 900 | | San Jose | CA | 95113 |
| United States Department of Justice | Ben Franklin Station | P. O. Box 683 | | | Washing ton | DC | 20044 |
| USBC Central District of California | Ernest M. Robles | Edward R. Roybal Federal Building and U.S. Courthouse | 255 East Temple Street, Suite 1560 | | Los Angeles | CA | 90012 |

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Verity Health System of California, Inc.; Verity Holdings, LLC | CEO | 601 S. Figueroa Street | Suite 4050 | | Los Angeles | CA | 90017 |
| Wells Fargo Bank, N.A. | Jeffrey K. Carlson or Current Officer | 608 Second Avenue South | | | Minneapolis | MN | 55402 |

1

**SERVICE LIST**

2   3.  **VIA EMAIL**

3   aachamallah@milbank.com                    Jason.reed@maslon.com
    adutra@hansonbridgett.com                  jbehrens@milbank.com

4   agumport@sidley.com                        jbeiswenger@omm.com;
    ann.sandor@workday.com                     jdt@jdthompsonlaw.com

5   aruda@bzbm.com                             JFowens@mwe.com
    awentland@tocounsel.com                    JKahane@duanemorris.com

6   aziaja@leonardcarder.com                   jkapp@mwe.com
    bankruptcycourtnotices@unioncounsel.net    jkim@kellerbenvenutti.com

7   barry.chatz@saul.com                       jkim@kellerbenvenutti.com
    bbennett@jonesday.com                      jkohanski@bushgottlieb.com

8   bflorence@local39.org                      jkrause@gibsondunn.com
    brad.hamman@sodexo.com                     jmorrone@rosemawr.com

9   branchd@ballardspahr.com                   john.moe@dentons.com
    Brian@brdcpas.com                          jreisner@steptoe.com;

10  ccameron@vaneck.com                        JRichlin@primehealthcare.com
    cgray@unioncounsel.net                     jstrabo@mwe.com

11  Charles.Kim@nantworks.com                  kduffy@bzbm.com
    cigoe@calnurses.org                        Kenneth.Wang@doj.ca.gov

12  clark.whitmore@maslon.com                  kevin.collins@btlaw.com
    Corbin.B.Connell@wellsfargo.com            klyman@steptoe.com;

13  crivas@reedsmith.com                       kowens@venable.com
    dahdoot@bushgottlieb.com                   kprestegard@bushgottlieb.com

14  darryl.laddin@agg.com                      kskogstad@calnurses.org
    David.Eldan@doj.ca.gov                     lattard@bakerlaw.com

15  david.lemke@wallerlaw.com                  lberkoff@moritthock.com
    david.powlen@btlaw.com                     lcisz@nixonpeabody.com

16  dcrapo@gibbonslaw.com                      lfernandez@bzbm.com
    DKirk@carltonfields.com                    lgoldberg@bdo.com

17  dkirk@carltonfields.com                    lisa.peters@kutakrock.com
    dmiller@seiu-uhw.org                       ljohnson@stvincentpa.com

18  driley@allenmatkins.com                    lmann@mannzarpas.com
    DSBleck@mintz.com                          LWeiser-Varon@mintz.com

19  DSMcGehrin@duanemorris.com                 mark.kalla@umb.com
    dtwomey@sidley.com                         Mark.v.birkholz@wellsfargo.com

20  eastlaked@gtlaw.com                        mcohen@vedderprice.com
    Ecf@stjames-law.com                        melissa.jones@wallerlaw.com

21  efromme@tocounsel.com                      mhogan@swlaw.com
    elevesque@rosemawr.com                     mhouston@reedsmith.com

22  ElrodJ@gtlaw.com                           Michael@stjames-law.com
    eric.goldberg@dlapiper.com                 mlinder@sidley.com

23  fhoffman@socal.rr.com                      mneubauer@carltonfields.com
    fneufeld@sycr.com                          mpreusker@mwe.com

24  gbray@milbank.com                          ms@swllplaw.com
    gjones@mwe.com                             mshinderman@milbank.com

25  grossn@ballardspahr.com                    msimons@leonardcarder.com
    gshlionsky@rosemawr.com                    msweet@foxrothschild.com

26  hatty.yip@usdoj.gov                        ncoco@mwe.com
    hoguem@gtlaw.com                           ndaro@calnurses.org

27  hubenb@ballardspahr.com                    nelsonc@ballardspahr.com
    IAHammel@mintz.com                         nmitchell@omm.com

28  jade.williams@dlapiper.com                 NWolf@hansonbridgett.com

| | |
|---|---|
| 1 | olson.matt@dorsey.com |
| | paul.laurin@btlaw.com |
| 2 | pglassman@sycr.com |
| | phillip.wang@rimonlaw.com |
| 3 | PJRicotta@mintz.com |
| | ppascuzzi@ffwplaw.com |
| 4 | purkey@purkeyandassociates.com |
| | pvermont@randicklaw.com |
| 5 | ramkraut@foxrothschild.com |
| | Rich@TrodellaLapping.com |
| 6 | rliubicic@milbank.com |
| | ryant@carltonfields.com |
| 7 | rzimmerman@dalycity.org |
| | samuel.maizel@dentons.com |
| 8 | sandra.spivey@usbank.com |
| | sberman@slk-law.com |
| 9 | Scott.Chan@doj.ca.gov |
| | SECBankruptcy-OGC-ADO@sec.gov |
| 10 | seth.shapiro@usdoj.gov |
| | sgroff@leonardcarder.com |
| 11 | shedoesbklaw@aol.com |
| | sjerome@swlaw.com |
| 12 | solson@vedderprice.com |
| | SReed@medline.com |
| 13 | sschoeffel@tocounsel.com |
| | stephanie.spich@cdph.ca.gov |
| 14 | Steven.Chickering@cms.hhs.gov |
| | steven.polard@rmkb.com |
| 15 | strollo.michael@pbgc.gov |
| | swarren@omm.com |
| 16 | tania.moyron@dentons.com |
| | tmainguy@unioncounsel.net |
| 17 | trisha.monesi@capstonelawyers.com |
| | verityinfo@kccllc.com |
| 18 | virginia.housum@umb.com |
| | wassweilerw@ballardspahr.com |
| 19 | WMSimkulak@duanemorris.com |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |