Henry C. Kevane (CA Bar No. 125757)
Shirley S. Cho (CA Bar No. 192616)
Steven J. Kahn (CA Bar No. 76933)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111
Telephone: 415/263-7000 / Facsimile: 415/263-7010
Email: hkevane@pszjlaw.com
       scho@pszjlaw.com
       skahn@pszjlaw.com

Samuel R. Maizel (CA Bar No. 189301)
Tania M. Moyron (CA Bar No. 235736)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213/623-9300 / Facsimile: 213/623-9924
Email: samuel.maizel@dentons.com
       tania.moyron@dentons.com

Co-Counsel to Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**AUG 28 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re

VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*,

      Debtors and Debtors in Possession.

☐ Affects All Debtors
☐ Affects Verity Health System of California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital Foundation
☐ Affects St. Francis Medical Center of Lynwood
    Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☒ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose Dialysis, LLC

Lead Case No. 2:18-bk-20151-ER

Jointly administered with:
Case No. 2:18-bk-20162-ER;
Case No. 2:18-bk-20163-ER;
Case No. 2:18-bk-20164-ER;
Case No. 2:18-bk-20165-ER;
Case No. 2:18-bk-20167-ER;
Case No. 2:18-bk-20168-ER;
Case No. 2:18-bk-20169-ER;
Case No. 2:18-bk-20171-ER;
Case No. 2:18-bk-20172-ER;
Case No. 2:18-bk-20173-ER;
Case No. 2:18-bk-20175-ER;
Case No. 2:18-bk-20176-ER;
Case No. 2:18-bk-20178-ER;
Case No. 2:18-bk-20179-ER;
Case No. 2:18-bk-20180-ER;
Case No. 2:18-bk-20181-ER;

Chapter 11 Cases

Hon. Ernest M. Robles

**ORDER SUSTAINING FIRST OMNIBUS OBJECTION BY VERITY HOLDINGS TO BASM GUARANTY**

1

Debtors and Debtors In Possession.

**RELATED CLAIMS AND ANY BALLOTS CAST BY THE HOLDERS THEREOF**

**Bay Area Surgical Management, LLC (Claim No. 2029); Bay Area Surgical Group, Inc. (Claim No. 5829); Sarnevesht, Robert (Claim No. 5830); Zolfaghari, Javad (Claim No. 5831); Hashemieh, Julia (Claim No. 5832); National Ambulatory Surgery Center, LLC (Claim No. 5834); Los Altos Surgery Center, LP (Claim No. 5835); Knowles Surgery Center, LLC (Claim No. 5836); SOAR Surgery Center, LLC (Claim No. 5837); and Forest Ambulatory Surgical Associates, L.P. (Claim No. 5838)**

[No Hearing Required]

The Court, having read and considered the *First Omnibus Objection by Verity Holdings to BASM Guaranty Related Claims and Any Ballots Cast by the Holders Thereof* [Docket No. 5173] (the "Objection"), the *Notice of First Omnibus Objection by Verity Holdings to BASM Guaranty Related Claims and Any Ballots Cast by the Holders Thereof* [Docket No. 5176], and the *Declaration re Non-Filing and Service of Responses to the First Omnibus Objection of Verity Holdings to BASM Guaranty Related Claims and Any Ballots Cast by the Holders Thereof* [Docket No. 5886], finding that each of the holders of the claims subject to the Objection having been properly served, as reflected in the Proofs of Service attached to the Notice [Docket No. 5176] and the Objection [Docket No. 5173-16], and the holders of the claims subject to the Objection having not filed or served a response thereto, and good cause otherwise appearing therefore,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1.      The Objection is sustained in its entirety.

2.      Each of the following claims is disallowed in its entirety, with prejudice:

| Claim No. | Claimant | Claim Amount |
|---|---|---|
| 2029 | Bay Area Surgical Management, LLC ("BASM") | $13,333,333 |
| 5829 | Bay Area Surgical Group, Inc. ("BASG") | $14,200,000 |

2

| 5830 | Sarnevesht, Robert ("Sarnevesht") | $14,200,000 |
| 5831 | Zolfaghari, Javad ("Zolfaghari") | $14,200,000 |
| 5832 | Hashemieh, Julia  ("Hashemieh") | $14,200,000 |
| 5834 | National Ambulatory Surgery Center, LLC ("National") | $14,200,000 |
| 5835 | Los Altos Surgery Center, LP ("Los Altos") | $14,200,000 |
| 5836 | Knowles Surgery Center, LLC ("Knowles") | $14,200,000 |
| 5837 | SOAR Surgery Center, LLC ("SOAR") | $14,200,000 |
| 5838 | Forest Ambulatory Surgical Associates, L.P. ("Forest") | $14,200,000 |

3.      This Order is without prejudice to the rights of the Debtors to object to any other claims filed in these bankruptcy cases on any grounds.

4.      The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

5.      The hearing on the Objection, set for September 1, 2020, at 10:00 a.m., is VACATED.

####

Date: August 28, 2020

Ernest M. Robles
United States Bankruptcy Judge

DOCS_LA:331988.1 89566/002