SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel: (213) 623-9300 / Fax: (213) 623-9924

Attorneys for the Chapter 11 Debtors and
Debtors In Possession

*DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
(213) 623-9300*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:18-bk-20151-ER |
| VERITY HEALTH SYSTEM OF CALIFORNIA, INC., *et al.*, | Jointly Administered With:<br>Case No. 2:18-bk-20162-ER<br>Case No. 2:18-bk-20163-ER |
| Debtors and Debtors In Possession. | Case No. 2:18-bk-20164-ER<br>Case No. 2:18-bk-20165-ER<br>Case No. 2:18-bk-20167-ER |
| ☒ Affects All Debtors | Case No. 2:18-bk-20168-ER<br>Case No. 2:18-bk-20169-ER |
| ☐ Affects Verity Health System of California, Inc. | Case No. 2:18-bk-20171-ER<br>Case No. 2:18-bk-20172-ER |
| ☐ Affects O'Connor Hospital<br>☐ Affects Saint Louise Regional Hospital | Case No. 2:18-bk-20173-ER<br>Case No. 2:18-bk-20175-ER |
| ☐ Affects St. Francis Medical Center<br>☐ Affects St. Vincent Medical Center | Case No. 2:18-bk-20176-ER<br>Case No. 2:18-bk-20178-ER |
| ☐ Affects Seton Medical Center<br>☐ Affects O'Connor Hospital Foundation | Case No. 2:18-bk-20179-ER<br>Case No. 2:18-bk-20180-ER |
| ☐ Affects Saint Louise Regional Hospital Foundation | Case No. 2:18-bk-20181-ER |
| ☐ Affects St. Francis Medical Center of Lynwood Foundation | Chapter 11 Cases |
| ☐ Affects St. Vincent Foundation<br>☐ Affects St. Vincent Dialysis Center, Inc. | Judge: Hon. Ernest M. Robles |
| ☐ Affects Seton Medical Center Foundation<br>☐ Affects Verity Business Services | **BERKELEY RESEARCH GROUP, LLC'S FIRST SUPPLEMENTAL TWENTY-** |
| ☐ Affects Verity Medical Foundation<br>☐ Affects Verity Holdings, LLC | **FOURTH MONTHLY, SIXTH INTERIM, AND FINAL FEE APPLICATION FOR** |
| ☐ Affects De Paul Ventures, LLC<br>☐ Affects De Paul Ventures - San Jose Dialysis, LLC | **ALLOWANCE AND PAYMENT OF INTERIM AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| Debtors and Debtors In Possession. | **FOR THE PERIOD AUGUST 31, 2018 THROUGH SEPTEMBER 4, 2020** |

110067436\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1. Berkeley Research Group, LLC ("BRG") hereby submits a first supplemental application (the "Supplemental Application")[1] to its Twenty-Fourth Monthly Fee Application (the "Monthly Fee Application) for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period August 1, 2020 through September 4, 2020 (the "Monthly Fee Period") and its Sixth Interim and Final Fee Application (the "Final Fee Application") for Allowance and Payment of Interim and Final Compensation and Reimbursement of Expenses for the Period August 31, 2018 through September 4, 2020 (the "Final Fee Period")[2] for work performed for the above-captioned debtors and debtors in possession (the "Debtors"). In support of the Supplemental Application, BRG respectfully represents as follows:

## RELIEF REQUESTED

2. BRG has been retained and is currently serving as the Financial Advisor to the Debtors and effective as of August 15, 2019, Peter Chadwick has been retained and is serving as Chief Financial Officer to the Debtors.

3. On November 2, 2020, BRG filed the Monthly Fee Application [Docket No. 6193], and on November 3, 2020, BRG filed the Final Fee Application [Docket No. 6214]. BRG inadvertently omitted certain fees pertaining to the Monthly Fee Period (the "Additional Fees"), due to a billing system issue, from the Monthly Fee Application and the Final Fee Application.

4. BRG hereby applies to the Court for allowance and payment of interim and final compensation for the Additional Fees in the amount of $30,685.00, representing 61.4 additional hours expended during the Monthly Fee Period.

5. Further, and for the avoidance of doubt, BRG hereby supplements and amends the Monthly Fee Application and the Final Fee Application and applies to the Court for allowance and payment of:

a) Interim compensation in the amount of $1,137,415.50 for services rendered for and on behalf of the Debtors and reimbursement of actual and necessary costs and expenses in the

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Final Application.

