William M. Rathbone, SBN:  95864
wrathbone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7444
Facsimile: (619) 696-7124
And
Jeffrey C. Wisler DBN:  2795
jwisler@connollygallagher.com
CONNOLLY GALLAGHER LLP
1201 N. Market Street, 20th Floor
Wilmington, Delaware 19801
Telephone:  (302) 757-7300
Facsimile:   (302) 658-0380

Attorneys for Life Insurance Company of North America

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **Verity Health System of California, Inc., et al.**<br><br>**Debtors**.<br><br>Debtors,. | LEAD CASE NO.  18-20151<br>CHAPTER  11<br><br>Hon. Ernest M. Robles<br><br>**MOTION OF LIFE INSURANCE COMPANY OF NORTH AMERICA FOR IMMEDIATE PAYMENT OF SECTION 507(A)(5) PRIORITY CLAIMS AGAINST DEBTORS:**<br>**SETON MEDICAL CENTER, Case No. 18-20167**<br>**ST. VINCENT MEDICAL CENTER, Case No. 18-20164**<br>**ST. FRANCIS MEDICAL CENTER, Case No. 18-20165**<br>**VERITY BUSINESS SERVICES, Case No. 18-20173**<br>**VERITY HEALTH SYSTEM OF CALIFORNIA, INC., Case No. 20151**<br>**VERITY MEDICAL FOUNDATION, Case No. 18-20169**<br><br>**Hearing:**<br>**Date:        September 1, 2021**<br>**Time:        10:00 a.m.**<br>**Location:  Courtroom 1568**<br>**                 255 E. Temple St., Los Angeles, CA** |

1

**PLEASE TAKE NOTICE** that, on September 1, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Ernest M. Robles, United States Bankruptcy Judge, in Courtroom 1568 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012, Life Insurance Company of North America ("LINA") by and through its undersigned counsel, will present this Motion ("Motion") to the Court and seek the entry of an order that compels immediate payment of the LINA Claims set forth herein.

**PLEASE TAKE FURTHER NOTICE** that, this Motion is based on the facts and arguments set forth herein, the pleadings and papers on file in this bankruptcy case, and on such other and further matters as the Court may allow.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any party wishing to oppose or respond to this Motion is required to file a written response with the Court and serve it on counsel for LINA at least fourteen (14) days before the hearing on the Motion.

Dated:  August 3, 2021                     GORDON REES SCULLY MANSUKHANI, LLP


                                           By:    /s/ William M. Rathbone
                                                  William M. Rathbone
                                                  Counsel to Life Insurance Company of
                                                  North America

## MEMORANDUM OF POINTS AND AUTHORITIES

### Background

1.    On August 31, 2018 ("Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

2.    On the Petition Date, the Debtors filed the *Emergency Motion Of Debtors For Entry Of Order: (I) Authorizing The Debtors To (A) Pay Prepetition Employee Wages and Salaries, And (B) Pay And Honor Employee Benefits And Other Workforce Obligations; And (II) Authorizing And Directing The Applicable Bank To Pay All Checks And Electronic Payment Requests Made By The Debtors Relating To The Foregoing; Memorandum Of Points And Authorities In Support Thereof* [D.I. 22] ("Wages Motion").[1]

3.    As of the Petition Date, LINA and the Debtors were parties to several insurance contracts (collectively, "LINA Policies"), including those listed on Exhibit A hereto, pursuant to which LINA provided group disability benefits for Debtors' employee benefits program. *See*, Wages Motion, ¶ 56.  Debtors withheld portions of their employees' wages to help fund its obligations to LINA under the LINA Policies.[2]  Wages Motion, ¶¶ 34, 56.

4.    As of the Petition Date, the Debtors were liable to LINA under the LINA Policies in the aggregate amount of $360,116.01.  LINA timely filed proofs of claim and amended proofs of claim, asserting the claims set forth on Exhibit B hereto (collectively, "LINA Claims").  The LINA Claims are entitled to priority status and treatment under 11 U.S.C. § 507(a)(5).  *See, e.g.*, Wages Motion, p. 28.

---

[1] This Court granted the Wages Motion by Order dated September 5, 2018 [D.I. 75].
[2] These funds are not property of the Debtor's estate.  11 U.S.C. §541(b)(7).

5.      By Order dated August 14, 2020, this Court confirmed the *Second Amended Joint Chapter 11 Plan of Liquidation (Dated July 2, 2020) of the Debtors, the Pre-Petition Secured Creditors, and the Committee* [D.I. 5504] ("Plan").

6.      Under the Plan, allowed Priority Non-Tax Claims were to be paid in full.  Plan, § 4.1.

7.      The Plan became Effective as of September 4, 2020.  *See*, D.I. 6044.

8.      Under the Plan, the deadline to file objections to Claims was April 2, 2020, 210 days from the Effective Date.  Plan, § 1.34.  No objections to the LINA Claims were filed.

9.      The LINA Claims are Allowed Priority Non-Tax Claims under the Plan (Plan, § 1.17), and were due to be paid in full no later than April 16, 2021.  Plan, § 4.1(b).

10.      Despite efforts by LINA counsel, the LINA Claims have not been paid.

**<u>Relief Requested and Basis Therefor</u>**

11.      The LINA Claims are valid, were timely asserted, and are Allowed Claims under the Plan.  The deadline for payment of the LINA Claims was April 16, 2021.  The LINA Claims remain unpaid.

12.      LINA respectfully requests that this Court enter an order directing immediate payment of $360,116.01 to LINA not later than two (2) business days after the entry of an order granting this Motion.

