United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 18-20151-ER

Verity Health System of California, Inc.                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 29 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf042 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Verity Health System of California, Inc., 2040 E. Mariposa Avenue, El Segundo, CA 90245-5027 |
| aty | + | Brigette G McGrath, ASK LLP, 2600 Eagan Woods Drive, Suite 400, St Paul, MN 55121-1169 |
| aty | | Claude D Montgomery, Dentons US LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Nicholas C Brown, ASK LLP, 2600 Eagan Woods Drive, Suite 400, St Paul, MN 55121-1169 |
| aty | + | Patrick Maxcy, Dentons US LLP, 233 S Wacker Dr Ste 5900, Chicago, IL 60606-6404 |
| aty | + | Richard Reding, ASK LLP, 2600 Eagan Woods Dr Ste 400, St Paul, MN 55121-1169 |
| aty | + | Robert E Richards, Dentons US LLP, 233 South Wacker Drive, Suite 5900, Chicago, IL 60606-6404 |
| aty | + | Roger Kent Heidenreich, Dentons US LLP, 211 North Broadway Ste 3000, St Louis, MO 63102-2726 |
| aty | + | Sam J Alberts, DENTONS US LLP, 1900 K Street NW, Washington, DC 20006-1110 |
| aty | + | Stephen J O'brien, Dentons US LLP, 211 North Broadway Ste 3000, St Louis, MO 63102-2726 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Davis | |
| | on behalf of Creditor US Foods  Inc. aaron.davis@bryancave.com, kat.flaherty@bryancave.com |

District/off: 0973-2                          User: admin                                    Page 2 of 29
Date Rcvd: Aug 04, 2022                       Form ID: pdf042                             Total Noticed: 10

Aaron Matthew Gober-Sims
on behalf of Defendant NeoGenomics Laboratories  Inc. aarongobersims@paulhastings.com

Abigail V O'Brient
on behalf of Defendant UMB Bank  National Association avobrient@mintz.com,
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com

Abigail V O'Brient
on behalf of Interested Party Courtesy NEF avobrient@mintz.com
docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com

Abigail V O'Brient
on behalf of Creditor UMB Bank  N.A., as master indenture trustee and Wells Fargo Bank, National Association, as indenture
trustee avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com

Adam G Wentland
on behalf of Creditor CHHP Holdings II  LLC awentland@tocounsel.com, lkwon@tocounsel.com

Adam G Wentland
on behalf of Creditor Gardena Hospital L.P. awentland@tocounsel.com  lkwon@tocounsel.com

Adam G Wentland
on behalf of Creditor Eladh  L.P. awentland@tocounsel.com, lkwon@tocounsel.com

Adam G Wentland
on behalf of Creditor CPH Hospital Management  LLC awentland@tocounsel.com, lkwon@tocounsel.com

Ajay K Gupta
on behalf of Defendant Clinicomp International  Inc. ag@socal.law, ajay@guptalc.com

Akop J Nalbandyan
on behalf of Creditor Jason Michael Shank jnalbandyan@LNtriallawyers.com  cbautista@LNtriallawyers.com

Alan I Nahmias
on behalf of Interested Party Alan I Nahmias anahmias@mbn.law  jdale@mbnlawyers.com

Alan I Nahmias
on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbnlawyers.com

Alan I Nahmias
on behalf of Creditor Experian Health  Inc anahmias@mbn.law, jdale@mbnlawyers.com

Alan I Nahmias
on behalf of Creditor Experian Health fka Passport Health Communications Inc anahmias@mbn.law  jdale@mbnlawyers.com

Alan M Kindred
on behalf of Defendant Mohammad S. Alhasan akindred@leechtishman.com  alankindred@hotmail.com;dtomko@ch-legal.com

Alan M Kindred
on behalf of Defendant West Medical Inc. akindred@leechtishman.com  alankindred@hotmail.com;dtomko@ch-legal.com

Alan M Kindred
on behalf of Defendant Shamrock Surgical akindred@leechtishman.com  alankindred@hotmail.com;dtomko@ch-legal.com

Alan M Kindred
on behalf of Defendant Fred F. Naraghi  M.D., Inc. akindred@leechtishman.com,
alankindred@hotmail.com;dtomko@ch-legal.com

Alan M Kindred
on behalf of Defendant Questivity  Inc. akindred@leechtishman.com, alankindred@hotmail.com;dtomko@ch-legal.com

Alan M Kindred
on behalf of Defendant Lisa Lhummel Geisinger akindred@leechtishman.com  alankindred@hotmail.com;dtomko@ch-legal.com

Alan W Forsley
on behalf of Defendant HSS Inc. alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy.flores@flpllp.com

Alexander J Lewicki
on behalf of Defendant Edward Omron alewicki@diemerwei.com

Alexander J Lewicki
on behalf of Defendant LEARN Speech Therapy alewicki@diemerwei.com

Alexandra Achamallah
on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
aachamallah@milbank.com, rliubicic@milbank.com

Alexandra Achamallah
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
aachamallah@milbank.com, rliubicic@milbank.com

Allison R Axenrod
on behalf of Creditor CRG Financial LLC allison@claimsrecoveryllc.com

District/off: 0973-2                          User: admin                              Page 3 of 29
Date Rcvd: Aug 04, 2022                       Form ID: pdf042                          Total Noticed: 10

Alvin Mar
  on behalf of U.S. Trustee United States Trustee (LA) alvin.mar@usdoj.gov  dare.law@usdoj.gov

Amir Gamliel
  on behalf of Creditor Quadramed Affinity Corporation and Picis Clinical Solutions Inc. amir-gamliel-9554@ecf.pacerpro.com
  cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Amir Gamliel
  on behalf of Creditor Parallon Revenue Cycle Services  Inc. f/k/a The Outsource Group, Inc.
  amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Andrew Nazar
  on behalf of Defendant Wellsky Corporation anazar@polsinelli.com  tbackus@polsinelli.com;docket@polsinelli.com

Andrew Still
  on behalf of Creditor California Physicians' Service dba Blue Shield of California astill@swlaw.com  kcollins@swlaw.com

Andrew Still
  on behalf of Interested Party Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
  on behalf of Defendant BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN FKA CARE 1st HEALTH PLAN  a
  California corporation astill@swlaw.com, kcollins@swlaw.com

Andrew Still
  on behalf of Creditor Courtesy NEF astill@swlaw.com  kcollins@swlaw.com

Andrew Still
  on behalf of Creditor Care 1st Health Plan astill@swlaw.com  kcollins@swlaw.com

Andrew Still
  on behalf of Defendant California Physicians' Service  a California nonprofit public benefit corporation astill@swlaw.com,
  kcollins@swlaw.com

Andrew Edward Smyth
  on behalf of Defendant J.A. Neurodiagnostics Medical Services  Inc. office@smythlo.com

Andrew J Ziaja
  on behalf of Interested Party Engineers and Scientists of California Local 20  IFPTE aziaja@leonardcarder.com,
  sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com

Andy J Epstein
  on behalf of Creditor Renee Elizabeth Capizzi taxcpaesq@gmail.com

Andy J Epstein
  on behalf of Creditor Rosa Carcamo taxcpaesq@gmail.com

Andy J Epstein
  on behalf of Interested Party Courtesy NEF taxcpaesq@gmail.com

Andy J Epstein
  on behalf of Creditor Ivonne Engelman taxcpaesq@gmail.com

Anerio V Altman
  on behalf of Defendant Global 360 Protective Services LakeForestBankruptcy@jubileebk.net  lakeforestpacer@gmail.com

Angela Z Miller
  on behalf of Other Professional Phillips Lytle LLP amiller@phillipslytle.com  styrone@phillipslytle.com

Angela Z Miller
  on behalf of Interested Party Courtesy NEF amiller@phillipslytle.com  styrone@phillipslytle.com

Anna Gumport
  on behalf of Interested Party Medical Office Buildings of California  LLC agumport@sidley.com,
  laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com

Anna Kordas
  on behalf of Defendant David Sachs akordas@jonesday.com

Anna Kordas
  on behalf of Defendant NantWorks  LLC akordas@jonesday.com

Anna Kordas
  on behalf of Debtor Verity Health System of California  Inc. akordas@jonesday.com

Anthony Bisconti
  on behalf of Trustee Howard B Grobstein tbisconti@bklwlaw.com  7657482420@filings.docketbird.com;docket@bklwlaw.com

Anthony Bisconti
  on behalf of Liquidator VHS Liquidating Trust tbisconti@bklwlaw.com
  7657482420@filings.docketbird.com;docket@bklwlaw.com

Anthony Dutra

District/off: 0973-2                                       User: admin                                       Page 4 of 29
Date Rcvd: Aug 04, 2022                                   Form ID: pdf042                                   Total Noticed: 10

