UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re: Verity Health System of California, Inc. §
§
§
Debtor(s) §

Case No. 18-20151

Lead Case No. 18-20151

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2026

Petition Date: 08/31/2018

Plan Confirmed Date: 08/12/2020

Plan Effective Date: 09/04/2020

This Post-confirmation Report relates to: ◯ Reorganized Debtor

◉ Other Authorized Party or Entity: VHS Liquidating Trust
Name of Authorized Party or Entity

/s/ Tania M. Moyron
Signature of Responsible Party

10/20/2026
Date

Tania M. Moyron
Printed Name of Responsible Party

DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Verity Health System of California, Inc. Case No. 18-20151

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $29,312 | $227,467,777 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $29,312 | $227,467,777 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $11,081,411 | $0 | $11,081,411 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Dentons US LLP | Lead Counsel | $0 | $2,733,288 | $0 | $2,733,288 |
| | ii | Davis Wright Tremaine LLP | Special Counsel | $0 | $453,941 | $0 | $453,941 |
| | iii | Berkeley Research Group LLC | Financial Professional | $0 | $3,013,757 | $0 | $3,013,757 |
| | iv | Bartko Zankel Bunzel & Miller | Special Counsel | $0 | $595,534 | $0 | $595,534 |
| | v | Nelson Hardiman LLP | Special Counsel | $0 | $149,198 | $0 | $149,198 |
| | vi | Pachulski Stang Ziehl & Jones L | Special Counsel | $0 | $562,488 | $0 | $562,488 |
| | vii | Milbank LLP | Special Counsel | $0 | $1,062,738 | $0 | $1,062,738 |
| | viii | FTI Consulting Inc. | Financial Professional | $0 | $475,864 | $0 | $475,864 |
| | ix | Dr. Jacob Rubin, MD, FACC | Other | $0 | $152,060 | $0 | $152,060 |
| | x | Dr. Tim Stacy DNP, ACNP | Other | $0 | $72,332 | $0 | $72,332 |
| | xi | Levene, Neale, Bender, Yoo & B | Special Counsel | $0 | $20,435 | $0 | $20,435 |
| | xii | Edelman | Other | $0 | $15,673 | $0 | $15,673 |
| | xiii | Kurtzman Carson Consulting | Other | $0 | $1,774,103 | $0 | $1,774,103 |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Verity Health System of California, Inc. Case No. 18-20151

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $33,678,100 | $0 | $32,624,347 | $60,678,100 | 54% |
| b. Secured claims | $136,430,108 | $0 | $136,430,108 | $136,430,108 | 100% |
| c. Priority claims | $21,401,341 | $0 | $19,712,806 | $21,401,341 | 92% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered: ________

If no, give date when the application for Final Decree is anticipated: 06/30/2027

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</u>

/s/ Howard Grobstein
Signature of Responsible Party

Howard Grobstein, Liquidating Trustee
Printed Name of Responsible Party

Liquidating Trustee
Title

10/20/2026
Date

Debtor's Name Verity Health System of California, Inc. Case No. 18-20151

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the document entitled (*specify*): Post Confirmation Report QE 09/30/2026 will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 21, 2026, I checked the CM/ECF docket for this case and determined that the following person/s is/are on the Electronic Mail Notice List to receive NEF transmission, including.