[2] As noted in the Monthly Application and the Final Application, the Monthly Fee Period, the Sixth Interim Period, and the Final Fee Period include time spent after the Effective Date in preparation of additional monthly fee statements and the Final Fee Application.

110067436\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

amount of $10,440.73 incurred in connection with the rendering of such services during the Monthly Fee Period (from August 1, 2020 through September 4, 2020), for a total award of $1,147,856.23. The total fees represent 2,117.5 hours expended during the Monthly Fee Period.

b)    Interim compensation in the amount of $3,689,055.50 for services rendered for and on behalf of the Debtors and reimbursement of actual and necessary costs and expenses in the amount of $87,060.28 incurred in connection with the rendering of such services during the period from May 1, 2020 through September 4, 2020 (the "Sixth Interim Period"), for a total award of $3,776,115.78. The total fees represent 6,678.4 hours expended during the Sixth Interim Period.

c)    Final compensation in the amount of $22,935,294.14 for services rendered for and on behalf of the Debtors and reimbursement of actual and necessary costs and expenses in the amount of $1,441,594.63 incurred in connection with the rendering of such services during the Final Fee Period, for a total award of $24,376,888.77. The total fees represent 41,310.7 hours expended during the Final Fee Period.

6.    Incorporated herein by reference are the Monthly Fee Application and Final Fee Application, inclusive of the statements regarding the background of the Debtors' cases, BRG's prior filings, the compensation structure, and the summary of services rendered by BRG.

### PROFESSIONAL FEES AND DISBURSEMENTS

7.    Attached as **Exhibit A** hereto are the updated schedules of professionals who rendered services to the Debtors during the Monthly Fee Period, Sixth Interim Period, and the Final Fee Period, including each person's billing rate (discounted if necessary pursuant to the Retention Application) and the blended rate.  Attached hereto as **Exhibit B** are the updated schedules of fees expended during the Monthly Fee Period, Sixth Interim Period, and the Final Fee Period by task code. Attached as **Exhibit C** are BRG's detailed time descriptions for the Additional Fees, which describe the time spent by each BRG professional.  The detailed time descriptions, summary schedules of expenses, and itemization and descriptions of expenses for the Monthly Fee Period, Sixth Interim Period, and Final Fee Period are incorporated herein by reference.

- 3 -

**NOTICE AND NO PRIOR APPLICATION**

8.    A copy of this Application has been served on the Office of the United States Trustee, the Debtors, counsel to the Debtors, and counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in this case.  Notice of the filing of this Application was served on the foregoing parties as well as any party who has requested special notice in these chapter 11 cases as of the date of the Notice.  The Notice was mailed by first class mail, postage prepaid, on or about November 4, 2020.

9.    This is BRG's first supplemental twenty-fourth monthly, sixth interim, and final fee application pursuant to §§ 330 and §§ 331 for the allowance of fees and reimbursement of expenses in this case.  Except as otherwise set forth herein, BRG has made no prior or other application to this or any other Court for the relief requested herein.

*[Remainder of this page left intentionally blank]*

DENTONS US LLP
601 SOUTH FIGUEROA STREET , SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 4 -

110067436\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## CONCLUSION

**WHEREFORE**, BRG respectfully requests that the Court enter an order (a) granting on an interim basis, allowance of (i) fees in the amount of $3,689,055.50 for professional services rendered to and on behalf of the Debtors during the Sixth Interim Period and (ii) reimbursement of $87,060.28 for reasonable, actual and necessary expenses incurred during the Sixth Interim Period, (b) granting on a final basis, allowance of (i) fees in the amount of $22,935,294.14 for professional services rendered to and on behalf of the Debtors during the Final Fee Period and (ii) reimbursement of $1,441,594.63 for reasonable, actual and necessary expenses incurred during the Final Fee Period, (c) authorizing and directing the Debtors to immediately pay to BRG the amount of $3,115,350.40 which is equal to the sum of BRG's allowed fees and expenses incurred during the Final Fee Period that remain unpaid, and (d) granting such other and further relief as the Court may deem just and proper pursuant to and in accordance with the terms of the Interim Compensation Order.