WHEREFORE, LINA respectfully requests that this Court enter an order that (i) compels full payment of the LINA Claims within two (2) days of the date of an order entered hereon, and (ii) grants LINA such other and further relief as is just and equitable.

Dated: August 3, 2021              GORDON REES SCULLY MANSUKHANI, LLP


                                   By: /s/ William M. Rathbone
                                       William M. Rathbone
                                       Counsel to Life Insurance Company of North America

**EXHIBIT A**
**TO LINA'S MOTION FOR IMMEDIATE PAYMENT OF PRIORITY CLAIMS**

**TO LINA'S MOTION FOR IMMEDIATE PAYMENT OF PRIORITY CLAIMS**

| **LINA Policies** |
|---|
| Short Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Seton Medical Center, effective January 1, 2017, Policy #VDT-962215, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Long Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Seton Medical Center, effective January 1, 2017, Policy #LK-965155, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Short Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Seton Medical Center Coastside, effective January 1, 2017, Policy #VDT-601868, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Long Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Seton Medical Center Coastside, effective January 1, 2017, Policy #SGD-608223, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Short Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of St. Francis Medical Center, effective January 1, 2017, Policy #VDT-962211, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Long Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of St. Francis Medical Center, effective January 1, 2017, Policy #LK-965152, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Short Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Saint Vincent Medical Center, effective January 1, 2017, Policy #VDT-962214, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| Long Term Disability Policy between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Saint Vincent Medical Center, effective January 1, 2017, Policy #LK-965154, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| *Short Term Disability Policy* between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Verity Business Services, effective 1/1/17, Policy # VDT-601867, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| *Long Term Disability Policy* between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Verity Business Services, effective 1/1/17, Policy # SGD-608222, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| *Short Term Disability Policy* between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Verity Health System of California, Inc., d/b/a Verity System Office, effective 1/1/17, Policy # VDT-601866, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| *Long Term Disability Policy* between Life Insurance Company of North America and Sagewell Healthcare Benefits Trust on behalf of Verity Health System of California, Inc., d/b/a Verity System Office, effective 1/1/17, Policy # SGD-608221, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |
| *Administrative Services Agreement*, between Life Insurance Company of North America and Verity Health System of California, Inc., effective 9/16/15, Policy # FML-601866, including all amendments, addendums, exhibits, schedules, riders, etc. related thereto. |

**EXHIBIT B**

**TO LINA'S MOTION FOR IMMEDIATE PAYMENT OF PRIORITY CLAIMS**

| Bk Case/number | Contracts | Claim amounts | CA- KCC Claim # |
|---|---|---|---|
| Verity Health System of CA 18-20151 | 8906 (STD) 8221 (LTD) | 29,487.14 **31,228.48** (amended) | 4641 6904 |
| Verity Health System of CA 18-20151 | FML1866 | 8,206.92 **10,231.83** (amended) | 4641 4638 |
| St. Vincent Medical 18-20164 | 5154 (LTD) 2214 (STD) | 63,541.72 **63,297.38** (amended) | 4636 Received by KCC, but not docketed |
| Seton Medical Center Seton Medical Coastside 18-20167 | 5155 (LTD) 2215 (STD) 8223 (LTD) 1868 (STD) | 70,156.58 **69,227.74** (amended) | 4639 6902 |
| St. Francis Medical 18-20165 | 5152 (LTD) 2211 (STD) | 149,408.96 **150,069.60** (amended) | 4640 6966 |
| Verity Medical Foundation 18-20169 | 5579 (LTD) | 19,412.40 **21,598.58** (amended) | 4642 6967 |
| Verity Business Services 18-20173 | 8222 (LTD) 1867 (STD) | 14,550.34 **14,462.40** (amended) | 4645 6903 |

**Amended Claims Total                 $360,116.01**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
101 W. Broadway Suite 2000 San Diego, CA  92101


A true and correct copy of the foregoing document entitled (specify): **MOTION OF LIFE INSURANCE COMPANY OF NORTH AMERICA FOR IMMEDIATE PAYMENT OF SECTION 507(A)(5) PRIORITY CLAIMS AGAINST DEBTORS**


will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 3, 2021 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) August 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


**The Honorable Ernest M. Robles**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560/Courtroom 1568
Los Angeles, CA 90012-3300


☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)         , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 3, 2021 | Sylvia Durazo | *Sylvia Durazo* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST
(Via NEF)

- **Alexandra Achamallah**   aachamallah@milbank.com, rliubicic@milbank.com
- **Melinda Alonzo**   ml7829@att.com
- **Anerio V Altman**   LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Robert N Amkraut**   ramkraut@foxrothschild.com
- **Kyra E Andrassy**   kandrassy@swelawfirm.com;
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Armando V Arballo**   armando.arballo@klgates.com, K&LGATES.Bankruptcy@klgates.com
- **Simon Aron**   saron@wrslawyers.com, eweiman@wrslawyers.com
- **Lauren T Attard**   lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Allison R Axenrod**   allison@claimsrecoveryllc.com
- **Keith Patrick Banner**   kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Stephan A Barber**   steve@jrgattorneys.com, anushree@jrgattorneys.com
- **Cristina E Bautista**   cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Tanya Behnam**   tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **James Cornell Behrens**   jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Jacob Beiswenger**   jbeiswenger@omm.com, jacob-beiswenger-5566@ecf.pacerpro.com;swarren@omm.com
- **Bruce Bennett**   bbennett@jonesday.com
- **Peter J Benvenutti**   pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Leslie A Berkoff**   lberkoff@moritthock.com, hmay@moritthock.com
- **Steven M Berman**   sberman@slk-law.com, awit@shumaker.com;bgasaway@shumaker.com
- **Stephen F Biegenzahn**   efile@sfblaw.com
- **Anthony Bisconti**   tbisconti@bienertkatzman.com,
  4579179420@filings.docketbird.com;chowland@bienertkatzman.com
- **Scott E Blakeley**   seb@blakeleyllp.com, ecf@blakeleyllp.com
- **Karl E Block**   kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- **Matthew I Bobb**   mbobb@HuntonAK.com, lgomez@HuntonAK.com;amckenzie@huntonak.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Michael D Breslauer**   mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Kayla D Britton**   kayla.britton@faegredrinker.com
- **Chane Buck**   cbuck@jonesday.com
- **Lori A Butler**   butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**   hcamhi@mrllp.com,
  bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;echun@mrllp.com;jkissinger@mrllp.com
- **Kathryn M.S. Catherwood**   kcatherwood@grsm.com,
  mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **Barry A Chatz**   barry.chatz@saul.com, jurate.medziak@saul.com
- **Shirley Cho**   scho@pszjlaw.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Louis J. Cisz**   lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Jerome S Cohen**   jsc@jscbklaw.com, bordeaux.ecf@gmail.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- **Marcus Colabianchi**   mcolabianchi@duanemorris.com