|  |  |
|---|---|
|  | on behalf of Defendant LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY DBA L.A. CARE HEALTH PLAN an independent local public agency adutra@hansonbridgett.com |
| Anthony Dutra | on behalf of Creditor Local Initiative Health Authority for Los Angeles County operating and doing business as L.A. Care Health Plan adutra@hansonbridgett.com |
| Arnold L Graff | on behalf of Defendant Atlantic Business Organizations Corp. agraff@wrightlegal.net bkudgeneralupdates@wrightlegal.net |
| Ashley R Wedding | on behalf of Defendant Applied Statistics & Management Inc. awedding@fabozzimillerlaw.com dsandoval@fabozzimillerlaw.com |
| Aviram Edward Muhtar | on behalf of Defendant Kronos Incorporated aviram.muhtar@lewisbrisbois.com Nancy.Jasso@lewisbrisbois.com |
| Barbara R Gross | on behalf of Interested Party Courtesy NEF barbara@bgross.law luz@bgross.law |
| Barry A Chatz | on behalf of Defendant CDW Government LLC barry.chatz@saul.com jurate.medziak@saul.com |
| Barry A Chatz | on behalf of Creditor Alcon Vision LLC barry.chatz@saul.com, jurate.medziak@saul.com |
| Barry A Chatz | on behalf of Defendant Equinix Inc. barry.chatz@saul.com, jurate.medziak@saul.com |
| Barry A Chatz | on behalf of Creditor Bausch Health US LLC barry.chatz@saul.com, jurate.medziak@saul.com |
| Benjamin Ikuta | on behalf of Creditor Bill Ma bikuta@hml.law |
| Benjamin Nachimson | on behalf of Defendant Dynamics Orthotics & Prosthetics Inc. ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com |
| Benjamin R King | on behalf of Creditor Quadramed Affinity Corporation and Picis Clinical Solutions Inc. bking@loeb.com karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com |
| Bennett G Young | on behalf of Defendant Norcal Mutual Insurance Company byoung@jmbm.com jb8@jmbm.com |
| Bernard R Given, II | on behalf of Creditor Quadramed Affinity Corporation and Picis Clinical Solutions Inc. bgiven@loeb.com mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com |
| Brian A Paino | on behalf of Defendant ISO-MED Inc. bpaino@mcglinchey.com irvineECF@mcglinchey.com |
| Brian D Huben | on behalf of Creditor Southeast Medical Center LLC and Slauson Associates of Huntington Park, LLC hubenb@ballardspahr.com, carolod@ballardspahr.com |
| Brian L Davidoff | on behalf of Creditor Abbott Rapid Diagnostics Informatics Inc. fka Alere Informatics, Inc. bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Brian T Harvey | on behalf of Defendant T.R.L. Systems Incorporated bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com |
| Bruce Bennett | on behalf of Defendant Integrity Healthcare LLC bbennett@jonesday.com |
| Bruce Bennett | on behalf of Creditor Verity MOB Financing LLC bbennett@jonesday.com |
| Bruce Bennett | on behalf of Creditor Verity MOB Financing II LLC bbennett@jonesday.com |
| Bruce Bennett | on behalf of Creditor Nantworks LLC bbennett@jonesday.com |
| Bruce Bennett | on behalf of Interested Party The Purchaser bbennett@jonesday.com |
| Bruce Bennett | on behalf of Defendant NantWorks LLC bbennett@jonesday.com |

District/off: 0973-2                                      User: admin                                      Page 5 of 29
Date Rcvd: Aug 04, 2022                                  Form ID: pdf042                                  Total Noticed: 10

Bruce Bennett
on behalf of Defendant David Sachs bbennett@jonesday.com

Bruce Bennett
on behalf of Creditor NantHealth  Inc. bbennett@jonesday.com

Bryan L Ngo
on behalf of Interested Party All Care Medical Group  Inc bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Bryan L Ngo
on behalf of Interested Party All Care Medical Group  Inc. bngo@fortislaw.com,
BNgo@bluecapitallaw.com;SPicariello@fortislaw.com;JNguyen@fortislaw.com;JNguyen@bluecapitallaw.com

Cameo M Kaisler
on behalf of Creditor Pension Benefit Guaranty Corporation salembier.cameo@pbgc.gov  efile@pbgc.gov

Carol A Igoe
on behalf of Creditor California Nurses Association cigoe@calnurses.org  ttschneaux@calnurses.org

Carol A Igoe
on behalf of Plaintiff California Nurses Association cigoe@calnurses.org  ttschneaux@calnurses.org

Cecelia Valentine
on behalf of Creditor National Labor Relations Board  Region 31 cecelia.valentine@nlrb.gov

Cecelia Valentine
on behalf of Creditor National Labor Relations Board cecelia.valentine@nlrb.gov

Chad V Haes
on behalf of Defendant Trane U.S. Inc. chaes@marshackhays.com
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Chad V Haes
on behalf of Interested Party Interested Party chaes@marshackhays.com
chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;kfrederick@ecf.courtdrive.com

Chane Buck
on behalf of Interested Party Courtesy NEF cbuck@jonesday.com

Charles E Nelson
on behalf of Interested Party Wells Fargo Bank  National Association, as indenture trustee nelsonc@ballardspahr.com,
wassweilerw@ballardspahr.com

Chet Kronenberg
on behalf of Defendant Bluemountain Foinaven Master Fund L.P.  A Cayman Island Exempted Limited Partnership ,
justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Chet Kronenberg
on behalf of Defendant Assured Investment Management LLC (f/k/a Bluemountain Capital Management  LLC, a Delaware
limited liability company ckronenberg@stblaw.com,
justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Chet Kronenberg
on behalf of Defendant Bluemountain Montenvers Master Fund SCA Sicavsif  A Luxembourg Corporate Partnership Limited By
Shares , justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Chet Kronenberg
on behalf of Defendant Bluemountain Guadalupe Peak Fund L.P.  A Delaware Limited Partnership ,
justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Chet Kronenberg
on behalf of Defendant Bluemountain Summit Opportunities Fund II (US) L.P.  A Delaware Limited Partnership ,
justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Chet Kronenberg
on behalf of Defendant BMSB L.P. ckronenberg@stblaw.com
justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Chet Kronenberg
on behalf of Defendant Bluemountain Logan Opportunities Master Fund L.P.  A Cayman Island Exempted Limited Partnership ,
justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com

Christian T Kim
on behalf of Creditor Irene Rodriguez ckim@dumas-law.com  ckim@ecf.inforuptcy.com

Christine R Etheridge
on behalf of Creditor Fka GE Capital Wells Fargo Vendor Financial Services  LLC christine.etheridge@ikonfin.com

Christopher Minier
on behalf of Creditor Belfor USA Group  Inc. becky@ringstadlaw.com, arlene@ringstadlaw.com

Christopher E Prince

District/off: 0973-2                    User: admin                    Page 6 of 29
Date Rcvd: Aug 04, 2022                 Form ID: pdf042               Total Noticed: 10

on behalf of Creditor Kaiser Foundation Hospitals cprince@lesnickprince.com
jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Christopher J Petersen

on behalf of Creditor Infor (US)  Inc. cjpetersen@blankrome.com, gsolis@blankrome.com

Christopher M Kiernan

on behalf of Interested Party Annapolis Consulting Group  Inc. chris@talkovlaw.com, talkovlaw@ecf.courtdrive.com

Christopher M Kiernan

on behalf of Attorney Christopher Kiernan chris@talkovlaw.com  talkovlaw@ecf.courtdrive.com

Christopher M Kiernan

on behalf of Interested Party TCI Holdings  Inc. chris@talkovlaw.com, talkovlaw@ecf.courtdrive.com

Claire K Wu

on behalf of Interested Party Courtesy NEF claire.wu@pillsburylaw.com
irene.hooper@pillsburylaw.com;docket@pillsburylaw.com

Claudia Coleman

on behalf of Interested Party Interested Party ccoleman@marshackhays.com  ccoleman@ecf.courtdrive.com

Craig G Margulies

on behalf of Creditor Hooper Healthcare Consulting LLC Craig@MarguliesFaithlaw.com
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig G Margulies

on behalf of Interested Party Courtesy NEF Craig@MarguliesFaithlaw.com
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com

Craig N Haring

on behalf of Creditor Infor (US)  Inc. charing@blankrome.com

Cranston J Williams

on behalf of Defendant Southern California Gas Company cwilliams3@semprautilities.com

Cristina E Bautista

on behalf of Creditor Health Net of California  Inc. cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com

Crystal Johnson

on behalf of Debtor Verity Medical Foundation M46380@ATT.COM

Dan Lawton

on behalf of Defendant Pinnacle Brokers Insurance Solutions  LLC dlawton@klinedinstlaw.com, lparrish@klinedinstlaw.com

Daniel Denny

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
ddenny@milbank.com

Daniel J McCarthy

on behalf of Defendant Photon Physics Services dmccarthy@hillfarrer.com  spadilla@hillfarrer.com;nchacon@hfbllp.com

Daniel J McCarthy

on behalf of Defendant Medical Solutions  Inc. dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Danielle R Leneck

on behalf of Defendant Integrity Healthcare  LLC dleneck@jonesday.com,
eburnside@jonesday.com;cjlovrien@jonesday.com;joelnavarro@jonesday.com;cbaker@jonesday.com;atrossum@jonesday.com;
mmelvin@jonesday.com;californiadockets@jonesday.com

Daren M Schlecter

on behalf of Defendant Zoubero  Inc. daren@schlecterlaw.com, assistant@schlecterlaw.com

David A Klein

on behalf of Creditor Conifer Health Solutions  LLC david.klein@kirkland.com

David B Shemano

on behalf of Creditor Ernesto Madrigal dshemano@shemanolaw.com

David B Shemano

on behalf of Creditor Bayer Healthcare LLC dshemano@shemanolaw.com

David B Shemano

on behalf of Creditor Jarmaine Johns dshemano@shemanolaw.com

David B Shemano

on behalf of Creditor Tanya Llera dshemano@shemanolaw.com

David B Shemano

on behalf of Creditor Iris Lara dshemano@shemanolaw.com

David B Shemano

on behalf of Creditor Waheed Wahidi dshemano@shemanolaw.com

District/off: 0973-2                                          User: admin                                          Page 7 of 29

Date Rcvd: Aug 04, 2022                                       Form ID: pdf042                                      Total Noticed: 10

David E Lemke
    on behalf of Creditor ALLY BANK david.lemke@wallerlaw.com
    chris.cronk@wallerlaw.com;Melissa.jones@wallerlaw.com;cathy.thomas@wallerlaw.com

David I Horowitz
    on behalf of Creditor Conifer Health Solutions  LLC david.horowitz@kirkland.com,
    keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com

David K Eldan
    on behalf of Interested Party Attorney General For The State Of Ca David.Eldan@doj.ca.gov  cynthia.gomez@doj.ca.gov

David K Eldan
    on behalf of Interested Party Xavier Becerra  Attorney General of California David.Eldan@doj.ca.gov, cynthia.gomez@doj.ca.gov

David M Powlen
    on behalf of Creditor Roche Diagnostics Corporation david.powlen@btlaw.com  pgroff@btlaw.com

David M. Guess
    on behalf of Defendant Covidien LP dguess@buchalter.com  david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Creditor Medtronic USA  Inc. dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Defendant Medtronic Sofamor Danek USA  Inc. dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Defendant Workday  Inc. dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Defendant RightSourcing  Inc. dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com

David M. Guess
    on behalf of Creditor NTT DATA Services Holding Corporation dguess@buchalter.com  david-guess-9268@ecf.pacerpro.com

David N Crapo
    on behalf of Creditor Sharp Electronics Corporation dcrapo@gibbonslaw.com  elrosen@gibbonslaw.com

David S Kupetz
    on behalf of Interested Party Courtesy NEF David.Kupetz@lockelord.com  mylene.ruiz@lockelord.com