- **Alexandra Achamallah** aachamallah@milbank.com, rliubicic@milbank.com
- **Melinda Alonzo** ml7829@att.com
- **Anerio V Altman** aaltman@ecf.courtdrive.com, avaesq@ecf.courtdrive.com
- **Robert N Amkraut** ramkraut@foxrothschild.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Simon Aron** saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Allison R Axenrod** allison@claimsrecoveryllc.com
- **Stephan A Barber** steve@jrgattorneys.com, anushree@jrgattorneys.com
- **Robert Joseph Barton** jbarton@thebartonfirm.com
- **Cristina E Bautista** cristina.bautista@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- **William C Beall** Will@BeallandBurkhardt.com, carissa@beallandburkhardt.com
- **James Cornell Behrens** jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com; JWeber@milbank.com
- **Jacob Beiswenger** jbeiswenger@omm.com, jacob-beiswenger-5566@ecf.pacerpro.com;swarren@omm.com
- **Bruce Bennett** bbennett@jonesday.com
- **Peter J Benvenutti** pbenvenutti@kellerbenvenutti.com, pjbenven74@yahoo.com
- **Leslie A Berkoff** lberkoff@moritthock.com, hmay@moritthock.com
- **Steven M Berman** sberman@shumaker.com, mbilirakis@shumaker.com;amatthews@shumaker.com;belliott@shumaker.com;doberman@shumaker.com
- **Stephen F Biegenzahn** steve@sfblaw.com
- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Scott E Blakeley** seb@blakeleylc.com, ecf@blakeleyllp.com
- **Karl E Block** kblock@loeb.com, jvazquez@loeb.com;ladocket@loeb.com;kblock@ecf.courtdrive.com
- **Matthew I Bobb** mbobb@HuntonAK.com, lgomez@HuntonAK.com;amckenzie@huntonak.com
- **J Scott Bovitz** bovitz@bovitz-spitzer.com
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;zarnighiann@ballardspahr.com
- **Michael D Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Kayla D Britton** kayla.britton@faegredrinker.com
- **Chane Buck** Chane.b46@gmail.com
- **Lori A Butler** butler.lori@pbgc.gov, efile@pbgc.gov
- **Howard Camhi** hcamhi@mrllp.com, bankruptcy@mrllp.com;camhihr98234@notify.bestcase.com;wgenovese@mrllp.com
- **Schuyler Carroll** SCarroll@manatt.com, lduong@manatt.com
- **Kathryn M.S. Catherwood** kcatherwood@grsm.com, asoto@grsm.com
- **Jeffrey D Cawdrey** jcawdrey@grsm.com, madeyemo@gordonrees.com;asoto@grsm.com
- **Barry A Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
- **Shirley Cho** scho@pszjlaw.com
- **Shawn M Christianson** cmcintire@buchalter.com, schristianson@buchalter.com