Dated: November 4, 2020

DENTONS US LLP

By /s/ *Tania M. Moyron*
TANIA M. MOYRON

*Attorneys for the Chapter 11 Debtors and Debtors In Possession*

- 5 -

110067436\V-1

# EXHIBIT A

**Verity Health System of California, Inc., et al.**

**Berkeley Research Group, LLC**



## Exhibit A: Fees By Professional

For the Period 8/1/2020 through 11/2/2020

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Mittiga | Consultant | $395.00 | 56.0 | $22,120.00 |
| C. MacLaverty | Senior Associate | $315.00 | 208.3 | $65,614.50 |
| D. Galfus | Managing Director | $750.00 | 102.7 | $77,025.00 |
| D. Winters | Consultant | $415.00 | 221.1 | $91,756.50 |
| J. Beirne | Director | $595.00 | 2.7 | $1,606.50 |
| J. Emerson | Director | $590.00 | 368.6 | $217,474.00 |
| J. Kiley | Director | $595.00 | 199.6 | $118,762.00 |
| J. Schlant | Associate Director | $430.00 | 345.6 | $148,608.00 |
| J. Tenenbaum | Associate Director | $450.00 | 0.3 | $135.00 |
| J. Vizzini | Managing Director | $750.00 | 0.5 | $375.00 |
| K. Hendry | Case Assistant | $180.00 | 1.3 | $234.00 |
| M. Haverkamp | Case Manager | $250.00 | 47.3 | $11,825.00 |
| M. Lee | Associate Director | $450.00 | 1.3 | $585.00 |
| N. Haslun | Managing Director | $750.00 | 185.9 | $139,425.00 |
| N. Lee | Associate | $250.00 | 3.6 | $900.00 |
| N. Vazza | Case Assistant | $150.00 | 38.8 | $5,820.00 |
| P. Chadwick | Managing Director | $750.00 | 272.8 | $204,600.00 |
| P. Osborne | Managing Director | $500.00 | 61.1 | $30,550.00 |
| **Total** | | | **2,117.5** | **$1,137,415.50** |
| **Blended Rate** | | | | **$537.15** |

Berkeley Research Group, LLC

Invoice for the 8/1/2020 - 11/2/2020 Period

**Verity Health System of California, Inc., et al.**

## Berkeley Research Group, LLC

**Exhibit A: Fees By Professional**



For the Period 5/1/20 through 11/2/2020

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Mittiga | Consultant | $395.00 | 358.4 | $141,568.00 |
| C. Kearns | Managing Director | $750.00 | 0.9 | $675.00 |
| C. MacLaverty | Senior Associate | $315.00 | 770.3 | $242,644.50 |
| D. Galfus | Managing Director | $750.00 | 361.4 | $271,050.00 |
| D. Winters | Consultant | $415.00 | 314.1 | $130,351.50 |
| J. Arruda | Director | $595.00 | 9.0 | $5,355.00 |
| J. Beirne | Director | $595.00 | 114.5 | $68,127.50 |
| J. Emerson | Director | $590.00 | 1,142.1 | $673,839.00 |
| J. Fisher | Associate | $225.00 | 6.1 | $1,372.50 |
| J. Huebner | Director | $550.00 | 2.5 | $1,375.00 |
| J. Kelliher | Managing Director | $750.00 | 9.1 | $6,825.00 |
| J. Kiley | Director | $595.00 | 536.3 | $319,098.50 |
| J. Schlant | Associate Director | $430.00 | 950.4 | $408,672.00 |
| J. Teisl | Director | $550.00 | 0.6 | $330.00 |
| J. Tenenbaum | Associate Director | $450.00 | 6.3 | $2,835.00 |
| J. Vizzini | Managing Director | $750.00 | 0.7 | $525.00 |
| K. Hendry | Case Assistant | $180.00 | 1.3 | $234.00 |
| K. Vance | Associate Director | $450.00 | 0.5 | $225.00 |
| M. Abernathy | Managing Director | $750.00 | 2.1 | $1,575.00 |
| M. Byrne | Associate Director | $450.00 | 5.3 | $2,385.00 |
| M. Haverkamp | Case Manager | $250.00 | 70.8 | $17,700.00 |