- **Claudia Coleman**    ccoleman@marshackhays.com, ccoleman@ecf.courtdrive.com
- **Derrick F Coleman**    derrick@colemanfrost.com, melissa@colemanfrost.com;marissa@colemanfrost.com
- **Kevin Collins**    kevin.collins@btlaw.com, Tabitha.davis@btlaw.com
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **David N Crapo**    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Lauren A Deeb**    lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com
- **Daniel Denny**    ddenny@milbank.com
- **Kerry L Duffy**    kduffy@bzbm.com, cchou@bzbm.com
- **Anthony Dutra**    adutra@hansonbridgett.com
- **Kevin M Eckhardt**    legal@distressed-debt-investing.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David K Eldan**    david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov
- **Andy J Epstein**    taxcpaesq@gmail.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Christine R Etheridge**    christine.etheridge@ikonfin.com
- **John D Faucher**    jdf@johndfaucher.com, FaucherECF@gmail.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Joseph D Frank**    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**    bill.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**    efromme@tocounsel.com, stena@tocounsel.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com,
  cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Norma V Garcia**    ngarciaguillen@garciarainey.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Lawrence B Gill**    lgill@nelsonhardiman.com,
  lcompton@nelsonhardiman.com;rpatel@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Paul R. Glassman**    pglassman@sycr.com
- **Janel M Glynn**    janel.glynn@gknet.com, rachel.milazzo@gknet.com
- **Aaron Matthew Gober-Sims**    aarongobersims@paulhastings.com
- **Matthew A Gold**    courts@argopartners.net
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Richard H Golubow**    rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Barry R Gore**    bgore@goreassociates.com, nnarag@goreassociates.com;r40600@notify.bestcase.com
- **Vincent A Gorski**    vgorski@thegorskifirm.com, ATTY_VGORSKI@trustesolutions.com
- **Arnold L Graff**    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net,jcraig@wrightlegal.net
- **Barbara R Gross**    barbara@bgross.law, luz@bgross.law
- **David M. Guess**    guessd@gtlaw.com
- **Anna Gumport**    agumport@sidley.com
- **Ajay K Gupta**    ag@socal.law, ajay@guptalc.com
- **Mary H Haas**    maryhaas@dwt.com

- **Chad V Haes**    chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtd
  rive.com
- **Craig N Haring**    charing@blankrome.com
- **Melissa T Harris**    harris.melissa@pbgc.gov, efile@pbgc.gov
- **Robert G Harris**    rob@bindermalter.com, valynn@bindermalter.com
- **James A Hayes**    jhayes@zinserhayes.com, jhayes@ecf.courtdrive.com
- **Michael S Held**    mheld@jw.com
- **Jonathon J. Herzog**    jherzog@westzog.com, pkwan@westzog.com
- **Lawrence J Hilton**    lhilton@onellp.com,
  lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
- **Robert M Hirsh**    rhirsh@lowenstein.com
- **Florice Hoffman**    fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Lee F Hoffman**    leehoffmanjd@gmail.com, lee@fademlaw.com
- **Marshall J Hogan**    mhogan@swlaw.com, knestuk@swlaw.com
- **Michael Hogue**    hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com
- **Matthew B Holbrook**    mholbrook@sheppardmullin.com, amartin@sheppardmullin.com
- **David I Horowitz**    david.horowitz@kirkland.com,
  keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com
- **Virginia Hoyt**    scif.legal.bk@scif.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh**    joan.huh@cdtfa.ca.gov
- **Carol A Igoe**    cigoe@calnurses.org, ttschneaux@calnurses.org
- **Benjamin Ikuta**    bikuta@hml.law
- **William E Ireland**    wireland@hbblaw.com, edocs@hbblaw.com
- **Peter L Isola**    PIsola@hinshawlaw.com, CKingsley@hinshawlaw.com
- **Lawrence A Jacobson**    laj@cohenandjacobson.com
- **Eamon Jafari**    jafari@barringtonlegal.com, gould@barringtonlegal.com
- **John Mark Jennings**    johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com
- **Monique D Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Crystal Johnson**    M46380@ATT.COM
- **Gregory R Jones**    gjones@mwe.com, rnhunter@mwe.com;cgreer@mwe.com
- **Jeff D Kahane**    jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**    skahn@pszyjw.com
- **Cameo M Kaisler**    salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**    ikallick@manatt.com, ihernandez@manatt.com
- **Ori Katz**    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Steven J. Katzman**    SKatzman@bienertkatzman.com,
  admin@bienertkatzman.com;chowland@bienertkatzman.com;4579179420@filings.docketbird.com
- **Sweeney Kelly**    kelly@ksgklaw.com
- **Gerald P Kennedy**    gerald.kennedy@procopio.com,
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Payam Khodadadi**    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Christopher M Kiernan**    chris@talkovlaw.com, talkovlaw@ecf.courtdrive.com
- **Christian T Kim**    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Monica Y Kim**    myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Alan M Kindred**    akindred@leechtishman.com,
  alankindred@hotmail.com;dtomko@leechtishman.com;challer@leechtishman.com
- **Benjamin R King**    bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Meredith King**    kingm@higgslaw.com, malavarj@higgslaw.com
- **Gary E Klausner**    gek@lnbyb.com
- **David A Klein**    david.klein@kirkland.com

- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com
- **Joseph A Kohanski**    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com;gmccoy@bushgottlieb.com
- **Jolene E Kramer**    bankruptcycourtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Chet Kronenberg**    , justin.andrei@stblaw.com,lwashienko@stblaw.com
- **Chet Kronenberg**    ckronenberg@stblaw.com, justin.andrei@stblaw.com,lwashienko@stblaw.com
- **David S Kupetz**    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Darryl S Laddin**    bkrfilings@agg.com
- **Tarifa Laddon**    tarifa.laddon@faegredrinker.com, Lorena.lazheztter@faegredrinker.com
- **David Brian Lally**    davidlallylaw@gmail.com
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com,
  lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfr
  azier@sklarkirsh.com;cbullock@sklarkirsh.com
- **Richard A Lapping**    richard@lappinglegal.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Dan Lawton**    dlawton@klinedinstlaw.com, lparrish@klinedinstlaw.com
- **Marc Y Lazo**    mlazo@kllawgroup.com, rcantillo@kllawgroup.com
- **Nathaniel M Leeds**    nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
- **Paul J Leeds**    leedsp@higgslaw.com, kimbled@higgslaw.com
- **David E Lemke**    david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Danielle R Leneck**    dleneck@jonesday.com,
  eburnside@jonesday.com;cjlovrien@jonesday.com;joelnavarro@jonesday.com;mmelvin@jonesday.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Elan S Levey**    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- **Alexander J Lewicki**    alewicki@diemerwei.com
- **Wendy A Loo**    wendy.loo@lacity.org
- **Kerri A Lyman**    klyman@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;mhernandez@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Tracy L Mainguy**    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@
  dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- **Lloyd S Mann**    lmann@mannzarpas.com
- **Alvin Mar**    alvin.mar@usdoj.gov, dare.law@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Hutchison B Meltzer**    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Maria Ann Milano**    mmilano@riddellwilliams.com
- **Angela Z Miller**    amiller@phillipslytle.com, styrone@phillipslytle.com
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Trey A Monsour**    tmonsour@foxrothschild.com
- **Susan I Montgomery**    susan@simontgomerylaw.com,
  assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.c
  om

- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Marianne S Mortimer**    mmartin@jmbm.com
- **Tania M Moyron**    tania.moyron@dentons.com,
  malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Aviram Edward Muhtar**    aviram.muhtar@lewisbrisbois.com
- **Patrick J Mulligan**    pmulligan@bressler.com
- **Benjamin Nachimson**    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Akop J Nalbandyan**    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Jennifer L Nassiri**    jennifernassiri@quinnemanuel.com, bdelacruz@sheppardmullin.com
- **Charles E Nelson**    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson**    shedoesbklaw@aol.com
- **Mark A Neubauer**    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com
- **Fred Neufeld**    fneufeld@sycr.com, tingman@sycr.com
- **Bryan L Ngo**    bngo@fortislaw.com,
  BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Abigail V O'Brient**    avobrient@mintz.com,
  docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- **John R OKeefe**    jokeefe@metzlewis.com, slohr@metzlewis.com
- **Matthew J Olson**    olson.matt@dorsey.com, stell.laura@dorsey.com
- **Scott H Olson**    solson@vedderprice.com, scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-
  law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Joshua K Partington**    jpartington@swlaw.com, idelgado@swlaw.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Lisa M Peters**    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**    cjpetersen@blankrome.com, gsolis@blankrome.com
- **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Mark D Plevin**    mplevin@crowell.com, cromo@crowell.com
- **Steven G. Polard**    steven.polard@ropers.com, calendar-
  lao@ropers.com;keiko.kakiuchi@ropers.com;anthony.arriola@ropers.com
- **Don J Pool**    dpool@fennemorelaw.com, mmeister@fennemorelaw.com;clalonde@fennemorelaw.com
- **David M Powlen**    david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Douglas B Provencher**    dbp@provlaw.com
- **Lori L Purkey**    bareham@purkeyandassociates.com
- **Uzzi O Raanan**    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- **William M Rathbone**    wrathbone@grsm.com, sdurazo@grsm.com
- **Jason M Reed**    Jason.Reed@Maslon.com
- **Nathaniel W Reinhardt**    nreinhardt@bienertkatzman.com, 4579179420@filings.docketbird.com
- **Jeffrey M. Reisner**    jreisner@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Kenneth R Reynolds**    krrlaw@sbcglobal.net

- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Robert A Rich**    , candonian@huntonak.com
- **Robert A Rich**    rrich2@huntonak.com, candonian@huntonak.com
- **Lesley A Riis**    lriis@dpmclaw.com
- **Debra Riley**    driley@allenmatkins.com
- **Jason E Rios**    jrios@ffwplaw.com, docket@ffwplaw.com
- **Julie H Rome-Banks**    julie@bindermalter.com
- **Mary H Rose**    mrose@buchalter.com
- **Douglas B Rosner**    drosner@goulstonstorrs.com
- **Gregory A Rougeau**    grougeau@brlawsf.com
- **Megan A Rowe**    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Ryan M Salzman**    ryan.salzman@faegredrinker.com, susan.carlson@faegredrinker.com
- **Natalie K Sanders**    natalie.sanders@bakerbotts.com, anna.tercero@bakerbotts.com
- **Scott A Schiff**    sas@soukup-schiff.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Nathan A Schultz**    nschultz@goodwinlaw.com
- **Mark A Serlin**    ms@swllplaw.com, sondra@swllplaw.com
- **Isra Shah**    ishah@rwglaw.com
- **Seth B Shapiro**    seth.shapiro@usdoj.gov
- **David B Shemano**    dshemano@shemanolaw.com
- **Joseph Shickich**    jshickich@riddellwilliams.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Rachelle Singer**    rsinger@smithsilbar.com, rsinger@smithsilbar.com
- **Kyrsten Skogstad**    kskogstad@calnurses.org, rcraven@calnurses.org
- **Andrew Edward Smyth**    office@smythlo.com
- **Michael St James**    ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com
- **Peter T Steinberg**    mr.aloha@sbcglobal.net
- **Joseph L Steinfeld**    jsteinfeld@askllp.com,
  lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Rachel P Stoian**    stoian.rachel@dorsey.com, stell.laura@dorsey.com
- **Jason D Strabo**    jstrabo@mwe.com, cfuraha@mwe.com
- **Sabrina L Streusand**    Streusand@slollp.com
- **Ralph J Swanson**    ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Michael A Sweet**    msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com
- **Scott Talkov**    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
- **James M Toma**    james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov
- **Gary F Torrell**    gtorrell@health-law.com
- **Levi Reuben Uku**    levireuben@gmail.com
- **Gary D Underdahl**    , lmiskowiec@askllp.com
- **Gary D Underdahl**    gunderdahl@askllp.com, lmiskowiec@askllp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Cecelia Valentine**    cecelia.valentine@nlrb.gov
- **Jason Wallach**    jwallach@ghplaw.com, g33404@notify.cincompass.com
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Ashley R Wedding**    awedding@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com

- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Joseph M Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Adam G Wentland**    awentland@tocounsel.com, lkwon@tocounsel.com
- **Steven Werth**    swerth@sulmeyerlaw.com,
  cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- **Cranston J Williams**    cwilliams3@semprautilities.com
- **Latonia Williams**    lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**    mike@winsten.com
- **Rebecca J Winthrop**    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**    nwolf@hansonbridgett.com, lchappell@hansonbridgett.com
- **Kirsten A Worley**    WORLEYK@HIGGSLAW.COM, MALAVARJ@HIGGSLAW.COM
- **Claire K Wu**    ckwu@sulmeyerlaw.com,
  mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com;kfiles@sulmeyerlaw.com
- **Steven D Wyllie**    steven.wyllie@nlrb.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- **Bennett G Young**    byoung@jmbm.com, jb8@jmbm.com
- **Andrew J Ziaja**    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**    rzimmerman@dalycity.org

## SERVICE LIST
(Via NEF)

- **Alexandra Achamallah**   aachamallah@milbank.com, rliubicic@milbank.com
- **Melinda Alonzo**   ml7829@att.com
- **Anerio V Altman**   LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Robert N Amkraut**   ramkraut@foxrothschild.com
- **Kyra E Andrassy**   kandrassy@swelawfirm.com;
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Armando V Arballo**   armando.arballo@klgates.com, K&LGATES.Bankruptcy@klgates.com
- **Simon Aron**   saron@wrslawyers.com, eweiman@wrslawyers.com
- **Lauren T Attard**   lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Allison R Axenrod**   allison@claimsrecoveryllc.com
- **Keith Patrick Banner**   kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Stephan A Barber**   steve@jrgattorneys.com, anushree@jrgattorneys.com
- **Cristina E Bautista**   cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **William C Beall**   will@beallandburkhardt.com, carissa@beallandburkhardt.com
- **Tanya Behnam**   tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **James Cornell Behrens**   jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- **Jacob Beiswenger**   jbeiswenger@omm.com, jacob-beiswenger-5566@ecf.pacerpro.com;swarren@omm.com
- **Bruce Bennett**   bbennett@jonesday.com
- **Peter J Benvenutti**   pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Leslie A Berkoff**   lberkoff@moritthock.com, hmay@moritthock.com
- **Steven M Berman**   sberman@slk-law.com, awit@shumaker.com;bgasaway@shumaker.com
- **Stephen F Biegenzahn**   efile@sfblaw.com
- **Anthony Bisconti**   tbisconti@bienertkatzman.com,
  4579179420@filings.docketbird.com;chowland@bienertkatzman.com
- **Scott E Blakeley**   seb@blakeleyllp.com, ecf@blakeleyllp.com
- **Karl E Block**   kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- **Matthew I Bobb**   mbobb@HuntonAK.com, lgomez@HuntonAK.com;amckenzie@huntonak.com
- **J Scott Bovitz**   bovitz@bovitz-spitzer.com
- **Dustin P Branch**   branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Michael D Breslauer**   mbreslauer@swsslaw.com,
  wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com
- **Kayla D Britton**   kayla.britton@faegredrinker.com
- **Chane Buck**   cbuck@jonesday.com
- **Lori A Butler**   butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi**   hcamhi@mrllp.com,
  bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;echun@mrllp.com;jkissinger@mrllp.com
- **Kathryn M.S. Catherwood**   kcatherwood@grsm.com,
  mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com
- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **Barry A Chatz**   barry.chatz@saul.com, jurate.medziak@saul.com
- **Shirley Cho**   scho@pszjlaw.com
- **Shawn M Christianson**   cmcintire@buchalter.com, schristianson@buchalter.com
- **Louis J. Cisz**   lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Jerome S Cohen**   jsc@jscbklaw.com, bordeaux.ecf@gmail.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- **Marcus Colabianchi**   mcolabianchi@duanemorris.com