Debra Riley
    on behalf of Creditor California Statewide Communities Development Authority driley@allenmatkins.com

Derrick F Coleman
    on behalf of Defendant Getinge USA Sales  LLC derrick@colemanfrost.com,
    melissa@colemanfrost.com;marissa@colemanfrost.com

Derrick F Coleman
    on behalf of Defendant Getinge Group Logistics Americas  LLC derrick@colemanfrost.com,
    melissa@colemanfrost.com;marissa@colemanfrost.com

Douglas B Provencher
    on behalf of Defendant Larratt Bros. Plumbing  Inc. dbp@provlaw.com

Douglas B Rosner
    on behalf of Creditor Humana Inc and its affiliates drosner@goulstonstorrs.com

Dustin P Branch
    on behalf of Interested Party Wells Fargo Bank  National Association, as indenture trustee branchd@ballardspahr.com,
    carolod@ballardspahr.com;hubenb@ballardspahr.com

Eamon Jafari
    on behalf of Defendant Daniel R. Lemay  M.D., Ph.D., Inc. jafari@barringtonlegal.com, gould@barringtonlegal.com

Elan S Levey
    on behalf of Creditor United States Of America elan.levey@usdoj.gov  julie.morales@usdoj.gov

Elan S Levey
    on behalf of Creditor Pension Benefit Guaranty Corporation elan.levey@usdoj.gov  julie.morales@usdoj.gov

Elan S Levey
    on behalf of Creditor Centers for Medicare and Medicaid Services elan.levey@usdoj.gov  julie.morales@usdoj.gov

Elan S Levey
    on behalf of Creditor United States of America  on behalf of the Federal Communications Commission elan.levey@usdoj.gov,
    julie.morales@usdoj.gov

Elan S Levey
    on behalf of Creditor United States Department of Health and Human Services elan.levey@usdoj.gov  julie.morales@usdoj.gov

Elan S Levey
    on behalf of Creditor Federal Communications Commission elan.levey@usdoj.gov  julie.morales@usdoj.gov

District/off: 0973-2                                    User: admin                                    Page 8 of 29
Date Rcvd: Aug 04, 2022                          Form ID: pdf042                          Total Noticed: 10

Emily P Rich
on behalf of Creditor LYNN C. MORRIS  HILDA L. DAILY AND NOE GUZMAN erich@unioncounsel.net,
bankruptcycourtnotices@unioncounsel.net

Emily P Rich
on behalf of Creditor Stationary Engineers Local 39 erich@unioncounsel.net  bankruptcycourtnotices@unioncounsel.net

Emily P Rich
on behalf of Creditor SEIU United Healthcare Workers - West erich@unioncounsel.net
bankruptcycourtnotices@unioncounsel.net

Emily P Rich
on behalf of Creditor Stationary Engineers Local 39 Health and Welfare Trust Fund erich@unioncounsel.net
bankruptcycourtnotices@unioncounsel.net

Emily P Rich
on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund erich@unioncounsel.net
bankruptcycourtnotices@unioncounsel.net

Eric D Goldberg
on behalf of Creditor Otsuka Pharmaceutical Development & Commercialization  Inc. eric.goldberg@dlapiper.com,
eric-goldberg-1103@ecf.pacerpro.com

Eric J Fromme
on behalf of Creditor CPH Hospital Management  LLC efromme@tocounsel.com, stena@tocounsel.com

Eric J Fromme
on behalf of Creditor CHHP Holdings II  LLC efromme@tocounsel.com, stena@tocounsel.com

Eric J Fromme
on behalf of Creditor Eladh  L.P. efromme@tocounsel.com, stena@tocounsel.com

Eric J Fromme
on behalf of Creditor Gardena Hospital L.P. efromme@tocounsel.com  stena@tocounsel.com

Eric S Goldstein
on behalf of Interested Party Courtesy NEF egoldstein@goodwin.com  bankruptcy@goodwin.com

Evelina Gentry
on behalf of Defendant Sagewell Healthcare Benefits Trust evelina.gentry@akerman.com  rob.diwa@akerman.com

Florice Hoffman
on behalf of Creditor National Union of Healthcare Workers fhoffman@socal.rr.com  floricehoffman@gmail.com

Fred Neufeld
on behalf of Creditor Premier  Inc. fneufeld@sycr.com, tingman@sycr.com

Gary D Underdahl
on behalf of Defendant Sodexo CTM LLC gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff St. Vincent Medical Center gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Defendant Robert Half International Inc. gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff St. Louise Regional Hospital gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Interested Party Howard Grobstein gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff Verity Medical Foundation gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff Verity Business Services gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff St. Francis Medical Center gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff O'Connor Hospital gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff Saint Louise Regional Hospital gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff Verity Health System of California  Inc. gunderdahl@askllp.com,
lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl
on behalf of Plaintiff Howard Grobstein  Liquidating Trustee gunderdahl@askllp.com,

lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Defendant Total Renal Care  Inc. gunderdahl@askllp.com, lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Plaintiff Howard Grobstein  Liquidating Trustee for the VHS Liquidating Trust gunderdahl@askllp.com, lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Debtor Verity Health System of California  Inc. , lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Plaintiff Verity Holdings  LLC gunderdahl@askllp.com, lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Defendant A Team Security  Inc. gunderdahl@askllp.com, lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Plaintiff Seton Medical Center gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Defendant Press Ganey Associates LLC gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Trustee Howard Grobstein gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary D Underdahl

on behalf of Plaintiff Howard Grobstein gunderdahl@askllp.com  lmiskowiec@askllp.com;bmcgrath@askllp.com

Gary E Klausner

on behalf of Defendant KPC Healthcare  Inc., a Nevada Corporation gek@lnbyg.com

Gary E Klausner

on behalf of Interested Party Strategic Global Management  Inc. gek@lnbyg.com

Gary E Klausner

on behalf of Defendant KPC Healthcare Holdings  Inc., a California Corporation gek@lnbyg.com

Gary E Klausner

on behalf of Defendant KPC Global Management  LLC, a California Limited Liability Company gek@lnbyg.com

Gary E Klausner

on behalf of Defendant Strategic Global Management  Inc., a California corporation gek@lnbyg.com

Gary E Klausner

on behalf of Defendant Kali P. Chaudhuri  M.D., an individual gek@lnbyg.com

Gary E Klausner

on behalf of Defendant KPC Health Plan Holdings  Inc., a California Corporation gek@lnbyg.com

Gary E Klausner

on behalf of Interested Party Courtesy NEF gek@lnbyg.com

Gary E Klausner

on behalf of Interested Party KPC Global Medical Center of San Mateo County  LLC gek@lnbyg.com

Gary F Torrell

on behalf of Interested Party Courtesy NEF gtorrell@health-law.com

Gerald P Kennedy

on behalf of Creditor Emerald Textiles gerald.kennedy@procopio.com kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com

Gerald P Kennedy

on behalf of Creditor Emerald Textiles  LLC gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com;efile-bank@procopio.com

Giovanni Orantes

on behalf of Other Professional Orantes Law Firm  P.C. go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Giovanni Orantes

on behalf of Creditor Seoul Medical Group Inc go@gobklaw.com gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com

Gregory A Rougeau

on behalf of Defendant Fresenius Medical Care Holdings  Inc. grougeau@brlawsf.com

Gregory A Rougeau

on behalf of Creditor Diem Anh Cao grougeau@brlawsf.com

Gregory A Rougeau

    on behalf of Creditor Bio-Medical Applications of California  Inc. grougeau@brlawsf.com

Gregory A Rougeau

    on behalf of Creditor Gregory Armand Spectra Laboratories grougeau@brlawsf.com

Gregory M Salvato

    on behalf of Defendant David Friedberg  M.D., Inc. gsalvato@salvatoboufadel.com,
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Gregory M Salvato

    on behalf of Creditor Cynthia Sorto gsalvato@salvatoboufadel.com
calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Hatty K Yip

    on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov  hatty.k.yip@usdoj.gov

Howard Camhi

    on behalf of Creditor The Huntington National Bank hcamhi@mrllp.com
bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com;jkissinger@mrllp.com

Hutchison B Meltzer

    on behalf of Interested Party Attorney General For The State Of Ca hutchison.meltzer@doj.ca.gov  Alicia.Berry@doj.ca.gov

Ian Landsberg

    on behalf of Defendant Grant Thornton LLP ilandsberg@sklarkirsh.com
lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh
.com;mduran@sklarkirsh.com

Isra Shah

    on behalf of Defendant California Statewide Communities Development Corporation ishah@rwglaw.com

Ivan L Kallick

    on behalf of Interested Party Ivan Kallick ikallick@manatt.com  ihernandez@manatt.com

J Scott Bovitz

    on behalf of Creditor Children's Hospital Los Angeles bovitz@bovitz-spitzer.com

J. Alexandra Rhim

    on behalf of Defendant Penumbra  Inc. arhim@hrhlaw.com

J. Alexandra Rhim

    on behalf of Creditor University of Southern California arhim@hrhlaw.com

Jacob Beiswenger

    on behalf of Interested Party California Governor's Office of Emergency Services jbeiswenger@omm.com
jacob-beiswenger-5566@ecf.pacerpro.com;swarren@omm.com

James A Hayes, Jr

    on behalf of Creditor Royal West Development  Inc. jhayes@zinserhayes.com, jhayes@ecf.courtdrive.com

James Cornell Behrens

    on behalf of Attorney Milbank  Tweed, Hadley & Mccloy jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens

    on behalf of Interested Party Courtesy NEF jbehrens@milbank.com
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens

    on behalf of Trustee Howard Grobstein Liquidating Trustee (Verity) jbehrens@milbank.com
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens

    on behalf of Financial Advisor FTI Consulting  Inc. jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens

    on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens

    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
jbehrens@milbank.com,
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James Cornell Behrens

    on behalf of Defendant Howard Grobstein jbehrens@milbank.com
gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com

James M Toma

    on behalf of Interested Party Xavier Becerra  Attorney General of California james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov

Jane Kim
    on behalf of Creditor County of San Mateo jkim@kellerbenvenutti.com

Jason Wallach
    on behalf of Interested Party Courtesy NEF jwallach@ghplaw.com  g33404@notify.cincompass.com

Jason D Strabo
    on behalf of Defendant U.S. Bank National Association jstrabo@mwe.com  cgreer@mwe.com