- **Louis J. Cisz** lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Jerome S Cohen** jsc@jscbklaw.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- **Marcus Colabianchi** mcolabianchi@duanemorris.com, marcus-colabianchi-2595@ecf.pacerpro.com
- **Claudia Coleman** ccoleman@fbtgibbons.com
- **Derrick F Coleman** derrick@colemanfrost.com, melissa@colemanfrost.com;marissa@colemanfrost.com
- **Kevin Collins** kevin.collins@btlaw.com, Tabitha.davis@btlaw.com
- **Joseph Corrigan** Bankruptcy2@ironmountain.com
- **David N Crapo** dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com
- **Mariam Danielyan** md@danielyanlawoffice.com, danielyan.mar@gmail.com
- **Aaron Davis** aaron.davis@bryancave.com, kat.flaherty@bryancave.com
- **Lauren A Deeb** lauren.deeb@hoganlovells.com, carolyn.orphey@nelsonmullins.com
- **Daniel Denny** ddenny@milbank.com
- **Kerry L Duffy** kduffy@bartkopavia.com, cchou@bzbm.com;mlopez@bzbm.com
- **Anthony Dutra** adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **Kevin M Eckhardt** legal@distressed-debt-investing.com
- **Lei Lei Wang Ekvall - DECEASED -** lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **David K Eldan** David.Eldan@doj.ca.gov
- **Andy J Epstein** taxcpaesq@gmail.com
- **Richard W Esterkin** richard.esterkin@morganlewis.com
- **Christine R Etheridge** christine.etheridge@ikonfin.com
- **John D Faucher** j.d.faucher@faucherlaw.com, faucherecf@gmail.com;faucher.johnd.b113858@notify.bestcase.com;p.askren@faucherlaw.com
- **M Douglas Flahaut** df@echoparklegal.com
- **Michael G Fletcher** mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Alan W Forsley** alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com,ethan@flpllp.com
- **Joseph D Frank** jfrank@burkelaw.com, csucic@burkelaw.com;jkleinman@burkelaw.com
- **William B Freeman** bill.freeman@kattenlaw.com, nicole.jones@kattenlaw.com,ecf.lax.docket@kattenlaw.com
- **Eric J Fromme** eric.fromme@afslaw.com, yvonne.li@afslaw.com
- **Amir Gamliel** amir.gamliel@ashurstperkins.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Thomas M Geher** tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Evelina Gentry** evelina.gentry@akerman.com, eileen.lewis@akerman.com;reyko.delpino@akerman.com
- **Evan Gershbein** ECFpleadings@kccllc.com
- **Lawrence B Gill** lgill@nelsonhardiman.com, lcompton@nelsonhardiman.com;rpatel@nelsonhardiman.com;rrange@nelsonhardiman.com
- **Bernard R Given** bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com;bgiven@ecf.courtdrive.com
- **Paul R. Glassman** pglassman@stradlinglaw.com
- **Aaron Matthew Gober-Sims** aarongobersims@paulhastings.com
- **Matthew A Gold** courts@argopartners.net
- **Eric D. Goldberg** eric.goldberg@us.dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Marshall F Goldberg** mgoldberg@glassgoldberg.com, jbailey@glassgoldberg.com
- **Eric S Goldstein** egoldstein@goodwin.com, bankruptcy@goodwin.com
- **Richard H Golubow** rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Vincent A Gorski** vgorski@thegorskifirm.com, ATTY_VGORSKI@trustesolutions.com
- **Arnold L Graff** agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
- **Barbara R Gross** barbara@bgross.law, luz@bgross.law
- **David M. Guess** dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **Anna Gumport** agumport@sidley.com, laefilingnotice@sidley.com;anna-gumport-6608@ecf.pacerpro.com
- **Mary H Haas** maryhaas@dwt.com, melissastrobel@dwt.com;lit-docket@dwt.com;kimberlysimmonsgreene@dwt.com
- **Craig N Haring** charing@blankrome.com