Berkeley Research Group, LLC

Invoice for the 5/1/20 - 11/2/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| M. Lee | Associate Director | $450.00 | 7.1 | $3,195.00 |
| N. Haslun | Managing Director | $750.00 | 833.7 | $625,275.00 |
| N. Lee | Associate | $250.00 | 12.0 | $3,000.00 |
| N. Spontak | Consultant | $265.00 | 19.0 | $5,035.00 |
| N. Vazza | Case Assistant | $150.00 | 89.2 | $13,380.00 |
| P. Chadwick | Managing Director | $750.00 | 862.2 | $646,650.00 |
| P. Osborne | Managing Director | $500.00 | 189.0 | $94,500.00 |
| P. Pozzi | Consultant | $340.00 | 0.3 | $102.00 |
| T. Diduch | Consultant | $255.00 | 2.2 | $561.00 |
| T. Raines | Director | $595.00 | 1.0 | $595.00 |
| **Total** | | | **6,678.4** | **$3,689,055.50** |
| **Blended Rate** | | | | **$552.39** |

Berkeley Research Group, LLC

Invoice for the 5/1/20 - 11/2/2020 Period

**Verity Health System of California, Inc., et al.**

## Berkeley Research Group, LLC

Exhibit A: Fees By Professional



For the Period 8/31/2018 through 11/2/2020

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Amin | Associate | $250.00 | 2.5 | $625.00 |
| A. Asgeirsson | Associate Director | $450.00 | 7.0 | $3,150.00 |
| A. Ates | Managing Economist | $405.00 | 0.7 | $283.50 |
| A. Brilleman | Case Assistant | $125.00 | 0.4 | $50.00 |
| A. Dianderas | Senior Associate | $315.00 | 65.1 | $20,506.50 |
| A. Marigliano | Managing Consultant | $375.00 | 63.9 | $23,962.50 |
| A. Marigliano | Senior Managing Consultant | $375.00 | 36.1 | $13,537.50 |
| A. Mittiga | Consultant | $395.00 | 2,812.3 | $1,110,858.50 |
| A. Ney | Senior Associate | $295.00 | 23.0 | $6,785.00 |
| A. Ward | Managing Consultant | $400.00 | 4.5 | $1,800.00 |
| B. Park | Consultant | $360.00 | 616.9 | $222,084.00 |
| B. Park | Consultant | $390.00 | 825.5 | $321,945.00 |
| C. Barns | Senior Associate | $415.00 | 89.4 | $37,101.00 |
| C. Cable | Senior Managing Consultant | $440.00 | 1.0 | $440.00 |
| C. Giancaspro | Senior Associate | $350.00 | 3.3 | $1,155.00 |
| C. Kearns | Managing Director | $750.00 | 450.8 | $338,100.00 |
| C. Lettieri | Senior Associate | $295.00 | 8.0 | $2,360.00 |
| C. MacLaverty | Senior Associate | $315.00 | 2,498.3 | $786,964.50 |
| D. Benson | Case Assistant | $33.92 | 58.2 | $1,974.14 |
| D. Chang | Associate | $200.00 | 241.1 | $48,220.00 |
| D. Chang | Associate | $220.00 | 127.1 | $27,962.00 |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| D. Galfus | Managing Director | $750.00 | 3,900.4 | $2,925,300.00 |
| D. Winters | Consultant | $415.00 | 314.1 | $130,351.50 |
| E. Lord | Case Assistant | $125.00 | 1.0 | $125.00 |
| F. Stevens | Managing Director | $750.00 | 272.6 | $204,450.00 |
| G. Koutouras | Managing Director | $750.00 | 2.5 | $1,875.00 |
| H. Lee | Senior Associate | $350.00 | 3.8 | $1,330.00 |
| H. Mendez | Case Assistant | $150.00 | 111.2 | $16,680.00 |
| H. Miller | Managing Director | $700.00 | 27.4 | $19,180.00 |
| H. Miller | Managing Director | $750.00 | 39.1 | $29,325.00 |
| J. Arruda | Director | $595.00 | 16.0 | $9,520.00 |
| J. Beirne | Director | $595.00 | 114.5 | $68,127.50 |
| J. Cangialosi | Senior Associate | $275.00 | 96.0 | $26,400.00 |
| J. DiPilato | Senior Managing Consultant | $440.00 | 19.0 | $8,360.00 |
| J. Dunn | Director | $750.00 | 1.8 | $1,350.00 |
| J. Eidelberg | Managing Consultant | $350.00 | 79.3 | $27,755.00 |
| J. Emerson | Associate Director | $450.00 | 2,032.9 | $914,805.00 |
| J. Emerson | Director | $590.00 | 3,174.0 | $1,872,660.00 |
| J. Fisher | Associate | $225.00 | 234.7 | $52,807.50 |
| J. Harris | Senior Managing Consultant | $415.00 | 9.8 | $4,067.00 |
| J. Huebner | Associate Director | $450.00 | 47.3 | $21,285.00 |
| J. Huebner | Director | $550.00 | 311.9 | $171,545.00 |
| J. Kelliher | Managing Director | $750.00 | 15.6 | $11,700.00 |
| J. Kiley | Director | $595.00 | 2,520.4 | $1,499,638.00 |
| J. Schlant | Consultant | $365.00 | 904.2 | $330,033.00 |
| J. Schlant | Managing Consultant | $430.00 | 2,389.4 | $1,027,442.00 |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| J. Schlant | Associate Director | $430.00 | 2,020.4 | $868,772.00 |