- **Claudia Coleman**    ccoleman@marshackhays.com, ccoleman@ecf.courtdrive.com
- **Derrick F Coleman**    derrick@colemanfrost.com, melissa@colemanfrost.com;marissa@colemanfrost.com
- **Kevin Collins**    kevin.collins@btlaw.com, Tabitha.davis@btlaw.com
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **David N Crapo**    dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan**    md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Aaron Davis**    aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Lauren A Deeb**    lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com
- **Daniel Denny**    ddenny@milbank.com
- **Kerry L Duffy**    kduffy@bzbm.com, cchou@bzbm.com
- **Anthony Dutra**    adutra@hansonbridgett.com
- **Kevin M Eckhardt**    legal@distressed-debt-investing.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com,
  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David K Eldan**    david.eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov
- **Andy J Epstein**    taxcpaesq@gmail.com
- **Richard W Esterkin**    richard.esterkin@morganlewis.com
- **Christine R Etheridge**    christine.etheridge@ikonfin.com
- **John D Faucher**    jdf@johndfaucher.com, FaucherECF@gmail.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Alan W Forsley**    alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com
- **Joseph D Frank**    jfrank@fgllp.com,
  mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **William B Freeman**    bill.freeman@kattenlaw.com,
  nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme**    efromme@tocounsel.com, stena@tocounsel.com
- **Amir Gamliel**    amir-gamliel-9554@ecf.pacerpro.com,
  cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Norma V Garcia**    ngarciaguillen@garciarainey.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
- **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Lawrence B Gill**    lgill@nelsonhardiman.com,
  lcompton@nelsonhardiman.com;rpatel@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Paul R. Glassman**    pglassman@sycr.com
- **Janel M Glynn**    janel.glynn@gknet.com, rachel.milazzo@gknet.com
- **Aaron Matthew Gober-Sims**    aarongobersims@paulhastings.com
- **Matthew A Gold**    courts@argopartners.net
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Marshall F Goldberg**    mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Richard H Golubow**    rgolubow@wghlawyers.com,
  jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Barry R Gore**    bgore@goreassociates.com, nnarag@goreassociates.com;r40600@notify.bestcase.com
- **Vincent A Gorski**    vgorski@thegorskifirm.com, ATTY_VGORSKI@trustesolutions.com
- **Arnold L Graff**    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net,jcraig@wrightlegal.net
- **Barbara R Gross**    barbara@bgross.law, luz@bgross.law
- **David M. Guess**    guessd@gtlaw.com
- **Anna Gumport**    agumport@sidley.com
- **Ajay K Gupta**    ag@socal.law, ajay@guptalc.com
- **Mary H Haas**    maryhaas@dwt.com

- **Chad V Haes**   chaes@marshackhays.com,
  chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com
- **Craig N Haring**   charing@blankrome.com
- **Melissa T Harris**   harris.melissa@pbgc.gov, efile@pbgc.gov
- **Robert G Harris**   rob@bindermalter.com, valynn@bindermalter.com
- **James A Hayes**   jhayes@zinserhayes.com, jhayes@ecf.courtdrive.com
- **Michael S Held**   mheld@jw.com
- **Jonathon J. Herzog**   jherzog@westzog.com, pkwan@westzog.com
- **Lawrence J Hilton**   lhilton@onellp.com,
  lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
- **Robert M Hirsh**   rhirsh@lowenstein.com
- **Florice Hoffman**   fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Lee F Hoffman**   leehoffmanjd@gmail.com, lee@fademlaw.com
- **Marshall J Hogan**   mhogan@swlaw.com, knestuk@swlaw.com
- **Michael Hogue**   hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com
- **Matthew B Holbrook**   mholbrook@sheppardmullin.com, amartin@sheppardmullin.com
- **David I Horowitz**   david.horowitz@kirkland.com,
  keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com
- **Virginia Hoyt**   scif.legal.bk@scif.com
- **Brian D Huben**   hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh**   joan.huh@cdtfa.ca.gov
- **Carol A Igoe**   cigoe@calnurses.org, ttschneaux@calnurses.org
- **Benjamin Ikuta**   bikuta@hml.law
- **William E Ireland**   wireland@hbblaw.com, edocs@hbblaw.com
- **Peter L Isola**   PIsola@hinshawlaw.com, CKingsley@hinshawlaw.com
- **Lawrence A Jacobson**   laj@cohenandjacobson.com
- **Eamon Jafari**   jafari@barringtonlegal.com, gould@barringtonlegal.com
- **John Mark Jennings**   johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com
- **Monique D Jewett-Brewster**   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Crystal Johnson**   M46380@ATT.COM
- **Gregory R Jones**   gjones@mwe.com, rnhunter@mwe.com;cgreer@mwe.com
- **Jeff D Kahane**   jkahane@duanemorris.com, dmartinez@duanemorris.com
- **Steven J Kahn**   skahn@pszyjw.com
- **Cameo M Kaisler**   salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick**   ikallick@manatt.com, ihernandez@manatt.com
- **Ori Katz**   okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Steven J. Katzman**   SKatzman@bienertkatzman.com,
  admin@bienertkatzman.com;chowland@bienertkatzman.com;4579179420@filings.docketbird.com
- **Sweeney Kelly**   kelly@ksgklaw.com
- **Gerald P Kennedy**   gerald.kennedy@procopio.com,
  kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com
- **Payam Khodadadi**   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Christopher M Kiernan**   chris@talkovlaw.com, talkovlaw@ecf.courtdrive.com
- **Christian T Kim**   ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Jane Kim**   jkim@kellerbenvenutti.com
- **Monica Y Kim**   myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Alan M Kindred**   akindred@leechtishman.com,
  alankindred@hotmail.com;dtomko@leechtishman.com;challer@leechtishman.com
- **Benjamin R King**   bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Meredith King**   kingm@higgslaw.com, malavarj@higgslaw.com
- **Gary E Klausner**   gek@lnbyb.com
- **David A Klein**   david.klein@kirkland.com