Jason D Strabo
    on behalf of Creditor U.S. Bank National Association  not individually, but as Indenture Trustee jstrabo@mwe.com,
    cgreer@mwe.com

Jason D Strabo
    on behalf of Interested Party Prime Healthcare Services  Inc. jstrabo@mwe.com, cgreer@mwe.com

Jason E Rios
    on behalf of Creditor Toyon Associates  Inc. jrios@ffwplaw.com, docket@ffwplaw.com

Jason M Reed
    on behalf of Defendant U.S. Bank National Association Jason.Reed@Maslon.com

Jeff D Kahane
    on behalf of Creditor The Chubb Companies jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeff D Kahane
    on behalf of Interested Party The Chubb Companies jkahane@duanemorris.com  dmartinez@duanemorris.com

Jeffrey Garfinkle
    on behalf of Interested Party Courtesy NEF jgarfinkle@buchalter.com  docket@buchalter.com;dcyrankowski@buchalter.com

Jeffrey Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  docket@buchalter.com;dcyrankowski@buchalter.com

Jeffrey C Wisler
    on behalf of Interested Party Cigna Healthcare of California  Inc., and Llife Insurance Company of North America
    jwisler@connollygallagher.com, dperkins@connollygallagher.com

Jeffrey D Cawdrey
    on behalf of Defendant Peregrine Lab Corp. jcawdrey@grsm.com  madeyemo@gordonrees.com;sdurazo@grsm.com

Jeffrey M. Reisner
    on behalf of Interested Party Prime Healthcare Management  Inc. jreisner@steptoe.com,
    #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com

Jeffrey S Kwong
    on behalf of Interested Party Strategic Global Management  Inc. jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong
    on behalf of Defendant Strategic Global Management  Inc., a California corporation jsk@lnbyg.com, jsk@ecf.inforuptcy.com

Jennifer L Nassiri
    on behalf of Creditor Old Republic Insurance Company  et al JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com

Jerome S Cohen
    on behalf of Defendant Reliable Properties jsc@jscbklaw.com

Joan Huh
    on behalf of Creditor California Dept. of Tax and Fee Administration joan.huh@cdtfa.ca.gov

John A Moe, II
    on behalf of Debtor St. Vincent Dialysis Center  Inc. john.moe@dentons.com,
    glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Creditor Roseann Gonzalez john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Liquidator VHS Liquidating Trust john.moe@dentons.com  glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Debtor St. Francis Medical Center of Lynwood Foundation john.moe@dentons.com
    glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Defendant St. Francis Medical Center john.moe@dentons.com
    glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II
    on behalf of Financial Advisor Berkeley Research Group LLC john.moe@dentons.com
    glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor O'Connor Hospital Foundation john.moe@dentons.com
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor Verity Medical Foundation john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Attorney Dentons US LLP john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Defendant Verity Health System of California Inc john.moe@dentons.com
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor O'Connor Hospital john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor Verity Health System of California  Inc. john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Creditor Mary Meeko john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor Seton Medical Center john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor St. Francis Medical Center john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor St. Vincent Foundation john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Debtor St. Louise Regional Hospital john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II

on behalf of Plaintiff Verity Health System of California  Inc. john.moe@dentons.com,
glenda.spratt@dentons.com;derry.kalve@dentons.com

John D Faucher

on behalf of Defendant Nehi Construction  Inc. jdf@johndfaucher.com, FaucherECF@gmail.com

John Mark Jennings

on behalf of Creditor GE HFS  LLC johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com

John R OKeefe, Jr

on behalf of Creditor The Huntington National Bank jokeefe@metzlewis.com slohr@metzlewis.com

Jolene E Kramer

on behalf of Creditor SEIU United Healthcare Workers - West jkramer@unioncounsel.net jkramer@unioncounsel.net

Joseph Corrigan

on behalf of Creditor Iron Mountain Information Management  LLC Bankruptcy2@ironmountain.com

Joseph Shickich

on behalf of Interested Party Microsoft Corporation jshickich@riddellwilliams.com

Joseph D Frank

on behalf of Creditor Experian Health fka Passport Health Communications Inc jfrank@fgllp.com
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Joseph D Frank

on behalf of Creditor Experian Health  Inc jfrank@fgllp.com,
mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Verity Medical Foundation jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff O'Connor Hospital jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Seton Medical Center jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff St. Vincent Medical Center jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Verity Holdings  LLC jsteinfeld@askllp.com,

District/off: 0973-2                      User: admin                           Page 13 of 29
Date Rcvd: Aug 04, 2022                   Form ID: pdf042                        Total Noticed: 10

lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Saint Louise Regional Hospital jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff St. Louise Regional Hospital jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Verity Health System of California  Inc. jsteinfeld@askllp.com,
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Howard Grobstein jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff Verity Business Services jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph L Steinfeld, Jr

on behalf of Plaintiff St. Francis Medical Center jsteinfeld@askllp.com
lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com

Joseph M Welch

on behalf of Defendant Glaukos Corporation jwelch@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Joshua K Partington

on behalf of Defendant Wells Fargo Vendor Financial Services  LLC jpartington@swlaw.com,
jadair@swlaw.com;sbeem@swlaw.com

Julie H Rome-Banks

on behalf of Creditor Bay Area Surgical Management  LLC julie@bindermalter.com

Karl E Block

on behalf of Interested Party SCAN Health Plan kblock@loeb.com
jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com

Karl E Block

on behalf of Interested Party Courtesy NEF kblock@loeb.com
jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com

Karl E Block

on behalf of Creditor SCAN Health Plan kblock@loeb.com  jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com

Kathryn M.S. Catherwood

on behalf of Defendant Alliance Environmental Group  LLC kcatherwood@grsm.com,
mbrookman@grsm.com;sdurazo@grsm.com;jswanson@grams.com

Kayla D Britton

on behalf of Creditor Roche Diagnostics Corporation kayla.britton@faegredrinker.com

Keith C Owens

on behalf of Creditor Messiahic Inc.  a California corporation d/b/a PayJunction kowens@foxrothschild.com,
khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant Spectranetics LLC kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens

on behalf of Creditor nThrive Solutions  Inc. fka Medassets kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant Mitchell Creem  Stephen Forney, Berge Badalian, Glenn Marshak and Andrei Soran
kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant NThrive Solutions  Inc. kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant Glenn Marshack kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant Microsoft Corporation kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant Stephen Fomey kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens

on behalf of Defendant Andrei Soran kowens@foxrothschild.com  khoang@foxrothschild.com

District/off: 0973-2                                    User: admin                                    Page 14 of 29
Date Rcvd: Aug 04, 2022                          Form ID: pdf042                          Total Noticed: 10

Keith C Owens
on behalf of Interested Party Microsoft Corporation kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
on behalf of Creditor GRM Information Management Services Inc. kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
on behalf of Defendant Mitchell Creem kowens@foxrothschild.com  khoang@foxrothschild.com

Keith C Owens
on behalf of Defendant Philips Healthcare Informatics  Inc. kowens@foxrothschild.com, khoang@foxrothschild.com

Keith C Owens
on behalf of Defendant Berge Badalian kowens@foxrothschild.com  khoang@foxrothschild.com

Keith Patrick Banner
on behalf of Creditor Abbott Rapid Diagnostics Informatics  Inc. fka Alere Informatics, Inc. kbanner@greenbergglusker.com,
vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Kenneth K Wang
on behalf of Creditor California Department of Health Care Services kenneth.wang@doj.ca.gov
Jennifer.Kim@doj.ca.gov;Stacy.McKellar@doj.ca.gov;yesenia.caro@doj.ca.gov

Kenneth R Reynolds
on behalf of Defendant Datex-Ohmeda  Inc. krrlaw@sbcglobal.net

Kenneth R Reynolds
on behalf of Defendant GE Medical Systems Information Technologies  Inc. krrlaw@sbcglobal.net

Kenneth R Reynolds
on behalf of Defendant GE Healthcare Inc. krrlaw@sbcglobal.net

Kenneth R Reynolds
on behalf of Defendant GE Healthcare IITS USA Corp. krrlaw@sbcglobal.net

Kerri A Lyman
on behalf of Interested Party Prime Healthcare Management  Inc. klyman@steptoe.com,
#-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com

Kerry L Duffy
on behalf of Debtor Verity Health System of California  Inc. kduffy@bzbm.com, cchou@bzbm.com

Kerry L Duffy
on behalf of Special Counsel BARTKO ZANKEL BUNZEL & MILLER kduffy@bzbm.com  cchou@bzbm.com

Kevin Collins
on behalf of Creditor Roche Diagnostics Corporation kevin.collins@btlaw.com  Tabitha.davis@btlaw.com

Kevin Meek
on behalf of Creditor U.S. Bank National Association  not individually, but as Indenture Trustee kmeek@robinskaplan.com,
kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Kevin H Morse
on behalf of Interested Party Courtesy NEF kmorse@clarkhill.com  blambert@clarkhill.com

Kevin H Morse
on behalf of Creditor Shared Imaging  LLC kmorse@clarkhill.com, blambert@clarkhill.com

Kevin H Morse
on behalf of Creditor Alcon Vision  LLC kmorse@clarkhill.com, blambert@clarkhill.com

Kevin M Eckhardt
on behalf of Creditor C. R. Bard  Inc. legal@distressed-debt-investing.com

Kevin M Eckhardt
on behalf of Creditor Eurofins VRL  Inc. legal@distressed-debt-investing.com

Kevin M Eckhardt
on behalf of Creditor Smith & Nephew  Inc. legal@distressed-debt-investing.com

Kirsten A Worley
on behalf of Defendant ACCO Engineered Systems  Inc. WORLEYK@HIGGSLAW.COM, MALAVARJ@HIGGSLAW.COM

Kirsten A Worley
on behalf of Interested Party Courtesy NEF WORLEYK@HIGGSLAW.COM  MALAVARJ@HIGGSLAW.COM

Kyra E Andrassy
on behalf of Creditor MGH Painting  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Creditor Transplant Connect  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

District/off: 0973-2                          User: admin                              Page 15 of 29
Date Rcvd: Aug 04, 2022                   Form ID: pdf042                          Total Noticed: 10