- **Melissa T Harris** harris.melissa@pbgc.gov, efile@pbgc.gov
- **Brian T Harvey** bharvey@buchalter.com, docket@buchalter.com;dbodkin@buchalter.com;pjolley@buchalter.com
- **James A Hayes** jhayes@zinserhayes.com, jhayes@ecf.courtdrive.com
- **Michael S Held** mheld@jw.com
- **Lawrence J Hilton** lhilton@onellp.com, lthomas@onellp.com,nlichtenberger@onellp.com
- **Robert M Hirsh** robert.hirsh@nortonrosefulbright.com
- **Florice Hoffman** fhoffman@socal.rr.com, floricehoffman@gmail.com
- **Lee F Hoffman** leehoffmanjd@gmail.com, lee@fademlaw.com
- **Marshall J Hogan** mhogan@swlaw.com, fcardenas@swlaw.com
- **Michael Hogue** hoguem@gtlaw.com, bobbi.lauer@gtlaw.com;michael-hogue-0383@ecf.pacerpro.com
- **Matthew B Holbrook** mholbrook@sheppardmullin.com, amartin@sheppardmullin.com
- **David I Horowitz** dhorowitz@kirkland.com, keith.catuara@kirkland.com;terry.ellis@kirkland.com;elsa.banuelos@kirkland.com;ivon.granados@kirkland.com
- **Virginia Hoyt** scif.legal.bk@scif.com
- **Brian D Huben** hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh** joan.huh@cdtfa.ca.gov
- **Carol A Igoe** cigoe@calnurses.org, ttschneaux@calnurses.org
- **Benjamin Ikuta** bikuta@hml.law
- **William E Ireland** wireland@hbblaw.com, edocs@hbblaw.com
- **Peter L Isola** pisola@hinshawlaw.com, rmojica@hinshawlaw.com,iking@hinshawlaw.com;wschubert@hinshawlaw.com
- **Robbin L. Itkin** ritkin@sklarkirsh.com, mduran@sklarkirsh.com
- **Lawrence A Jacobson** laj@cohenandjacobson.com
- **Eamon Jafari** jafari@barringtonlegal.com, gould@barringtonlegal.com
- **John Mark Jennings** johnmark.jennings@kutakrock.com, mary.clark@kutakrock.com
- **Steven D Jerome** sjerome@swlaw.com
- **Monique D Jewett-Brewster** mjb@lathropgpm.com, natalie.gonzalez@lathropgpm.com;crystal.knode@lathropgpm.com
- **Crystal Johnson** M46380@ATT.COM
- **Steven J Kahn** skahn@pszyjw.com
- **Cameo M Kaisler** salembier.cameo@pbgc.gov, efile@pbgc.gov
- **Ivan L Kallick** ikallick@manatt.com, ihernandez@manatt.com
- **Ori Katz** okatz@sheppard.com, lsegura@sheppardmullin.com
- **Steven J. Katzman** skatzman@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Sweeney Kelly** kelly@ksgklaw.com
- **Gerald P Kennedy** gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaringbankruptcy@procopio.com
- **Payam Khodadadi** pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Christopher M Kiernan** ckiernan@fbfk.law, talkovlaw@ecf.courtdrive.com
- **Christian T Kim** ckim@dumas-law.com, ckim@ecf.inforuptcy.com
- **Jane Kim** jkim@kellerbenvenutti.com
- **Monica Y Kim** myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Alan M. Kindred** akindred@leechtishman.com, alankindred@hotmail.com;dbender@leechtishman.com
- **Benjamin R King** bking@loeb.com, karnote@loeb.com;ladocket@loeb.com;bking@ecf.courtdrive.com
- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Gary E Klausner** gek@lnbyg.com
- **David A Klein** david.klein@kirkland.com
- **Nicholas A Koffroth** nkoffroth@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **Anna Kordas** akordas@jonesday.com
- **Jolene E Kramer** courtnotices@unioncounsel.net, jkramer@unioncounsel.net
- **Chet Kronenberg** ckronenberg@stblaw.com, justin.andrei@stblaw.com,lwashienko@stblaw.com,2052041420@filings.docketbird.com,bonnie.jarrett@stblaw.com
- **David S Kupetz** david.kupetz@troutman.com, mylene.ruiz@troutman.com
- **Jeffrey S Kwong** jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- **Tarifa Laddon** tarifa.laddon@faegredrinker.com, Lorena.lazheztter@faegredrinker.com