| J. Taber | Associate Director | $450.00 | 105.3 | $47,385.00 |
| J. Teisl | Director | $550.00 | 0.6 | $330.00 |
| J. Tenenbaum | Associate Director | $450.00 | 13.6 | $6,120.00 |
| J. Vizzini | Managing Director | $740.00 | 499.6 | $369,704.00 |
| J. Vizzini | Managing Director | $750.00 | 1,094.9 | $821,175.00 |
| J. Younts | Director | $515.00 | 64.9 | $33,423.50 |
| K. Beard | Consultant | $390.00 | 940.3 | $366,717.00 |
| K. Beard | Managing Consultant | $430.00 | 151.1 | $64,973.00 |
| K. Cho | Consultant | $415.00 | 154.1 | $63,951.50 |
| K. Hendry | Case Assistant | $180.00 | 1.3 | $234.00 |
| K. Ozuna | Case Assistant | $150.00 | 6.1 | $915.00 |
| K. Parker | Managing Consultant | $375.00 | 3.6 | $1,350.00 |
| K. Parker | Managing Consultant | $385.00 | 8.5 | $3,272.50 |
| K. Schneider | Director | $450.00 | 33.0 | $14,850.00 |
| K. Vance | Associate Director | $450.00 | 0.5 | $225.00 |
| L. Chang | Director | $595.00 | 8.0 | $4,760.00 |
| M. Abernathy | Managing Director | $750.00 | 40.8 | $30,600.00 |
| M. Byrne | Associate Director | $450.00 | 12.9 | $5,805.00 |
| M. DeSalvio | Senior Managing Consultant | $365.00 | 2.3 | $839.50 |
| M. DeSalvio | Senior Managing Consultant | $395.00 | 2.7 | $1,066.50 |
| M. Frost | Associate | $235.00 | 94.0 | $22,090.00 |
| M. Galfus | Case Assistant | $125.00 | 7.4 | $925.00 |
| M. Galfus | Associate | $275.00 | 4.3 | $1,182.50 |
| M. Hall | Senior Managing Consultant | $430.00 | 35.5 | $15,265.00 |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| M. Haverkamp | Case Assistant | $195.00 | 93.8 | $18,291.00 |
| M. Haverkamp | Case Assistant | $205.00 | 96.9 | $19,864.50 |
| M. Haverkamp | Case Manager | $250.00 | 204.9 | $51,225.00 |
| M. Lee | Associate Director | $450.00 | 49.8 | $22,410.00 |
| M. McKittrick | Associate Director | $450.00 | 18.8 | $8,460.00 |
| M. Moschel | Managing Consultant | $385.00 | 1.1 | $423.50 |
| M. Moschel | Managing Consultant | $395.00 | 5.6 | $2,212.00 |
| M. Moschel | Senior Managing Consultant | $430.00 | 5.5 | $2,365.00 |
| M. Tran | Associate Director | $450.00 | 1.2 | $540.00 |
| M. Yastrebova | Associate | $275.00 | 3.6 | $990.00 |
| N. Haslun | Managing Director | $740.00 | 878.3 | $649,942.00 |
| N. Haslun | Managing Director | $750.00 | 4,010.9 | $3,008,175.00 |
| N. Lee | Case Assistant | $125.00 | 0.4 | $50.00 |
| N. Lee | Associate | $250.00 | 33.0 | $8,250.00 |
| N. Spontak | Consultant | $265.00 | 26.0 | $6,890.00 |
| N. Vazza | Case Assistant | $150.00 | 130.8 | $19,620.00 |
| N. Zeien | Managing Consultant | $340.00 | 0.5 | $170.00 |
| P. Chadwick | Managing Director | $750.00 | 4,914.0 | $3,685,500.00 |
| P. Osborne | Managing Director | $500.00 | 250.5 | $125,250.00 |
| P. Pozzi | Senior Associate | $290.00 | 15.9 | $4,611.00 |
| P. Pozzi | Consultant | $340.00 | 308.6 | $104,924.00 |
| Q. Liu | Senior Managing Consultant | $450.00 | 5.9 | $2,655.00 |
| R. Muruganandam | Case Assistant | $125.00 | 9.1 | $1,137.50 |
| R. Robinson | Managing Consultant | $355.00 | 0.5 | $177.50 |
| R. Toa | Case Assistant | $125.00 | 8.0 | $1,000.00 |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| R. Wright | Managing Director | $740.00 | 5.1 | $3,774.00 |
| S. Lange | Associate | $250.00 | 7.8 | $1,950.00 |
| S. Myrtil | Senior Associate | $275.00 | 142.0 | $39,050.00 |
| S. Santos | Associate | $285.00 | 35.7 | $10,174.50 |
| S. Santos | Senior Associate | $285.00 | 12.5 | $3,562.50 |
| S. Spector | Case Assistant | $150.00 | 5.8 | $870.00 |
| T. Diduch | Consultant | $255.00 | 9.2 | $2,346.00 |
| T. Konitzer | Associate | $240.00 | 29.6 | $7,104.00 |
| T. Konitzer | Associate | $255.00 | 104.3 | $26,596.50 |
| T. Raines | Director | $595.00 | 1.0 | $595.00 |
| W. Epstein | Managing Director | $750.00 | 2.0 | $1,500.00 |
| Z. Loubert | Senior Associate | $305.00 | 2.4 | $732.00 |
| **Total** | | | **41,310.7** | **$22,935,294.14** |
| **Blended Rate** | | | | **$555.19** |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