- **Nicholas A Koffroth**    nkoffroth@foxrothschild.com
- **Joseph A Kohanski**    jkohanski@bushgottlieb.com, kprestegard@bushgottlieb.com;gmccoy@bushgottlieb.com
- **Jolene E Kramer**    bankruptcycourtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Chet Kronenberg**    , justin.andrei@stblaw.com,lwashienko@stblaw.com
- **Chet Kronenberg**    ckronenberg@stblaw.com, justin.andrei@stblaw.com,lwashienko@stblaw.com
- **David S Kupetz**    dkupetz@sulmeyerlaw.com,
  dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Darryl S Laddin**    bkrfilings@agg.com
- **Tarifa Laddon**    tarifa.laddon@faegredrinker.com, Lorena.lazheztter@faegredrinker.com
- **David Brian Lally**    davidlallylaw@gmail.com
- **Robert S Lampl**    advocate45@aol.com, rlisarobinsonr@aol.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com,
  lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfr
  azier@sklarkirsh.com;cbullock@sklarkirsh.com
- **Richard A Lapping**    richard@lappinglegal.com
- **Paul J Laurin**    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- **Dan Lawton**    dlawton@klinedinstlaw.com, lparrish@klinedinstlaw.com
- **Marc Y Lazo**    mlazo@kllawgroup.com, rcantillo@kllawgroup.com
- **Nathaniel M Leeds**    nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
- **Paul J Leeds**    leedsp@higgslaw.com, kimbled@higgslaw.com
- **David E Lemke**    david.lemke@wallerlaw.com,
  chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com
- **Danielle R Leneck**    dleneck@jonesday.com,
  eburnside@jonesday.com;cjlovrien@jonesday.com;joelnavarro@jonesday.com;mmelvin@jonesday.com
- **Lisa Lenherr**    llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **Elan S Levey**    elan.levey@usdoj.gov, tiffany.davenport@usdoj.gov
- **Alexander J Lewicki**    alewicki@diemerwei.com
- **Wendy A Loo**    wendy.loo@lacity.org
- **Kerri A Lyman**    klyman@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;mhernandez@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Tracy L Mainguy**    bankruptcycourtnotices@unioncounsel.net, tmainguy@unioncounsel.net
- **Samuel R Maizel**    samuel.maizel@dentons.com,
  alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@
  dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- **Lloyd S Mann**    lmann@mannzarpas.com
- **Alvin Mar**    alvin.mar@usdoj.gov, dare.law@usdoj.gov
- **Craig G Margulies**    Craig@MarguliesFaithlaw.com,
  Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Daniel J McCarthy**    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Hutchison B Meltzer**    hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Maria Ann Milano**    mmilano@riddellwilliams.com
- **Angela Z Miller**    amiller@phillipslytle.com, styrone@phillipslytle.com
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Trey A Monsour**    tmonsour@foxrothschild.com
- **Susan I Montgomery**    susan@simontgomerylaw.com,
  assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.c
  om

- **Monserrat Morales**    Monsi@MarguliesFaithLaw.com,
  Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Marianne S Mortimer**    mmartin@jmbm.com
- **Tania M Moyron**    tania.moyron@dentons.com,
  malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Aviram Edward Muhtar**    aviram.muhtar@lewisbrisbois.com
- **Patrick J Mulligan**    pmulligan@bressler.com
- **Benjamin Nachimson**    ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Akop J Nalbandyan**    jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Jennifer L Nassiri**    jennifernassiri@quinnemanuel.com, bdelacruz@sheppardmullin.com
- **Charles E Nelson**    nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson**    shedoesbklaw@aol.com
- **Mark A Neubauer**    mneubauer@carltonfields.com,
  mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com
- **Fred Neufeld**    fneufeld@sycr.com, tingman@sycr.com
- **Bryan L Ngo**    bngo@fortislaw.com,
  BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com
- **Abigail V O'Brient**    avobrient@mintz.com,
  docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- **John R OKeefe**    jokeefe@metzlewis.com, slohr@metzlewis.com
- **Matthew J Olson**    olson.matt@dorsey.com, stell.laura@dorsey.com
- **Scott H Olson**    solson@vedderprice.com, scott-olson-
  2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-
  law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **R Gibson Pagter**    gibson@ppilawyers.com, ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com
- **Brian A Paino**    bpaino@mcglinchey.com, irvineECF@mcglinchey.com
- **Joshua K Partington**    jpartington@swlaw.com, idelgado@swlaw.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Lisa M Peters**    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen**    cjpetersen@blankrome.com, gsolis@blankrome.com
- **Estela O Pino**    epino@epinolaw.com, staff@epinolaw.com;clerk@epinolaw.com
- **Mark D Plevin**    mplevin@crowell.com, cromo@crowell.com
- **Steven G. Polard**    steven.polard@ropers.com, calendar-
  lao@ropers.com;keiko.kakiuchi@ropers.com;anthony.arriola@ropers.com
- **Don J Pool**    dpool@fennemorelaw.com, mmeister@fennemorelaw.com;clalonde@fennemorelaw.com
- **David M Powlen**    david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Douglas B Provencher**    dbp@provlaw.com
- **Lori L Purkey**    bareham@purkeyandassociates.com
- **Uzzi O Raanan**    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- **William M Rathbone**    wrathbone@grsm.com, sdurazo@grsm.com
- **Jason M Reed**    Jason.Reed@Maslon.com
- **Nathaniel W Reinhardt**    nreinhardt@bienertkatzman.com, 4579179420@filings.docketbird.com
- **Jeffrey M. Reisner**    jreisner@steptoe.com, #-
  FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Kenneth R Reynolds**    krrlaw@sbcglobal.net