Kyra E Andrassy
on behalf of Defendant Cardinal Health  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Interested Party Courtesy NEF kandrassy@swelawfirm.com
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Defendant Transplant Connect  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Defendant Cardinal Health 414  LLC kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Defendant Cardinal Health Pharmacy Service  LLC kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Defendant Argon Medical Devices  Inc. kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyrsten Skogstad
on behalf of Creditor California Nurses Association kskogstad@calnurses.org  rcraven@calnurses.org

Kyrsten Skogstad
on behalf of Plaintiff California Nurses Association kskogstad@calnurses.org  rcraven@calnurses.org

Kyrsten Skogstad
on behalf of Interested Party Courtesy NEF kskogstad@calnurses.org  rcraven@calnurses.org

Latonia Williams
on behalf of Creditor AppleCare Medical Group lwilliams@goodwin.com  bankruptcy@goodwin.com

Latonia Williams
on behalf of Creditor St. Francis Inc. lwilliams@goodwin.com  bankruptcy@goodwin.com

Latonia Williams
on behalf of Creditor AppleCare Medical Group  Inc. lwilliams@goodwin.com, bankruptcy@goodwin.com

Latonia Williams
on behalf of Creditor AppleCare Medical Management  LLC lwilliams@goodwin.com, bankruptcy@goodwin.com

Lauren A Deeb
on behalf of Defendant Change Healthcare Engagement Solutions  Inc. lauren.deeb@nelsonmullins.com,
maria.domingo@nelsonmullins.com

Lauren A Deeb
on behalf of Creditor McKesson Technologies  Inc. n/k/a Change Health Care Technologies, LLC
lauren.deeb@nelsonmullins.com, maria.domingo@nelsonmullins.com

Lauren A Deeb
on behalf of Creditor McKesson Corporation lauren.deeb@nelsonmullins.com  maria.domingo@nelsonmullins.com

Lauren A Deeb
on behalf of Defendant Change Healthcare Technologies  LLC lauren.deeb@nelsonmullins.com,
maria.domingo@nelsonmullins.com

Lauren T Attard
on behalf of Creditor SpecialtyCare Cardiovascular Resources  LLC lattard@bakerlaw.com,
aglorioso@bakerlaw.com;abeachdell@bakerlaw.com

Lawrence A Jacobson
on behalf of Creditor Michael Pacelli laj@cohenandjacobson.com

Lawrence B Gill
on behalf of Interested Party Courtesy NEF lgill@nelsonhardiman.com
lcompton@nelsonhardiman.com;rpatel@nelsonhardiman.com;rrange@nelsonhardiman.com

Lawrence B Gill
on behalf of Debtor Verity Health System of California  Inc. lgill@nelsonhardiman.com,
lcompton@nelsonhardiman.com;rpatel@nelsonhardiman.com;rrange@nelsonhardiman.com

Lawrence B Gill
on behalf of Special Counsel Nelson Hardiman LLP lgill@nelsonhardiman.com
lcompton@nelsonhardiman.com;rpatel@nelsonhardiman.com;rrange@nelsonhardiman.com

Lawrence J Hilton
on behalf of Defendant Cellco Partnership lhilton@onellp.com
lthomas@onellp.com,info@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com,alooper@onellp.com,jburr@onellp.com

District/off: 0973-2                          User: admin                          Page 16 of 29
Date Rcvd: Aug 04, 2022                       Form ID: pdf042                       Total Noticed: 10

Lawrence J Hilton
on behalf of Creditor Maxim Healthcare Services  Inc. lhilton@onellp.com,
lthomas@onellp.com,info@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com,alooper@onellp.com,jburr@onellp.com

Lawrence J Hilton
on behalf of Defendant Cerner Health Services Inc. lhilton@onellp.com
lthomas@onellp.com,info@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com,alooper@onellp.com,jburr@onellp.com

Lawrence J Hilton
on behalf of Creditor Cerner Corporation lhilton@onellp.com
lthomas@onellp.com,info@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com,alooper@onellp.com,jburr@onellp.com

Lawrence J Hilton
on behalf of Defendant Maxim Healthcare Services  Inc. lhilton@onellp.com,
lthomas@onellp.com,info@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com,alooper@onellp.com,jburr@onellp.com

Lee F Hoffman
on behalf of Creditor Sydney Thomson leehoffmanjd@gmail.com  lee@fademlaw.com

Lee F Hoffman
on behalf of Creditor Anthony Barajas leehoffmanjd@gmail.com  lee@fademlaw.com

Lei Lei Wang Ekvall - DECEASED -
on behalf of Defendant Cardinal Health Pharmacy Service  LLC lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED -
on behalf of Defendant Cardinal Health 414  LLC lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED -
on behalf of Defendant TouchPoint Support Services  LLC lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED -
on behalf of Defendant Cardinal Health  Inc. lekvall@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED -
on behalf of Creditor Cardinal Health lekvall@swelawfirm.com
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lesley A Riis
on behalf of Creditor Lesley c/o Riis lriis@dpmclaw.com

Leslie A Berkoff
on behalf of Creditor Centinel Spine LLC lberkoff@moritthock.com  hmay@moritthock.com

Leslie A Cohen
on behalf of Defendant HERITAGE PROVIDER NETWORK  INC., a California corporation leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;jessica@lesliecohenlaw.com

Levi Reuben Uku
on behalf of Creditor Sophia Holly-Horton levireuben@gmail.com

Lisa Lenherr
on behalf of Creditor Varian Medical Systems  Inc. llenherr@fennemorelaw.com, bankruptcy@wendel.com

Lisa M Peters
on behalf of Creditor GE HFS  LLC lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

Lloyd S Mann
on behalf of Creditor NHP/PMB St. Francis Lynwood Medical Plaza  LLC lmann@mannzarpas.com

Lloyd S Mann
on behalf of Defendant RehabCare Group of California  LLC lmann@mannzarpas.com

Lori A Butler
on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Lori L Purkey
on behalf of Creditor Stryker Corporation bareham@purkeyandassociates.com

Louis J. Cisz, III
on behalf of Creditor El Camino Hospital lcisz@nixonpeabody.com  jzic@nixonpeabody.com

Louis J. Cisz, III
on behalf of Creditor El Camino Medical Associates  P.C. lcisz@nixonpeabody.com, jzic@nixonpeabody.com

M Douglas Flahaut
on behalf of Creditor Medline Industries  Inc. flahaut.douglas@arentfox.com

Marc Y Lazo

on behalf of Defendant Cardio Medical Consultants Medical Group of Long Beach  Inc. mlazo@kllawgroup.com,
rcantillo@kllawgroup.com

Marcus Colabianchi
    on behalf of Creditor Chubb Companies mcolabianchi@duanemorris.com

Maria Ann Milano
    on behalf of Defendant Microsoft Corporation mmilano@riddellwilliams.com

Mariam Danielyan
    on behalf of Creditor Francisco Iniguez md@danielyanlawoffice.com  danielyan.mar@gmail.com

Mariam Danielyan
    on behalf of Creditor Aida Iniguez md@danielyanlawoffice.com  danielyan.mar@gmail.com

Marianne S Mortimer
    on behalf of Creditor Premier  Inc. mmartin@jmbm.com

Mark Shinderman
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com

Mark Shinderman
    on behalf of Defendant U.S. Bank National Association mshinderman@milbank.com
dmuhrez@milbank.com;dlbatie@milbank.com

Mark A Neubauer
    on behalf of Defendant Johnson & Johnson Health Care Systems Inc. mneubauer@carltonfields.com
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer
    on behalf of Creditor St. Vincent IPA Medical Corporation mneubauer@carltonfields.com
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer
    on behalf of Interested Party Courtesy NEF mneubauer@carltonfields.com
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer
    on behalf of Creditor Angeles IPA A Medical Corporation mneubauer@carltonfields.com
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer
    on behalf of Defendant Depuy Synthes Sales  Inc. mneubauer@carltonfields.com,
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com

Mark A Neubauer
    on behalf of Defendant St. Vincent IPA Medical Corporation mneubauer@carltonfields.com
mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com

Mark A Serlin
    on behalf of Creditor RightSourcing  Inc. ms@swllplaw.com, sondra@swllplaw.com

Mark D Plevin
    on behalf of Interested Party Courtesy NEF mplevin@crowell.com
cromo@crowell.com,mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D Plevin
    on behalf of Creditor Medimpact Healthcare Systems mplevin@crowell.com
cromo@crowell.com,mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Mark D Plevin
    on behalf of Creditor Alignment Health Plan mplevin@crowell.com
cromo@crowell.com,mark-plevin-crowell-moring-8073@ecf.pacerpro.com

Marshall F Goldberg
    on behalf of Creditor Philips Medical Capital Llc mgoldberg@glassgoldberg.com  jbailey@glassgoldberg.com

Marshall J Hogan
    on behalf of Interested Party AHMC Healthcare  Inc. mhogan@swlaw.com, knestuk@swlaw.com

Mary H Haas
    on behalf of Special Counsel Davis Wright Tremaine  LLP maryhaas@dwt.com

Mary H Haas
    on behalf of Debtor Verity Health System of California  Inc. maryhaas@dwt.com

Mary H Rose
    on behalf of Interested Party Courtesy NEF mrose@buchalter.com

Matthew A Gold
    on behalf of Creditor Argo Partners courts@argopartners.net

Matthew A Lesnick
                    on behalf of Defendant Discovery Economics  Inc. matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew B Holbrook
                    on behalf of Interested Party Courtesy NEF mholbrook@sheppardmullin.com  amartin@sheppardmullin.com

Matthew I Bobb
                    on behalf of Defendant Osiris Therapeutics  Inc. mbobb@HuntonAK.com, lgomez@HuntonAK.com;amckenzie@huntonak.com

Matthew I Bobb
                    on behalf of Defendant Smith & Nephew  Inc. mbobb@HuntonAK.com, lgomez@HuntonAK.com;amckenzie@huntonak.com

Matthew J Olson
                    on behalf of Defendant Providence Medical Technology  Inc. olson.matt@dorsey.com, stell.laura@dorsey.com

Matthew J Olson
                    on behalf of Creditor Care Ambulance Service  Inc. olson.matt@dorsey.com, stell.laura@dorsey.com

Matthew J Olson
                    on behalf of Defendant Summers and Sons Electric  Incorporated olson.matt@dorsey.com, stell.laura@dorsey.com