- **Robert S Lampl** advocate45@aol.com, rlisarobinsonr@aol.com
- **Ian Landsberg** ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- **Richard A Lapping** richard.lapping@gmail.com
- **Paul J Laurin** paul.laurin@offitkurman.com, slmoore@btlaw.com
- **Dan Lawton** dlawton@klinedinstlaw.com, lparrish@klinedinstlaw.com
- **Marc Y Lazo** mlazo@phlegal.us.com, rcantillo@kllawgroup.com
- **Stephen Daifun Lee** stephen.lee@lacity.org
- **Nathaniel M Leeds** nathaniel@mitchelllawsf.com, sam@mitchelllawsf.com
- **Paul J Leeds** Pleeds@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **David E Lemke** david.lemke@wallerlaw.com, chris.cronk@hklaw.com;Melissa.jones@hklaw.com;cathy.thomas@hklaw.com
- **Danielle R Leneck** danielle.leneck@lw.com, joelnavarro@jonesday.com;cbaker@jonesday.com;atrossum@jonesday.com;mmelvin@jonesday.com;docketpacificwest@jonesday.com;CourtAlert@jonesday.com
- **Lisa Lenherr** llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
- **Matthew A Lesnick** matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **Elan S Levey** elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Alexander J Lewicki** alewicki@diemerwei.com
- **Wendy A Loo** wendy.loo-smart@lacity.org
- **Kerri A Lyman** klyman@steptoe.com, #-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com
- **Faheem Mahmooth** mahmooth.faheem@pbgc.gov
- **Tracy L Mainguy** tracy.mainguy@kaufmandolowich.com, tmainguy@unioncounsel.net
- **Samuel R Maizel** samuel.maizel@dentons.com, alicia.aguilar@dentons.com;docket.general.lit.LOS@dentons.com;tania.moyron@dentons.com;kathryn.howard@dentons.com;joan.mack@dentons.com;derry.kalve@dentons.com
- **Lloyd S Mann** Lmann@themannlaw.com
- **Alvin Mar** alvin.mar@usdoj.gov, dare.law@usdoj.gov
- **Craig G Margulies** craig@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Marianne Martin** mmartin@jmbm.com
- **Daniel J McCarthy** dmccarthy@hillfarrer.com, sgedgaudas@hillfarrer.com;dflowers@hfbllp.com
- **Drew S McGehrin** dsmcgehrin@duanemorris.com
- **David W. Meadows** david@davidwmeadowslaw.com
- **Kevin Meek** kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Hutchison B Meltzer** hutchison.meltzer@doj.ca.gov, Alicia.Berry@doj.ca.gov
- **Maria Ann Milano** mmilano@riddellwilliams.com
- **Angela Z Miller** amiller@phillipslytle.com, styrone@phillipslytle.com
- **Christopher A, Minier** cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- **Isis Miranda** i.miranda@musickpeeler.com
- **John A Moe** john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Trey A Monsour** tmonsour@foxrothschild.com, dandreacchi@foxrothschild.com
- **Susan I Montgomery** susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
- **Monserrat Morales** Monsi@MarguliesFaithLaw.com, Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
- **Kevin H Morse** kmorse@clarkhill.com, kwebster@clarkhill.com,zhoulihan@clarkhill.com,kchiaghana@clarkhill.com

- **Tania M Moyron** tania.moyron@dentons.com, kathryn.howard@dentons.com;carrie.rice@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Randall P Mroczynski** randym@cookseylaw.com
- **Avi Edward Muhtar** amuhtar@crownandstonelaw.com
- **Patrick J Mulligan** pmulligan@bressler.com
- **Benjamin Nachimson** ben.nachimson@wnlawyers.com, ben.nachimson@wnlawyers.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Akop J Nalbandyan** jnalbandyan@LNtriallawyers.com, cbautista@LNtriallawyers.com
- **Jennifer L Nassiri** JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com
- **Andrew Nazar** anazar@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com
- **Charles E Nelson** nelsonc@ballardspahr.com, wassweilerw@ballardspahr.com
- **Sheila Gropper Nelson** shedoesbklaw@aol.com
- **Mark A Neubauer** mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com
- **Fred Neufeld** fneufeld@stradlinglaw.com, tingman@sycr.com
- **Bryan L Ngo** bngo@fortislaw.com, bngo@bluecapitallaw.com;spicariello@fortislaw.com;jnguyen@fortislaw.com;jnguyen@bluecapitallaw.com;ngo.bryanb@notify.bestcase.com
- **Abigail V O'Brient** aobrient@cov.com, docketing@cov.com
- **John R OKeefe** jokeefe@metzlewis.com, slohr@metzlewis.com
- **Matthew J Olson** olson.matt@dorsey.com, stell.laura@dorsey.com
- **Scott Olson** solson@seyfarth.com, chidocket@seyfarth.com
- **Giovanni Orantes** go@gobklaw.com, cmh@gobklaw.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com,andreac@gobklaw.com,normay@gobklaw.com
- **Keith C Owens** kowens@foxrothschild.com, khoang@foxrothschild.com;ca.dkt@foxrothschild.com
- **R Gibson Pagter** gibson@ppilawyers.com, pagterandperryisaacson@jubileebk.net
- **Brian A Paino** bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com;hometapbankruptcies@hinshawlaw.com
- **Jimmy D Parrish** jparrish@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Joshua K Partington** jpartington@swlaw.com, mlinker@swlaw.com
- **Paul J Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Valerie Bantner Peo** vbantnerpeo@buchalter.com, cmcintire@buchalter.com
- **Lisa M Peters** lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **Christopher J Petersen** chris.petersen@blankrome.com, evelyn.rodriguez@blankrome.com
- **Mark D Plevin** mplevin@plevinturner.com, cromo@crowell.com,mark-plevin-crowell-moring-8073@ecf.pacerpro.com
- **Steven G. Polard** steven.polard@ropers.com, calendar-lao@ropers.com;anthony.arriola@ropers.com;loriann.zullo@ropers.com
- **David M Powlen** david.powlen@btlaw.com, pgroff@btlaw.com
- **Christopher E Prince** cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;porpe@lesnickprince.com
- **Douglas B Provencher** dbp@provlaw.com
- **Lori L Purkey** bareham@purkeyandassociates.com
- **Uzzi O Raanan** URaanan@GreenbergGlusker.com, Calendar@GreenbergGlusker.com;JKing@GreenbergGlusker.com;MilanaECF@ggfirm.com
- **William M Rathbone** wrathbone@grsm.com, sdurazo@grsm.com
- **Jason M Reed** Jason.Reed@Maslon.com
- **Nathaniel W Reinhardt** nreinhardt@skarzynski.com, dahn@ecf.courtdrive.com
- **Jeffrey M. Reisner** jreisner@steptoe.com, #-FirmPSDocketing@Steptoe.com;klyman@steptoe.com;nmorneault@Steptoe.com
- **Kenneth R Reynolds** krrlaw@sbcglobal.net
- **Michael B Reynolds** mreynolds@swlaw.com, kcollins@swlaw.com
- **Richard J Reynolds** rreynolds@bwslaw.com, rgonzales@bwslaw.com