# EXHIBIT B

**Verity Health System of California, Inc., et al.**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**



For the Period 8/1/2020 through 11/2/2020

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 281.7 | $170,035.50 |
| 05. Professional Retention/Fee Application Preparation | 121.7 | $38,852.00 |
| 06. Attend Hearings/Related Activities | 8.8 | $6,056.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 28.9 | $20,760.50 |
| 08. Interaction/Meetings with Creditors | 3.4 | $2,390.00 |
| 09. Employee Issues/KEIP | 39.4 | $25,966.00 |
| 10. Recovery/SubCon/Lien Analysis | 144.3 | $71,598.00 |
| 11. Claim Analysis/Accounting | 158.4 | $86,255.00 |
| 14. Executory Contracts/Leases | 177.2 | $94,856.50 |
| 18. Operating and Other Reports | 47.6 | $29,871.00 |
| 19. Cash Flow/Cash Management Liquidity | 185.6 | $85,095.50 |
| 22. Preference/Avoidance Actions | 11.2 | $6,208.00 |
| 23. CFO Services | 73.1 | $54,825.00 |
| 26. Tax Issues | 56.6 | $27,294.50 |
| 27. Plan of Reorganization/Disclosure Statement | 156.8 | $93,149.50 |
| 31. Planning | 4.3 | $2,930.50 |
| 36. Operation Management | 449.3 | $232,562.50 |
| 37. Vendor Management | 105.3 | $56,539.50 |
| 38. COVID-19 Response | 63.9 | $32,170.00 |

Berkeley Research Group, LLC

Invoice for the 8/1/2020 - 11/2/2020 Period

| Task Code | Hours | Fees |
|---|---|---|
| **Total** | **2,117.5** | **$1,137,415.50** |
| **Blended Rate** | | **$537.15** |