- **Michael B Reynolds**    mreynolds@swlaw.com, kcollins@swlaw.com
- **J. Alexandra Rhim**    arhim@hrhlaw.com
- **Emily P Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Robert A Rich**    , candonian@huntonak.com
- **Robert A Rich**    rrich2@huntonak.com, candonian@huntonak.com
- **Lesley A Riis**    lriis@dpmclaw.com
- **Debra Riley**    driley@allenmatkins.com
- **Jason E Rios**    jrios@ffwplaw.com, docket@ffwplaw.com
- **Julie H Rome-Banks**    julie@bindermalter.com
- **Mary H Rose**    mrose@buchalter.com
- **Douglas B Rosner**    drosner@goulstonstorrs.com
- **Gregory A Rougeau**    grougeau@brlawsf.com
- **Megan A Rowe**    mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Gregory M Salvato**    gsalvato@salvatoboufadel.com,
  calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Ryan M Salzman**    ryan.salzman@faegredrinker.com, susan.carlson@faegredrinker.com
- **Natalie K Sanders**    natalie.sanders@bakerbotts.com, anna.tercero@bakerbotts.com
- **Scott A Schiff**    sas@soukup-schiff.com
- **Daren M Schlecter**    daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Nathan A Schultz**    nschultz@goodwinlaw.com
- **Mark A Serlin**    ms@swllplaw.com, sondra@swllplaw.com
- **Isra Shah**    ishah@rwglaw.com
- **Seth B Shapiro**    seth.shapiro@usdoj.gov
- **David B Shemano**    dshemano@shemanolaw.com
- **Joseph Shickich**    jshickich@riddellwilliams.com
- **Mark Shinderman**    mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Rachelle Singer**    rsinger@smithsilbar.com, rsinger@smithsilbar.com
- **Kyrsten Skogstad**    kskogstad@calnurses.org, rcraven@calnurses.org
- **Andrew Edward Smyth**    office@smythlo.com
- **Michael St James**    ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com
- **Peter T Steinberg**    mr.aloha@sbcglobal.net
- **Joseph L Steinfeld**    jsteinfeld@askllp.com,
  lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **Rachel P Stoian**    stoian.rachel@dorsey.com, stell.laura@dorsey.com
- **Jason D Strabo**    jstrabo@mwe.com, cfuraha@mwe.com
- **Sabrina L Streusand**    Streusand@slollp.com
- **Ralph J Swanson**    ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Michael A Sweet**    msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com
- **Scott Talkov**    scott@talkovlaw.com, talkovlaw@ecf.courtdrive.com
- **James M Toma**    james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov
- **Gary F Torrell**    gtorrell@health-law.com
- **Levi Reuben Uku**    levireuben@gmail.com
- **Gary D Underdahl**    , lmiskowiec@askllp.com
- **Gary D Underdahl**    gunderdahl@askllp.com, lmiskowiec@askllp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Cecelia Valentine**    cecelia.valentine@nlrb.gov
- **Jason Wallach**    jwallach@ghplaw.com, g33404@notify.cincompass.com
- **Kenneth K Wang**    kenneth.wang@doj.ca.gov,
  Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov
- **Phillip K Wang**    phillip.wang@rimonlaw.com, david.kline@rimonlaw.com
- **Ashley R Wedding**    awedding@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com

- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Joseph M Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Adam G Wentland**    awentland@tocounsel.com, lkwon@tocounsel.com
- **Steven Werth**    swerth@sulmeyerlaw.com,
  cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- **Cranston J Williams**    cwilliams3@semprautilities.com
- **Latonia Williams**    lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten**    mike@winsten.com
- **Rebecca J Winthrop**    rebecca.winthrop@nortonrosefulbright.com, diana.cardenas@nortonrosefulbright.com
- **Jeffrey C Wisler**    jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf**    nwolf@hansonbridgett.com, lchappell@hansonbridgett.com
- **Kirsten A Worley**    WORLEYK@HIGGSLAW.COM, MALAVARJ@HIGGSLAW.COM
- **Claire K Wu**    ckwu@sulmeyerlaw.com,
  mviramontes@sulmeyerlaw.com;ckwu@ecf.courtdrive.com;ckwu@ecf.inforuptcy.com;kfiles@sulmeyerlaw.com
- **Steven D Wyllie**    steven.wyllie@nlrb.gov
- **Hatty K Yip**    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- **Bennett G Young**    byoung@jmbm.com, jb8@jmbm.com
- **Andrew J Ziaja**    aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman**    rzimmerman@dalycity.org