Megan A Rowe
                    on behalf of Interested Party INTERESTED PARTY mrowe@dsrhealthlaw.com  lwestoby@dsrhealthlaw.com

Melinda Alonzo
                    on behalf of Creditor AT&T ml7829@att.com

Melissa T Harris
                    on behalf of Creditor Pension Benefit Guaranty Corporation harris.melissa@pbgc.gov  efile@pbgc.gov

Meredith King
                    on behalf of Interested Party Courtesy NEF kingm@higgslaw.com  malavarj@higgslaw.com

Meredith King
                    on behalf of Defendant ACCO Engineered Systems  Inc. kingm@higgslaw.com, malavarj@higgslaw.com

Michael Hogue
                    on behalf of Creditor Workday  Inc. hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Michael Hogue
                    on behalf of Creditor RightSourcing  Inc. hoguem@gtlaw.com, SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Michael Hogue
                    on behalf of Creditor Medical Anesthesia Consultants Medical Group  Inc. hoguem@gtlaw.com,
                    SFOLitDock@gtlaw.com;navarrom@gtlaw.com

Michael St James
                    on behalf of Interested Party Medical Staff of Seton Medical Center ecf@stjames-law.com
                    stjames.michaelr101488@notify.bestcase.com

Michael A Sweet
                    on behalf of Creditor Swinerton Builders msweet@foxrothschild.com  swillis@foxrothschild.com;pbasa@foxrothschild.com

Michael A Sweet
                    on behalf of Interested Party Microsoft Corporation msweet@foxrothschild.com
                    swillis@foxrothschild.com;pbasa@foxrothschild.com

Michael B Reynolds
                    on behalf of Creditor California Physicians' Service dba Blue Shield of California mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Creditor Care 1st Health Plan mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Defendant Blue Shield of California mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Defendant Applied Medical Distribution Corporation mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Creditor Blue Shield of California Promise Health Plan fka Care1st Health Plan mreynolds@swlaw.com
                    kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Defendant California Physicians' Service  a California nonprofit public benefit corporation mreynolds@swlaw.com,
                    kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Interested Party Courtesy NEF mreynolds@swlaw.com  kcollins@swlaw.com

Michael B Reynolds
                    on behalf of Defendant BLUE SHIELD OF CALIFORNIA PROMISE HEALTH PLAN FKA CARE 1st HEALTH PLAN  a
                    California corporation mreynolds@swlaw.com, kcollins@swlaw.com

District/off: 0973-2                              User: admin                                    Page 19 of 29
Date Rcvd: Aug 04, 2022                      Form ID: pdf042                              Total Noticed: 10

Michael D Breslauer
on behalf of Creditor Hunt Spine Institute  Inc. mbreslauer@swsslaw.com,
wyones@swsslaw.com;mbreslauer@ecf.courtdrive.com;wyones@ecf.courtdrive.com

Michael G Fletcher
on behalf of Interested Party Courtesy NEF mfletcher@frandzel.com  sking@frandzel.com

Michael S Held
on behalf of Creditor Medecision  Inc. mheld@jw.com

Michael S Winsten
on behalf of Interested Party Courtesy NEF mike@winsten.com

Michael S Winsten
on behalf of Defendant DVA Renal Healthcare  Inc. mike@winsten.com

Michael S Winsten
on behalf of Creditor DaVita Inc. mike@winsten.com

Monica Y Kim
on behalf of Health Care Ombudsman Jacob Nathan Rubin myk@lnbyg.com  myk@ecf.inforuptcy.com

Monica Y Kim
on behalf of Attorney Levene  Neale, Bender, Yoo & Brill L.L.P. myk@lnbyg.com, myk@ecf.inforuptcy.com

Monique D Jewett-Brewster
on behalf of Creditor Paragon Mechanical  Inc. mjb@hopkinscarley.com, eamaro@hopkinscarley.com

Monserrat Morales
on behalf of Interested Party Courtesy NEF Monsi@MarguliesFaithLaw.com
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com

Natalie K Sanders
on behalf of Defendant RadAdvantage  a Professional Corporation, Inc. natalie.sanders@bakerbotts.com,
anna.tercero@bakerbotts.com

Natalie K Sanders
on behalf of Defendant Medical Anesthesia Consultants Medical Group  Inc. natalie.sanders@bakerbotts.com,
anna.tercero@bakerbotts.com

Nathan A Schultz
on behalf of Interested Party Microsoft Corporation nschultzesq@gmail.com

Nathan A Schultz
on behalf of Creditor Swinerton Builders nschultzesq@gmail.com

Nathaniel M Leeds
on behalf of Creditor Christopher Steele nathaniel@mitchelllawsf.com  sam@mitchelllawsf.com

Nathaniel W Reinhardt
on behalf of Trustee Howard B Grobstein nreinhardt@bklwlaw.com  7657482420@filings.docketbird.com;docket@bklwlaw.com

Neal L Wolf
on behalf of Creditor Sports  Orthopedic and Rehabilitation Associates nwolf@hansonbridgett.com,
lchappell@hansonbridgett.com

Neal L Wolf
on behalf of Creditor San Jose Medical Group  Inc. nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

Neal L Wolf
on behalf of Defendant LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY DBA L.A. CARE
HEALTH PLAN  an independent local public agency nwolf@hansonbridgett.com, lchappell@hansonbridgett.com

Nicholas A Koffroth
on behalf of Debtor In Possession Verity Health System of California  Inc. nkoffroth@foxrothschild.com,
khoang@foxrothschild.com

Nicholas A Koffroth
on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit
corporation nkoffroth@foxrothschild.com, khoang@foxrothschild.com

Nicholas A Koffroth
on behalf of Debtor Verity Health System of California  Inc. nkoffroth@foxrothschild.com, khoang@foxrothschild.com

Noah Weingarten
on behalf of Creditor Quadramed Affinity Corporation and Picis Clinical Solutions Inc. nweingarten@loeb.com

Ori Katz
on behalf of Defendant Sunquest Information Systems  Inc. okatz@sheppardmullin.com, lsegura@sheppardmullin.com

Ori Katz
on behalf of Creditor Sunquest Information Systems  Inc. okatz@sheppardmullin.com, lsegura@sheppardmullin.com

District/off: 0973-2                          User: admin                                    Page 20 of 29
Date Rcvd: Aug 04, 2022                        Form ID: pdf042                                Total Noticed: 10

Patrick J Mulligan
on behalf of Creditor Musculoskeletal Transplant Foundation pmulligan@bressler.com

Patrick J Mulligan
on behalf of Defendant Musculoskeletal Transplant Foundation pmulligan@bressler.com

Paul J Laurin
on behalf of Defendant 3M Health Information Systems  Inc. plaurin@btlaw.com,
slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com

Paul J Laurin
on behalf of Defendant KCI USA  Inc. plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com

Paul J Laurin
on behalf of Defendant MModal Services  Ltd. plaurin@btlaw.com,
slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com

Paul J Laurin
on behalf of Creditor 3M Corporation plaurin@btlaw.com  slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com

Paul J Leeds
on behalf of Creditor Transplant Management Group  LLC Pleeds@fsl.law, ssanchez@fsl.law

Paul J Leeds
on behalf of Defendant Transplant Management Group  LLC Pleeds@fsl.law, ssanchez@fsl.law

Paul J Pascuzzi
on behalf of Creditor Toyon Associates  Inc. ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Paul R. Glassman
on behalf of Creditor Long Beach Memorial Medical Center pglassman@stradlinglaw.com

Payam Khodadadi
on behalf of Creditor Aetna Life Insurance Company pkhodadadi@mcguirewoods.com  dkiker@mcguirewoods.com

Payam Khodadadi
on behalf of Creditor Aetna  Inc. and Its Affiliated Entities pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com

Peter J Benvenutti
on behalf of Creditor County of San Mateo pbenvenutti@kellerbenvenutti.com  pjbenven74@yahoo.com

Peter J Benvenutti
on behalf of Interested Party Health Plan of San Mateo pbenvenutti@kellerbenvenutti.com  pjbenven74@yahoo.com

Peter L Isola
on behalf of Defendant Colliers International Greater Los Angeles  Inc. PIsola@hinshawlaw.com, lnystrom@hinshawlaw.com

Peter T Steinberg
on behalf of Defendant Greg Owens Construction  Inc mr.aloha@sbcglobal.net

Phillip K Wang
on behalf of Defendant Delta Dental of California phillip.wang@rimonlaw.com
tad.prizant@rimonlaw.com;docketing@rimonlaw.com

Phillip K Wang
on behalf of Creditor Delta Dental of California phillip.wang@rimonlaw.com
tad.prizant@rimonlaw.com;docketing@rimonlaw.com

R Gibson Pagter, Jr.
on behalf of Creditor QUEST DIAGNOSTICS  INC. gibson@ppilawyers.com,
ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

R Gibson Pagter, Jr.
on behalf of Creditor Princess & Kehau Naope gibson@ppilawyers.com
ecf@ppilawyers.com;pagterrr51779@notify.bestcase.com

Rachel P Stoian
on behalf of Defendant Medicity LLC stoian.rachel@dorsey.com  stell.laura@dorsey.com

Rachel P Stoian
on behalf of Defendant Carl Zeiss Meditec  Inc. stoian.rachel@dorsey.com, stell.laura@dorsey.com

Rachelle Singer
on behalf of Defendant Vista Paint Corporation rsinger@smithsilbar.com  rsinger@smithsilbar.com

Ralph J Swanson
on behalf of Creditor O'Connor Building LLC ralph.swanson@berliner.com  sabina.hall@berliner.com

Randall P Mroczynski
on behalf of Defendant Arthur J. Edelstein  M.D., A Professional Corporation randym@cookseylaw.com

Randall P Mroczynski
on behalf of Defendant Muhammad J Memon  Professional Corporation randym@cookseylaw.com

District/off: 0973-2                          User: admin                          Page 21 of 29
Date Rcvd: Aug 04, 2022                       Form ID: pdf042                       Total Noticed: 10

Randall P Mroczynski

on behalf of Defendant Pallickal  Mallik, Ponnezhan Medical Corporation randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Landmark Anethesia Medical Group randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Interventional Neuroradiology  Inc. randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Reginald J. Jones  M.D., F.A.C.S., Inc. randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Axiom Anesthesia Group  Inc. randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant The Institute of Trauma and Acute Care  Inc. randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant MedSource  L.L.C. randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Vascular & Thoracic Associates of Los Angeles randym@cookseylaw.com