- **J. Alexandra Rhim** arhim@laklawyers.com, ncondren@laklawyers.com
- **Emily P Rich** erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Robert A Rich** rrich@hunton.com, candonian@huntonak.com
- **Lesley A Riis** lriis@dpmclaw.com
- **Jason E Rios** jrios@ffwplaw.com, docket@ffwplaw.com
- **Julie H Rome-Banks** julie@bindermalter.com
- **Mary H Rose** mrose@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **Douglas B Rosner** drosner@goulstonstorrs.com
- **Terrel Ross** tross@trcmllc.com
- **Gregory A Rougeau** grougeau@brlawsf.com
- **Megan A Rowe** mrowe@dsrhealthlaw.com, lwestoby@dsrhealthlaw.com
- **Gregory M Salvato** gsalvato@salvatoboufadel.com, calendar@salvatolawoffices.com;jboufadel@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Ryan M Salzman** ryan.salzman@faegredrinker.com, susan.carlson@faegredrinker.com
- **Natalie K Sanders** natalie.sanders@bakerbotts.com, anna.tercero@bakerbotts.com
- **Scott A Schiff** sas@soukup-schiff.com
- **Daren M Schlecter** daren@schlecterlaw.com, assistant@schlecterlaw.com
- **Nathan A Schultz** nschultzesq@gmail.com
- **Mark A Serlin** ms@swllplaw.com, sondra@swllplaw.com
- **Isra Shah** ishah@rwglaw.com
- **Seth B Shapiro** seth.shapiro@usdoj.gov
- **David B Shemano** dshemano@shemanolaw.com
- **David Samuel Shevitz** David.S.Shevitz@usdoj.gov, Abram.S.Feuerstein@usdoj.gov
- **Joseph Shickich** jshickich@riddellwilliams.com
- **Mark Shinderman** mshinderman@milbank.com, dmuhrez@milbank.com;dlbatie@milbank.com
- **Sean Simpson** sean.simpson@clydeco.us, ralph.guirgis@clydeco.us;conchita.nickles@clydeco.us;anna.zhu@clydeco.us
- **Rachelle Singer** rsinger@smithsilbar.com, rsinger@smithsilbar.com
- **Kyrsten Skogstad** kskogstad@calnurses.org, rcraven@calnurses.org
- **Andrew Edward Smyth** andrew@smythlo.com
- **Michael St James** ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com
- **Peter T Steinberg** mr.aloha@sbcglobal.net
- **Joseph L Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com;mudem@askllp.com;bmcgrath@askllp.com;kcasteel@askllp.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **Rachel P Stoian** stoian.rachel@dorsey.com, stell.laura@dorsey.com
- **Jason D Strabo** jstrabo@mwe.com, jbishopjones@mwe.com;dnorthrop@mwe.com;losangelesdocketing@mcdermott.com;los-angeles-docketing-2-3974@ecf.pacerpro.com
- **Sabrina L Streusand** Streusand@slollp.com
- **Ralph J Swanson** ralph.swanson@berliner.com, sabina.hall@berliner.com
- **Michael A Sweet** msweet@foxrothschild.com, khoang@foxrothschild.com
- **James M Toma** james.toma@doj.ca.gov, teresa.depaz@doj.ca.gov
- **Gary F Torrell** gtorrell@hooperlundy.com
- **Levi Reuben Uku** levireuben@gmail.com
- **Gary D Underdahl** , lmiskowiec@askllp.com;bmcgrath@askllp.com
- **Gary D Underdahl** gunderdahl@askllp.com, lmiskowiec@askllp.com;bmcgrath@askllp.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Cecelia Valentine** cecelia.valentine@nlrb.gov
- **Daniel Varon** daniel@zalkin.com, michelle@zalkin.com
- **Cameron Wade** wade.cameron@pbgc.gov
- **Jason Wallach** JWALLACH@MMPLAWYERS.COM, g33404@notify.cincompass.com
- **Kenneth K Wang** Kenneth.Wang@doj.ca.gov, Anthony.Conklin@doj.ca.gov
- **Phillip K Wang** pwang@strategylaw.com, tad.prizant@rimonlaw.com;docketing@rimonlaw.com