Berkeley Research Group, LLC

Invoice for the 8/1/2020 - 11/2/2020 Period

**Verity Health System of California, Inc., et al.**

## Berkeley Research Group, LLC

Exhibit B: Fees By Task Code



**Berkeley Research Group**

For the Period 5/1/2020 through 11/2/2020

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 986.0 | $581,346.50 |
| 05. Professional Retention/Fee Application Preparation | 206.1 | $60,162.00 |
| 06. Attend Hearings/Related Activities | 16.3 | $11,681.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 213.4 | $153,042.50 |
| 08. Interaction/Meetings with Creditors | 42.2 | $24,834.00 |
| 09. Employee Issues/KEIP | 217.1 | $130,936.00 |
| 10. Recovery/SubCon/Lien Analysis | 394.0 | $195,402.50 |
| 11. Claim Analysis/Accounting | 618.4 | $336,986.50 |
| 14. Executory Contracts/Leases | 666.1 | $353,525.50 |
| 17. Analysis of Historical Results | 2.8 | $700.00 |
| 18. Operating and Other Reports | 122.9 | $61,479.00 |
| 19. Cash Flow/Cash Management Liquidity | 524.6 | $256,272.00 |
| 22. Preference/Avoidance Actions | 11.2 | $6,208.00 |
| 23. CFO Services | 106.8 | $80,100.00 |
| 26. Tax Issues | 142.8 | $71,120.50 |
| 27. Plan of Reorganization/Disclosure Statement | 284.0 | $179,653.50 |
| 31. Planning | 5.4 | $3,755.50 |
| 32. Document Review | 2.2 | $1,228.00 |
| 36. Operation Management | 1,430.0 | $805,331.50 |

Berkeley Research Group, LLC

Invoice for the 5/1/2020 - 11/2/2020 Period

| Task Code | Hours | Fees |
|---|---|---|
| 37. Vendor Management | 359.7 | $204,465.00 |
| 38. COVID-19 Response | 315.4 | $166,401.50 |
| 40. Business Transaction Investigation | 11.0 | $4,424.50 |
| **Total** | **6,678.4** | **$3,689,055.50** |
| | | |
| **Blended Rate** | | **$552.39** |

Berkeley Research Group, LLC

Invoice for the 5/1/2020 - 11/2/2020 Period

**Verity Health System of California, Inc., et al.**

**Berkeley Research Group, LLC**

**Exhibit B: Fees By Task Code**



**Berkeley Research Group**

For the Period 8/31/2018 through 11/2/2020

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 6,920.8 | $4,023,598.50 |
| 02. Case Administration | 341.7 | $129,784.50 |
| 04. DIP Financing | 876.5 | $447,417.50 |
| 05. Professional Retention/Fee Application Preparation | 841.4 | $235,905.64 |
| 06. Attend Hearings/Related Activities | 130.4 | $95,349.50 |
| 07. Interaction/Meetings with Debtors/Counsel | 1,811.9 | $1,178,945.50 |
| 08. Interaction/Meetings with Creditors | 815.6 | $465,267.00 |
| 09. Employee Issues/KEIP | 1,102.1 | $673,745.50 |
| 10. Recovery/SubCon/Lien Analysis | 1,796.1 | $924,343.00 |
| 11. Claim Analysis/Accounting | 3,624.9 | $1,726,448.00 |
| 12. Statements and Schedules | 572.9 | $319,520.50 |
| 13. Intercompany Transactions/Balances | 123.7 | $59,506.50 |
| 14. Executory Contracts/Leases | 4,045.9 | $2,266,447.50 |
| 17. Analysis of Historical Results | 105.2 | $65,022.00 |
| 18. Operating and Other Reports | 1,077.9 | $610,802.50 |
| 19. Cash Flow/Cash Management Liquidity | 3,482.4 | $1,894,678.50 |
| 20. Projections/Business Plan/Other | 25.3 | $16,936.00 |
| 21. Reclamation/503(b)(9) | 74.5 | $33,767.00 |
| 22. Preference/Avoidance Actions | 63.5 | $34,183.50 |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

| Task Code | Hours | Fees |
|---|---|---|
| 23. CFO Services | 630.5 | $472,875.00 |
| 25. Litigation | 11.3 | $8,475.00 |
| 26. Tax Issues | 312.5 | $172,669.50 |
| 27. Plan of Reorganization/Disclosure Statement | 891.4 | $599,881.00 |
| 28. Valuation Analysis | 2.6 | $993.00 |
| 31. Planning | 332.2 | $230,798.50 |
| 32. Document Review | 90.7 | $36,211.00 |
| 35. Employee Management/Retention | 63.9 | $44,158.00 |
| 36. Operation Management | 6,992.8 | $4,030,758.00 |
| 37. Vendor Management | 2,809.3 | $1,519,051.50 |
| 38. COVID-19 Response | 580.4 | $303,442.00 |
| 40. Business Transaction Investigation | 760.4 | $314,313.00 |
| **Total** | **41,310.7** | **$22,935,294.14** |
| **Blended Rate** | | **$555.19** |