Randall P Mroczynski

on behalf of Defendant Hossein Eftekhari MD Inc randym@cookseylaw.com

Rebecca J Winthrop

on behalf of Creditor AT&T Corp. rebecca.winthrop@nortonrosefulbright.com  evette.rodriguez@nortonrosefulbright.com

Rebecca J Winthrop

on behalf of Creditor AT&T Corporation and AT&T Services  Inc. and their affiliates rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Richard A Lapping

on behalf of Creditor Retirement Plan for Hospital Employees richard@lappinglegal.com

Richard H Golubow

on behalf of Creditor Catherine Wolferd rgolubow@wghlawyers.com  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Anil Jain rgolubow@wghlawyers.com  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Roseann Gonzalez rgolubow@wghlawyers.com  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard H Golubow

on behalf of Creditor Anupam Aditi rgolubow@wghlawyers.com  jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard J Reynolds

on behalf of Interested Party City of Daly City rreynolds@bwslaw.com
rjrnef@bwslaw.com,fcabezas@bwslaw.com,jgomez@bwslaw.com;dwetters@bwslaw.com;bantle@bwslaw.com

Richard W Esterkin

on behalf of Creditor Zimmer US  Inc. richard.esterkin@morganlewis.com

Richard W Esterkin

on behalf of Defendant Medacta USA  Inc. richard.esterkin@morganlewis.com

Richard W Esterkin

on behalf of Defendant Universal Protection Service  LP richard.esterkin@morganlewis.com

Robbin L. Itkin

on behalf of Mediator Robbin Itkin ritkin@sklarkirsh.com  mduran@sklarkirsh.com

Robert A Rich

on behalf of Creditor Eurofins VRL  Inc. , candonian@huntonak.com

Robert A Rich

on behalf of Creditor C. R. Bard  Inc. , candonian@huntonak.com

Robert A Rich

on behalf of Defendant Osiris Therapeutics  Inc. rrich2@huntonak.com, candonian@huntonak.com

Robert A Rich

on behalf of Defendant Smith & Nephew  Inc. rrich2@huntonak.com, candonian@huntonak.com

Robert A Rich

on behalf of Creditor Smith & Nephew  Inc. , candonian@huntonak.com

Robert A Rich

on behalf of Creditor VRL  Inc as successor to and assignee of Viracor-IBT Laboratories, Inc and Eurofins VRL Los Angeles, Inc. , candonian@huntonak.com

Robert M Hirsh
on behalf of Creditor Committee Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
rhirsh@lowenstein.com

Robert M Hirsh
on behalf of Creditor Medline Industries  Inc. rhirsh@lowenstein.com

Robert N Amkraut
on behalf of Creditor Swinerton Builders ramkraut@foxrothschild.com

Robert S Lampl
on behalf of Creditor Surgical Information Systems  LLC advocate45@aol.com, rlisarobinsonr@aol.com

Robert S Lampl
on behalf of Creditor c/o Darryl S. Laddin Sysco Los Angeles  Inc. advocate45@aol.com, rlisarobinsonr@aol.com

Robert S Marticello
on behalf of Defendant Beckman Coulter  Inc. Rmarticello@swelawfirm.com,
gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Rose Zimmerman
on behalf of Interested Party City of Daly City rzimmerman@dalycity.org

Ryan M Salzman
on behalf of Defendant Quest Diagnostics Clinical Laboratories  Inc. ryan.salzman@faegredrinker.com,
susan.carlson@faegredrinker.com

Ryan M Salzman
on behalf of Defendant Quest Diagnostics Incorporated ryan.salzman@faegredrinker.com  susan.carlson@faegredrinker.com

Sabrina L Streusand
on behalf of Creditor NTT DATA Services Holding Corporation Streusand@slollp.com

Sabrina L Streusand
on behalf of Creditor NTT Data Services  LLC Streusand@slollp.com

Samuel R Maizel
on behalf of Debtor O'Connor Hospital Foundation samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Debtor In Possession Verity Health System of California  Inc. samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER  a California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Plaintiff VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Plaintiff Verity Holdings  LLC, a California limited liability company samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Plaintiff Verity Health System of California  Inc. samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Plaintiff Seton Medical Center  a California nonprofit public benefit corporation samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Debtor Verity Medical Foundation samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel
on behalf of Debtor Verity Holdings  LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

District/off: 0973-2                          User: admin                          Page 23 of 29
Date Rcvd: Aug 04, 2022                        Form ID: pdf042                          Total Noticed: 10

Samuel R Maizel

on behalf of Financial Advisor Berkeley Research Group LLC samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit
corporation samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Plaintiff St Vincent Dialysis Center  Inc., a California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor Verity Health System of California  Inc. samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor St. Francis Medical Center of Lynwood Foundation samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor St. Vincent Foundation samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor De Paul Ventures  LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor De Paul Ventures - San Jose Dialysis  LLC samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Debtor Verity Business Services samuel.maizel@dentons.com
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Samuel R Maizel

on behalf of Plaintiff ST. VINCENT MEDICAL CENTER  a California nonprofit public benefit corporation
samuel.maizel@dentons.com,
alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joa
n.mack@dentons.com;derry.kalve@dentons.com

Scott Olson

on behalf of Creditor NFS Leasing Inc scott.olson@bclplaw.com
scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com

Scott A Schiff

on behalf of Defendant Diagnostica Stago Inc. sas@soukup-schiff.com

Scott A Schiff

on behalf of Defendant Cope Health Solutions sas@soukup-schiff.com

Scott E Blakeley

on behalf of Defendant Agiliti Health  Inc. seb@blakeleyllp.com, ecf@blakeleyllp.com

Scott E Blakeley

on behalf of Defendant Baxter Healthcare Corporation seb@blakeleyllp.com  ecf@blakeleyllp.com

Seth B Shapiro

on behalf of Creditor United States Department of Health and Human Services seth.shapiro@usdoj.gov

Sharon Z. Weiss

on behalf of Creditor US Foods  Inc. sharon.weiss@bclplaw.com,
raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Shawn M Christianson

on behalf of Creditor Oracle America  Inc. cmcintire@buchalter.com, schristianson@buchalter.com

Sheila Gropper Nelson

on behalf of Creditor Golden GatePerfusion shedoesbklaw@aol.com

Shirley Cho

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP scho@pszjlaw.com

Shirley Cho

on behalf of Debtor Verity Health System of California  Inc. scho@pszjlaw.com

Simon Aron

on behalf of Interested Party RCB Equities #1  LLC saron@wrslawyers.com,
eweiman@wrslawyers.com,msigall@wrslawyers.com,moster@wrslawyers.com

Stephan A Barber

on behalf of Defendant Environmental Service Partners  Inc. steve@jrgattorneys.com, anushree@jrgattorneys.com

Stephen Daifun Lee

on behalf of Defendant California Statewide Communities Development Corporation slee@rwglaw.com

Stephen Daifun Lee

on behalf of Creditor California Statewide Communities Development Authority slee@rwglaw.com

Stephen F Biegenzahn

on behalf of Creditor Josefina Robles efile@sfblaw.com

Stephen F Biegenzahn

on behalf of Interested Party Courtesy NEF efile@sfblaw.com

Steven Werth

on behalf of Defendant PDL Enterprises  Inc. steven.werth@gmlaw.com,
swerth@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com,Karen.Files@gmlaw.com;patricia.dillamar@gmlaw.com

Steven D Wyllie

on behalf of Creditor National Labor Relations Board  Region 31 steven.wyllie@nlrb.gov

Steven G. Polard

on behalf of Defendant Chancellor Consulting Group  Inc. steven.polard@ropers.com,
calendar-lao@ropers.com;keiko.kakiuchi@ropers.com;tiffany.sterling@ropers.com;anthony.arriola@ropers.com

Steven G. Polard

on behalf of Creditor Schwalb Consulting  Inc. steven.polard@ropers.com,
calendar-lao@ropers.com;keiko.kakiuchi@ropers.com;tiffany.sterling@ropers.com;anthony.arriola@ropers.com

Steven J Kahn

on behalf of Plaintiff O'Connor Hospital  a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff Saint Louise Regional Hospital  a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff ST. VINCENT MEDICAL CENTER  a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn

on behalf of Debtor Verity Health System of California  Inc. skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit corporation
skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER  a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff O'Connor Hospital  a California nonprofit benefit corporation skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff Seton Medical Center  a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J Kahn

on behalf of Plaintiff St. Vincent Medical Center  a California nonprofit public benefit corporation skahn@pszyjw.com

Steven J. Katzman

on behalf of Plaintiff Official Committee of Unsecured Creditors of Verity Health System of California  Inc., et al.
skatzman@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com

Steven M Berman

on behalf of Creditor KForce  Inc. sberman@shumaker.com, bgasaway@shumaker.com

Susan I Montgomery

on behalf of Defendant United HealthCare Services  Inc. susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Creditor AppleCare Medical Group susan@simontgomerylaw.com

District/off: 0973-2                            User: admin                                    Page 25 of 29
Date Rcvd: Aug 04, 2022                        Form ID: pdf042                              Total Noticed: 10

assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Interested Party All Care Medical Group Inc. susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Creditor AppleCare Medical Group St. Francis Inc. susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Creditor AppleCare Medical Group Inc. susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Defendant Optum360 LLC susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Plaintiff Apple Care Medical Group St. Francis Inc. susan@simontgomerylaw.com
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Plaintiff AppleCare Medical Group Inc. susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Susan I Montgomery

on behalf of Creditor AppleCare Medical Management LLC susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Sweeney Kelly

on behalf of Defendant American Express Company kelly@ksgklaw.com

Tania M Moyron

on behalf of Debtor O'Connor Hospital tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant St. Francis Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant Does 1 through 500 tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant Steven Sharrer tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff Verity Business Services tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff Verity Health System of California Inc. tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff St Vincent Dialysis Center Inc., a California nonprofit public benefit corporation
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Debtor St. Francis Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Financial Advisor Berkeley Research Group LLC tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Debtor Verity Holdings LLC tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