- **Ashley R Wedding** awedding@fabozzimillerlaw.com, dsandoval@fabozzimillerlaw.com
- **Noah Weingarten** nweingarten@loeb.com, astolyar@loeb.com;fmckeown@loeb.com
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Joseph M Welch** joseph.welch@blankrome.com, ann.grosso@blankrome.com;courtmail@blankrome.com
- **Adam G Wentland** awentland@polsinelli.com, cmurray@polsinelli.com
- **Steven Werth** steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com
- **Cranston J Williams** cwilliams3@socalgas.com
- **Latonia Williams** lwilliams@goodwin.com, bankruptcy@goodwin.com
- **Michael S Winsten** mike@winsten.com
- **Rebecca J Winthrop** rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **Jeffrey C Wisler** jwisler@connollygallagher.com, dperkins@connollygallagher.com
- **Neal L Wolf** nwolf@hansonbridgett.com, lchappell@hansonbridgett.com
- **Andrea Wong** wong.andrea@pbgc.gov
- **Kirsten A Worley** kirsten.worley@stoel.com, riley.curry@stoel.com
- **Steven D Wyllie** steven.wyllie@nlrb.gov
- **Hatty K Yip** hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov
- **Bennett G Young** byoung@jeffer.com, jb8@jmbm.com
- **Andrew J Ziaja** aziaja@leonardcarder.com, sgroff@leonardcarder.com;msimons@leonardcarder.com;lbadar@leonardcarder.com
- **Rose Zimmerman** rzimmerman@dalycity.org

**2. SERVED BY UNITED STATES MAIL:** On October 21, 2026, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. None.

**3. SERVED BY PERSONAL DELIVERY, NEXT BUSINESS DAY, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling Local Rules, on October 21, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal or next business day delivery to the judge will be completed no later than 12:00 noon after the document is filed.

Honorable Sheri Bluebond
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☒ Until further notice, on all matters except for evidentiary hearings, no judge's copies are required unless specifically requested by chambers
☐ By Messenger w/NEF behind
☐ By Next Business Day
☐ By Facsimile to ____________
☐ By Email to mb_chambers@cacb.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 21, 2026 | JoAn Mack | JoAn Mack |
| *Date* | *Printed Name* | *Signature* |