Berkeley Research Group, LLC

Invoice for the 8/31/2018 - 11/2/2020 Period

# EXHIBIT C

**Verity Health System of California, Inc., et al.**

**Berkeley Research Group, LLC**



## Exhibit C: Time Detail

For the Period 8/1/2020 through 9/4/2020

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **38. COVID-19 Response** | | | |
| 8/3/2020 | P. Osborne | 2.9 | Prepared FEMA application for SMC. |
| 8/4/2020 | P. Osborne | 2.9 | Drafted supply and non labor cost report. |
| 8/4/2020 | P. Osborne | 2.5 | Edited supply and non labor cost report. |
| 8/4/2020 | P. Osborne | 2.1 | Continued drafting supply and non labor cost report. |
| 8/4/2020 | J. Tenenbaum | 0.3 | Drafted project application for Seton Health Center. |
| 8/4/2020 | P. Osborne | 0.1 | Analyzed labor costs for FEMA RPA. |
| 8/5/2020 | P. Osborne | 2.9 | Entered data in FEMA portal. |
| 8/5/2020 | P. Osborne | 1.4 | Continued entering data in FEMA portal. |
| 8/6/2020 | P. Osborne | 2.9 | Compiled FEMA expense data. |
| 8/7/2020 | P. Osborne | 2.3 | Edited expenses for FEMA reporting. |
| 8/7/2020 | P. Osborne | 1.7 | Continued editing expenses for FEMA reporting. |
| 8/10/2020 | P. Osborne | 2.1 | Analyzed FEMA cost data. |
| 8/11/2020 | P. Osborne | 2.6 | Input data to FEMA portal. |
| 8/11/2020 | P. Osborne | 1.4 | Continued to input data to FEMA portal. |
| 8/12/2020 | P. Osborne | 2.8 | Reviewed lost revenue for CARES Act. |
| 8/12/2020 | P. Osborne | 1.0 | Applied for ASPR funding for CARES Act. |
| 8/12/2020 | P. Osborne | 0.7 | Continued to review lost revenue for CARES Act. |
| 8/13/2020 | P. Osborne | 2.0 | Input data to FEMA portal. |
| 8/14/2020 | P. Osborne | 2.9 | Analyzed FEMA cost data. |
| 8/17/2020 | P. Osborne | 2.1 | Prepared FEMA cost analytics. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **38. COVID-19 Response** | | | |
| 8/18/2020 | P. Osborne | 2.0 | Reviewed FEMA cost analytics. |
| 8/19/2020 | P. Osborne | 2.5 | Worked with T. Conner (Verity) on CARES Act submission. |
| 8/20/2020 | P. Osborne | 2.9 | Worked on FEMA cost analytics. |
| 8/20/2020 | P. Osborne | 0.6 | Updated tracking document for T. Pasion. |
| 8/21/2020 | P. Osborne | 2.9 | Entered updated FEMA data for SFMC. |
| 8/21/2020 | P. Osborne | 2.6 | Continued updating FEMA data for SFMC. |
| 8/24/2020 | P. Osborne | 2.9 | Input data to FEMA portal. |
| 8/25/2020 | P. Osborne | 2.0 | Analyzed cost data for FEMA. |
| 8/26/2020 | P. Osborne | 0.3 | Analyzed FEMA cost data. |
| 8/27/2020 | P. Osborne | 2.1 | Uploaded files to FEMA portal. |
| 8/28/2020 | P. Osborne | 1.0 | Discussed FEMA documents with M. Steinberger. |
| *Task Code Total Hours* | | *61.4* | |
| **Total Hours** | | **61.4** | |

Berkeley Research Group, LLC

Invoice for the 8/1/2020 - 9/4/2020 Period