District/off: 0973-2                           User: admin                              Page 26 of 29
Date Rcvd: Aug 04, 2022                      Form ID: pdf042                        Total Noticed: 10

Tania M Moyron
    on behalf of Debtor In Possession Verity Health System of California Inc. tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Defendant ST. VINCENT MEDICAL CENTER  a California nonprofit public benefit corporation
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Defendant St. Francis Medical Center of Lynwood tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Plaintiff Verity Medical Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Plaintiff ST. FRANCIS MEDICAL CENTER  a California nonprofit public benefit corporation
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Defendant Seton Medical Center  a California nonprofit public benefit corporation tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Debtor St. Louise Regional Hospital tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Debtor St. Vincent Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Plaintiff St. Vincent Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Debtor De Paul Ventures  LLC tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Debtor Verity Business Services tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Debtor Seton Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Plaintiff Saint Louise Regional Hospital tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Debtor St. Francis Medical Center of Lynwood Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Plaintiff Seton Medical Center  a California nonprofit public benefit corporation tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
    on behalf of Liquidator VHS Liquidating Trust tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant De Paul Ventures  LLC tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant Verity Health System of California Inc tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff Verity Holdings  LLC tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff St. Louise Regional Hospital tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit corporation
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff O'Connor Hospital tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Debtor O'Connor Hospital Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit corporation
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant Verity Holdings  LLC, a California limited liability company tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Debtor Verity Health System of California  Inc. tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant St. Vincent Dialysis Center  Inc. tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Debtor Verity Medical Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Debtor In Possession VERITY HEALTH SYSTEM OF CALIFORNIA  INC., a California nonprofit public benefit
corporation tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant Richard Adcock tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Plaintiff St. Francis Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron

on behalf of Defendant ST. FRANCIS MEDICAL CENTER  a California nonprofit public benefit corporation
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Debtor Saint Louise Regional Hospital Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Plaintiff ST. VINCENT MEDICAL CENTER  a California nonprofit public benefit corporation
tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Debtor De Paul Ventures - San Jose Dialysis  LLC tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Debtor St. Vincent Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Interested Party Attorneys for the Post Effective Date Debtors and Special Counsel to the Liquidating Trustee
tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Plaintiff Verity Holdings  LLC, a California limited liability company tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Debtor St. Vincent Dialysis Center  Inc. tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Debtor Seton Medical Center Foundation tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tania M Moyron
on behalf of Plaintiff Seton Medical Center tania.moyron@dentons.com
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GEN
ERAL.LIT.LOS@dentons.com

Tarifa Laddon
on behalf of Defendant Roche Diagnostics Corporation tarifa.laddon@faegredrinker.com  Lorena.lazheztter@faegredrinker.com

Tarifa Laddon
on behalf of Creditor Roche Diagnostics Corporation tarifa.laddon@faegredrinker.com  Lorena.lazheztter@faegredrinker.com

Terrel Ross
on behalf of Interested Party TR Capital Management LLC tross@trcmllc.com

Thomas M Geher
on behalf of Special Counsel Jeffer Mangles Butler & Mitchell LLP tmg@jmbm.com
bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com

Tracy L Mainguy
on behalf of Creditor Stationary Engineers Local 39 Pension Trust Fund bankruptcycourtnotices@unioncounsel.net
tmainguy@unioncounsel.net

Tracy L Mainguy
on behalf of Creditor Stationary Engineers Local 39 Health and Welfare Trust Fund bankruptcycourtnotices@unioncounsel.net
tmainguy@unioncounsel.net

Tracy L Mainguy
on behalf of Creditor Stationary Engineers Local 39 bankruptcycourtnotices@unioncounsel.net  tmainguy@unioncounsel.net

Tracy L Mainguy
on behalf of Creditor SEIU United Healthcare Workers - West bankruptcycourtnotices@unioncounsel.net
tmainguy@unioncounsel.net

Trey A Monsour
on behalf of Creditor nThrive Solutions  Inc. fka Medassets tmonsour@foxrothschild.com

Trey A Monsour
on behalf of Defendant NThrive Solutions  Inc. tmonsour@foxrothschild.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2 | User: admin | Page 29 of 29
Date Rcvd: Aug 04, 2022 | Form ID: pdf042 | Total Noticed: 10

Uzzi O Raanan, ESQ
    on behalf of Defendant Stericycle Inc. uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ
    on behalf of Defendant CSI Medical Group uraanan@DanningGill.com  DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ
    on behalf of Defendant St Francis Radiology Group uraanan@DanningGill.com
DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Valerie Bantner Peo
    on behalf of Creditor NTT DATA Services Holding Corporation vbantnerpeo@buchalter.com

Valerie Bantner Peo
    on behalf of Defendant Siemens Healthcare Diagnostics Inc. vbantnerpeo@buchalter.com

Valerie Bantner Peo
    on behalf of Defendant Siemens Medical Solutions USA  Inc. vbantnerpeo@buchalter.com

Valerie Bantner Peo
    on behalf of Defendant NTT DATA Services  LLC vbantnerpeo@buchalter.com

Valerie Bantner Peo
    on behalf of Creditor NTT Data Services  LLC vbantnerpeo@buchalter.com

Vincent A Gorski
    on behalf of Defendant Voicebrook  Inc. vgorski@thegorskifirm.com, ATTY_VGORSKI@trustesolutions.com

Virginia Hoyt
    on behalf of Creditor STATE COMPENSATION INSURANCE FUND scif.legal.bk@scif.com

Wendy A Loo
    on behalf of Defendant Los Angeles Department of Water and Power wendy.loo@lacity.org

William B Freeman
    on behalf of Creditor Health Net of California  Inc. bill.freeman@kattenlaw.com,
nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com

William C Beall
    on behalf of Creditor Wave Form Systems  Incorporated will@beallandburkhardt.com, carissa@beallandburkhardt.com

William C Beall
    on behalf of Defendant Wave Form Systems  Incorporated will@beallandburkhardt.com, carissa@beallandburkhardt.com

William E Ireland
    on behalf of Defendant Phillips DiPisa & Associates. Inc. wireland@hbblaw.com  edocs@hbblaw.com

William E Ireland
    on behalf of Defendant Kone Inc. wireland@hbblaw.com  edocs@hbblaw.com

William M Rathbone
    on behalf of Interested Party CIGNA Healthcare of California  Inc. wrathbone@grsm.com, sdurazo@grsm.com

William M Rathbone
    on behalf of Defendant Life Insurance Company of North America wrathbone@grsm.com  sdurazo@grsm.com

William M Rathbone
    on behalf of Interested Party Life Insurance Company Of North America wrathbone@grsm.com  sdurazo@grsm.com

William M Rathbone
    on behalf of Defendant Cigna Dental Health  Inc. wrathbone@grsm.com, sdurazo@grsm.com

William M Rathbone
    on behalf of Interested Party Cigna Healthcare of California  Inc., and Llife Insurance Company of North America
wrathbone@grsm.com, sdurazo@grsm.com

William M Rathbone
    on behalf of Defendant Cigna Healthcare  Inc. wrathbone@grsm.com, sdurazo@grsm.com

TOTAL: 657

FILED & ENTERED

AUG 04 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Verity Health System of California, Inc., *et al.*, | Lead Case No.:            2:18-bk-20151-ER |
| Debtors and Debtors in Possession. | Chapter:                        11 |

⊠ Affects All Debtors

☐ Affects Verity Health System of California, Inc.
☐ Affects O'Connor Hospital
☐ Affects Saint Louise Regional Hospital
☐ Affects St. Francis Medical Center
☐ Affects St. Vincent Medical Center
☐ Affects Seton Medical Center
☐ Affects O'Connor Hospital Foundation
☐ Affects Saint Louise Regional Hospital Foundation
☐ Affects St. Francis Medical Center of Lynwood
   Medical Foundation
☐ Affects St. Vincent Foundation
☐ Affects St. Vincent Dialysis Center, Inc.
☐ Affects Seton Medical Center Foundation
☐ Affects Verity Business Services
☐ Affects Verity Medical Foundation
☐ Affects Verity Holdings, LLC
☐ Affects De Paul Ventures, LLC
☐ Affects De Paul Ventures - San Jose Dialysis, LLC

Debtors and Debtors in Possession.

Jointly Administered With:
 Case No. 2:18-bk-20162-ER;
 Case No. 2:18-bk-20163-ER;
 Case No. 2:18-bk-20164-ER;
 Case No. 2:18-bk-20165-ER;
 Case No. 2:18-bk-20167-ER;
 Case No. 2:18-bk-20168-ER;
 Case No. 2:18-bk-20169-ER;
 Case No. 2:18-bk-20171-ER;
 Case No. 2:18-bk-20172-ER;
 Case No. 2:18-bk-20173-ER;
 Case No. 2:18-bk-20175-ER;
 Case No. 2:18-bk-20176-ER;
 Case No. 2:18-bk-20178-ER;
 Case No. 2:18-bk-20179-ER;
 Case No. 2:18-bk-20180-ER;
 Case No. 2:18-bk-20181-ER;

Chapter 11 Cases.

**ORDER CONTINUING POST-CONFIRMATION STATUS CONFERENCE FROM AUGUST 9, 2022 AT 10:00 A.M. TO DECEMBER 13, 2022 AT 10:00 A.M.**

**[RELATES TO DOC. NO. 6742]**

**CONTINUED POST-CONFIRMATION STATUS CONFERENCE:**

Date:          December 13, 2022

Time:          10:00 a.m.

Location:    Ctrm. 1568
                  Roybal Federal Building
                  255 East Temple Street
                  Los Angeles, CA 90012

Having reviewed the *Post-Confirmation Status Report* [Doc. No. 6742] filed by the Post-Effective Date Debtors and the Liquidating Trustee of the VHS Liquidating Trust, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Post-Confirmation Status Conference is **CONTINUED** from August 9, 2022 at 10:00 a.m. to **December 13, 2022 at 10:00 a.m.**
2) The Post-Effective Date Debtors and the Liquidating Trustee shall file a Postconfirmation Status Report no later than seven days prior to the continued hearing.
3) Parties may appear at the continued Status Conference either in-person or by telephone. The use of face masks in the courtroom is optional. Parties electing to appear by telephone should contact CourtCall at 888-882-6878 no later than one hour before the hearing.

IT IS SO ORDERED.

### ###

Date: August 4, 2022

Ernest M. Robles
United States Bankruptcy Judge